AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA, NORTHERN DIVISION

PROGRESSIVE SPECIALTY INSURANCE COMPANY,

V.

McKNIGHT AGENCY, INC., JOE McKNIGHT, RICKY LANE, RIVERSIDE TURF FARM, et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv438-W

TO: (Name and address of Defendant)

RICKY LANE
C/O THE CORPORATION COMPANY
850 COUNTRY ROAD 177
SHORTERVILLE, ALABAMA 36373

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. LARRY BRADFORD, ESQ.
BRADFORD LAW FIRM, P.C.
2020 CAYON ROAD, SUITE 100
BIRMINGHAM, ALABAMA 35216

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

DATE 5/16/05

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA, NORTHERN DIVISION

PROGRESSIVE SPECIALTY INSURANCE COMPANY,

V.

McKNIGHT AGENCY, INC., JOE McKNIGHT, RICKY LANE, RIVERSIDE TURF FARM, et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

JOE McKNIGHT
McKNIGHT AGENCY, INC.
203 WEST WASHINGTON STREET
ABBEVILLE, ALABAMA 36310

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. LARRY BRADFORD, ESQ.
BRADFORD LAW FIRM, P.C.
2020 CAYON ROAD, SUITE 100
BIRMINGHAM, ALABAMA 35216

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

5/16/05

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA, NORTHERN DIVISION

PROGRESSIVE SPECIALTY INSURANCE COMPANY,

V.

McKNIGHT AGENCY, INC., JOE McKNIGHT, RICKY LANE, RIVERSIDE TURF FARM, et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv438-W

TO: (Name and address of Defendant)

RIVERSIDE TURF FARM
11969 STATE HIGHWAY 10 E
SHORTERVILLE, ALABAMA 36376

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. LARRY BRADFORD, ESQ.
BRADFORD LAW FIRM, P.C.
2020 CAYON ROAD, SUITE 100
BIRMINGHAM, ALABAMA 35216

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

DATE 5/16/05

(By) DEPUTY CLERK