AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA, NORTHERN DIVISION

PROGRESSIVE SPECIALTY INSURANCE COMPANY

V.

MCKNIGHT AGENCY, INC., JOE MCKNIGHT, RICKY LANE, RIVERSIDE TURF FARM, et al.,

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:05CV438-W

TO: (Name and address of Defendant)

MCKNIGHT AGENCY, INC.
203 WEST WASHINGTON STREET
ABBEVILLE, ALABAMA 36310

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. LARRY BRADFORD, ESQ.
THE BRADFORD LAW FIRM, P.C.
2020 CANYON ROAD, SUITE 100
BIRMINGHAM, ALABAMA 35216

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 5/24/05