| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Judy Walker  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>                                  5-25 |
| 1. Article Addressed to:<br><br>McKnight Agency, Inc.<br>203 West Washington Street<br>Abbeville, AL 36310 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>2:05CV438-W<br>SRW |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1350 0001 0762 1928 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035