IN THE UNITED STATES DIESTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.:  2:05-CV-438-W |
| ) | |
| McKNIGHT AGENCY, INC.; ) | |
| JOE McKNIGHT; RICKY LANE; ) | |
| RIVERSIDE TURF FARM; JANE ) | |
| HOLMES, individually and as the ) | |
| personal representative of the Estate ) | |
| of DAISY BEASLEY, deceased, ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION TO RESPOND TO COMPLAINT**

Defendants Joe McKnight and the McKnight Agency, Inc. (collectively referred to as "Defendants") respectfully submit this Unopposed Motion to Extend the Deadline for Response to Plaintiff's Complaint two weeks, up to and including June 20, 2005. Currently, Defendants response is due on June 6, 2005.

1. Counsel for Defendants only received this matter recently and need additional time to investigate and file an appropriate response.

2. Plaintiff has been contacted regarding this extension and has no objection.

3. No party will be prejudiced by the two week extension for Defendants to file a response to the Complaint, up to and including June 20, 2005.

Therefore, Defendants respectfully request this court to enter an Order extending the deadline for Defendants' Response two weeks, up to and including June 20, 2005.

*s/Erin E. May*
Stephen E. Whitehead (WHI066)
Mark Tindal (TIN010)
Erin E. May (MAY035)
Attorneys for Defendants
Joe McKnight and McKnight Agency

OF COUNSEL

LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
Telephone:   205-967-8822
Telecopier:   205-967-2380

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all parties to this cause via e-filing, this the   6th   day of June, 2005.

R. Larry Bradford, Esquire
Bradford Law Firm, P.C.
2020 Canyon Road
Suite 100
Birmingham, Alabama 35216

Larry W. Morris
Randall S. Haynes
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

*s/Erin E. May*
OF COUNSEL