IN THE UNITED STATES DIESTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO.: 2:05-CV-438-W ) |
| McKNIGHT AGENCY, INC.; JOE McKNIGHT; RICKY LANE; RIVERSIDE TURF FARM; JANE HOLMES, individually and as the personal representative of the Estate of DAISY BEASLEY, deceased, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**MOTION GRANTED**

THIS _8th_ DAY OF _June_ , 20 _05_

_[signature]_

UNITED STATES MAGISTRATE JUDGE

## UNOPPOSED MOTION TO RESPOND TO COMPLAINT

Defendants Joe McKnight and the McKnight Agency, Inc. (collectively referred to as "Defendants") respectfully submit this Unopposed Motion to Extend the Deadline for Response to Plaintiff's Complaint two weeks, up to and including June 20, 2005. Currently, Defendants response is due on June 6, 2005.

1.    Counsel for Defendants only received this matter recently and need additional time to investigate and file an appropriate response.

2.    Plaintiff has been contacted regarding this extension and has no objection.

3.    No party will be prejudiced by the two week extension for Defendants to file a response to the Complaint, up to and including June 20, 2005.

Therefore, Defendants respectfully request this court to enter an Order extending the deadline for Defendants' Response two weeks, up to and including June 20, 2005.

1