IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | | |
|---|---|---|
| PROGRESSIVE SPECIALTY<br>INSURANCE COMPANY, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Case Number: 2:05-CV-438-W |
| McKNIGHT AGENCY, INC.; JOE<br>McKNIGHT; RICKY LANE;<br>RIVERSIDE TURF FARM; JANE<br>HOLMES, individually and as the<br>personal representative of the Estate<br>of DAISY BEASLEY, deceased,<br>MOORE, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Comes now the plaintiff, Progressive Specialty Insurance Company, pursuant to Rule 15 of the Federal Rules of Civil Procedure, and moves the court for leave to amend its complaint as follows:

1. To add Young, Johnston and Associates, Inc. as an additional defendant. It apparently purchased McKnight Agency, Inc. in December 2004.

2. To attach the correct exhibit "A" which is the policy application. The original exhibit "A" apparently was duplicate of exhibit "B".

Progessive is attaching a proposed restated complaint.

_/s/ Larry Bradford_
R. Larry Bradford, Attorney for Plaintiff,
Progressive Specialty Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford Law Firm, P.C.
2020 Canyon Road, Suite 100
Birmingham, AL 35216
(205) 871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 30 day of June, 2005, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Erin E. May, Esq.
Stephen E. Whitehead, Esq.
Mark E. Tindal, Esq.
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223

Randy Hayes, Esq.
Larry W. Morris, Esq.
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

Ricky Lane
c/o The Corporation Company
850 Country Road 177
Shorterville, Alabama 36373

_/s/ Larry Bradford_
OF COUNSEL