IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: 2:05-CV-438-W ) |
| McKNIGHT AGENCY, INC.; JOE McKNIGHT; RICKY LANE; RIVERSIDE TURF FARM; JANE HOLMES, individually and as the personal representative of the Estate of DAISY BEASLEY, deceased; YOUNG, JOHNSTON & ASSOCIATES, INC. | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**AMENDED COMPLAINT**

PARTIES AND JURISDICTIONAL ALLEGATIONS

1.  The plaintiff, Progressive Specialty Insurance Company ("Progressive"), is an insurance company incorporated and organized under the laws of the state of Ohio, having its principal place of business in the state of Ohio.

2.  The defendant, McKnight Agency, Inc., is a corporation incorporated and organized under the laws of the state of Alabama, having its principal place of business in the state of Alabama. The defendant, Joe McKnight ("McKnight"), is an agent or employee of McKnight Agency, Inc. He is over the age of 19 years and is a resident citizen of the state of Alabama.

3. The defendant, Young, Johnston & Associates, Inc. ("Young, Johnston & Associates") is a corporation incorporated and organized under the laws of the state of Alabama, having its principal place of business in the state of Alabama. It purchased McKnight Agency, Inc. in December 2004.

4. The defendant, Ricky Lane ("Lane") is over the age of 19 years and is a resident citizen of the state of Alabama. He lives in Shorterville, Alabama.

5. The defendant, Riverside Turf Farm ("Riverside") is believed to be a corporation incorporated and organized under the laws of the state of Alabama, having its principal place of business in the state of Alabama.

6. The defendant, Jane Holmes, is the daughter of the deceased Daisy Beasley. She has been appointed as the personal representative of her daughter's estate. She is over the age of 19 years and is a resident citizen of the state of Alabama.

7. The amount in controversy exceeds, exclusive of interests and costs, the sum of $75,000. Jurisdiction is predicated on diversity of citizenship and the amount in controversy, U.S.C. §1332.

POLICY

8.  McKnight Agency, Inc. is an appointed agent for Progressive. Its offices are located in Abbeville, Alabama. Joe McKnight is an agent or employee of McKnight Agency, Inc.

9.  McKnight Agency, Inc. and McKnight submitted an application to Progressive on March 10, 2003 for insurance coverage for Ricky Lane. A copy of the application is attached at Exhibit A and incorporated by reference. The application requested liability coverage in the amount of $300,000 combined single limits ("CSL") for bodily injury and property damage.

10. Based upon the application submitted by the agent, Progressive issued a policy of commercial automobile insurance to Lane. As requested, the policy provided $300,000 CSL coverage for bodily injury and property damage. A copy of the declarations page is attached as Exhibit B.

11. Lane obtained a renewal of the policy so that it was in effect from March 10, 2004 to March 10, 2005. The commercial auto policy number was CA 01722685-1. The renewal policy also provided $300,000 CSL coverage for bodily injury and property damage. The declarations page for the renewal policy is attached as Exhibit C and incorporated by reference.

12. McKnight Agency, Inc. issued a certificate of insurance to Riverside Turf Farm on March 8, 2004. The certificate improperly reflected that Lane's liability limits were in the amount of $1 million CSL.

13. Young, Johnston & Associates purchased McKnight Agency in December 2004 and it is responsible for any acts and omissions of that agency.

ACCIDENT

14. Lane was involved in an accident on July 6, 2004. The accident occurred on US Highway 231 in Pike County, Alabama. Daisy Beasley was killed in the accident and her personal representative has filed a lawsuit against Lane, Riverside Turf Farm, and other defendants. A copy of the complaint is attached as Exhibit D and incorporated by reference.

15. Lane was driving the 1995 International 940 truck insured by Progressive at the time of the accident. He was apparently hauling a load for Riverside Turf. Lane is being defended by Progressive for the allegations of the lawsuit against him. He contends that he requested the agent to procure $1 million dollars of liability coverage although the application signed by him only reflected that $300,000 of CSL coverage was requested. Further, the declaration pages received by Lane always reflected that he only had $300,000 of CSL coverage.

## COUNT ONE

16. Progressive realleges and incorporates by reference the allegations of paragraphs 1 through 13 of the complaint.

17. McKnight Agency, Inc. and Joe McKnight negligently procured the liability coverage for Lane. Young, Johnston & Associates is responsible for the acts and omissions of McKnight Agency, Inc.

18. Progressive has incurred damages for any liability exposure in excess of $300,000 CSL.

## COUNT TWO

19. Progressive realleges and incorporates by reference the allegations of paragraphs 1 through 15 of the complaint.

20. McKnight Agency, Inc. and Joe McKnight made an innocent or reckless misrepresentation to Progressive when it submitted the application for the policy to be issued to Lane. Young, Johnston & Associates is responsible for any misrepresentations by McKnight Agency, Inc.

21. Progressive has incurred damages for any liability exposure in excess of $300,000 CSL.

## COUNT THREE

22. Progressive realleges and incorporates by reference the allegations of paragraphs 1 through 15 of the complaint.

23. Progressive requests the court to declare that its policy issued to Lane only provided $300,000 CSL of bodily injury and property damage coverage.

## REQUESTED RELIEF

WHEREFORE, the premises considered, Progressive requests the following relief:

1. Progressive is not seeking any relief from Ricky Lane, Riverside Turf Farm, or Jane Holmes; rather, they were added as defendants to simply give them notice of this lawsuit. Subject to approval by the court, Progressive will agree to dismiss those parties as defendants if they so request and if they agree to be bound by any decisions by the court concerning Lane's liability limits.

2. Progressive requests the court to declare that its policy issued to Lane only provides $300,000 CSL for bodily injury and property damage claims arising from this accident.

3. In the event that the court determines that Progressive has $1 million dollars CSL coverage, then Progressive demands judgment against McKnight Agency, Inc., Joe McKnight, and Young, Johnston & Associates, Inc. in the amount of $700,000, plus interest and costs.

4. Progressive requests such other or different relief to which it may be entitled in this case.

                                              */s/ R. Larry Bradford*
                                              R. Larry Bradford, Attorney for Plaintiff,
                                              Progressive Specialty Insurance Company
                                              Attorney Bar Code: BRA039

OF COUNSEL:

Bradford Law Firm, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the **30** day of June, 2005, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Erin E. May, Esq.
Stephen E. Whitehead, Esq.
Mark E. Tindal, Esq.
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223

Randy Hayes, Esq.
Larry W. Morris, Esq.
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011


_____
OF COUNSEL

# EXHIBIT A

```
************************************************************************
03/10/03    RR:02/03    ALABAMA                    ADVANTAGE          PAGE 1
            RICKY LANE              POLICY #: 01722685-0
************************************************************************
```

UPLOAD MESSAGE: Upload Successful on 03/10/2003 01:26PM  ref. $318

COMPANY INFORMATION:
PROGRESSIVE INSURANCE COMPANIES    P.O. Box 94739      Cleveland   OH 44101
AGENT INFORMATION:           TOTAL PREMIUM: 3494.00    POLICY #: 01722685-0
MCKNIGHT AGENCY INC.         DOWN PAYMENT:   873.50    LEVEL: ADVANTAGE
203 WEST WASHINGTON ST.      BALANCE DUE:   2620.50

ABBEVILLE, AL 36310          DOWNPAY REQ:    873.50    POLICY TERM: ANNUAL
(334)585-5210   B4-64376     PAY PLAN:       10-PAY
MCKNIGHT, JOE                DOWNPAY METH: EXPRESS MONEY
                             (Do Not Retain Commission)

              ($9.00 fee included for each installment payment)

----------------------------- NAMED INSURED / BUSINESS ----------------------
                                                        EFF DATE: 03/10/0
                                                        EFF TIME: 12:01AM
BUSINESS TYPE: TRUCKING & TRANSPORTATION OF GOODS
SUB BSNS TYPE: TRUCKING FOR-HIRE

Are any vehicles hauling steel?(steel beams, coiled or rolled steel etc.)
NO
Are any vehicles hauling hazardous materials?    NO

APPLICANT: Individual/Sole Prop.(I), Partnership (P), or Corp (C)? I

NAME: RICKY LANE
DBA:
ADDR: PO BOX 85
      SHORTERVILLE , AL 36373-
INSURED PHONE: (334)585-9840

ORDER FINANCIAL RESP: YES

--------------------------- OWNER (FINANCIAL RESPONSIBILITY) ----------------
NAME                    SUFFIX  BIRTH DATE    AGE    SOCIAL SECURITY #
RICKY LANE              NONE    04/09/58      44     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
HOME STREET ADDRESS     CITY              STATE              ZIP
PO BOX 85               SHORTERVILLE      ALABAMA            36373-

```
********************************************************************************
03/10/03   RR:02/03   ALABAMA                    ADVANTAGE              PAGE 2
                      RICKY LANE       POLICY #: 01722685-0
********************************************************************************
------------------------------VEHICLE INFORMATION ------------------------------
VEH                           VEHICLE ID                 BODY   USE
 #  YR    MAKE   MODEL        NUMBER                     TYPE   CLASS
 1  1993  FREIG  FLA          1FUYAPYB1PL470232          01     H
 2  2030  NON O  ATTACHED TRLR NONE                      20     H

VEH   TRAILER          PERSONAL        GARAGING         STATED                DR
 #    HITCH            USE         ZIP       TERR       AMT      RADIUS       NO
 1                     N           36373     01                  300          1
 2                     N           36373     01                  300          1

------------------------------ VEHICLE QUESTIONS ------------------------------
VEH 1
 1. Is this vehicle primarily used to haul goods for others?    YES

VEH 2
 1. Is this vehicle primarily used to haul goods for others?    YES


---------------------- DRIVER INFORMATION - LIST ALL DRIVERS -----------------
    (Failure to accurately and completely report all driver information may
     result in premium differences and service delays.)

                             BIRTH           MARITAL              SR22
DR#  DRIVER'S NAME           DATE       AGE  STATUS               Y/N    CASE #
 1   RICKY LANE              04/09/58   45   MARRIED              N
                                  SOCIAL          EXCLUDED
DR#  LICENSE NUMBER     ST   SECURITY #          DRVR Y/N   PTS
 1   4539116            AL   411026223           N           5


---------------------- POINT DEVELOPMENT - Last 35 Months --------------------
All accidents will be surcharged unless a police report accompanies the
application or an explanation of why the accident is non-chargeable is given
(attach separate sheet).  Please provide details of all accidents during
previous 35 months.  Failure to provide accurate information can result in an
uprate and/or cancellation.

-------------------------- VIOLATIONS - Last 35 Months -----------------------
DR  VIOL  DATE       VIOL  DATE       VIOL  DATE       VIOL  DATE       VIOL  DATE
 1  SAF   01/25/01   AAF   08/27/01   SAF   09/18/02   NAF   10/12/02
```

```
*************************************************************************
03/10/03    RR:02/03    ALABAMA                    ADVANTAGE         PAGE 3
            RICKY LANE                  POLICY #: 01722685-0
*************************************************************************
-------------------------------UNDERWRITING QUESTIONS---------------------
Is Applicant currently insured?                     NO
Which Company is your current policy with?
What is your current policy number?
Effective Date of Current Insurance Coverage:
Expiration Date of Current Insurance Coverage:
What is the liability limit closest to the insured's current policy:

Has Applicant had continuous coverage for at least one year?



--------------------------------------------------------------------------
Does Applicant require Any Waivers of Subrogation? No     How Many? 0
                                             (Attach list of names & addresses)
Number of Additional Insureds Required     0

FILINGS:
Do We Insure All Commercially Owned and Operated Vehicles? NO
```

```
****************************************************************************
03/10/03   RR:02/03   ALABAMA                    ADVANTAGE              PAGE 4
           RICKY LANE                  POLICY #: 01722685-0
****************************************************************************
--------------------------------COVERAGES-----------------------------------
  MODEL YR   1993       2030                                VEH     VEH
  USE/BODY   H/01       H/20                                 1       2

  BI-PD      300 CSL    300 CSL                             2841    609
  UM-UIM     20/40      NONE                                  44      0
  MED-PAY    NONE       NONE                                   0      0
  FR-THFT    N/A        N/A                                    0      0
  COMP       N/A        N/A                                    0      0
  COLL       N/A        N/A                                    0      0
  ON-HOOK    NONE       NONE                                   0      0
  NON-TRK    NONE       NONE                                   0      0
                                                          -------  ------
                                                            2885    609
                              Dr #/Marital/Age:             1M45   1M45

SubTotal                                  3494.00

Add'l Coverages
  NON-OWNED        NONE                         0
  HIRED-AUTO       NONE                         0
  GKLL1            NONE                         0
  GKLL2            NONE                         0
  GKLL3            NONE                         0
  TRLR-INT         NONE                         0
                                         ----------
  SubTotal                                   0.00
                                         ----------
Total Fees:                                  0.00
                                         ----------

Total Premium                             3494.00

COVERAGE      DESCRIPTION
TRLR-INT      NONE
---------------------------------DISCOUNTS----------------------------------
```

```
************************************************************************
03/10/03   RR:02/03    ALABAMA              ADVANTAGE              PAGE 5
           RICKY LANE              POLICY #: 01722685-0
************************************************************************
************************************************************************
```

REPORT ALL ACCIDENTS IMMEDIATELY
24 HOURS A DAY, 7 DAYS A WEEK

1-800-274-4499

Call us immediately so we can go to work for you.

INSTRUCTIONS TO INSURED IN CASE OF ACCIDENT OR LOSS:

1. Obtain full names, addresses, phone numbers, and license numbers of all persons involved and all witnesses.

2. Do not admit liability or discuss the accident with anyone except police or company representative.

3. Call Progressive immediately.

NOTE: FOR QUESTIONS REGARDING YOUR POLICY OR BILL, PLEASE CALL: 1-877-776-2436

```
************************************************************************
```

---------------------------------------NOTES SECTION---------------------------------------
TRUCKING FOR-HIRE TRUCKING & TRANSPORTATION OF GOODS

-------------------------------------------------------------------------------------------

```
******************************************************************************
03/10/03    RR:02/03    ALABAMA                      ADVANTAGE              PAGE 6
            RICKY LANE                      POLICY #: 01722685-0
******************************************************************************
```

--------------------------------INSURED'S SIGNATURE-------------------------------

The insured hereby applies to Company for a policy of insurance as set forth in this application on the basis of statements contained herein. The insured agrees that such policy shall be null and void if such information is false, or misleading, or would materially affect acceptance of the risk by the Company. The insured understands that this application becomes part of the insurance policy. The insured agrees to submit to loss control inspections as often as the Company may reasonably require. The insured agrees that refusal to submit to an inspection is grounds for cancellation of this policy. The insured agrees that no coverage will be bound and this policy shall be void from inception if the payment is not honored by the bank. The insured understands that a service charge of $20.00 will be assessed if any check offered in payment is returned from the bank unpaid.

The insured agrees to pay the installment fees shown on the billing statement that become due during the policy term and each renewal policy term in accordance with the payment plan the insured selects. The insured understands that the amount of these fees may change upon policy renewal or if the insured changes the payment plan. The insured also understands that the amount of these fees may change if the premium is increased due to inaccurate or incomplete information in this application.

The insured agrees to pay a late fee of $5.00 during the policy term and each renewal policy term when either the minimum amount due is not paid or payment is postmarked more than 02 days after the premium due date. The amount of thi fee may change upon policy renewal.

The insured acknowledges that, in connection with this application and premium quotation, the Company may collect information from consumer reporting agencies, such as driving record and credit history reports. This information will be used to underwrite the insurance and provide an accurate quote in one of Progressive's underwriting companies. Future reports may be used to update or renew the insurance. The insured has or will obtain from existing and new drivers employed or contracted by the insured, an acknowledgment that their driving record information may be disclosed to the insured or their employer, contractor or agent in connection with the insurance being applied for hereunder.

x _Ricky Lane_____                                    Date: _3-10-03_
  Signature of Insured