# EXHIBIT B

PROGRESSIVE INSURANCE
PO BOX 94739                                   CLEVELAND OH 44101-4739

This declarations page/amended declaration page with the policy jacket identified by the form **1050** and edition date **1194** completes the below numbered policy.

**PROGRESSIVE®**
COMMERCIAL VEHICLE INSURANCE

MCKNIGHT AGCY INC
203 W WASHINGTON ST
ABBEVILLE          AL  36310
334-585-5210

24-Hour Policy Service:    1-800-444-4487
24-Hour Claims Service:    1-800-274-4499
24-Hour Bill Questions:    1-800-999-8781

**COMMERCIAL AUTO POLICY DECLARATION**
**POLICY NUMBER:** CA 01722685- 0

**POLICY PERIOD:** 03/10/03 TO 03/10/04
**FOR NAMED INSURED**
RICKY LANE
PO BOX 85
SHORTERVILLE          AL  36373

This policy incepts the later of:
1. the time the application for insurance is executed on the first day of the policy period; or
2. 12:01 a.m. on the first day of the policy period.

This policy shall expire at 12:01 a.m. on the last day of the policy period.

The following coverages and limits apply to each described vehicle as shown below. Coverages are defined in the policy and are subject to the terms and conditions contained in the policy, including amendments and endorsements. No changes will be effective prior to the time changes are requested.

**REASON FOR ISSUANCE:** NEW BUSINESS

RICKY LANE
PO BOX 85
SHORTERVILLE          AL  36373

### AUTO DAMAGE LIMIT OF LIABILITY

| VEH | YR | MAKE | MODEL | SERIAL NUMBER | LIMIT OF LIABILITY | COMP DED | FT/CAC DED | COLL DED | RADIUS |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 1993 | FREIG | FLA | 1FUYAPYB1PL470232 | | | | | 300 |
| 02 | 2030 | * NON OWNED | ATTACHED TRLR | NONE | | | | | 300 |

* NON-OWNED TRAILER BUT ONLY WHILE ATTACHED TO A LISTED POWER UNIT

| COVERAGES - LIMITS OF LIABILITY | | PREMIUMS | | | |
|---|---|---|---|---|---|
| THE COVERAGE IS APPLICABLE ONLY IF A PREMIUM IS INDICATED. | TOTAL | VEH 1 | VEH 2 | VEH 3 | VEH 4 |
| BODILY INJURY AND PROPERTY DAMAGE LIABILITY $300,000 COMBINED SINGLE LIMIT | $3,450 | $2,841 | $609 | | |
| UNINSURED/UNDERINSURED MOTORIST BODILY INJURY $20,000 EACH PERSON - $40,000 EACH ACCIDENT | $44 | $44 | | | |
| PREMIUM BY VEHICLE | | $2,885 | $609 | | |
| FILING/OTHER FEES | | | | | |
| | $3,494 | TOTAL POLICY PREMIUM INCLUDES FEES | | | |

ATTACHMENTS IDENTIFIED BY FORM NO. (EDITION DATE)
1197  (0893)     1349  (1296)     2000A (1296)     3098  (1296)     3394  (0901)     4792A (0103)

Form No. 1113 (05/95)  SIGNED _____                        Page 1 of 02                    CVSE0305011205L111401

| DRV NO. | LISTED DRIVERS | DOB | LICENSE NO. | MARITAL STATUS | SR22 REQ | PTS. |
|---|---|---|---|---|---|---|
| 01 | RICKY LANE | 04/09/58 | 4539116 | M | N | 05 |
| 02 | | | | | | |
| 03 | | | | | | |
| 04 | | | | | | |
| 05 | | | | | | |

**LIENHOLDER**

VEH 1                                              VEH 2

VEH 3                                              VEH 4

**ADDITIONAL INSURED**

ADDL INS 1                                         ADDL INS 2

ADDL INS 3                                         ADDL INS 4

**OUTSIDE PREMIUM FINANCE**

PREMIUM FINANCING S
PO BOX 33049
TULSA          OK 74153

---

## FOR COMPANY USE ONLY

| VEH | DR | VEH CLS | PERS USE | TERR NO | G/R ZIP | PIF | REN | PRF | ABS | Anti-Theft | Air Bags | Sr. Citz | STD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | H01 | N | 01 | 36373 | | | | | | | | | | |
| 02 | 01 | H20 | N | 01 | 36373 | | | | | | | | | | |

COST OF HIRE            COMPANY      03         RATE MANUAL
BUS. TYPE               PROGRAM                 UNIT           C2
NUMB. OF EMP.  N/A      PAY PLAN     C1         BATCH          AC0
PPA            (    )   R/R          0203       USER ID
                        F/R          092001     DATE           03090
                        FACTOR %     100.00
                        AGENT CODE   CA 64376

# EXHIBIT C

PROGRESSIVE SPECIALTY INSURANCE C
PO BOX 94739  CLEVELAND OH 44101-4739
This declarations page/amended declaration page with the policy jacket identified by the form 1050 and edition date 1194 completes the below numbered policy.



MCKNIGHT AGCY INC
203 W WASHINGTON ST
ABBEVILLE       AL 36310
334-585-5210

24-Hour Policy Service: 1-800-444-4487
24-Hour Claims Service: 1-800-274-4499
24-Hour Bill Questions: 1-800-999-8781

**COMMERCIAL AUTO POLICY DECLARATION**
**POLICY NUMBER:** CA 01722685- 1

**POLICY PERIOD:** 03/10/04 TO 03/10/05
**FOR NAMED INSURED**
RICKY LANE
PO BOX 85
SHORTERVILLE     AL 36373

This policy incepts the later of:
1. the time the application for insurance is executed on the first day of the policy period; or
2. 12:01 a.m. on the first day of the policy period.
This policy shall expire at 12:01 a.m. on the last day of the policy period.
The following coverages and limits apply to each described vehicle as shown below. Coverages are defined in the policy and are subject to the terms and conditions contained in the policy, including amendments and endorsements. No changes will be effective prior to the time changes are requested.

RICKY LANE
PO BOX 85
SHORTERVILLE     AL 36373

**REASON FOR ISSUANCE:** RENEWAL POLICY

### AUTO DAMAGE LIMIT OF LIABILITY

| VEH | YR | MAKE | MODEL | SERIAL NUMBER | LIMIT OF LIABILITY | COMP DED | FT/CAC DED | COLL DED | RADIUS |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 1995 | INTERNATIONAL | 940 | 2HSFHAER6SC049691 | $12,000 | 1000 | | 1000 | 300 |
| 02 | 2030 | * NON OWNED | ATTACHED TRLR | NONE | | | | | 300 |

* NON-OWNED TRAILER BUT ONLY WHILE ATTACHED TO A LISTED POWER UNIT

| COVERAGES - LIMITS OF LIABILITY | PREMIUMS | | | | |
|---|---|---|---|---|---|
| THE COVERAGE IS APPLICABLE ONLY IF A PREMIUM IS INDICATED. | TOTAL | VEH 1 | VEH 2 | VEH 3 | VEH 4 |
| BODILY INJURY AND PROPERTY DAMAGE LIABILITY $300,000 COMBINED SINGLE LIMIT | $3,400 | $2,770 | $630 | | |
| UNINSURED/UNDERINSURED MOTORIST BODILY INJURY $20,000 EACH PERSON - $40,000 EACH ACCIDENT | $44 | $44 | | | |
| COMPREHENSIVE - LIMIT OF LIABILITY LESS DEDUCTIBLE | $134 | $134 | | | |
| COLLISION - LIMIT OF LIABILITY LESS DEDUCTIBLE | $641 | $641 | | | |
| PREMIUM BY VEHICLE | | $3,589 | $630 | | |
| FILING/OTHER FEES | | | | | |
| | $4,219 | TOTAL POLICY PREMIUM INCLUDES FEES | | | |

ATTACHMENTS IDENTIFIED BY FORM NO. (EDITION DATE)
1197 (0893)    1349 (1296)    1602 (0883)    2000A (1296)    3098 (1296)    3394 (0901)
8470 (1286)    4792A (0103)

Form No. 1113 (05/95)  SIGNED _____    Page 1 of 02    CVSE0305011205L111401

| DRV NO. | LISTED DRIVERS | DOB | LICENSE NO. | MARITAL STATUS | SR22 REQ | PTS. |
|---|---|---|---|---|---|---|
| 01 | RICKY LANE | 04/09/58 | 4539116 | M | N | 04 |
| 02 | | | | | | |
| 03 | | | | | | |
| 04 | | | | | | |
| 05 | | | | | | |

**LIENHOLDER**

VEH 1                                    VEH 2

RIVERSIDE TURF
11969 STATE HWY 10 E
SHORTERVILLE    AL 36373

VEH 3                                    VEH 4

**ADDITIONAL INSURED**

ADDL INS 1                               ADDL INS 2



ADDL INS 3                               ADDL INS 4

**OUTSIDE PREMIUM FINANCE**

PREMIUM FINANCING S
5700 N PORTLAND
OK CITY    OK 73112

---

**FOR COMPANY USE ONLY**

| VEH | DR | VEH CLS | PERS USE | TERR NO | G/R ZIP | PIF | REN | PRF | ABS | Anti-Theft | Air Bags | Sr. Citz | STD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | H01 | N | 01 | 36373 | | X | | | | | | | | |
| 02 | 01 | H20 | N | 01 | 36373 | | X | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| COST OF HIRE | | COMPANY 03 | RATE MANUAL |
| BUS. TYPE | | PROGRAM | UNIT C2 |
| NUMB. OF EMP. | N/A | PAY PLAN C1 | BATCH AC0 |
| PPA | ( ) | R/R 0204 | USER ID |
| | | F/R 092001 | DATE 04069 |
| | | FACTOR % 100.00 | |
| | | AGENT CODE CA 64376 | |