IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | | |
|---|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case Number: 2:05-CV-438-W |
| McKNIGHT AGENCY, INC.; JOE McKNIGHT; RICKY LANE; RIVERSIDE TURF FARM; JANE HOLMES, individually and as the personal representative of the Estate of DAISY BEASLEY, deceased, MOORE, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### MOTION FOR LEAVE TO AMEND COMPLAINT

Comes now the plaintiff, Progressive Specialty Insurance Company, pursuant to Rule 15 of the Federal Rules of Civil Procedure, and moves the court for leave to amend its complaint as follows:

1.  To add Young, Johnston and Associates, Inc. as an additional defendant. It apparently purchased McKnight Agency, Inc. in December 2004.

2.  To attach the correct exhibit "A" which is the policy application. The original exhibit "A" apparently was duplicate of exhibit "B".

Progessive is attaching a proposed restated complaint.

**MOTION GRANTED**

THIS /s/ DAY OF July, 20 05

_____
UNITED STATES MAGISTRATE JUDGE