**pRO**                  **UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                         TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record


Case Style: Progressive Speciality Ins. Co.   vs. McKnight Agency, Inc., et al

Case Number:    2:05cv438-W

Referenced Docket Entry - Amended Complaint  - Doc. Nos.  13,14,15

The referenced docket entry was filed with an error  on ***July 1, 2005***
in this case.  This resulted in an error on the docket sheet because this Amended Complaint should have been filed with Exhibits; not Exhibits as separate documents.

.