IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>McKNIGHT AGENCY, INC.; JOE )<br>McKNIGHT; RICKY LANE; )<br>RIVERSIDE TURF FARM; JANE )<br>HOLMES, individually and as the )<br>personal representative of the Estate of )<br>Daisy Beasley, deceased, )<br>)<br>Defendants. ) | Civil Action No.:<br>2: 05 CV 438-W |

## ANSWER OF RIVERSIDE TURF FARM

COMES NOW, the Defendant, Riverside Turf Farm, by and through its attorney of record, and responds to the Declaratory Judgment Action filed by Progressive.

In the action at hand, Progressive states that they make no request for relief from Riverside Turf Farm. Therefore, this Defendant is not called upon to make any defenses or admissions in this action. However, Riverside Turf Farm would make aware to the parties and to the Court that a certificate of insurance was issued and provided to Riverside Turf Farm that there was $1,000,000.00 in coverage. It was Riverside Turf Farm's understanding that this was issued and provided by Progressive. However, other than stating that this certificate of insurance is in Riverside Turf Farm's possession,

Riverside Turf Farm would request that the Court make the determination as to the coverage.

Respectfully submitted,

_____
T. RANDALL LYONS (LYO006)
Attorney for Above-named Defendant

OF COUNSEL:

Webster, Henry & Lyons, P.C.
P.O. Box 239
Montgomery, AL 36101
(334) 264-9472
(334) 264-9599

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the following on this the 29th day of June, 2005 via United States Mail, postage prepaid:

R. Larry Bradford
Bradford Law Firm, P.C.
2020 Canyon Road, Suite 100
Birmingham, AL 35216

Randall S. Haynes
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, AL 35011-1660

_____
OF COUNSEL