# EXHIBIT C

PROGRESSIVE SPECIALTY INSURANCE C
PO BOX 94739                          CLEVELAND OH 44101-4739
This declarations page/amended declaration page with the policy jacket identified by the form **1050**
and edition date **1194** completes the below numbered policy.

**PROGRESSIVE®**
COMMERCIAL VEHICLE INSURANCE

MCKNIGHT AGCY INC
203 W WASHINGTON ST
ABBEVILLE        AL 36310
334-585-5210

24-Hour Policy Service:  1-800-444-4487
24-Hour Claims Service:  1-800-274-4499
24-Hour Bill Questions:  1-800-999-8781
**COMMERCIAL AUTO POLICY DECLARATION**
**POLICY NUMBER:** CA 01722685- 1

**POLICY PERIOD:** 03/10/04 **TO** 03/10/05
**FOR NAMED INSURED**
RICKY LANE
PO BOX 85
SHORTERVILLE      AL 36373
This policy incepts the later of:
1. the time the application for insurance is executed on the first
    day of the policy period; or
2. 12:01 a.m. on the first day of the policy period.
This policy shall expire at 12:01 a.m. on the last day of the policy
period.
The following coverages and limits apply to each described vehicle as
shown below. Coverages are defined in the policy and are subject to the
terms and conditions contained in the policy, including amendments and
endorsements. No changes will be effective prior to the time changes
are requested.
**REASON FOR ISSUANCE:** RENEWAL POLICY

RICKY LANE

PO BOX 85
SHORTERVILLE    AL   36373

### AUTO DAMAGE LIMIT OF LIABILITY

| VEH | YR | MAKE | MODEL | SERIAL NUMBER | LIMIT OF LIABILITY | COMP DED | FT/CAC DED | COLL DED | RADIUS |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 1995 | INTERNATIONAL | 940 | 2HSFHAER6SC049691 | $12,000 | 1000 | | 1000 | 300 |
| 02 | 2030 | * NON OWNED | ATTACHED TRLR | NONE | | | | | 300 |

\* NON-OWNED TRAILER BUT ONLY WHILE ATTACHED TO A LISTED POWER UNIT

| COVERAGES - LIMITS OF LIABILITY | PREMIUMS | | | | |
|---|---|---|---|---|---|
| THE COVERAGE IS APPLICABLE ONLY IF A PREMIUM IS INDICATED. | TOTAL | VEH 1 | VEH 2 | VEH 3 | VEH 4 |
| BODILY INJURY AND PROPERTY DAMAGE LIABILITY $300,000 COMBINED SINGLE LIMIT | $3,400 | $2,770 | $630 | | |
| UNINSURED/UNDERINSURED MOTORIST BODILY INJURY $20,000 EACH PERSON - $40,000 EACH ACCIDENT | $44 | $44 | | | |
| COMPREHENSIVE - LIMIT OF LIABILITY LESS DEDUCTIBLE | $134 | $134 | | | |
| COLLISION - LIMIT OF LIABILITY LESS DEDUCTIBLE | $641 | $641 | | | |
| PREMIUM BY VEHICLE | | $3,589 | $630 | | |
| FILING/OTHER FEES | | | | | |
| | $4,219 | TOTAL POLICY PREMIUM INCLUDES FEES | | | |

ATTACHMENTS IDENTIFIED BY FORM NO. (EDITION DATE)
1197  (0893)     1349  (1296)    1602  (0883)     2000A (1296)     3098  (1296)     3394  (0901)
8470  (1286)     4792A (0103)

Form No. 1113 (05/95)  SIGNED _____          Page 1 of 02          CVSE0305011205L111401

| DRV NO. | LISTED DRIVERS | DOB | LICENSE NO. | MARITAL STATUS | SR22 REQ | PTS. |
|---|---|---|---|---|---|---|
| 01 | RICKY LANE | 04/09/58 | 4539116 | M | N | 04 |
| 02 | | | | | | |
| 03 | | | | | | |
| 04 | | | | | | |
| 05 | | | | | | |

## LIENHOLDER

VEH 1                                    VEH 2

RIVERSIDE TURF
11969 STATE HWY 10 E
SHORTERVILLE        AL 36373

VEH 3                                    VEH 4

## ADDITIONAL INSURED

ADDL INS 1                               ADDL INS 2

ADDL INS 3                               ADDL INS 4

## OUTSIDE PREMIUM FINANCE

PREMIUM FINANCING S
5700 N PORTLAND
OK CITY        OK 73112

## FOR COMPANY USE ONLY

| VEH | DR | VEH CLS | PERS USE | TERR NO | G/R ZIP | PIF | REN | PRF | ABS | Anti-Theft | Air Bags | Sr. Citz | STD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | H01 | N | 01 | 36373 | | X | | | | | | | | |
| 02 | 01 | H20 | N | 01 | 36373 | | X | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

COST OF HIRE                COMPANY        03          RATE MANUAL
BUS. TYPE                   PROGRAM                    UNIT        C2
NUMB. OF EMP.    N/A        PAY PLAN       C1          BATCH       ACO
PPA              (    )     R/R            0204        USER ID
                           F/R            092001      DATE        04069
                           FACTOR %       100.00
                           AGENT CODE     CA 64376

Page 2 of 02