IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) | Case Number: 2:05-CV-438-W |
| ) | |
| McKNIGHT AGENCY, INC.; ) JOE McKNIGHT; RICKY LANE; ) RIVERSIDE TURF FARM; JANE ) HOLMES, individually and as the ) personal representative of the Estate ) of DAISY BEASLEY, deceased; ) YOUNG, JOHNSTON & ) ASSOCIATES, INC. ) ) | |
| Defendants. ) | |

## MOTION TO DISMISS

Comes now the plaintiff, Progressive Specialty Insurance Company ("Progressive"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, and moves the court to dismiss Young, Johnston & Associates, Inc. as a defendant without prejudice. In support of the motion, Progressive shows unto the court the following:

1.  Progressive added Young, Johnston & Associates, Inc. as a defendant based upon the answer filed by McKnight Agency, Inc. which reflected that its agency was purchased by Young, Johnston & Associates, Inc.

2.  Progressive has now been provided documents from Young, Johnston & Associates, Inc. which reflects that it simply purchased the assests (and not the liabilities) of

the McKnight Agency, Inc. Thus, Progressive moves the court to dismiss Young, Johnston & Associates, Inc. as a defendant without prejudice. It has not filed an answer to the complaint but its attorney, William H. Brittian, II., consents to this dismissal.

*/s/ Larry Bradford*

R. Larry Bradford, Attorney for Plaintiff,
Progressive Specialty Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford Law Firm, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the ___21___ day of August, 2005, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Erin E. May, Esq.
Stephen E. Whitehead, Esq.
Mark E. Tindal, Esq.
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223

Randy Hayes, Esq.
Larry W. Morris, Esq.
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

Ricky Lane
c/o The Corporation Company
850 Country Road 177
Shorterville, Alabama 36373

William H. Brittian, II., Esq.
Ball, Ball, Matthews & Novak
P.O. Box 2148
Montgomery, Alabama 36102-2148

_____
OF COUNSEL