IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> McKNIGHT AGENCY, INC.; JOE McKNIGHT; RICKY LANE; RIVERSIDE TURF FARM; JANE HOLMES, individually and as the personal representative of the Estate of DAISY BEASLEY, deceased; YOUNG, JOHNSTON & ASSOCIATES, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) Case Number: 2:05-CV-438-W ) ) ) ) ) ) ) ) ) ) ) ) |

## DEFENDANT'S LOCAL RULE 26.1 DISCLOSURES

The defendant, Progressive Specialty Insurance Company ("Progressive") pursuant to Local Rule 26.1 and Rule 26(a)(1) of the Federal Rules of Civil Procedure, makes its initial disclosures. Progressive reserves the right to supplement or amend the disclosures and, if necessary, to object to the admission of disclosed information at trial:

    A.    <u>WITNESSES.</u>

The following have discoverable non-privileged personal knowledge concerning significant factual issues specifically raised in the pleadings:

    1.    Ricky Lane.

    2.    Joe McKnight.

3. Corporate representative of Riverside Turf.

4. Larry Lackey
   Progressive Specialty Insurance Company
   Birmingham, Alabama

5. Mary Alice Fitzgerald
   Progressive Specialty Insurance Company
   Cleveland, Ohio

B. DOCUMENTS.

1. Policy issued to Ricky Lane.

2. Application submitted by Ricky Lane.

3. Certificate of insurance issued to Riverside Turf.

4. Joe McKnight's producer agreement.

C. DAMAGES.

Progressive is not seeking any damages in this case.

D. INSURANCE AGREEMENT.

Progressive issued a commercial policy of insurance to Ricky Lane. The liability limits were $300,000 CSL.

_____
R. Larry Bradford, Attorney for Plaintiff,
Progressive Specialty Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford Law Firm, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the __26__ day of August, 2005, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Erin E. May, Esq.
Stephen E. Whitehead, Esq.
Mark E. Tindal, Esq.
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223

Randy Haynes, Esq.
Larry W. Morris, Esq.
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

Ricky Lane
c/o The Corporation Company
850 Country Road 177
Shorterville, Alabama 36373

_____
OF COUNSEL