IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALITY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:05cv438-T |
| | ) | |
| McKNIGHT AGENCY, INC., | ) | |
| et al., | ) | |
| | ) | |
|    Defendant. | ) | |

### ORDER

It is ORDERED that plaintiff's motion to dismiss (Doc. No. 28) is granted and that defendant Young, Johnston & Associates, Inc. is dismissed without prejudice.  The assumes the other parties have no objection to the allowance of the dismissal; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 1st day of September, 2005.

                                                /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE