IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY<br>INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>MCKNIGHT AGENCY, INC.,<br>JOE MCKNIGHT; RICKY LANE;<br>RIVERSIDE TURF FARM, et al.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 2:05-CV-438-W<br>)<br>)<br>)<br>)<br>)<br>) |

## JOE MCKNIGHT AND MCKNIGHT AGENCY'S
## MOTION FOR LEAVE TO FILE ANSWER OUT OF TIME

Defendants McKnight Agency, Inc. and Joe McKnight (collectively referred to as "Defendants") respectfully request this Court grant them leave to file their Response to Plaintiff's Second Amended Complaint and offer the following in support thereof:

1.  Defendants' Response to Plaintiff's Second Amended Complaint was due Tuesday, August 30, 2005.

2.  Due to Hurricane Katrina, the office of counsel for these Defendants was completely shut down for lack of power until approximately 9:00 p.m. on August 31, 2005. The undersigned was not aware power had been restored until the morning of September 1, 2005.

3.  Counsel for Defendants was unable, therefore, to file the response timely.

4.  No party will be prejudiced by this Court's grant of leave to file the response out of time.

1

Defendants McKnight Agency, Inc. and Joe McKnight request this Court grant their request for leave to file their Response to Plaintiff's Second Amended Complaint out of time.

_s/Erin E. May_
Stephen E. Whitehead
Mark E. Tindal
Erin E. May
Attorneys for Defendants McKnight Agency, Inc.
and Joe McKnight

**OF COUNSEL:**
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
Telephone - (205) 967-8822
Facsimile - (205) 967-2380

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been served upon the following via electronic filing, on this the  1st  day of September, 2005.

Randy Haynes
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

Larry Bradford
Bradford Law Firm, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216

Ricky Lane
c/o The Corporation Company
850 Country Road 177
Shorterville, Alabama 36373

Riverside Turf Farm
11969 State Highway 10 E.
Shorterville, Alabama 36376

          _s/Erin E. May_
          OF COUNSEL