IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **PROGRESSIVE SPECIALITY INSURANCE COMPANY,** ) ) ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv438-T |
| ) | |
| **McKNIGHT AGENCY, INC., et al.,** ) ) ) | |
| Defendant. ) | |

### ORDER

It is ORDERED that defendants' motion for leave to file answer out of time (Doc. No. 34) is granted. The court assumes that the other parties have no objection to the allowance of the filing; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 2nd day of September, 2005.

          /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE