IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PROGRESSIVE SPECIALTY** | ) |
| **INSURANCE COMPANY,** | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case No.: 2:05-CV-438-W |
|  | ) |
| **MCKNIGHT AGENCY, INC.,** | ) |
| **JOE MCKNIGHT; RICKY LANE;** | ) |
| **RIVERSIDE TURF FARM, et al.** | ) |
|  | ) |
| Defendant. | ) |

### NOTICE OF FILING DISCOVERY DOCUMENTS

Please take notice that the undersigned, on the behalf of the **Defendants, Joe McKnight and the McKnight Agency**, has this date served on counsel for Plaintiffs, the following:

- (   )   Discovery Requests
- (   )   Request for Production
- (   )   Notice of Intent to Serve Subpoena
- **( X )   Notices of Taking Depositions**
- (   )   Other:

Dated this the   27th   day of October, 2005.

                                                _s/Erin E. May_
                                                Stephen E. Whitehead
                                                Mark E. Tindal
                                                Erin E. May
                                                Attorneys for Defendants Joe McKnight and
                                                McKnight Agency

**OF COUNSEL:**

Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
Telephone - (205) 967-8822
Facsimile - (205) 967-2380

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served upon the following by placing a copy of same in the United States Mail, postage prepaid, on this the  27th  day of October, 2005.

Randy Haynes
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

Larry Bradford
Bradford Law Firm, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216

T. Randall Lyons
Webster, Henry & Lyons, P.C
Post Office Box 239
Montgomery, Alabama 36101

Jay S. Tuley
Alex L. Holtsford, Jr.
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103

G. Thomas Yearout
Yearout, Spina & Lavelle, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242

Jeffery W. Smith
Slaten & O'Connor
P.O. Box 1110
Montgomery, Alabama 36101

Christina D. Crow
Lynn W. Jinks, III
Nathan A. Dickson, II
Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089

                                        *s/Erin E. May*
                                        OF COUNSEL