IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PROGRESSIVE SPECIALITY        )
INSURANCE COMPANY,            )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      2:05cv438-T
                              )
McKNIGHT AGENCY, INC.,        )
et al.,                       )
                              )
     Defendant.               )
```

ORDER

It is ORDERED that the motion to amend (Doc. No. 43) is granted. The court assumes that the non-movants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 2nd day of November, 2005.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE