IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY ) <br> INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> McKNIGHT AGENCY, INC.; ) <br> JOE McKNIGHT; RICKY LANE; ) <br> RIVERSIDE TURF FARM; JANE ) <br> HOLMES, individually and as the ) <br> personal representative of the Estate ) <br> of DAISY BEASLEY, deceased, ) <br> ) <br> Defendants, ) <br> ) <br> ) <br> RICKY LANE, ) <br> ) <br> Counter Claimant/Cross Claimant,) <br> ) <br> v. ) <br> ) <br> PROGRESSIVE SPECIALTY ) <br> INSURANCE COMPANY, ) <br> ) <br> Counter Claim Defendant, and ) <br> ) <br> McKNIGHT AGENCY, INC. and ) <br> JOE McKNIGHT, ) <br> ) <br> Cross Claim Defendants. ) | Case Number: 2:05CV438-00 |

## RICKY LANE'S FIRST AMENDMENT
## TO HIS COUNTERCLAIM

COMES NOW the Defendant, Counter Claimant, and Cross Claimant, Ricky Lane, hereinafter referred to as "Lane," and amends his Counterclaim as previously filed in the above-styled cause as follows:

Lane deletes paragraph two of his original Counterclaim and substitutes the following paragraph:

2. This is the only document given to or received by Lane for the policy period with the inclusive dates of 3-10-03 to 3-10-04. Lane never received any declaration pages or any policy of insurance with respect to this policy period, nor to his knowledge did Riverside Turf receive any declaration pages or a policy of insurance.

Lane reiterates and restates all other counts and contentions in his original Counterclaim as if set out here in full.

_____
Christina D. Crow (CRO064)
Lynn W. Jinks, III (JIN002)
Nathan A. Dickson, II (DIC031)
Attorneys for Ricky Lane

OF COUNSEL:

JINKS, DANIEL & CROW, P.C.
P. O .Box 350
Union Springs, AL  36089
(334) 738-4225
(334) 738-4229 *fax*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by efiling the same on this the ___1___ day of November , 2005.

**Attorney for Plaintiff, Progressive Specialty Insurance Company**
R. Larry Bradford, Esq.
BRADFORD LAW FIRM, P.C.
2020 Canyon Road; Suite 100
Birmingham, AL 35216
(205) 871-7733
(205) 871-7387 *fax*

**Attorneys for Plaintiff, Jane Holmes, individually
and as Personal Representative of the Estate of Daisy Beasley, Plaintiff**
Randall Haynes, Esq.
Larry W. Morris, Esq.
MORRIS, HAYNES & HORNSBY
Post Office Box 1660
Alexander City, Alabama 35011-1660
(256) 329-2000
(256) 329-2015 *fax*

**Attorneys for Defendant, Riverside Turf**
Jay S. Tuley, Esq.
Alex L. Holtsford, Jr., Esq.
NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON, P.C.
Post Office Box 4128
Montgomery, AL 36103-4128
(334) 215-8585
(334) 215-7101 *fax*

**Attorney for Defendant, Riverside Turf**
Randall Lyons, Esq.
Webster, Henry & Lyons, P.C.
418 Scott Street
P. O. Box 239
Montgomery, AL 36101-0239
(334) 264-9472
(334) 264-9599 *fax*

**Attorneys for Defendant Joe McKnight**
Stephen Whitehead, Esq.
Mark E. Dindal, Esq.
Erin E. May, Esq.
LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, AL 35223
(205) 967-8822
(205) 967-2380 *fax*


**Attorney for Excel Carriers**
G. Thomas Yearout, Esq.
YEAROUT, SPINA & LAVELLE, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, AL 35242
(205) 298-1800
(205) 298-1802 *fax*


Jeffrey W. Smith, Esq.
SLATEN & O'CONNOR, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882
(334) 396-8880 *fax*


_____
OF COUNSEL