IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **PROGRESSIVE SPECIALTY INSURANCE COMPANY,** | * * * | |
| Plaintiff, | * * | |
| v. | * * | CASE NO.: 2:05-CV-438-T |
| **McKNIGHT AGENCY, INC.; JOE McKNIGHT; RICKY LANE; RIVERSIDE TURF FARM; JANE HOLMES, individually and as the personal representative of the Estate of DAISY BEASLEY, deceased,** | * * * * * * * * | |
| Defendants. | * | |

## MOTION TO PERMIT JANE HOLMES TO AMEND HER ANSWER TO THE SECOND AMENDED COMPLAINT

COMES NOW the defendant, JANE HOLMES, individually and as the personal representative of the Estate of DAISY BEASLEY, deceased, and asks this Honorable Court to permit her to amend her answer to the second amended complaint to reflect information obtained from the deposition of one of the parties in this matter, Joe McKnight. A copy of the amended answer is attached hereto as Exhibit A.

Done on this the 8th day of November, 2005.

/s/ *Randall S. Haynes*
RANDALL S. HAYNES (HAYNR2865)
Attorney for Defendant Jane Holmes

OF COUNSEL:

**MORRIS, HAYNES and HORNSBY**
131 Main Street
Post Office Box 1660
Alexander City, Alabama 35011-1660
Telephone: 256-329-2000
Facsimile: 256-329-2015

<u>**CERTIFICATE OF SERVICE**</u>

_____I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record as follows by electronic filing on this the 8th day of November, 2005.

/s/ *Randall S. Haynes*
OF COUNSEL

cc:   R. Larry Bradford, Esq.
      Bradford Law Firm, P.C.
      2020 Canyon Road
      Suite 100
      Birmingham, Alabama 35216

      Stephen E. Whitehead, Esq.
      Erin E. May, Esq.
      Mark E. Tindal, Esq.
      Lloyd, Gray & Whitehead, P.C.
      2501 Twentieth Place South, Suite 300
      Birmingham, Alabama 35223

      T. Randall Lyons, Esq.
      Webster, Henry
      Auburn Bank Center
      132 N. Gay Street, Suite 211
      Auburn, Alabama 36830
      Facsimile No. 334-887-0983

      Mr. Lynn Jinks
      Ms. Christina Crow
      Jinks, Daniel & Crow, P.C.
      Post Office Box 350
      Union Springs, Alabama 36089