IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 2:05-CV-438-W ) |
| MCKNIGHT AGENCY, INC., JOE MCKNIGHT; RICKY LANE; RIVERSIDE TURF FARM, et al. | ) ) ) ) |
| Defendants. | ) ) |

### MOTION TO EXTEND CERTAIN DEADLINES

Defendants McKnight Agency, Inc. and Joe McKnight (collectively referred to as "Defendants") respectfully request the Court to enter an Order to extend all November and December 2005 deadlines for a period of four (4) weeks on the grounds that lead counsel for two (2) of the parties have medical situations requiring a short extension of these deadlines.  In support of this motion, Defendants would show as follows:

1.      Plaintiff, Progressive Specialty Insurance Company, filed this declaratory judgment action on May 10, 2005.  The case was originally assigned to United States District Judge Susan Russ Walker.  The case was reassigned to Your Honor on July 12, 2005.

2.      Pursuant to the Court's Order, a meeting was held on August 15, 2005, between counsel for Progressive, Jane Holmes (individually and as representative of the Estate of Daisy Beasley), Joe McKnight and the McKnight Agency.

1

3.      At this time, Christy Crow (counsel for Ricky Lane) had not yet entered an appearance in this action and, therefore, was not able to participate in the process of proposing deadlines to the Court.

4.      On September 1, 2005, the Court entered a Scheduling Order providing, among other things, the following deadlines:

November 10, 2005 - Motions to Amend Pleadings/Class Certification

November 24, 2005 - Deadline to file dispositive motions

December 2, 2005 - Deadline for discovery

December 15, 2005 - Deadline for settlement conference

5.      On October 26, 2005, Christy Crow entered her appearance as lead counsel for Ricky Lane.  Ms. Crow is expected to deliver a child on November 22, 2005.

6.      On November 7, 2005, Steve Whitehead (lead counsel for Joe McKnight and the McKnight Agency) underwent the first of several surgeries to be performed in the following weeks for a broken heel.  Mr. Whitehead is expected to miss several weeks of work as a result of these surgeries.

7.      In light of the medical situations involving their lead attorneys, Ricky Lane, Joe McKnight and the McKnight Agency will be unduly prejudiced if the deadlines currently set for November and December 2005 are not extended.

8.      The undersigned has been informed by their respective counsel that Ricky Lane, Riverside Turf and Jane Holmes do not oppose this motion.  The undersigned has not been able to contact counsel for Progressive.

9.       No party will be prejudice by the extension of these deadlines for a brief four week period.

WHEREFORE, defendants Joe McKnight and the McKnight Agency respectfully

request the Court to enter an Order extending the deadlines currently set for November

and December 2005 for a four (4) week period.


                                         s/Mark E. Tindal
                                         Stephen E. Whitehead
                                         Mark E. Tindal
                                         Erin E. May
                                         Attorneys for Defendants Joe McKnight and
                                         the McKnight Agency, Inc.


**OF COUNSEL:**
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
Telephone - (205) 967-8822
Facsimile - (205) 967-2380

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the above and foregoing has been served upon the following by facsimile, on this the ___8th___ day of November, 2005.

Randy Haynes
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

Larry Bradford
Bradford Law Firm, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216

T. Randall Lyons
Webster, Henry & Lyons, P.C
Post Office Box 239
Montgomery, Alabama 36101

Jay S. Tuley
Alex L. Holtsford, Jr.
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103

G. Thomas Yearout
Yearout, Spina & Lavelle, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242

Jeffery W. Smith
Slaten & O'Connor
P.O. Box 1110
Montgomery, Alabama 36101

Christina D. Crow
Lynn W. Jinks, III
Nathan A. Dickson, II
Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089

                                                  s/Mark E. Tindal
                                                   OF COUNSEL