IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:05-CV-438-W |
| ) | |
| MCKNIGHT AGENCY, INC., ) | |
| JOE MCKNIGHT; RICKY LANE; ) | |
| RIVERSIDE TURF FARM, et al. ) | |
| ) | |
| Defendants. ) | |

**SUPPLEMENTAL AND UNOPPOSED MOTION
TO EXTEND CERTAIN DEADLINES**

Defendants McKnight Agency, Inc. and Joe McKnight (collectively referred to as "Defendants") filed on November 8, 2005 a request that this Court enter an Order to extend all November and December 2005 deadlines for a period of four (4) weeks on the grounds that lead counsel for two (2) of the parties have medical situations requiring a short extension of these deadlines. Since the time of that filing, counsel for Defendants have spoken with counsel for Progressive Specialty Insurance ("Progressive"). Counsel for Progressive communicated that it does not oppose this motion. Therefore, this motion is unopposed by all parties.

WHEREFORE, defendants Joe McKnight and the McKnight Agency respectfully request the Court to enter an Order extending the deadlines currently set for November and December 2005 for a four (4) week period.

1

                                                  **s/Mark E. Tindal**
Stephen E. Whitehead
Mark E. Tindal
Erin E. May
Attorneys for Defendants Joe McKnight and
the McKnight Agency, Inc.

**OF COUNSEL:**
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
Telephone - (205) 967-8822
Facsimile - (205) 967-2380

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing has been served upon the following by facsimile, on this the ___8th___ day of November, 2005.

| | |
|---|---|
| Randy Haynes<br>Morris, Haynes & Hornsby<br>P.O. Box 1660<br>Alexander City, Alabama 35011 | Jay S. Tuley<br>Alex L. Holtsford, Jr.<br>Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.<br>Post Office Box 4128<br>Montgomery, Alabama 36103 |
| Larry Bradford<br>Bradford Law Firm, P.C.<br>2020 Canyon Road, Suite 100<br>Birmingham, Alabama 35216 | G. Thomas Yearout<br>Yearout, Spina & Lavelle, P.C.<br>1500 Urban Center Drive, Suite 450<br>Birmingham, Alabama 35242 |
| T. Randall Lyons<br>Webster, Henry & Lyons, P.C<br>Post Office Box 239<br>Montgomery, Alabama 36101 | Christina D. Crow<br>Lynn W. Jinks, III<br>Nathan A. Dickson, II<br>Jinks, Daniel & Crow<br>P.O. Box 350<br>Union Springs, Alabama 36089 |
| Jeffery W. Smith<br>Slaten & O'Connor<br>P.O. Box 1110<br>Montgomery, Alabama 36101 | |

                                                  **s/Mark E. Tindal**
                                                  OF COUNSEL