IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PROGRESSIVE SPECIALITY        )
INSURANCE COMPANY,            )
                             )
     Plaintiff,               )
                             )        CIVIL ACTION NO.
     v.                       )          2:05cv438-T
                             )
McKNIGHT AGENCY, INC.,        )
et al.,                       )
                             )
     Defendants.              )
```

ORDER

It is ORDERED as follows:

(1) The motion to amend answer (Doc. No. 47) is granted.  The court assumes that the non-movants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

(2) The motions to extend (Doc. Nos. 48 & 49) are

denied.

DONE, this the 9th day of November, 2005.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE