IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 2:05-CV-438-W ) |
| MCKNIGHT AGENCY, INC., JOE MCKNIGHT; RICKY LANE; RIVERSIDE TURF FARM, et al. | ) ) ) ) |
| Defendant. | ) |

**MOTION FOR LEAVE OF COURT TO AMEND DEFENDANTS'
ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendants McKnight Agency, Inc. and Joe McKnight (collectively referred to as "Defendants") respectfully requests this Court to allow them to file the attached Amended Answer to Plaintiff's Second Amended Complaint.

Therefore, Defendants respectfully request Leave of Court to filed the attached Amended Answer to Plaintiff's Second Amended Complaint.

      s/Mark E. Tindal
Stephen E. Whitehead
Mark E. Tindal
Erin E. May
Attorneys for Defendants

**OF COUNSEL:**
LLOYD, GRAY, & WHITEHEAD, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
Telephone - (205) 967-8822
Facsimile - (205) 967-2380

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing has been served upon the following via e-filing, on this the   10th   day of November, 2005.

Randy Haynes
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

Larry Bradford
Bradford Law Firm, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216

T. Randall Lyons
Webster, Henry & Lyons, P.C
Post Office Box 239
Montgomery, Alabama 36101

Jeffery W. Smith
Slaten & O'Connor
P.O. Box 1110
Montgomery, Alabama 36101

Jay S. Tuley
Alex L. Holtsford, Jr.
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103

G. Thomas Yearout
Yearout, Spina & Lavelle, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242

Christina D. Crow
Lynn W. Jinks, III
Nathan A. Dickson, II
Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089

                                                                      s/Mark E. Tindal
                                                                       OF COUNSEL