IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALITY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:05cv438-T |
| McKNIGHT AGENCY, INC., et al., | ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that motions for leave to amend (Doc. Nos. 51, 52 & 53) are granted. The court assumes that the non-movants have no objection to the allowance of the amendments; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 10th day of November, 2005.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE