IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

PROGRESSIVE SPECIALITY )
INSURANCE COMPANY, )
      )
 Plaintiff,  )
      ) CIVIL ACTION NO.
 v.    )  2:05cv438-T
      )
McKNIGHT AGENCY, INC., )
et al.,    )
      )
 Defendants. )

ORDER

It is ORDERED that motion for leave to amend (Doc. No. 54) is granted.  The court assumes that the non-movants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 10th day of November, 2005.

     /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE