**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

Progress                    November 10, 2005

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Progressive Speciality Ins. Co.    vs.   McKnight Agency, Inc., et al**
**Case Number:2:05cv438-T**

**Referenced Docket Entry -   Motion for leave to file amended answer to Plaintiff's Second Amended Complaint - Doc. No. 55**

**This Notice of Correction was  filed in the referenced case on this date to  correct the  PDF document..  Please see the correct PDF document to this notice.**