IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALTY<br>INSURANCE COMPANY, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | Case No.: 2:05-CV-438-W |
| MCKNIGHT AGENCY, INC.,<br>JOE MCKNIGHT; RICKY LANE;<br>RIVERSIDE TURF FARM, et al. | ) <br> ) <br> ) <br> ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE OF COURT TO AMEND DEFENDANTS'
ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendants McKnight Agency, Inc. and Joe McKnight (collectively referred to as "Defendants") respectfully requests this Court to allow them to file the attached Amended Answer to Plaintiff's Second Amended Complaint.

Therefore, Defendants respectfully request Leave of Court to filed the attached Amended Answer to Plaintiff's Second Amended Complaint.

                                                    s/Mark E. Tindal
                                                    Stephen E. Whitehead
                                                    Mark E. Tindal
                                                    Erin E. May
                                                    Attorneys for Defendants

**OF COUNSEL:**
LLOYD, GRAY, & WHITEHEAD, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
Telephone - (205) 967-8822
Facsimile - (205) 967-2380

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing has been served upon the following via e-filing, on this the   10th   day of November, 2005.

| | |
|---|---|
| Randy Haynes<br>Morris, Haynes & Hornsby<br>P.O. Box 1660<br>Alexander City, Alabama 35011 | Jay S. Tuley<br>Alex L. Holtsford, Jr.<br>Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.<br>Post Office Box 4128<br>Montgomery, Alabama 36103 |
| Larry Bradford<br>Bradford Law Firm, P.C.<br>2020 Canyon Road, Suite 100<br>Birmingham, Alabama 35216 | G. Thomas Yearout<br>Yearout, Spina & Lavelle, P.C.<br>1500 Urban Center Drive, Suite 450<br>Birmingham, Alabama 35242 |
| T. Randall Lyons<br>Webster, Henry & Lyons, P.C<br>Post Office Box 239<br>Montgomery, Alabama 36101 | Christina D. Crow<br>Lynn W. Jinks, III<br>Nathan A. Dickson, II<br>Jinks, Daniel & Crow<br>P.O. Box 350 |
| Jeffery W. Smith<br>Slaten & O'Connor<br>P.O. Box 1110<br>Montgomery, Alabama 36101 | Union Springs, Alabama 36089 |

                                                                                   s/Mark E. Tindal
                                                                                    OF COUNSEL