IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| McKNIGHT AGENCY, INC.; JOE McKNIGHT; RICKY LANE; RIVERSIDE TURF FARM; JANE HOLMES, individually and as the personal representative of the Estate of DAISY BEASLEY, deceased, | ) ) ) ) ) ) ) ) |
| Defendants, | ) ) ) |
| RICKY LANE, | ) ) |
| Counter Claimant/Cross Claimant, | ) ) |
| v. | ) ) |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Counter Claim Defendant, and | ) ) |
| McKNIGHT AGENCY, INC. and JOE McKNIGHT, | ) ) ) |
| Cross Claim Defendants. | ) |

Case Number: 2:05CV438-00

## RICKY LANE'S SECOND AMENDMENT TO HIS COUNTERCLAIM

COMES NOW the Defendant, Counter Claimant, and Cross Claimant, Ricky Lane, hereinafter referred to as "Lane," and amends his Counterclaim as previously filed in the above-styled cause as follows:

## COUNT EIGHT

## DECLARATORY JUDGMENT

42. Lane re-alleges and incorporates by reference the allegations of paragraphs 1 through 41 of his Counter Claim as if set out here in full.

43. In March 2003, Lane met with Joe McKnight for the purpose of procuring liability insurance.

44. As set out in the original counterclaim, Lane and McKnight agreed that Lane would apply for a policy of liability insurance from Progressive with limits of $1,000,000.00.

45. At the time Lane applied for the Progressive insurance policy, Joe McKnight and/or the McKnight Agency had the authority to bind coverage on behalf of Progressive. Joe McKnight and/or the McKnight Agency still have the authority to bind coverage on behalf of Progressive.

46. At the time Lane applied for the Progressive insurance policy, he qualified for a Progressive liability insurance policy with liability limits of $1,000,000.00.

47. Although Lane and McKnight both intended to apply for and have issued a policy with $1,000,000.00 limits, due to a clerical error when the application was completed, Lane was issued a Progressive liability insurance policy in the amount of $300,000.00. When his policy was renewed in March 2004, both Lane and McKnight still believed the limits on the policy were $1,000,000.00 and both Lane and McKnight intended for the renewed policy to have limits of $1,000,000.00. If not for the clerical error associated with the application, Lane would have had $1,000,000.00 limits for both of these policy years.

48. At all material times, Joe McKnight and/or the McKnight Agency were acting as agents of Progressive, and acting within the line and scope of their authority.

49. Lane requests the Court to declare that his policy issued to him by Progressive should be reformed, pursuant to Ala. Code § 8-1-2 (1975), to reflect liability limits of $1,000,000.00.

Lane reiterates and restates all other counts and contentions in his original and amended Counterclaim as if set out here in full.

*/s/ Christina D. Crow*
Christina D. Crow (CRO064)
Lynn W. Jinks, III (JIN002)
Nathan A. Dickson, II (DIC031)
Attorneys for Ricky Lane

OF COUNSEL:

JINKS, DANIEL & CROW, P.C.
P. O. Box 350
Union Springs, AL 36089
(334) 738-4225
(334) 738-4229 *fax*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by efiling the same on this the 10 day of November, 2005.

**Attorney for Plaintiff, Progressive Specialty Insurance Company**
R. Larry Bradford, Esq.
BRADFORD LAW FIRM, P.C.
2020 Canyon Road; Suite 100
Birmingham, AL 35216
(205) 871-7733
(205) 871-7387 *fax*

**Attorneys for Plaintiff, Jane Holmes, individually
and as Personal Representative of the Estate of Daisy Beasley, Plaintiff**
Randall Haynes, Esq.
Larry W. Morris, Esq.
MORRIS, HAYNES & HORNSBY
Post Office Box 1660
Alexander City, Alabama 35011-1660
(256) 329-2000
(256) 329-2015 *fax*

**Attorneys for Defendant, Riverside Turf**
Jay S. Tuley, Esq.
Alex L. Holtsford, Jr., Esq.
NIX, HOLTSFORD, GILLILAND, HIGGINS& HITSON, P.C.
Post Office Box 4128
Montgomery, AL 36103-4128
(334) 215-8585
(334) 215-7101 *fax*

**Attorney for Defendant, Riverside Turf**
Randall Lyons, Esq.
Webster, Henry & Lyons, P.C.
418 Scott Street
P. O. Box 239
Montgomery, AL 36101-0239
(334) 264-9472
(334) 264-9599 *fax*

**Attorneys for Defendant Joe McKnight**
Stephen Whitehead, Esq.
Mark E. Tindal, Esq.
Erin E. May, Esq.
LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, AL 35223
(205) 967-8822
(205) 967-2380 *fax*

**Attorney for Excel Carriers**
G. Thomas Yearout, Esq.
YEAROUT, SPINA & LAVELLE, P.C.

1500 Urban Center Drive, Suite 450
Birmingham, AL 35242
(205) 298-1800
(205) 298-1802 *fax*


Jeffrey W. Smith, Esq.
SLATEN & O'CONNOR, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882
(334) 396-8880 *fax*


_____
OF COUNSEL