IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case Number: 2:05-CV-438-W |
| McKNIGHT AGENCY, INC.; JOE McKNIGHT; RICKY LANE; RIVERSIDE TURF FARM; JANE HOLMES, individually and as the personal representative of the Estate of DAISY BEASLEY, deceased; YOUNG, JOHNSTON & ASSOCIATES, INC. | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**OBJECTION TO DEPOSITION NOTICE BY THE PLAINTIFF, PROGRESSIVE SPECIALTY INSURANCE COMPANY**

Comes now the plaintiff, Progressive Specialty Insurance Company ("Progressive"), pursuant to Rule 30 of the Alabama Rules of Civil Procedure, and objects to the defendant's deposition notice as follows:

**GENERAL OBJECTIONS**

1.     Progressive objects to any and all discovery requests to the extent that they are vague, overly broad, unduly burdensome, harassing and/or not calculated to lead to the discovery of relevant or admissible evidence.

2.    Progressive objects to any and all discovery requests to the extent that they seek information protected from discovery by any privilege, including the attorney-client privilege, the attorney work-product doctrine or any other applicable privilege or immunity.

3.    Progressive objects to any and all discovery requests to the extent that they seek confidential, financial, or proprietary business information.

4.    Progressive objects to any discovery requests which are not reasonably limited in time and/or scope.

5.    Progressive objects to any and all discovery requests to the extent that they contain certain key terms which are not defined or that are unreasonably compound, disjunctive, or conjunctive.

These "General Objections" are applicable to and incorporated into each of the defendant's responses as if specifically stated therein. The stating of specific objections to a particular request shall not be construed as a waiver of the defendant's "General Objections." Unless otherwise specifically stated, Progressive's objections to each discovery request apply to the entire request, including each and every subsection and/or subpart of the request.

## SPECIFIC OBJECTIONS AND RESPONSES

1.    Progressive's attorney objects to the scope of the deposition notice. He objects to any testimony concerning its business income or profits. Progressive would not be able to identify Riverside Turf's independent contractors.

2.    Progressive's underwriting representative is Mary Alice Fitzgerald. She would not have knowledge of Progressive's claim handling procedures. Progressive's attorney objects to any testimony concerning the claim handling to the extent that it would jeopardize the defense of Ricky Lane in the underlying state court case.

3.    Progressive will produce documents relating to the underwriting of Ricky Lane's policy; however, it objects to producing any documents concerning the defense of Ricky Lane in the underlying state court case. Progressive's attorney objects to producing Progressive's claims file because that file would contain documents prepared in anticipation of litigation and protected by the attorney-client privilege.

_____
R. Larry Bradford, Attorney for Plaintiff,
Progressive Specialty Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 16 day of November, 2005, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Erin E. May, Esq.
Stephen E. Whitehead, Esq.
Mark E. Tindal, Esq.
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223

Randy Haynes, Esq.
Larry W. Morris, Esq.
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

Jay S. Tuley, Esq.
Alex L. Holtsford, Jr., Esq.
Nix, Holtsford, Gilliland, Higgins & Hitson
P.O. Box 4128
Montgomery, Alabama 36103

Randall Lyons, Esq.
Webster, Henry & Lyons
P.O. Box 239
Montgomery, Alabama 36101

G. Thomas Yearout, Esq.
Yearout, Spina & Lavelle
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242

Jeffrey W. Smith, Esq.
Slaten & O'Connor
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104

_Larry Bradford_
OF COUNSEL