IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: 2:05-CV-438-W ) |
| McKNIGHT AGENCY, INC.; JOE McKNIGHT; RICKY LANE; RIVERSIDE TURF FARM; JANE HOLMES, individually and as the personal representative of the Estate of DAISY BEASLEY, deceased; YOUNG, JOHNSTON & ASSOCIATES, INC. | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

### REPLY TO RIVERSIDE TURF'S COUNTERCLAIM BY COUNTER-DEFENDANT, PROGRESSIVE SPECIALTY INSURANCE COMPANY ("PROGRESSIVE")

First Defense.

Progressive denies that Ray Morris is a proper party as apparently alleged in count one of the counterclaim.

Second Defense.

Progressive denies that Riverside Turf is entitled to declaratory relief as alleged in count one of the counterclaim. It demand strict proof thereof.

### Third Defense.

Progressive denies that it breached any policy or contract with Riverside Turf as alleged in count two of the counterclaim. Progressive never issued a policy of insurance to Riverside Turf; rather, it was simply a lien holder on the policy issued to Ricky Lane. Progressive has paid the property damages to Riverside Turf as the lienholder.

### Fourth Defense.

Progressive denies that it owed any duties to Riverside Turf or that it was guilty of any negligence as alleged in count three, count four, and count seven of the counterclaim. It demands strict proof thereof.

### Fifth Defense.

Progressive denies that it is liable for the errors and omissions of McKnight Agency. Thus, it is not responsible for any negligence or fraudulent conduct by the agent.

### Sixth Defense.

Progressive denies each and every remaining allegation of the counterclaim. It demands strict proof thereof.

/s/ R. Larry Bradford
R. Larry Bradford, Attorney for Plaintiff,
Progressive Specialty Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 22 day of November, 2005, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Erin E. May, Esq.
Stephen E. Whitehead, Esq.
Mark E. Tindal, Esq.
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223

Randy Haynes, Esq.
Larry W. Morris, Esq.
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

Christina D. Crow, Esq.
Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089

_____
OF COUNSEL