IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: 2:05-CV-438-W ) |
| McKNIGHT AGENCY, INC.; JOE McKNIGHT; RICKY LANE; RIVERSIDE TURF FARM; JANE HOLMES, individually and as the personal representative of the Estate of DAISY BEASLEY, deceased; YOUNG, JOHNSTON & ASSOCIATES, INC. | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Comes now the plaintiff, Progressive Specialty Insurance Company ("Progressive"), pursuant to Rule 15 of the Federal Rules of Civil Procedure and the scheduling order entered on September 1, 2005, and moves the court for leave to file an amended complaint against the agent to add count four for indemnity. In support of the motion, Progressive shows unto the court the following:

1.  Progressive filed this complaint against McKnight Agency, Inc. and Joe McKnight alleging that they negligently or fraudulently submitted an application to it for insurance coverage for Ricky Lane.

2. The scheduling order required that amendments to pleadings be filed by November 10, 2005. Riverside Turf filed a counterclaim against Progressive and Ricky Lane filed an amended counterclaim against Progressive on that date. Therefore, Progressive did not need to file a claim for indemnity until the counterclaims were filed.

3. Joe McKnight was recently deposed in this case. He admitted that he made a mistake in only requesting $300,000 of liability coverage for Lane instead of $1 million of liability coverage requested by Lane.

4. McKnight Agency had a producer's agreement with Progressive. The agreement requires McKnight Agency to defend and indemnify Progressive as a result of any errors or omissions by the agent.

5. Progressive is attaching a copy of the proposed amended complaint for the court's review.

/s/ Larry Bradford
R. Larry Bradford, Attorney for Plaintiff,
Progressive Specialty Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733

Case 2:05-cv-00438-WKW-SRW    Document 71    Filed 11/22/2005    Page 4 of 8

## CERTIFICATE OF SERVICE

I hereby certify that I have this the ___ day of November, 2005, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Erin E. May, Esq.
Stephen E. Whitehead, Esq.
Mark E. Tindal, Esq.
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223

Randy Haynes, Esq.
Larry W. Morris, Esq.
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

Christina D. Crow, Esq.
Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089

_____
OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 27 day of November, 2005, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Erin E. May, Esq.
Stephen E. Whitehead, Esq.
Mark E. Tindal, Esq.
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223

Randy Haynes, Esq.
Larry W. Morris, Esq.
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

Christina D. Crow, Esq.
Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089

_____
OF COUNSEL