# EXHIBIT C

# McKnight Agency, Inc.
203 West Washington Street
Abbeville, AL 36310-2015

**Telephone (334) 585-5210**
**Mobile # (334) 714-5210**
**Fax # (334) 585-1514**
**Toll Free 1-888-335-1551**

## INVOICE
J00102701

BILL TO:    *C & D Express*
*Rickey Lane dba*
*Rt. 1, Box 77*
*Shorterville, AL 36373*

**INV. DATE: 10-27-00** — **TERMS:** Due Upon Receipt

| EFF. DATE | EXP. DATE | COMPANY/POLICY NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10-27-00 | 04-27-01 | Progressive | Six month Business Auto & Physical Damage on 90 International | 2,131.00 |
| | | | **Sub Total** | $2,131.00 |

### CREDITS

| EFF. DATE | EXP. DATE | COMPANY/POLICY NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10-27-00 | 04-27-01 | Progressive | Amount Financed By Peoples Community Bank | 1,676.00 |
| | | | Down Payment By Insured | 455.00 |

**WE APPRECIATE YOUR BUSINESS**

ALL ACCOUNTS ARE DUE ON DATE INDICATED AND ARE SUBJECT
TO A 1.5% PER MONTH INTEREST CHARGE AFTER 10 DAYS

Total credits:

**PLEASE PAY THIS AMOUNT>**

*When sending payment, include the invoice number on the check. Thank you.*

⟨13⟩

```
**********************************************************************
)/27/00   RR:08/00   ALABAMA                SUPERSAVER              PAGE 1
          RICKY LANE                POLICY #: 04621939-0   QUOTE #:
*  '***********************************************************************
```

PLOAD MESSAGE: Upload Successful on 10/27/2000 01:37PM  ref. $26E

OMPANY INFORMATION:
ROGRESSIVE INSURANCE COMPANIES      P.O. BOX 94739        CLEVELAND   OH 44101
GENT INFORMATION:              TOTAL PREMIUM: 2131.00   POLICY #: 04621939-0
CKNIGHT AGENCY INC.            DOWN PAYMENT: 2131.00    LEVEL: SUPERSAVER
03 WEST WASHINGTON ST.         BALANCE DUE: 0.00        PREVIOUS POL #:

BBEVILLE, AL 36310             DOWNPAY REQ: 2131.00
334)585-5210      XX-64376     PAY PLAN: 1-PAY
TUCKEY, SHANNON                DOWNPAY METH: EXPRESS MONEY
                                (Do Not Retain Commission)
---------------------------- GENERAL INFORMATION ---------------------------
AME: RICKY LANE                   HOME PHONE: (334)585-6255 EFF DATE: 10/27/00
BA:  C & D EXPRESS                WORK PHONE:               EFF TIME: 12:30PM
DDR: RT. 1, BOX 77               POLICY TERM: 6-MONTH
     SHORTERVILLE , AL 36373-
BUSINESS TYPE: LOGGING, LOG TRANSPORT AND SAWMILLS
SUB BSNS TYPE:
THER BSNS TYPE:
ORDER FINANCIAL RESP: YES


-------------------- DRIVER INFORMATION - LIST ALL DRIVERS ----------------
    ilure to accurately and completely report all driver information may
result in premium differences and service delays.)


:#  DRIVER'S NAME          BIRTH         MARITAL          SR22
     RICKY LANE            DATE     AGE  STATUS       Y/N    CASE #
                          04/09/58  42   MARRIED       N


:#   LICENSE NUMBER             SOCIAL       EXCLUDED
     4539116          ST      SECURITY #    DRVR Y/N    PTS
                      AL      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      N         3


------------------- POINT DEVELOPMENT - Last 35 Months ------------------
l accidents will be surcharged unless a police report accompanies the
plication or an explanation of why the accident is non-chargeable is given
ttach separate sheet).  Please provide details of all accidents during
evious 35 months.  Failure to provide accurate information can result in an
rate and/or cancellation.

--------------------- VIOLATIONS - Last 35 Months -----------------------

VIOL    DATE    VIOL    DATE    VIOL    DATE    VIOL    DATE    VIOL    DATE
 SPD  02/20/98   EQP  06/28/98   SPD  10/13/98   SPD  06/28/98
--------- NAMED INSURED/PRINCIPLE PARTNER/PRIMARY BUSINESS OWNER ----------
A    S               BIRTH DATE     AGE     SOCIAL SECURITY #
l  I LANE            04/09/58        42      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

OME STREET ADDRESS      CITY          STATE     ZIP
T. 1, BOX 77           SHORTERVILLE    AL       36373-
```

PBC ✓        Binder ✓

```
**************************************************************************
)/27/00   RR:08/00   ALABAMA              SUPERSAVER              PAGE 2
          RICKY LANE          POLICY #: 04621939-0   QUOTE #:
**************************************************************************

APPLICANT: Individual/Sole Prop.(I), Partnership (P), or Corp (C)? I

-------------------------VEHICLE INFORMATION -----------------------------
3H                          VEHICLE ID       BODY  USE  GARAGING
   YR  MAKE   MODEL           NUMBER     GVW TYPE CLASS  ZIP   TERR
   1990 INTER  TRACTOR     1HSRKBNR5CH225757  80  01   H   36373   21
   1990 LOGGI  ANY UNDESCRI 00000000000000000 80  20   H   36373   21
3H BODY                 PERSONAL           STATED   PULLED   EXTRA   DR
   CATEGORY              USE    RADIUS      AMT       BY     TRLR?   NO
   TRUCK                  N      100                                 1
   TRAILER                N      100       8000                      1
------------------------- LOSS PAYEE -------------------------------------
   PEOPLES COMM. BANK   P.O. BOX 370        ABBEVILLE      AL 36310-

-------------------------UNDERWRITING QUESTIONS--------------------------
urrent Insurance?                         NO
ffective Date:
xpiration Date:
as applicant had a lapse in coverage?         Y
urrent BI Limits:
```

```
**************************************************************************
)/27/00   RR:08/00   ALABAMA                    SUPERSAVER              PAGE 3
          RICKY LANE            POLICY #: 04621939-0  QUOTE #:
r  **********************************************************************
  -------------------------------COVERAGES---------------------------------
)DEL YR   1990            1990                           VEH    VEH
3E/BODY   H/01            H/20                            1      2

[-PD      1000 CSL        1000 CSL                      1545    380
4-UIM     20/40           NONE                            27      0
3D-PAY    NONE            NONE                             0      0
2-THFT    N/A             N/A                              0      0
)MP       1,000           N/A                             36      0
)LL       1,000           N/A                            143      0
J-HOOK    NONE            NONE                              0      0
)N-TRK    NONE            NONE                              0      0
------    ----------      ----------                   ---------
                                                        1751    380
                                   Dr #/Marital/Age:   1M42    1M42
```

ıbTotal                              2131.00

ıdtl Insured fee                       0.00
:C Fee                                 0.00
:her Fee                               0.00
IC Fee                                 0.00
:22 Fee                                0.00
ıivers of Subrogation Fee             0.00
                                -----------------
ıtaı Fees:                            0.00

ıd'l Coverages
)N-OWNED       NONE                     0
RED-AUTO       NONE                     0
:LL1           NONE                     0
:LL2           NONE                     0
:LL3           NONE                     0
:LR-INT        NONE                     0
                                -----------------

ıbTotal                               0.00
                                -----------------

:tal Premium                         2131.00

VERAGE    DESCRIPTION
:LR-INT   NONE
-----------------------------------DISCOUNTS----------------------------------
Policy Discount(s):  Paid-In-Full

```
**************************************************************************
)/27/00   RR:08/00    ALABAMA              SUPERSAVER               PAGE 4
          RICKY LANE            POLICY #: 04621939-0   QUOTE #:
**************************************************************************
```

-------------------------------------------------------------------------

### APPLICANT QUESTIONNAIRE

LEASE HAVE THE APPLICANT COMPLETE THIS SECTION AND INITIAL EACH RESPONSE.

pplicant:  Individual/Sole Prop.(I), Partnership(P) or Corp(C)? I

[LINGS:

) We Insure All Commercially Owned and Operated Vehicles? NO

es Applicant require Any Waivers of Subrogation? No      How Many? 0
                                     (Attach list of names & addresses)

```
.**************************************************************************
```

### REPORT ALL ACCIDENTS IMMEDIATELY
### 24 HOURS A DAY, 7 DAYS A WEEK

#### 1-800-274-4499

ll us immediately so we can go to work for you.

r  UCTIONS TO INSURED IN CASE OF ACCIDENT OR LOSS:

 Obtain full names, addresses, phone numbers, and license numbers of all
 persons involved and all witnesses.

 Do not admit liability or discuss the accident with anyone except police
 or company representative.

 Call Progressive immediately.

TE: FOR QUESTIONS REGARDING YOUR POLICY OR BILL, PLEASE CALL: 1-877-776-2436

```
**************************************************************************
```

------------------------------**NOTES SECTION**----------------------------------
LOGGING, LOG TRANSPORT AND SAWMILLS

-------------------------------------------------------------------------

```
*********************************************************************
)/27/00   RR:08/00   ALABAMA              SUPERSAVER              PAGE 5
          RICKY LANE            POLICY #: 04621939-0   QUOTE #:
 (*  *********************************************************************
```

---------------------------**INSURED'S SIGNATURE**---------------------------

hereby apply to Company for a policy of insurance as set forth in this
pplication on the basis of statements contained herein. I agree that such
olicy shall be null and void if such information is false, or misleading, or
uld materially affect acceptance of the risk by the Company. I understand
at this application becomes part of the insurance policy. I agree to submit
 loss control inspections as often as the Company may reasonably require.
 agree that refusal to submit to an inspection is grounds for cancellation of
 policy. I agree that no coverage will be bound and this policy shall be
id from inception if my payment is not honored by the bank. I understand
at a service charge of $20.00 will be assessed if any check offered in
yment is returned from the bank unpaid.

ote: In connection with your request for a premium quotation: (1) we may
     obtain consumer reports or personal or privileged information from
     third parties; (2) in certain circumstances, such information, as well
     as other personal privileged information subsequently collected by us,
     may be disclosed to third parties without your authorization, but it
     is not our practice to do so; (3) you have the right to access and
     correct all personal information collected; and (4) at your request
     we will: (a) confirm whether a consumer report was requested and, if
     so, provide the name and address of the consumer reporting agency that
     furnished it; and (b) provide you more detailed information regarding
     our collection, use, and disclosure of personal information, and your
     rights to access and correct such information.)

*Ricky Lane*
_____
ignature of Insured                                Date: _10/27/00_

-------------------------- **AGENT SIGNATURE** --------------------------
e undersigned hereby warrants and certifies that all information contained
rein is correct to the best of his/her knowledge, that this form was
mpleted and then signed by the insured, that a completed copy hereof has
en given to the insured, and that a duplicate signed copy hereof has been
gned.

_____
ignature of Producing Agent                        Date: _10/27/00_

## PROGRESSIVE INSURANCE COMPANIES
### RECEIPT

DAY'S DATE: 10/27/00  12:39PM

ENCY:   MCKNIGHT AGENCY INC.
        203 WEST WASHINGTON ST.
        ABBEVILLE, AL 36310


SURED'S NAME: RICKY LANE

is acknowledges receipt of $  2131.00 to Progressive Insurance Companies
ther by direct payment to Progressive or by payment to the independent
ent accepting on behalf of Progressive Insurance Companies.

is payment is made with Check #       for downpayment on
licy number 04621939-0.

is is an Express Money transfer.


                            Agent Copy