# EXHIBIT D

McKnight Agency, Inc.  
03 West Washington Street  
Abbeville, AL 36310-2015

Telephone (334) 585-5210  
Mobile # (334) 714-5210  
Fax # (334) 585-1514  
Toll Free 1-888-335-1551

INVOICE  
03031002

BILL TO: Ricky Lane  
% Riverside Turf  
11969 State Highway 10 East  
Shorterville, AL 36373


PLAINTIFF'S EXHIBIT /

| INV. DATE: 03-10-03 | | TERMS: Due Upon Receipt | | |
|---|---|---|---|---|
| EFF. DATE | EXP. DATE | COMPANY/POLICY NUMBER | DESCRIPTION | AMOUNT |
| 03-10-03 | 03-10-04 | Progressive | $1,000,000 Liability | 3,494.00 |
| 03-10-03 | 03-10-04 | National Fire & Marine | Cargo Coverage | 669.92 |
| | | | Sub Total | $4,163.92 |

| CREDITS | | | | |
|---|---|---|---|---|
| EFF. DATE | EXP. DATE | COMPANY/POLICY NUMBER | DESCRIPTION | AMOUNT |
| 03-10-03 | | Progressive/Nat'l Fire | Amount Financed by Premium Fin. Specialists | 3,047.94 |

7.10 paid      1140 43

WE APPRECIATE YOUR BUSINESS  
ALL ACCOUNTS ARE DUE ON DATE INDICATED AND ARE SUBJECT  
TO A 1.5% PER MONTH INTEREST CHARGE AFTER 10 DAYS

Total credits: 3,047.94  
PLEASE PAY THIS AMOUNT> $1,115.98  
When sending payment, include the invoice number on the check. Thank you.

McKnight  
0001