# EXHIBIT F

```
****************************************************************************
03/10/03  RR:02/03   ALABAMA                    ADVANTAGE                PAGE 1
          RICKY LANE              POLICY #: 01722685-0
****************************************************************************
```

UPLOAD MESSAGE: Upload Successful on 03/10/2003 01:26PM  ref. $318

COMPANY INFORMATION:
PROGRESSIVE INSURANCE COMPANIES    P.O. Box 94739      Cleveland   OH 44101
AGENT INFORMATION:        TOTAL PREMIUM: 3494.00    POLICY #: 01722685-0
MCKNIGHT AGENCY INC.      DOWN PAYMENT: 873.50       LEVEL: ADVANTAGE
203 WEST WASHINGTON ST.   BALANCE DUE: 2620.50

ABBEVILLE, AL 36310       DOWNPAY REQ: 873.50       POLICY TERM: ANNUAL
(334)585-5210   B4-64376     PAY PLAN: 10-PAY
MCKNIGHT, JOE             DOWNPAY METH: EXPRESS MONEY
                          (Do Not Retain Commission)

          ($9.00 fee included for each installment payment)

----------------------- NAMED INSURED / BUSINESS -------------------------
                                             EFF DATE: 03/10/03
                                             EFF TIME: 12:01AM
BUSINESS TYPE: TRUCKING & TRANSPORTATION OF GOODS
SUB BSNS TYPE: TRUCKING FOR-HIRE

1. Are any vehicles hauling steel?(steel beams, coiled or rolled steel etc.)
   NO
2. Are any vehicles hauling hazardous materials?    NO


APPLICANT: Individual/Sole Prop.(I), Partnership (P), or Corp (C)? I

NAME: RICKY LANE
DBA:
ADDR: PO BOX 85
      SHORTERVILLE , AL 36373-
INSURED PHONE: (334)585-9840

ORDER FINANCIAL RESP: YES


----------------------- OWNER (FINANCIAL RESPONSIBILITY) ------------------
NAME               SUFFIX  BIRTH DATE   AGE    SOCIAL SECURITY #
RICKY LANE         NONE    04/09/58     44     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
HOME STREET ADDRESS  CITY            STATE          ZIP
PO BOX 85          SHORTERVILLE    ALABAMA        36373-
```



PLAINTIFF'S
EXHIBIT
8

```
*********************************************************************
03/10/03   RR:02/03   ALABAMA              ADVANTAGE
           RICKY LANE            POLICY #: 01722685-0        PAGE 2
*********************************************************************
```

-- ---------------------------**VEHICLE INFORMATION** ---------------------------

| VEH # | YR | MAKE | MODEL | VEHICLE ID NUMBER | BODY TYPE | USE CLASS |
|---|---|---|---|---|---|---|
| 1 | 1993 | FREIG | FLA | 1FUYAPYB1PL470232 | 01 | H |
| 2 | 2030 | NON O | ATTACHED TRLR | NONE | 20 | H |

| VEH # | TRAILER HITCH | PERSONAL USE | GARAGING ZIP | TERR | STATED AMT | RADIUS | DR NO |
|---|---|---|---|---|---|---|---|
| 1 | | N | 36373 | 01 | | 300 | 1 |
| 2 | | N | 36373 | 01 | | 300 | 1 |

---------------------------- **VEHICLE QUESTIONS** ----------------------------

VEH  1
 1. Is this vehicle primarily used to haul goods for others?    YES

VEH  2
 1. Is this vehicle primarily used to haul goods for others?    YES


---------------------- **DRIVER INFORMATION - LIST ALL DRIVERS** ----------------
 (Failure to accurately and completely report all driver information may
    result in premium differences and service delays.)

| DR# | DRIVER'S NAME | BIRTH DATE | AGE | MARITAL STATUS | SR22 Y/N | CASE # |
|---|---|---|---|---|---|---|
| L | RICKY LANE | 04/09/58 | 45 | MARRIED | N | |

| DR# | LICENSE NUMBER | ST | SOCIAL SECURITY # | EXCLUDED DRVR Y/N | PTS |
|---|---|---|---|---|---|
| L | 4539116 | AL | 411026223 | N | 5 |


---------------------- **POINT DEVELOPMENT - Last 35 Months** ----------------------
All accidents will be surcharged unless a police report accompanies the
application or an explanation of why the accident is non-chargeable is given
(attach separate sheet).  Please provide details of all accidents during
previous 35 months.  Failure to provide accurate information can result in an
uprate and/or cancellation.


---------------------- **VIOLATIONS - Last 35 Months** ----------------------

| DR | VIOL | DATE | VIOL | DATE | VIOL | DATE | VIOL | DATE | VIOL | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | SAF | 01/25/01 | AAF | 08/27/01 | SAF | 09/18/02 | NAF | 10/12/02 | | |

McKnight
0094

```
*************************************,****************************.********************
03/10/03   RR:02/03    ALABAMA              ADVANTAGE                    PAGE 3
           RICKY LANE           POLICY #: 01722685-0
*** ****************************************************************************
```

-- ---------------------UNDERWRITING QUESTIONS-----------------------------

Is Applicant currently insured?                    NO
Which Company is your current policy with?
What is your current policy number?
Effective Date of Current Insurance Coverage:
Expiration Date of Current Insurance Coverage:
What is the liability limit closest to the insured's current policy:

Has Applicant had continuous coverage for at least one year?


----------------------------------------------------------------------------

Does Applicant require Any Waivers of Subrogation? No       How Many? 0
                                      (Attach list of names & addresses)
Number of Additional Insureds Required     0

FILINGS:
Do We Insure All Commercially Owned and Operated Vehicles? NO

```
*'********************************************'**************************
3/10/03    RR:02/03    ALABAMA              ADVANTAGE            PAGE 4
           RICKY LANE            POLICY #: 01722685-0
**'**********************************************************************
-- ------------------------------COVERAGES--------------------------------
MODEL YR  1993        2030                           VEH    VEH
JSE/BODY  H/01        H/20                            1      2

BI-PD   300 CSL     300 CSL                          2841   609
JM-UIM  20/40       NONE                               44     0
MED-PAY NONE        NONE                                0     0
FR-THFT N/A         N/A                                 0     0
COMP    N/A         N/A                                 0     0
COLL    N/A         N/A                                 0     0
ON-HOOK NONE        NONE                                0     0
NON-TRK NONE        NONE                                0     0
------- ----------- -----------                   ------------
                                                    2885   609
                                    Dr #/Marital/Age: 1M45   1M45


SubTotal                            3494.00

Add'l Coverages
NON-OWNED      NONE                       0
HIRED-AUTO     NONE                       0
BKLL1          NONE                       0
BKLL2          NONE                       0
BKLL3          NONE                       0
TR' -INT       NONE                       0
                             -----------------
SubTotal                                0.00

                             -----------------
Total Fees:                             0.00

                             -----------------
Total Premium                        3494.00

COVERAGE   DESCRIPTION
TRLR-INT   NONE
-------------------------------DISCOUNTS-----------------------------------
```

McKnight
0097

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
03/10/03   RR:02/03    ALABAMA                    ADVANTAGE                PAGE 5
           RICKY LANE             POLICY #: 01722685-0
** ****************************************************************
** ****************************************************************
```

REPORT ALL ACCIDENTS IMMEDIATELY
24 HOURS A DAY, 7 DAYS A WEEK

1-800-274-4499

Call us immediately so we can go to work for you.

INSTRUCTIONS TO INSURED IN CASE OF ACCIDENT OR LOSS:

1.  Obtain full names, addresses, phone numbers, and license numbers of all
    persons involved and all witnesses.

2.  Do not admit liability or discuss the accident with anyone except police
    or company representative.

3.  Call Progressive immediately.

**NOTE: FOR QUESTIONS REGARDING YOUR POLICY OR BILL, PLEASE CALL: 1-877-776-2436**

```
******************************************************************************
```

```
-- -----------------------------NOTES SECTION-------------------------------
   TRUCKING FOR-HIRE TRUCKING & TRANSPORTATION OF GOODS
```

```
-------------------------------------------------------------------------
```

McKnight
0098

```
************************************************************************
03/10/03   RR:02/03    ALABAMA              ADVANTAGE           PAGE 6
           RICKY LANE           POLICY #: 01722685-0
************************************************************************
```

---------------------------------**INSURED'S SIGNATURE**---------------------------------

The insured hereby applies to Company for a policy of insurance as set forth in this application on the basis of statements contained herein.  The insured agrees that such policy shall be null and void if such information is false, or misleading, or would materially affect acceptance of the risk by the Company. The insured understands that this application becomes part of the insurance policy.  The insured agrees to submit to loss control inspections as often as the Company may reasonably require.  The insured agrees that refusal to submit to an inspection is grounds for cancellation of this policy.  The insured agrees that no coverage will be bound and this policy shall be void from inception if the payment is not honored by the bank.  The insured understands that a service charge of $20.00 will be assessed if any check offered in payment is returned from the bank unpaid.

The insured agrees to pay the installment fees shown on the billing statement that become due during the policy term and each renewal policy term in accordance with the payment plan the insured selects.  The insured understands that the amount of these fees may change upon policy renewal or if the insured changes the payment plan.  The insured also understands that the amount of these fees may change if the premium is increased due to inaccurate or incomplete information in this application.

The insured agrees to pay a late fee of $5.00 during the policy term and each renewal policy term when either the minimum amount due is not paid or payment is postmarked more than 02 days after the premium due date.  The amount of this fee may change upon policy renewal.

The insured acknowledges that, in connection with this application and premium quotation, the Company may collect information from consumer reporting agencies, such as driving record and credit history reports.  This information will be used to underwrite the insurance and provide an accurate quote in one of Progressive's underwriting companies.  Future reports may be used to update or renew the insurance. The insured has or will obtain from existing and new drivers employed or contracted by the insured, an acknowledgment that their driving record information may be disclosed to the insured or their employer, contractor or agent in connection with the insurance being applied for hereunder.

x _Ricky Lane_____      Date: _2-10-03_____
**Signature of Insured**

McKnight
0099

************************************************************************
3/10/03    RR:02/03    ALABAMA              ADVANTAGE                    PAGE 7
           RICKY LANE                POLICY #: 01722685-0
*: ************************************************************************
---------------------------    **AGENT SIGNATURE** ------------------------------
The undersigned hereby warrants and certifies that all information contained
herein is correct to the best of his/her knowledge, that this form was
completed and then signed by the insured, that a completed copy hereof has
been given to the insured, and that a duplicate signed copy hereof has been
retained.


_____ Date: _3-10-03_____

Signature of Producing Agent

McKnight
0100