# EXHIBIT G

# ACORD. INSURANCE BINDER

DATE 08/08/2003

THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN ON THE REVERSE SIDE OF THIS FORM.

| PRODUCER | | COMPANY | |
|---|---|---|---|
| PHONE (A/C, No, Ext): 334-585-5210 | | Progressive | BINDER # JAW031807 |
| FAX (A/C, No): 334-585-1514 | | | |

McKnight Agency, Inc.
203 W. Washington Street
Abbeville, AL 36310

| | EFFECTIVE | | EXPIRATION | |
|---|---|---|---|---|
| DATE 3/10/2003 | TIME 3:00 [X] AM PM | | DATE 3/10/2004 | TIME 12:01 AM [X] NOON |

| CODE | SUB CODE |
|---|---|
| AGENCY CUSTOMER ID: | |

THIS BINDER IS ISSUED TO EXTEND COVERAGE IN THE ABOVE NAMED COMPANY PER EXPIRING POLICY #

INSURED
Ricky Lane

PO Box 85
Shorterville, AL 36373
334-585-9840

DESCRIPTION OF OPERATIONS/VEHICLES/PROPERTY (Including Location)
1995 INTERNATIONAL 9400 SERIES
SER#2HSFHAER65C049691

## COVERAGES

| TYPE OF INSURANCE | COVERAGE/FORMS | LIMITS | | |
|---|---|---|---|---|
| | | DEDUCTIBLE | COINS % | AMOUNT |
| **PROPERTY** CAUSES OF LOSS [ ] BASIC [ ] BROAD [ ] SPEC | | | | |
| **GENERAL LIABILITY** [ ] COMMERCIAL GENERAL LIABILITY [ ] CLAIMS MADE [ ] OCCUR | | EACH OCCURRENCE | | $ |
| | | DAMAGE TO RENTED PREMISES | | $ |
| | | MED EXP (Any one person) | | $ |
| | | PERSONAL & ADV INJURY | | $ |
| | RETRO DATE FOR CLAIMS MADE | GENERAL AGGREGATE | | $ |
| | | PRODUCTS - COMP/OP AGG | | $ |
| **AUTOMOBILE LIABILITY** [ ] ANY AUTO [ ] ALL OWNED AUTOS [X] SCHEDULED AUTOS [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | COMBINED SINGLE LIMIT | | $1,000,000 |
| | | BODILY INJURY (Per person) | | $ |
| | | BODILY INJURY (Per accident) | | $ |
| | | PROPERTY DAMAGE | | $ |
| | | MEDICAL PAYMENTS | | $ |
| | | PERSONAL INJURY PROT | | $ |
| | | UNINSURED MOTORIST | | $ |
| **PHYSICAL DAMAGE** DEDUCTIBLE [X] COLLISION 1000 [X] OTHER THAN COL 1000 [ ] ALL VEHICLES [X] SCHEDULED VEHICLES | | ACTUAL CASH VALUE [X] STATED AMOUNT OTHER | | $12995.00 |
| **GARAGE LIABILITY** [ ] ANY AUTO | | AUTO ONLY - EA ACCIDENT | | |
| | | OTHER THAN AUTO ONLY: | | |
| | | EACH ACCIDENT | | $ |
| | | AGGREGATE | | $ |
| **EXCESS LIABILITY** [ ] UMBRELLA FORM [ ] OTHER THAN UMBRELLA FORM | RETRO DATE FOR CLAIMS MADE | EACH OCCURRENCE | | $ |
| | | AGGREGATE | | $ |
| | | SELF-INSURED RETENTION | | $ |
| **WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY** | | WC STATUTORY LIMITS | | |
| | | E.L. EACH ACCIDENT | | $ |
| | | E.L. DISEASE - EA EMPLOYEE | | $ |
| | | E.L. DISEASE - POLICY LIMIT | | $ |
| **SPECIAL CONDITIONS/ OTHER COVERAGES** | | FEES | | $ |
| | | TAXES | | $ |
| | | ESTIMATED TOTAL PREMIUM | | $ |

## NAME & ADDRESS

Riverside Turf
11969 State Hwy 10 E.
Shorterville, AL 36373
FAX (334) 585-6288

| [X] MORTGAGEE [X] LOSS PAYEE | ADDITIONAL INSURED |
|---|---|
| LOAN # | |
| AUTHORIZED REPRESENTATIVE | |

ACORD 75 (2001/01)

NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE

© ACORD CORPORATION 1993

525 647
05

DEFENDANT'S EXHIBIT

Lane 3