IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: 2:05-CV-438-W ) |
| McKNIGHT AGENCY, INC.; JOE McKNIGHT; RICKY LANE; RIVERSIDE TURF FARM; JANE HOLMES, individually and as the personal representative of the Estate of DAISY BEASLEY, deceased; YOUNG, JOHNSTON & ASSOCIATES, INC. | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## MOTION FOR SUMMARY JUDGMENT

Comes now the plaintiff, Progressive Specialty Insurance Company ("Progressive"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, and moves the court to enter a summary judgment in its favor against the defendants, McKnight Agency, Inc. and Joe McKnight, on the ground that there is no genuine issue as to any material fact and that it is entitled to a judgment as a matter of law against those defendants.

This motion is based upon the following: The pleadings; the deposition of the named insured, Ricky Lane; the deposition of the agent, Joe McKnight; the deposition of the lienholder's general manager, Raymond Morris; the deposition of Progressive's underwriting representative, Mary Alice Fitzgerald; and the producer's agreement between Progressive and McKnight. Progressive is submitting a memorandum brief in support of this motion.

/s/ R. Larry Bradford
R. Larry Bradford, Attorney for Plaintiff,
Progressive Specialty Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733

## CERTIFICATE OF SERVICE

    I hereby certify that I have this the __23__ day of November, 2005, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Erin E. May, Esq.
Stephen E. Whitehead, Esq.
Mark E. Tindal, Esq.
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223

Randy Haynes, Esq.
Larry W. Morris, Esq.
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

Christina D. Crow, Esq.
Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089

                                                    /s/ R. Larry Bradford
                                                    OF COUNSEL