# EXHIBIT C
## RAYMOND MORRIS, JR. DEPOSITION

FREEDOM COURT REPORTING

Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
 2         FOR THE MIDDLE DISTRICT OF ALABAMA
 3                  NORTHERN DIVISION
 4
 5   PROGRESSIVE SPECIALTY    )
 6   INSURANCE COMPANY,       )
 7            Plaintiff,      )          COPY
 8   vs.                      )   CASE NUMBER:
 9   MCKNIGHT AGENCY, INC.,   )   2:05-CV-438-W
10   JOE MCKNIGHT; RICKY LANE;)
11   RIVERSIDE TURF FARM,     )
12   et al.,                  )
13            Defendants.     )
14
15         DEPOSITION OF RAYMOND MORRIS, JR.
16            In accordance with Rule 5(d) of
17   The Alabama Rules of Civil Procedure, as
18   Amended, effective May 15, 1988, I, Cindy
19   Weldon, am hereby delivering to Mark E.
20   Tindal, the original transcript of the oral
21   testimony taken on the 18th day of November,
22   2005, along with exhibits.
23            Please be advised that this is the
```

367 VALLEY AVENUE
(877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397

**FREEDOM COURT REPORTING**

Page 17

1  since you started working for your dad?
2      A.   The turf business.
3      Q.   All right.  So that leads us up to
4  the present time?
5      A.   Yes.
6      Q.   What is your official title with
7  Riverside Turf?
8      A.   General partner.
9      Q.   General partner.  And since it's
10 been going for eighteen or nineteen years, I
11 take it it's a successful business?
12     A.   Up and down.
13     Q.   Successful enough to last almost
14 twenty years; right?
15     A.   Yes.
16     Q.   Riverside Turf always tries to use
17 best business practices in its operations;
18 right?
19     A.   Yes.
20     Q.   Now, I'm assuming that you have
21 experience with dealing with insurance
22 matters in your operation of Riverside Turf;
23 is that true?

1   A.  Some.
2   Q.  Some?  Is there a person there
3 that handles insurance matters?
4   A.  No.  It's me.
5   Q.  It's you?  You handle all the
6 insurance matters; is that right?
7   A.  Yes.
8   Q.  What types of policies does
9 Riverside Turf have covering itself?
10   A.  Liability, general liability.
11   Q.  Anything else?
12   A.  And physical insurance.
13   Q.  Like property and casualty?
14   A.  Right.
15   Q.  Who's your agent for those
16 policies?
17   A.  Farm Bureau.
18   Q.  Farm Bureau?  Is that someone
19 local?
20   A.  Yes.
21   Q.  Where are they located?
22   A.  Fort Gaines.
23   Q.  In Fort Gaines.  So do you fill

1  A. We own?
2  Q. Riverside Turf.
3  A. We don't own any tractors.
4  Q. You never have and --
5  A. Never have.
6  Q. In the eighteen, nineteen years?
7  A. Never have.
8  Q. So when you use a truck driver,
9  you require that truck driver to go out and
10 get their own insurance; is that right?
11 A. Exactly.
12 Q. Do you -- You used Joe McKnight --
13 I'm sorry. Let me rephrase that. Joe
14 McKnight was the agent that sold the policy
15 to Ricky Lane; correct?
16 A. That's correct.
17 Q. Did you refer Ricky Lane to Joe
18 McKnight?
19 A. No.
20 Q. Do you know how Ricky Lane got Joe
21 McKnight's name?
22 A. No.
23 Q. To your knowledge, have any of the

FREEDOM COURT REPORTING

Page 41

1   insurance agent to send you a certificate?
2       A.   Yes.
3       Q.   Why do you do that?
4       A.   So we'll have proof that they have
5   a certain amount of insurance.
6       Q.   So that's for Riverside Turf's
7   benefit to have that document in its
8   possession?
9       A.   That's correct.
10      Q.   All right. And I'm assuming that
11  you never have received a declarations page
12  for the truck drivers' policies; is that
13  right?
14      A.   No. I'm not sure what a
15  declarations page is. But the only thing
16  that I can remember us ever receiving for
17  any of the truck drivers is a certificate.
18      Q.   All right.
19      A.   With the exception of -- In
20  Ricky's case, we've got the --
21      Q.   The invoice --
22      A.   The loss payable.
23      Q.   Do you know -- And that's what

367 VALLEY AVENUE
(877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397

FREEDOM COURT REPORTING

Page 46

1    A.   Yes.
2    Q.   All right.  Riverside Turf was not
3  a lienholder for the 1990 International
4  tractor; correct?
5    A.   No.
6    Q.   Only for the 1995 tractor?
7    A.   '95, right.
8    Q.   All right.  So you do recall
9  loaning -- on behalf of Riverside Turf,
10 loaning money to Ricky Lane for the 1995
11 tractor?
12   A.   Yes.
13   Q.   Do you recall when that was?
14   A.   I don't know exactly.
15   Q.   Looking at Exhibit 3, which is a
16 binder -- and it's your understanding that a
17 binder is something that would be issued at
18 the time of an application for an insurance
19 policy; is that right?
20   A.   I would assume that it's issued
21 when you've got insurance.  It says a
22 temporary insurance contract on the top.
23   Q.   Here this one is dated August 8,

367 VALLEY AVENUE
(877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397

FREEDOM COURT REPORTING

Page 50

1   A.   I don't remember. I would think
2   Ricky did.
3   Q.   Okay. You think Ricky would have
4   done what?
5   A.   Called and asked. I probably
6   would have asked Ricky to get a certificate
7   sent to us.
8   Q.   All right. I'll tell you, Mr.
9   McKnight, and I think Mr. Lane to some
10  extent, testified that in March of 2003, Mr.
11  Lane came into the McKnight Agency to get a
12  quote for the insurance policy. Is that
13  your understanding?
14  A.   I'm not sure about that.
15  Q.   Do you recall Mr. Lane coming to
16  Riverside Turf and saying -- I'm
17  paraphrasing here -- I've talked to Mr.
18  McKnight, this is what the premiums are
19  going to be on the policy and I need a
20  certain amount of money for the down
21  payment?
22       MR. LYONS: Object to the form.
23  A.   I can't remember that

367 VALLEY AVENUE
(877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397

**FREEDOM COURT REPORTING**

Page 59

```
1   McKnight Agency; correct?
2       A.   I assume it did.  It says
3   producer, McKnight Insurance.
4       Q.   Okay.  When you received this
5   document, did you read it over?
6       A.   Yes.
7       Q.   The entire thing?
8       A.   I just looked at the million
9   dollars.
10      Q.   You just looked at the million?
11  Okay.
12      A.   And then the cargo.
13      Q.   Which says twenty thousand;
14  correct?
15      A.   Right.
16      Q.   Now, looking up here in the top
17  right corner under the date, if you could
18  read that language there that starts with
19  this certificate.  Just read that to
20  yourself.
21      A.   Okay.
22      Q.   All right.  Did you read that when
23  you received this certificate?
```

FREEDOM COURT REPORTING

Page 63

1  cancel.
2      Q.  Okay.
3      A.  We were a certificate holder.
4      Q.  All right.  So you received this
5  document to put you on notice that the
6  policy was about to be cancelled; correct?
7      A.  Yes.
8      Q.  The next page is a February 24,
9  2004 letter to you at your business address
10 from the McKnight Agency.  Do you have that?
11     A.  Yes.
12     Q.  All right.  Do you recall what was
13 going on at the time as to why you would
14 receive this document?
15     A.  It says please have Ricky sign the
16 agreement and return it.  So I assume that
17 he felt like that we would see Ricky before
18 he did.
19     Q.  Okay.  Then behind it is the March
20 8, 2004 certificate.  So I'm assuming you
21 didn't keep a copy of the financing
22 agreement or the invoice from February 24,
23 2004?

367 VALLEY AVENUE
(877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397

FREEDOM COURT REPORTING

Page 64

1  A.  The what?  Excuse me.
2  Q.  This letter refers to two
3  documents.  One is an invoice and one is a
4  financing agreement.
5  A.  I didn't see it.
6  MR. LYONS:  You didn't maintain a
7  copy?
8  THE WITNESS:  I don't remember
9  having a copy.
10  Q.  Okay.  But if you had it, it would
11  be in these documents?
12  A.  Yes.
13  Q.  All right.  The next one is the
14  March 8, 2004 certificate.  And it also has
15  the same language in the top right corner
16  under the date; is that right?
17  A.  It appears to be the same, yes.
18  Q.  It refers to Progressive and
19  National Fire and Marine; correct?
20  A.  Yes.
21  Q.  And it references the McKnight
22  Agency as the producer?
23  A.  Yes.

367 VALLEY AVENUE
(877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397