IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 2:05-CV-438-00 ) |
| THE MCKNIGHT AGENCY, INC., JOE MCKNIGHT; RICKY LANE; RIVERSIDE TURF FARM, et al. | ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants McKnight Agency, Inc. and Joe McKnight (collectively referred to as "Defendants") respectfully move the Court for entry of summary judgment in their favor as to all of Plaintiff's claims in the Complaint, as amended, all of the claims in Ricky Lane's Cross-Claim Complaint, and Riverside Turf Farms' ("Riverside Turf") Cross-Claim Complaint. Defendants' motion is supported by the pleadings, the attached evidentiary submission, and the attached Brief in Support of Motion for Summary Judgment.

                                                 *s/Mark E. Tindal*
                                                 Stephen E. Whitehead
                                                 Mark E. Tindal
                                                 Erin E. May
                                                 Attorneys for Defendants

*OF COUNSEL*:
LLOYD, GRAY, & WHITEHEAD, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
Telephone - (205) 967-8822
Facsimile - (205) 967-2380

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been served upon the following via electronic filing on this the 25th day of November, 2005.

Randy Haynes
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

T. Randall Lyons
Webster, Henry & Lyons, P.C
Post Office Box 239
Montgomery, Alabama 36101

Christina D. Crow
Lynn W. Jinks, III
Nathan A. Dickson, II
Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089

Larry Bradford
Bradford Law Firm, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216

**Courtesy Copy sent to the following:**

G. Thomas Yearout
Yearout, Spina & Lavelle, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242

Jay Tuley
Alex Holtsford
Nix, Holtsford, Gilliland, Higgins & Higgins, P.C.
P.O. box 4128
Montgomery, Alabama 36103-4128

Jeffery W. Smith
Slaten & O'Connor
P.O. Box 1110

Montgomery, Alabama 36101

s/Mark E. Tindal
OF COUNSEL