IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 2:05-CV-438-00<br>) |
| THE MCKNIGHT AGENCY, INC., JOE MCKNIGHT; RICKY LANE; RIVERSIDE TURF FARM, et al. | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

_____

| | |
|---|---|
| RICKY LANE, | )<br>)<br>) |
| Counter Claimant/Cross Claimant, | )<br>) |
| RIVERSIDE TURF FARM, | )<br>) |
| Counter Claimant/Cross Claimant, | )<br>) |
| v. | )<br>) |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | )<br>)<br>) |
| Counterclaim Defendant and | )<br>) |
| THE MCKNIGHT AGENCY, INC. and JOE MCKNIGHT, | )<br>)<br>) |
| Cross-Claim Defendants. | ) |

1

**DEFENDANTS' NOTICE OF FILING EVIDENTIARY MATERIALS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendants McKnight Agency, Inc. and Joe McKnight (collectively referred to as "Defendants") respectfully submit the evidence attached in support of their Motion for Summary Judgment, filed contemporaneously herewith.

| | |
|---|---|
| Exhibit A: | The Second Deposition of Ricky Lane |
| Exhibit B: | 2000 Progressive Quote Sheet, Application, & Invoice |
| Exhibit C: | 2000 Progressive Declarations Page |
| Exhibit D: | 2000 Policy Cancellation Request |
| Exhibit E: | 2003 Insurance Application |
| Exhibit F: | Deposition of Joe McKnight |
| Exhibit G: | Deposition of Progressive corporate representative, Mary Alice Fitzgerald |
| Exhibit H: | March 10, 2003 Progressive Declarations Page |
| Exhibit I: | Complaint from Holmes v. Riverside Turf, et al. CV-04-B-247 |
| Exhibit J: | 2004 Progressive Declarations Page |
| Exhibit K: | 2005 Renewal Declarations Page |
| Exhibit L: | 2003 ACORD Binder |
| Exhibit M: | 2003 & 2004 ACORD Certificates of Insurance |
| Exhibit N: | Deposition of Riverside Turf's corporate representative, Ray Morris |
| Exhibit O: | Premium Financing Loan Disclosure and Statement |
| Exhibit P: | Documents mailed to Lane by Progressive |

*s/Mark E. Tindal*
Stephen E. Whitehead
Mark E. Tindal
Erin E. May
Attorneys for Defendants

2

*OF COUNSEL*:
LLOYD, GRAY, & WHITEHEAD, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
Telephone - (205) 967-8822
Facsimile - (205) 967-2380

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served upon the following by via electronic filing , on this the  25th  day of November, 2005.

Randy Haynes
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

T. Randall Lyons
Webster, Henry & Lyons, P.C
Post Office Box 239
Montgomery, Alabama 36101

Christina D. Crow
Lynn W. Jinks, III
Nathan A. Dickson, II
Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089

Larry Bradford
Bradford Law Firm, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216

**Courtesy Copy sent to the following:**

G. Thomas Yearout
Yearout, Spina & Lavelle, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242

Jay Tuley
Alex Holtsford
Nix, Holtsford, Gilliland, Higgins & Higgins, P.C.
P.O. box 4128
Montgomery, Alabama 36103-4128

Jeffery W. Smith
Slaten & O'Connor
P.O. Box 1110
Montgomery, Alabama 36101

                                                *s/Mark E. Tindal*
                                                OF COUNSEL