# FREEDOM COURT REPORTING

1    Q.   Now, I know it's been a while.

2    It's been at least a year and a half.

3    Looking on here, I don't see your P.O. Box

4    or your home address on there.

5            Are you sure that it didn't go to

6    Riverside Turf and you got a copy from them?

7    A.   I'm not sure.

8    Q.   Okay.

9    A.   I'm not sure.

10   Q.   I understand.

11   A.   It could have.

12   Q.   I understand it's been a while.

13   Then this second page, are these the

14   insurance cards?

15   A.   Yes.

16   Q.   You received those from

17   Progressive?

18   A.   Yes.

19   Q.   And those do not show the limits

20   for the policy on --

21   A.   No, they do not.

22   Q.   And then the next page, which is

23   Bates stamped number three, is that the back

# FREEDOM COURT REPORTING

Page 50

```
 1        Q.   Up until that time, you thought
 2   you had a million?
 3        A.   Yes.
 4        Q.   And did you call Joe McKnight when
 5   you got this letter?
 6        A.   Yes, I did.
 7        Q.   What did you tell him?
 8        A.   I said Joe, that I have received a
 9   letter from Progressive that -- showing that
10   I only had three hundred thousand dollars
11   worth of coverage.  Now --
12        Q.   And did he tell you I thought you
13   had a million dollars in coverage?
14        A.   No, he did not.  He said he would
15   look in on it.  He would see what was wrong.
16        Q.   When he found out that it was
17   three hundred thousand dollars, did he sound
18   surprised that it was not a million to you?
19        A.   Yes, he did.
20        Q.   Okay.
21        A.   That is the same letter.
22        Q.   That's Bates stamped number nine?
23        A.   Yes, sir.  I received both of
```

# FREEDOM COURT REPORTING

```
 1    those letters at the same time in separate
 2    envelopes.
 3         Q.   Looking at these, I don't see any
 4    difference between those two letters.  Do
 5    you?
 6         A.   No, sir.  They are -- There isn't
 7    any difference in them.  They are the exact
 8    same two letters that I received the same
 9    day but in separate envelopes.
10         Q.   Do you know why they sent you two
11    identical letters?
12         A.   No, sir, I do not.
13         Q.   Then the next page that's got the
14    number ten on the bottom right is another
15    letter from Progressive; right?
16         A.   Yes, sir, it is.
17         Q.   And did you receive this around
18    September 27, 2004?
19         A.   Yes, sir, I did.
20         Q.   Now, the truck that you added in
21    August of 2003, was that a 1995
22    International?
23         A.   Yes, sir, it was.
```

## FREEDOM COURT REPORTING

1       Q.    Now, I want to show you what's

2   been Bates stamped as McKnight 0101 which is

3   the certificate of liability insurance from

4   March of 2003 and ask you if you recognize

5   that document?

6           (Whereupon, Defendant's Exhibit

7   No. 5 was marked for identification.)

8       A.    Yes, I do.

9       Q.    Okay.  We've looked at -- I think

10  they are pretty similar to the ones that are

11  dated August of 2003 and March of 2004.

12      A.    Uh-huh.

13      Q.    But they were not in the stack of

14  documents that you produced.  So is this a

15  document you did not receive?

16      A.    Yes, sir, it is.

17      Q.    You did receive it?

18      A.    No, sir, I did not.

19      Q.    Okay.  Is this a document you

20  received?

21          MR. BAGGETT:  What was the exhibit

22  number?

23          MR. TINDAL:  5.

## 367 VALLEY AVENUE
## (877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397

# FREEDOM COURT REPORTING

```
 1        A.    Yes, I did receive this -- excuse
 2   me.  I did.
 3        Q.    Okay.  All right.  How did you
 4   receive that?  I see it has your P.O. Box.
 5   Was it something that was mailed to you?
 6        A.    Yes.  Yes, it was.
 7        Q.    All right.
 8        A.    Yes, it was.  It was mailed to me
 9   by Joe McKnight.
10        Q.    Okay.  Do you know what happened
11   to your copy?
12        A.    No, I do not.
13        Q.    Okay.
14        A.    It was in the truck with the rest
15   of -- the rest of my paperwork when I had
16   the accident.
17        Q.    Okay.
18        A.    Instead of throwing them away, I
19   just kept them all in one.
20        Q.    Okay.  Now, what I'm going to mark
21   as Defendant's Exhibit No. 6 is a three-page
22   document from Progressive and ask you if you
23   ever received that?
```

## FREEDOM COURT REPORTING

1          (Whereupon, Defendant's Exhibit

2   No. 6 was marked for identification.)

3          MR. TULEY:  Is that Bates

4   stamped?

5          MR. TINDAL:  Yes.  It's McKnight

6   0080.  The first page is.

7          MR. JINKS:  Was this in the group

8   of documents that we supplied to you?

9          MR. TINDAL:  No.  That's what I'm

10  showing I produced.  What are the Bates

11  stamps?

12         MR. JINKS:  McKnight 0080 through

13  0082.

14         MR. TINDAL:  Okay.

15     A.   No, sir, I have not --

16     Q.   Okay.

17     A.   -- received any of this at all.

18     Q.   Looking back at Exhibit No. 3, the

19  first page from August of 2003, you --

20     A.   Uh-huh.

21     Q.   I'm sorry.  You have to answer out

22  loud.

23     A.   Yes, sir.

## FREEDOM COURT REPORTING

1      Q.   At that time, you still intended

2  on having a one million dollar policy;

3  correct?

4      A.   Yes, sir.

5      Q.   And as far as you know, Joe

6  McKnight intended for you to have a million

7  dollar policy at that time?

8      A.   Yes, sir.

9      Q.   So at the time the new truck was

10  added, neither one of you noticed the three

11  hundred thousand dollar limits as opposed to

12  the one million dollar limits; correct?

13      A.   No, sir.

14      Q.   Meaning neither one of you --

15      A.   No, sir.  I did not notice it.

16  The only thing I saw was the one that had my

17  signature on it, what you called the

18  application part of it.

19      Q.   Yes.

20      A.   That's all I have seen.

21      Q.   Okay.  You do understand that you

22  have to fill out an application to get an

23  insurance policy; correct?

## FREEDOM COURT REPORTING

```
 1          A.    Yes, sir, I do.
 2          Q.    So you knew when you were filling
 3     -- when you were answering the questions
 4     for Mr. McKnight, that was to answer
 5     questions on the application for the
 6     insurance policy?
 7          A.    Yes, sir.
 8          Q.    I'll mark as Defendant's Exhibit
 9     No. 7 another three-page document that's
10     Bates stamped McKnight 0120 through 0122 and
11     ask you if you ever received that document?
12               (Whereupon, Defendant's Exhibit
13     No. 7 was marked for identification.)
14          A.    No, sir, I have not.
15          Q.    Okay.  And that is your P.O. Box;
16     correct?
17          A.    Yes, sir.
18          Q.    All right.
19          A.    It is.
20          Q.    And the same for Exhibit 7, that
21     is your correct P.O. Box?
22          A.    Yes, sir, it is.
23          Q.    Okay.  Is it your understanding
```

## FREEDOM COURT REPORTING

```
 1    that that document was supposed to come to

 2    you from Progressive?

 3         A.   Yes, sir.

 4         Q.   Then I have marked Defendant's

 5    Exhibit 8, McKnight 0105 and 0106, which is

 6    a renewal notice from 2004, and ask you if

 7    you remember seeing that?

 8              (Whereupon, Defendant's Exhibit

 9    No. 8 was marked for identification.)

10         A.   No, sir, I do not.

11         Q.   Okay.  And that does have your

12    P.O. Box on there; correct?

13         A.   Yes, sir, it does.

14         Q.   And that was a document that looks

15    like it was being sent by Progressive;

16    correct?

17         A.   Yes, sir.  That's what it looks

18    like.  But Joe McKnight called.

19         Q.   Okay.  I understand.  And when you

20    went in, in March of 2004 to renew the

21    policy -- do you recall doing that?

22         A.   Yes, sir, I do.

23         Q.   -- did you go into Mr. McKnight's
```

## FREEDOM COURT REPORTING

1    office?

2        A.    Yes, sir.

3        Q.    You did not have to fill out a new

4    application?

5        A.    No, I did not.  As a matter of

6    fact, the only thing I done was just took

7    him a check down there.

8        Q.    Okay.  Who wrote the check?

9        A.    Riverside Turf.

10        Q.    And then you were having a portion

11    of your paycheck taken out by Riverside Turf

12    to reimburse them for the premiums for the

13    insurance?

14        A.    Yes, sir.

15        Q.    So then the accident happened on

16    July 4, 2004; right?

17        A.    Yes, sir.

18        Q.    Then after you got the letter from

19    Progressive saying that you had three

20    hundred thousand dollar limits, you went

21    back to the McKnight Agency; correct?

22        A.    No.  The day of the accident, I

23    was trying to get a hold of Joe, Joe

## FREEDOM COURT REPORTING

```
 1   McKnight.  Okay.  He was on vacation.  So I
 2   left messages.  When he got back off of
 3   vacation, then he called me.
 4            Then he was going over my policy
 5    -- my policy and said I only had three
 6   hundred thousand dollars worth of coverage.
 7   I said no, sir, that ain't right.  I'm
 8   supposed to have a million.
 9        Q.   I'm further along in time now.
10   You went in at sometime in October of '04 to
11   have your policy limits increased to a
12   million; right?
13        A.   Yes, sir.
14            MR. JINKS:  Object to the form.
15   Ask him that again.
16        Q.   In October of 2004, you went back
17   to the McKnight Agency about insurance;
18   correct?
19        A.   Yes, I did.
20        Q.   Okay.  And during that meeting,
21   the -- or the purpose of that meeting was to
22   increase the limits from three hundred to a
23   million as to what y'all originally
```

# FREEDOM COURT REPORTING

Page 60

```
1    intended?
2         A.    Yes, sir.
3              MR. JINKS:  Object to the form.
4    The reason I'm objecting to the form is our
5    position is he had a million dollars worth
6    of coverage.
7              MR. TINDAL:  Right.  I
8    understand.
9              MR. JINKS:  I know it's
10   semantics.
11             MR. TINDAL:  I understand.
12        Q.    That's why I'm saying.  As you and
13   Joe McKnight intended the million dollars to
14   be in the beginning.  Y'all did intend that
15   in the beginning; correct?
16        A.    I talked with -- I talked with Joe
17   over the phone and he told me before I start
18   driving the truck again, that we needed to
19   upgrade to a million dollars.
20        Q.    Okay.
21        A.    Which I already thought I had a
22   million dollars.
23        Q.    Okay.  And it's your understanding
```

# FREEDOM COURT REPORTING

Page 61

1    at that time you had five points on your
2    record?
3         A.    I didn't know what my point system
4    was.  I had no idea.
5         Q.    But it was after the accident,
6    though; correct?
7         A.    Sir?
8         Q.    It was after the July 4, 2004
9    accident that this process was done to get
10   it to a million?
11        A.    Yes, sir.
12        Q.    Okay.  I'll just mark this as
13   Defendant's Exhibit 9, which is McKnight
14   0016.
15             (Whereupon, Defendant's Exhibit
16   No. 9 was marked for identification.)
17        A.    If the accident hadn't never
18   happened, I never would have known about the
19   three hundred thousand dollar coverage.  I
20   would have always thought I had a million.
21        Q.    Well, there's no date on this
22   document that I've marked as Exhibit 9.  But
23   does that appear to be an MVR report?  Have

# FREEDOM COURT REPORTING

Page 62

1    you ever seen one before?

2          A.    Yes, sir.

3          Q.    Is that your MVR report?

4          A.    Yes, sir, it is.

5          Q.    And it shows your license date as

6    October 1, 2004 through October 2, 2008;

7    correct?

8          A.    Yes, sir.

9          Q.    So this would have been done at

10   some point after October 1, 2004; correct?

11         A.    Yes, sir.

12         Q.    Down at the bottom it has listed

13   some driving record information.  You see

14   that?

15         A.    Yes, sir.

16         Q.    And it has your July 6, 2004 entry

17   for an accident; correct?

18         A.    Yes, sir.

19         Q.    All right.  So after the wreck

20   occurred, Progressive issued you a one

21   million dollar policy; correct?

22         A.    Yes, sir.

23         Q.    And you had to pay the difference

# FREEDOM COURT REPORTING

1  in premiums for the remainder of the year;

2  correct?

3      A.    Yes, sir, I did.

4      Q.    Okay.  And you paid that?

5      A.    Yes, sir, I did.

6      Q.    And then in March of 2005, you

7  renewed your policy with Progressive;

8  correct?

9      A.    Yes, sir, I did.

10     Q.    And that was also for a million

11 dollars; correct?

12     A.    Yes, sir.

13     Q.    And you paid the premiums for a

14 million dollar policy; correct?

15     A.    Yes, sir, I did.

16     Q.    And is that policy still in force

17 today?

18     A.    Yes, sir, it is.

19     Q.    I'll mark this as Defendant's

20 Exhibit 10.

21          (Whereupon, Defendant's Exhibit

22 No. 10 was marked for identification.)

23     Q.    And I'll tell you, this is

## FREEDOM COURT REPORTING

```
 1   something that Joe McKnight printed out off
 2   of a web site.  But I want to ask you if you
 3   have seen a document similar to that in
 4   March of 2005?  Before you answer, it is one
 5   that you have already produced.
 6        A.   Yes, sir.
 7        Q.   Okay.
 8             MR. JINKS:  Now, the one you're
 9   showing him is a little bit different.
10             MR. TINDAL:  It is a little bit
11   different.
12        Q.   It's the declaration's page for
13   the March 2005 through March 2006 policy;
14   correct?
15             MR. JINKS:  It appears to be.
16             MR. TINDAL:  If y'all will give me
17   just a few minutes, I may be done.
18             (Whereupon, a short recess was
19   taken.)
20        Q.   Mr. Lane, I just have a few more
21   questions.  Looking at the insurance cards
22   that are part of Exhibit 2 that are Bates
23   stamped R. Lane 002 --
```

## FREEDOM COURT REPORTING

```
1        A.    Yes, sir.
2        Q.    -- are these documents that Joe
3   McKnight gave to you at the time you applied
4   for insurance?
5        A.    No, sir.
6        Q.    These are not?
7        A.    No, sir.  These is the ones that I
8   -- that I received in the mail.
9        Q.    All right.  Did you ever receive a
10  copy of a policy from Progressive?
11       A.    Well, I thought it was a policy.
12  As a matter of fact, in my first deposition,
13  I was asked that same question and I said
14  yes.  What I thought was my policy was these
15  right here or this right here.
16       Q.    Okay.  The certificate of
17  liability insurance and the binder?
18       A.    Yes, sir.  That's what I thought
19  was my policy.
20       Q.    So you never received a policy
21  from Progressive?
22       A.    No, sir.  Never.
23       Q.    Now, when you went back in August
```

## FREEDOM COURT REPORTING

1    of 2003 to switch the trucks, do you recall

2    a discussion with Mr. McKnight about a loss

3    payee under the policy?

4         A.   A loss what, sir?

5         Q.   A loss, L-O-S-S, payee?

6         A.   No.

7         Q.   Okay.  Do you know that -- Did you

8    tell him at the time that you switched the

9    trucks, that Riverside Turf had some

10   interest in your insurance coverage?

11        A.   Yes, sir.

12        Q.   And was Riverside Turf added to

13   some of the documents?

14        A.   Joe McKnight asked me who was

15   going to be the lienholder.  And I told him

16   Riverside Turf.

17        Q.   And is it your understanding that

18   Mr. McKnight -- Was it your understanding

19   that Mr. McKnight entered some information

20   on the computer in August of 2003 adding

21   Riverside Turf as the loss payee or the

22   lienholder?

23        A.   Yes, sir.

### 367 VALLEY AVENUE
### (877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397

**FREEDOM COURT REPORTING**

```
 1          Q.   Have you ever had problems in the
 2    past with getting mail to you?
 3          A.   No, sir.
 4          Q.   Okay.  And I should have asked you
 5    this at the beginning.  Are you a member of
 6    any social organizations like the Shriner's
 7    or just any type of social club?
 8          A.   No, sir.
 9          Q.   Hunting club?
10          A.   No, sir, I am not.
11          Q.   Do you go to church?
12          A.   No, sir.
13          Q.   Okay.
14               MR. TINDAL:  That's all I have.
15    Thank you.
16    EXAMINATION BY MR. BAGGETT:
17          Q.   Mr. Lane, my name is Evan
18    Baggett.  We met just a few minutes ago.
19    I'll be real quick.
20               I believe you testified earlier
21    that if this wreck, if this July '04 wreck
22    never would have happened, you would have
23    thought you had one million dollar policy
```

# FREEDOM COURT REPORTING

Page 68

1    limits?

2         A.    Yes, sir.

3         Q.    Is that correct?

4         A.    Yes, sir, it is.

5         Q.    Did anybody who worked for

6    Progressive ever tell you that you had one

7    million dollar policy limits?

8         A.    No, sir.

9         Q.    Did anybody at all tell you that

10   you had one million dollar policy limits?

11        A.    No, sir.

12        Q.    Why would you have thought you had

13   a million dollar policy limits prior to this

14   wreck?

15        A.    On my certification papers that I

16   took -- as I -- I'm going to state this --

17   for my policy, it had a million dollars on

18   it.  I did not understand it.  So I got my

19   oldest daughter to read it to me.

20        Q.    You're talking about the

21   certification papers and the binder that we

22   just talked about?

23        A.    Yes, sir.

## FREEDOM COURT REPORTING

```
 1        Q.    Who sent you those certification
 2   papers?
 3        A.    Joe McKnight.
 4             MR. TINDAL:  Object to the form.
 5   Asked and answered.  Sorry.
 6        Q.    From the time you went to Mr.
 7   McKnight's office to apply for the March
 8   2003 policy that we've talked about earlier
 9   today --
10        A.    Yes, sir.
11        Q.    -- until this July 2004 wreck, did
12   you ever speak directly with any employee of
13   Progressive?
14        A.    No, sir.
15        Q.    Did you talk with anybody at
16   Progressive after this accident?
17        A.    Yes.
18        Q.    When was that?  How long after the
19   accident?
20        A.    The day of the accident, the next
21   day of the accident, the next day after that
22   and the next day after that.  So for four
23   days straight in a row, I was talking
```

# FREEDOM COURT REPORTING

```
1    directly to Progressive.
2         Q.   Do you remember that person's
3    name?
4         A.   No, sir, I do not.
5         Q.   Was is it the same person on all
6    those occasions?
7         A.   No, sir, it was not.
8         Q.   But you spoke to them on the
9    telephone?
10        A.   Yes, I did.
11             MR. BAGGETT:   That's all I've
12   got.
13   EXAMINATION BY MR. KNOWLES:
14        Q.   Mr. Lane, I've got just a few.  My
15   name is Jeremy Knowles.  And my law partner
16   Randy Haynes deposed you a few months ago.
17   Do you remember that?  Or took your
18   deposition?
19        A.   Yes, sir.
20        Q.   Randy Haynes, do you remember him?
21        A.   Yes, sir.
22        Q.   He asked you a bunch of
23   questions.  I'm not going to go over all of
```

## FREEDOM COURT REPORTING

1   that.  But he asked you a lot of questions

2   about your insurance.  And some of those

3   have been asked again today.  So I'm going

4   to try not to go over that, too.

5           But the bottom line, it's true,

6   isn't it, that you went in and asked Mr.

7   McKnight for a million dollars in liability

8   coverage?  Is that true?

9      A.   I went in to ask to get any

10   insurance.  The very first time I went in

11   his office for it, for insurance, I had no

12   idea what to get from what.

13      Q.   I understand.

14      A.   I knew that there was so many

15   different parts of the insurance.  So I left

16   that up to Joe McKnight.

17      Q.   I understand.  But back in March

18   of '04, you knew and Joe knew that you

19   needed at least seven hundred and fifty

20   thousand?

21      A.   Yes, sir.

22      Q.   And there was some talk about it's

23   not much difference in the cost, so I'll

## FREEDOM COURT REPORTING

1    just get the mill?

2        A.    Yes, sir.

3        Q.    That's true, isn't it?

4        A.    Yes, sir.

5        Q.    And so you intended to get a

6    million, and as far as you know, Mr.

7    McKnight intended to get you a million

8    dollars in coverage?

9        A.    Yes, sir.

10        Q.    All right.  And you left his

11    office thinking you had a million dollars?

12        A.    Yes, sir.

13        Q.    The day of the wreck with Ms.

14    Beasley, you thought you had a million

15    dollars?

16        A.    Yes, sir.

17        Q.    It was the next day when somebody

18    told you that, hey, I don't think you've got

19    a million, I think you've got three hundred

20    thousand or three hundred and fifty thousand

21    or something; is that correct?

22        A.    Yes, sir.

23        Q.    All right.  Now, you've already

## FREEDOM COURT REPORTING

```
1    testified to all of this and I'm not trying

2    to go through it all again.

3              But if you had known prior to the

4    wreck that there was a question about how

5    much coverage you had and maybe you only had

6    three hundred thousand in coverage, you

7    would have taken the steps you needed to

8    take to get that million dollars in

9    coverage, wouldn't you?

10        A.    Yes, sir, I would have.

11        Q.    Because that's what you intended

12   to have?

13        A.    Yes, sir.

14        Q.    All right.  Now, after the wreck

15   and after somebody told you that you may

16   only had three hundred or three hundred and

17   fifty thousand, you talked to Mr. McKnight a

18   day or so later, maybe the next day or

19   something?

20        A.    Yes, sir.

21        Q.    Or was it that day?  I can't --

22   Maybe it was that day.  But anyway -- it

23   doesn't matter.  But anyway, you called Mr.
```

# FREEDOM COURT REPORTING

Page 74

1  McKnight and said, hey, what's the deal here

2  about my insurance coverage?

3       A.   Well, actually there was somebody

4  from Progressive that I was talking to the

5  very next day after the accident.  Then they

6  come up with me saying I only had three

7  hundred thousand dollars.

8       Q.   Okay.

9       A.   And I told them that's wrong.  I'm

10  supposed to have a million.

11       Q.   Okay.  And you testified to that.

12  On that previous deposition, you testified

13  to that.  But then you called Mr. McKnight

14  after that phone conversation with

15  Progressive?

16       A.   Joe McKnight -- I believe it was

17  the next day when he got back from vacation

18  that he called me.

19       Q.   Okay.  All right.  But you had a

20  phone conversation with him.  At some point

21  in that conversation, did he say something

22  about it was his error or his mistake or

23  something like that?

# FREEDOM COURT REPORTING

1     A.    Not at that time, no, sir.   He

2  told me that --

3     Q.    I see.

4     A.    When he was looking on the

5  computer at my file, he said, yes, that's

6  right, you've only got three hundred

7  thousand dollars.  And that's when I told

8  him I was supposed to have a million.

9            As a matter of fact, I went as far

10 as asking Progressive and Joe McKnight what

11 would have happened if this accident had

12 occurred any place else other than Alabama.

13 What would have happened to me.

14     Q.    But when you expressed to Mr.

15 McKnight that you were supposed to have a

16 million dollars, he didn't argue with you,

17 did he?  I mean, he said, yes, you were

18 supposed to have a million; is that true?

19     A.    He said that he remembered having

20 a conversation about a million dollars.   He

21 remembered what he told me.

22     Q.    Okay.   So he remembered you asking

23 him for a million dollars and he remembered

# FREEDOM COURT REPORTING

1  intending to give you a million dollars; is

2  that true?

3        A.    Yes, sir.   And then I told him

4  everything that I had received from Joe

5  McKnight showed that I had a million dollars

6  worth of liability insurance and twenty

7  thousand in cargo.

8        Q.    Okay.

9             MR. KNOWLES:   Thank you very much,

10 Mr. Lane.   That's all I have.

11            MR. JINKS:   I don't have any

12 questions.

13

14

15

16

17

18

19

20

21

22

23

# FREEDOM COURT REPORTING

```
1                 C E R T I F I C A T E
2
3     STATE OF ALABAMA )
4     MONTGOMERY COUNTY)
5
6            I hereby certify that the above
7     and foregoing deposition was taken down by
8     me in stenotype, and the questions and
9     answers thereto were transcribed by means of
10    computer-aided transcription, and that the
11    foregoing represents a true and correct
12    transcript of the testimony given by said
13    witness upon said hearing.
14            I further certify that I am
15    neither of counsel, nor of kin to the
16    parties to the action, nor am I in any wise
17    interested in the result of said cause.
18
19
20                                  Cindy Welden
21                          CINDY WELDON
22
23
```

**www.freedomreporting.com**
**1-877-373-3660**

FREEDOM COURT REPORTING

Page 78

| | | | | |
|---|---|---|---|---|
| **A** | **Amended** 1:18 | **assign** 4:15 | **bill** 46:10 | **care** 46:13,14 |
| **able** 10:18 11:9 | **amount** 16:20 | **assume** 9:4 | **binder** 41:21 | **cargo** 13:11 |
| 46:6 48:11 | **answer** 31:2 | **assuming** 37:6 | 43:2,3 65:17 | 76:7 |
| 49:16 53:16 | 36:22 54:21 | 37:12 | 68:21 | **CARMICHA...** |
| 58:15,22 61:5 | 56:4 64:4 | **attached** 21:13 | **BIRMINGH...** | 5:20 |
| 61:9,17 62:17 | **answered** 69:5 | **August** 34:14 | 5:7,13 | **carry** 48:15 |
| 69:16,19,20 | **answering** 22:8 | 41:17 42:11 | **birth** 24:4,6 | **Carter** 10:14 |
| 69:21 74:5 | 56:3 | 43:5 51:21 | 33:7 | **case** 1:8 3:8 |
| 75:11 | **answers** 22:22 | 52:11 54:19 | **bit** 38:23 64:9 | 48:10 |
| **accidents** 14:4 | 31:3 77:9 | 65:23 66:20 | 64:10 | **cause** 77:17 |
| **action** 77:16 | **anybody** 68:5,9 | **aware** 31:10,13 | **bob** 13:14,16,17 | **certain** 12:17 |
| **actual** 16:20 | 69:15 | 38:1 | **bottom** 51:14 | **certificate** 52:3 |
| **add** 28:23 29:15 | **anyway** 73:22 | **a.m** 4:2 | 62:12 71:5 | 65:16 |
| **added** 30:1 | 73:23 | | **box** 9:13,16,17 | **certification** |
| 51:20 55:10 | **appear** 61:23 | **B** | 9:19 10:3 | 41:23 68:15 |
| 66:12 | **appears** 64:15 | **B** 6:2 7:9 | 23:20 35:21 | 68:21 69:1 |
| **adding** 66:20 | **application** | **back** 15:5,8 | 46:22,23 47:3 | **Certified** 3:21 |
| **additional** 39:1 | 15:1 21:1,19 | 20:2 21:1 23:3 | 53:4 56:15,21 | **certify** 77:6,14 |
| **address** 9:9 | 21:22 22:12 | 29:21 40:18 | 57:12 | **check** 58:7,8 |
| 23:19 47:4 | 22:14,19 31:7 | 42:9 45:22 | **briefly** 10:5 | **chips** 16:6 |
| **advised** 1:23 | 31:21 32:10 | 46:7 47:23 | 14:11 | **Christy** 28:10 |
| **age** 18:11 | 35:13 36:20 | 48:2,17 54:18 | **broke** 42:18 | **church** 67:11 |
| **Agency** 1:9 | 39:6,13 40:1 | 58:21 59:2,16 | **bunch** 70:22 | **Cindy** 1:18 3:20 |
| 3:10 8:14 | 55:18,22 56:5 | 65:23 71:17 | **business** 23:23 | 77:21 |
| 15:10 20:10 | 58:4 | 74:17 | 35:8,9 | **circled** 14:22 |
| 58:21 59:17 | **applied** 37:13 | **Baggett** 5:4 7:5 | **button** 26:4 | 20:18 |
| **ago** 67:18 70:16 | 65:3 | 52:21 67:16 | **buying** 42:23 | **CITY** 6:7 |
| **AGREED** 3:17 | **apply** 69:7 | 67:18 70:11 | | **Civil** 1:17 |
| 4:4,11,20 | **appointment** | **based** 21:20 | **C** | **clear** 9:1 |
| **ahead** 43:23 | 12:2 | 39:10,15 | **C** 5:1 23:17 | **clerical** 39:5 |
| 49:18 | **approved** 26:6 | **Bates** 28:4 | 77:1,1 | **club** 67:7,9 |
| **ain't** 59:7 | 38:8 | 29:22 32:6 | **call** 50:4 | **come** 57:1 74:6 |
| **al** 1:12 3:13 | **April** 24:7 | 37:1 40:4 | **called** 13:14 | **coming** 27:1 |
| **Alabama** 1:2,17 | **argue** 75:16 | 44:13 46:10 | 42:12,13,16 | 43:15 |
| 3:2 4:1 5:7,13 | **asked** 16:4,6 | 47:23 48:7,12 | 43:14 55:17 | **commercial** |
| 5:17,21 6:3,7 | 27:12,14 41:2 | 50:22 52:2 | 57:18 59:3 | 11:1 |
| 16:7 23:20 | 65:13 66:14 | 54:3,10 56:10 | 73:23 74:13 | **Commissioner** |
| 35:22 75:12 | 67:4 69:5 | 64:22 | 74:18 | 3:22 4:21 |
| 77:3 | 70:22 71:1,3,6 | **Beasley** 72:14 | **CANYON** 5:5 | **company** 1:6 |
| **ALEXANDER** | **asking** 8:14,22 | **beginning** | **capable** 12:13 | 3:6 18:4 23:16 |
| 6:7 | 10:17 15:13 | 60:14,15 67:5 | **card** 48:9,14,16 | 48:23 |
| **Allen** 1:15 8:1 | 15:18 30:23 | **believe** 40:1 | **cards** 47:14 | **compare** 29:1 |
| 8:11 | 37:11 75:10 | 45:17 67:20 | 48:1,2,13 | **complete** 11:10 |
| | 75:22 | 74:16 | 64:21 | **completed** |

367 VALLEY AVENUE
(877) 373-3660  BIRMINGHAM, ALABAMA  (205) 397-2397

**FREEDOM COURT REPORTING**

Page 79

| | | | | |
|---|---|---|---|---|
| 39:14 | 62:7,10,17,21 | **day** 1:21 43:17 | **different** 64:9 | 67:23 68:7,10 |
| **compliance** 4:7 | 63:2,8,11,14 | 51:9 58:22 | 64:11 71:15 | 68:13 |
| **computer** 21:23 | 64:14 68:3 | 69:20,21,21 | **directly** 69:12 | **dollars** 13:9 |
| 22:10,15 | 72:21 77:11 | 69:22 72:13 | 70:1 | 15:14 16:10 |
| 25:19,20 26:4 | **cost** 71:23 | 72:17 73:18 | **discussed** 30:17 | 16:18,21 17:4 |
| 30:22 31:3 | **counsel** 3:19 | 73:18,21,22 | 37:15 | 17:8,9,22 |
| 40:13 66:20 | 4:12,14 77:15 | 74:5,17 | **discussion** 66:2 | 19:13 20:11 |
| 75:5 | **County** 9:10 | **days** 69:23 | **discussions** | 25:22 27:10 |
| **computer-aid...** | 77:4 | **deal** 74:1 | 20:2 | 27:15 38:18 |
| 77:10 | **Court** 1:1 2:1,2 | **decided** 20:3 | **dispute** 26:8 | 39:21 49:21 |
| **concerned** | 3:1 4:8 8:5 | **declaration's** | 35:5 | 50:10,13,17 |
| 38:20 | **coverage** 13:14 | 64:12 | **DISTRICT** 1:1 | 59:6 60:5,13 |
| **conversation** | 13:16,17,23 | **DEFENDANT** | 1:2 3:1,2 | 60:19,22 |
| 74:14,20,21 | 14:3 16:18 | 5:9 | **DIVISION** 1:3 | 63:11 68:17 |
| 75:20 | 18:4 20:5 | **Defendants** | 3:3 | 71:7 72:8,11 |
| **copies** 29:18 | 25:22 27:10 | 1:13 3:14 | **document** | 72:15 73:8 |
| **copy** 43:6 44:6 | 27:20 39:22 | **Defendant's** | 41:15,20 | 74:7 75:7,16 |
| 45:10,11 47:6 | 49:23 50:11 | 7:11,12,13,14 | 44:15 46:9 | 75:20,23 76:1 |
| 53:11 65:10 | 50:13 59:6 | 7:15,16,17,18 | 48:20,22 49:3 | 76:5 |
| **corner** 14:21 | 60:6 61:19 | 7:19,20 14:16 | 52:5,15,19 | **driver** 24:5 |
| **correct** 11:22 | 66:10 71:8 | 14:18 29:23 | 53:22 56:9,11 | 33:1 |
| 17:14 18:14 | 72:8 73:5,6,9 | 30:3 31:23 | 57:1,14 61:22 | **drivers** 12:18 |
| 18:17 20:14 | 74:2 | 41:9 52:6 | 64:3 | **driver's** 11:1 |
| 21:6 23:6,9,12 | **coverages** 12:18 | 53:21 54:1 | **documents** 14:8 | 33:13 |
| 23:14,21 24:2 | 37:2 | 56:8,12 57:4,8 | 14:13 25:2 | **driving** 19:5 |
| 24:9,12,20,20 | **cross** 16:11 | 61:13,15 | 28:8 29:13 | 60:18 62:13 |
| 25:6,8,12 | **Crow** 28:10 | 63:19,21 | 30:7 32:3 40:8 | **duly** 8:2 |
| 26:13,16,19 | **CSL** 19:10 37:3 | **delivering** 1:19 | 41:11 44:11 | ——————— |
| 27:13 28:1 | 37:12 | **depending** | 52:14 54:8 | **E** |
| 32:12,20 33:3 | **curious** 36:19 | 34:17 | 65:2 66:13 | **E** 1:19 5:1,1,10 |
| 33:5,8,14,17 | **current** 9:8 | **deposed** 70:16 | **doing** 15:20 | 7:1,9 77:1,1 |
| 34:18 35:10 | **currently** 36:21 | **deposition** 1:15 | 57:21 | **earlier** 67:20 |
| 35:11,12,16 | **custody** 46:4 | 3:19 4:5,6,17 | **dollar** 16:13,20 | 69:8 |
| 35:22 36:1,5,9 | ——————— | 4:21 8:18 | 17:15,16,20 | **early** 15:9 |
| 36:22 37:4,8 | **D** | 65:12 70:18 | 17:21 19:18 | **education** 10:6 |
| 37:15,18 | **D** 7:1 23:17 | 74:12 77:7 | 19:22 20:4,14 | **effect** 4:7 |
| 38:10,15,20 | **damage** 13:23 | **depositions** 4:9 | 26:7,13 30:18 | **effective** 1:18 |
| 39:2 41:12 | **date** 24:5,6 | **determined** | 31:9,16 37:7 | **eighteen** 20:21 |
| 42:7 49:6 55:3 | 32:17 33:7 | 14:5 25:21 | 37:14,22,23 | **eighty** 16:21 |
| 55:12,23 | 41:14 42:2 | **development** | 38:8,14,19 | 17:3,9,11,22 |
| 56:16,21 | 61:21 62:5 | 33:2 | 39:2,7 55:2,7 | **employee** 69:12 |
| 57:12,16 | **dated** 52:11 | **difference** 51:4 | 55:11,12 | **enter** 26:2 |
| 58:21 59:18 | **dates** 35:4 | 51:7 62:23 | 58:20 61:19 | **entered** 23:6 |
| 60:15 61:6 | **daughter** 68:19 | 71:23 | 62:21 63:14 | 25:18 66:19 |

**367 VALLEY AVENUE**
**(877) 373-3660 BIRMINGHAM, ALABAMA (205) 397-2397**

**FREEDOM COURT REPORTING**

Page 80

| | | | | |
|---|---|---|---|---|
| entry 62:16 | 3:12 | full 4:7 | haul 43:1 | 29:12 41:11 |
| envelopes 51:2 | fault 14:5 | further 4:3,10 | hauling 16:5 | increase 59:22 |
| 51:9 | fax 44:23 45:3 | 4:19 59:9 | 27:7,23 30:19 | increased 59:11 |
| error 39:5 | faxed 43:3 45:6 | 77:14 | Haynes 70:16 | information |
| 74:22 | 45:11 | FUY 36:13 | 70:20 | 22:14 23:5,7 |
| et 1:12 3:13 | February 27:2 | | hearing 77:13 | 24:6 25:19 |
| Evan 5:4 67:17 | 31:7 | **G** | help 20:3 | 26:3 32:23 |
| evidence 4:17 | fifty 13:8 15:14 | general 23:7 | hey 72:18 74:1 | 33:2 62:13 |
| exact 51:7 | 16:10 17:16 | Georgia 16:7 | high 10:10,12 | 66:19 |
| EXAMINAT... | 17:21 27:10 | getting 67:2 | 10:13,14 | insurance 1:6 |
| 7:3 8:4 67:16 | 27:13 71:19 | give 22:21 | higher 38:23 | 3:6 12:17 13:6 |
| 70:13 | 72:20 73:17 | 64:16 76:1 | hire 35:16 | 14:4 15:2,5,11 |
| exception 29:2 | file 75:5 | given 8:18 39:7 | hit 26:4 | 15:15 18:4 |
| excuse 16:17 | filed 2:2 | 77:12 | hold 58:23 | 25:2 30:8 |
| 17:7 18:20 | filing 4:20 | go 10:6 20:8,16 | home 23:11 | 41:21 42:1 |
| 22:5 53:1 | fill 55:22 58:3 | 21:18 24:5 | 46:22 47:4 | 43:16,19 44:3 |
| exhibit 7:11,12 | filling 22:13 | 30:11 37:1 | house 10:2 | 47:14 48:5,13 |
| 7:13,14,15,16 | 31:6 39:6 56:2 | 43:23 47:5 | hundred 12:3 | 48:19 49:3 |
| 7:17,18,19,20 | Finance 48:23 | 49:18 57:23 | 13:2,8 15:14 | 52:3 55:23 |
| 14:17,18 | fine 8:7,8 36:18 | 67:11 70:23 | 16:10,21 17:3 | 56:6 58:13 |
| 29:23 30:2,6,6 | first 8:2 11:17 | 71:4 73:2 | 17:9,12,15,21 | 59:17 64:21 |
| 31:20,23 41:9 | 18:6 29:22 | goes 20:20 | 17:22 20:11 | 65:4,17 66:10 |
| 41:12 44:7,23 | 40:19 41:14 | 48:21 | 27:9,13 37:3,7 | 71:2,10,11,15 |
| 52:6,21 53:21 | 42:9 43:1 46:9 | going 8:14,22 | 37:12,13,23 | 74:2 76:6 |
| 54:1,18 56:8 | 54:6,19 65:12 | 9:4 14:15 28:3 | 38:18 39:12 | insurances |
| 56:12,20 57:5 | 71:10 | 31:19,20 42:9 | 49:21 50:10 | 12:22 |
| 57:8 61:13,15 | five 33:19,23 | 42:10 44:4 | 50:17 55:11 | insured 35:8 |
| 61:22 63:20 | 34:4 61:1 | 53:20 59:4 | 58:20 59:6,22 | 36:21 |
| 63:21 64:22 | Florida 16:8 | 66:15 68:16 | 61:19 71:19 | intend 60:14 |
| exhibits 1:22 | follows 8:3 | 70:23 71:3 | 72:19,20 73:6 | intended 26:16 |
| 30:3 | force 4:6 63:16 | goods 35:10 | 73:16,16 74:7 | 31:8,15 37:17 |
| expensive 16:14 | foregoing 77:7 | gotten 38:19 | 75:6 | 37:21 55:1,6 |
| Express 23:17 | 77:11 | grade 10:7,8 | Hunting 67:9 | 60:1,13 72:5,7 |
| expressed | forget 16:19 | grounds 4:15 | | 73:11 |
| 75:14 | form 4:13 59:14 | group 54:7 | **I** | intending 76:1 |
| | 60:3,4 69:4 | | idea 46:1,3 61:4 | intentions |
| **F** | forty-two 18:13 | **H** | 71:12 | 39:11 |
| F 77:1 | forward 26:21 | H 7:9 | identical 51:11 | interest 66:10 |
| fact 38:17 58:6 | found 50:16 | half 47:2 | identification | interested |
| 65:12 75:9 | four 48:8 69:22 | handed 40:14 | 14:19 30:4 | 77:17 |
| failed 11:20 | Freightliner | 40:17 | 32:1 52:7 54:2 | International |
| far 38:20 39:4 | 36:7,17 42:18 | happened 46:2 | 56:13 57:9 | 51:22 |
| 55:5 72:6 75:9 | front 10:2 | 53:10 58:15 | 61:16 63:22 | invoice 20:9 |
| FARM 1:11 | 48:16 | 61:18 67:22 | included 28:21 | issued 62:20 |
| | | 75:11,13 | | |

**367 VALLEY AVENUE**
**(877) 373-3660  BIRMINGHAM, ALABAMA  (205) 397-2397**

FREEDOM COURT REPORTING

Page 81

| | | | | |
|---|---|---|---|---|
| **J** | 36:9 37:22 | 14:3 15:10 | 44:10 47:3 | 24:13,14,17 |
| **January** 34:10 | 39:5,10 47:1 | 20:5 39:22 | 51:3 54:18 | 24:19 33:10 |
| 34:11 | 51:10 53:10 | 42:1,1 52:3 | 64:21 75:4 | 33:11 |
| **JAY** 5:19 | 55:5 60:9 61:3 | 65:17 71:7 | **looks** 28:7 | **materials** 12:10 |
| **Jeremy** 6:5 | 66:7 72:6 | 76:6 | 29:11 57:14 | **matter** 58:5 |
| 70:15 | **Knowles** 6:5 | **license** 11:2 | 57:17 | 65:12 73:23 |
| **Jinks** 3:23 5:15 | 7:6 70:13,15 | 25:4 33:14 | **loss** 66:2,4,5,21 | 75:9 |
| 8:8 24:17,23 | 76:9 | 62:5 | **lot** 71:1 | **McKnight** 1:9 |
| 28:15,17,20 | **known** 61:18 | **lienholder** | **loud** 54:22 | 1:10 3:10,11 |
| 29:1,11,17 | 73:3 | 66:15,22 | **Lynn** 3:23 5:15 | 8:13 14:10 |
| 32:7 36:11 | **Knoxville** 10:14 | **limit** 19:13 | **L-O-S-S** 66:5 | 15:10,19 |
| 39:15 40:3,6 | | **limits** 19:22 | | 16:13 20:2,10 |
| 45:16 54:7,12 | **L** | 37:7,14,23 | **M** | 21:18,21 |
| 59:14 60:3,9 | **L** 3:16 6:1 | 47:19 48:5,17 | **M** 18:21 | 25:18 26:2 |
| 64:8,15 76:11 | **Lane** 1:10,15 | 49:2,8 55:11 | **machine** 45:3 | 27:12 30:13 |
| **Joe** 1:10 3:11 | 3:11,20 8:1,11 | 55:12 58:20 | **magazines** 12:5 | 30:17 31:5,14 |
| 8:13 14:9 | 8:12 23:8 28:5 | 59:11,22 68:1 | **mail** 9:22 65:8 | 32:8 37:2,15 |
| 15:18 20:1 | 30:7 33:4 | 68:7,10,13 | 67:2 | 37:20 38:12 |
| 37:15 39:20 | 35:21 46:11 | **line** 16:11 44:23 | **mailbox** 10:1 | 39:11,16 |
| 42:21 43:13 | 46:14 48:13 | 71:5 | **mailed** 44:5 | 43:14 44:1 |
| 44:1 45:10,14 | 64:20,23 | **listed** 33:14 | 53:5,8 | 45:14 50:4 |
| 50:4,8 53:9 | 67:17 70:14 | 34:13 37:3 | **MAIN** 6:6 | 52:2 53:9 54:5 |
| 55:5 57:18 | 76:10 | 48:17 62:12 | **March** 26:22 | 54:12 55:6 |
| 58:23,23 | **law** 70:15 | **listing** 49:2 | 27:2 30:12,14 | 56:4,10 57:5 |
| 60:13,16 64:1 | **laws** 4:8 | **little** 10:21,22 | 31:7 32:11,19 | 57:18 58:21 |
| 65:2 66:14 | **lawsuit** 28:13 | 38:23 64:9,10 | 33:3 35:16 | 59:1,17 60:13 |
| 69:3 71:16,18 | 30:9 | **live** 13:3 | 42:5 43:12 | 61:13 64:1 |
| 74:16 75:10 | **lawyer** 28:7 | **lived** 9:11 | 52:4,11 57:20 | 65:3 66:2,14 |
| 76:4 | 41:10 | **load** 43:1 | 63:6 64:4,13 | 66:18,19 69:3 |
| **July** 49:12 | **lawyers** 25:1 | **log** 24:1 | 64:13 69:7 | 71:7,16 72:7 |
| 58:16 61:8 | 28:4,10 44:11 | **logging** 24:1 | 71:17 | 73:17 74:1,13 |
| 62:16 67:21 | **leading** 4:13 | **logs** 16:5,6 | **mark** 1:19 5:10 | 74:16 75:10 |
| 69:11 | **leave** 40:21 | **long** 9:11,15,18 | 8:12 14:15 | 75:15 76:5 |
| | **left** 39:20 59:2 | 69:18 | 29:21,23 | **McKnight's** |
| **K** | 71:15 72:10 | **look** 14:11 18:6 | 31:20 53:20 | 27:2 32:15 |
| **kept** 53:19 | **left-hand** 19:9 | 20:23 28:6 | 56:8 61:12 | 39:20 42:10 |
| **kin** 77:15 | **letter** 18:21 | 29:15 30:5 | 63:19 | 45:10 57:23 |
| **knew** 27:9 | 49:10,19 50:5 | 32:23 41:8 | **marked** 14:19 | 69:7 |
| 36:19 56:2 | 50:9,21 51:15 | 44:12 50:15 | 30:4 32:1 41:9 | **McNight** 8:13 |
| 71:14,18,18 | 58:18 | **looked** 52:9 | 52:7 54:2 | **mean** 10:16 |
| **know** 9:2 11:21 | **letters** 51:1,4,8 | **looking** 23:3 | 56:13 57:4,9 | 33:23 75:17 |
| 12:21 21:3 | 51:11 | 24:18 30:6 | 61:16,22 | **Meaning** 55:14 |
| 26:6 28:7,13 | **let's** 30:11 41:8 | 36:14 41:6 | 63:22 | **means** 34:5 |
| 28:20 31:14 | **liability** 13:6,6 | 42:17,22 | **married** 24:12 | 37:6,12 77:9 |

367 VALLEY AVENUE

(877) 373-3660  BIRMINGHAM, ALABAMA  (205) 397-2397

meant 9:5 19:5
19:12
meet 30:13
meeting 21:17
59:20,21
member 67:5
memory 36:18
messages 59:2
met 38:12 67:18
MICHAEL 6:1
middle 1:2 3:2
10:10
mill 72:1
million 16:13
16:18 17:8,15
17:20 19:13
19:18,22 20:4
20:13 25:22
26:7,12 27:14
27:17 30:18
31:9,16 37:22
38:8,14,19
39:2,7,21 50:2
50:13,18 55:2
55:6,12 59:8
59:12,23 60:5
60:13,19,22
61:10,20
62:21 63:10
63:14 67:23
68:7,10,13,17
71:7 72:6,7,11
72:14,19 73:8
74:10 75:8,16
75:18,20,23
76:1,5
minutes 64:17
67:18
missed 11:22
39:12
missing 28:15
28:16
mistake 37:8
74:22

money 42:19
monitor 22:15
MONTGOM...
5:21 6:3 77:4
months 70:16
morning 14:9
move 26:21
MVR 61:23
62:3

___ N ___

N 3:16 5:1 7:1
24:19
name 8:9,12
23:8 25:3 33:4
35:20 67:17
70:3,15
named 35:8
necessary 4:11
need 16:9 43:2
needed 27:9
40:15 44:2
60:18 71:19
73:7
neither 55:10
55:14 77:15
never 21:3 37:9
61:17,18
65:20,22
67:22
new 55:9 58:3
newspaper 12:8
12:9
newspapers
12:4
nine 50:22
ninth 10:7,8
North 3:23 5:16
NORTHERN
1:3 3:3
Nos 30:4
Notary 3:22
notice 4:20
55:15 57:6

noticed 55:10
November 1:21
4:1
number 1:8 3:8
14:21 20:17
23:4,11 25:4,9
33:14,17 36:2
36:10,12 40:2
46:10 47:23
48:21,21 49:5
50:22 51:14
52:22
numbers 20:21

___ O ___

O 3:16
Object 59:14
60:3 69:4
objecting 60:4
objections 4:12
4:15
obviously 39:12
occasions 70:6
occurred 35:4
45:21 62:20
75:12
October 15:9
18:16 20:2,14
21:1 26:13
30:15 34:23
38:9 59:10,16
62:6,6,10
offend 10:16
offered 4:17
office 9:13,16
9:19 10:3 27:2
32:15 37:10
39:20 42:11
45:10 58:1
69:7 71:11
72:11
offices 3:23
okay 9:6,7,15
11:9 12:4,12

12:16 13:4,10
13:20 14:7
15:4,17 16:12
16:23 17:14
18:2 19:8 21:5
21:8,10,17
22:4,7,11,17
23:16 24:16
24:19 25:17
26:1,10,23
27:8,16,19
28:6,19,22
29:14 30:11
31:12 32:5,14
33:22 34:9,16
35:7 36:15
38:4 39:19
40:16 41:5,8
42:2,15 43:4
44:8,22 45:5,8
45:19 47:8
48:20 50:20
52:9,19 53:3
53:10,13,17
53:20 54:14
54:16 55:21
56:15,23
57:11,19 58:8
59:1,20 60:20
60:23 61:12
63:4 64:7
65:16 66:7
67:4,13 74:8
74:11,19
75:22 76:8
oldest 68:19
ones 40:15
44:13 52:10
65:7
opposed 17:20
55:11
oral 1:20 11:13
12:1
order 16:11

organizations
67:6
original 1:20
45:13
originally 59:23
originals 29:16
overlooked
29:5
owned 36:4,16
36:17

___ P ___

P 3:16 5:1,1
page 7:3,10
14:20 15:1
18:6,8 20:8,17
20:21 21:5,11
32:6 40:11,12
40:20 41:22
42:9 43:9,11
44:7,22 47:13
47:22 48:7,12
49:8,10 51:13
54:6,19 64:12
pages 14:16
21:13 28:17
29:3 30:1
40:20,23
paid 26:18 63:4
63:13
papers 68:15,21
69:2
paperwork
45:22 53:15
part 55:18
64:22
parties 3:18
4:14 77:16
partner 70:15
parts 71:15
pass 11:10
passed 12:3
14:8
pay 18:3 38:13

FREEDOM COURT REPORTING

39:1 62:23
paycheck 58:11
payee 66:3,5,21
percentage
  46:11
period 28:5
person 70:5
person's 70:2
phone 23:11
  36:1 42:16
  60:17 74:14
  74:20
physical 13:23
place 5:11
  75:12
Plaintiff 1:7 3:7
  5:3
please 1:23 8:10
point 33:2 61:3
  62:10 74:20
pointing 32:5
points 19:5
  25:12 33:23
  34:4 61:1
police 46:4
policy 13:7,11
  15:5 16:14
  17:8,15,16,20
  17:22 19:18
  19:21 20:4,14
  26:7,13,19
  27:6 28:12
  30:8,18 31:9
  31:16,22
  32:11 37:22
  38:8,13,14,19
  39:2,7 47:20
  55:2,7,23 56:6
  57:21 59:4,5
  59:11 62:21
  63:7,14,16
  64:13 65:10
  65:11,14,19
  65:20 66:3

67:23 68:7,10
  68:13,17 69:8
portion 58:10
position 31:15
  60:5
possession
  28:12
post 9:13,16,18
  10:2
Prairie 3:23
  5:16
Premium 48:23
premiums 17:1
  17:11,23 18:3
  20:11 26:18
  38:14,22 39:1
  58:12 63:1,13
pretty 52:10
prevent 41:5
previous 74:12
previously 8:18
printed 64:1
printer 40:21
printing 40:13
  40:14
prior 4:17
  68:13 73:3
problems 67:1
Procedure 1:17
process 21:21
  30:12,14 61:9
procure 20:4
procuring
  30:18
produced 28:4
  44:11 52:14
  54:10 64:5
Progressive 1:5
  3:5 15:5 20:5
  26:5 31:17
  38:9 39:8
  43:22 44:4
  47:17 48:9,19
  49:13,20 50:9

51:15 53:22
  57:2,15 58:19
  62:20 63:7
  65:10,21 68:6
  69:13,16 70:1
  74:4,15 75:10
provide 27:19
provides 14:3
PTS 18:19 19:1
  25:15 33:19
Public 3:22
pull 21:22
pulp 16:6
purchase 12:19
purchasing
  19:18,21
purpose 59:21
put 25:5 42:19
  44:2 48:10
P.O 9:17 35:21
  46:22,23 47:3
  53:4 56:15,21
  57:12
_____
         Q
qualify 25:21
question 8:23
  9:3,5 10:17
  65:13 73:4
questions 4:13
  4:14 8:15,23
  22:6,9,18
  30:23 31:2
  56:3,5 64:21
  70:23 71:1
  76:12 77:8
quick 29:18
  67:19
quit 10:9
quite 11:23
_____
         R
R 5:1 28:5
  48:13 64:23
  77:1

Randy 70:16,20
read 10:18 12:4
  12:7 68:19
reading 4:4
  12:13
real 67:19
really 34:15
reason 26:8
  27:5 60:4
recall 21:10
  42:10 57:21
  66:1
receive 9:21
  10:1 43:22
  44:19 51:17
  52:15,17 53:1
  53:4 65:9
received 14:9
  20:9 30:8
  40:11 45:9
  47:16 48:22
  49:11 50:8,23
  51:8 52:20
  53:23 54:17
  56:11 65:8,20
  76:4
receiving 44:14
recess 29:19
  64:18
recognize 14:12
  21:5 28:8,14
  32:2 52:4
record 8:10
  19:6 24:23
  25:5 29:21
  61:2 62:13
records 34:17
  35:3
referring 14:20
  14:23 40:3
reflect 25:1
regarding 30:8
reimburse
  58:12

relating 4:8
remainder 63:1
remember 27:1
  34:10,14,21
  35:1 44:14
  57:7 70:2,17
  70:20
remembered
  75:19,21,22
  75:23
renew 43:15
  57:20
renewal 43:12
  57:6
renewed 42:7
  43:18,19 63:7
rephrase 9:2
  19:20
report 61:23
  62:3
Reporter 2:1
  3:21 8:5
represent 8:13
  28:9 31:21
represents
  77:11
requested
  11:13 22:18
require 11:6
required 12:19
requirements
  15:23 16:3
respective 3:19
rest 53:14,15
result 77:17
retained 2:1
Ricky 1:10,15
  3:11,20 8:1,11
  23:8 33:4
  35:20 46:11
  46:14
right 8:15,16,19
  9:8 10:5,16
  11:6,15 13:13

367 VALLEY AVENUE
(877) 373-3660 BIRMINGHAM, ALABAMA (205) 397-2397

FREEDOM COURT REPORTING

| | | | | |
|---|---|---|---|---|
| 14:2,14,15 | saw 55:16 | 34:20 51:18 | 19:3,7,11,14 | 75:1 76:3 |
| 15:2,6,11,15 | sawmills 24:1 | set 12:2 29:13 | 19:16,19,23 | sit 21:22 |
| 15:21 17:4,11 | saying 39:11 | seven 14:8 | 20:7,12,15,19 | site 64:2 |
| 17:17 18:4,7 | 58:19 60:12 | 15:13 16:10 | 21:7,12,14,16 | six 9:20 48:21 |
| 18:19 20:1,6 | 74:6 | 17:15,21 27:9 | 22:1,3,16,20 | slash 24:19 35:8 |
| 20:16,18,22 | says 18:19,21 | 27:13 48:21 | 22:23 23:2,10 | social 25:8 |
| 21:23 22:2,19 | 18:23 19:1 | 49:5 71:19 | 23:13,15,18 | 33:16 67:6,7 |
| 23:4 24:4,22 | 23:23 24:17 | seventeen 14:22 | 23:22 24:3,8 | sod 27:7 |
| 25:11,14 | 24:19 25:12 | 21:6 | 24:10 32:9,13 | software 26:3,5 |
| 28:17 29:18 | 25:15 33:19 | short 29:19 | 32:21 33:6,9 | somebody |
| 32:15,22 | 35:8 46:10 | 64:18 | 33:12,15,18 | 72:17 73:15 |
| 33:13 36:4,12 | school 10:9,10 | Shorterville | 33:21 34:3,12 | 74:3 |
| 39:23 41:3,15 | 10:11,12,13 | 9:12,17 23:20 | 34:19,22 35:2 | sorry 24:18 |
| 42:3 43:4,13 | SCOTT 6:2 | 35:21 | 35:6,11,14 | 45:20 54:21 |
| 43:21 44:6,10 | second 10:8 | Shorthand 3:21 | 36:6,8,14 | 69:5 |
| 49:14 51:14 | 13:5 41:22 | show 28:3 | 38:11 39:3,18 | sound 50:17 |
| 51:15 53:3,7 | 43:9,11 44:7 | 31:19 34:17 | 40:10,12,22 | SOUTH 5:11 |
| 56:18 58:16 | 44:22 47:13 | 44:2 47:19 | 41:4,7,13 42:8 | speak 69:12 |
| 59:7,12 60:7 | section 24:6 | 48:4 52:1 | 42:14 43:7,20 | SPECIALTY |
| 62:19 65:9,15 | security 25:9 | showed 76:5 | 46:2 48:2 49:4 | 1:5 3:5 |
| 65:15 72:10 | 33:16 | showing 50:9 | 49:7,9 50:23 | spoke 70:8 |
| 72:23 73:14 | see 18:11,21 | 54:10 64:9 | 51:6,12,16,19 | Springs 4:1 |
| 74:19 75:6 | 19:2,10 20:18 | shows 24:11 | 51:23 52:16 | 5:17 |
| right-hand | 29:6 3:20 | 33:10 35:3 | 52:18 54:15 | ST 18:20 |
| 14:21 18:7 | 40:23 47:3 | 36:20 48:18 | 54:23 55:4,8 | stack 52:13 |
| Riverside 1:11 | 50:15 51:3 | 62:5 | 55:13,15 56:1 | stamp 40:4 |
| 3:12 27:23 | 53:4 62:13 | Shriner's 67:6 | 56:7,14,17,22 | stamped 28:5 |
| 30:19 43:3,5 | 75:3 | side 18:7 19:9 | 57:3,10,13,17 | 29:22 32:6 |
| 43:14 45:6,12 | seeing 21:10 | sign 40:15 | 57:22 58:2,14 | 37:2 44:13 |
| 46:12,14,15 | 57:7 | 46:12 | 58:17 59:7,13 | 46:10 47:23 |
| 46:16 47:6 | seen 21:4 37:9 | signature 4:4 | 60:2 61:7,11 | 48:7,12 50:22 |
| 58:9,11 66:9 | 55:20 62:1 | 15:1 21:9 40:5 | 62:2,4,8,11,15 | 52:2 54:4 |
| 66:12,16,21 | 64:3 | 40:20 55:17 | 62:18,22 63:3 | 56:10 64:23 |
| road 5:5,20 | selected 38:1,18 | signed 21:1,11 | 63:5,9,12,15 | stamps 54:11 |
| 9:10 12:14 | semantics 60:10 | 32:11,14 40:1 | 63:18 64:6 | start 27:7 60:17 |
| Route 23:19 | semester 10:8 | 40:17 | 65:1,5,7,18,22 | started 30:23 |
| row 69:23 | sense 9:1 | signs 12:14 | 66:4,11,23 | state 8:9 13:3 |
| Rule 1:16 | sent 28:21 43:5 | similar 52:10 | 67:3,8,10,12 | 16:11 68:16 |
| rules 1:17 4:8 | 46:16,18 | 64:3 | 68:2,4,8,11,23 | 77:3 |
| run 44:5 | 48:10 49:20 | sir 8:10 9:9 | 69:10,14 70:4 | STATES 1:1 |
| | 51:10 57:15 | 13:21 14:12 | 70:7,19,21 | 3:1 |
| _____ | 69:1 | 15:3,7,16 | 71:21 72:2,4,9 | stenotype 77:8 |
| S | separate 51:1,9 | 17:18 18:5,12 | 72:12,16,22 | steps 73:7 |
| S 3:16 5:1 7:9 | September 15:9 | 18:15,18,22 | 73:10,13,20 | STIPULATED |
| sat 30:22 | | | | |

367 VALLEY AVENUE
(877) 373-3660 BIRMINGHAM, ALABAMA (205) 397-2397

# FREEDOM COURT REPORTING

Page 85

3:17 4:3,10,19
**stipulations** 8:6
**straight** 69:23
**Street** 4:1 5:16
6:2,6
**subject** 28:12
30:9
**SUITE** 5:6,12
5:20 6:2
**summarize**
39:4
**supplied** 54:8
**supposed** 29:4
46:13 48:15
57:1 59:8
74:10 75:8,15
75:18
**sure** 23:5 29:9
47:5,7,9
**surprised** 50:18
**switch** 66:1
**switched** 66:8
**sworn** 8:2
**system** 61:3

────────
**T**
**T** 3:16,16 7:9
77:1,1
**tail** 13:14,16,17
**take** 11:4,16
12:12 27:6
73:8
**taken** 1:21 3:20
29:20 58:11
64:19 73:7
77:7
**talk** 69:15
71:22
**talked** 60:16,16
68:22 69:8
73:17
**talking** 13:5
16:23 17:17
22:11 36:11

68:20 69:23
74:4
**telephone** 70:9
**tell** 14:12 16:2
26:1 31:5 33:1
37:20 50:7,12
63:23 66:8
68:6,9
**telling** 49:20
**ten** 51:14
**Tennessee**
10:15
**test** 11:4,7,10
11:14,16,19
12:1 36:19
**testified** 8:2
21:21 26:2
31:6,10 37:21
38:2 67:20
73:1 74:11,12
**testimony** 1:21
77:12
**Thank** 40:7
67:15 76:9
**thereto** 4:18
77:9
**thing** 17:13
22:12 55:16
58:6
**think** 22:11
29:3,3 52:9
72:18,19
**thinking** 42:23
72:11
**third** 20:8
**thirteen** 20:17
23:4 44:14
**thirty-one**
20:11
**thought** 39:21
50:1,12 60:21
61:20 65:11
65:14,18
67:23 68:12

72:14
**thousand** 13:2
13:8 15:14
16:10 17:16
17:21 19:9
20:10 27:10
27:13 37:7,14
37:23 38:18
39:13 49:21
50:10,17
55:11 58:20
59:6 61:19
71:20 72:20
72:20 73:6,17
74:7 75:7 76:7
**three** 13:2 19:1
19:5 25:12,16
37:3,6,12,13
37:23 38:17
39:12 47:23
49:21 50:10
50:17 55:10
58:19 59:5,22
61:19 72:19
72:20 73:6,16
73:16 74:6
75:6
**three-page**
53:21 56:9
**throwing** 53:18
**time** 4:16,16
16:5 22:13
23:14,16,21
24:12 26:16
27:8 33:11
35:12,22 36:2
36:5,20 39:23
42:6 43:15
46:6 49:22
50:1 51:1 55:1
55:7,9 59:9
61:1 65:3 66:8
69:6 71:10
75:1

**times** 48:15
**Tindal** 1:20
5:10 7:4 8:4,7
8:12 25:17
28:16,19,22
29:8,14 36:13
39:17 40:5,7
52:23 54:5,9
54:14 60:7,11
64:10,16
67:14 69:4
**today** 8:15
63:17 69:9
71:3
**told** 11:13
15:18,22,22
16:5,7,13
17:19 28:10
38:5 39:16
41:10 42:17
42:21 44:1
60:17 66:15
72:18 73:15
74:9 75:2,7,21
76:3
**top** 14:21 20:18
20:22 23:4
41:15 42:3
45:1
**tractor** 27:20
36:5
**trade** 12:9
**traffic** 34:11
**trailer** 13:18
**transcribed**
77:9
**transcript** 1:20
77:12
**transcription**
77:10
**transport** 24:1
**transportation**
35:10
**trial** 4:16

**truck** 12:18
13:19,20
27:21 30:19
36:16 42:17
42:20,22 44:2
45:21,22,23
48:10,15
51:20 53:14
55:9 60:18
**trucking** 35:9
35:15
**trucks** 66:1,9
**true** 34:16 43:8
71:5,8 72:3
75:18 76:2
77:11
**try** 12:6,7 71:4
**trying** 58:23
73:1
**TULEY** 5:19
25:15 54:3
**Turf** 1:11 3:12
27:23 30:20
43:3,5,14 45:6
46:12,14,15
46:17 47:6
58:9,11 66:9
66:12,16,21
**turn** 44:12
**turned** 45:11
**twelve** 44:13
**TWENTIETH**
5:11
**twenty** 9:12
76:6
**two** 20:10 28:17
29:3,13 30:1
51:4,8,10
**two-thirds**
18:10
**type** 13:7 23:1
23:23 31:3
35:9 67:7
**typed** 9:4

**367 VALLEY AVENUE**
**(877) 373-3660  BIRMINGHAM, ALABAMA  (205) 397-2397**

**FREEDOM COURT REPORTING**

**types** 12:17,21
**typing** 22:9

_____

**U**

**U** 3:16
**Uh-huh** 18:9
  32:9 45:2
  52:12 54:20
**underneath**
  19:1,8 25:3
  35:15
**understand**
  8:21 14:2 17:6
  19:4,12,15,17
  19:21 25:2
  33:22 34:5,7
  37:11 47:10
  47:12 55:21
  57:19 60:8,11
  68:18 71:13
  71:17
**understanding**
  8:17 12:13,16
  15:8 16:12
  21:20 25:20
  56:23 60:23
  66:17,18
**understood** 9:5
  18:2
**Union** 4:1 5:17
**UNITED** 1:1
  3:1
**upgrade** 60:19
**Usual** 8:5

_____

**V**

**vacation** 59:1,3
  74:17
**vehicle** 36:10
**versus** 17:15
**violation** 34:9
  34:11
**violations** 33:3
  35:4
**vs** 1:8 3:8

_____

**W**

**wait** 44:4
**waived** 4:5,21
**want** 21:18 23:5
  25:5 26:21
  27:17 28:23
  29:8 42:19
  52:1 64:2
**wanted** 15:19
  41:3 42:23
**way** 9:1 18:10
  20:20
**web** 64:2
**Weldon** 1:19
  3:21 77:21
**went** 10:7 15:9
  15:13,18,23
  43:18 57:20
  58:20 59:10
  59:16 65:23
  69:6 71:6,9,10
  75:9
**we'll** 13:4 29:21
  29:23
**we're** 9:4 22:11
**we've** 52:9 69:8
**WHITE** 6:1
**willing** 38:13
  39:1
**wise** 77:16
**witness** 4:5
  77:13
**wood** 16:6
**worked** 68:5
**worth** 15:14
  39:21 50:11
  59:6 60:5 76:6
**wouldn't** 17:8
  35:5,6 73:9
**wreck** 62:19
  67:21,21
  68:14 69:11
  72:13 73:4,14
**write** 10:18

**written** 11:7,16
  11:18
**wrong** 50:15
  74:9
**wrote** 58:8

_____

**X**

**X** 7:1,9

_____

**Y**

**Y** 24:18
**year** 16:21 17:9
  17:23 35:18
  47:2 63:1
**years** 9:12,20
**yesterday** 14:9
**y'all** 17:17 20:3
  59:23 60:14
  64:16

_____

**0**

**001** 28:5
**0016** 61:14
**002** 64:23
**005** 48:13
**0080** 54:6,12
**0082** 54:13
**0097** 37:2
**0099** 32:8
**0101** 52:2
**0105** 57:5
**0106** 57:5
**0120** 56:10
**0122** 56:10
**015** 28:5
**03** 32:19 43:5
**04** 59:10 67:21
  71:18

_____

**1**

**1** 7:11 14:17,19
  23:19 36:13
  62:6,10
**10** 7:20 33:3
  63:20,22

**10:15** 4:2
**100** 5:6
**12** 34:23
**131** 6:6
**14** 7:11
**15** 1:18
**15th** 1:21 4:2
**177** 9:10
**18** 34:21
**1958** 24:7
**1988** 1:18
**1993** 36:7
**1995** 51:21

_____

**2**

**2** 7:12 29:23
  30:4,6 41:12
  62:6 64:22
**2:05-CV-438-...**
  1:9 3:9
**2000** 15:5,9
  18:16 20:3,14
  21:2 26:13
  30:15 38:9
**2001** 34:10,11
  34:14
**2002** 34:21,23
**2003** 26:22 27:3
  30:12 31:7,8
  31:22 32:12
  33:4 41:16,17
  42:11 51:21
  52:4,11 54:19
  66:1,20 69:8
**2004** 42:5 43:12
  44:20 49:12
  51:18 52:11
  57:6,20 58:16
  59:16 61:8
  62:6,10,16
  69:11
**2005** 1:22 4:2
  44:15,17 63:6
  64:4,13

**2006** 64:13
**2008** 62:6
**2020** 5:5
**219** 3:23 5:16
**25** 34:10,11
**2501** 5:11
**27** 34:14 51:18
**29** 7:12,13

_____

**3**

**3** 7:13 30:2,4,6
  41:9 44:7,23
  54:18
**3-10-03** 32:18
**3-8-04** 42:4
**300** 5:12,20
**31** 7:14
**35011** 6:7
**35216** 5:7
**35223** 5:13
**36089** 5:17
**36101** 6:3
**36106** 5:21

_____

**4**

**4** 7:14 31:20
  32:1 58:16
  61:8
**4001** 5:20
**418** 6:2

_____

**5**

**5** 7:15 52:7,23
**5(d)** 1:16
**52** 7:15
**53** 7:16
**56** 7:17
**57** 7:18

_____

**6**

**6** 7:16 53:21
  54:2 62:16
**61** 7:19
**63** 7:20
**67** 7:5

_____

FREEDOM COURT REPORTING

**7**

**7** 7:17 56:9,13
   56:20
**70** 7:6
**77** 23:20

**8**

**8** 7:4,18 41:17
   42:5 57:5,9
**8-8** 41:16
**85** 9:17 35:21
**850** 9:10

**9**

**9** 7:19 24:7
   61:13,16,22
**9th** 49:12
**97** 40:2
**99** 32:7 40:3,6