```
JAD MESSAGE: THIS APPLICATION HAS NOT BEEN UPLOADED.
NIGHT AGENCY INC.                        TODAY'S DATE: 10/10/00
WEST WASHINGTON ST.                      RATE REVISION: 08/00  V01.25
EVILLE, AL 36310                         EFFECTIVE DATE: 10/10/00
4)585-5210    XX-64376                   QUOTE NUMBER:
                                         POLICY NUMBER: 00000000-0


                       PROGRESSIVE QUOTE SHEET
ICY PERIOD: 6-MONTH                           LEVEL: SUPERSAVER
  METHOD: 1-PAY


JSINESS TYPE: LOGGING, LOG TRANSPORT AND SAWMILLS
JB BSNS TYPE:
ER BSNS TYPE:
                                              MRTL    SR22
JRED'S INFORMATION:    # DRIVER NAME      AGE ST PTS  Y/N  EXCL
Y LANE                 1                   42 M   3    N    N

L
: PHONE
: PHONE
ISINESS TYPE: LOGGING, LOG TRANSPORT AND SAWMILLS
JB BSNS TYPE:
---------------------------VEHICLE INFORMATION----------------------------
                        BODY      GARAGE       PERS             STATED PULL DR
R    MAKE   MODEL   GVW TYPE USE  ZIP   TERR   USE  RADIUS      AMOUNT  BY  NO
990        TRACTOR   80  01   H  36373   21    N    100          8000       1
990        ANY UNDESCRIB 80  20   H  36373   21    N    100                 1
---------------------------COVERAGES--------------------------------------
L  YR   1990        1990                              VEH    VEH
   BODY H/01        H/20                               1      2
D       1000 CSL    1000 CSL                          1545    380
IM      20/40       NONE                               27      0
PAY     NONE        NONE          1H3RKBNR5LH225757    0       0
HFT     N/A         N/A                                0       0
        1,000       N/A                                36      0
        1,000       N/A                                143     0
OOK     NONE        NONE                               0       0
TRK     NONE        NONE                               0       0
---    -----        -----                             ----    ----
                                                      1751    380
                            Dr #/Marital/Age:         1M42    1M42


otal                               2131.00

l Insured fee                         0.00
Fee                                   0.00
r Fee                                 0.00
?ee                                   0.00
 Fee                                  0.00
rs of Subrogation Fee                 0.00
                                   --------
l Fees:                               0.00

l Coverages
```

DEFENDANT'S EXHIBIT

Lane 1

```
-OWNED       NONE                                    0
 D-AUTO      NONE                                    0
 1           NONE                                    0
 2           NONE                                    0
 3           NONE                                    0
 -INT        NONE                                    0
                                           ------------------
Total                                            0.00
                                           ------------------

 l Premium                                    2131.00

 RAGE       DESCRIPTION
 -INT       NONE
-----------------------------------DISCOUNTS-------------------------------------
 licy Discount(s):   Paid-In-Full


         -------6-MONTH POLICY-------
 s          Total    Downpay   Payments
 Y         2131.00   2131.00
 Y         2243.00    897.20    682.90

 E: NOT A FIRM QUOTE. FINAL PREMIUM SUBJECT TO VERIFICATION OF INFORMATION.
```

6255

```
*************************************************************************
27/00    RR:08/00    ALABAMA              SUPERSAVER                PAGE 1
         RICKY LANE              POLICY #: 04621939-0  QUOTE #:
*************************************************************************

OAD MESSAGE: Upload Successful on 10/27/2000 01:37PM  ref. $26E

PANY INFORMATION:
GRESSIVE INSURANCE COMPANIES      P.O. BOX 94739       CLEVELAND    OH 44101
NT INFORMATION:               TOTAL PREMIUM: 2131.00   POLICY #: 04621939-0
NIGHT AGENCY INC.             DOWN PAYMENT:  2131.00   LEVEL: SUPERSAVER
 WEST WASHINGTON ST.          BALANCE DUE:      0.00   PREVIOUS POL #:

EVILLE, AL 36310              DOWNPAY REQ:   2131.00
4)585-5210    XX-64376        PAY PLAN: 1-PAY
CKEY, SHANNON                 DOWNPAY METH: EXPRESS MONEY
                                (Do Not Retain Commission)
------------------------------ GENERAL INFORMATION -----------------------
E: RICKY LANE                       HOME PHONE: (334)585-6255 EFF DATE: 10/27/00
 : C & D EXPRESS                    WORK PHONE:               EFF TIME: 12:30PM
R: RT. 1, BOX 77                    POLICY TERM: 6-MONTH
   SHORTERVILLE , AL 36373-
USINESS TYPE: LOGGING, LOG TRANSPORT AND SAWMILLS
JB BSNS TYPE:
ER BSNS TYPE:
RDER FINANCIAL RESP: YES


-------------------- DRIVER INFORMATION - LIST ALL DRIVERS ----------------
Failure to accurately and completely report all driver information may
result in premium differences and service delays.)

                              BIRTH         MARITAL           SR22
 DRIVER'S NAME                DATE    AGE   STATUS            Y/N    CASE #
 RICKY LANE                   04/09/58 42   MARRIED           N

                              SOCIAL        EXCLUDED
  LICENSE NUMBER       ST     SECURITY #    DRVR Y/N    PTS
  4539116              AL     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   N           3



------------------- POINT DEVELOPMENT - Last 35 Months --------------------
 accidents will be surcharged unless a police report accompanies the
 ication or an explanation of why the accident is non-chargeable is given
 ach separate sheet).  Please provide details of all accidents during
 ious 35 months.  Failure to provide accurate information can result in an
 te and/or cancellation.

------------------- VIOLATIONS - Last 35 Months --------------------------
IOL   DATE    VIOL   DATE    VIOL   DATE    VIOL   DATE    VIOL    DATE
SPD  02/20/98 EQP  06/28/98  SPD  10/13/98  SPD  06/28/98
------- NAMED INSURED/PRINCIPLE PARTNER/PRIMARY BUSINESS OWNER -----------
E                             BIRTH DATE    AGE     SOCIAL SECURITY #
KY LANE                       04/09/58      42      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

E STREET ADDRESS            / CITY                STATE    ZIP
1, BOX 77                     SHORTERVILLE        AL       36373-
```

```
*************************************************************************
27/00   RR:08/00   ALABAMA                 SUPERSAVER                PAGE 2
        RICKY LANE              POLICY #: 04621939-0  QUOTE #:
*************************************************************************
PLICANT: Individual/Sole Prop.(I), Partnership (P), or Corp (C)? I
------------------------------VEHICLE INFORMATION ------------------------------
                          VEHICLE ID                BODY  USE  GARAGING
YR   MAKE    MODEL          NUMBER         GVW   TYPE CLASS   ZIP   TERR
1990 INTER   TRACTOR      1HSRKBNR5CH225757  80    01    H    36373   21
1990 LOGGI   ANY UNDESCRI 00000000000000000  80    20    H    36373   21
     BODY                PERSONAL         STATED  PULLED   EXTRA    DR
     CATEGORY            USE    RADIUS    AMT     BY       TRLR?    NO
     TRUCK                N     100       8000                      1
     TRAILER              N     100                                 1
------------------------------ LOSS PAYEE ------------------------------
PEOPLES COMM. BANK    P.O. BOX 370           ABBEVILLE      AL 36310-

--------------------------UNDERWRITING QUESTIONS--------------------------
rent Insurance?                              NO
ective Date:
iration Date:
 applicant had a lapse in coverage?          Y
rent BI Limits:
```

```
*************************************************************************
27/00    RR:08/00    ALABAMA                SUPERSAVER                PAGE 3
         RICKY LANE             POLICY #: 04621939-0   QUOTE #:
*************************************************************************
-------------------------------COVERAGES---------------------------------
                                                        VEH      VEH
EL YR   1990         1990                                1        2
/BODY   H/01         H/20

PD      1000 CSL     1000 CSL                          1545      380
UIM     20/40        NONE                                27        0
-PAY    NONE         NONE                                 0        0
THFT    N/A          N/A                                  0        0
P       1,000        N/A                                 36        0
L       1,000        N/A                                143        0
HOOK    NONE         NONE                                 0        0
-TRK    NONE         NONE                                 0        0
----    ----------   -----------                    ------------
                                                       1751      380
                              Dr #/Marital/Age:  1M42     1M42


Total                               2131.00

:l Insured fee                         0.00
 Fee                                   0.00
 er Fee                                0.00
 Fee                                   0.00
 ? Fee                                 0.00
 vers of Subrogation Fee               0.00
                                 -----------------
il Fees:                               0.00


 l Coverages
 -OWNED      NONE                         0
 :D-AUTO     NONE                         0
 ,1          NONE                         0
 ,2          NONE                         0
 ,3          NONE                         0
 :-INT       NONE                         0
                                 -----------------
 'otal                                 0.00
                                 -----------------

 l Premium                          2131.00

  RAGE     DESCRIPTION
  -INT     NONE
------------------------------DISCOUNTS----------------------------------
licy Discount(s):  Paid-In-Full
```

(76)

```
****************************************************************
27/00    RR:08/00    ALABAMA                SUPERSAVER              PAGE 4
         RICKY LANE              POLICY #: 04621939-0   QUOTE #:
****************************************************************
------------------------------------------------------------------
                        APPLICANT QUESTIONNAIRE
ASE HAVE THE APPLICANT COMPLETE THIS SECTION AND INITIAL EACH RESPONSE.

licant:  Individual/Sole Prop.(I), Partnership(P) or Corp(C)? I

INGS:
We Insure All Commercially Owned and Operated Vehicles? NO



s Applicant require Any Waivers of Subrogation? No     How Many? 0
                                       (Attach list of names & addresses)

****************************************************************
                     REPORT ALL ACCIDENTS IMMEDIATELY
                       24 HOURS A DAY, 7 DAYS A WEEK

                              1-800-274-4499

l us immediately so we can go to work for you.

:RUCTIONS TO INSURED IN CASE OF ACCIDENT OR LOSS:

Obtain full names, addresses, phone numbers, and license numbers of all
persons involved and all witnesses.

Do not admit liability or discuss the accident with anyone except police
or company representative.

Call Progressive immediately.


:: FOR QUESTIONS REGARDING YOUR POLICY OR BILL, PLEASE CALL: 1-877-776-2436

****************************************************************

----------------------------NOTES SECTION-------------------------
GGING, LOG TRANSPORT AND SAWMILLS




------------------------------------------------------------------
```

```
*************************************************************************
27/00    RR:08/00    ALABAMA                    SUPERSAVER              PAGE 5
         RICKY LANE              POLICY #: 04621939-0    QUOTE #:
*************************************************************************


------------------------------INSURED'S SIGNATURE--------------------------
ereby apply to Company for a policy of insurance as set forth in this
lication on the basis of statements contained herein.  I agree that such
icy shall be null and void if such information is false, or misleading, or
ld materially affect acceptance of the risk by the Company.  I understand
t this application becomes part of the insurance policy.  I agree to submit
loss control inspections as often as the Company may reasonably require.
gree that refusal to submit to an inspection is grounds for cancellation of
policy.  I agree that no coverage will be bound and this policy shall be
d from inception if my payment is not honored by the bank.  I understand
t a service charge of $20.00 will be assessed if any check offered in
ment is returned from the bank unpaid.

e:  In connection with your request for a premium quotation: (1) we may
    obtain consumer reports or personal or privileged information from
    third parties; (2) in certain circumstances, such information, as well
    as other personal privileged information subsequently collected by us,
    may be disclosed to third parties without your authorization, but it
    is not our practice to do so; (3) you have the right to access and
    correct all personal information collected; and (4) at your request
    we will: (a) confirm whether a consumer report was requested and, if
    so, provide the name and address of the consumer reporting agency that
    furnished it; and (b) provide you more detailed information regarding
    our collection, use, and disclosure of personal information, and your
    rights to access and correct such information.)
```

_Ricky Lane_ _____    Date: 10/27/00
nature of Insured
-------------------------- AGENT SIGNATURE -------------------------------

```
undersigned hereby warrants and certifies that all information contained
in is correct to the best of his/her knowledge, that this form was
leted and then signed by the insured, that a completed copy hereof has
given to the insured, and that a duplicate signed copy hereof has been
ned.
```

_[signature]_ _____    Date: 10/27/00
nature of Producing Agent

(12)

# McKnight Agency, Inc.
203 West Washington Street
Abbeville, AL 36310-2015

Telephone (334) 585-5210
Mobile # (334) 714-5210
Fax # (334) 585-1514
Toll Free 1-888-335-1551

**INVOICE**
J00102701

BILL TO:  C & D Express
Rickey Lane dba
Rt. 1, Box 77
Shorterville, AL 36373

| INV. DATE: 10-27-00 | | TERMS: Due Upon Receipt | | |
|---|---|---|---|---|
| EFF. DATE | EXP. DATE | COMPANY/POLICY NUMBER | DESCRIPTION | AMOUNT |
| 10-27-00 | 04-27-01 | Progressive | Six month Business Auto & Physical Damage on 90 International | 2,131.00 |
| | | | Sub Total | $2,131.00 |

| CREDITS | | | | |
|---|---|---|---|---|
| EFF. DATE | EXP. DATE | COMPANY/POLICY NUMBER | DESCRIPTION | AMOUNT |
| 10-27-00 | 04-27-01 | Progressive | Amount Financed By Peoples Community Bank | 1,676.00 |
| | | | Down Payment By Insured | 455.00 |
| | | | Total credits | |
| | | WE APPRECIATE YOUR BUSINESS | PLEASE PAY THIS AMOUNT> | |

ALL ACCOUNTS ARE DUE ON DATE INDICATED AND ARE SUBJECT
TO A 1.5% PER MONTH INTEREST CHARGE AFTER 10 DAYS

When sending payment, include the invoice number on the check. Thank you.