JX 94739
CLEVELAND OH 44101-4739
:clarations page/amended declaration page with the  `cy jacket identified by the form 1050
ition date 1194 completes the below numbered  /.

**PROGRESSIVE®**
COMMERCIAL VEHICLE INSURANCE

MCKNIGHT AGCY INC
203 W WASHINGTON ST
ABBEVILLE          AL 36310
334-585-5210

24-Hour Policy Service:    1-800-444-4487
24-Hour Claims Service:   1-800-274-4499
24-Hour Bill Questions:    1-800-999-8781

**COMMERCIAL AUTO POLICY DECLARATION**
**POLICY NUMBER: CA 04621939- 0**

**POLICY PERIOD: 10/27/00 TO 04/27/01**
**FOR NAMED INSURED**
RICKY LANE
RT  1  BOX 77
SHORTERVILLE    AL 36373

This policy incepts the later of:
1. the time the application for insurance is executed on the first day of the policy period; or
2. 12:01 a.m. on the first day of the policy period.
This policy shall expire at 12:01 a.m. on the last day of the policy period.
The following coverages and limits apply to each described vehicle as shown below. Coverages are defined in the policy and are subject to the terms and conditions contained in the policy, including amendments an endorsements. No changes will be effective prior to the time changes are requested.

**REASON FOR ISSUANCE:** NEW BUSINESS

RICKY LANE
C & D EXPRESS
RT  1  BOX 77
SHORTERVILLE       AL   36373

### AUTO DAMAGE LIMIT OF LIABILITY

| YR | MAKE | MODEL | SERIAL NUMBER | LIMIT OF LIABILITY | COMP DED | FT/CAC DED | COLL DED | RADIUS |
|---|---|---|---|---|---|---|---|---|
| 990 | INTERNTIONAL | TRACTOR | 1HSRKBNR5CH225757 | $8,000 | 1000 | | 1000 | 100 |
| 990 | UNIDENTIFIED | LOGGING TRAILER | UNIDENTIFIED | | | | | 100 |

| COVERAGES - LIMITS OF LIABILITY | | PREMIUMS | | | |
|---|---|---|---|---|---|
| OVERAGE IS APPLICABLE ONLY IF A PREMIUM IS INDICATED. | TOTAL | VEH 1 | VEH 2 | VEH 3 | VEH 4 |
| Y INJURY AND PROPERTY DAMAGE LIABILITY $1,000,000 COMBINED SINGLE LIMIT | $1,988 | $1,545 | $443 | | |
| URED/UNDERINSURED MOTORIST BODILY INJURY $20,000 EACH PERSON - $40,000 EACH ACCIDENT | $27 | $27 | | | |
| EHENSIVE - LIMIT OF LIABILITY LESS DEDUCTIBLE | $36 | $36 | | | |
| SION - LIMIT OF LIABILITY LESS DEDUCTIBLE | $143 | $143 | | | |
| PREMIUM BY VEHICLE | | $1,751 | $443 | | |
| FILING/OTHER FEES | | | | | |
| $2,194 TOTAL POLICY PREMIUM INCLUDES FEES | | | | | |

*[handwritten note: call + outside add fin co prem. peoples]*

ENTS IDENTIFIED BY FORM NO.  (EDITION DATE)
(1296)     3394   (1296)     1197  (0893)       1602   (0883)         2000A  (1296)        1349   (1296)

1113 (05/95)  SIGNED _____       INSURED'S FINAL COPY        Page 1 of 05         CVSE0418003255L111401W

| RV NO. | LISTED DRIVERS | DOB | LICENSE NO. | MARITAL STATUS | SR22 REQ | PTS. |
|---|---|---|---|---|---|---|
| 01 | RICKY LANE | 04/09/58 | 4539116 | M | N | 03 |
| 02 | | | | | | |
| 03 | | | | | | |
| 04 | | | | | | |
| 05 | | | | | | |

**IHOLDER**

1                                                    VEH 2

PLES COMM. BANK
BOX 370
VILLE          AL 36310

3                                                    VEH 4

**ITIONAL INSURED**

INS 1                                                ADDL INS 2

INS 3                                                ADDL INS 4

**IDE PREMIUM FINANCE**

## FOR COMPANY USE ONLY

| VEH | DR | VEH CLS | PERS USE | TERR NO | G/R ZIP | PIF | REN | PRF | ABS | Anti-Theft | Air Bags | Sr. Citz | STD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | H01 | N | 21 | 36373 | X | | | | | | | | | |
| 02 | 01 | G69 | N | 21 | 36373 | X | | | | | | | | | |

COST OF HIRE          COMPANY      03        RATE MANUAL
BUS. TYPE             PROGRAM                UNIT        C2
NUMB. OF EMP.  N/A   PAY PLAN     C1        BATCH       AC0
PPA            ( )   R/R          0800      USER ID     KSIMPSON
                     F/R          052000    DATE        00306
                     FACTOR %     100.00
                     AGENT CODE   CA 64376



Issued by: **COMMERCIAL VEHICLE DIVISION
PO BOX 94739
CLEVELAND OH 44101-4739**

## LOSS PAYABLE CLAUSE

We agree with **you** to change **your** policy as follows:

1. **We will pay the loss payee named in the Policy for loss to your insured auto,** as the interest of the loss payee may appear.

2. The insurance covers the interest of the loss payee unless the **loss** results from fraudulent acts or omissions on **your** part.

3. Cancellation ends this agreement as to the loss payee's interest. If **we** cancel the Policy **we** will mail **you** and the loss payee the same advance notice.

4. If **we** make any payment to the loss payee, **we will** obtain his rights against any other party.

| Vehicle 1 | Vehicle 2 |
|---|---|
| **PEOPLES COMM. BANK** | |
| Secured Party | Secured Party |
| Address: **P.O. BOX 370** | Address: |
| **ABBEVILLE    AL   36310** | |

| Vehicle 3 | Vehicle 4 |
|---|---|
| Secured Party | Secured Party |
| Address: | Address: |

All other parts of this Policy remain unchanged.

This endorsement changes Policy No. **CA 04621939-0**

Issued to: **RICKY LANE**     **RT  1   BOX 77**     **SHORTERVILLE**     **AL 36373**
Name of Insured          Address                City/State

Endorsement
Effective: **10/27/00**

ACO C2

Form No. L1602 (8-83)            AGENT'S COPY            CVSE0620961617L160201