# ACORD CANCELLATION REQUEST / POLICY RELEASE

**DATE (MM/DD/YY):** 12/19/2000

**PHONE (A/C, No, Ext):** 334-585-5210

Knight Agency, Inc.
W. Washington Street
eville, AL 36310

**COMPANY NAME AND ADDRESS:**
Progressive Specialty Ins. Co.
P.O. Box 94739
Cleveland OH 44101-4739

**NAIC CODE:**

**SUB CODE:**

**POLICY TYPE:** Business Auto

**INSURED NAME AND ADDRESS:**
Rickey Allen Lane
Route 1, Box 77
Shorterville, AL 36373

**CANCELLED POLICY INFORMATION**

**POLICY NUMBER:** CA 04621939-0

**EFFECTIVE DATE AND HOUR OF CANCELLATION / CANCELLATION DATE:** 12-19-00

**TIME:** AM / PM

**POLICY TERM — EFFECTIVE DATE:** 10-27-00   **EXPIRATION DATE:** 04-27-01

☐ CANCELLATION REQUEST (Policy attached)   ☐ POLICY RELEASE (Complete Statement Section Below)

## POLICY RELEASE STATEMENT

The undersigned agrees that:

- The above referenced policy is lost, destroyed or being retained.
- No claims of any type will be made against the Insurance Company, its agents or its representatives, under this policy for losses which occur after the date of cancellation shown above.
- Any premium adjustment will be made in accordance with the terms and conditions of the policy.

SIGNATURE / ADDRESS / DATE / SIGNATURE OF NAMED INSURED / DATE

LIEN HOLDER ☐ MORTGAGEE ☐ LOSS PAYEE   AUTHORIZED SIGNATURE / TITLE / DATE

LIEN HOLDER ☐ MORTGAGEE ☐ LOSS PAYEE   AUTHORIZED SIGNATURE / TITLE / DATE

### AGENCY/COMPANY USE

**REASON FOR CANCELLATION:**
☐ NOT TAKEN
☐ REQUESTED BY INSURED
☐ WRITTEN (complete below)
☒ OTHER (identify): Non Payment to Premium Finance Company

**EFFECTIVE DATE:**

**METHOD OF CANCELLATION:**
☐ FLAT
☐ SHORT RATE
☐ PRO RATA
☐ PREMIUM CALCULATION SUBJECT TO AUDIT

**FULL TERM PREMIUM:** $
**UNEARNED FACTOR:**
**RETURN PREMIUM:** $

New York Only: If you do not keep your auto insurance in force during the entire registration period, your motor vehicle registration will be suspended. If your vehicle is still uninsured after 90 days, your driver's license will be suspended. To avoid these penalties, you must surrender your registration certificate and plates before your insurance expires. By law, you must report the termination of auto insurance coverage to the Department of Motor Vehicles.

**NAME AND ADDRESS:**
Peoples Community Bank
P.O. Box 370
Abbeville, AL 36310

**REQUEST/RELEASE DISTRIBUTION:**
☐ INSURED       ☐ LOSS PAYEE
☐ MORTGAGEE     ☐ LIEN HOLDER
☐ COMPANY       ☒ FINANCE COMPANY

**PRODUCER'S SIGNATURE** / **DATE:** 12-19-10

ACORD 35 (1/97)  © ACORD CORPORATION 1988