# FREEDOM COURT REPORTING

| | | |
|---|---|---|
| 1 | | was an issue or question about the amount |
| 2 | | of Ricky Lane's liability limits? |
| 3 | A. | It was -- I don't know.  It was a week or |
| 4 | | so later Ricky called me and said that |
| 5 | | Progressive told him he only had 300,000. |
| 6 | | And I told him I didn't think that was |
| 7 | | correct.  And I went to the file and |
| 8 | | pulled his file and then went through the |
| 9 | | policy and found where he did, in fact, |
| 10 | | have 300,000. |
| 11 | Q. | Did you say anything to Ricky other than |
| 12 | | you didn't believe that to be the case? |
| 13 | A. | Initially, before I checked the file? |
| 14 | Q. | Yes, sir.  Before you checked the file. |
| 15 | A. | I don't recall saying anything else. |
| 16 | Q. | After you checked the file did you talk |
| 17 | | again to Ricky Lane? |
| 18 | A. | Yes, sir. |
| 19 | Q. | And when was that conversation? |
| 20 | A. | He held on while I pulled his file. |
| 21 | Q. | Oh, okay.  So you went and pulled his file |
| 22 | | while he was on hold? |
| 23 | A. | Yes, sir. |

## FREEDOM COURT REPORTING

```
1   Q.   And when you came back on the phone, what
2        did you say to Ricky?
3   A.   I told him, I said, "I don't know how it
4        happened, but you've got 300,000 is what
5        the policy says."  And I didn't know how
6        it happened.
7   Q.   Did you ever say anything to Ricky to the
8        effect that you'll have a million dollars
9        of liability limits either through
10       Progressive because of what you had
11       previously told him and what you had done
12       or from your own E and O carrier?
13  A.   I don't recall that.  No, sir.
14  Q.   Did you ever talk to anyone at Progressive
15       Insurance about the mistake in Ricky
16       Lane's getting insured and actually
17       getting underinsured?
18  A.   Sometime after they talked to Ricky I got
19       a call from -- it may be in the file
20       somewhere.  I don't recall his name.  But
21       he wanted a copy of the application faxed
22       to him.  And I faxed it to him.  But I
23       don't remember any kind of statements at
```

## FREEDOM COURT REPORTING

```
1            that time, other than they just wanted a
2            copy of the application.
3    Q.      Has anyone at Progressive ever called you
4            up to get your explanation of what
5            happened?
6    A.      Right now I don't recall it.  No, sir.
7    Q.      So nobody at Progressive has called to
8            discuss with you the fact that this
9            interstate trucker only had $300,000.00
10           worth of insurance?
11   A.      Not to my knowledge.
12   Q.      Mr. McKnight, did you have any discussions
13           ever with Ray Morris at Riverside Turf
14           about the fact that the limits were
15           300,000 instead of a million as has been
16           intended?
17   A.      I think shortly after talking to Ricky --
18           I don't remember the time frame -- but
19           shortly after talking to Ricky Ray called
20           and wanted to know did Ricky, in fact,
21           have 300,000, and I said it appears so.
22           That's what -- the policy got issued with
23           300,000.
```

## FREEDOM COURT REPORTING

1    Q.    And what was Mr. Morris' response?

2    A.    I don't -- He just wanted to know how it

3          happened, and I told him I couldn't

4          explain how it happened.

5    Q.    Did you ever tell him it was your mistake?

6    A.    I don't remember.

7    Q.    Did you ever tell Ray Morris that there

8          would be a million dollars coverage either

9          from Progressive or through a combination

10         of Progressive and your E and O carrier?

11   A.    I don't recall that.  No, sir.

12   Q.    Are you denying you said that or you just

13         don't remember, Mr. McKnight?

14   A.    I don't remember that being said.

15   Q.    Okay.  Have you had any additional

16         conversations with Ricky Lane after that

17         telephone conversation when you went back

18         and checked the file about the amount of

19         his coverage?  Have there been any since

20         then?

21   A.    I don't recall one.

22   Q.    Any additional conversations with Ray

23         Morris, other than the one you just told

## FREEDOM COURT REPORTING

```
 1        me about?
 2   A.   Not to my knowledge.
 3   Q.   Did you ever talk to Mr. Nixon,
 4        Mr. Morris' partner?
 5   A.   No, sir.
 6   Q.   Have you talked to anyone else -- and I'm
 7        not talking about Mr. Whitehead or
 8        Mr. Tindal, your lawyers.  But have you
 9        talked to anybody else about the issue
10        over Ricky Lane's liability limits and the
11        mistake that got us where we are?
12             MR. WHITEHEAD:  Object to the
13                  form.  You can answer.
14   A.   I don't recall talking to anybody else.
15   Q.   Okay.  Let me show you seven pages here,
16        Mr. McKnight, that have Bates numbered, I
17        believe it's seven pages, 0095 through
18        0100.  And I'll collectively mark those as
19        Plaintiff's Exhibit 8.
20             (Plaintiff's Exhibit 8 marked
21                  for purposes of identification)
22   Q.   Is that the application?
23   A.   Yes, sir.
```

**367 VALLEY AVENUE**

# FREEDOM COURT REPORTING

| | | |
|---|---|---|
| 1 | Q. | Is that your copy in your file?  Do you |
| 2 | | print that off?  Is that how you get that |
| 3 | | paper copy? |
| 4 | A. | Yes, sir.  After you key all the data in |
| 5 | | the computer and the person tells you this |
| 6 | | is what we're going to buy, then you |
| 7 | | upload it to Progressive.  And then it |
| 8 | | comes back after it's gone on-line and |
| 9 | | uploaded all that information and assigns |
| 10 | | a policy number and prints this out. |
| 11 | Q. | Okay.  And I just haven't gone through it |
| 12 | | all.  But let me just look over here with |
| 13 | | you.  What does -- Above Ricky Lane's name |
| 14 | | it's got RR-0203.  What does that stand |
| 15 | | for? |
| 16 | A. | I believe that to be the software rating |
| 17 | | version. |
| 18 | Q. | It's got Upload Message.  Upload |
| 19 | | Successful on 3/10/03, 1:26 p.m.; is that |
| 20 | | right? |
| 21 | A. | Yes, sir. |
| 22 | Q. | So that's evidently exactly when it was |
| 23 | | done, right? |

# FREEDOM COURT REPORTING

1   A.   Yes, sir.  That just tells us that what we

2        tried to input to Progressive went through

3        successfully.

4   Q.   Okay.  And as you've testified earlier,

5        it's got the vehicle information; is that

6        right?

7   A.   That's correct.

8   Q.   And it shows, I guess, a Freightliner 1993

9        tractor; is that right?

10  A.   That's correct.

11  Q.   And then for the trailer it's got Non-O

12       Attached Trailer.  Does that mean

13       non-owned?

14  A.   That means not on the trailer while it's

15       attached to the power unit.

16  Q.   In other words, someone else owned the

17       trailer that Mr. Lane would be pulling,

18       right?

19  A.   If you don't own the trailer yourself,

20       they know you're going to be pulling

21       somebody's.  So you put a non-owned on

22       there.  And that coverage extends from the

23       tractor to the trailer then.

# FREEDOM COURT REPORTING

```
1    Q.    Okay.  And then under Vehicle Questions it

2          indicates that this is hauling goods; that

3          it's commercial use, right?

4    A.    Right.

5    Q.    And then the point system, apparently, is

6          for 35 months; is that right?

7    A.    Right.  Progressive only goes back 35

8          months.

9    Q.    And then we look right above that under

10         Driver Information, there it's reflected 5

11         points?

12   A.    Right.

13   Q.    And as you testified to earlier, that

14         meant that he was qualified to have

15         obtained a million dollars coverage,

16         right?

17   A.    That's correct.

18   Q.    And the Underwriting Questions really

19         consisted of one for Ricky Lane's, whether

20         he was currently insured as of 3/10/03,

21         and at that point he wasn't, was he?

22   A.    That's correct.

23   Q.    And then flipping on to the next page
```

## FREEDOM COURT REPORTING

```
 1            under Coverages.  That's where it's

 2            reflected 300 CSL.  Is that where there

 3            was a menu where you click?

 4   A.       Yes, sir.  Each one of these sections here

 5            has a pull-down menu.

 6   Q.       Okay.  The BI-PD would be bodily

 7            injury-property damage; is that right?

 8   A.       Right.

 9   Q.       UM-UIM is uninsured and underinsured; is

10            that right?

11   A.       That's correct.

12   Q.       And, so, the mistake would have been on

13            the BI-PD on the pull-down menu?  You just

14            clicked, as you said earlier, the wrong

15            box; is that right?

16   A.       That's right.

17   Q.       Mr. McKnight, an issue that's come up or

18            been suggested by some other people, this

19            was not a matter of where Ricky Lane was

20            disqualified by virtue of a poor driving

21            record from getting a million dollars

22            coverage and you tried to subvert the

23            system in telling him he had a million
```

# FREEDOM COURT REPORTING

Page 63

```
 1          dollars coverage?  That's not what
 2          happened, is it?
 3                  MR. SEARS:  Object to the form.
 4    A.    No.
 5    Q.    In fact, he did qualify, and you and he
 6          intended for him to have a million
 7          dollars; is that right?
 8                  MR. SEARS:  Same objection.
 9    A.    That's correct.
10    Q.    And but for your mistake, he would have
11          had a million dollars coverage; is that
12          right?
13                  MR. WHITEHEAD:  Object to the
14                     form.
15                  MR. SEARS:  Same objection.
16    A.    Yes, sir.
17    Q.    I don't believe I have anything else.
18          Thank you, Mr. McKnight.
19                     EXAMINATION
20    BY MR. LYONS:
21    Q.    Mr. McKnight, my name is Randy Lyons.  I
22          represent Riverside Turf.  I've just got a
23          couple of questions I want to ask you
```

## FREEDOM COURT REPORTING

1          about.

2                  Your earlier testimony is that you

3          sent a certificate of coverage to

4          Riverside Turf and Ray Morris, correct?

5    A.    That's correct.

6    Q.    Okay.  And you may have been asked this

7          before and if you were, I apologize.  But

8          would Riverside Turf have received a copy

9          of the policy, to your knowledge?

10                      MR. WHITEHEAD:  Well, we've got a

11                          couple different policies

12                          here.

13                      MR. LYONS:  Okay.

14                      MR. WHITEHEAD:  You may want to

15                          specify.

16   Q.    Okay.  The policy that's at issue here

17         that we're talking about, the Progressive

18         policy that you've been asked all the

19         questions about, whether it was 300 or a

20         million or whatever, the policy that Ricky

21         Lane came in on March the 10th of 2003 and

22         applied for and obviously was given that

23         by Progressive, to your knowledge, did

## FREEDOM COURT REPORTING

1        Riverside Turf get a copy of that policy?

2    A.   That initial policy?

3    Q.   Yes, sir.

4    A.   No, sir.

5    Q.   Okay.  Did Riverside Turf ever get a copy

6         of that policy either in 2003 or in 2004

7         when it was renewed, to your knowledge?

8    A.   They would have gotten a copy of the

9         renewal policy in 2004, because they were

10        loss payee on the vehicle that Ricky was

11        driving.  By virtue of being the loss

12        payee they would have received a copy.

13        Now, I don't know how much of that policy

14        they would have gotten, because that's all

15        issued by Progressive.

16   Q.   Okay.  And in 2003, when this policy was

17        initially sent out and written, was there

18        anything, to your knowledge, sent to

19        Riverside Turf that would have shown the

20        policy limits to be anything but the

21        million dollars that were sent in the

22        certificate of coverage?

23   A.   No, sir.

## FREEDOM COURT REPORTING

```
 1    Q.    Okay.  So as far as Riverside Turf was
 2          sent any information, the only thing they
 3          ever received from the 2003 policy was the
 4          million dollars in coverage; is that
 5          right?
 6    A.    That's correct.
 7    Q.    Okay.  And then when Ricky Lane came in to
 8          renew the policy in 2004, was there any
 9          type of computer software program done for
10          his renewal, or was it basically just a
11          payment made for that renewal?
12    A.    When Progressive policies are renewed,
13          they send you the renewal offer and an
14          amount due.  And when you upload that
15          amount of money, the policy is
16          automatically renewed.
17    Q.    Okay.  So they don't go back through and
18          check any driving history and anything
19          again like they did in '03, or is that
20          something that's kind of done by
21          Progressive before they issue that renewal
22          offer?
23    A.    That's correct.
```

# FREEDOM COURT REPORTING

Page 67

```
1    Q.     Okay.

2    A.     They do run another MVR.  I don't know

3           what else they do.  But I do know that

4           they run another MVR I guess probably a

5           month prior to renewal, and then within

6           two weeks of renewal they get that offer.

7    Q.     So as far as anything that's done at your

8           office, basically you upload the amount of

9           premium and then there's a payment and

10          that's basically it; is that correct?

11   A.     Then the policy renews.  Right.

12   Q.     I think that's all I have.  Thank you.

13                      EXAMINATION

14   BY MR. SEARS:

15   Q.     Mr. McKnight, my name is Shane Sears.  And

16          I've got some questions I need to ask you.

17          I represent Progressive in this lawsuit.

18              Who is your E and O carrier?

19                  MR. WHITEHEAD:  We're not going

20                      to get into that on the

21                      Record.  I'll provide that

22                      information to you.  But --

23                  MR. SEARS:  Both the E and O and
```

## FREEDOM COURT REPORTING

```
 1                              the liability limits?
 2                    MR. WHITEHEAD:  Yes, we will.  I
 3                         agree that that's subject to
 4                         discovery.  But that opens
 5                         too many doors here on
 6                         privilege and all that to be
 7                         getting into that here in
 8                         the depo.
 9                    (Off-the-Record discussion)
10   Q.   How many employees of the McKnight Agency
11        were there back in 2003?
12   A.   Just myself and one other one.
13   Q.   Who was that other person?
14   A.   Judy Watson.
15   Q.   Is she a licensed CSR?
16   A.   She's a licensed agent.
17   Q.   Did she in any way assist with the
18        procurement of the policy for Ricky Lane?
19   A.   She doesn't handle any of the commercial.
20   Q.   And you would have been the only person to
21        do that?
22   A.   Yes, sir.
23   Q.   And you're not alleging here today that
```

## FREEDOM COURT REPORTING

```
 1            anyone else assisted in the procurement of

 2            Ricky Lane's policy; is that true?

 3   A.       That's correct.

 4   Q.       All right.  And you would be the one

 5            responsible for inputting the information

 6            into Progressive's software to procure

 7            that coverage for Ricky Lane; is that

 8            true?

 9   A.       That's true.

10   Q.       Are you contending at all that there's

11            anything Progressive's representatives did

12            or didn't do to procure the policy for

13            Ricky Lane?

14   A.       Could you repeat that?  I don't quite --

15   Q.       It's probably a poor question.

16                Do you place any of the blame or

17            fault for the improper procurement of

18            Ricky Lane's policy on Progressive's

19            representatives?

20                    MR. WHITEHEAD:  Object to the

21                        form.

22   Q.       You can answer.

23   A.       As far as completing this application?
```

# FREEDOM COURT REPORTING

| | | |
|---|---|---|
| 1 | Q. | Right. |
| 2 | A. | No, sir. |
| 3 | Q. | So you don't believe they did anything |
| 4 | | wrong in obtaining this policy? |
| 5 | A. | No, sir. |
| 6 | Q. | At the time that you obtained the policy |
| 7 | | originally for Ricky Lane in 2003 and in |
| 8 | | 2004, did you have any conversations |
| 9 | | whatsoever with any of Progressive's |
| 10 | | representatives about the policy? |
| 11 | A. | Not to my knowledge. |
| 12 | Q. | My real question is, did you ever call |
| 13 | | them up and say, "Hey, I'm sitting here |
| 14 | | looking at your software, and I need to |
| 15 | | get this guy a million dollars worth of |
| 16 | | coverage. Tell me how to do it"? |
| 17 | A. | No, sir. |
| 18 | Q. | You knew how to do it correctly? |
| 19 | A. | Yes, sir. |
| 20 | Q. | You had been trained on how to use that |
| 21 | | software? |
| 22 | A. | I don't recall ever receiving any |
| 23 | | training.  It was a program we had been |

# FREEDOM COURT REPORTING

```
 1            using for years.  And I don't recall ever

 2            receiving any training on it.

 3     Q.     How long did you use that program?

 4     A.     We've been using the Pro-Rater system for

 5            seven or eight years, I guess.

 6     Q.     Had you ever had any previous problems

 7            with the Pro-Rater system?

 8     A.     No, sir.

 9     Q.     And you believe at that time in 2003 you

10            knew how to accurately use the Pro-Rater

11            system?

12     A.     Yes, sir.

13     Q.     And just to make sure I understand.  You

14            never called Progressive either in 2003 or

15            2004, when you were obtaining the policies

16            for Ricky Lane, to discuss either coverage

17            or problems with the Pro-Rater system?

18     A.     No, sir.

19     Q.     After you uploaded -- Before I get to

20            that, once you went to the pull-down menu

21            to select the limits of coverage for

22            Mr. Lane originally in 2003, was there a

23            button that you had to press or a link
```

# FREEDOM COURT REPORTING

```
 1              that you had to press to upload it to
 2              Progressive?
 3    A.        The last screen of the Pro-Rater system
 4              has an upload button.  Once you've put all
 5              your information in, you click that button
 6              and it sends it up.
 7    Q.        Right.  And prior to doing that, does that
 8              last screen allow you to review the
 9              different coverages that you have input
10              into the software or selected?
11    A.        In that last screen?
12    Q.        Yes, sir.
13    A.        No, sir.
14    Q.        What about the screen before it?
15    A.        Well, you've got tabs across the top that
16              have different places, you know, like the
17              information about the drivers, information
18              about the vehicles, and then the coverage
19              limits, and the bill plans and all that
20              stuff.  And then when you get to the last
21              screen, if there are any errors anywhere
22              in that, it'll note that you've made an
23              error somewhere.  And you go back and
```

# FREEDOM COURT REPORTING

Page 73

```
 1            correct it.

 2    Q.      And prior to uploading it to Progressive,

 3            did you review all the screens to make

 4            sure the information you believed to be

 5            correct?

 6    A.      I remember going through the screens

 7            step-by-step and getting down to the

 8            upload process.

 9    Q.      Okay.  And you didn't notice anything as

10            you were going through the screens before

11            you uploaded that you thought was

12            incorrect?

13    A.      No, sir.

14    Q.      And after this information was uploaded,

15            do you agree with me that a dec page and a

16            policy was issued to Ricky Lane by

17            Progressive?

18    A.      I assume so.  I got my agent's copy.

19    Q.      And that's my question.  You received an

20            agent's copy of the policy that was issued

21            to Ricky Lane?

22    A.      Yes, sir.

23    Q.      And did you review the agent's copy of the
```

# FREEDOM COURT REPORTING

```
 1            policy and/or the dec page?
 2   A.   I remember reviewing it.  Yes, sir.
 3   Q.   Now, what I want you to do, if you don't
 4        mind, is look at I think it's your
 5        Bates-stamp number -- it's been copied
 6        several times, but it looks like it's 80
 7        and 112.  Do you have either of those?
 8   A.   Yes, sir.
 9   Q.   And at the top -- It says McKnight 80 on
10        the bottom but at the top it says policy
11        period March 10, 2003 to March 10, 2004;
12        is that correct?
13   A.   That's correct.
14   Q.   Is this your copy of the dec page that you
15        received from Progressive?
16   A.   Yes, sir.
17   Q.   And this would have been sent to you as,
18        quote, the agent's copy; is that correct?
19   A.   That's correct.
20   Q.   All right.  And on this dec page did it
21        note anywhere the combined single limit
22        for the insurance issued to Mr. Lane?
23   A.   Yes, sir.
```

# FREEDOM COURT REPORTING

```
1    Q.    Where did it note that?

2    A.    In the Coverage, Limits of Liability, it

3          states 300,000.

4    Q.    And at the time that you reviewed McKnight

5          number 80, which is the dec page, your

6          copy, did you contact Progressive and say,

7          "Something is wrong.  We've got the wrong

8          amount on here"?

9    A.    No, sir.

10                   MR. WHITEHEAD:  Object to the

11                        form.

12   Q.    Did you ever contact them at all --

13         Progressive's reps at all after you

14         received McKnight Bates-stamped 80?

15   A.    No, sir.

16   Q.    I want you to look at McKnight Bates-stamp

17         number 120, please.

18   A.    Okay.

19   Q.    Can you tell me what McKnight Bates-stamp

20         120 is?

21   A.    That's the agent's copy of the renewal

22         policy.

23   Q.    And is that policy period from March 10th,
```

# FREEDOM COURT REPORTING

Page 76

1      2004 to March 10th, 2005?

2   A.  Yes, sir.

3   Q.  And, again, did you receive a copy of this

4      dec page for Ricky Lane?

5   A.  Yes, sir.

6   Q.  And did you note at the time of the

7      renewal or at the time that you received

8      this copy the combined single limit of the

9      coverage?

10  A.  I notice now it's 300,000.  I apparently

11      didn't catch it at the time.

12  Q.  Did you review this document when you

13      received it, Mr. McKnight?

14  A.  Yes, sir.

15  Q.  And that same question applies to the time

16      of the renewal.  When you renewed Ricky

17      Lane's policy, I guess it was March 8th

18      was your testimony of 2004, did you upload

19      it the same way in the Pro-Rater system

20      for Progressive?

21  A.  Yes, sir.

22  Q.  And when you went on to the system, did

23      you request to review information

# FREEDOM COURT REPORTING

1           concerning Ricky Lane's policy that was in

2           effect at that time?

3  A.    When I uploaded his payment?

4  Q.    No, sir.  When you went on to renew Ricky

5           Lane's policy, did you review the screen

6           regarding his existing policy?

7  A.    No, sir.  When you go on to upload the

8           payment, there's -- under that section of

9           the Progressive software there's no --

10          there's a place to put how much money

11          you're uploading, but there's no policy

12          summary there under that screen.

13  Q.    And that's my question.  When you renewed

14          the policy for Ricky Lane in 2004, you

15          didn't have to input any additional

16          information into the Pro-Rater system for

17          Progressive?

18  A.    No, sir.

19  Q.    Did you have to review an updated credit

20          report, Motor Vehicle Report on Mr. Lane?

21  A.    No, sir.

22  Q.    And then it's your testimony that after

23          the renewal was made, you received

## FREEDOM COURT REPORTING

Page 78

```
 1           McKnight Bates-stamp 120, which was the

 2           agent's copy of the dec page?

 3   A.      That's true.

 4   Q.      Now, at any time after you received the

 5           agent's copy of the dec page in 2003 or in

 6           2004, did Ricky Lane ever call you and

 7           say, "Hey, look, I've got this dec page

 8           and it's got the wrong coverage amount"?

 9   A.      No, sir.

10   Q.      If at any time in either 2003 or 2004 you

11           wanted to check the limits of liability

12           coverage for Mr. Lane through Progressive

13           could you have done that?

14   A.      Yes, sir.

15   Q.      How would you have done that?

16   A.      You go into their "For Agents Only" web

17           site and look at a policy summary.

18   Q.      You testified earlier that it took sixty

19           or so seconds to obtain a policy through

20           Progressive and to input the information

21           for the application.  How long would it

22           take you to get on there to check

23           someone's liability limits that you have
```

# FREEDOM COURT REPORTING

```
 1          procured insurance for?

 2                  MR. WHITEHEAD:  Objection, to the

 3                      extent, Shane, I don't think

 4                      he said it takes sixty

 5                      seconds to fill out the

 6                      application.  It takes sixty

 7                      seconds to get the

 8                      information back once he

 9                      uploaded it.  But in any

10                      event, restate your

11                      question.

12  Q.    You can answer my question.  Do you

13        understand what I asked?

14                  MR. WHITEHEAD:  Answer the

15                      question whether you

16                      understand what he asked

17                      first.

18  A.    Well --

19                  MR. WHITEHEAD:  I'd like to have

20                      the question read back.

21  Q.    Mr. McKnight, how long does it take you on

22        the computer, on the Pro-Rater system, to

23        fill out the application for Progressive's
```

# FREEDOM COURT REPORTING

Page 80

| | | |
|---|---|---|
| 1 | | policy? |
| 2 | A. | Probably five or ten minutes. |
| 3 | Q. | Okay.  How long did it take you with Ricky |
| 4 | | Lane? |
| 5 | A. | Probably five or ten minutes. |
| 6 | Q. | How long would it take you to get on the |
| 7 | | "For Agents Only" web site to look and |
| 8 | | determine someone's liability limits |
| 9 | | through Progressive? |
| 10 | A. | Just a matter of a minute or so. |
| 11 | Q. | Did you ever do that for Ricky Lane? |
| 12 | A. | No, sir. |
| 13 | Q. | Did you ever do that in 2003, 2004 or |
| 14 | | since then to determine his liability |
| 15 | | limits? |
| 16 | A. | No, sir. |
| 17 | Q. | Do you remember any conversations |
| 18 | | whatsoever that you've had with any of |
| 19 | | Progressive's representatives? |
| 20 | A. | Can we back up to that other question? |
| 21 | Q. | Yeah.  Absolutely.  Which one? |
| 22 | A. | Since 2003 have I ever gone on the "For |
| 23 | | Agents Only" and checked Ricky's coverage? |

# FREEDOM COURT REPORTING

```
1    Q.    Yes, sir.

2    A.    Since the accident Ricky's coverage has

3          been increased to a million dollars.

4    Q.    Okay.

5    A.    And if I'm not mistaken, Ricky came in and

6          said we needed to upgrade his limits to a

7          million when he went back to hauling.  And

8          at some point in time Ray and I had a

9          conversation about that.  It seems like it

10         might have been over the payment of that

11         money.  And I went on the "For Agents

12         Only" and printed out a copy of the policy

13         after we updated it and upgraded it to a

14         million dollars.  And I faxed that to Ray

15         so that he would know that we had taken

16         care of what Ricky had requested we do.

17   Q.    But prior to then --

18   A.    Prior to that I did not.  No, sir.

19   Q.    All right.  Now, back to my other

20         question.  Have you had any conversations

21         that you can remember with any of

22         Progressive's representatives concerning

23         this accident or the coverage for Ricky
```

# FREEDOM COURT REPORTING

```
 1        Lane?
 2   A.   Not that I recall.  Other than him calling
 3        and requesting a copy of the application.
 4   Q.   Did you ever have any conversations with
 5        any of its representatives concerning the
 6        fact that you had made a mistake in the
 7        pull-down menu and chosen the wrong
 8        coverage?
 9   A.   Not that I recall.
10   Q.   I think that's all I have.  Thank you,
11        Mr. McKnight.
12   A.   Okay.
13                (Brief recess)
14                EXAMINATION
15   BY MR. WHITEHEAD:
16   Q.   Joe, I just want to clarify two things to
17        make sure the Record is clear and you
18        testified what you intended to.  First you
19        were asked the question about what was
20        sent to Riverside or what would have been
21        sent to Riverside by way of policy
22        information.  Do you recall that question?
23   A.   Yes.
```

## FREEDOM COURT REPORTING

Page 83

| | | |
|---|---|---|
| 1 | Q. | And to be fair, now, if a policy or a dec |
| 2 | | page were sent, that would not come from |
| 3 | | your office, would it? |
| 4 | A. | No, sir. |
| 5 | Q. | It would have come from Progressive? |
| 6 | A. | That's correct. |
| 7 | Q. | And, so, in fairness, you don't know for |
| 8 | | certain what was sent to Riverside? |
| 9 | A. | That's true. |
| 10 | Q. | But you did mention that there would have |
| 11 | | been a dec page for the '04 policy. And |
| 12 | | just so the Record is clear, is there |
| 13 | | another time during that '03 period -- You |
| 14 | | testified it would not have gotten the |
| 15 | | initial policy. But was there anything |
| 16 | | that occurred during that year that might |
| 17 | | have generated any additional information |
| 18 | | from Progressive to Riverside, assuming |
| 19 | | Progressive actually sent it? |
| 20 | | MR. SEARS: Object to the form. |
| 21 | | MR. TULEY: Object to the form. |
| 22 | A. | Somewhere in that '03 policy year Ricky |
| 23 | | traded trucks. And it was August 6 Ricky |

# FREEDOM COURT REPORTING

```
 1          got rid of the '93 Freightliner I think
 2          that was on the original policy and bought
 3          a '95 International.  And when he did
 4          that, he added physical damage coverage to
 5          the International and listed Riverside
 6          Turf as a loss payee.  And I assume
 7          Progressive sends loss payees copies of
 8          the endorsements.
 9    Q.    And you don't know for certain whether
10          Progressive sent it to Riverside.  But
11          it's your understanding that when they're
12          added as loss payee, they should receive a
13          copy of the dec page?
14    A.    That's true.
15    Q.    And is there a dec page that represents
16          the addition of them as loss payee and the
17          change in vehicle?
18    A.    Page 2 on my agent's copy lists Riverside
19          Turf as a loss payee.
20    Q.    For the Record, what is the date of the
21          declarations page that was issued?
22    A.    August the 6th, 2003.
23    Q.    And what is the number, for everybody's
```

# FREEDOM COURT REPORTING

1          reference, that was stamped?

2    A.    0080.

3    Q.    Okay.  The other thing I wanted to clarify

4          was, you were asked about whether you

5          reviewed the dec pages that you received

6          and then contacted Progressive to change

7          anything.  Do you recall that question?

8    A.    I remember the question.  Yes.

9    Q.    Do you have a specific recollection of

10         reviewing the dec pages for Mr. Lane's

11         coverage for '03 and '04 when they were

12         received in your office?

13              MR. SEARS:  Object to form.

14   A.    I don't have any specific recollection of

15         what happened during that review.  I just

16         know that my normal course of doing

17         business, I look over the dec pages before

18         they're filed.

19   Q.    And had you looked over the dec pages

20         before they were filed and realized the

21         difference in the limits between a million

22         and 300, would you have contacted

23         Progressive?

# FREEDOM COURT REPORTING

```
1                    MR. SEARS:  Object to the form.
2    A.    Yes.  I would have contacted Mr. Lane and
3          Progressive.
4    Q.    Okay.  Thank you.
5                    REEXAMINATION
6    BY MR. HAYNES:
7    Q.    Mr. McKnight, I have just a few things.
8          What is your relationship today with
9          Progressive Insurance?  Are you still an
10         agent for them?
11   A.    I'm a licensed agent.  Yes, sir.
12   Q.    And you still write a substantial amount
13         of Progressive business at --
14   A.    Young, Johnston.
15   Q.    -- Young, Johnston; is that true?
16   A.    Yes, sir.
17   Q.    How many policies with Progressive would
18         you write in an annual year, let's say for
19         the past five years?
20                   MR. WHITEHEAD:  Object to form.
21                   You can answer.
22   A.    I don't know a number.  We don't -- As a
23         matter of our recordkeeping, we don't keep
```

# FREEDOM COURT REPORTING

```
 1              track of policy numbers.  We just keep

 2              track of premium volume.

 3      Q.      Okay.  You gave me earlier an estimate of

 4              now in excess of -- or around a million

 5              dollars yearly.  You wouldn't know,

 6              though, how many policies you wrote?

 7      A.      I don't have a policy count.  No, sir.

 8      Q.      Okay.  Now, Mr. McKnight, is it true, as

 9              you've already alluded to, that after the

10              accident in Troy and Ricky Lane discovered

11              that there were only 300,000 in liability

12              limits, that he had his limits increased

13              to one million dollars; is that right?

14      A.      That's true.

15                      (Plaintiff's Exhibit 9 marked

16                        for purposes of identification)

17      Q.      Let me show you pages 103 and 104, which

18              is a change-in-coverage document or at

19              least it appears to me to be that.  Do you

20              see those?

21      A.      Yes, sir.

22      Q.      It's actually an E-Copy.

23      A.      Yes, sir.
```

# FREEDOM COURT REPORTING

1   Q.   Does this reflect the change in limits, or

2       is there some other change?

3   A.   What this is, is something I printed off

4       of Progressive's web site.  This is a

5       document that would have been mailed to

6       Ricky after we made the change increasing

7       the limits to a million dollars.

8   Q.   Okay.  And I've marked those two pages as

9       Exhibit 9.

10       What was the increase in premium by

11       virtue of increasing his limits from

12       300,000 to one million dollars?

13   A.   $848.00.

14   Q.   And was that from that date in October

15       through March the 10th or is that the

16       annualized amount?

17   A.   This would have been from October the

18       16th, 2004 to March the 10th, 2005.

19       That's a pro rata amount.

20   Q.   So roughly six months?

21   A.   True.

22   Q.   So would the total increase have been

23       approximately 2000 had it been on an

# FREEDOM COURT REPORTING

```
 1              annualized basis?
 2    A.        If this was a true six months, it would
 3              have been $1696.00.
 4    Q.        1696.  All right.
 5                   Mr. McKnight, on these documents
 6              number 080 you were asked about earlier by
 7              Mr. Sears -- Do you see that document?
 8    A.        Yes, sir.
 9    Q.        On the limits of liability there, it's got
10              a column for Radius.  Do you see that?
11    A.        Yes, sir.
12    Q.        What does that mean?
13    A.        That means that he's running inside a
14              three hundred-mile radius from his
15              garaging location.
16    Q.        But if he went three hundred miles, would
17              that indicate to you that, unless somebody
18              arranged a circuitous route or a trip to
19              the westernmost tip of Dauphin Island, he
20              had to be going interstate?
21                   MR. LYONS:  Object to the form.
22                   MR. SEARS:  Object to the form.
23    A.        This three hundred-mile radius would have
```

## 367 VALLEY AVENUE
## (877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397

# FREEDOM COURT REPORTING

```
 1              caused him to be able to go engage in

 2              interstate commerce.

 3    Q.        Okay.  And that's reflected on this

 4              Progressive document, isn't it?

 5    A.        Yes, sir.

 6    Q.        Mr. McKnight, I want to let you look at

 7              Exhibits 4 and 7.  I'm just going to

 8              change and put better copies in our Record

 9              here.  But I need you just to say on the

10              Record that this is a better -- the same

11              document.  Do you see the clean Exhibit 4

12              there?  Is that the same document as I had

13              introduced earlier except just a better

14              copy?

15    A.        Yes, sir.

16    Q.        We'll substitute Exhibit 4 and put that

17              good copy in there.  And I want to ask you

18              the same question about number 7 so that

19              we have a clean one.  Is that new Exhibit

20              7 just a better copy of the other one?

21    A.        Yes, sir.

22    Q.        We'll substitute that 7 also.  Just put it

23              in that stack, please, sir.
```

# FREEDOM COURT REPORTING

Page 91

```
 1              Have you ever had potential customers
 2         turned down by Progressive where they had
 3         too many points?
 4    A.   Not turned down, but they -- I've had
 5         cases where they would have too many
 6         points and they would only qualify for a
 7         half million dollars worth of coverage.
 8    Q.   And that's happened to some of your
 9         customers before?
10    A.   Yes, sir.
11    Q.   I believe that's all that we have.  Thank
12         you, sir.
13                   MR. SEARS:  I don't have anything
14                   further.
15                   MR. LYONS:  I don't either.
16
17              *  *  *  *  *  *  *  *  *  *  *  *
18         FURTHER DEPONENT SAITH NOT
19              *  *  *  *  *  *  *  *  *  *  *  *
20
21              REPORTER'S CERTIFICATE
22    STATE OF ALABAMA,
23    MONTGOMERY COUNTY,
```

## FREEDOM COURT REPORTING

Page 92

```
 1        I, Jackie Parham, Certified Shorthand

 2   Reporter and Commissioner for the State of

 3   Alabama at Large, do hereby certify that I

 4   reported the deposition of:

 5                  JOE MCKNIGHT,

 6   who was first duly sworn by me to speak the

 7   truth, the whole truth, and nothing but the

 8   truth, in the matter of:

 9

10        IN THE UNITED STATES DISTRICT COURT

11          FOR THE MIDDLE DISTRICT OF ALABAMA

12                  NORTHERN DIVISION

13

14   PROGRESSIVE SPECIALTY COMPANY,

15              Plaintiff,

16       versus                     2:05-CV-438-W

17   MCKNIGHT AGENCY, INC., et al.,

18              Defendants.

19

20   on Friday, the 28th day of October, 2005.

21        The foregoing 91 computer-printed pages

22   contain a true and correct transcript of the

23   examination of said witness by counsel for the
```

**367 VALLEY AVENUE**
**(877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397**

## FREEDOM COURT REPORTING

1    parties set out herein.  The reading and signing

2    of same is hereby waived.

3        I further certify that I am neither of kin

4    nor of counsel to the parties to said cause, nor

5    in any manner interested in the results thereof.

6

7                    _____

8                    JACKIE PARHAM, Certified

9                    Shorthand Reporter and

10                   Commissioner for the State

11                   of Alabama at Large

12

13

14

15

16

17

18

19

20

21

22

23

# FREEDOM COURT REPORTING

Page 94

## A

Abbeville 9:11
12:12 18:19
abilities 40:4
able 40:5 90:1
Absolutely
80:21
accident 52:4
52:13 53:13
53:17 81:2,23
87:10
accurate 26:17
accurately
71:10
acquired 8:11
added 84:4,12
addition 23:10
23:14 84:16
additional
57:15,22
77:15 83:17
address 44:21
45:3,4
addresses 9:10
adjuster 53:12
advance 37:2
agency 1:8 7:15
7:15,17 8:16
9:18,19 10:6
10:15 11:4,11
12:20 19:9
20:18 22:2
25:14 26:2
32:1 37:21
40:19 44:11
68:10 92:17
agent 7:10 8:13
11:13 23:19
39:21 40:4
68:16 86:10
86:11
Agents 78:16
80:7,23 81:11
agent's 38:14

45:11 73:18
73:20,23
74:18 75:21
78:2,5 84:18
ago 21:6,14
agree 16:21
68:3 73:15
agreed 4:2,19
agreement 1:16
11:2,8,9
al 1:8 92:17
Alabama 1:2,19
1:21 2:7,15,23
3:4,12,21 4:8
9:2 91:22 92:3
92:11 93:11
Alexander 2:15
alleging 68:23
allow 15:22
72:8
alluded 87:9
amount 19:1
30:5 32:14
34:18 42:20
47:21 53:18
54:1 57:18
66:14,15 67:8
75:8 78:8
86:12 88:16
88:19
amounts 15:22
32:18
and/or 74:1
annual 86:18
annualized
18:10,16
88:16 89:1
answer 13:11
18:8 23:9,23
49:16 58:13
69:22 79:12
79:14 86:21
anybody 38:13
41:22 50:15

58:9,14
apologize 64:7
apparently
28:3 33:14,16
33:18 35:5
48:19 49:12
50:2 61:5
76:10
APPEARAN...
2:1
APPEARING
2:2,10
appears 28:5
39:12 46:20
48:6 56:21
87:19
application
5:14 41:21,23
42:15,21
46:15 55:21
56:2 58:22
69:23 78:21
79:6,23 82:3
applied 38:18
64:22
applies 76:15
apply 27:2
approximately
1:23 18:11
35:3 88:23
arranged 89:18
arrangement
24:19
aside 10:7
asked 9:9 42:16
53:11 64:6,18
79:13,16
82:19 85:4
89:6
asks 14:16
assign 33:23
assigns 59:9
assist 24:23
25:2 68:17

assisted 69:1
Associates 7:13
7:14 10:3,15
10:17
assume 73:18
84:6
assumed 40:3
assuming 41:7
83:18
assumption
49:8 53:20
attached 60:12
60:15
August 83:23
84:22
authority 12:20
15:13 40:6,12
50:7
authorize 39:20
auto 11:16,16
11:17,17,21
13:2,8 16:9
20:7
automatically
66:16
available 14:4
awards 18:2
aware 53:23
a.m 1:23

## B

back 19:19 21:4
24:16 46:4,8
46:16 55:1
57:17 59:8
61:7 66:17
68:11 72:23
79:8,20 80:20
81:7,19
basically 10:18
13:22 15:2
29:1 34:5
66:10 67:8,10
basis 25:9 89:1

Bates 27:19
28:2 46:20
58:16
Bates-stamp
74:5 75:16,19
78:1
Bates-stamped
48:2 75:14
bears 28:2
Beasley 52:5
beginning
2:13 17 38:19
BEHALF 2:2
2:10
belief 49:8
believe 19:23
24:7 50:22
52:8 54:12
58:17 59:16
63:17 70:3
71:9 91:11
believed 73:4
better 21:2 23:4
90:8,10,13,20
bill 72:19
billed 30:13
billing 44:23
bind 12:21
15:13,15,19
15:22 40:12
50:7
binded 40:7
Birmingham
1:21 2:7,23
3:21
BI-PD 62:6,13
blame 69:16
blank 44:1
bodily 62:6
book 38:5 43:9
bottom 74:10
bought 21:15
39:2 84:2
bound 40:8

## FREEDOM COURT REPORTING

Page 95

| | | | | |
|---|---|---|---|---|
| box 35:6 45:6,8 | 57:10 67:18 | 35:20 54:13 | comes 59:8 | 22:18 |
| 46:1 62:15 | Carter 24:6 | 54:14,16 | coming 29:1 | contact 75:6,12 |
| Bradford 2:4 | case 23:21 | 57:18 80:23 | 36:23 | contacted 85:6 |
| brief 9:7 82:13 | 42:21 44:6 | checking 15:4 | commencing | 85:22 86:2 |
| Britt 10:14 | 54:12 | checks 14:21 | 1:22 | contain 92:22 |
| brokerage | cases 91:5 | chosen 82:7 | commerce 90:2 | contending |
| 10:12 | casualty 8:15 | circuitous | commercial | 69:10 |
| Brundidge 24:4 | 8:22 9:15 10:8 | 89:18 | 11:16,17,21 | contract 11:2 |
| 24:6,7 | 12:10 | City 2:15 | 13:2,8 16:9 | contracts 10:12 |
| built 40:23 | catch 76:11 | Civil 4:17 | 20:7 61:3 | conversation |
| Burns 10:16 | cause 93:4 | claim 52:19 | 68:19 | 52:11 53:1,5 |
| business 8:6 | caused 32:13 | claims 45:15 | commission 4:9 | 53:15 54:19 |
| 9:10,21 11:23 | 90:1 | clarify 82:16 | Commissioner | 57:17 81:9 |
| 18:5 19:3,10 | Center 3:19 | 85:3 | 1:18 4:7 92:2 | conversations |
| 20:7 44:16 | certain 15:22 | classed 14:23 | 93:10 | 57:16,22 70:8 |
| 51:21 85:17 | 23:8 25:6 83:8 | clean 90:11,19 | companies | 80:17 81:20 |
| 86:13 | 84:9 | clear 31:4 82:17 | 10:10,13 | 82:4 |
| button 71:23 | certainty 35:7 | 83:12 | 19:17 20:11 | copied 74:5 |
| 72:4,5 | certificate 5:6 | clerk 34:1 | company 1:5 | copies 23:2 84:7 |
| buy 59:6 | 5:12 22:4 | Cleveland 14:9 | 8:14 19:21 | 90:8 |
| | 38:20 39:11 | 50:14 | 20:6 25:16,18 | copy 37:6 38:11 |
| ———— | 39:17,21 | click 33:12 62:3 | 26:5 28:9 38:9 | 38:13,14,16 |
| C | 43:17,19,20 | 72:5 | 92:14 | 39:1,3,17 |
| call 14:9 36:20 | 43:23 44:1,3 | clicked 33:14 | Company's | 41:17,19,23 |
| 45:18 50:11 | 50:20 51:6,16 | 35:3 45:23 | 46:21 | 42:15 43:22 |
| 50:14 52:16 | 51:20 64:3 | 62:14 | completing | 44:13,19 |
| 52:17 55:19 | 65:22 91:21 | clicking 35:5 | 69:23 | 45:11 51:5 |
| 70:12 78:6 | certificates | clients 10:21 | compliance | 55:21 56:2 |
| called 11:6 33:2 | 21:12,19,20 | 12:15 23:19 | 44:9 | 59:1,3 64:8 |
| 52:8 54:4 56:3 | 21:22 40:5 | close 12:12 | complied 30:5 | 65:1,5,8,12 |
| 56:7,19 71:14 | Certified 1:17 | 18:14 | comply 28:19 | 73:18,20,23 |
| calling 82:2 | 4:6 92:1 93:8 | collectively | computer 15:7 | 74:14,18 75:6 |
| cancels 44:4 | certify 92:3 | 58:18 | 29:4 32:16 | 75:21 76:3,8 |
| Canyon 2:5 | 93:3 | column 89:10 | 33:8 59:5 66:9 | 78:2,5 81:12 |
| card 41:19,20 | change 84:17 | combination | 79:22 | 82:3 84:13,18 |
| 42:7 43:14,15 | 85:6 88:1,2,6 | 57:9 | computer-pri... | 90:14,17,20 |
| 44:15 | 90:8 | combined | 92:21 | corner 27:21 |
| cards 38:12 | change-in-co... | 39:13 74:21 | concerning | corporation |
| care 28:6 45:1 | 87:18 | 76:8 | 77:1 81:22 | 9:23 |
| 81:16 | check 25:23 | come 13:17 | 82:5 | correct 9:4 |
| cargo 34:6 | 29:9 44:8 | 25:14 34:18 | Connection | 11:10 15:9 |
| 46:13 | 66:18 78:11 | 36:11 43:3 | 10:16 | 16:17 17:4,9 |
| Carmichael | 78:22 | 46:4,15 62:17 | consisted 61:19 | 17:14,18 22:6 |
| 3:10 | checked 34:22 | 83:2,5 | constitute | 28:11,15 |
| carrier 55:12 | | | | |

# FREEDOM COURT REPORTING

Page 96

| | | | | |
|---|---|---|---|---|
| 30:12,16 | 72:18 75:2 | 39:2 41:8,11 | **direct** 22:22 | 41:12 46:10 |
| 31:15,20 | 76:9 78:8,12 | 51:1 52:7,7 | **directly** 24:22 | 46:17 89:5 |
| 33:10,20 | 80:23 81:2,23 | 92:20 | 25:15 37:3 | **doing** 13:23 |
| 34:17 35:1 | 82:8 84:4 | **days** 45:19 | 52:22 53:9 | 44:16 72:7 |
| 41:6 45:13 | 85:11 91:7 | 47:12 | **disclosure** | 85:16 |
| 47:14,19 48:1 | **coverages** 62:1 | **day-to-day** | 23:15 | **dollar** 40:13 |
| 48:12 49:4 | 72:9 | 41:16 | **disclosures** | **dollars** 16:12 |
| 54:7 60:7,10 | **covered** 30:20 | **dealings** 19:13 | 23:7 | 16:14,16 17:7 |
| 61:17,22 | **credit** 14:21 | 20:17 | **discovered** | 17:16 18:9,16 |
| 62:11 63:9 | 20:12 29:9 | **dec** 73:15 74:1 | 87:10 | 22:13 28:13 |
| 64:4,5 66:6,23 | 34:21 35:10 | 74:14,20 75:5 | **discovery** 68:4 | 29:20 30:10 |
| 67:10 69:3 | 35:11,12 | 76:4 78:2,5,7 | **discuss** 56:8 | 30:14,22 31:6 |
| 73:1,5 74:12 | 77:19 | 83:1,11 84:13 | 71:16 | 31:10,14,19 |
| 74:13,18,19 | **criteria** 15:2 | 84:15 85:5,10 | **discussed** 26:13 | 32:5,7 33:13 |
| 83:6 92:22 | 40:22 | 85:17,19 | 51:12 | 35:4 36:3 39:5 |
| **correctly** 70:18 | **Cross** 10:13 | **December** 10:4 | **discussion** | 39:14 45:22 |
| **cost** 30:9 | **CSL** 62:2 | 10:5 | 23:16 26:19 | 49:9 50:3 51:9 |
| **counsel** 4:3 | **CSR** 68:15 | **declarations** | 26:21 27:16 | 53:21 55:8 |
| 92:23 93:4 | **current** 25:4 | 84:21 | 28:16,22 | 57:8 61:15 |
| **count** 87:7 | **currently** 12:8 | **deductions** 25:6 | 48:15,21 | 62:21 63:1,7 |
| **County** 19:4 | 61:20 | **Defendants** 1:9 | 51:11 53:17 | 63:11 65:21 |
| 23:20 91:23 | **customers** | 2:10 92:18 | 68:9 | 66:4 70:15 |
| **couple** 63:23 | 12:15 23:20 | **denying** 57:12 | **discussions** | 81:3,14 87:5 |
| 64:11 | 50:18 52:1 | **Department** 9:2 | 56:12 | 87:13 88:7,12 |
| **coupon** 38:5 | 91:1,9 | **depo** 68:8 | **dispense** 33:17 | 91:7 |
| 43:9 | **cut** 38:23 | **DEPONENT** | **disqualified** | **doors** 68:5 |
| **course** 41:14 | ——————— | 91:18 | 17:6 62:20 | **Drive** 3:19 |
| 47:11 85:16 | **D** | **deposition** 1:15 | **disqualifies** | **driver** 16:9 |
| **COURT** 1:1 | **Dagle** 10:17 | 4:4,15,22 | 16:15 | 19:15 61:10 |
| 92:10 | **Daisy** 52:5 | 37:13 49:20 | **disqualify** 16:8 | **drivers** 21:23 |
| **coverage** 5:16 | **damage** 47:23 | 92:4 | **distances** 14:17 | 22:11 25:7 |
| 15:23 16:12 | 62:7 84:4 | **Description** | **DISTRICT** 1:1 | 29:17,19 |
| 16:14 17:7,11 | **data** 29:6,7 | 28:12 | 1:2 92:10,11 | 72:17 |
| 17:17 19:8 | 59:4 | **designated** | **DIVISION** 1:3 | **driver's** 15:5 |
| 20:19 22:12 | **date** 8:9 21:2 | 11:11 | 92:12 | **driving** 15:12 |
| 32:4 33:21 | 28:16,23 46:5 | **determine** 80:8 | **document** 11:6 | 20:22 26:12 |
| 36:6,15 38:19 | 47:8 48:5,8,10 | 80:14 | 27:20 28:3 | 34:23 35:9,11 |
| 45:17 46:13 | 48:11 84:20 | **determines** | 30:18 47:1 | 35:19 62:20 |
| 57:8,19 60:22 | 88:14 | 15:3 41:4 | 76:12 87:18 | 65:11 66:18 |
| 61:15 62:22 | **dated** 28:6 | **difference** | 88:5 89:7 90:4 | **due** 66:14 |
| 63:1,11 64:3 | 46:22 | 29:21 30:9 | 90:11,12 | **duly** 7:3 92:6 |
| 65:22 66:4 | **dates** 48:18 | 85:21 | **documents** 23:1 | ——————— |
| 69:7 70:16 | **Dauphin** 89:19 | **different** 16:5,6 | 23:5,10 27:6 | **E** |
| 71:16,21 | **day** 1:22 27:2 | 64:11 72:9,16 | 32:23 33:1 | **E** 55:12 57:10 |

FREEDOM COURT REPORTING

67:18,23
**EADY** 2:12
48:2
**earlier** 49:18
60:4 61:13
62:14 64:2
78:18 87:3
89:6 90:13
**early** 20:10
21:3,5 36:12
48:16
**easier** 24:9
**effect** 55:8 77:2
**effective** 48:11
**eight** 71:5
**either** 4:16
17:16 20:3
31:18 36:12
37:21 44:10
52:7 55:9 57:8
65:6 71:14,16
74:7 78:10
91:15
**employed** 7:11
**employee** 7:20
8:13
**employees**
68:10
**endorsements**
84:8
**engage** 90:1
**engaging** 16:19
**entering** 29:6
**error** 72:23
**errors** 72:21
**ESQUIRE** 2:3
2:11,12,18,19
3:1,7,17
**essence** 36:21
**estimate** 87:3
**et** 1:8 92:17
**event** 79:10
**everybody**
31:22

everybody's
84:23
**everyday** 44:16
**evidence** 4:15
**evidently** 59:22
**exactly** 19:18
36:20 41:15
59:22
**examination**
6:1 7:5 63:19
67:13 82:14
92:23
**example** 15:17
**excellent** 35:12
**excess** 87:4
**Excuse** 34:11
**Exhibit** 27:17
28:4 34:3 39:8
39:10 44:23
46:19 47:3,15
47:17 51:2,4
58:19,20
87:15 88:9
90:11,16,19
**Exhibits** 5:1
37:8,12 90:7
**existing** 77:6
**experience** 8:4
**explain** 57:4
**explanation**
56:4
**extends** 60:22
**extent** 79:3
**E-Copy** 87:22

_____
F

**fact** 26:14 32:3
32:5 45:23
49:9 54:9 56:8
56:14,20 63:5
82:6
**fair** 83:1
**fairly** 12:12
**fairness** 83:7

far 14:23 19:18
31:21 66:1
67:7 69:23
**fatality** 53:6
**fault** 69:17
**faxed** 39:1,3,18
55:21,22
81:14
**February** 36:12
48:6,16,20
**federal** 4:17
16:18 28:19
30:4 42:12
**fellow** 24:7
**field** 8:5
**file** 23:3 33:1
54:7,8,13,14
54:16,20,21
55:19 57:18
59:1
**filed** 45:15
85:18,20
**fill** 13:19 79:5
79:23
**finance** 25:16
25:18 26:5
38:6,9
**financed** 25:17
**financing** 24:20
**finish** 43:6
**Fire** 46:11
**first** 7:2 23:23
28:1 31:22,23
36:8 45:17
46:18 47:12
53:23 79:17
82:18 92:6
**five** 12:23 14:6
20:15 21:6
80:2,5 86:19
**flipping** 61:23
**focus** 12:23
**follows** 7:4
**foregoing** 92:21

forget 36:20
**form** 4:12 13:11
13:13,14 18:8
18:22,23
22:21 30:18
39:23 49:15
58:13 63:3,14
69:21 75:11
83:20,21
85:13 86:1,20
89:21,22
**formality** 4:9,9
**forth** 11:3
**found** 54:9
**four** 21:5,14
**fourteen** 12:14
**frame** 56:18
**Freightliner**
60:8 84:1
**Friday** 1:21
92:20
**front** 27:6
**function** 53:11
**further** 4:19
91:14,18 93:3

_____
G

**garaging** 89:15
**General** 20:13
**generally** 11:21
**generated**
83:17
**Georgia** 12:6,8
12:16
**getting** 17:6
55:16,17
62:21 68:7
73:7
**Gilliland** 3:8
**give** 23:17
27:14 41:17
41:18 43:22
44:1 52:20
**given** 64:22

gives 14:3
**go** 13:19 25:15
41:1 43:7
66:17 72:23
77:7 78:16
90:1
**goes** 21:4 61:7
**going** 13:5,21
13:22,23
24:16 36:23
39:10 43:7
46:18 51:18
51:20 59:6
60:20 67:19
73:6,10 89:20
90:7
**good** 15:11
17:22,23 19:1
90:17
**goods** 61:2
**gotten** 18:2
25:21 37:18
37:20 38:3,5
38:11 45:10
65:8,14 83:14
**grass** 21:15
**Gray** 1:20 2:20
**Grechian** 10:15
**guess** 11:7 19:1
21:16 23:8
33:11 37:1
60:8 67:4 71:5
76:17
**guy** 70:15

_____
H

**half** 10:21
16:14 91:7
**handle** 33:23
68:19
**handled** 34:2
**happened**
32:15 33:11
33:15,17 53:2

## FREEDOM COURT REPORTING

55:4,6 56:5
57:3,4 63:2
85:15 91:8
**hauling** 13:6
14:1,17 21:8
29:3,14,19
49:1 51:18,19
61:2 81:7
**Haynes** 2:11,13
6:2,6 7:6
22:23 27:15
48:9 86:6
**heading** 28:12
**health** 8:13,17
8:18
**held** 54:20
**help** 21:2
**Henry** 3:2 19:4
**hereto** 4:20
**Hey** 70:13 78:7
**Higgins** 3:9
**high** 15:16
**history** 15:5
66:18
**Hitson** 3:9
**hold** 12:9 27:9
54:22
**holders** 43:21
43:23 44:3
**Holtsford** 3:8
**Hornsby** 2:13
**house** 9:13
21:16
**human** 50:10
**hundred** 89:16
**hundred-mile**
89:14,23
**hypothetical**
15:11

_____
### I
**identification**
27:18 37:10
39:9 47:4,16

51:3 58:21
87:16
**identified** 17:21
43:2
**identify** 37:13
**improper** 69:17
**incorrect** 73:12
**increase** 88:10
88:22
**increased** 81:3
87:12
**increasing** 88:6
88:11
**INDEX** 5:1 6:1
**indicate** 36:1
47:8 89:17
**indicates** 61:2
**individual** 8:2
**information**
13:20 15:10
41:3 52:18
59:9 60:5
61:10 66:2
67:22 69:5
72:5,17,17
73:4,14 76:23
77:16 78:20
79:8 82:22
83:17
**initial** 23:6,14
25:20,21 65:2
83:15
**initially** 54:13
65:17
**injury-prope...**
62:7
**input** 60:2 72:9
77:15 78:20
**inputting** 69:5
**inside** 89:13
**instance** 35:9
**insurable** 40:23
**insurance** 5:6
5:12 7:10 8:1

8:5,6,14 9:2
10:7,14,16
12:19 13:3,8
16:9,16,20
19:20 21:22
22:2 23:18
24:21 25:3,13
26:9,15,23
27:3 28:18
29:2 30:6,11
30:14,20,23
31:6,11,15,19
32:1,6 33:13
34:5,6,14,15
39:11 40:8
44:7 45:22
46:21 51:17
55:15 56:10
74:22 79:1
86:9
**insure** 14:11
**insured** 19:16
19:17 37:2,3
41:4 55:16
61:20
**insureds** 52:17
**insuring** 13:22
28:9
**intended** 31:9
31:22 32:21
33:12 40:16
56:16 63:6
82:18
**interest** 26:4
**interested**
23:22 93:5
**International**
84:3,5
**interstate** 16:19
22:19 30:2
56:9 89:20
90:2
**introduced**
90:13

**investigator**
53:12
**invoice** 5:2,10
28:4,5 34:4
44:23 45:1
47:18 48:5,10
**invoked** 45:16
**involved** 52:4
52:12 53:7
**Island** 89:19
**issue** 40:5 44:15
54:1 58:9
62:17 64:16
66:21
**issued** 9:1 32:3
32:14 42:14
43:20 50:20
56:22 65:15
73:16,20
74:22 84:21
**issuing** 41:14
**items** 43:2
**it'll** 72:22
**I.D** 38:12 41:19
41:20 42:7
43:14,15
44:15

_____
### J
**Jackie** 1:17 4:6
92:1 93:8
**JAY** 3:7,17
**Joe** 1:15 4:5 7:1
7:8 82:16 92:5
**Johnston** 7:13
7:14,18,21
10:3 86:14,15
**Judy** 68:14
**jury-striking**
23:22

_____
### K
**keep** 25:3 43:17
44:14 86:23
87:1

**Kenneth** 24:8
**key** 59:4
**killed** 52:6,14
**kin** 93:3
**kind** 24:18
55:23 66:20
**knew** 22:18
49:1 70:18
71:10
**know** 15:20
16:7 19:21
20:22 21:4
22:7,9 24:23
25:3 29:5
31:21 35:2,18
35:21,23
44:10 50:1
51:16 54:3
55:3,5 56:20
57:2 60:20
65:13 67:2,3
72:16 81:15
83:7 84:9
85:16 86:22
87:5
**knowledge**
45:14,20
51:15 56:11
58:2 64:9,23
65:7,18 70:11
**known** 21:11
21:13

_____
### L
**Lane** 8:2 19:8
19:11 20:17
20:22 25:11
26:11,22 28:6
28:10,17,23
30:8,13,20
31:5,9,23
35:19 36:11
37:18 40:9
41:10 42:10

# FREEDOM COURT REPORTING

Page 99

43:4 45:1,16
46:3 48:16
50:12 51:17
52:4,23 53:16
54:17 57:16
60:17 62:19
64:21 66:7
68:18 69:7,13
70:7 71:16,22
73:16,21
74:22 76:4
77:14,20 78:6
78:12 80:4,11
82:1 86:2
87:10
**Lane's** 17:20
26:8 34:22
35:15 36:6
45:8 50:17
54:2 55:16
58:10 59:13
61:19 69:2,18
76:17 77:1,5
85:10
**Large** 1:19 4:8
92:3 93:11
**late** 20:13 36:12
48:16,20
**Lavelle** 3:18
**law** 1:19 28:20
42:13
**laws** 30:4
**lawsuit** 67:17
**lawsuits** 45:15
**lawyer** 22:22
27:8
**lawyers** 24:12
58:8
**learn** 52:3
**let's** 18:6 45:18
47:20 86:18
**liability** 26:15
28:13,18 30:6
30:10,14,23

31:10 32:6,14
33:13 34:4,14
34:15 38:19
39:6,11 40:13
42:5,8,17 43:5
45:17 47:22
48:17,22
49:10 51:8
53:18 54:2
55:9 58:10
68:1 75:2
78:11,23 80:8
80:14 87:11
89:9
**license** 8:15,17
8:18,20 9:16
12:6 15:17
35:13
**licensed** 68:15
68:16 86:11
**licenses** 8:11
9:1 12:3,8
**life** 8:12,17,18
9:8
**likewise** 51:8
**limit** 39:14
74:21 76:8
**limited** 24:15
**limits** 32:6,9,14
36:4 39:6
40:13 42:5,8
42:12,17 43:5
43:10,18
44:12,17
48:17,22 49:6
49:10 50:3
51:9 53:18,21
54:2 55:9
56:14 58:10
65:20 68:1
71:21 72:19
75:2 78:11,23
80:8,15 81:6
85:21 87:12

87:12 88:1,7
88:11 89:9
**line** 12:13
**link** 71:23
**list** 14:15 24:10
24:11
**listed** 44:21
84:5
**lists** 84:18
**little** 34:6,8
**live** 9:12
**Lloyd** 1:19 2:20
**located** 12:12
**location** 89:15
**long** 21:10 41:7
71:3 78:21
79:21 80:3,6
**look** 27:7 28:1
59:12 61:9
74:4 75:16
78:7,17 80:7
85:17 90:6
**looked** 85:19
**looking** 35:22
70:14
**looks** 74:6
**loss** 65:10,11
84:6,7,12,16
84:19
**lot** 20:11 29:21
**Lyons** 3:1,2 6:3
13:15 63:20
63:21 64:13
89:21 91:15

_____
      **M**
_____
**mail** 37:19,21
38:3 43:3
**mailed** 88:5
**main** 2:14
10:18
**Majority** 19:5
**manner** 93:5
**maple** 33:5

**March** 19:9
27:1 28:6
30:21 35:16
36:8,9,12,15
37:19 38:1
39:4,12,13
40:8 41:12
45:18 46:4,22
47:9,18 48:8
48:11,16 50:6
50:21 51:5
64:21 74:11
74:11 75:23
76:1,17 88:15
88:18
**Marine** 46:12
**mark** 2:19 23:3
39:10 46:18
58:18
**marked** 27:17
28:3 37:9,11
39:8 47:3,15
51:2 58:20
87:15 88:8
**matter** 41:9
44:16 62:19
80:10 86:23
92:8
**McKnight** 1:8
1:15 4:5 7:1,8
7:9,15,23 8:16
9:17,19 10:6
11:4,11 12:20
17:19 19:7
22:2 23:17
24:16 25:14
26:2,7 27:7,19
27:21 31:5
32:23 36:2
37:14 45:14
46:18 51:5,12
52:3 56:12
57:13 58:16
62:17 63:18

63:21 67:15
68:10 74:9
75:4,14,16,19
76:13 78:1
79:21 82:11
86:7 87:8 89:5
90:6 92:5,17
**mean** 18:2
38:23 60:12
89:12
**means** 60:14
89:13
**meant** 34:11
48:7 61:14
**mention** 83:10
**menu** 32:17
33:2 62:3,5,13
71:20 82:7
**Message** 59:18
**met** 21:14,16
**Metropolitan**
9:7
**MIDDLE** 1:2
92:11
**miles** 12:14
89:16
**million** 16:12
16:14,15 17:2
17:7,16 18:9
18:16 22:13
28:13 29:20
29:22 30:10
30:13,22 31:6
31:10,14,18
32:5,7,21
33:12 35:4
36:3 39:5,14
40:13 45:22
49:9 50:3 51:9
53:21 55:8
56:15 57:8
61:15 62:21
62:23 63:6,11
64:20 65:21

## 367 VALLEY AVENUE
## (877) 373-3660 BIRMINGHAM, ALABAMA (205) 397-2397

## FREEDOM COURT REPORTING

66:4 70:15
81:3,7,14
85:21 87:4,13
88:7,12 91:7
**mind** 50:1 74:4
**minimum** 42:12
**minute** 27:14
80:10
**minutes** 80:2,5
**mistake** 32:11
32:13 33:18
42:23 55:15
57:5 58:11
62:12 63:10
82:6
**mistaken** 81:5
**money** 41:18
51:1 66:15
77:10 81:11
**Montgomery**
3:4,12 91:23
**month** 67:5
**monthly** 25:9
**months** 61:6,8
88:20 89:2
**morning** 52:9
53:16
**Morris** 2:13
3:14 21:10,11
22:4,10 24:17
29:3,14 30:1
31:17 56:13
57:1,7,23 58:4
64:4
**Motor** 15:1,4
77:20
**mouse** 33:8
**MVR** 29:8
34:20 67:2,4

___
### N
**name** 7:7 55:20
59:13 63:21
67:15

**named** 8:2
10:20
**names** 24:2,4
**NANCY** 2:12
**National** 46:11
**necessary** 13:7
**need** 4:13 14:19
26:22 28:17
51:20 67:16
70:14 90:9
**needed** 26:14
29:2,15 49:5
52:15 53:9
81:6
**neither** 93:3
**never** 71:14
**new** 36:22
50:20 90:19
**Nix** 3:8
**Nixon** 22:7 58:3
**nonresident**
12:11
**Non-O** 60:11
**non-owned**
60:13,21
**normal** 41:14
41:16 42:2
51:21 85:16
**NORTHERN**
1:3 92:12
**note** 72:22
74:21 75:1
76:6
**notice** 36:19
73:9 76:10
**Notices** 5:4
**notified** 44:3
**number** 10:12
16:6,7 27:19
28:2 46:19,20
52:15,20
59:10 74:5
75:5,17 84:23
86:22 89:6

90:18
**numbered**
58:16
**numbers** 87:1

___
### O
**O** 55:12 57:10
67:18,23
**Object** 13:10,14
18:7,21,23
22:21 30:17
39:23 49:14
58:12 63:3,13
69:20 75:10
83:20,21
85:13 86:1,20
89:21,22
**objected** 13:12
**objection** 13:15
18:13 63:8,15
79:2
**objections** 4:11
4:12
**obtain** 13:8,20
22:1 33:21
36:13 78:19
**obtained** 8:20
9:15 12:2 19:8
20:19 22:11
31:22,23 32:4
34:22 36:3
61:15 70:6
**obtaining** 70:4
71:15
**obviously** 17:2
64:22
**occasion** 19:20
**occupation** 7:9
**occurred** 83:16
**October** 1:22
88:14,17
92:20
**offenses** 16:5
**offer** 36:20,21

37:15,17
66:13,22 67:6
**offered** 4:15
**office** 9:13 34:1
41:11 45:8
67:8 83:3
85:12
**offices** 1:19
**Off-the-Record**
23:16 27:16
51:11 68:9
**Oh** 54:21
**okay** 8:12 9:5
9:14 10:10,19
11:9,21 12:2
14:5 16:1
17:15 22:1
24:12 25:11
25:18 26:2
29:13 32:22
33:4 34:3
35:18,23
37:23 38:10
40:6 41:10
42:4,15 43:8
44:18,21
48:18 49:23
54:21 57:15
58:15 59:11
60:4 61:1 62:6
64:6,13,16
65:5,16 66:1,7
66:17 67:1
73:9 75:18
80:3 81:4
82:12 85:3
86:4 87:3,8
88:8 90:3
**once** 21:17
71:20 72:4
79:8
**ones** 10:18 12:3
43:4
**on-line** 59:8

**opened** 8:15
**opens** 68:4
**opportunity**
26:7
**options** 29:12
**order** 27:12
**ordered** 33:5
**ordering** 33:4
**original** 84:2
**originally** 70:7
71:22
**ounces** 33:6,7
**outside** 40:18
**overlooked**
45:23
**owned** 60:16
**owner** 9:20
**Ozark** 24:8

___
### P
**package** 41:2
**page** 61:23
73:15 74:1,14
74:20 75:5
76:4 78:2,5,7
83:2,11 84:13
84:15,18,21
**pages** 58:15,17
85:5,10,17,19
87:17 88:8
92:21
**paid** 25:3 41:18
**paper** 59:3
**Parham** 1:17
4:6 92:1 93:8
**part** 14:11
32:19 33:19
40:3
**particular**
25:12 40:1
**particulars**
17:20
**parties** 4:3,20
93:1,4

# FREEDOM COURT REPORTING

**partner** 22:7 58:4
**party** 4:16
**Paulk** 10:14
**pay** 35:11
**payee** 65:10,12 84:6,12,16,19
**payees** 84:7
**payment** 14:4 25:22 26:1 29:11 46:23 47:6 66:11 67:9 77:3,8 81:10
**payments** 25:2 25:8,12 38:8
**people** 41:17 62:18
**performance** 17:23
**period** 24:1 74:11 75:23 83:13
**permission** 50:11
**person** 13:20 15:11 16:19 17:5 59:5 68:13,20
**personally** 21:13 33:23
**phone** 55:1
**phonetic** 10:15 10:17
**physical** 47:22 84:4
**Pike** 23:20
**place** 1:20 2:21 14:10 25:5 36:7 69:16 77:10
**placed** 19:21 20:6
**places** 21:17

72:16
**Plaintiff** 1:6 2:2 92:15
**Plaintiff's** 27:17 28:4 34:3 37:8,12 39:8,10 44:22 46:19 47:3,15 47:17 51:2,4 58:19,20 87:15
**plans** 14:4 72:19
**please** 7:7 75:17 90:23
**point** 16:1,3,4 20:23 51:13 51:13 61:5,21 81:8
**points** 15:16,21 16:6,7,10 17:5 17:10,15 35:13,18,21 36:1 40:11 61:11 91:3,6
**policeman** 44:8
**policies** 16:23 19:16 41:14 64:11 66:12 71:15 86:17 87:6
**policy** 8:1 13:2 32:3 37:16 38:12,13 39:2 43:12 44:4,13 44:17,19,22 45:4,11,18 47:7,13 54:9 55:5 56:22 59:10 64:9,16 64:18,20 65:1 65:2,6,9,13,16 65:20 66:3,8 66:15 67:11

68:18 69:2,12 69:18 70:4,6 70:10 73:16 73:20 74:1,10 75:22,23 76:17 77:1,5,6 77:11,14 78:17,19 80:1 81:12 82:21 83:1,11,15,22 84:2 87:1,7
**poor** 35:10,11 62:20 69:15
**portion** 26:8
**positive** 11:18
**possibly** 20:19
**Post** 45:8
**potential** 91:1
**power** 60:15
**premium** 14:3 15:3 18:10 25:16,18,20 25:22 26:5 29:11 34:15 35:2 36:22 38:6,8 67:9 87:2 88:10
**premiums** 18:17 25:17
**present** 3:14 7:12
**press** 71:23 72:1
**previous** 19:10 19:13,20 20:17 71:6
**previously** 55:11
**print** 41:21 59:2
**printed** 41:20 81:12 88:3
**prints** 59:10
**prior** 67:5 72:7

73:2 81:17,18
**privilege** 68:6
**pro** 88:19
**probably** 11:1 20:2,16,20 50:23 67:4 69:15 80:2,5
**problems** 71:6 71:17
**procedural** 4:10
**procedure** 4:18 51:21
**process** 14:3,11 29:5 34:20 36:18 40:10 73:8
**processed** 50:17
**procure** 69:6,12
**procured** 79:1
**procurement** 68:18 69:1,17
**produce** 18:5 23:1
**produced** 23:6 23:12
**producer** 11:12 11:13
**Producer's** 11:7 11:9
**production** 17:23
**products** 11:14 22:15
**program** 66:9 70:23 71:3
**Progressive** 1:5 10:11,23 11:4 11:14 12:19 12:21 13:9 14:10 15:7,13 16:4,23 17:22 18:3,6 19:23

20:2,3,6,13,20 25:13,15 28:10 31:11 31:15,23 32:1 32:4,15 33:22 34:19 36:4,6 36:19 37:22 38:12 39:20 40:4,8,10,12 40:20 41:1,4 44:11 46:16 46:21,23 47:7 49:10 50:4,8 51:13 52:15 52:21 53:10 53:13 54:5 55:10,14 56:3 56:7 57:9,10 59:7 60:2 61:7 64:17,23 65:15 66:12 66:21 67:17 71:14 72:2 73:2,17 74:15 75:6 76:20 77:9,17 78:12 78:20 80:9 83:5,18,19 84:7,10 85:6 85:23 86:3,9 86:13,17 90:4 91:2 92:14
**Progressive's** 37:15 69:6,11 69:18 70:9 75:13 79:23 80:19 81:22 88:4
**proof** 22:3
**property** 8:15 8:20,22 9:15 10:7 12:10
**provide** 22:3 24:11 67:21

FREEDOM COURT REPORTING

provided 4:17
Pro-Rater 71:4
71:7,10,17
72:3 76:19
77:16 79:22
pulled 54:8,20
54:21
pulling 60:17
60:20
pull-down
32:17 33:2
62:5,13 71:20
82:7
purpose 4:16
purposes 23:22
24:15 27:18
37:9 39:9 47:4
47:16 51:3
58:21 87:16
pursuant 1:16
put 15:10 29:3
41:3 44:20
60:21 72:4
77:10 90:8,16
90:22
PX-1 5:2
PX-2 5:4
PX-4 5:6
PX-5 5:8
PX-6 5:10
PX-7 5:12
PX-8 5:14
PX-9 5:16
p.m 59:19
P.O 45:6

_____

**Q**

qualified 36:2
61:14
qualify 63:5
91:6
quarterly 25:9
question 4:12
13:12 37:23

54:1 69:15
70:12 73:19
76:15 77:13
79:11,12,15
79:20 80:20
81:20 82:19
82:22 85:7,8
90:18
questions 4:11
13:18 14:16
61:1,18 63:23
64:19 67:16
quite 69:14
quote 74:18

_____

**R**

radius 89:10,14
89:23
RANDALL
2:11 3:1
Randy 27:14
48:4 63:21
rata 88:19
rate 16:5
rating 29:5
59:16
Ray 3:14 21:10
21:13,14
22:10 24:23
25:10,23 29:3
29:14,17,19
30:1 51:19
56:13,19 57:7
57:22 64:4
81:8,14
read 26:8,11
49:19 79:20
reading 93:1
real 70:12
realized 85:20
really 46:8
61:18
reason 46:15
recall 35:22

53:3,4 54:15
55:13,20 56:6
57:11,21
58:14 70:22
71:1 82:2,9,22
85:7
receipt 5:8
41:17 42:4
46:22 47:21
receive 76:3
84:12
received 64:8
65:12 66:3
73:19 74:15
75:14 76:7,13
77:23 78:4
85:5,12
receiving 70:22
71:2
recess 82:13
recognized
17:22
recollection
85:9,14
record 15:12
34:23 35:9,11
35:19 48:5
62:21 67:21
82:17 83:12
84:20 90:8,10
recordkeeping
86:23
redoing 21:16
REEXAMIN...
86:5
refer 27:19
reference 85:1
referenced
29:23
reflect 33:1
39:5 44:12
51:8 88:1
reflected 42:4,8
42:17,19,22

43:5,9 61:10
62:2 90:3
reflecting 46:22
reflects 39:13
regarding 77:6
regulations
16:18
relating 26:9
relation 53:13
relationship
11:3 12:18
19:10 24:17
40:19 86:8
remain 36:7
remember
19:18 21:7
29:1,18 46:5,6
46:8 52:10
53:8 55:23
56:18 57:6,13
57:14 73:6
74:2 80:17
81:21 85:8
renew 36:15
46:4 47:7
50:11 66:8
77:4
renewal 5:4
36:13,18,19
36:21 37:15
37:17 48:8,20
50:6,17 65:9
66:10,11,13
66:21 67:5,6
75:21 76:7,16
77:23
renewed 65:7
66:12,16
76:16 77:13
renews 67:11
repeat 31:1
69:14
report 14:21
15:1,4 29:9

34:21 35:10
52:16,21 53:9
77:20,20
reported 92:4
Reporter 1:18
4:7 92:2 93:9
REPORTER'S
91:21
reports 14:19
represent 63:22
67:17
representatives
69:11,19
70:10 80:19
81:22 82:5
representing
4:3
represents
84:15
reps 75:13
request 24:13
76:23
requested
81:16
requesting 82:3
requests 41:22
require 16:18
required 22:11
22:13
requirement
22:9
requirements
4:10
requiring 31:18
reserved 4:14
residence 9:10
respect 4:10
respond 23:4
response 11:18
57:1
responsible
44:2 69:5
restate 79:10
results 93:5

367 VALLEY AVENUE
(877) 373-3660 BIRMINGHAM, ALABAMA (205) 397-2397

# FREEDOM COURT REPORTING

**Retail** 14:21
29:9 34:21
35:9
**review** 72:8
73:3,23 76:12
76:23 77:5,19
85:15
**reviewed** 75:4
85:5
**reviewing** 74:2
85:10
**revoked** 15:18
**Ricky** 8:2 17:20
19:7,10,15,18
19:19 20:17
21:4 24:23
25:11 26:8,22
28:5,17 29:1
29:20 30:8,20
31:5,9,23
35:15 36:6
37:18 38:3,18
40:9 41:10,15
42:10 45:1,7
45:16 46:3
48:16 50:11
50:17 51:17
51:18 52:4,8
52:23 53:16
54:2,4,11,17
55:2,7,15,18
56:17,19,20
57:16 58:10
59:13 61:19
62:19 64:20
65:10 66:7
68:18 69:2,7
69:13,18 70:7
71:16 73:16
73:21 76:4,16
77:1,4,14 78:6
80:3,11 81:5
81:16,23
83:22,23

87:10 88:6
**Ricky's** 42:21
47:6 80:23
81:2
**rid** 84:1
**right** 8:23 9:3
9:17 12:21
14:23 15:8,20
17:3,8,17
20:20 21:7
22:5,20 24:16
25:5 28:10,14
30:3,6,11,15
31:7,16 32:2
33:9,19 34:7
34:16 37:4
38:4,7 41:2,5
45:12 47:13
47:18 48:13
48:14 49:6
50:4 56:6
59:20,23 60:6
60:9,18 61:3,4
61:6,7,9,12,16
62:7,8,10,15
62:16 63:7,12
66:5 67:11
69:4 70:1 72:7
74:20 81:19
87:13 89:4
**right-hand**
27:21
**Riverside** 13:6
22:4,10,14
24:18 25:7
26:13 28:6
30:1 31:17
38:15,20 39:1
39:4,18,22
45:2,2 49:2
50:21 51:6,14
51:17,19
56:13 63:22
64:4,8 65:1,5

65:19 66:1
82:20,21 83:8
83:18 84:5,10
84:18
**Road** 2:5 3:10
**roughly** 18:9
34:13 88:20
**route** 89:18
**routine** 41:16
**RR-0203** 59:14
**Rules** 4:17
**ruling** 46:11
**run** 29:8 34:20
67:2,4
**running** 89:13
**runs** 14:18 15:1

---
**S**

**S** 2:11 3:7
**Sagamore**
10:11
**SAITH** 91:18
**Sammy** 24:6
**saying** 15:19
52:10 54:15
**says** 26:11 55:5
74:9,10
**scope** 40:19
**Scott** 3:3
**Scottsdale** 20:1
20:4,12
**screen** 72:3,8
72:11,14,21
77:5,12
**screens** 73:3,6
73:10
**Sears** 2:3,4 6:4
18:23 22:21
39:23 63:3,8
63:15 67:14
67:15,23
83:20 85:13
86:1 89:7,22
91:13

**second** 27:10
**seconds** 41:9
78:19 79:5,7
**secrets** 23:18
**section** 77:8
**sections** 62:4
**see** 26:12 27:20
28:7 39:15
44:8,22 47:1
47:20 87:20
89:7,10 90:11
**seeing** 25:2
**seeking** 16:8
**select** 32:17
33:8 71:21
**selected** 32:19
32:20 72:10
**sell** 7:17 10:2,6
10:10 11:15
13:2
**selling** 10:22
**send** 24:12 37:1
39:21 43:22
51:16 66:13
**sending** 21:12
21:18
**sends** 36:19
72:6 84:7
**sent** 25:23 37:2
37:3 50:23
64:3 65:17,18
65:21 66:2
74:17 82:20
82:21 83:2,8
83:19 84:10
**set** 11:3 27:6
93:1
**seven** 58:15,17
71:5
**Shane** 2:3 67:15
79:3
**Shorterville**
45:3,6
**Shorthand** 1:17

4:7 92:1 93:9
**shortly** 56:17
56:19
**show** 37:11
43:18 44:15
46:17 51:4
58:15 87:17
**shown** 42:10
65:19
**shows** 28:9,12
34:4 45:1 60:8
**sign** 46:11
**signature** 4:21
**signed** 42:1
**significant**
18:20
**signing** 93:1
**similar** 33:11
**simply** 33:18
**single** 39:14
74:21 76:8
**sir** 7:16,19,22
8:3,21 9:22
10:1,9 11:5,19
12:1,5,17,22
14:8,12 15:6
16:22 17:1,12
18:1,4,15,18
19:2,12 20:5,8
20:10,16,21
21:1,9 22:8,17
26:1,3,6,10,16
26:18 27:23
28:8,21 31:8
32:8,10,12
33:3,16 34:12
35:17 36:5,10
36:14,17 37:5
37:7 38:2,14
38:22 39:7,16
39:19 40:2,3
40:15,17,21
42:3,6,9,18
43:1,11,13,15

## FREEDOM COURT REPORTING

44:5 45:5,9,20
46:2,5,7,14
47:2,10 48:23
49:3,7,11,22
50:5,9,13,16
50:19,22 51:7
51:10 52:2
53:14,19,22
54:14,18,23
55:13 56:6
57:11 58:5,23
59:4,21 60:1
62:4 63:16
65:3,4,23
68:22 70:2,5
70:17,19 71:8
71:12,18
72:12,13
73:13,22 74:2
74:8,16,23
75:9,15 76:2,5
76:14,21 77:4
77:7,18,21
78:9,14 80:12
80:16 81:1,18
83:4 86:11,16
87:7,21,23
89:8,11 90:5
90:15,21,23
91:10,12
**site** 78:17 80:7
88:4
**sitting** 35:17
70:13
**situation** 17:20
30:2
**six** 88:20 89:2
**sixty** 41:9 78:18
79:4,6
**size** 18:19
**SMITH** 3:17
**sod** 21:15
**software** 13:16
13:18 14:15

14:18 15:15
15:18 16:1
32:16 40:11
41:2 59:16
66:9 69:6
70:14,21
72:10 77:9
**sold** 8:2 22:15
**sole** 9:20
**somebody**
35:10,12
89:17
**somebody's**
60:21
**someone's**
78:23 80:8
**sort** 14:17
**South** 1:20 2:21
**southeastern**
22:15
**Southern** 10:13
**speak** 7:3 92:6
**speaking** 11:22
12:18 37:19
**speaks** 30:18
**specialist** 38:6
**SPECIALTY**
1:5 92:14
**specific** 85:9,14
**specify** 64:15
**speculation**
32:18
**Spina** 3:18
**stack** 90:23
**stamped** 85:1
**stand** 59:14
**start** 10:22
13:17 29:3
31:3
**started** 8:12
9:17
**starting** 8:8
29:14
**state** 1:18 4:8

7:7 12:13 16:2
28:19 41:15
42:10 91:22
92:2 93:10
**statements**
55:23
**states** 1:1 22:16
75:3 92:10
**stating** 45:4
**stayed** 25:5
**steps** 13:3,7
14:2
**step-by-step**
73:7
**Steve** 2:18
22:23
**stipulated** 4:2
4:19
**stipulation** 1:16
4:1 24:14
**stopped** 42:11
44:7
**street** 2:14 3:3
9:11 13:5
**strike** 31:2
**stuff** 14:18
72:20
**subject** 68:3
**substantial**
86:12
**substitute**
90:16,22
**subvert** 62:22
**Successful**
59:19
**successfully**
60:3
**successor** 7:15
**suggested** 62:18
**Suite** 1:21 2:6
2:22 3:11,20
**summary** 5:16
77:12 78:17
**sure** 11:13

14:22 21:6
24:3 25:5,8,10
27:15 31:2
32:15 52:9
71:13 73:4
82:17
**sworn** 7:3 92:6
**syrup** 33:5
**system** 15:8
16:2,3,4 41:1
51:13,14 61:5
62:23 71:4,7
71:11,17 72:3
76:19,22
77:16 79:22
**systems** 16:1

_____
**T**
**T** 2:3 3:1
**tabs** 72:15
**take** 8:8 13:4
33:8 41:7
78:22 79:21
80:3,6
**taken** 1:16 4:6
25:6 81:15
**takes** 79:4,6
**talk** 24:2 50:14
54:16 55:14
58:3
**talked** 12:4
55:18 58:6,9
**talking** 21:20
34:13 56:17
56:19 58:7,14
64:17
**telephone** 52:20
53:1,15 57:17
**tell** 8:4 21:19
27:12 28:22
35:15 57:5,7
70:16 75:19
**telling** 36:22
62:23

**tells** 59:5 60:1
**temporary**
41:20 42:7
**ten** 80:2,5
**term** 11:10
**terms** 8:9 30:5
40:22
**testified** 7:4
60:4 61:13
78:18 82:18
83:14
**testimony** 26:9
49:19,21 64:2
76:18 77:22
**Thank** 63:18
67:12 82:10
86:4 91:11
**thereof** 93:5
**thing** 66:2 85:3
**things** 82:16
86:7
**think** 15:20
16:10 19:6
20:1 24:4,23
25:23 38:17
46:9 50:22
52:18 54:6
56:17 67:12
74:4 79:3
82:10 84:1
**thinking** 19:2
**thought** 49:18
73:11
**thousand** 34:10
**three** 15:2
21:14 43:7
89:14,16,23
**time** 4:13,14
7:12 9:7 20:23
33:6 35:22
38:17 41:21
50:6 56:1,18
70:6 71:9 75:4
76:6,7,11,15

## FREEDOM COURT REPORTING

77:2 78:4,10
81:8 83:13
**times** 74:6
**Tindal** 2:19
23:13 24:9
58:8
**tip** 89:19
**today** 8:9 13:1
68:23 86:8
**told** 29:10,20
40:7 45:11
49:18 51:18
52:15 53:3,8
54:5,6 55:3,11
57:3,23
**top** 72:15 74:9
74:10
**total** 88:22
**town** 18:19
**track** 87:1,2
**tractor** 60:9,23
**trade** 23:18
**traded** 83:23
**trailer** 60:11,12
60:14,17,19
60:23
**trained** 70:20
**training** 70:23
71:2
**transcript**
92:22
**tried** 23:21 60:2
62:22
**trip** 89:18
**trooper** 42:11
44:7
**Troy** 24:5 52:5
52:13 53:2
87:10
**truck** 16:9
21:22 43:18
44:14,20 53:7
**trucker** 44:1
51:23 56:9

**truckers** 22:1
24:20 33:22
43:16 44:6
**trucking** 11:22
16:19 19:3
22:19
**trucks** 83:23
**true** 12:13 14:5
15:14 18:12
20:9,15 30:7
31:12,13 69:2
69:8,9 78:3
83:9 84:14
86:15 87:8,14
88:21 89:2
92:22
**truth** 7:3,3,4
92:7,7,8
**try** 52:16
**TULEY** 3:7
13:14 83:21
**Turf** 13:6 22:5
22:10,14
24:18 25:7
26:13 28:6
30:1 31:17
38:15,20
39:18,22 45:2
45:2 49:2
50:21 51:6,14
51:17 56:13
63:22 64:4,8
65:1,5,19 66:1
84:6,19
**turned** 91:2,4
**Twentieth** 1:20
2:21
**twice** 21:17
**two** 37:1 46:17
47:11 67:6
82:16 88:8
**type** 12:6 66:9
**types** 10:7
11:14 21:20

**U**

**Uh-huh** 11:18
**UM-UIM** 62:9
**underinsured**
55:17 62:9
**underlying**
23:21
**understand**
7:23 22:14
29:15 37:23
44:5 45:7
71:13 79:13
79:16
**understanding**
24:19 45:21
49:5,13,16,17
49:20 84:11
**understood**
29:23 50:2
**Underwriters**
10:14
**underwriting**
14:13,20
61:18
**uninsured** 62:9
**unit** 60:15
**United** 1:1 8:13
9:6 92:10
**updated** 77:19
81:13
**upgrade** 81:6
**upgraded** 81:13
**upload** 59:7,18
59:18 66:14
67:8 72:1,4
73:8 76:18
77:7
**uploaded** 47:6
51:1 59:9
71:19 73:11
73:14 77:3
79:9
**uploading** 73:2
77:11

**Urban** 3:19
**use** 16:2 20:14
24:14 61:3
70:20 71:3,10
**uses** 16:2
**usually** 22:13
42:3

**V**

**variables** 35:8
35:14
**vehicle** 13:21
14:22 15:1,4
29:6,8 60:5
61:1 65:10
77:20 84:17
**vehicles** 72:18
**Vermont** 33:6
**version** 59:17
**versus** 1:7
30:11 92:16
**Victoria** 10:11
**VIN** 14:21
**virtue** 62:20
65:11 88:11
**volume** 18:5
87:2

**W**

**waived** 4:11,22
93:2
**walk** 13:3
**walked** 13:4
15:17 41:11
41:15
**Walker** 24:7,8
**want** 28:1 33:9
52:19 63:23
64:14 74:3
75:16 82:16
90:6,17
**wanted** 31:5,14
44:14,20
55:21 56:1,20
57:2 78:11

85:3
**wanting** 23:17
**wants** 44:8
**Washington**
9:11
**wasn't** 30:9
31:4,19 49:21
61:21
**Watson** 68:14
**way** 8:11 14:6
68:17 76:19
82:21
**web** 78:16 80:7
88:4
**Webster** 3:2
**week** 54:3
**weeks** 37:1 67:6
**weight** 14:23
**went** 25:16 29:4
34:19 40:9
54:7,8,21
57:17 60:2
71:20 76:22
77:4 81:7,11
89:16
**West** 9:11
**westernmost**
89:19
**we'll** 24:12,13
24:14 90:16
90:22
**we're** 13:21
34:13 44:2
59:6 64:17
67:19
**we've** 12:3
64:10 71:4
75:7
**whatsoever**
70:9 80:18
**Whitehead**
1:20 2:18,20
6:5 10:20
13:10 18:7,13

# FREEDOM COURT REPORTING

18:21 23:2,23
25:19 27:9,13
30:17 34:9
43:6 48:4,12
49:14,23 58:7
58:12 63:13
64:10,14
67:19 68:2
69:20 75:10
79:2,14,19
82:15 86:20
**Wilcox** 10:16
**witness** 4:20,21
7:2 27:11
92:23
**woman** 52:13
**words** 60:16
**work** 9:5 36:18
**worked** 8:10
9:7 14:7
**working** 41:8
**worth** 16:12,14
16:20 17:7,11
17:16 30:10
30:14 31:6,10
31:15,19
33:13 34:14
39:5 45:22
56:10 70:15
91:7
**wouldn't** 15:15
15:18,21
29:21 36:1
87:5
**wreck** 53:1
**write** 16:23
86:12,18
**written** 65:17
**wrong** 32:13
46:1 48:9
62:14 70:4
75:7,7 78:8
82:7
**wrote** 17:2 87:6

---

| Y |
| --- |
**Yeah** 27:9
80:21
**year** 30:21 36:7
36:8,23 37:16
45:18 83:16
83:22 86:18
**yearly** 87:5
**Yearout** 3:18
**years** 12:23
14:6 20:15
21:6,13,14,19
71:1,5 86:19
**year's** 47:12
**Young** 7:13,14
7:17,20 10:2
86:14,15

---

| $ |
| --- |
**$1696.00** 89:3
**$300,000.00**
32:9 35:5 56:9
**$3500.00** 34:5
34:13,14,19
**$4219.00** 46:23
47:22
**$700.00** 34:8
**$750,000.00**
16:20 17:11
26:14,22
28:18 29:16
42:13
**$848.00** 88:13

---

| 0 |
| --- |
**0001** 27:22 28:2
**0015** 46:20
**0080** 85:2
**0095** 58:17
**0100** 58:18
**03** 27:4,5 66:19
83:13,22
85:11
**04** 27:4 83:11

85:11
**080** 89:6

---

| 1 |
| --- |
**1** 27:17 28:4
34:3 44:23
**1-800** 52:14
**1:26** 59:19
**10** 28:7 30:21
36:8 37:20
39:4,12,13
40:8 41:12
45:18 47:18
48:8,11 50:21
74:11,11
**10th** 27:1 38:1
39:1 64:21
75:23 76:1
88:15,18
**100** 2:6
**103** 87:17
**104** 87:17
**112** 74:7
**12** 33:7
**120** 75:17,20
78:1
**131** 2:14
**14** 48:3
**1500** 3:19
**16th** 88:18
**1696** 89:4
**18** 33:7
**1982** 8:7,8,12
9:5
**1992** 8:14,19
9:14 10:5 20:9
**1993** 60:8

---

| 2 |
| --- |
**2** 37:8,12 84:18
**2/24** 48:10
**2:05-CV-438-...**
1:7 92:16
**2000** 13:1 88:23
**2003** 18:12 19:7

19:9 28:7
30:21 35:16
36:8 37:20
38:1 39:4,12
40:9 41:13
45:19 64:21
65:6,16 66:3
68:11 70:7
71:9,14,22
74:11 78:5,10
80:13,22
84:22
**2004** 10:4,5
18:6 36:9,13
36:16 37:16
39:13 46:4,22
47:9,18 48:11
48:17,20 50:7
50:21 51:6
65:6,9 66:8
70:8 71:15
74:11 76:1,18
77:14 78:6,10
80:13 88:18
**2005** 1:22 37:16
76:1 88:18
92:20
**2020** 2:5
**203** 9:11
**24** 33:7
**24th** 48:6
**2501** 1:20 2:21
**27** 5:2
**28th** 1:22 92:20

---

| 3 |
| --- |
**3** 5:4 37:8,12
**3/10/03** 59:19
61:20
**300** 1:21 2:22
3:11 62:2
64:19 85:22
**300,000** 32:20
33:14 42:22

54:5,10 55:4
56:15,21,23
75:3 76:10
87:11 88:12
**35** 61:6,7
**35010** 2:15
**35216** 2:7
**35223** 2:23
**35242** 3:21
**36104** 3:4
**36106** 3:12
**365** 45:19
**37** 5:4
**39** 5:6

---

| 4 |
| --- |
**4** 39:8,10 90:7
90:11,16
**4001** 3:10
**418** 3:3
**450** 3:20
**47** 5:8,10

---

| 5 |
| --- |
**5** 35:21,23
40:11 46:19
47:3 61:10
**500,000** 17:13
**51** 5:12
**58** 5:14

---

| 6 |
| --- |
**6** 16:10,11
17:15 33:6
47:15,17
83:23
**6th** 84:22
**63** 6:3
**67** 6:4

---

| 7 |
| --- |
**7** 6:2 16:10,11
16:13,15 17:5
17:10 51:2,4
90:7,18,20,22

**FREEDOM COURT REPORTING**

**700** 34:11
**700,000** 34:7
**750** 16:23 17:16
  29:22 31:18
**750,000** 30:11
  49:5

---
**8**
---
**8** 46:22 47:9
  58:19,20
**8th** 50:23 76:17
**80** 74:6,9 75:5
  75:14
**82** 6:5
**85** 45:6
**86** 6:6
**87** 5:16

---
**9**
---
**9** 36:9 87:15
  88:9
**9:20** 1:23
**90s** 20:10 21:3
  21:5
**91** 92:21
**92** 9:5 11:1
**93** 84:1
**95** 84:3