# McKnight Agency, Inc.
205 West Washington Street
Ashville, Al 35010-2015

Telephone (334) 585-5210
Mobile # (334) 714-5210
Fax # (334) 585-1514
Toll Free 1-888-335-1551

**INVOICE**



PLAINTIFF'S EXHIBIT
1

BILL TO: Ricky Lane
% Riverside Turf
11969 State Highway 10 East
Shorterville, AL 36373

**INV. DATE: 03-10-03**  **TERMS: Due Upon Receipt**

| EFF. DATE | EXP. DATE | COMPANY/POLICY NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03-10-03 | 03-10-04 | Progressive | $1,000,000 Liability | 3,494.00 |
| 03-10-03 | 03-10-04 | National Fire & Marine | Cargo Coverage | 669.92 |

Sub Total $4,163.92

**CREDITS**

| EFF. DATE | EXP. DATE | COMPANY/POLICY NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03-10-03 | | Progressive/Nat'l Fire | Amount Financed by Premium Fin. Specialists | 3,047.94 |

7.00 Paid      1116 98

WE APPRECIATE YOUR BUSINESS     Total credits: 3,047.94
ALL ACCOUNTS ARE DUE ON DATE INDICATED AND ANY SUBJECT     **PLEASE PAY THIS AMOUNT>**  $1,115.98
TO A 1.5% PER MONTH INTEREST CHARGE AFTER 10 DAYS     When sending payment, include the invoice number on the check. Thank you.

McKnight
0001

**PROGRESSIVE**
COMMERCIAL VEHICLE INSURANCE

## COMMERCIAL VEHICLE

```
PROGRESSIVE SPECIALTY INS CO.        R E N E W A L
PO BOX 94739                         N O T I C E           PAGE       1 OF 2
CLEVELAND OH 44101                                         POLICY #  0 17 22 885 1


INSURED: RICKY      LANE              AGENT: MCKNIGHT AGCY INC
                                             203 W WASHINGTON ST
         PO BOX 85                           ABBEVILLE      AL  36310
         SHORTERVILLE  AL 36373              CA-84376

                    YOUR POLICY WILL EXPIRE ON-----03/10/04

                       COVERAGES AND LIMITS OF LIABILITY

A SINGLE LIMIT BODILY INJURY AND
  PROPERTY DAMAGE LIABILITY     $300,000   EACH ACC                 $3400
D COMP OR FTCAC STATED AMT      SEE SCHEDULE OF COVERED VEH FOR DED $134
E COLLISION OR UPSET-STATED AMT SEE SCHEDULE OF COVERED VEH FOR DED $641
I UM/UNDERINSURED MOT          $ 20,000 /PERS. $ 40,000 /ACC.       $44


                                       FILING FEE              $0.00
                            TOTAL POLICY PREMIUM:          $4,219.00

                               DRIVERS

DR                                                STA SR22   VIOL/ACC
NO DRIVER NAME              DOB    LICENSE #      ST TUS REQ. A B C D MSC

01 RICKY     LANE        04/09/58  4539118        AL  N   N   0 0 0 0 00
```

SEE SCHEDULE ATTACHED FOR VEHICLES AND RATING INFORMATION.

0000    0204    C1 C2  ACO  04037  LANE   10.0   CAICSO2C   SE-CV

PLAINTIFF'S EXHIBIT 2

FORM NO. L8472 (12-86)           AGENT'S COPY           CVSE01269616I3L847201

McKnight
0105

**PROGRESSIVE®**
COMMERCIAL VEHICLE INSURANCE

**COMMERCIAL VEHICLE**

```
                        R E N E W A L
                         N O T I C E              PAGE     2 OF  2
                                                  POLICY #  0 17 22 885 1

                    VEHICLE AND RATING INFORMATION

           RICKY      LANE                    MCKNIGHT AGCY INC
                                              203 W WASHINGTON ST
INSURED: PO BOX 65                    AGENT:  ABBEVILLE        AL  36310
         SHORTERVILLE    AL  36373            CA-54378
*********************************************************************

      DR  YR  TRADE NAME    BODY TYPE  B/C  SERIAL NO.    CLS TER    RAD  ZIP
       1  95  INTERNATIONAL 940        C    2H$FHAER8SC049691 H01 01  300  36373
V
E         DSC   GVW   PURCH  SPECIAL EQUIPMENT INCLUDED  VALUE OF   STATED   MILES
H         672    82    N/U   IN THE STATED AMOUNT        EQUIP.     AMOUNT   DRIVEN
I         672    82     N                                           12000
C
L         LIABILITY    UM/UIM                            MED PAY
E         $2770.00     $44.00

O         COMP   COMP DED   COLL    COLL DED                        TOT VEH PREM
1         $134    $1000     $641     $1000                              $3585

       LP: RIVERSIDE TURF    11969 STATE HWY 10 E SHORTERVILLE    AL  36373
*********************************************************************

      DR  YR  TRADE NAME    BODY TYPE  B/C  SERIAL NO.    CLS TER    RAD  ZIP
       1  30  NON OWNED     ATTACHED T 01   NONE          H20 01    300  36373
V
E         DSC   GVW   PURCH  SPECIAL EQUIPMENT INCLUDED  VALUE OF   STATED   MILES
H         672    82    N/U   IN THE STATED AMOUNT        EQUIP.     AMOUNT   DRIVEN
I         672    82     N
C
L         LIABILITY    UM/UIM                            MED PAY
E         $630.00

O         COMP   COMP DED   COLL    COLL DED                        TOT VEH PREM
2                                                                       $630
*********************************************************************


       0000    0204    C1  C2  ACO  04037   LANE   10.0   CAICS02C   SE-CV

FORM NO. L8472 (12-85)                                CVSE01299613L847202
```

PLAINTIFF'S EXHIBIT 3

McKnight
0106

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY) 3/10/2003

**PRODUCER**
McKnight Agency, Inc.
203 W. Washington Street
Abbeville, AL 36310
4-585-5210

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURERS AFFORDING COVERAGE**

**INSURED**
Ricky Lane

PO Box 85
Shorterville, AL 36373
(334-585-9840

INSURER A: Progressive
INSURER B: National Fire & Marine
INSURER C:
INSURER D:
INSURER E:

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | EACH OCCURRENCE | $ |
| | ☐ COMMERCIAL GENERAL LIABILITY | | | | FIRE DAMAGE (Any one fire) | $ |
| | ☐ CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: ☐ POLICY ☐ PROJECT ☐ LOC | | | | PRODUCTS - COMP/OP AGG | $ |
| | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | ☐ ANY AUTO | | | | | |
| | ☐ ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| A | ☒ SCHEDULED AUTOS | CA01722685-0 | 03-10-03 | 03-10-04 | | |
| | ☐ HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | ☐ NON-OWNED AUTOS | | | | | |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | ☐ ANY AUTO | | | | OTHER THAN EA ACC | $ |
| | | | | | AUTO ONLY: AGG | $ |
| | **EXCESS LIABILITY** | | | | EACH OCCURRENCE | $ |
| | ☐ OCCUR ☐ CLAIMS MADE | | | | AGGREGATE | $ |
| | | | | | | $ |
| | ☐ DEDUCTIBLE | | | | | $ |
| | ☐ RETENTION $ | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | | | | ☐ WC STATUTORY LIMITS ☐ OTHER | |
| | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | **OTHER** | | | | | |
| B | Cargo | T-B-D | 03-10-03 | 03-10-04 | $20,000 | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS

**CERTIFICATE HOLDER** | ADDITIONAL INSURED; INSURER LETTER: | **CANCELLATION**

Riverside Turf Farm
11969 State Hwy. 10 E.
Shorterville, AL 36373
Fax #: (334) 585-6288

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __10__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE [signature]

PLAINTIFF'S EXHIBIT 4

ACORD 25-S (7/97) © ACORD CORPORATION 1988

McKnight 0101

SPLITTER-20040308-152817-5474-0012-0012

**PROGRESSIVE**

**Insured:** Ricky Lane
**Policy Number:** 01722685-1
**Policy Status:** Active, billing is paid in full
**Product:** Commercial Auto

Today's Date: 3/8/2004

### Progressive Insurance Companies Receipt

Insured's Name: Ricky Lane

This acknowledges receipt of $4219.00 to Progressive Insurance Companies either by direct payment to Progressive or by payment to the independent agent accepting on behalf of Progressive Insurance Companies.

This payment is made with EXPRESS MONEY TRANSFER, Check# 3211 on policy #01722685-1

Agency Name: MCKNIGHT AGCY INC
Agency Address: 203 W WASHINGTON ST
ABBEVILLE, AL 36310

Signature of Agent: _____


PLAINTIFF'S EXHIBIT 5

McKnight 0015

https://www4.foragentsonly.com/interact-cgi/fao online payment receipt.asp?pm=EM&3:...  3/8/2004

**McKnight Agency, Inc.**
203 West Washington Street
Abbeville, AL 36310-2015

Telephone (334) 585-5210
Mobile # (334) 714-5210
Fax # (334) 585-1514
Toll Free 1-888-335-1551

**INVOICE**
JC4022402

BILL TO: Ricky Lane
% Riverside Turf
11969 State Highway 10 East
Shorterville, AL 36373


PLAINTIFF'S EXHIBIT
6

| INV. DATE: 02-24-04 | | TERMS: Due By 03-08-04 | | |
|---|---|---|---|---|
| EFF. DATE | EXP. DATE | COMPANY/POLICY NUMBER | DESCRIPTION | AMOUNT |
| 03-10-04 | 03-10-05 | Progressive | Liability & Physical Damage on 95 International | 4,219.00 |
| 03-10-04 | 03-10-05 | National Fire & Marine | Cargo Coverage | 669.92 |
| | | | Sub Total | $4,888.92 |

| CREDITS | | | | |
|---|---|---|---|---|
| EFF. DATE | EXP. DATE | COMPANY/POLICY NUMBER | DESCRIPTION | AMOUNT |
| 03-10-04 | | Progressive/Nat'l Fire | Amount Financed by Premium Fin. Specialists | 3,591.69 |
| | | | Total credits: | 3,591.69 |
| | | | PLEASE PAY THIS AMOUNT> | $1,297.23 |

WE APPRECIATE YOUR BUSINESS
ALL ACCOUNTS ARE DUE ON DATE INDICATED AND ARE SUBJECT TO A 1.5% PER MONTH INTEREST CHARGE AFTER 10 DAYS
When sending payment, include the invoice number on the check. Thank you.

McKnight
0014

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

DATE 3/8/2004

PRODUCER
McKnight Agency, Inc.
203 W. Washington Street
Abbeville, AL 36310
1-585-5210

Ricky Lane
PO Box 85
Shorterville, AL 36373
334-585-9840

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

INSURERS AFFORDING COVERAGE

INSURER A: Progressive
INSURER B: National Fire & Marine
INSURER C:
INSURER D:
INSURER E:

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | EACH OCCURRENCE | $ |
| | COMMERCIAL GENERAL LIABILITY | | | | FIRE DAMAGE (Any one fire) | $ |
| | CLAIMS MADE / OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PROJECT / LOC | | | | PRODUCTS - COMP/OP AGG | $ |
| | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | ANY AUTO | | | | | |
| | ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| X | SCHEDULED AUTOS | CA01722685-0 | 03-10-04 | 03-10-05 | | |
| | HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | NON-OWNED AUTOS | | | | | |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | ANY AUTO | | | | OTHER THAN AUTO ONLY: EA ACC | $ |
| | | | | | AGG | $ |
| | **EXCESS LIABILITY** | | | | EACH OCCURRENCE | $ |
| | OCCUR / CLAIMS MADE | | | | AGGREGATE | $ |
| | | | | | | $ |
| | DEDUCTIBLE | | | | | $ |
| | RETENTION $ | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | | | | WC STATUTORY LIMITS / OTHER | |
| | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | **OTHER** Cargo | 72MTC011334 | 03-10-04 | 03-10-05 | $20,000 | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS

CERTIFICATE HOLDER | ADDITIONAL INSURED; INSURER LETTER | CANCELLATION

Riverside Turf Farm
11969 State Hwy. 10 E.
Shorterville, AL 36373
Fax #: (334) 585-6288

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL **10** DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE

ACORD 25-S (7/97) © ACORD CORPORATION 1988

PLAINTIFF'S EXHIBIT 7

McKnight 0038

```
*****************************************************************
03/10/03   RR:02/03   ALABAMA              ADVANTAGE           PAGE 1
           RICKY LANE            POLICY #: 01722685-0
*****************************************************************
```

UPLOAD MESSAGE: Upload Successful on 03/10/2003 01:26PM  ref. $318

COMPANY INFORMATION:
PROGRESSIVE INSURANCE COMPANIES    P.O. Box 94739     Cleveland    OH 44101
AGENT INFORMATION:           TOTAL PREMIUM: 3494.00   POLICY #: 01722685-0
MCKNIGHT AGENCY INC.         DOWN PAYMENT:   873.50   LEVEL: ADVANTAGE
203 WEST WASHINGTON ST.      BALANCE DUE:   2620.50

ABBEVILLE, AL 36310          DOWNPAY REQ:    873.50   POLICY TERM: ANNUAL
(334)585-5210    B4-64376    PAY PLAN: 10-PAY
MCKNIGHT, JOE                DOWNPAY METH: EXPRESS MONEY
                             (Do Not Retain Commission)

          ($9.00 fee included for each installment payment)

----------------------- NAMED INSURED / BUSINESS -----------------------
                                                EFF DATE: 03/10/03
                                                EFF TIME: 12:01AM
BUSINESS TYPE: TRUCKING & TRANSPORTATION OF GOODS
SUB BSNS TYPE: TRUCKING FOR-HIRE

1. Are any vehicles hauling steel?(steel beams, coiled or rolled steel etc.)
   NO
2. Are any vehicles hauling hazardous materials?    NO


APPLICANT: Individual/Sole Prop.(I), Partnership (P), or Corp (C)? I


NAME: RICKY LANE
DBA:
ADDR: PO BOX 85
      SHORTERVILLE , AL 36373-
INSURED PHONE: (334)585-9840

ORDER FINANCIAL RESP: YES


------------------- OWNER (FINANCIAL RESPONSIBILITY) -------------------
NAME              SUFFIX   BIRTH DATE    AGE    SOCIAL SECURITY #
RICKY LANE        NONE     04/09/58      44     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
HOME STREET ADDRESS        CITY          STATE            ZIP
PO BOX 85                  SHORTERVILLE  ALABAMA          36373-


PLAINTIFF'S EXHIBIT 8

McKnight
0095

```
************************************************************************
03/10/03   RR:02/03    ALABAMA               ADVANTAGE              PAGE 2
           RICKY LANE             POLICY #: 01722685-0
************************************************************************
------------------------------- VEHICLE INFORMATION ----------------------------
VEH                     VEHICLE ID               BODY     USE
 #  YR    MAKE    MODEL     NUMBER               TYPE    CLASS
 1  1993  FREIG   PLA       1FUYAPYB1PL470232      01      H
 2  2030  NON O   ATTACHED TRLR    NONE            20      H

VEH   TRAILER     PERSONAL       GARAGING       STATED                    DR
 #    HITCH         USE        ZIP     TERR      AMT       RADIUS         NO
 1                   N        36373     01                  300            1
 2                   N        36373     01                  300            1

------------------------------- VEHICLE QUESTIONS ------------------------------
VEH  1
 1. Is this vehicle primarily used to haul goods for others?   YES

VEH  2
 1. Is this vehicle primarily used to haul goods for others?   YES


--------------------- DRIVER INFORMATION - LIST ALL DRIVERS --------------------
   (Failure to accurately and completely report all driver information may
    result in premium differences and service delays.)

                               BIRTH         MARITAL           SR22
DR#  DRIVER'S NAME              DATE    AGE   STATUS           Y/N    CASE #
     RICKY LANE               04/09/58   45   MARRIED           N
                             SOCIAL         EXCLUDED
DR#  LICENSE NUMBER      ST  SECURITY #     DRVR Y/N    PTS
 1   4539116             AL  411026223         N         5


---------------------- POINT DEVELOPMENT - Last 35 Months ----------------------
All accidents will be surcharged unless a police report accompanies the
application or an explanation of why the accident is non-chargeable is given
(attach separate sheet).  Please provide details of all accidents during
previous 35 months.  Failure to provide accurate information can result in an
uprate and/or cancellation.

-------------------------- VIOLATIONS - Last 35 Months -------------------------

DR VIOL    DATE     VIOL    DATE    VIOL    DATE    VIOL    DATE    VIOL    DATE
   SAF   01/25/01   AAF   08/27/01  SAF   09/18/02  NAF   10/12/02
```

McKnight
0094

```
****************************************************************************
03/10/03   RR:02/03   ALABAMA                ADVANTAGE                PAGE 3
           RICKY LANE              POLICY #: 01722685-0
****************************************************************************
--------------------------UNDERWRITING QUESTIONS----------------------------
Is Applicant currently insured?            NO
Which Company is your current policy with?
What is your current policy number?
Effective Date of Current Insurance Coverage:
Expiration Date of Current Insurance Coverage:
What is the liability limit closest to the insured's current policy:

Has Applicant had continuous coverage for at least one year?



----------------------------------------------------------------------------
Does Applicant require Any Waivers of Subrogation? No    How Many? 0
                                    (Attach list of names & addresses)
Number of Additional Insureds Required    0

FILINGS:
Do We Insure All Commercially Owned and Operated Vehicles? NO
```

McKnight
0096

```
****************************************************************************
03/10/03   RR:02/03   ALABAMA              ADVANTAGE                  PAGE 4
           RICKY LANE              POLICY #: 01722685-0
****************************************************************************
---------------------------------COVERAGES----------------------------------
                                                          VEH      VEH
MODEL YR   1993         2030                               1        2
USE/BODY   H/01         H/20

BI-PD      300 CSL      300 CSL                           2841     609
UM-UIM     20/40        NONE                               44       0
MED-PAY    NONE         NONE                               0        0
FR-THFT    N/A          N/A                                0        0
COMP       N/A          N/A                                0        0
COLL       N/A          N/A                                0        0
ON-HOOK    NONE         NONE                               0        0
NON-TRK    NONE         NONE                               0        0
                                                        ---------------
                                                          2885     609
                                   Dr #/Marital/Age:     1M45     1M45


SubTotal                               3494.00

Add'l Coverages
NON-OWNED      NONE                       0
HIRED-AUTO     NONE                       0
SKLL1          NONE                       0
SKLL2          NONE                       0
SKLL3          NONE                       0
TRLR-INT       NONE                       0
                                      ----------
SubTotal                                  0.00

                                      ----------
Total Fees:                               0.00

                                      ----------
Total Premium                          3494.00

COVERAGE      DESCRIPTION
TRLR-INT      NONE
---------------------------------DISCOUNTS----------------------------------
```

McKnight
0097

```
*********************************************************************
)3/10/03   RR:02/03   ALABAMA                ADVANTAGE         PAGE 5
           RICKY LANE            POLICY #: 01722685-0
*********************************************************************
*********************************************************************
```

                    REPORT ALL ACCIDENTS IMMEDIATELY
                      24 HOURS A DAY, 7 DAYS A WEEK

                            1-800-274-4499

Call us immediately so we can go to work for you.

INSTRUCTIONS TO INSURED IN CASE OF ACCIDENT OR LOSS:

1. Obtain full names, addresses, phone numbers, and license numbers of all
   persons involved and all witnesses.

2. Do not admit liability or discuss the accident with anyone except police
   or company representative.

3. Call Progressive immediately.

NOTE: FOR QUESTIONS REGARDING YOUR POLICY OR BILL, PLEASE CALL: 1-877-776-2436

*********************************************************************

---------------------------------NOTES SECTION---------------------------------
  TRUCKING FOR-HIRE TRUCKING & TRANSPORTATION OF GOODS


-------------------------------------------------------------------------------

McKnight
0098

```
********************************************************************************
)3/10/03   RR:02/03    ALABAMA              ADVANTAGE              PAGE 6
           RICKY LANE             POLICY #: 01722685-0
********************************************************************************
```

-------------------------------INSURED'S SIGNATURE------------------------------

The insured hereby applies to Company for a policy of insurance as set forth in this application on the basis of statements contained herein. The insured agrees that such policy shall be null and void if such information is false, or misleading, or would materially affect acceptance of the risk by the Company. The insured understands that this application becomes part of the insurance policy. The insured agrees to submit to loss control inspections as often as the Company may reasonably require. The insured agrees that refusal to submit to an inspection is grounds for cancellation of this policy. The insured agrees that no coverage will be bound and this policy shall be void from inception if the payment is not honored by the bank. The insured understands that a service charge of $20.00 will be assessed if any check offered in payment is returned from the bank unpaid.

The insured agrees to pay the installment fees shown on the billing statement that become due during the policy term and each renewal policy term in accordance with the payment plan the insured selects. The insured understands that the amount of these fees may change upon policy renewal or if the insured changes the payment plan. The insured also understands that the amount of these fees may change if the premium is increased due to inaccurate or incomplete information in this application.

The insured agrees to pay a late fee of $5.00 during the policy term and each renewal policy term when either the minimum amount due is not paid or payment is postmarked more than 02 days after the premium due date. The amount of this fee may change upon policy renewal.

The insured acknowledges that, in connection with this application and premium quotation, the Company may collect information from consumer reporting agencies, such as driving record and credit history reports. This information will be used to underwrite the insurance and provide an accurate quote in one of Progressive's underwriting companies. Future reports may be used to update or renew the insurance. The insured has or will obtain from existing and new drivers employed or contracted by the insured, an acknowledgment that their driving record information may be disclosed to the insured or their employer, contractor or agent in connection with the insurance being applied for hereunder.

x _Ricky Lane_____                    Date: _7-10-03_____
  Signature of Insured

McKnight
0099

```
*************************************************************************
3/10/03   RR:02/03    ALABAMA              ADVANTAGE              PAGE 7
          RICKY LANE              POLICY #: 01722685-0
*************************************************************************
```

------------------------------- AGENT SIGNATURE -------------------------------
The undersigned hereby warrants and certifies that all information contained
herein is correct to the best of his/her knowledge, that this form was
completed and then signed by the insured, that a completed copy hereof has
been given to the insured, and that a duplicate signed copy hereof has been
retained.

_____          Date: __3-10-03_____
Signature of Producing Agent

McKnight
0100

PROGRESSIVE 

PLAINTIFF'S EXHIBIT 9

MCKNIGHT AGCY INC
20 SW WASHINGTON ST
ABBEVILLE, AL 36310

Named insured:

RICKY LANE
PO BOX 85
SHORTERVILLE, AL 36373

Policy number 01722685-1
Progressive Specialty Insurance Company
October 16, 2004
Policy Period: Mar 10, 2004 – Mar 10, 2005
Page 1 of 2

personal.progressive.com
Make payments, check billing activity or check status of a claim

334-585-5210
MCKNIGHT AGCY INC
Contact your agent during business hours

800-444-4487
For policy service and claims service,
24 hours a day, 7 days a week.

## Commercial Auto Insurance Coverage Summary
### This is your Declarations Page
### Your coverage has changed

Your coverage began on March 10, 2004 at 12:01 a.m. This policy expires on March 10, 2005 at 12:01 a.m.

This coverage summary replaces your prior one. Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for an auto may not be combined with the limits for the same coverage on another auto, unless the policy contract allows the stacking of limits. The policy contract is form 1050 (11-94). The contract is modified by forms 1197 (08/93), 1349 (12/96), 1607 (08/93), 2000A (12/96), 3008 (11-94), 3394 (09/01), 8470 (12/96) and 4792A (01/03).

The named insured organization type is a sole proprietorship.

### Policy changes effective October 15, 2004
Premium change:          $848.00
Changes:                 Coverage has been changed on your policy

The changes shown above will not be effective prior to the time the changes were requested.

### Outline of coverage

| Description | Limits | Deductible | Premium |
|---|---|---|---|
| Liability to Others | | | $5,570 |
| Bodily Injury and Property Damage Liability | $1,000,000 combined single limit | | |
| Uninsured/Underinsured Motorist | $20,000 each person/$40,000 each accident | | 44 |
| Comprehensive | | | 114 |
| See Schedule Of Covered Autos | Limit of liability less deductible | | |
| Collision | | | 611 |
| See Schedule Of Covered Autos | Limit of liability less deductible | | |
| **Total 12 month policy premium** | | | **$6,339** |

### Rated driver
1. RICKY LANE

Form 6439 (05/03)                                    Continued

E-COPY

McKnight
0103

https://www1.foragentsonly.com/mobius/print.asp?rk=017226851DECPAGE+END+INS... 10/26/2004

Policy number: 01722685-1
IVORY LANE
Page 2 of 2

## Auto coverage schedule

1. **1955 International 940**
   VIN: 2HSFHAEH6SC049691
   Stated Amount: $12,500
   Garaging Zip Code: 36373
   Radius: 300

   | Liability Premium | Bodily | Property |
   |---|---|---|
   | | $4,397 | $42 |

   | Physical Damage Premium | Comp Deductible | Comp Premium | Collision Deductible | Collision Premium | | Auto Total |
   |---|---|---|---|---|---|---|
   | | $1,000 | $124 | $1,000 | $541 | | $5,311 |

2. **NON Owned Attached Trlr** *
   VIN: NONE
   Garaging Zip Code: 36373
   Radius: 300

   | Liability Premium | | | Auto Total |
   |---|---|---|---|
   | $1,028 | | | $1,028 |

*Non-Owned trailer but only while attached to a listed power unit specifically described on the declarations page

## Premium discount

Policy: 01722685-1 — Renewal

## Lienholder information

We will send certain notices such as coverage summaries and cancellation notices to the following:

1. Lienholder Auto 1
   RIVERS IN TURF
   11969 STATE HWY 10 E SHORTERVILLE, AL 36373
   1955 International 940 (2HSFHAEH6SC049691)

## Outside premium finance company

PREMIUM FINANCING S
5700 N PORTLAND
OK CITY OK 73112

Form 6489 05/02

E-COPY

McKnight
0104