# FREEDOM COURT REPORTING

Page 46

09:55:42  1    a million?

09:55:42  2         A.    To a million.

09:55:43  3         Q.    Okay, thank you.

09:55:45  4               And the last document we have

09:55:47  5    in here is -- it looks like, I call it, a

09:55:53  6    brochure.  It's stapled several pages

09:55:55  7    together.  Is that correct terminology?

09:55:57  8               MR. BRADFORD:  No.

09:55:57  9         Q.    Tell me what I should have

09:55:59  10   said.

09:55:59  11        A.    This is the policy jacket.

09:56:00  12        Q.    The policy jacket, all right.

09:56:02  13              Who receives that?

09:56:03  14        A.    The insured.

09:56:05  15        Q.    Does that have limits listed

09:56:07  16   in that document?

09:56:11  17        A.    No.

09:56:14  18        Q.    Then what kind of information

09:56:15  19   is in that document?

09:56:16  20        A.    It explains coverages, any

09:56:21  21   exclusions for policies, endorsements.

09:56:25  22        Q.    Is that sent -- when is that

09:56:28  23   sent?

# FREEDOM COURT REPORTING

Page 47

| | | |
|---|---|---|
| 09:56:29 | 1 | A. At the policy term at the |
| 09:56:33 | 2 | beginning, and at the renewal. |
| 09:56:36 | 3 | Q. Does that only go to the |
| 09:56:37 | 4 | insured? |
| 09:56:38 | 5 | A. Yes. |
| 09:56:44 | 6 | MR. TINDAL: Off the record. |
| | 7 | (Whereupon, an off-the-record |
| | 8 | discussion was held, at which time the |
| | 9 | following proceedings were had and done:) |
| 09:56:58 | 10 | MR. BRADFORD: She did |
| 09:56:59 | 11 | confirm, Mark, that, I think, the policy |
| 09:57:01 | 12 | is still in force, but there would be one |
| 09:57:03 | 13 | other renewal for the '05-'06, but we |
| 09:57:06 | 14 | didn't pull that. |
| 09:57:07 | 15 | MR. TINDAL: Okay. I've got |
| 09:57:08 | 16 | something in here. |
| | 17 | (Defendant's Exhibit No. 7 |
| | 18 | marked for identification.) |
| 09:57:34 | 19 | Q. (By Mr. Tindal) I'm going to |
| 09:57:35 | 20 | mark this as Exhibit 7. It's got McKnight |
| 09:57:40 | 21 | 105 and McKnight 106. I ask you if you |
| 09:57:49 | 22 | recognize this document? |
| 09:57:52 | 23 | A. Yes. |

## FREEDOM COURT REPORTING

Page 48

| | | |
|---|---|---|
| 09:57:53 | 1 | Q. What is that, please? |
| 09:57:54 | 2 | A. This is a renewal notice. |
| 09:57:57 | 3 | Q. Would that come from |
| 09:57:59 | 4 | Progressive? |
| 09:57:59 | 5 | A. Yes. |
| 09:58:00 | 6 | Q. Who would that be sent to? |
| 09:58:04 | 7 | A. The agent and the insured. |
| 09:58:07 | 8 | Q. The -- what about the |
| 09:58:09 | 9 | lienholder? Would they receive that as |
| 09:58:13 | 10 | well? |
| 09:58:13 | 11 | A. No. |
| | 12 | (Defendant's Exhibit No. 8 |
| | 13 | marked for identification.) |
| 09:58:53 | 14 | Q. (By Mr. Tindal) I'll mark |
| 09:58:55 | 15 | this as No. 8, and this is McKnight 64 |
| 09:59:01 | 16 | through 66. Now, I understand you've |
| 09:59:11 | 17 | never seen this document, but I wonder if |
| 09:59:14 | 18 | you could tell us what it is. |
| 09:59:21 | 19 | A. It says ForAgentsOnly.com. |
| 09:59:24 | 20 | It's a policy summary. |
| 09:59:26 | 21 | Q. Is that something that looks |
| 09:59:27 | 22 | like it was printed off of Progressive's |
| 09:59:29 | 23 | website? |

# FREEDOM COURT REPORTING

| | | |
|---|---|---|
| 09:59:30 | 1 | A. Yes. |
| 09:59:37 | 2 | Q. Does that show the limits for |
| 09:59:39 | 3 | Ricky Lane's policy on it? |
| 10:00:01 | 4 | A. Yes, it does have limits. |
| 10:00:03 | 5 | Q. And are those limits $1 |
| 10:00:05 | 6 | million? |
| 10:00:06 | 7 | A. Yes. |
| 10:00:06 | 8 | Q. And it is your understanding |
| 10:00:08 | 9 | that the policy was renewed in March of |
| 10:00:11 | 10 | 2005 for a million dollars, correct? |
| 10:00:19 | 11 | A. The policy's in force now. |
| 10:00:22 | 12 | MR. BRADFORD: We'll stipulate |
| 10:00:24 | 13 | to that. |
| 10:00:24 | 14 | Q. All right. It's in force at a |
| 10:00:27 | 15 | million-dollar limit, correct? |
| 10:00:27 | 16 | A. I didn't look at the limits. |
| 10:00:31 | 17 | MR. BRADFORD: It is. We've |
| 10:00:33 | 18 | got a copy of the dec sheet. |
| 10:00:35 | 19 | THE WITNESS: Okay. |
| 10:00:39 | 20 | Q. (By Mr. Tindal) What number |
| 10:00:40 | 21 | are we on? Nine? |
| 10:00:42 | 22 | A. Nine. |
| | 23 | |

## FREEDOM COURT REPORTING

Page 50

|  |  |
|---|---|
| | 1 |
| | 2 |
| 10:00:50 | 3 |
| 10:00:51 | 4 |
| 10:00:52 | 5 |
| 10:00:56 | 6 |
| 10:00:58 | 7 |
| 10:00:59 | 8 |
| 10:01:01 | 9 |
| 10:01:02 | 10 |
| 10:01:04 | 11 |
| 10:01:09 | 12 |
| 10:01:11 | 13 |
| 10:01:12 | 14 |
| 10:01:27 | 15 |
| 10:01:31 | 16 |
| 10:01:32 | 17 |
| 10:01:34 | 18 |
| 10:01:37 | 19 |
| 10:01:37 | 20 |
| 10:01:39 | 21 |
| 10:01:41 | 22 |
| 10:01:43 | 23 |

1    (Defendant's Exhibit No. 9

2    marked for identification.)

3    Q.    (By Mr. Tindal)  Now, these

4 are documents that were produced to me

5 from Ricky Lane's counsel, and they're not

6 Bate stamped, but it's a two-page

7 document.  Could you tell us what those

8 are?

9    A.    This is insurance

10 identification cards.

11    Q.    And I'm going to show you two

12 more pages, and see if these should all go

13 together or if they come at different

14 times.

15    A.    The card that has

16 1-800-Progressive for the claims number

17 net would come at the new business of a

18 policy, the beginning of a policy.

19 This --

20    Q.    Okay, hold on.  Let's go back

21 to that.  This one that's got in the top

22 left-hand corner of the document, if you

23 turn it sideways, that's a terrible -- it

## FREEDOM COURT REPORTING

Page 51

| | | |
|---|---|---|
| 10:01:46 | 1 | has 1-800-Progressive and a picture of a |
| 10:01:49 | 2 | vehicle on the left side, correct? |
| 10:01:50 | 3 | A.    Yes. |
| 10:01:51 | 4 | Q.    When would that be sent to the |
| 10:01:53 | 5 | insured? |
| 10:01:55 | 6 | A.    When they receive their policy |
| 10:01:57 | 7 | at the beginning of the term, new |
| 10:01:59 | 8 | business. |
| 10:01:59 | 9 | Q.    And their declarations page? |
| 10:02:01 | 10 | A.    With their declarations page. |
| 10:02:04 | 11 | Q.    It all goes in the same |
| 10:02:05 | 12 | envelope? |
| 10:02:06 | 13 | A.    It's not a piece of paper. |
| 10:02:07 | 14 | It's actually a card. |
| 10:02:08 | 15 | Q.    Is it attached to the front |
| 10:02:10 | 16 | cover of the policy, like you'd punch it |
| 10:02:12 | 17 | out, or something that's attached to the |
| 10:02:14 | 18 | policy? |
| 10:02:16 | 19 | A.    It's not on the policy jacket, |
| 10:02:18 | 20 | no. |
| 10:02:18 | 21 | Q.    Okay.  Does the policy, the |
| 10:02:20 | 22 | declarations page and this card all come |
| 10:02:23 | 23 | in the same package? |

# FREEDOM COURT REPORTING

| | | |
|---|---|---|
| 10:02:24 | 1 | A.    Yes. |
| 10:02:32 | 2 | Q.    And go on.  You were going to |
| 10:02:34 | 3 | talk about the next one that has two cards |
| 10:02:36 | 4 | on it. |
| 10:02:39 | 5 | A.    It's actually photocopies of |
| 10:02:44 | 6 | an insurance card that is what we would |
| 10:02:46 | 7 | call an accord form, so it was a manually |
| 10:02:50 | 8 | typed up card. |
| 10:02:53 | 9 | Q.    By the agent? |
| 10:02:54 | 10 | A.    Yes. |
| | 11 | (Defendant's Exhibit No. 10 |
| | 12 | and No. 11 marked for |
| | 13 | identification.) |
| 10:02:59 | 14 | Q.    (By Mr. Tindal)  All right. |
| 10:02:59 | 15 | So, I'm going to mark as No. 10 the card |
| 10:03:02 | 16 | that should come with the policy and the |
| 10:03:04 | 17 | declarations page, all right, and then |
| 10:03:07 | 18 | we'll mark as 11 the cards that would have |
| 10:03:12 | 19 | been created by hand by the agent.  Did I |
| 10:03:17 | 20 | describe those two documents correctly? |
| 10:03:19 | 21 | A.    Yes. |
| 10:03:41 | 22 | Q.    Next I'm going to show you |
| 10:03:43 | 23 | four pages of documents that I received |

## FREEDOM COURT REPORTING

| | | |
|---|---|---|
| 10:03:44 | 1 | from Ricky Lane's counsel, and tell me if |
| 10:03:48 | 2 | -- first of all, tell me, should all four |
| 10:03:51 | 3 | of those pages go together? |
| 10:04:03 | 4 | Off the record. |
| | 5 | (Whereupon, an off-the-record |
| | 6 | discussion was held, at which time the |
| | 7 | following proceedings were had and done:) |
| 10:04:27 | 8 | THE WITNESS: Yes, I believe |
| 10:04:28 | 9 | so.  They all go together. |
| 10:04:31 | 10 | MR. TINDAL: So, we'll mark |
| 10:04:32 | 11 | those as No. 12. |
| | 12 | (Defendant's Exhibit No. 12 |
| | 13 | marked for identification.) |
| 10:04:37 | 14 | Q.    (By Mr. Tindal)  What are |
| 10:04:37 | 15 | those documents? |
| 10:04:42 | 16 | A.    It's a renewal quote, a |
| 10:04:45 | 17 | revised renewal quote. |
| 10:04:46 | 18 | Q.    And who would that be sent to? |
| 10:04:50 | 19 | A.    The agent and the insured. |
| 10:04:52 | 20 | Q.    It would not go to the |
| 10:04:54 | 21 | lienholder or the premium finance company? |
| 10:04:56 | 22 | A.    No. |
| 10:05:01 | 23 | Q.    And what period is that |

## FREEDOM COURT REPORTING

Page 54

| | | |
|---|---|---|
| 10:05:03 | 1 | renewal for? |
| 10:05:15 | 2 | A.    March 10, 2005, to March 10, |
| 10:05:18 | 3 | 2006. |
| 10:05:18 | 4 | Q.    All right.  Is it your |
| 10:05:39 | 5 | understanding that in October of 2004 when |
| 10:05:44 | 6 | the policy limits were increased to a |
| 10:05:46 | 7 | million that Ricky Lane had five points |
| 10:05:49 | 8 | according to Progressive's ProRater system |
| 10:05:53 | 9 | or RR system? |
| 10:05:57 | 10 | A.    Can I look at that dec page |
| 10:05:59 | 11 | again? |
| 10:05:59 | 12 | Q.    Certainly. |
| 10:06:12 | 13 | A.    It's in the business. |
| 10:06:14 | 14 | Q.    Oh, here.  I bet it's in here. |
| 10:06:56 | 15 | A.    It does not show it on this |
| 10:06:59 | 16 | declarations page. |
| 10:07:00 | 17 | Q.    Assuming Ricky Lane had five |
| 10:07:05 | 18 | points in October of 2004, he would have |
| 10:07:08 | 19 | qualified for a million-dollar policy, |
| 10:07:10 | 20 | correct? |
| 10:07:10 | 21 | A.    Yes. |
| 10:07:11 | 22 | Q.    Now, back in 2003, looking |
| 10:07:15 | 23 | back in time to March 10 of 2003, Ricky |

**FREEDOM COURT REPORTING**

Page 55

| | | |
|---|---|---|
| 10:07:18 | 1 | Lane had five points at that time, |
| 10:07:20 | 2 | correct? |
| 10:07:21 | 3 | A.    Correct. |
| 10:07:22 | 4 | Q.    If Joe McKnight had selected |
| 10:07:26 | 5 | from the drop down menu $1 million limits, |
| 10:07:30 | 6 | he would have -- Ricky Lane would have |
| 10:07:32 | 7 | qualified for that large of a policy, |
| 10:07:34 | 8 | correct? |
| 10:07:34 | 9 | A.    Yes. |
| 10:07:35 | 10 | Q.    And then as long as he paid |
| 10:07:37 | 11 | the premiums, he would have been issued a |
| 10:07:39 | 12 | policy with $1 million limits, correct? |
| 10:07:42 | 13 | A.    Correct. |
| 10:07:58 | 14 | Q.    All right.  How many times do |
| 10:07:59 | 15 | you think you've been the corporate |
| 10:08:01 | 16 | representative for Progressive, generally |
| 10:08:04 | 17 | speaking? |
| 10:08:07 | 18 | A.    12 to 15. |
| 10:08:10 | 19 | Q.    12 to 15.  I didn't mean to |
| 10:08:11 | 20 | cut you off.  I apologize. |
| 10:08:14 | 21 | A.    It's okay. |
| 10:08:15 | 22 | Q.    Have you ever had a situation |
| 10:08:17 | 23 | like this come up before where the wrong |

**FREEDOM COURT REPORTING**

Page 56

| | | |
|---|---|---|
| 10:08:19 | 1 | information was selected from a drop down |
| 10:08:21 | 2 | menu? |
| 10:08:24 | 3 | A.     Not to my knowledge. |
| 10:08:25 | 4 | Q.     Have you ever heard of it |
| 10:08:26 | 5 | happening anywhere in Progressive with one |
| 10:08:29 | 6 | of its agents? |
| 10:08:33 | 7 | A.     Not to my knowledge, no. |
| 10:08:39 | 8 | MR. TINDAL:  I believe that's |
| 10:08:40 | 9 | all I have. |
| | 10 | EXAMINATION BY MR. HAYNES: |
| 10:08:42 | 11 | Q.     Ms. Fitzgerald, my name is |
| 10:08:43 | 12 | Randy Haynes, and I represent the family |
| 10:08:45 | 13 | of the lady that was killed in the |
| 10:08:46 | 14 | accident, Jane Holmes, whose mother was |
| 10:08:49 | 15 | killed, and I have a few questions also |
| 10:08:52 | 16 | for you. |
| 10:08:54 | 17 | What is your title with |
| 10:08:55 | 18 | Progressive Specialty? |
| 10:08:57 | 19 | A.     Customer service manager. |
| 10:08:58 | 20 | Q.     And tell me what your areas of |
| 10:09:01 | 21 | responsibility are as a customer service |
| 10:09:04 | 22 | manager. |
| 10:09:04 | 23 | A.     Right now, I manage a dispatch |

## FREEDOM COURT REPORTING

| | | |
|---|---|---|
| 10:09:13 | 1 | area for -- we have a field specialist |
| 10:09:16 | 2 | group where when they go out to look for |
| 10:09:19 | 3 | like your heavy tractors and trailers or |
| 10:09:22 | 4 | maybe it's a sweeper truck or something |
| 10:09:24 | 5 | like that, gentlemen who are specialized |
| 10:09:27 | 6 | in that area, the claims reps will call |
| 10:09:32 | 7 | into my dispatch group for an assist for |
| 10:09:36 | 8 | one of these gentlemen to go look at it, |
| 10:09:40 | 9 | and they kind of take the information down |
| 10:09:43 | 10 | into a database and it's issued out.  So, |
| 10:09:46 | 11 | I manage the dispatch group. |
| 10:09:49 | 12 |        Q.    The dispatch group which you |
| 10:09:54 | 13 | manage, are they specialized in commercial |
| 10:09:59 | 14 | auto insurance? |
| 10:10:01 | 15 |        A.    Yes. |
| 10:10:01 | 16 |        Q.    And is commercial auto for the |
| 10:10:04 | 17 | most part trucking insurance? |
| 10:10:12 | 18 |        A.    Are most of the vehicles |
| 10:10:13 | 19 | trucks? |
| 10:10:14 | 20 |        Q.    Yes, ma'am. |
| 10:10:15 | 21 |        A.    Large trucks and small trucks. |
| 10:10:18 | 22 |        Q.    Okay.  Well, do you have that |
| 10:10:20 | 23 | responsibility for the entire United |

## FREEDOM COURT REPORTING

10:10:22  1   States, or do you have a geographic

10:10:24  2   territory?

10:10:26  3          A.     The United States.

10:10:27  4          Q.     Okay.  And Progressive is

10:10:30  5   among the largest insurance companies in

10:10:32  6   the country, isn't it, in the U.S.?  I

10:10:35  7   believe it's fourth in the auto field; is

10:10:38  8   that right?

10:10:38  9          A.     Yes.

10:10:42  10         Q.     Mr. Tindal was asking you

10:10:44  11  about if you had encountered a similar

10:10:46  12  situation before, and I want to ask you in

10:10:48  13  a slightly different way.  Does

10:10:52  14  Progressive have a policy or guideline

10:10:55  15  which states how Progressive will react or

10:10:59  16  proceed when there is a mistake or error

10:11:02  17  made in procuring commercial auto

10:11:06  18  insurance?

10:11:07  19         A.     When who makes a mistake?

10:11:10  20         Q.     Well, let's assume that the

10:11:11  21  agent makes the mistake and clicks the

10:11:15  22  wrong box as to the amount of liability

10:11:17  23  limits.  In that hypothetical situation,

## FREEDOM COURT REPORTING

| | | |
|---|---|---|
| 10:11:20 | 1 | is there a company guideline which would |
| 10:11:24 | 2 | tell you or your agents or your dispatch |
| 10:11:30 | 3 | team how you should proceed when such an |
| 10:11:32 | 4 | error was made by the agent? |
| 10:11:45 | 5 | A.    I don't believe that there's |
| 10:11:47 | 6 | rules written down regarding that, no. |
| 10:11:49 | 7 | Q.    Okay.  Is there an unwritten |
| 10:11:51 | 8 | guideline or rule which would dictate how |
| 10:11:54 | 9 | Progressive should proceed, or is it a |
| 10:11:56 | 10 | matter of we'll deal with it as the |
| 10:11:59 | 11 | situation arises? |
| 10:12:03 | 12 | A.    I think it's more probably on |
| 10:12:05 | 13 | an individual basis we'll deal with it as |
| 10:12:08 | 14 | it does arise. |
| 10:12:12 | 15 | Q.    Okay.  Well, Ms. Fitzgerald, |
| 10:12:12 | 16 | we can agree that in relation to this |
| 10:12:15 | 17 | situation here where Ricky Lane went to |
| 10:12:18 | 18 | Joe McKnight to get insurance coverage and |
| 10:12:19 | 19 | he said that he wanted a million dollars |
| 10:12:21 | 20 | of coverage and Mr. McKnight has testified |
| 10:12:24 | 21 | that he intended to get Mr. Lane a million |
| 10:12:26 | 22 | dollars' worth of coverage, we can agree |
| 10:12:28 | 23 | that there was an error made by the agent, |

## FREEDOM COURT REPORTING

Page 60

| | | |
|---|---|---|
| 10:12:31 | 1 | Joe McKnight?  We can agree on that, can't |
| 10:12:34 | 2 | we? |
| 10:12:34 | 3 | A.    Yes. |
| 10:12:34 | 4 | Q.    Have you read any of the |
| 10:12:36 | 5 | testimony? |
| 10:12:36 | 6 | A.    No. |
| 10:12:36 | 7 | Q.    But it's been related to you |
| 10:12:38 | 8 | somehow; is that right? |
| 10:12:39 | 9 | A.    Correct. |
| 10:12:40 | 10 | Q.    So, where you've got a |
| 10:12:42 | 11 | situation where it's just a human error by |
| 10:12:45 | 12 | your agent, is there a company procedure |
| 10:12:47 | 13 | or rule or guideline that says how you |
| 10:12:50 | 14 | will respond, how you at Progressive will |
| 10:12:54 | 15 | respond? |
| 10:13:03 | 16 | MR. BRADFORD:  Randy, I don't |
| 10:13:04 | 17 | care, she can answer, but Larry Lackey is |
| 10:13:07 | 18 | here.  He would know more than she.  I |
| 10:13:09 | 19 | don't care if you ask her the question. |
| 10:13:12 | 20 | MR. HAYNES:  Okay.  I thought |
| 10:13:13 | 21 | she would have been more in line to answer |
| 10:13:15 | 22 | that as a customer service person, but if |
| 10:13:17 | 23 | she doesn't know, she can tell me that. |

# FREEDOM COURT REPORTING

Page 61

| | | |
|---|---|---|
| 10:13:19 | 1 | MR. BRADFORD:  Yeah, I mean. |
| 10:13:21 | 2 | THE WITNESS:  There's not |
| 10:13:22 | 3 | really a rule that we have that's written |
| 10:13:24 | 4 | regarding that. |
| 10:13:26 | 5 | Q.    (By Mr. Haynes)  Okay.  Well, |
| 10:13:27 | 6 | I mean, you recognize, Ms. Fitzgerald, for |
| 10:13:29 | 7 | example, that where a mistake is made, |
| 10:13:33 | 8 | albeit an honest mistake, but a mistake |
| 10:13:36 | 9 | nonetheless, that that could subject an |
| 10:13:39 | 10 | insured, your insured to liability, |
| 10:13:42 | 11 | administratively or civilly or possibly |
| 10:13:45 | 12 | even criminally, for failure to comply |
| 10:13:47 | 13 | with the Federal rules or laws as to |
| 10:13:50 | 14 | financial responsibilities?  You |
| 10:13:52 | 15 | understand that, don't you? |
| 10:13:53 | 16 | A.    Correct. |
| 10:13:54 | 17 | Q.    And is there a company |
| 10:14:02 | 18 | unwritten procedure of how you at |
| 10:14:04 | 19 | Progressive will respond? |
| 10:14:11 | 20 | A.    I don't know what the question |
| 10:14:12 | 21 | is. |
| 10:14:13 | 22 | Q.    Well, I've changed it from a |
| 10:14:15 | 23 | written company rule, and you've told me |

## FREEDOM COURT REPORTING

Page 62

| | | |
|---|---|---|
| 10:14:17 | 1 | there isn't one? |
| 10:14:19 | 2 | A.    Correct. |
| 10:14:19 | 3 | Q.    Now I'm asking you is there an |
| 10:14:21 | 4 | unwritten policy as to how Progressive |
| 10:14:23 | 5 | would respond to that situation where your |
| 10:14:25 | 6 | agent in Abbeville, Alabama or Sandusky, |
| 10:14:29 | 7 | Ohio or wherever, where that agent makes |
| 10:14:31 | 8 | an honest mistake and he clicks the wrong |
| 10:14:34 | 9 | box?  Is there an unwritten policy of how |
| 10:14:37 | 10 | Progressive will respond? |
| 10:14:38 | 11 | A.    Well, I think Progressive |
| 10:14:40 | 12 | always wants to do the right thing, and, |
| 10:14:43 | 13 | you know, definitely by following the |
| 10:14:47 | 14 | rules, you know, making sure that |
| 10:14:50 | 15 | everything is done fair. |
| 10:14:51 | 16 | Q.    Okay.  So, it's a fairness |
| 10:14:53 | 17 | matter as far as the company is concerned? |
| 10:14:57 | 18 | A.    Being fair to our agents along |
| 10:14:59 | 19 | with being fair to our insureds. |
| 10:15:07 | 20 | Q.    Okay.  Let's look at Exhibit |
| 10:15:08 | 21 | 3, the folder that contained the producer |
| 10:15:11 | 22 | agreement. |
| 10:15:16 | 23 | A.    I don't know.  Does he need to |

## FREEDOM COURT REPORTING

Page 63

10:15:18  1   see it first?

2              (Whereupon, an off-the-record

3       discussion was held, at which time the

4       following proceedings were had and done:)

10:15:37  5              MR. HAYNES:  Let's look first

10:15:42  6       at -- and we're going to attach this to

10:15:44  7       our deposition, aren't we, Ms. Court

10:15:46  8       Reporter?

10:15:47  9              THE COURT REPORTER:  Yes, sir.

10:15:48  10         Q.    (By Mr. Haynes)  And let's

10:15:49  11      look first at Article II, Section A, which

10:15:51  12      is on Page 12 of this multi-page exhibit.

10:15:58  13      I'm going to come around here.  And I

10:16:00  14      apologize for leaning over you, but that's

15      the only way to do it.

16              (Whereupon, an off-the-record

17      discussion was held, at which time the

18      following proceedings were had and done:)

10:17:21  19         Q.    (By Mr. Haynes)  Ms.

10:17:21  20      Fitzgerald, I'm going to stand between you

10:17:23  21      and your lawyer and point, then.

10:17:25  22              First of all, we're looking at

10:17:27  23      the producers agreement dated February 5

## FREEDOM COURT REPORTING

Page 64

| | | |
|---|---|---|
| 10:17:30 | 1 | of '98.  Do you see that? |
| 10:17:31 | 2 | A.    Yes. |
| 10:17:32 | 3 | Q.    And the designated producer is |
| 10:17:33 | 4 | the McKnight Agency from Abbeville |
| 10:17:37 | 5 | Alabama; is that right? |
| 10:17:38 | 6 | A.    Correct. |
| 10:17:38 | 7 | Q.    Under Article II, the heading |
| 10:17:40 | 8 | is authority.  Do you see that? |
| 10:17:42 | 9 | A.    Yes. |
| 10:17:42 | 10 | Q.    It states there that you have |
| 10:17:44 | 11 | the authority to solicit, provide quotes, |
| 10:17:48 | 12 | receive applications, bind coverage in |
| 10:17:52 | 13 | Alabama; is that right? |
| 10:17:55 | 14 | A.    It does read that. |
| 10:17:56 | 15 | Q.    Okay.  And I left out some |
| 10:17:58 | 16 | other things about collect premiums, but |
| 10:18:00 | 17 | it states that the McKnight Agency has the |
| 10:18:03 | 18 | authority to bind coverage in the State of |
| 10:18:06 | 19 | Alabama; is that right? |
| 10:18:08 | 20 | A.    Right. |
| 10:18:09 | 21 | Q.    Okay.  So, we can agree that |
| 10:18:12 | 22 | Mr. McKnight did have the authority |
| 10:18:13 | 23 | pursuant to the producers agreement, |

## FREEDOM COURT REPORTING

Page 65

| | | |
|---|---|---|
| 10:18:16 | 1 | Exhibit 3, to bind coverage, true? |
| 10:18:19 | 2 | A.    Correct. |
| 10:18:23 | 3 | Q.    Let's flip over to -- no, not |
| 10:18:32 | 4 | flip over.  Let's go down to Paragraph B |
| 10:18:34 | 5 | where it says you have no authority to and |
| 10:18:37 | 6 | you will not bind us on insurance |
| 10:18:41 | 7 | coverage, oh, based on information you |
| 10:18:56 | 8 | knew or had reason to know is false or -- |
| 10:19:01 | 9 | MR. BRADFORD:  Inaccurate. |
| 10:19:02 | 10 | Q.    -- inaccurate? |
| 10:19:03 | 11 | A.    Correct. |
| 10:19:04 | 12 | Q.    Okay.  There is no issue here, |
| 10:19:07 | 13 | is there, Ms. Fitzgerald, that Ricky |
| 10:19:12 | 14 | Lane's coverage was based on faulty or |
| 10:19:18 | 15 | false or inaccurate information, is there? |
| 10:19:24 | 16 | A.    I believe they gave us -- we |
| 10:19:27 | 17 | rated it on the information that they gave |
| 10:19:29 | 18 | us. |
| 10:19:29 | 19 | Q.    Okay.  And that information |
| 10:19:31 | 20 | given you, Progressive is not questioning |
| 10:19:33 | 21 | that information, is it? |
| 10:19:35 | 22 | A.    I don't believe so. |
| 10:19:36 | 23 | Q.    Okay.  And the reason I ask |

# FREEDOM COURT REPORTING

| | | |
|---|---|---|
| 10:19:37 | 1 | you that is not to try to trick you, but |
| 10:19:40 | 2 | someone has suggested that Ricky Lane's |
| 10:19:44 | 3 | driving record was so poor that he never |
| 10:19:47 | 4 | qualified to get a million dollars' worth |
| 10:19:50 | 5 | of commercial auto liability insurance, |
| 10:19:52 | 6 | but that somehow the agent tried to |
| 10:19:54 | 7 | subvert the system, telling Riverside |
| 10:19:56 | 8 | there was a million dollars of coverage |
| 10:19:57 | 9 | when, in fact, he never qualified for a |
| 10:20:00 | 10 | million, but that's not true, is it? |
| 10:20:03 | 11 | A.    Not to my knowledge. |
| 10:20:05 | 12 | Q.    Okay, fair enough. |
| 10:20:09 | 13 | And I broke my glasses at the |
| 10:20:12 | 14 | Alabama/Auburn game. |
| 10:20:14 | 15 | MR. BRADFORD:  Throwing them? |
| 10:20:18 | 16 | Q.    That's accurate.  So, I've got |
| 10:20:18 | 17 | a pair that I picked up at the Birmingham |
| 10:20:22 | 18 | Airport, so I'm having -- I'm fumbling |
| 10:20:24 | 19 | around, ladies and gentlemen. |
| 10:20:25 | 20 | Okay.  Let's look over to |
| 10:20:27 | 21 | Article III. |
| 10:20:30 | 22 | And let me stipulate I'm glad |
| 10:20:33 | 23 | Tommy Yearout is not here and |

# FREEDOM COURT REPORTING

| | | |
|---|---|---|
| 10:20:36 | 1 | participating in this deposition, being a |
| 10:20:37 | 2 | former Auburn player. |
| 10:20:39 | 3 | MR. BRADFORD: Exactly. |
| 10:20:47 | 4 | Q. All right. Let's look at |
| 10:20:48 | 5 | Article III under the McKnight Agency's |
| 10:20:51 | 6 | duties. It states that you will comply |
| 10:20:56 | 7 | with all applicable laws relating to the |
| 10:20:58 | 8 | sale of insurance coverages pursuant to |
| 10:21:01 | 9 | this agreement. Do you read that? |
| 10:21:03 | 10 | A. Yes. |
| 10:21:10 | 11 | Q. And an agent would have a duty |
| 10:21:12 | 12 | to comply with both Federal and state law |
| 10:21:16 | 13 | relating to minimum limits or financial |
| 10:21:19 | 14 | responsibility, wouldn't he? |
| 10:21:20 | 15 | A. Correct. |
| 10:21:23 | 16 | Q. And not only would the law of |
| 10:21:26 | 17 | the particular jurisdiction tell the agent |
| 10:21:28 | 18 | what to do, but Progressive has now put a |
| 10:21:31 | 19 | contractual obligation on its agents to |
| 10:21:34 | 20 | comply with the laws? |
| 10:21:39 | 21 | MR. TINDAL: Object to the |
| 10:21:54 | 22 | form. |
| | 23 | A. Yes. |

## FREEDOM COURT REPORTING

| | | |
|---|---|---|
| 10:21:55 | 1 | Q.    Ms. Fitzgerald, did you ever |
| 10:22:00 | 2 | have an occasion to talk to Joe McKnight |
| 10:22:05 | 3 | or anyone on his staff about how this |
| 10:22:08 | 4 | error happened about the amount of Ricky |
| 10:22:10 | 5 | Lane's coverage? |
| 10:22:12 | 6 | A.    No. |
| 10:22:13 | 7 | Q.    Do you know whether someone |
| 10:22:15 | 8 | else from the home office ever had the |
| 10:22:17 | 9 | occasion to talk to Mr. McKnight or his |
| 10:22:19 | 10 | staff? |
| 10:22:19 | 11 | MR. BRADFORD:  Larry Lackey is |
| 10:22:21 | 12 | -- I mean, I don't have any quarrel if you |
| 10:22:22 | 13 | ask her that.  You can ask Larry that as |
| 10:22:24 | 14 | well.  He might be able to give you some |
| 10:22:27 | 15 | information. |
| 10:22:27 | 16 | A.    I don't know. |
| 10:22:28 | 17 | Q.    The same questions with |
| 10:22:29 | 18 | respect to the insured, Mr. Lane, did you |
| 10:22:32 | 19 | or someone on your staff ever talk to |
| 10:22:34 | 20 | Ricky Lane? |
| 10:22:35 | 21 | A.    No. |
| 10:22:57 | 22 | Q.    I don't know that it matters, |
| 10:22:58 | 23 | but are we seeing in your file that |

## FREEDOM COURT REPORTING

Page 69

| | | |
|---|---|---|
| 10:23:01 | 1 | Mr. McKnight did, in fact, write |
| 10:23:06 | 2 | Progressive policies back in the early |
| 10:23:06 | 3 | 90's?  And he testified that he thought he |
| 10:23:10 | 4 | started writing for Progressive in 1992. |
| 10:23:13 | 5 | Did you say something about '94 that you |
| 10:23:15 | 6 | saw? |
| 10:23:15 | 7 | MR. BRADFORD:  Yeah, with the |
| 10:23:17 | 8 | subsequent agent.  What's the -- |
| 10:23:20 | 9 | MR. HAYNES:  Not with |
| 10:23:21 | 10 | McKnight. |
| | 11 | MR. BRADFORD:  What's the date |
| | 12 | of this? |
| | 13 | MR. HAYNES:  '98. |
| 10:23:23 | 14 | MR. TINDAL:  This one is |
| 10:23:24 | 15 | February 5 of '98. |
| 10:23:26 | 16 | MR. BRADFORD:  What I've seen |
| 10:23:27 | 17 | before, and we can double-check it, what |
| 10:23:29 | 18 | I've seen before is they'll have a |
| 10:23:31 | 19 | contract, a producer agreement, and then |
| 10:23:32 | 20 | they may have a subsequent one that may |
| 10:23:35 | 21 | change the commission schedule or |
| 10:23:37 | 22 | something like that, and I wonder if he |
| 10:23:38 | 23 | had an older one and this was what was in |

### 367 VALLEY AVENUE
**(877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397**

# FREEDOM COURT REPORTING

Page 70

| | | |
|---|---|---|
| 10:23:43 | 1 | effect at the time.  And I can |
| 10:23:46 | 2 | double-check that, or you can. |
| | 3 | MR. HAYNES:  Okay. |
| 10:23:58 | 4 | Q.    (By Mr. Haynes)  Ms. |
| 10:23:58 | 5 | Fitzgerald, where you have a situation |
| 10:24:01 | 6 | like we're dealing with here where there's |
| 10:24:03 | 7 | been an error by the agent or a mistake by |
| 10:24:06 | 8 | the agent, whose decision at Progressive |
| 10:24:09 | 9 | is it that we're going to stick with |
| 10:24:12 | 10 | $300,000 since that's what was clicked on |
| 10:24:15 | 11 | the computer or we're going to -- we're |
| 10:24:18 | 12 | going to afford a million dollars' worth |
| 10:24:20 | 13 | of coverage?  Is that done by you or |
| 10:24:21 | 14 | someone above your pay scale, as they say |
| 10:24:25 | 15 | in the Army? |
| 10:24:25 | 16 | A.    Someone above my pay scale. |
| 10:24:27 | 17 | Q.    Your rank? |
| 10:24:28 | 18 | A.    Yes. |
| 10:24:29 | 19 | Q.    Okay.  At what level was that |
| 10:24:31 | 20 | decision ultimately made?  Do you know? |
| 10:24:34 | 21 | A.    No. |
| 10:24:36 | 22 | Q.    But it was higher than you? |
| 10:24:38 | 23 | A.    Yes. |

## FREEDOM COURT REPORTING

| | | |
|---|---|---|
| 10:24:39 | 1 | Q.    Was it in your department? |
| 10:24:41 | 2 | A.    No. |
| 10:24:41 | 3 | Q.    What department was that in? |
| 10:24:44 | 4 | A.    I believe it's in Larry's |
| 10:24:46 | 5 | department. |
| 10:24:46 | 6 | Q.    Larry Lackey? |
| 10:24:48 | 7 | A.    Yes.  Sorry. |
| 10:25:00 | 8 | Q.    Stacy Swansinger, compliance |
| 10:25:03 | 9 | specialist, who is that? |
| 10:25:07 | 10 | A.    It's probably the person who |
| 10:25:08 | 11 | works over in our agent licensing |
| .0:25:11 | 12 | department. |
| 10:25:11 | 13 | Q.    Okay.  Would he or she have |
| 10:25:13 | 14 | any responsibility for determining what |
| 10:25:16 | 15 | level of limits would be applicable? |
| 10:25:20 | 16 | A.    No. |
| 10:25:20 | 17 | Q.    Okay.  That's more agent |
| 10:25:22 | 18 | licensing? |
| 10:25:22 | 19 | A.    Yes. |
| 10:25:37 | 20 | Q.    Also in the producers |
| 10:25:40 | 21 | agreement, Article VIII, which is on Page |
| 10:25:42 | 22 | 16, and I'll just let you look at that, |
| 10:25:45 | 23 | this appears to me to be an |

# FREEDOM COURT REPORTING

Page 72

| | | |
|---|---|---|
| 10:25:48 | 1 | indemnification, indemnification provision |
| 10:25:59 | 2 | whereby the agent has agreed to hold |
| 10:26:06 | 3 | Progressive harmless for any and all |
| 10:26:09 | 4 | liabilities or losses due to any acts, |
| 10:26:12 | 5 | errors or omissions on their part; is that |
| 10:26:15 | 6 | right? |
| 10:26:15 | 7 | A.    That's correct. |
| 10:26:16 | 8 | Q.    Okay.  Is that a standard |
| 10:26:19 | 9 | provision in your producer agreements |
| 10:26:21 | 10 | today? |
| 10:26:24 | 11 | A.    Yes. |
| 10:26:24 | 12 | Q.    And was that standard in 1998 |
| 10:26:27 | 13 | when Exhibit 3 was executed between the |
| 10:26:30 | 14 | McKnight Agency and Progressive? |
| 10:26:33 | 15 | A.    Yes. |
| 10:26:35 | 16 | Q.    And is your understanding of |
| 10:26:38 | 17 | that that Mr. McKnight ultimately has |
| 10:26:41 | 18 | agreed to indemnify Progressive if he; |
| 10:26:45 | 19 | that is, Mr. McKnight, made an error? |
| 10:26:48 | 20 | MR. TINDAL:  Object to the |
| 10:26:49 | 21 | form. |
| 10:26:49 | 22 | MR. BRADFORD:  Overruled. |
| 10:26:50 | 23 | Q.    (By Mr. Haynes)  You may |

## FREEDOM COURT REPORTING

Page 73

| | | |
|---|---|---|
| 10:26:52 | 1 | answer. |
| 10:26:52 | 2 | A.    Yes. |
| 10:26:54 | 3 | MR. BRADFORD:  I just call it |
| 10:26:55 | 4 | the way I see it. |
| 10:27:07 | 5 | Q.    Go back to Page 12, Article II |
| 10:27:13 | 6 | where it states that you have no authority |
| 10:27:19 | 7 | -- you have no authority and will not bind |
| 10:27:22 | 8 | us.  Do you see that? |
| 10:27:24 | 9 | A.    On insurance coverage? |
| 10:27:26 | 10 | Q.    Right. |
| 10:27:26 | 11 | It also goes on to state that |
| 10:27:27 | 12 | you will not issue financial |
| 10:27:30 | 13 | responsibility reports or certificates of |
| 10:27:32 | 14 | insurance, and I can't quote you to the |
| 10:27:35 | 15 | particular paragraph.  Do you see that? |
| 10:27:38 | 16 | MR. BRADFORD:  What it is, |
| 10:27:40 | 17 | it's under article -- Roman Numeral II, |
| 10:27:44 | 18 | Capital C, it looks like three under that. |
| 10:27:52 | 19 | MR. HAYNES:  Right. |
| 10:27:52 | 20 | MR. BRADFORD:  It says shall |
| 10:27:54 | 21 | not issue financial responsibility |
| 10:27:55 | 22 | filings, certificates of insurance? |
| 10:27:57 | 23 | MR. HAYNES:  Right. |

## FREEDOM COURT REPORTING

Page 74

| | | |
|---|---|---|
| 10:27:58 | 1 | THE WITNESS:  It says without |
| 10:27:59 | 2 | our prior written consent, you have no |
| 10:28:01 | 3 | authority to and you will not issue |
| 10:28:03 | 4 | financial responsibility filings, |
| 10:28:07 | 5 | certificates of insurance, filings with |
| 10:28:09 | 6 | any state or municipal agency. |
| 10:28:14 | 7 | Q.    (By Mr. Haynes)  Okay.  Did |
| 10:28:15 | 8 | Joe McKnight and the McKnight Agency have |
| 10:28:17 | 9 | the authority to issue a certificate of |
| 10:28:20 | 10 | insurance to the loss payee at Riverside |
| 10:28:24 | 11 | Turf in this instance? |
| 10:28:31 | 12 | A.    If it had the correct |
| 10:28:32 | 13 | information on it. |
| 10:28:37 | 14 | Q.    Do you know whether the |
| 10:28:38 | 15 | certificate of insurance issued to |
| 10:28:42 | 16 | Riverside Turf in mid to late March of |
| 10:28:46 | 17 | 2003 reflecting $1 million of liability |
| 10:28:50 | 18 | limits was correct or not? |
| 10:28:56 | 19 | A.    I'm sorry, what was the date? |
| 10:28:57 | 20 | Q.    March of '03 was when the |
| 10:29:00 | 21 | certificate was actually issued. |
| 10:29:01 | 22 | A.    March of '03. |
| 10:29:03 | 23 | Q.    Reflecting $1 million of |

# FREEDOM COURT REPORTING

Page 75

| | | |
|---|---|---|
| 10:29:05 | 1 | liability limits. |
| 10:29:06 | 2 | A. It would have been incorrect. |
| 10:29:08 | 3 | Q. In what respect? |
| 10:29:09 | 4 | A. It would have had the wrong |
| 10:29:10 | 5 | liability limits. |
| 10:29:12 | 6 | Q. Again, that would be |
| 10:29:14 | 7 | McKnight's error? |
| 10:29:16 | 8 | A. Correct. |
| 10:29:16 | 9 | MR. TINDAL: Object to the |
| 10:29:17 | 10 | form. |
| 10:29:17 | 11 | Q. Ms. Fitzgerald, do you have |
| 10:29:19 | 12 | any reason to quarrel with my |
| 10:29:21 | 13 | characterization of what happened as being |
| 10:29:23 | 14 | an error or mistake by Joe McKnight? |
| 10:29:27 | 15 | A. I don't understand your |
| 10:29:29 | 16 | question. |
| 10:29:29 | 17 | Q. I have called it an error and |
| 10:29:31 | 18 | a mistake in your deposition today, and |
| 10:29:34 | 19 | that's what, I think, has been said in |
| 10:29:36 | 20 | some other depositions, but do you have |
| 10:29:38 | 21 | any reason to believe that there was |
| 10:29:43 | 22 | something intentional about what |
| 10:29:46 | 23 | transpired, even a fraud by Mr. McKnight |

## FREEDOM COURT REPORTING

Page 76

| | | |
|---|---|---|
| 10:29:51 | 1 | or anybody else toward Progressive?  Do |
| 10:29:56 | 2 | you understand that? |
| 10:29:58 | 3 | A.    Not to my knowledge with the |
| 10:29:59 | 4 | information I have. |
| 10:30:01 | 5 | Q.    Okay.  I mean, is the |
| 10:30:03 | 6 | characterization of it being a mistake or |
| 10:30:05 | 7 | an error, is that accurate as far as you |
| 10:30:08 | 8 | know? |
| 10:30:10 | 9 | A.    Sure. |
| | 10 | (Whereupon, an off-the-record |
| | 11 | discussion was held, at which time the |
| | 12 | following proceedings were had and done:) |
| 10:31:01 | 13 | Q.    (By Mr. Haynes)  Ms. |
| 10:31:02 | 14 | Fitzgerald, would you please give me the |
| 10:31:03 | 15 | names of all of your relatives residing in |
| 10:31:06 | 16 | Pike County, Alabama? |
| 10:31:07 | 17 | A.    I don't have any. |
| 10:31:09 | 18 | MR. HAYNES:  That's all I |
| 10:31:09 | 19 | have.  Thank you. |
| 10:31:11 | 20 | MR. BRADFORD:  You do talk |
| 10:31:12 | 21 | funny. |
| 10:31:15 | 22 | MR. TINDAL:  Have you got |
| 10:31:16 | 23 | questions? |

## FREEDOM COURT REPORTING

| | | |
|---|---|---|
| 10:31:16 | 1 | MR. BRADFORD:  No. |
| 10:31:17 | 2 | REEXAMINATION BY MR. TINDAL: |
| 10:31:18 | 3 | Q.    I've just got a couple of |
| 10:31:20 | 4 | follow-ups on this producer agreement. |
| 10:31:21 | 5 | Looking at Article VIII, the |
| 10:31:25 | 6 | indemnification, this indemnification |
| 10:31:28 | 7 | agreement goes both ways, correct? |
| 10:31:45 | 8 | MR. BRADFORD:  Object to the |
| 10:31:46 | 9 | form.  I'll let her answer, but I think it |
| 10:31:48 | 10 | will speak for itself, as Randy Lyons |
| 10:31:51 | 11 | would say. |
| 10:32:03 | 12 | A.    It does speak of what we would |
| 10:32:05 | 13 | hold them harmless for and they would hold |
| 10:32:08 | 14 | us. |
| 10:32:43 | 15 | MR. TINDAL:  Okay.  Thank you. |
| | 16 | (Whereupon, an off-the-record |
| | 17 | discussion was held, at which time the |
| | 18 | following proceedings were had and done:) |
| 10:32:56 | 19 | EXAMINATION BY MR. LYONS: |
| 10:32:57 | 20 | Q.    I'm Randy Lyons.  I represent |
| 10:32:59 | 21 | Riverside Turf.  Ms. Fitzgerald, I just |
| 10:33:03 | 22 | have a couple of things I want to ask you |
| 10:33:05 | 23 | about. |

# FREEDOM COURT REPORTING

| | | |
|---|---|---|
| 10:33:05 | 1 | The software that's used in |
| 10:33:08 | 2 | the computer program when the agent takes |
| 10:33:09 | 3 | in the application, does that software |
| 10:33:11 | 4 | have any -- was that software first, was |
| 10:33:14 | 5 | it put together or written by Progressive, |
| 10:33:18 | 6 | or do you know? |
| 10:33:19 | 7 | A.    Yes, it is Progressive's. |
| 10:33:21 | 8 | Q.    Okay.  And, you know, it's my |
| 10:33:24 | 9 | understanding that when they go through |
| 10:33:26 | 10 | and fill out this application they fill |
| 10:33:28 | 11 | out certain forms that would show that |
| 10:33:31 | 12 | this truck was going to be used in |
| 10:33:33 | 13 | interstate commerce and it was going to |
| 10:33:34 | 14 | have certain loads and things like that. |
| 10:33:37 | 15 | Are you -- is that your understanding? |
| 10:33:38 | 16 | MR. BRADFORD:  Object to the |
| 10:33:39 | 17 | form of that. |
| 10:33:41 | 18 | Q.    Well, what is your |
| 10:33:42 | 19 | understanding -- let me ask you this:  If |
| 10:33:44 | 20 | it's an over-the-road truck for a |
| 10:33:47 | 21 | commercial policy, does this policy -- |
| 10:33:49 | 22 | does this software take down information |
| 10:33:53 | 23 | that you would understand or get that |

# FREEDOM COURT REPORTING

| | | |
|---|---|---|
| 10:33:54 | 1 | information by taking that down by the |
| 10:33:57 | 2 | agent in a database? |
| 10:33:59 | 3 | A.    I don't really know what |
| 10:34:00 | 4 | you're asking me. |
| 10:34:03 | 5 | Q.    Okay.  Well, let me ask you |
| 10:34:05 | 6 | this question:  Does the software have |
| 10:34:07 | 7 | some type of ability to determine whether |
| 10:34:10 | 8 | the policy limits that have been requested |
| 10:34:13 | 9 | are sufficient for DOT guidelines or |
| 10:34:16 | 10 | Federal motor carrier guidelines? |
| 10:34:19 | 11 | A.    Only if you're requesting to |
| 10:34:22 | 12 | have a filing for the state or the |
| 10:34:27 | 13 | Federal. |
| 10:34:28 | 14 | Q.    Okay.  So, if you're not |
| 10:34:29 | 15 | asking for some type of filing, then it |
| 10:34:32 | 16 | doesn't have something to pick up to say |
| 10:34:34 | 17 | this person should have $750,000 and he's |
| 10:34:38 | 18 | only requested 300,000? |
| 10:34:40 | 19 | A.    That's correct. |
| 10:34:45 | 20 | MR. LYONS:  Okay.  I think |
| 10:34:45 | 21 | that's all I have.  Thank you, ma'am. |
| 10:34:48 | 22 | MR. HOLTSFORD:  Alex Holtsford |
| 10:34:52 | 23 | has no questions at all. |

## FREEDOM COURT REPORTING

|  |  |  |
|---|---|---|
|  | 1 | (Whereupon, an off-the-record |
|  | 2 | discussion was held, at which time the |
|  | 3 | following proceedings were had and done:) |
| 10:35:01 | 4 | MR. HAYNES: I wanted to ask |
| 10:35:03 | 5 | Ms. Fitzgerald one more question. |
|  | 6 | REEXAMINATION BY MR. HAYNES: |
| 10:35:05 | 7 | Q. Ms. Fitzgerald, the |
| 10:35:06 | 8 | information submitted to Progressive and |
| 10:35:08 | 9 | which was contained in Progressive's |
| 10:35:12 | 10 | documents and the Progressive database |
| 10:35:14 | 11 | reflects that the trips to be taken by |
| 10:35:20 | 12 | Ricky Lane would be 300 miles or less. Do |
| 10:35:23 | 13 | you recall that? |
| 10:35:25 | 14 | A. Yes. |
| 10:35:26 | 15 | Q. And do you agree with me, |
| 10:35:28 | 16 | Ms. Fitzgerald, that that by itself |
| 10:35:30 | 17 | indicates that Ricky Lane would likely be |
| 10:35:37 | 18 | trucking -- engaging in interstate |
| 10:35:39 | 19 | trucking? |
| 10:35:40 | 20 | MR. BRADFORD: Object to the |
| 10:35:42 | 21 | form. |
| 10:35:42 | 22 | A. No. |
| 10:35:45 | 23 | Q. Can you direct me to any |

# FREEDOM COURT REPORTING

Page 81

| | | |
|---|---|---|
| 10:35:49 | 1 | travels from any point in Alabama 300 |
| 10:35:55 | 2 | miles -- for 300 miles that would not |
| 10:35:58 | 3 | constitute interstate trucking? |
| 10:36:01 | 4 | A.    I don't really know. |
| 10:36:02 | 5 | Q.    I mean, I suppose we could get |
| 10:36:04 | 6 | a ruler out and go to one corner of |
| 10:36:08 | 7 | Alabama to the other, but I don't -- do |
| 10:36:12 | 8 | you agree at least that 300 miles would be |
| 10:36:15 | 9 | indicative of or suggestive of interstate |
| 10:36:18 | 10 | trucking? |
| 10:36:19 | 11 | MR. BRADFORD:  Object to the |
| 10:36:19 | 12 | form. |
| 10:36:19 | 13 | A.    Not necessarily, no. |
| 10:36:22 | 14 | Q.    Now, you must have been reared |
| 10:36:23 | 15 | in Texas or Alaska; is that right? |
| 10:36:28 | 16 | A.    Ohio. |
| 10:36:33 | 17 | MR. HAYNES:  Okay.  I believe |
| 10:36:33 | 18 | that's all.  Thank you. |
| | 19 | |
| | 20 | FURTHER DEPONENT SAITH NOT |
| | 21 | |
| | 22 | |
| | 23 | |

# FREEDOM COURT REPORTING

1        C E R T I F I C A T E

2

3   STATE OF ALABAMA:

4   JEFFERSON COUNTY:

5

6        I hereby certify that the above and

7   foregoing deposition was taken down by me

8   in stenotype, and the questions and answers

9   thereto were reduced to typewriting under

10  my supervision, and that the foregoing

11  represents a true and correct transcript of

12  the deposition given by said witness upon

13  said hearing.

14       I further certify that I am neither of

15  counsel nor kin to the parties to the

16  action, nor am I in any way interested in

17  the result of said cause.

18

19

20

21                    *Carol J. Beyer*

22

23

**367 VALLEY AVENUE**
**(877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397**

FREEDOM COURT REPORTING

## A

**Abbeville** 62:6
64:4
**abide** 18:18
**ability** 79:7
**able** 20:23
22:17 68:14
**acceptable**
18:17,21
24:15,21,23
25:11
**accident** 56:14
**accord** 52:7
**accurate** 66:16
76:7
**acting** 7:2
**action** 1:5 8:11
**acts** 72:4
**added** 41:15,20
**address** 35:8,10
36:23,23
37:15,16,17
38:1 42:12
44:9
**addresses** 37:12
**administrativ...**
61:11
**afford** 70:12
**agency** 1:7
28:23 30:9
45:2 64:4,17
72:14 74:6,8
**Agency's** 67:5
**agent** 17:8
18:22 19:16
22:11 24:1,20
25:7 35:15
37:5,18 45:2
48:7 52:9,19
53:19 58:21
59:4,23 60:12
62:6,7 66:6
67:11,17 69:8
70:7,8 71:11

71:17 72:2
78:2 79:2
**agents** 16:11
18:5 22:15
56:6 59:2
62:18 67:19
**agent's** 37:2,3
37:15
**ago** 8:6 11:21
13:6
**agree** 17:3
59:16,22 60:1
64:21 80:15
81:8
**agreed** 1:13 2:2
2:10,20 72:2
72:18
**agreement** 5:13
19:10,17
34:23 62:22
63:23 64:23
67:9 69:19
71:21 77:4,7
**agreements**
72:9
**ahead** 19:22
40:11
**Airport** 66:18
**al** 1:7
**Alabama** 1:1
3:6,11,15,19
4:4,8,13 7:2
42:2 62:6 64:5
64:13,19
76:16 81:1,7
**Alabama/Au...**
66:14
**Alaska** 81:15
**albeit** 61:8
**Alex** 4:1 79:22
**Alexander** 3:15
**Alice** 1:10,17
5:3 7:10,14
9:4 16:10,22

**allegations**
15:23
**amount** 34:11
58:22 68:4
**answer** 9:23
15:19 60:17
60:21 73:1
77:9
**answers** 9:17
**anybody** 76:1
**apart** 43:4,23
**apologize** 55:20
63:14
**app** 39:12
**appears** 71:23
**applicable** 67:7
71:15
**applicant** 18:22
25:21 27:12
27:19
**application**
5:11 19:6
20:13 23:21
24:2 26:10,15
35:9 36:6 78:3
78:10
**applications**
22:6,18 64:12
**applies** 20:4
**approved** 36:12
**approximately**
1:22 7:10
43:22
**area** 57:1,6
**areas** 56:20
**Arena** 13:17,19
13:20
**arises** 59:11
**Army** 70:15
**article** 63:11
64:7 66:21
67:5 71:21
73:5,17 77:5
**asked** 16:13

**asking** 9:7,14
16:4,23 21:23
22:3,4 23:16
25:15 34:5,6
58:10 62:3
79:4,15
**asset** 19:19
**assign** 2:14
**assist** 57:7
**assume** 9:22
58:20
**assuming** 35:7
54:17
**attach** 63:6
**attached** 19:11
51:15,17
**attending** 8:19
8:20 20:16
**Attorney-at-...**
3:4,9,13,18
4:2,7,11
**Auburn** 67:2
**August** 39:22
41:2 42:5,9,22
43:15,21 44:7
**authority** 18:12
64:8,11,18,22
65:5 73:6,7
74:3,9
**auto** 57:14,16
58:7,17 66:5
**automatically**
24:18
**aware** 40:14
**a.m** 1:22 7:10

## B

**B** 3:19 5:8 65:4
**back** 10:8 19:13
33:14 34:14
42:19 50:20
54:22,23 69:2
73:5
**backdate** 20:3

33:16,17
**based** 33:7 65:7
65:14
**basic** 11:20
25:5
**basis** 59:13
**Bate** 20:23 26:4
50:6
**beginning** 8:5
47:2 50:18
51:7
**believe** 8:8 15:1
18:3 21:18
35:3 42:17
53:8 56:8 58:7
59:5 65:16,22
71:4 75:21
81:17
**bet** 54:14
**better** 37:21
38:16
**bill** 35:18
**bind** 18:19,22
64:12,18 65:1
65:6 73:7
**binding** 18:11
**Birmingham**
3:6,11 7:2
66:17
**bit** 12:16 38:16
**bottom** 20:17
**box** 58:22 62:9
**BRADFORD**
3:4,5 7:19
8:13,17,22
14:6,19 15:18
15:21 17:15
19:12,15,23
21:7 24:8 26:4
28:10 30:8,15
31:22 32:3
33:15,19,22
34:2 35:4,16
38:13,20 39:6

367 VALLEY AVENUE
(877) 373-3660 BIRMINGHAM, ALABAMA (205) 397-2397

FREEDOM COURT REPORTING

39:11,18 40:8
40:12,16
42:20 43:1,7
43:13,16,19
44:4 46:8
47:10 49:12
49:17 60:16
61:1 65:9
66:15 67:3
68:11 69:7,11
69:16 72:22
73:3,16,20
76:20 77:1,8
78:16 80:20
81:11
**bring** 38:14
**brochure** 46:6
**broke** 66:13
**business** 12:2
12:21 36:3
50:17 51:8
54:13
**button** 24:4

**C**

**C** 3:1 73:18
**call** 8:8 46:5
52:7 57:6 73:3
**called** 75:17
**Canyon** 3:5
**Capital** 73:18
**card** 6:2,4
50:15 51:14
51:22 52:6,8
52:15
**cards** 5:22
50:10 52:3,18
**care** 15:18 40:9
60:17,19
**Carmichael** 4:3
**Carol** 1:18 7:1
**carrier** 79:10
**case** 8:15 28:3
**cases** 24:21

**cause** 7:11
**central** 8:4
**certain** 32:21
78:11,14
**certainly** 27:17
38:21 54:12
**certificate** 74:9
74:15,21
**certificates**
73:13,22 74:5
**certified** 38:15
39:7,12,12
**certify** 7:3
**CGL** 16:16
**change** 23:3,10
32:13 33:16
33:18 40:4
69:21
**changed** 21:23
22:20 44:9
45:21,23
61:22
**characterizat...**
75:13 76:6
**checks** 25:4
**circled** 28:13,17
29:20
**City** 3:15
**Civil** 1:5 7:4
**civilly** 61:11
**claim** 16:3
**claims** 6:1
16:23 50:16
57:6
**class** 11:22
12:22
**classes** 10:19
11:9,18 12:19
12:23
**classification**
18:7,10
**clear** 9:20 40:9
**Cleveland** 1:20
7:8 12:12,16

25:13
**clicked** 70:10
**clicks** 58:21
62:8
**close** 11:12
**collect** 64:16
**college** 10:12
**combined**
31:20
**come** 48:3
50:13,17
51:22 52:16
55:23 63:13
**comes** 25:3,7
**commencing**
1:21 7:9
**commerce**
78:13
**commercial**
57:13,16
58:17 66:5
78:21
**commission**
13:3 69:21
**Commissioner**
1:19 7:3
**companies** 58:5
**company** 1:3
3:3 29:9 40:22
44:10 45:4
53:21 59:1
60:12 61:17
61:23 62:17
**compliance** 2:5
71:8
**complies** 18:21
**comply** 61:12
67:6,12,20
**computer** 22:8
22:16,17
70:11 78:2
**computers**
34:19
**concerned** 8:12

62:17
**confirm** 47:11
**confirmation**
29:8
**consent** 74:2
**considered** 18:6
**constitute** 81:3
**contained**
62:21 80:9
**contract** 16:10
17:9 30:7
69:19
**contractor**
16:19
**contractors**
16:20
**contractual**
67:19
**copies** 38:15,17
**copy** 14:4 16:11
19:5,9 21:6
25:20 28:7,10
35:8,12 39:13
49:18
**corner** 50:22
81:6
**corporate** 55:15
**correct** 8:11,16
10:8 18:23
22:9,13,19
26:3,10 27:4,5
27:8,9 28:1
29:1 30:1 33:9
35:9,11 36:3
36:14,16,17
36:19 37:8,19
38:1,2 39:23
40:19,20,22
40:23 41:3,4
44:5,16,20,21
46:7 49:10,15
51:2 54:20
55:2,3,8,12,13
60:9 61:16

62:2 64:6 65:2
65:11 67:15
72:7 74:12,18
75:8 77:7
79:19
**correctly** 52:20
**counsel** 1:15
2:11,13 7:6
8:9,19,20 50:5
53:1
**country** 18:8
58:6
**County** 76:16
**couple** 12:22
77:3,22
**courses** 12:2,3
**court** 1:1 2:6,21
7:1,17 8:10
9:15,23 63:7,9
**Courtyard** 1:19
7:7
**cover** 29:5
51:16
**coverage** 16:16
18:19 45:20
59:18,20,22
64:12,18 65:1
65:7,14 66:8
68:5 70:13
73:9
**coverages** 46:20
67:8
**covered** 29:22
**created** 52:19
**credit** 27:3,6
**criminally**
61:12
**CROW** 4:7
**Cue** 13:16,17
13:20
**customer** 56:19
56:21 60:22
**cut** 55:20

# FREEDOM COURT REPORTING

| D | | | duty 67:11 | Exactly 67:3 |
|---|---|---|---|---|

**D** 5:1
**DANIEL** 4:7
**database** 57:10
79:2 80:10
**date** 7:3 21:14
43:9,10,12
69:11 74:19
**dated** 39:22
40:13 41:2
63:23
**dates** 42:21
**day** 1:21 7:8
43:13,17 44:3
**deal** 19:19
59:10,13
**dealing** 70:6
**dec** 32:2,4 34:3
35:17 36:21
39:13 42:10
42:14 49:18
54:10
**decision** 70:8
70:20
**declarations**
5:14,16 31:8
35:20,22
36:12 38:8
39:22 40:3
44:7,15,23
51:9,10,22
52:17 54:16
**declare** 10:21
**declared** 11:4
**Defendants** 1:8
3:8
**defendant's** 5:9
5:11,12,14,15
5:17,18,20,21
6:1,3,5 14:11
14:13 19:2,5
20:9 30:4,11
30:22 38:3
39:1 47:17

48:12 50:1
52:11 53:12
**definitely** 62:13
**degree** 10:14,16
11:13
**department**
71:1,3,5,12
**DEPONENT**
81:20
**deponent's**
14:12
**deposition** 1:10
1:15 2:3,4,16
5:10 8:4,19,21
9:11 14:4
19:11 28:9
63:7 67:1
75:18
**depositions** 2:7
75:20
**describe** 52:20
**designated** 64:3
**desk** 15:6,8
**determine**
25:10 33:8
79:7
**determining**
71:14
**development**
26:16
**Dickson** 4:6
17:19,20
**dictate** 59:8
**different** 41:9
41:13,18
42:21 50:13
58:13
**digits** 44:2,2
**direct** 80:23
**disc** 23:17
**discussion** 7:22
30:20 47:8
53:6 63:3,17
76:11 77:17

80:2
**dismissed** 19:18
**dispatch** 56:23
57:7,11,12
59:2
**DISTRICT** 1:1
1:1
**DIVISION** 1:2
**document**
14:16 20:10
20:12 21:5
31:3,5 32:12
33:7 34:7,14
38:6,12 41:17
41:22 42:16
44:14 45:18
46:4,16,19
47:22 48:17
50:7,22
**documents**
28:20 29:11
30:9 35:1,6,13
39:21 41:7
42:6 50:4
52:20,23
53:15 80:10
**dollars** 34:16
49:10 59:19
59:22 66:4,8
70:12
**DOT** 79:9
**double-check**
69:17 70:2
**download**
22:16
**drill** 9:13
**driver** 24:22
**drivers** 25:4
**driver's** 26:23
**driving** 66:3
**drop** 55:5 56:1
**due** 40:4 72:4
**duly** 7:15
**duties** 67:6

| E | |
|---|---|

**E** 3:1,1,9 5:1,8
42:2
**early** 69:2
**eastern** 8:3
**easy** 23:7 39:7
**education**
10:11 13:12
**effect** 2:5 70:1
**effective** 32:22
42:22 43:21
**eight** 15:11
**employment**
13:12
**encountered**
58:11
**endorsement**
31:23 32:23
41:11 45:8
**endorsements**
43:21 46:21
**engaging** 80:18
**English** 11:21
**entire** 11:5
30:11 32:20
34:16 57:23
**envelope** 51:12
**envelopes** 37:1
**error** 58:16
59:4,23 60:11
68:4 70:7
72:19 75:7,14
75:17 76:7
**errors** 72:5
**et** 1:7
**events** 14:1
**Everybody**
8:17
**everyone's** 8:12
**Everything's**
39:7
**evidence** 2:17

**Exactly** 67:3
**examination**
5:3,4,5 7:12
9:1 15:12
56:10 77:19
**examined** 7:15
**example** 61:7
**exclusions**
46:21
**executed** 72:13
**exhibit** 5:9,11
5:12,14,15,17
5:18,20,21 6:1
6:3,5 14:11,13
19:2,5 20:9
25:19 28:8
30:4,12,22
31:3 34:7 35:1
38:3,6 39:1,9
47:17,20
48:12 50:1
52:11 53:12
62:20 63:12
65:1 72:13
**explain** 18:15
24:4 26:19
**explains** 46:20
**extra** 19:9
25:19 28:6
**extrapolate**
33:12

| F | |
|---|---|

**fact** 66:9 69:1
**failure** 61:12
**fair** 39:14 62:15
62:18,19
66:12
**fairness** 62:16
**false** 65:8,15
**family** 56:12
**far** 8:11 11:12
25:13 62:17
76:7

# FREEDOM COURT REPORTING

**FARM** 1:7
**faulty** 65:14
**fax** 29:5 38:17
**faxed** 14:19,21
**February** 17:12
21:14 63:23
69:15
**Federal** 7:4
8:10,15 61:13
67:12 79:10
79:13
**field** 57:1 58:7
**figure** 33:12
34:19
**file** 39:8 45:7
68:23
**filing** 2:20 16:2
79:12,15
**filings** 73:22
74:4,5
**fill** 24:3 78:10
78:10
**filled** 22:6
**filling** 24:2
**finance** 40:21
44:10 45:4
53:21
**financial** 61:14
67:13 73:12
73:21 74:4
**find** 16:7 23:7
37:22 43:1
**fine** 7:19,20
23:9 39:18
**finish** 10:17
**firm** 3:5 8:14
**first** 7:15 11:8
15:11,16 41:6
42:9,15 44:1
53:2 63:1,5,11
63:22 78:4
**Fitzgerald** 1:10
1:17 5:3 7:11
7:14 9:4,5

20:8 30:14,16
31:2 56:11
59:15 61:6
63:20 65:13
68:1 70:5
75:11 76:14
77:21 80:5,7
80:16
**five** 21:22 26:1
54:7,17 55:1
**flip** 41:16 65:3
65:4
**focus** 15:5,11
**folder** 39:17
62:21
**follow** 18:13
**following** 7:13
7:23 30:21
47:9 53:7
62:13 63:4,18
76:12 77:18
80:3
**follows** 7:16
**follow-ups** 77:4
**ForAgentsOn...**
5:20 48:19
**force** 2:5 47:12
49:11,14
**foregoing** 7:5
**form** 2:12 52:7
67:22 72:21
75:10 77:9
78:17 80:21
81:12
**former** 67:2
**forms** 78:11
**forward** 37:9
**four** 11:11
30:14 52:23
53:2
**fourth** 58:7
**fraud** 75:23
**front** 26:12
28:11 41:5

51:15
**full** 2:5 9:3
**fumbling** 66:18
**funny** 76:21
**FURTHER** 2:1
2:9,19 81:20

_____

**G**

**game** 66:14
**general** 11:17
**generally** 55:16
**gentlemen** 57:5
57:8 66:19
**geographic**
58:1
**getting** 37:8
**GILLILAND**
4:2
**give** 11:17
68:14 76:14
**given** 9:10
65:20
**glad** 66:22
**glasses** 66:13
**go** 10:11 11:1
19:9,21 26:21
28:16 35:21
37:17 38:12
40:11 44:11
47:3 50:12,20
52:2 53:3,9,20
57:2,8 65:4
73:5 78:9 81:6
**goes** 24:19 35:8
51:11 73:11
77:7
**going** 8:8 9:7,14
9:15 20:7 28:7
31:3 39:8,16
47:19 50:11
52:2,15,22
63:6,13,20
70:9,11,12
78:12,13

**GRAY** 3:10
**great** 39:10
**grounds** 2:15
**group** 57:2,7,11
57:12
**guess** 22:4
**guideline** 58:14
59:1,8 60:13
**guidelines** 79:9
79:10
**Gund** 13:17,19
**G-U-N-D** 13:19

_____

**H**

**H** 5:8
**half** 10:6 11:15
11:16
**hand** 52:19
**handling** 37:11
**happened** 68:4
75:13
**happening** 56:5
**harmless** 72:3
77:13
**Haynes** 3:13,14
5:4,5 14:8
19:8 34:22
56:10,12
60:20 61:5
63:5,10,19
69:9,13 70:3,4
72:23 73:19
73:23 74:7
76:13,18 80:4
80:6 81:17
**heading** 64:7
**heard** 56:4
**heavy** 57:3
**held** 7:22 14:1
30:20 47:8
53:6 63:3,17
76:11 77:17
80:2
**HENRY** 3:18

**HIGGINS** 4:2,3
**higher** 70:22
**Highway** 42:2
**hit** 24:4
**hold** 50:20 72:2
77:13,13
**Holmes** 56:14
**Holtsford** 4:1,2
79:22,22
**home** 22:11
68:8
**honest** 61:8
62:8
**hookup** 22:10
**Hopefully**
23:17
**HORNSBY**
3:14
**human** 25:12
60:11
**hypothetical**
58:23

_____

**I**

**idea** 11:17
**identical** 41:7,8
42:15
**identification**
5:22 6:4 14:14
19:3 30:5,23
38:4 39:2
47:18 48:13
50:2,10 52:13
53:13
**II** 4:6 63:11
64:7 73:5,17
**III** 66:21 67:5
**Important** 5:17
**improper** 37:12
**inaccurate** 65:9
65:10,15
**incorrect** 37:14
75:2
**incorrectly**

FREEDOM COURT REPORTING

Page 86

37:17
increased 45:23
54:6
indemnificati...
72:1,1 77:6,6
indemnify
72:18
independent
16:18
indicates 80:17
indicative 81:9
individual
59:13
information
24:3,14 25:6,9
37:8,20 46:18
56:1 57:9 65:7
65:15,17,19
65:21 68:15
74:13 76:4
78:22 79:1
80:8
initially 33:20
input 25:9
instance 74:11
insurance 1:3
3:2 5:11,22
6:3 12:4 16:14
17:14 18:23
19:6 20:14
29:12 41:11
50:9 52:6
57:14,17 58:5
58:18 59:18
65:6 66:5 67:8
73:9,14,22
74:5,10,15
insured 35:7,14
37:7,22 40:4
45:1 46:14
47:4 48:7 51:5
53:19 61:10
61:10 68:18
insureds 35:7

37:1,20 62:19
insured's 37:16
intended 59:21
intentional
75:22
International
29:23
interrupt 20:2
interstate 78:13
80:18 81:3,9
invoice 28:23
issue 65:12
73:12,21 74:3
74:9
issued 29:12
31:15 55:11
57:10 74:15
74:21
items 15:11
it'll 24:19
——————
J
J 1:18 7:1
jacket 36:21
39:13 46:11
46:12 51:19
Jane 56:14
JEFFREY 4:10
Jinks 4:7 8:7,14
Joe 1:7 9:6 17:7
18:1 27:18
36:7,19,20
55:4 59:18
60:1 68:2 74:8
75:14
joining 17:16
17:18
JR 4:1
Julien 43:10,12
jurisdiction
67:17
——————
K
keep 39:16
Kent 10:13,15

10:17 11:2,14
11:19 12:6,11
killed 56:13,15
kind 12:19
46:18 57:9
knew 65:8
know 9:13,21
16:19 22:22
23:6 26:6
27:10 28:18
28:19,21 37:6
41:22 60:18
60:23 61:20
62:13,14,23
65:8 68:7,16
68:22 70:20
74:14 76:8
78:6,8 79:3
81:4
knowledge
15:23 45:19
56:3,7 66:11
76:3
——————
L
L 1:11 4:1
Lackey 4:15
16:1,23 60:17
68:11 71:6
ladies 66:19
lady 56:13
Lane 1:7 8:18
26:13 29:13
31:10 32:9
36:5,16 45:1
45:10 54:7,17
55:1,6 59:17
59:21 68:18
68:20 80:12
80:17
Lane's 26:9
28:9 49:3 50:5
53:1 65:14
66:2 68:5

large 55:7
57:21
largest 58:5
Larry 3:4 4:15
14:4 16:1,23
60:17 68:11
68:13 71:6
Larry's 71:4
late 74:16
law 3:5 67:12
67:16
laws 2:6 61:13
67:7,20
lawsuit 16:1
lawyer 17:3
63:21
leading 2:13
leaning 63:14
leave 12:6 13:4
left 11:14 12:11
21:5 51:2
64:15
left-hand 50:22
let's 10:10
12:15 14:23
24:1 35:19
36:4 50:20
58:20 62:20
63:5,10 65:3,4
66:20 67:4
level 70:19
71:15
liabilities 72:4
liability 16:13
58:22 61:10
66:5 74:17
75:1,5
license 26:23
licensing 71:11
71:18
lienholder
40:19 41:20
42:5 45:3 48:9
53:21

limit 31:21
49:15
limits 25:1
27:14,22,23
29:16 31:18
32:9 46:15
49:2,4,5,16
54:6 55:5,12
58:23 67:13
71:15 74:18
75:1,5 79:8
line 8:9 60:21
listed 40:18,22
46:15
little 12:13,16
38:16
LLOYD 3:10
loads 78:14
locally 14:1
long 10:4 11:21
12:17 17:7
18:13,20
55:10
look 14:23 17:9
23:8 24:14
25:18 26:22
28:12,18 29:4
34:14 38:15
43:4,7 49:16
54:10 57:2,8
62:20 63:5,11
66:20 67:4
71:22
looking 21:4
26:2,14 29:19
34:7,17 39:21
40:17 42:16
54:22 63:22
77:5
looks 25:10
27:3 46:5
48:21 73:18
loss 41:14,19
74:10

**FREEDOM COURT REPORTING**

| | | | | |
|---|---|---|---|---|
| **Lynn** 8:7 | 7:7 | **miles** 80:12 | **Nathan** 4:6 | 67:19 |
| **Lyons** 3:17,18 | **Mary** 1:10,17 | 81:2,2,8 | 17:20 | **obtaining** 11:13 |
| 5:5 77:10,19 | 5:3 7:10,14 | **million** 27:14 | **necessarily** | **obviously** 18:16 |
| 77:20 79:20 | 9:4 16:9,22 | 27:22 29:17 | 81:13 | **occasion** 68:2,9 |
| | **math** 11:21 | 29:22 31:20 | **necessary** 2:10 | **October** 32:4,8 |
| **M** | 34:13,17 | 32:10,15 | **need** 18:18 | 33:3,5 34:12 |
| **Main** 3:14 | **matter** 59:10 | 34:16 46:1,2 | 19:12 30:6,12 | 45:15,16,16 |
| **major** 10:21 | 62:17 | 49:6,10 54:7 | 62:23 | 54:5,18 |
| 11:4 | **matters** 15:12 | 55:5,12 59:19 | **needed** 16:7 | **offered** 2:16 |
| **making** 62:14 | 68:22 | 59:21 66:4,8 | **net** 50:17 | **office** 8:7 22:12 |
| **manage** 56:23 | **maximum** | 66:10 70:12 | **never** 43:6 | 36:7 68:8 |
| 57:11,13 | 27:12 | 74:17,23 | 48:17 66:3,9 | **off-the-record** |
| **manager** 56:19 | **ma'am** 9:2 17:4 | **million-dollar** | **new** 36:3 50:17 | 7:21 30:19 |
| 56:22 | 57:20 79:21 | 34:11 49:15 | 51:7 | 47:7 53:5 63:2 |
| **manually** 52:7 | **McKNIGHT** | 54:19 | **Nine** 49:21,22 | 63:16 76:10 |
| **March** 19:6 | 1:7,7 9:6 17:7 | **mine** 14:8 | **NIX** 4:2 | 77:16 80:1 |
| 22:21 23:12 | 18:1 20:18,18 | **minimum** 27:11 | **NORTHERN** | **oh** 15:14 24:13 |
| 28:4 31:12,13 | 20:19,19,19 | 67:13 | 1:2 | 26:6,13 33:23 |
| 33:5,14 34:12 | 20:20,20 26:2 | **minutes** 8:5 | **notice** 2:20 5:10 | 43:18 54:14 |
| 36:5 38:7 | 27:18 28:23 | **mistake** 58:16 | 5:17,19 14:5 | 65:7 |
| 44:15,19 | 36:19,20 38:6 | 58:19,21 61:7 | 42:20 48:2 | **Ohio** 1:20 7:8 |
| 45:10,11 49:9 | 45:2 47:20,21 | 61:8,8 62:8 | **noticed** 8:4 | 62:7 81:16 |
| 54:2,2,23 | 48:15 55:4 | 70:7 75:14,18 | **notification** | **okay** 9:8,9 10:2 |
| 74:16,20,22 | 59:18,20 60:1 | 76:6 | 45:5 | 10:3,7,20,23 |
| **mark** 3:9 8:2 | 64:4,17,22 | **Montgomery** | **November** 1:21 | 12:10 13:21 |
| 9:6 14:10 19:5 | 67:5 68:2,9 | 3:19 4:4,13 | 7:9 | 13:23 14:22 |
| 19:8,22 30:6 | 69:1,10 72:14 | **months** 26:18 | **number** 1:5 | 15:4 17:6,23 |
| 30:11 38:5,13 | 72:17,19 74:8 | 26:19 27:1 | 26:5 27:12 | 19:15,21 |
| 38:18,21 39:4 | 74:8 75:14,23 | **morning** 43:2 | 34:23 35:1 | 21:20 23:1,5 |
| 40:8 47:11,20 | **McKnight's** | **MORRIS** 3:14 | 49:20 50:16 | 23:19 25:2 |
| 48:14 52:15 | 36:7 75:7 | **mother** 56:14 | **numbers** 20:17 | 26:14 29:21 |
| 52:18 53:10 | **mean** 18:15 | **motor** 79:10 | **Numeral** 73:17 | 32:5 33:3 34:6 |
| **marked** 14:14 | 20:1 21:9 25:5 | **moved** 21:2 | | 34:21 36:9,10 |
| 19:3 20:8 | 33:15 34:2,19 | 32:10 | **O** | 36:22 37:4 |
| 21:19 25:19 | 41:6 55:19 | **multi-page** | **O** 1:11 | 40:16 44:18 |
| 28:8 30:5,23 | 61:1,6 68:12 | 63:12 | **Object** 67:21 | 46:3 47:15 |
| 31:2 38:4 39:2 | 76:5 81:5 | **municipal** 74:6 | 72:20 75:9 | 49:19 50:20 |
| 47:18 48:13 | **means** 26:20 | | 77:8 78:16 | 51:21 55:21 |
| 50:2 52:12 | 43:9 | **N** | 80:20 81:11 | 57:22 58:4 |
| 53:13 | **meeting** 14:20 | **N** 1:11 3:1 4:8 | **objected** 16:4 | 59:7,15 60:20 |
| **marketing** | **menu** 55:5 56:2 | 5:1 | **objection** 14:7 | 61:5 62:16,20 |
| 10:22,23 11:5 | **message** 29:7 | **name** 9:3,5 | **objections** 2:11 | 64:15,21 |
| 11:9 12:23 | **mid** 74:16 | 14:12 56:11 | 2:14 | 65:12,19,23 |
| **Marriott** 1:19 | **MIDDLE** 1:1 | **names** 76:15 | **obligation** | 66:12,20 70:3 |

FREEDOM COURT REPORTING

70:19 71:13
71:17 72:8
74:7 76:5
77:15 78:8
79:5,14,20
81:17
**old** 23:13,16
**older** 69:23
**omissions** 72:5
**online** 22:10
**on-screen** 22:18
**opposed** 35:18
**oral** 7:12
**order** 18:18
21:3 44:12
**outside** 45:4
**overlapped**
13:7
**Overruled**
72:22
**over-the-road**
78:20
**O'CONNOR**
4:12

———————
**P**
**P** 1:11 3:1,1
**package** 51:23
**page** 5:2,14,16
14:18 15:10
21:1,1 26:12
26:15 31:8
32:4 34:3
35:20,22
36:12 38:8
39:13,22 40:3
40:18 41:17
41:18 42:10
42:14,15 43:8
44:8,15,23
51:9,10,22
52:17 54:10
54:16 63:12
71:21 73:5

**pages** 36:21
41:5,6 46:6
50:12 52:23
53:3
**paid** 55:10
**pair** 66:17
**paper** 51:13
**paragraph** 65:4
73:15
**part** 57:17 72:5
**participating**
67:1
**particular** 27:7
67:17 73:15
**parties** 1:14
2:14 8:10 16:9
**pay** 70:14,16
**payee** 41:14,19
74:10
**people** 20:15
25:17
**period** 31:12
32:21 33:9,20
53:23
**person** 15:22
60:22 71:10
79:17
**phone** 20:16
**photocopies**
52:5
**pick** 79:16
**picked** 66:17
**picture** 51:1
**piece** 51:13
**Pike** 76:16
**Place** 3:10
**Plaintiff** 1:4
**player** 67:2
**please** 9:3,21
17:11 26:20
31:7 48:1
76:14
**point** 26:16
27:7 63:21

81:1
**points** 24:22
25:20,23
26:22 27:12
27:20 54:7,18
55:1
**policies** 18:2
22:7 46:21
69:2
**policy** 20:3
27:14,21,23
29:13,16,22
31:15,19
32:10 33:4,20
34:12 35:20
35:23 36:6,12
36:21 39:13
44:17 45:9
46:11,12 47:1
47:11 48:20
49:3,9 50:18
50:18 51:6,16
51:18,19,21
52:16 54:6,19
55:7,12 58:14
62:4,9 78:21
78:21 79:8
**policy's** 49:11
**poor** 66:3
**position** 37:22
**possible** 18:1
21:15
**possibly** 61:11
**Prairie** 4:8
**premium** 40:21
44:10 45:4
53:21
**premiums**
32:17,20 33:8
33:13 34:11
34:15 55:11
64:16
**prepared** 21:17
**present** 4:15

28:4
**pretty** 25:5
**printed** 45:15
48:22
**prior** 2:17 18:2
74:2
**probably** 11:6,8
11:15 12:8,18
15:6,8 16:6
59:12 71:10
**problem** 17:22
30:10
**procedure** 7:5
60:12 61:18
**proceed** 58:16
59:3,9
**proceedings**
7:13,23 30:21
47:9 53:7 63:4
63:18 76:12
77:18 80:3
**procuring**
58:17
**produced** 35:1
50:4
**producer** 5:13
19:10 34:23
62:21 64:3
69:19 72:9
77:4
**producers** 18:5
63:23 64:23
71:20
**profits** 16:5
**program** 78:2
**Progressive** 1:3
3:2 6:1 10:5
13:8 16:5 17:8
18:2,5 21:20
22:7 23:12
24:9,10,11,13
25:4 29:12
31:15 32:10
35:6 36:22

37:11,15,23
42:6 48:4
55:16 56:5,18
58:4,14,15
59:9 60:14
61:19 62:4,10
62:11 65:20
67:18 69:2,4
70:8 72:3,14
72:18 76:1
78:5 80:8,10
**Progressive's**
22:11 27:2,10
27:20 48:22
54:8 78:7 80:9
**prorated** 33:2
34:10
**ProRater** 21:17
21:21 54:8
**provide** 64:11
**provided** 35:10
**provision** 72:1
72:9
**publicly** 16:6
**pull** 16:20 20:6
22:17 47:14
**punch** 51:16
**purchase** 19:19
27:23
**pursuant** 7:4
64:23 67:8
**put** 14:17 26:11
35:8 37:17
39:5,8,16
42:18 67:18
78:5
**puts** 37:15
**putting** 14:12

———————
**Q**
**qualified** 54:19
55:7 66:4,9
**qualify** 27:13
27:21

367 VALLEY AVENUE
(877) 373-3660 BIRMINGHAM, ALABAMA (205) 397-2397

FREEDOM COURT REPORTING

| | | | | |
|---|---|---|---|---|
| quarrel 38:14 | 41:11 65:8,23 | 53:16,17 54:1 | 45:1,10 49:3 | rule 59:8 60:13 |
| 68:12 75:12 | 75:12,21 | renewed 49:9 | 50:5 53:1 54:7 | 61:3,23 |
| question 9:19 | reasons 37:14 | rephrase 9:21 | 54:17,23 55:6 | ruler 81:6 |
| 9:22 60:19 | recall 80:13 | reporter 2:21 | 59:17 65:13 | rules 2:6 7:4 |
| 61:20 75:16 | receive 35:12 | 7:2,17 9:15 | 66:2 68:4,20 | 18:14,16,22 |
| 79:6 80:5 | 36:20 42:5,8 | 10:1 63:8,9 | 80:12,17 | 20:2,4 59:6 |
| questioning | 42:10 48:9 | reports 73:13 | right 10:4,10 | 61:13 62:14 |
| 65:20 | 51:6 64:12 | represent 9:6 | 11:7 12:15 | |
| questions 2:12 | received 44:22 | 56:12 77:20 | 13:1,4,11 14:3 | **S** |
| 2:13 9:7,14 | 52:23 | representative | 15:4 17:2,11 | S 1:11,11 3:1,13 |
| 56:15 68:17 | receives 45:5 | 55:16 | 17:21 20:17 | 5:8 |
| 76:23 79:23 | 46:13 | reps 57:6 | 21:15 22:8,12 | SAITH 81:20 |
| quote 6:5 53:16 | recognize 20:10 | requested | 22:18 24:17 | sale 67:8 |
| 53:17 73:14 | 28:20 31:5 | 15:13 79:8,18 | 25:8,11 26:12 | salesclerk 13:3 |
| quotes 64:11 | 38:9 47:22 | requesting | 28:12 29:10 | Sandusky 62:6 |
| | 61:6 | 79:11 | 29:20 31:16 | saw 69:6 |
| **R** | record 8:3 9:3 | requirements | 32:1,6,16 36:4 | saying 33:18 |
| R 3:1,4 | 30:18 47:6 | 27:11 | 36:8,8,13 | says 21:5 26:16 |
| RANDALL | 53:4 66:3 | residing 76:15 | 39:15,20 40:2 | 26:18 28:23 |
| 3:13,17 | Reexamination | respect 68:18 | 40:11 41:16 | 41:22,23 |
| Randy 56:12 | 5:4,5 77:2 | 75:3 | 42:4 44:4,11 | 45:20 48:19 |
| 60:16 77:10 | 80:6 | respective 1:15 | 44:14 45:22 | 60:13 65:5 |
| 77:20 | referring 28:18 | respond 60:14 | 46:12 49:14 | 73:20 74:1 |
| rank 70:17 | 28:22 | 60:15 61:19 | 52:14,17 54:4 | scale 70:14,16 |
| rate 21:13 22:1 | reflect 32:12 | 62:5,10 | 55:14 56:23 | schedule 69:21 |
| 22:23 23:1,6 | reflecting 74:17 | responsibilities | 58:8 60:8 | scheduled 8:5 |
| 23:11,13,22 | 74:23 | 61:14 | 62:12 64:5,13 | Scott 3:19 |
| rated 65:17 | reflects 32:14 | responsibility | 64:19,20 67:4 | Sears 12:13 |
| raters 25:16 | 80:11 | 56:21 57:23 | 72:6 73:10,19 | 13:2,5,8 |
| rating 27:3,7 | regarding 59:6 | 67:14 71:14 | 73:23 81:15 | second 14:18 |
| react 58:15 | 61:4 | 73:13,21 74:4 | risk 18:17,18 | 15:10 26:15 |
| read 15:2,15 | relate 12:4 | return 36:23 | 18:21 24:15 | 40:18 41:12 |
| 41:21,23 | related 60:7 | 37:16 | 25:11 | 41:17,18 43:8 |
| 42:12 60:4 | relating 2:7 | reviewed 29:10 | Riverside 1:7 | Section 63:11 |
| 64:14 67:9 | 67:7,13 | revised 6:5 | 8:20 16:14 | see 17:10 20:23 |
| reading 2:2 | relation 59:16 | 53:17 | 42:1 45:3 66:7 | 28:14 31:4 |
| reads 41:20 | relationship | revision 21:13 | 74:10,16 | 34:14 50:12 |
| really 11:22 | 16:9 | 22:1,23 23:2,6 | 77:21 | 63:1 64:1,8 |
| 20:4 29:3 | relatives 76:15 | 23:11,13,22 | Road 3:5 4:3 | 73:4,8,15 |
| 42:21 61:3 | remember | Reyer 1:18 7:1 | Roebuck 12:14 | seeing 30:13 |
| 79:3 81:4 | 11:22 | Ricky 1:7 8:18 | 13:2,5,9 | 68:23 |
| reared 81:14 | renewal 5:19 | 26:9,13 28:8 | Roman 73:17 | seen 14:16 29:3 |
| reason 14:17 | 6:5 44:17 47:2 | 29:13 31:10 | RR 21:5,12 | 43:6 48:17 |
| 16:2 37:10 | 47:13 48:2 | 32:9 36:5,16 | 54:9 | 69:16,18 |

**367 VALLEY AVENUE**
**(877) 373-3660  BIRMINGHAM, ALABAMA  (205) 397-2397**

# FREEDOM COURT REPORTING

selected 55:4
  56:1
sell 16:16
semesters 12:18
send 37:11
sends 35:6
sense 9:20
  24:15 37:13
sent 14:5 24:14
  35:13 36:1,13
  37:1,23 40:4
  42:11 45:12
  45:14,16,18
  46:22,23 48:6
  51:4 53:18
service 6:2
  56:19,21
  60:22
sheet 34:20
  35:17 49:18
sheets 29:5
Shorterville
  42:2
show 20:8 28:7
  43:2 45:6 49:2
  50:11 52:22
  54:15 78:11
showing 31:12
shows 34:10
side 51:2
sideways 50:23
signature 2:2
signed 17:10
similar 58:11
single 31:20
sir 63:9
situation 55:22
  58:12,23
  59:11,17
  60:11 62:5
  70:5
six 27:19
SLATEN 4:12
slightly 58:13

small 57:21
SMITH 4:10
software 21:16
  21:17,21,22
  22:8,15,20
  23:3,11,16
  24:17,18
  25:10,15,16
  27:3 78:1,3,4
  78:22 79:6
sold 17:13 18:1
solicit 64:11
somebody
  26:22
soon 8:8
sorry 15:7
  17:20 21:10
  41:21 71:7
  74:19
South 3:10
sp 43:10,12
speak 77:10,12
speaking 55:17
specialist 57:1
  71:9
specialized 57:5
  57:13
Specialty 1:3
  3:2 56:18
Springs 4:8
  17:20
Stacy 71:8
staff 68:3,10,19
stamp 26:4
stamped 50:6
stamping 21:1
stand 63:20
standard 72:8
  72:12
stapled 46:6
start 10:10
started 8:2 69:4
state 9:2 10:13
  10:15,17 11:2

11:14,19 12:7
  12:11,12,16
  42:1 64:18
  67:12 73:11
  74:6 79:12
states 1:1 58:1
  58:3,15 64:10
  64:17 67:6
  73:6
stick 70:9
sticker 14:17
stipulate 49:12
  66:22
STIPULATED
  1:13 2:1,9,19
  7:7
stipulation 7:5
stipulations
  7:18
Street 1:20 3:14
  3:19 4:8,12
style 30:14
subject 61:9
submitted 36:7
  36:11 80:8
subsequent
  19:16 69:8,20
subvert 66:7
sufficient 79:9
suggested 66:2
suggestive 81:9
Suite 3:5,10,19
  4:3
summary 48:20
suppose 81:5
sure 26:11 37:7
  62:14 76:9
Swansinger
  71:8
sweeper 57:4
sworn 7:15
system 27:20
  54:8,9 66:7

|         T         |
| T 1:11,11 3:17 |
  5:8
tab 20:6
take 10:7,19
  12:3,20 57:9
  78:22
taken 1:18
  80:11
takes 78:2
talk 12:15
  15:16 35:19
  52:3 68:2,9,19
  76:20
talking 23:2
  24:8 35:16
  36:8
Tallapoosa
  4:12
team 59:3
telephone 3:17
  4:1,6,11
tell 15:21 20:16
  21:16 24:19
  24:20 25:20
  31:4 32:16,19
  38:7 42:23
  44:6 45:7 46:9
  48:18 50:7
  53:1,2 56:20
  59:2 60:23
  67:17
telling 41:10
  66:7
tells 41:14
term 47:1 51:7
terminology
  46:7
terrible 50:23
territory 58:2
testified 7:16
  27:18 59:20
  69:3
testify 16:10

testimony 60:5
Texas 81:15
thank 20:21
  30:3 34:21
  42:18 46:3
  76:19 77:15
  79:21 81:18
thereto 2:17
thing 25:6 40:9
  62:12
things 64:16
  77:22 78:14
think 11:10,20
  16:15 17:13
  18:1 19:17,18
  30:10 40:12
  47:11 55:15
  59:12 62:11
  75:19 77:9
  79:20
third 43:5 44:7
thought 27:19
  60:20 69:3
three 11:3,5,11
  21:11 35:3,4
  40:13 43:3,20
  43:22 44:2
  73:18
throw 23:15
Throwing
  66:15
till 33:5
time 2:15,16
  7:22 8:3,4
  11:21 25:21
  27:8,16 30:20
  32:21 33:9
  34:14,16 36:2
  47:8 53:6
  54:23 55:1
  63:3,17 70:1
  76:11 77:17
  80:2
times 50:14

# FREEDOM COURT REPORTING

55:14
Tindal 3:9 5:3,4
7:20 8:1,2,16
8:18 9:1,6
14:3,10,15,22
15:3,20 17:2
17:17,21,23
19:4,21 20:7
30:6,13,17
31:1 32:5,7
33:17,21,23
34:5 35:3,5
38:5,18 39:3
39:10,15,20
40:11,14,17
42:23 43:5,14
43:18 44:1,6
47:6,15,19
48:14 49:20
50:3 52:14
53:10,14 56:8
58:10 67:21
69:14 72:20
75:9 76:22
77:2,15
title 56:17
today 9:8 72:10
75:18
told 13:13
61:23
Tommy 66:23
top 21:5 28:12
29:20 50:21
track 8:6
tractor 29:23
tractors 57:3
traded 16:6
trailers 57:3
transcript 2:21
transpired
75:23
travels 81:1
trial 2:15
trick 66:1

tried 66:6
trips 80:11
truck 57:4
78:12,20
trucking 57:17
80:18,19 81:3
81:10
trucks 57:19,21
57:21
true 8:22 65:1
66:10
try 66:1
trying 8:6
Turf 1:7 8:20
16:14 42:1
45:3 74:11,16
77:21
turn 50:23
Twelve 13:6
two 12:18 35:21
41:5 44:1
50:11 52:3,20
two-page 31:2
50:6
type 20:3 24:23
79:7,15
typed 52:8
types 11:18

___ U ___
U 1:11
ultimately
70:20 72:17
unacceptable
18:17
understand
9:17 12:1 32:6
48:16 61:15
75:15 76:2
78:23
understanding
17:7 18:4 22:5
22:14 23:20
29:11,15 32:8

40:3 49:8 54:5
72:16 78:9,15
78:19
understood
10:1
underwriting
16:21 23:20
24:5 25:14
Union 4:8 17:20
United 1:1
57:23 58:3
University
10:13
unwritten 59:7
61:18 62:4,9
upload 22:16
24:4
use 36:22 37:2
uses 18:6 37:3
usher 13:22,23
Usual 7:17
U.S 58:6

___ V ___
vehicle 24:23
40:5 41:20
51:2
vehicles 16:15
16:16 57:18
version 21:16
21:19,21
VIII 71:21 77:5
VS 1:5

___ W ___
W 1:20 4:10 7:7
waived 2:4,22
want 14:8 15:4
15:11 25:1
39:4,5 58:12
77:22
wanted 59:19
80:4
wants 62:12
way 9:21 10:20

22:5 28:16
33:14 34:18
39:11 58:13
63:15 73:4
ways 77:7
website 48:23
WEBSTER
3:18
week 14:20
43:4,23
welcome 38:21
went 12:12
59:17
we'll 9:22 14:10
15:16 19:15
49:12 52:18
53:10 59:10
59:13
we're 16:2 25:7
39:15 63:6,22
70:6,9,11,11
we've 8:6 14:11
20:23 33:22
34:2 39:21
49:17
WHITEHEAD
3:10
witness 2:3 5:2
7:11 15:1
19:14 32:1
38:23 43:11
44:5 49:19
53:8 61:2 74:1
wonder 48:17
69:22
work 13:16
15:9
worked 12:13
working 13:8
works 71:11
worth 59:22
66:4 70:12
wouldn't 16:17
23:15 67:14

write 69:1
writing 12:22
69:4
written 9:23
59:6 61:3,23
74:2 78:5
wrong 38:1
55:23 58:22
62:8 75:4

___ X ___
X 5:1,8

___ Y ___
Yeah 17:19
30:15 32:3
33:21 35:19
61:1 69:7
year 11:15,16
29:13 31:11
32:20 33:4
43:15,17 44:2
44:3 45:9
Yearout 66:23
years 10:6 11:1
11:5 13:6
21:22
y'all 35:2

___ Z ___
zero 21:10

___ $ ___
$1 27:14,22
29:16,22
32:10 49:5
55:5,12 74:17
74:23
$300,000 70:10
$500,000 27:23
$750,000 79:17

___ 0 ___
004 26:6
0077 38:7

# FREEDOM COURT REPORTING

**0078** 38:11
**0079** 38:12
**0094** 20:18 26:3
  26:7,8
**0095** 20:18
**0096** 20:19
**0097** 20:19
**0098** 20:20
**0099** 20:20
**01** 41:14
**0100** 20:20
**02** 22:2
**02/03** 21:6,12
**03** 21:14 22:2
  74:20,22
**03223** 43:8
**04** 32:4
**05** 47:13
**06** 47:13

---
**1**
**1** 5:9 14:11,13
  21:1 28:8
**1-800-Progre...**
  50:16 51:1
**10** 6:1 28:13
  31:13,13
  34:12 38:7
  42:2 44:19
  45:10 52:11
  52:15 54:2,2
  54:23
**10th** 33:5 45:11
**100** 3:5
**105** 4:12 47:21
**106** 47:21
**11** 6:3 52:12,18
**11969** 42:1
**12** 6:5 28:21
  53:11,12
  55:18,19
  63:12 73:5
**131** 3:14
**14** 5:9 10:6 33:4

**15** 8:5 55:18,19
**150th** 1:20 7:7
**16** 32:4 34:12
  71:22
**16th** 33:5 45:16
**17th** 45:17
**19** 5:11 12:10
  29:20
**1990** 29:23
**1991** 10:8
**1992** 69:4
**1998** 17:12 18:2
  72:12

---
**2**
**2** 5:11 16:4 19:2
  19:5 20:9 21:1
  25:19
**2:05-CV-438-...**
  1:6
**20th** 3:10
**2000** 29:13
**2003** 19:7 22:21
  23:12 28:4
  36:5 38:8
  39:23 41:2
  42:5,9 43:9
  44:7 54:22,23
  74:17
**2004** 31:13 32:9
  33:14 44:15
  44:20 45:11
  54:5,18
**2005** 1:21 7:9
  31:13 33:6
  34:13 45:11
  49:10 54:2
**2006** 54:3
**2020** 3:5
**205** 3:6,11
**21st** 1:21 7:8
**219** 4:8
**22** 29:2,4
**223rd** 43:13,16

**23** 29:3,4
**23rd** 43:14
**25** 29:7
**2501** 3:10
**256** 3:15
**26** 28:17
**262-2006** 4:4
**264-9472** 3:20

---
**3**
**3** 5:12 30:4
  62:21 65:1
  72:13
**3-10-04** 34:3
**3-10-05** 34:3
**30** 5:12,14
**300** 3:10 4:3
  80:12 81:1,2,8
**300,000** 34:4
  79:18
**329-2000** 3:15
**334** 3:20 4:4,9
  4:13
**35** 26:18,19,23
**35011** 3:15
**35216** 3:6
**35223** 3:11
**36089** 4:8
**36101** 3:19
**36103** 4:4
**36104** 4:13
**36373** 42:3
**38** 5:15
**39** 5:17
**396-8882** 4:13

---
**4**
**4** 5:14 30:22
  31:3 34:8
**4001** 4:3
**418** 3:19
**4277** 1:20 7:7
**47** 5:18
**48** 5:20

---
**5**
**5** 5:15 38:3,6
  63:23 69:15
**5th** 17:12
**50** 5:21
**52** 6:1,3
**53** 6:5
**56** 5:4

---
**6**
**6** 5:17 39:1,3,9
  39:22 41:2
  42:5,22 43:21
**64** 48:15
**66** 48:16

---
**7**
**7** 5:18 47:17,20
**738-4225** 4:9
**77** 5:4,5

---
**8**
**8** 5:20 48:12,15
**8:15** 8:3
**80** 5:5
**83** 12:8
**84** 12:9
**871-7733** 3:6

---
**9**
**9** 5:3,21 50:1
**9:15** 1:22 7:10
  8:3
**90's** 69:3
**94** 69:5
**967-8822** 3:11
**98** 64:1 69:13
  69:15