BOX 94739                                CLEVELAND OH 44101-4739
s declarations page/amended declaration page with the policy jacket identified by the form 1050
l edition date 1194 completes the below numbered policy.

**PROGRESSIVE®**
COMMERCIAL VEHICLE INSURANCE

MCKNIGHT AGCY INC
203 W WASHINGTON ST
ABBEVILLE      AL  36310
334-585-5210

24-Hour Policy Service:   1-800-444-4487
24-Hour Claims Service:   1-800-274-4499
24-Hour Bill Questions:   1-800-999-8781

**COMMERCIAL AUTO POLICY DECLARATION**
**POLICY NUMBER: CA** 01722685- 0

**POLICY PERIOD:** 03/10/03 **TO** 03/10/04
**FOR NAMED INSURED**
RICKY LANE
PO BOX 85
SHORTERVILLE    AL  36373

This policy incepts the later of:
1. the time the application for insurance is executed on the first day of the policy period; or
2. 12:01 a.m. on the first day of the policy period.
This policy shall expire at 12:01 a.m. on the last day of the policy period.
The following coverages and limits apply to each described vehicle as shown below. Coverages are defined in the policy and are subject to the terms and conditions contained in the policy, including amendments and endorsements. No changes will be effective prior to the time changes are requested.

**REASON FOR ISSUANCE:** NEW BUSINESS

RICKY LANE
PO BOX 85
SHORTERVILLE    AL   36373

### AUTO DAMAGE LIMIT OF LIABILITY

| :H | YR | MAKE | MODEL | SERIAL NUMBER | LIMIT OF LIABILITY | COMP DED | FT/CAC DED | COLL DED | RADIUS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1993 | FREIG | FLA | 1FUYAPYB1PL470232 | | | | | 300 |
| 2 | 2030 | * NON OWNED | ATTACHED TRLR | NONE | | | | | 300 |

* NON-OWNED TRAILER BUT ONLY WHILE ATTACHED TO A LISTED POWER UNIT

| COVERAGES - LIMITS OF LIABILITY | PREMIUMS | | | |
|---|---|---|---|---|
| E COVERAGE IS APPLICABLE ONLY IF A PREMIUM IS INDICATED. | TOTAL | VEH 1 | VEH 2 | VEH 3 | VEH 4 |
| DILY INJURY AND PROPERTY DAMAGE LIABILITY $300,000 COMBINED SINGLE LIMIT | $3,450 | $2,841 | $609 | | |
| INSURED/UNDERINSURED MOTORIST BODILY INJURY $20,000 EACH PERSON - $40,000 EACH ACCIDENT | $44 | $44 | | | |
| PREMIUM BY VEHICLE | | $2,885 | $609 | | |
| FILING/OTHER FEES | | | | | |
| | $3,494 | TOTAL POLICY PREMIUM INCLUDES FEES | | | |

ACHMENTS IDENTIFIED BY FORM NO. (EDITION DATE)
07 (0893)    1349 (1296)    2000A (1296)    3098 (1296)    3394 (0901)    4792A (0103)

McKnight
0112

n No. 1113 (05/95)  SIGNED _____         AGENT'S COPY         Page 1 of 02         CVSE0305011205L111401

| DRV NO. | LISTED DRIVERS | DOB | LICENSE NO. | MARITAL STATUS | SR22 REQ | PTS. |
|---|---|---|---|---|---|---|
| 01 | RICKY LANE | 04/09/58 | 4539116 | M | N | 05 |
| 02 | | | | | | |
| 03 | | | | | | |
| 04 | | | | | | |
| 05 | | | | | | |

**IENHOLDER**

EH 1                                           VEH 2

EH 3                                           VEH 4

**DDITIONAL INSURED**

DDL INS 1                                      ADDL INS 2

DDL INS 3                                      ADDL INS 4

**UTSIDE PREMIUM FINANCE**

REMIUM FINANCING S
) BOX 33049
JLSA        OK 74153

## FOR COMPANY USE ONLY

| VEH | DR | VEH CLS | PERS USE | TERR NO | G/R ZIP | PIF | REN | PRF | ABS | Anti-Theft | Air Bags | Sr. Citz | STD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | H01 | N | 01 | 36373 | | | | | | | | | | |
| 02 | 01 | H20 | N | 01 | 36373 | | | | | | | | | | |

COST OF HIRE                    COMPANY      03           RATE MANUAL
BUS. TYPE                       PROGRAM                   UNIT         C2
NUMB. OF EMP.       N/A         PAY PLAN     C1          BATCH        AC0
PPA                 (     )     R/R          0203        USER ID
                                F/R          092001      DATE         03090
                                FACTOR %     100.00
                                AGENT CODE   CA 64376

Page 2 of 02

McKnight
0113

Insured: RICKY LANE
Policy: 01722685-0



## IMPORTANT NOTICE

Dear Employer,
The Driver History summary below contains important information concerning driver information used by Progressive to price your insurance. A change in premium may have occurred due to violations or accidents found on a Motor Vehicle Report (MVR) which were not reported at the time of application, when a driver was added, or during the previous term if this is a renewal policy. A driver with an MVR record that differed from the submitted information and that may have affected your rate is named below. Please provide a copy of this notice to the driver. It contains important information concerning the driver's right to obtain a copy of the MVR report and dispute its accuracy or completeness. If you have questions about your rate or the attached notice, please call us at 1-800-444-4487.

### Driver History

RICKY LANE

| Date | Description |
|---|---|
| 01/25/2001 | SAFETY VIOLATION |
| 08/27/2001 | CHARGED ACCIDENT |
| 09/18/2002 | SAFETY VIOLATION |
| 10/12/2002 | NON-CHARGED ACCIDENT |

Dear Driver,
Progressive uses your driving history to help determine the insurance rates of your employer's commercial vehicle insurance policy. A change in premium may have occurred due to violations or accidents, listed above, which appears on your Motor Vehicle Report (MVR). Your MVR is considered a consumer report. We obtained it from the following consumer reporting agency:

**Motor Vehicle Reports:**
ChoicePoint, Inc.
P.O. BOX 105108
Atlanta, GA 35348-5108
1-800-456-6004

The consumer reporting agency did not make any decisions regarding the insurance policy, and is unable to provide any specific reasons for any action that may have been taken. For 60 days after you receive this notice, you have the right, under the federal Fair Credit Reporting Act, to obtain a free copy of the consumer report and to dispute with the consumer reporting agency the accuracy or completeness of any information in it. If you have questions about this notice you may call us at 1-800-444-4487 or fax to 1-800-556-0014.

Form No. 6196 (02/02)    AGENT COPY    CVSE0215021675L619601

McKnight
0114