MCKNIGHT AGCY INC
203 W WASHINGTON ST
ABBEVILLE, AL 36310

Named Insured:

RICKY LANE
PO BOX 85
SHORTERVILLE, AL 36373

**PROGRESSIVE**

**Policy number: 01722685-1**
Progressive Specialty Insurance Company
October 16, 2004
Policy Period: Mar 10, 2004 - Mar 10, 2005
Page 1 of 2

**personal.progressive.com**
Make payments, check billing activity or check status of a claim.

**334-585-5210**
**MCKNIGHT AGCY INC**
Contact your agent during business hours.

**800-444-4487**
For policy service and claims service,
24 hours a day, 7 days a week.

# Commercial Auto Insurance Coverage Summary
## This is your Declarations Page
## Your coverage has changed

Your coverage began on March 10, 2004 at 12:01 a.m. This policy expires on March 10, 2005 at 12:01 a.m.

This coverage summary replaces your prior one. Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for an auto may not be combined with the limits for the same coverage on another auto, unless the policy contract allows the stacking of limits. The policy contract is form 1050 (11-94). The contract is modified by forms 1197 (08/93), 1349 (12/96), 1602 (08/83), 2000A (12/96), 3098 (12/96), 3394 (09/01), 8470 (12/86) and 4792A (01/03).

The named insured organization type is a sole proprietorship.

### Policy changes effective October 15, 2004

| | |
|---|---|
| Premium change: | $848.00 |
| Changes: | Coverage has been changed on your policy. |

The changes shown above will not be effective prior to the time the changes were requested.

### Outline of coverage

| Description | Limits | Deductible | Premium |
|---|---|---|---|
| Liability to Others | | | $5,520 |
| Bodily Injury and Property Damage Liability | $1,000,000 combined single limit | | |
| Uninsured/Underinsured Motorist | $20,000 each person/$40,000 each accident | | 44 |
| Comprehensive | | | 134 |
| See Schedule Of Covered Autos | Limit of liability less deductible | | |
| Collision | | | 641 |
| See Schedule Of Covered Autos | Limit of liability less deductible | | |
| **Total 12 month policy premium** | | | **$6,339** |

### Rated driver

1. RICKY LANE

Form 6489 (05/02)


Continued

E-COPY

McKnight
0103

Policy number: 01722685-1
RICKY LANE
Page 2 of 2

## Auto coverage schedule

1. **1995 International 940**
   VIN:  2HSFHAER6SC049691
   Stated Amount:  $12,000
   Garaging Zip Code:  36373
   Radius:  300

| | Liability | UM/UIM BI | | | | |
|---|---|---|---|---|---|---|
| **Liability Premium** | $4,492 | $44 | | | | |
| | Comp Deductible | Comp Premium | Collision Deductible | Collision Premium | | Auto Total |
| **Physical Damage Premium** | $1,000 | $134 | $1,000 | $641 | | **$5,311** |

2. **NON Owned Attached Trlr ***
   VIN:  NONE
   Garaging Zip Code:  36373
   Radius:  300

| | Liability | | Auto Total |
|---|---|---|---|
| **Liability Premium** | $1,028 | | **$1,028** |

* Non-Owned trailer but only while attached to a listed power unit specifically described on the declarations page

## Premium discount

| Policy | |
|---|---|
| 01722685-1 | Renewal |

## Lienholder information

We will send certain notices such as coverage summaries and cancellation notices to the following:

1. Lienholder    Auto 1    RIVERSIDE TURF
   11969 STATE HWY 10 E SHORTERVILLE, AL 36373
   1995 International 940 (2HSFHAER6SC049691)

## Outside premium finance company

PREMIUM FINANCING S
5700 N PORTLAND
OK CITY OK 73112

Form 6489 (05/02)

E-COPY

McKnight
0104