**PROGRESSIVE**

YOUNG JOHNSTON ASSOC
PO BOX 997
EUFAULA, AL 36072

Named Insured:

RICKY LANE
PO BOX 85
SHORTERVILLE, AL 36373

Policy number: 01722685-2
Progressive Specialty Insurance Company
March 3, 2005
Policy Period: Mar 10, 2005 - Mar 10, 2006
Page 1 of 2

**personal.progressive.com**
Make payments, check billing activity or check status of a claim.

**334-687-2496**
YOUNG JOHNSTON ASSOC
Contact your agent during business hours.

**800-444-4487**
For policy service and claims service,
24 hours a day, 7 days a week.

# Commercial Auto Insurance Coverage Summary

This is your revised Renewal Declarations Page

Your policy information has changed

This Renewal Declarations Page is effective only if the minimum amount due to renew your policy is received or postmarked by March 10, 2005.

Your coverage begins on March 10, 2005 at 12:01 a.m. This policy expires on March 10, 2006 at 12:01 a.m.

This coverage summary replaces your prior one. Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for an auto may not be combined with the limits for the same coverage on another auto, unless the policy contract allows the stacking of limits. The policy contract is form 6912 (02/04). The contract is modified by forms 2852AL (10/04), 4852AL (10/04), 4881AL (10/04), 1602 (08/83) and 4792A (01/03).

The named insured organization type is a sole proprietorship.

## Outline of coverage

| Description | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $5,070 |
| Bodily Injury and Property Damage Liability | $1,000,000 combined single limit | | |
| Uninsured/Underinsured Motorist | $20,000 each person/$40,000 each accident | | 45 |
| Comprehensive | | | 149 |
| See Schedule Of Covered Autos | Limit of liability less deductible | | |
| Collision | | | 719 |
| See Schedule Of Covered Autos | Limit of liability less deductible | | |
| **Total 12 month policy premium** | | | **$5,983** |

## Rated driver

1. RICKEY LANE

R. Lane
012



Continued

Form 6489 AL (05/02)

Policy number: 01722685-2
RICKY LANE
Page 2 of 2

## Auto coverage schedule

1. **1995 International 940**
   VIN: 2HSFHAER6SC049691

   Stated Amount: $12,000
   Garaging Zip Code: 36373
   Radius: 300

   Liability Premium
   | Liability | UM/UIM BI |
   |---|---|
   | $4,127 | $45 |

   Physical Damage Premium
   | Comp Deductible | Comp Premium | Collision Deductible | Collision Premium |
   |---|---|---|---|
   | $1,000 | $149 | $1,000 | $719 |

   Auto Total: **$5,040**

2. **NON Owned Attached Trlr ***
   VIN: NONE

   Garaging Zip Code: 36373
   Radius: 300

   Liability Premium
   | Liability |
   |---|
   | $943 |

   Auto Total: **$943**

* Non-Owned trailer but only while attached to a listed power unit specifically described on the declarations page

## Premium discount

| Policy | |
|---|---|
| 01722685-2 | Renewal |

## Lienholder information

We will send certain notices such as coverage summaries and cancellation notices to the following:

1. Lienholder   Auto 1   RIVERSIDE TURF
   11969 STATE HWY 10 E SHORTERVILLE, AL 36373
   1995 International 940 (2HSFHAER65C049691)

## Failure to pay renewal premium

If you do not pay the minimum amount due on or before the due date, your coverage will end on March 10, 2005. However, if your payment is received or postmarked by May 9, 2005, we will renew your policy with a lapse in coverage. Your coverage will be renewed the day after your payment is received or postmarked.

R. Lane
013

Form 5489 AL (05/02)

Policy number: 01722685-2
RICKY LANE
Page 1 of 2

## Important information about your policy

We want to let you know about some important changes to your renewal policy. The changes are included in the enclosed Commercial Auto Policy Agreement, which is sold through Progressive Specialty Insurance Company. We urge you to read it carefully.

This summary will identify some of the changes in the new policy. If you find any differences between this summary and the policy contract, please rely on the terms and conditions of the policy contract.

We have also made a number of changes to the layout of this policy and we have clarified existing provisions to make this policy easier to understand.

If you have any question about the substantive changes highlighted below, please contact Customer Services at 800-444-4487.

### Changes to General Definitions

**Auto:** The definition of "auto" more clearly defines autos with permanently attached equipment as autos.

**Mobile equipment:** The policy more clearly defines the types of equipment that are classified as mobile equipment.

**Insured auto:** We will now extend physical damage coverage to a newly acquired auto for 30 days when you have physical damage coverage on the existing policy. The level of coverage for the newly acquired auto will depend on the type of auto to be added to the policy and the level of physical damage coverage you have purchased on the existing autos.

### Changes to Part I - Liability to Others

Coverage has been broadened to include payment for clean up arising from a covered pollution damage loss and subsequent monitoring of the affected site.

We have broadened the exclusion for damage arising from the delivery of liquids into the wrong receptacle or wrong address to further exclude the wrongful delivery of solids and gases.

We have amended the exclusion for liability assumed under any contract or agreement to now provide you coverage when the contract in question is an "insured contract". "Insured contract" has been added to the general definitions section.

### Changes to Part II - Expenses for Medical Services to Insureds

This coverage is no longer included in the policy contract. This coverage is now contained in the Medical Payments Coverage endorsement in states where this coverage is available.

### Changes to Part-III - Damage to Your Auto

In this section (renumbered Part II in the policy), the co-insurance clause has been removed. This means that you no longer share in the costs of repair, except for the deductible you have chosen, if the stated amount of the insured auto has been understated.

### Changes to Part IV - General Provisions

What was previously called Part IV - General Provisions is referred to simply as General Provisions in the policy.

The policy includes a liberalization clause. If we choose to broaden your coverage at no additional cost to you, you will receive the additional coverage on the date it becomes effective in your state.

Cancellation and Nonrenewal provisions have been removed from the policy. These provisions are now included in the Cancellation and Nonrenewal endorsement. Our cancel methodology has been changed. We have eliminated the accelerated short rate calculation used in some states for insured requested cancels and/or cancellations due to nonpayment of premium, and have replaced it with a flat daily rate for all cancellation types.

R. Lane
014


Continued