# ACORD INSURANCE BINDER

Case 2:05-cv-00438-WKW-SRW   Document 77-17   Filed 11/25/2005   Page 1 of 1

**DATE:** 08/08/2003

**THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN ON THE REVERSE SIDE OF THIS FORM.**

| PRODUCER | | COMPANY | BINDER # |
|---|---|---|---|
| McKnight Agency, Inc.<br>203 W. Washington Street<br>Abbeville, AL 36310 | PHONE (A/C, No, Ext): 334-585-5210<br>FAX (A/C, No): 334-585-1514 | Progressive | JAW031807 |

| EFFECTIVE | | EXPIRATION | |
|---|---|---|---|
| DATE | TIME | DATE | TIME |
| 3/10/2003 | 3:00 PM [X] | 3/10/2004 | NOON [X] 12:01 AM |

THIS BINDER IS ISSUED TO EXTEND COVERAGE IN THE ABOVE NAMED COMPANY PER EXPIRING POLICY #:

| CODE: | SUB CODE: |
|---|---|
| AGENCY CUSTOMER ID: | |

**INSURED:** Ricky Lane
PO Box 85
Shorterville, AL 36373
334-585-9840

**DESCRIPTION OF OPERATIONS/VEHICLES/PROPERTY (Including Location):**
1995 INTERNATIONAL 9400 SERIES
SER#2HSFHAER65C049691

## COVERAGES

| TYPE OF INSURANCE | COVERAGE/FORMS | LIMITS | | |
|---|---|---|---|---|
| | | DEDUCTIBLE | COINS% | AMOUNT |
| **PROPERTY** CAUSES OF LOSS [ ] BASIC [ ] BROAD [ ] SPEC | | | | |
| **GENERAL LIABILITY** [ ] COMMERCIAL GENERAL LIABILITY [ ] CLAIMS MADE [ ] OCCUR<br>RETRO DATE FOR CLAIMS MADE: | | EACH OCCURRENCE | | $ |
| | | DAMAGE TO RENTED PREMISES | | $ |
| | | MED EXP (Any one person) | | $ |
| | | PERSONAL & ADV INJURY | | $ |
| | | GENERAL AGGREGATE | | $ |
| | | PRODUCTS - COMP/OP AGG | | $ |
| **AUTOMOBILE LIABILITY**<br>[ ] ANY AUTO<br>[ ] ALL OWNED AUTOS<br>[X] SCHEDULED AUTOS<br>[ ] HIRED AUTOS<br>[ ] NON-OWNED AUTOS | | COMBINED SINGLE LIMIT | | $1,000,000 |
| | | BODILY INJURY (Per person) | | $ |
| | | BODILY INJURY (Per accident) | | $ |
| | | PROPERTY DAMAGE | | $ |
| | | MEDICAL PAYMENTS | | $ |
| | | PERSONAL INJURY PROT | | $ |
| | | UNINSURED MOTORIST | | $ |
| | | | | $ |
| **AUTO PHYSICAL DAMAGE** DEDUCTIBLE<br>[X] COLLISION: 1000<br>[X] OTHER THAN COL: 1000 | [ ] ALL VEHICLES [X] SCHEDULED VEHICLES | ACTUAL CASH VALUE<br>[X] STATED AMOUNT<br>[ ] OTHER | | $12995.00 |
| **GARAGE LIABILITY**<br>[ ] ANY AUTO | | AUTO ONLY - EA ACCIDENT | | $ |
| | | OTHER THAN AUTO ONLY: | | |
| | | EACH ACCIDENT | | $ |
| | | AGGREGATE | | $ |
| **EXCESS LIABILITY**<br>[ ] UMBRELLA FORM<br>[ ] OTHER THAN UMBRELLA FORM | RETRO DATE FOR CLAIMS MADE: | EACH OCCURRENCE | | $ |
| | | AGGREGATE | | $ |
| | | SELF-INSURED RETENTION | | $ |
| **WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY** | | WC STATUTORY LIMITS | | |
| | | E.L. EACH ACCIDENT | | $ |
| | | E.L. DISEASE - EA EMPLOYEE | | $ |
| | | E.L. DISEASE - POLICY LIMIT | | $ |
| **SPECIAL CONDITIONS/OTHER COVERAGES** | | FEES | | $ |
| | | TAXES | | $ |
| | | ESTIMATED TOTAL PREMIUM | | $ |

## NAME & ADDRESS

Riverside Turf
11969 State Hwy 10 E.
Shorterville, AL 36373
FAX (334) 585-6288

[ ] MORTGAGEE   [ ] ADDITIONAL INSURED
[X] LOSS PAYEE
LOAN #

AUTHORIZED REPRESENTATIVE: *(signature)*

ACORD75 (2001/01)   NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE   © ACORD CORPORATION 1993

McKnight
0027