# FREEDOM COURT REPORTING

1    intended to get a million dollar policy,

2    we're not disputing that here today; right,

3    you and I are not?

4         A.    No.  I thought he had a million.

5         Q.    I just want to make that clear.

6    So I'm telling you I'm not disputing that

7    with you here today either.

8         A.    Right.

9         Q.    And from listening to Mr.

10   McKnight's testimony, is it your

11   understanding that because the Progressive

12   policy was applied for on a computer screen,

13   that for whatever reason, there was an error

14   where three hundred thousand dollar limits

15   were selected instead of the one million

16   dollar limits?

17              MR. BRADFORD:  Object to the

18   form.

19        A.    I remember that he said I intended

20   to get a million dollars.  Now, the process

21   he went through, I'm not sure about.

22        Q.    But it is your understanding,

23   based on what you've heard other people --

## 367 VALLEY AVENUE
## (877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397

## FREEDOM COURT REPORTING

1   what you heard Mr. McKnight say, that it was

2   because of a clerical error, that the

3   million dollar limits was not selected?

4       A.   Yes.

5       Q.   So apparently what happened is

6   that a policy with three hundred thousand

7   dollar limits was issued instead of the one

8   million dollar limits that was intended and

9   no one picked up on the fact that the limits

10  were different?

11           MR. BRADFORD:   Object to the

12  form.

13      A.   I certainly thought there was a

14  million.

15      Q.   Obviously no one picked up on the

16  fact that it was --

17      A.   My understanding was that Joe

18  McKnight thought it was a million and Ricky

19  thought it was a million.  I guess we were

20  the only three involved until we got in

21  this.

22      Q.   So as far as you know, no one

23  picked up on the three hundred thousand; is

# FREEDOM COURT REPORTING

1    that right?

2         A.    That's correct.

3         Q.    So what we've got here in

4    Defendant's Exhibit 1 -- I'm going to go

5    through them in order.  Are they still in

6    order over there?

7              MR. LYONS:  I don't know what

8    order you have them in.

9              MR. TINDAL:  Well, the order that

10   you gave them to me.

11             MR. LYONS:  Okay.

12        Q.    The first page is a June 8, 2001

13   certificate of liability insurance.  Do you

14   have that in front of you?

15             MR. LYONS:  Yes.

16        Q.    This is for a policy issued to

17   Ricky Lane; correct?

18        A.    It says insured Ricky Lane.

19        Q.    All right.  And it does not refer

20   to -- oh, yes, it does.  Excuse me.  The

21   insurance company is Oxidental slash

22   Ashland; is that right?

23        A.    That's what it looks like, yes.

# FREEDOM COURT REPORTING

```
 1          Q.    And it looks like the agent was
 2   someone out of Dothan; is that right?
 3              MR. LYONS:   The document speaks
 4   for itself.
 5              MR. TINDAL:   Sure.
 6          A.    Yes.
 7          Q.    And the description of the tractor
 8   is a 1990 International tractor; correct?
 9          A.    Yes.
10          Q.    And then at the bottom, that has
11   your old address, your old business address;
12   correct?
13          A.    No.  That's just a typo.
14              MR. LYONS:   It's got State Highway
15   80.  Is that wrong?
16              THE WITNESS:   Yes, that's wrong.
17   That's just a typo.
18          Q.    The next page is the March 10,
19   2003 certificate of liability insurance.   Do
20   you have that one in front of you?
21          A.    Yes.
22          Q.    And this is the one that we've
23   already discussed that came to you from the
```

McKnight Agency; correct?
A. I assume it did. It says producer, McKnight Insurance.
Q. Okay. When you received this document, did you read it over?
A. Yes.
Q. The entire thing?
A. I just looked at the million dollars.
Q. You just looked at the million? Okay.
A. And then the cargo.
Q. Which says twenty thousand; correct?
A. Right.
Q. Now, looking up here in the top right corner under the date, if you could read that language there that starts with this certificate. Just read that to yourself.
A. Okay.
Q. All right. Did you read that when you received this certificate?

## FREEDOM COURT REPORTING

1      A.    No.

2      Q.    All right.  Now, is it your

3 understanding that that language indicates

4 that this document, this certificate confers

5 no rights upon the certificate holder?

6           MR. LYONS:  Object to the form.

7      Q.    That's what it says, isn't it?

8      A.    That's what it says.

9      Q.    All right.

10     A.    I'm not sure I understand exactly

11 what that means.

12     Q.    Okay.  And it says that the

13 certificate does not amend, extend or alter

14 the coverage afforded by the policies below;

15 correct?

16           MR. LYONS:  The document speaks

17 for itself as to what it says.

18     A.    It's got a million dollars.

19     Q.    I'm just asking did I read that

20 language correctly?

21     A.    Yes.

22     Q.    All right.  And then it does refer

23 to a -- the insurance company being

## FREEDOM COURT REPORTING

1    Progressive for Insurer A; correct?

2         A.   Yes.

3         Q.   And then it says National Fire and

4    Marine is Insurer B; correct?

5         A.   Yes.

6         Q.   It has the McKnight Agency listed

7    as the producer; correct?

8         A.   Yes.

9         Q.   And then Ricky Lane as the

10   insured?

11        A.   Yes.

12        Q.   Then I'm going to page three and

13   four, which is the March 10, 2003 loss

14   payable clause.

15             I think we've already established

16   this is just for the twelve thousand dollar

17   physical damage coverage; correct?

18        A.   Yes.

19        Q.   This has nothing to do with the

20   liability policy that was applied for?

21        A.   I don't think so.

22        Q.   Okay.  The next page is the

23   invoice that is dated March 10, 2003?

# FREEDOM COURT REPORTING

1   A.   Yes.

2   Q.   All right.  You understand this is

3   a document that came from the McKnight

4   Agency; correct?

5   A.   Yes.

6   Q.   It did not come from Progressive;

7   correct?

8   A.   I don't think so.  It looks like

9   it came from McKnight.

10   Q.   Okay.  The next page is the

11   premium financing document dated July 15,

12   2003.  Where did you receive this from?

13   A.   I assume -- it says -- the fax

14   sheet says McKnight Agency.

15   Q.   And it says to 585-6288.  Is that

16   Riverside Turf's fax number?

17   A.   Yes.

18   Q.   All right.  Do you recall asking

19   for this document?

20   A.   No.

21   Q.   Do you know why you would have

22   received this document?

23   A.   Because of the notice of intent to

# FREEDOM COURT REPORTING

Page 63

1     cancel.

2          Q.    Okay.

3          A.    We were a certificate holder.

4          Q.    All right.  So you received this

5     document to put you on notice that the

6     policy was about to be cancelled; correct?

7          A.    Yes.

8          Q.    The next page is a February 24,

9     2004 letter to you at your business address

10    from the McKnight Agency.  Do you have that?

11         A.    Yes.

12         Q.    All right.  Do you recall what was

13    going on at the time as to why you would

14    receive this document?

15         A.    It says please have Ricky sign the

16    agreement and return it.  So I assume that

17    he felt like that we would see Ricky before

18    he did.

19         Q.    Okay.  Then behind it is the March

20    8, 2004 certificate.  So I'm assuming you

21    didn't keep a copy of the financing

22    agreement or the invoice from February 24,

23    2004?

# FREEDOM COURT REPORTING

Page 64

1      A.    The what?  Excuse me.

2      Q.    This letter refers to two

3  documents.  One is an invoice and one is a

4  financing agreement.

5      A.    I didn't see it.

6            MR. LYONS:  You didn't maintain a

7  copy?

8            THE WITNESS:  I don't remember

9  having a copy.

10     Q.    Okay.  But if you had it, it would

11  be in these documents?

12     A.    Yes.

13     Q.    All right.  The next one is the

14  March 8, 2004 certificate.  And it also has

15  the same language in the top right corner

16  under the date; is that right?

17     A.    It appears to be the same, yes.

18     Q.    It refers to Progressive and

19  National Fire and Marine; correct?

20     A.    Yes.

21     Q.    And it references the McKnight

22  Agency as the producer?

23     A.    Yes.

## FREEDOM COURT REPORTING

1    Q.   Then we'll go to the loss payable

2  clause for the March 10, 2004 to March 10,

3  2005 year.  That's the same document that

4  you received in March of 2003; correct?

5    A.   It appears to be the same, yes.

6    Q.   All right.  Then we go to the

7  March 8, 2004 invoice from the McKnight

8  Agency.  Do you have that?

9         MR. LYONS:  March 10, '04.

10         MR. TINDAL:  Well, I'm looking

11  right here.  I'm sorry.  I was looking at --

12         MR. LYONS:  Oh, okay.  I was

13  looking at the bill date over there.

14    Q.   There's several dates.  There's

15  February 24, 2004, March 8, 2004 and March

16  10, 2004.

17         MR. LYONS:  The term that says due

18  by March 8, 2004, that's what you're going

19  by?

20         MR. TINDAL:  Right.

21    Q.   And the invoice date says February

22  24, 2004, which is the same date as the

23  letter that Joe McKnight sent to you

## FREEDOM COURT REPORTING

1    referencing the invoice and the financing

2    agreement; correct?

3         A.    Right.

4         Q.    Okay.  And it says paid at the

5    bottom in handwritten PD, period, CK and

6    then the number sign or the pound sign

7    176453 slash 3 slash 04.  Do you know whose

8    handwriting that is?

9         A.    No, I don't.

10        Q.    Do you believe that is handwriting

11   from your secretary?

12        A.    I would assume.

13        Q.    Okay.

14        A.    I don't know which one.

15        Q.    So that would indicate that

16   Riverside Turf paid the down payment for

17   Ricky Lane and then later took the money out

18   of his paycheck to recoup; is that right?

19        A.    Any time we did that, it was made

20   payable to Ricky and these people.

21        Q.    Sure.  Okay.

22        A.    Then we gave it to him.

23        Q.    All right.  Then the next document

# FREEDOM COURT REPORTING

1    is another document from Premium Financing

2    Specialists of the South, Incorporated.

3    It's two pages.  I don't see a date on it.

4              But under effective date of

5    policy, it has March 10, 2004.  Are you

6    looking at the same document?

7         A.   Yes.

8         Q.   Do you know how you received this

9    document?

10        A.   No, I don't.

11        Q.   All right.  Do you know if it came

12   from Joe McKnight?

13        A.   I'm not sure.  It has Ricky Lane's

14   signature on it.

15        Q.   There's no fax line on the top;

16   correct?

17        A.   I don't see one.

18        Q.   All right.  Okay.  We'll move on.

19   The next page that I'm looking at is an

20   October 27, 2004 fax cover sheet.  Do you

21   see that?

22        A.   Yes.

23        Q.   It's to you from Joe McKnight;

**FREEDOM COURT REPORTING**

1  correct?

2      A.    Yes.

3      Q.    And it says it's for four pages

4  long?

5      A.    Yes.

6      Q.    Okay.  I'm looking at the next

7  four pages.  Yes, the next four pages of

8  this Exhibit 1.  What is this that's

9  attached -- or do you recall receiving this

10 fax?

11     A.    Yes.

12     Q.    All right.  Did you call Joe

13 McKnight and ask for this fax?

14     A.    Yes.

15     Q.    What did he send to you?

16     A.    This is what he sent me.

17     Q.    All right.  What is it?

18     A.    I asked Joe -- I'm not -- it says

19 policy summary.

20     Q.    All right.  What did you ask Joe

21 for?

22     A.    For proof that we had a million

23 dollars.

**367 VALLEY AVENUE**
**(877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397**

# FREEDOM COURT REPORTING

1      Q.    Okay.

2      A.    Something that said on paper from

3 the insurance company that we had a million

4 dollars liability.

5      Q.    All right.  You wanted something

6 from Progressive that showed --

7      A.    No.  I wanted something from

8 somebody.

9            MR. BRADFORD:  Object to the

10 form.

11      Q.    Okay.

12      A.    I don't know if I specifically

13 asked for Progressive to send it or not.

14      Q.    What do you recall to placing that

15 conversation with Mr. McKnight prior to him

16 -- leading up to him sending this fax to

17 you on October the 27, 2004?

18      A.    I just told him because of all the

19 problems we had and what we thought we had

20 and didn't have, that I wanted more

21 paperwork to verify the insurance, the

22 amount of insurance.

23      Q.    Okay.  Then the next page after

# FREEDOM COURT REPORTING

```
1    that four page fax, I'm not really sure what
2    this is.  It refers to National City Bank.
3    What is that document?
4         A.   That's a check -- And I think in
5    your deal, you asked for everything we had
6    --
7         Q.   Yes, sir.
8         A.   -- relating to it.  That's a check
9    for physical damage to the truck.
10        Q.   From Progressive?
11        A.   I'm not sure who it's from.  Yes,
12   it says Progressive Specialty Insurance
13   Company.
14        Q.   So this --
15        MR. LYONS:   -- is arising out of
16   the accident making the basis for the
17   underlying case.
18        Q.   So is it your understanding that
19   what's referred to in the loss payable
20   clause that has the limit of liability of
21   twelve thousand, this check is from that
22   coverage?
23        A.   Yes.
```

## FREEDOM COURT REPORTING

Page 71

1      Q.    All right.

2           MR. LYONS:   Mark, just to be

3    clear, the fax and all that was after the

4    accident making the basis of the case.

5           MR. TINDAL:   Right.   Right.

6      Q.    So we'll go into that right now.

7    After the accident happened, is it your

8    understanding that Ricky Lane eventually

9    learned that the limits were only three

10   hundred thousand?

11     A.    Yes.

12     Q.    Did he tell you what he had

13   learned?

14     A.    Yes.

15     Q.    Do you know if that was before or

16   after he called Joe McKnight?

17     A.    I don't know.

18     Q.    Okay.   What did you tell Mr. Lane

19   when he told you that the limits were three

20   hundred thousand?

21     A.    I told him it was a million.

22     Q.    Did you give him any instructions

23   on what he should do?

## FREEDOM COURT REPORTING

1        A.    No.   I just said I've got a
2    certificate here that says it's a million
3    dollars.   It's got to be a million.
4        Q.    You don't recall saying call Joe
5    McKnight and find out what's going on?
6        A.    I might have.  But I don't recall
7    that.
8        Q.    Is the seven thousand three
9    hundred and eighty-five dollars and fifty
10   cents, which is the amount of this check
11   that's in Defendant's Exhibit 1, does that
12   cover the physical damage?
13       A.    Yes.
14       Q.    Okay.  So there's no dispute that
15    --
16       A.    No.
17       Q.    And let me finish the question
18   just so it's clear.  There's no dispute that
19   the physical damage coverage paid what it
20   was supposed to pay as far as you're
21   concerned?
22       A.    That's correct.
23       Q.    The next thing that Mr. McKnight

# FREEDOM COURT REPORTING

Page 73

1    and Mr. Lane testified to was that after the

2    accident, Mr. Lane went back to the McKnight

3    Agency and had the limits moved up to a

4    million dollars?  Is that your

5    understanding?

6             MR. LYONS:  Object to the form.

7        A.    Well --

8        Q.    With the understanding that they

9    intended it to be a million all along?

10       A.    I'm not sure what Ricky did.  But

11   everybody understood that we wanted a

12   million dollars.

13       Q.    Right.  And I'm saying that's

14   clear.  I'm not trying to make that point.

15   My question is, is it your understanding

16   that after the wreck, Ricky Lane eventually

17   had Joe McKnight get a million dollar policy

18   for him?

19       A.    Yes.

20       Q.    And it's your understanding that

21   Mr. Lane had to pay additional premiums

22   prorated for the rest of the year for the

23   increase in the limits?

# FREEDOM COURT REPORTING

Page 74

1    A.    I'm not sure how that was figured.

2    Q.    Okay.

3    A.    But I -- I'm not sure how that was

4 figured.

5    Q.    That's fine.  And you are aware

6 that Progressive did issue a million dollar

7 policy to Ricky Lane after the accident; is

8 that right?

9    A.    I hope he's got one now for a

10 million dollars.

11    Q.    As far as you know, he has one?

12    A.    As far as I know.

13    Q.    Then we have -- The next page is a

14 certificate of liability insurance dated

15 July 22nd, 2005.  Do you have that?

16    A.    Yes.

17    Q.    All right.  And it has basically

18 all the same information, the same

19 disclaimer language in the top right.

20 Refers to Progressive, National Fire and

21 Ricky Lane; is that right?

22    A.    It appears to be the same.

23    Q.    The difference there is it refers

## FREEDOM COURT REPORTING

1    to Young Johnston and Associates as the

2    producer?

3         A.    Right.

4         Q.    And it's your understanding that

5    that is Joe McKnight's Agency where he

6    works; correct?

7         A.    Yes.

8         Q.    And then the last page is the

9    March 2005 loss payable clause?

10        A.    Yes.

11        Q.    And that's the same as the

12   previous two years?

13        A.    Right.

14        Q.    We'll just use, for example, the

15   first page of Defendant's Exhibit 1, which

16   is the certificate of liability from 2001, I

17   believe; is that right?

18        A.    2001.

19        Q.    So anyone that has that document

20   would know that they could contact Oxidental

21   or Ashland for any information they needed

22   about the policy; correct?

23        A.    I don't know that they would know

# FREEDOM COURT REPORTING

Page 76

1  that.  Why would they contact them?

2      Q.   All right.  They would at least

3  know they could contact the agent in Dothan;

4  right?

5      A.   Yes.

6      Q.   All right.  And I think you

7  already made this clear, but you never

8  called Joe McKnight or Progressive and asked

9  for a copy of the policy; correct?

10     A.   Correct.

11     Q.   You could have done that; correct?

12     A.   I had a binder and I thought that

13 was sufficient.

14     Q.   I understand that.  But you were

15 physically capable of picking up the phone

16 and calling Joe McKnight and asking for a

17 copy of the policy; right?

18         MR. LYONS:  Object to the form.

19     A.   I just didn't realize that I was

20 required to do that --

21     Q.   I understand.

22     A.   -- if I had a binder.

23     Q.   I understand that.  My only

# FREEDOM COURT REPORTING

1    question is, were you able to pick up the

2    phone at any time from March 10 of 2003 to

3    the date of the accident and call Joe

4    McKnight and ask for anything?

5        A.    I assume, yes.

6        Q.    Okay.  You could have asked for

7    the policy if you wanted to?

8        A.    Sure.

9        Q.    All right.  I'm going to show you

10   some documents that Mr. Lane's counsel

11   produced to us.  It's Bates stamped R. Lane

12   012 through 014 and ask you if you have ever

13   seen that document?

14           MR. BRADFORD:  Is that an exhibit

15   from the depo?

16           MR. TINDAL:  Yes.  All of Ricky

17   Lane's documents were marked as one exhibit.

18           MR. BRADFORD:  Okay.

19       A.    I don't remember seeing anything

20   like -- I don't remember this -- a

21   declaration page.

22       Q.    Okay.  I'm going to mark this as

23   Defendant's Exhibit 5.

## FREEDOM COURT REPORTING

1        (Whereupon, Defendant's Exhibit

2   No. 5 was marked for identification.)

3        Q.   I'll ask you if you have ever seen

4   this document?  I don't think you have.

5        A.   No.  I haven't seen anything with

6   three hundred thousand dollars on it.

7        Q.   I understand that. I'll show you

8   it's dated August 6, 2003.  Do you see that?

9        A.   Yes.

10       Q.   And that was around the time that

11  Mr. Lane got the new tractor that Riverside

12  Turf loaned him the money to purchase?

13       A.   Could be.

14       Q.   All right.  And then I'm just

15  going to direct your attention to -- it's a

16  bad copy -- on the second page.  But the

17  third page is a loss payable clause.  Do you

18  see that?

19       A.   Yes.

20       Q.   All right.  Is that -- Does it

21  list Riverside Turf as a lienholder?

22       A.   It says secured party.

23       Q.   It lists Riverside Turf as a

## FREEDOM COURT REPORTING

1    secured party; right?

2        A.    Yes.

3        Q.    Is that the correct business

4    address?

5        A.    Yes.

6        Q.    All right.  And you never received

7    at Riverside Turf anything from Progressive

8    having to do with this policy other than

9    these loss payable clause notices that we've

10   already been through?

11       A.    Yes.  And the certificates that I

12   gave you.

13       Q.    Okay.

14            MR. BRADFORD:  From whatever

15   source.

16       A.    I'm not sure where all this came

17   from.  But I've never seen anything with

18   three hundred thousand dollars on it.  This

19   says agent's copy.

20       Q.    All right.  So this is a document

21   that Mr. McKnight produced because it's got

22    -- I'll represent to you, my office did

23   that Bates stamping.  So that's a document I

## FREEDOM COURT REPORTING

1    received from Joe McKnight.

2        A.    Oh.

3            MR. TINDAL:  I think I'm done.  If

4    y'all want to take like two minutes.

5            MR. BRADFORD:  Mark, do you care

6    if I just go ahead and ask him my one

7    question?

8            MR. TINDAL:  Not at all.

9    EXAMINATION BY MR. BRADFORD:

10       Q.    My name is Larry Bradford.  I

11   represent Progressive in this case.  Have

12   you had any direct communications with

13   Progressive before Mr. Lane's accident?

14       A.    No.  Not that I remember.

15       Q.    Second question.  Did you ever get

16   any documents from Progressive before Mr.

17   Lane's accident other than that loss payee

18   notice to your knowledge?

19       A.    Not that I know of.  Not that I

20   know of.  I'm not sure who generates these.

21   It either came from McKnight or --

22       Q.    Okay.  And it does have Mr.

23   McKnight's fax legend on that or some of the

## FREEDOM COURT REPORTING

```
1    them do?
2        A.   Yes.
3             MR. BRADFORD:   That's all.  Thank
4    you, sir.
5    EXAMINATION BY MR. KNOWLES:
6        Q.   I'm Jeremy Knowles, Mr. Morris.
7    And Randy Haynes, my law partner, has
8    already deposed you.  Do you remember that?
9        A.   Yes.
10       Q.   And you testified truthfully in
11   that deposition, I assume; is that right?
12       A.   Yes.  To the best of my knowledge.
13       Q.   And you've already stated today
14   you thought Ricky Lane had a million dollars
15   and you intended he had a million dollars in
16   coverage; is that right?
17       A.   That's correct.
18       Q.   And if you had known that he only
19   had three hundred thousand, he wouldn't have
20   been driving on the interstate commerce for
21   you; is that correct?
22       A.   That's correct.
23            MR. KNOWLES:   Thank you.
```

# FREEDOM COURT REPORTING

```
 1              C E R T I F I C A T E

 2

 3    STATE OF ALABAMA )

 4    MONTGOMERY COUNTY)

 5

 6              I hereby certify that the above

 7    and foregoing deposition was taken down by

 8    me in stenotype, and the questions and

 9    answers thereto were transcribed by means of

10    computer-aided transcription, and that the

11    foregoing represents a true and correct

12    transcript of the testimony given by said

13    witness upon said hearing.

14              I further certify that I am

15    neither of counsel, nor of kin to the

16    parties to the action, nor am I in any wise

17    interested in the result of said cause.

18

19

20    _____

21              CINDY WELDON

22

23
```

**FREEDOM COURT REPORTING**

---

**A**

able 77:1
abundance 35:16
accident 70:16 71:4,7 73:2 74:7 77:3 80:13,17
account 27:5
acquired 43:19
action 82:16
add 36:1
added 36:3
additional 73:21
additions 20:8
address 9:19,20 10:11,18,20 10:22,23 11:4 11:19 12:2,14 12:14,20 58:11,11 63:9 79:4
administration 13:10 14:20 14:23
administrative 15:8 16:8,9
advised 1:23
afforded 60:14
Agency 1:9 3:10 8:16 50:11 59:1 61:6 62:4,14 63:10 64:22 65:8 73:3 75:5
agent 18:15 19:17,22 20:12,15 23:18 24:19 25:8 38:14 40:8,11 41:1 52:19 58:1 76:3

agent's 24:5 79:19
ago 54:1
AGREED 3:17 4:4,11,20
agreement 63:16,22 64:4 66:2
ahead 80:6
al 1:12 3:13
Alabama 1:2,17 3:2 4:1 5:7,13 5:17,21 6:3,7 10:14 12:22 82:3
ALEX 5:19
ALEXANDER 6:7
allow 48:15
allowed 49:1
alter 60:13
amend 60:13
Amended 1:18
amount 32:21 41:5 50:20 69:22 72:10
Ann 22:9,14,20
answer 9:14 10:4
answered 9:17
answers 82:9
apologize 34:22 35:4
apparently 56:5
appears 12:11 64:17 65:5 74:22
application 24:6 32:3 45:21,22 46:18
applications 15:2 19:1

applied 19:18 55:12 61:20
apply 19:8 23:14 24:3 25:17
approves 29:23
arising 70:15
arrangement 47:12
Ashland 57:22 75:21
asked 21:10 23:10 50:5,6 52:13 53:1,6 68:18 69:13 70:5 76:8 77:6
asking 8:20 9:6 53:8,11,13 60:19 62:18 76:16
asks 20:1,4
assign 4:15
assistant 21:19 23:5
assistant's 23:7
Associates 75:1
assume 9:16 21:4 25:2 27:6 30:14,20 33:6 33:9 42:6 46:20 51:15 54:17,18 59:2 62:13 63:16 66:12 77:5 81:11
assuming 17:20 20:1 26:16 31:7 34:10 41:10 54:22 63:20
Atlanta 13:19
attached 68:9
attachment 34:17

attention 78:15
attorney 35:10
Auburn 52:4
August 43:15 44:6 46:23 47:8 53:14 78:8
available 28:14 30:5 31:8 32:21
aware 29:17 30:4 31:4,7 54:13 74:5
A-N-N 22:10

**B**

B 6:2 7:9 61:4
back 14:14 19:14 34:18 43:23 44:4 73:2
bad 78:16
Bank 70:2
based 24:18 55:23
basically 9:4 74:17
basis 70:16 71:4
Bates 44:11 77:11 79:23
bear 44:2
Beef 14:3
behalf 46:9
believe 11:20 35:1 66:10 75:17
benefit 41:7
best 17:17 81:12
bill 65:13
binder 25:4,14 33:4,7 40:19 44:7 45:6 46:16,17

76:12,22
binding 33:6
BIRMINGH... 5:7,13
bob 31:4
borrowed 43:20
bottom 11:22 29:15 42:18 58:10 66:5
Bradford 5:4 7:5 44:14 47:22 53:15 55:17 56:11 69:9 77:14,18 79:14 80:5,9 80:10 81:3
Briefly 13:2
Bureau 18:17 18:18 21:2
business 10:8 10:11 12:15 13:10 16:5 17:2,11,17 21:13,23 23:1 37:7 40:4 58:11 63:9 79:3

**C**

C 5:1 82:1,1
cabinet 21:15
calendar 27:11
calendaring 27:12
call 20:14 49:22 68:12 72:4 77:3
called 31:4 50:5 71:16 76:8
calling 76:16
calls 14:5
cancel 63:1
cancelled 63:6

**367 VALLEY AVENUE**
**(877) 373-3660  BIRMINGHAM, ALABAMA  (205) 397-2397**

# FREEDOM COURT REPORTING

Page 84

| | | | | |
|---|---|---|---|---|
| **CANYON** 5:5 | 11:5 | 16:10,14 | 48:18 51:14 | **D** |
| **capable** 76:15 | **changed** 11:8,9 | 20:11 23:3,11 | 52:15 54:3 | **D** 7:1 |
| **care** 80:5 | 11:11 | 23:12,13,15 | 57:2,17 58:8 | **dad** 15:20 17:1 |
| **cargo** 28:22 | **check** 20:4 27:3 | 23:19 24:4 | 58:12 59:1,14 | **dad's** 14:15 |
| 30:4,18,23 | 30:15,22 | 26:3,18 27:9 | 60:15 61:1,4,7 | **damage** 28:10 |
| 31:2 59:12 | 47:13 51:6 | 27:13 29:22 | 61:17 62:4,7 | 28:12,17 29:2 |
| **Carl** 37:14 | 70:4,8,21 | 31:19 33:22 | 63:6 64:19 | 29:10,11,18 |
| **CARMICHA...** | 72:10 | 37:11 39:22 | 65:4 66:2 | 29:18,22 |
| 5:20 | **Cindy** 1:18 3:21 | 40:5,12,15 | 67:16 68:1 | 32:14 61:17 |
| **cars** 25:6,6 | 82:21 | 52:19 57:21 | 72:22 75:6,22 | 70:9 72:12,19 |
| **case** 1:8 3:8 | **City** 6:7 70:2 | 60:23 69:3 | 76:9,10,11 | **date** 19:15 |
| 35:3 41:20 | **Civil** 1:17 | 70:13 | 79:3 81:17,21 | 20:11 47:11 |
| 70:17 71:4 | **CK** 66:5 | **completed** | 81:22 82:11 | 59:17 64:16 |
| 80:11 | **claim** 29:23 | 24:19 32:6 | **correctly** 60:20 | 65:13,21,22 |
| **cases** 48:12,13 | 30:12 31:18 | **compliance** 4:7 | **counsel** 3:19 | 67:3,4 77:3 |
| 48:14 | **clarify** 40:9 | **computer** 55:12 | 4:12,14 77:10 | **dated** 12:9,17 |
| **casualty** 18:13 | **clause** 61:14 | **computer-aid...** | 82:15 | 46:23 61:23 |
| 19:13 | 65:2 70:20 | 82:10 | **COUNTY** 82:4 | 62:11 74:14 |
| **cause** 82:17 | 75:9 78:17 | **concerned** | **couple** 32:1 | 78:8 |
| **caution** 35:16 | 79:9 | 72:21 | 54:1 | **dates** 65:14 |
| **cents** 72:10 | **clear** 9:8 35:7 | **confers** 60:4 | **court** 1:1 2:1,2 | **day** 1:21 |
| **certain** 21:11 | 55:5 71:3 | **confused** 26:5 | 3:1 4:8 8:5 | **deal** 15:1,4 70:5 |
| 26:17 34:9 | 72:18 73:14 | **contact** 75:20 | 9:14 | **dealership** |
| 41:5 50:20 | 76:7 | 76:1,3 | **cover** 67:20 | 14:15,17 |
| **certainly** 56:13 | **clerical** 56:2 | **contract** 46:22 | 72:12 | **dealing** 17:21 |
| **certificate** | **collateral** 49:10 | **conversation** | **coverage** 24:15 | **Debbie** 22:3,5,8 |
| 11:18 12:8 | **college** 13:5,6 | 51:1 69:15 | 25:5,12 27:18 | **decision** 24:16 |
| 32:9,23 40:6 | 13:17 | **copy** 20:23 21:6 | 28:10,18,19 | **declaration** |
| 41:1,17 45:7 | **come** 24:16 | 25:19 40:14 | 28:22 29:18 | 77:21 |
| 49:23 50:6 | 40:11,12 44:3 | 42:20 52:1,9 | 30:5 31:5,8 | **declarations** |
| 51:13 52:8,14 | 51:16 62:6 | 53:15,17,22 | 32:9 33:10 | 21:7 26:9 |
| 52:18 53:3,5 | **coming** 50:15 | 63:21 64:7,9 | 60:14 61:17 | 41:11,15 |
| 53:16,17 | **commerce** | 76:9,17 78:16 | 70:22 72:19 | **deductible** |
| 57:13 58:19 | 81:20 | 79:19 | 81:16 | 29:10 |
| 59:19,23 60:4 | **Commissioner** | **corner** 59:17 | **coverages** 26:12 | **DEFENDANT** |
| 60:5,13 63:3 | 3:22 4:21 | 64:15 | 28:1 | 5:9 |
| 63:20 64:14 | **communicati...** | **correct** 8:17,18 | **covering** 18:9 | **Defendants** |
| 72:2 74:14 | 80:12 | 9:1,3 10:2 | **covers** 30:8 | 1:13 3:14 |
| 75:16 | **companies** | 12:6,18 13:1 | **Cox** 23:9 | **Defendant's** |
| **certificates** | 34:18,19 37:4 | 15:9 22:13 | **cross** 28:6 | 7:11,12,13,14 |
| 40:10 79:11 | 37:5 | 26:22 33:23 | **current** 9:19 | 7:15 8:9 11:13 |
| **Certified** 3:21 | **company** 1:6 | 34:5,12 35:5 | 12:14 22:3 | 34:16 35:21 |
| **certify** 82:6,14 | 3:6 13:18,21 | 38:15,16 41:9 | **Currently** | 44:8 45:1 57:4 |
| **change** 10:21 | 14:13,20 | 46:4 47:3 | 36:17,18 | 72:11 75:15 |

FREEDOM COURT REPORTING

Page 85

| | | | | |
|---|---|---|---|---|
| 77:23 78:1 | 62:11,19,22 | **duly** 8:2 | **EXAMINAT...** | **fax** 51:23 62:13 |
| **degree** 13:8 | 63:5,14 65:3 | **E** | 7:3 8:4 80:9 | 62:16 67:15 |
| **deletions** 20:8 | 66:23 67:1,6,9 | **E** 1:19 5:1,1,10 | 81:5 | 67:20 68:10 |
| **delivering** 1:19 | 70:3 75:19 | 7:1,9 82:1,1 | **example** 75:14 | 68:13 69:16 |
| **depo** 77:15 | 77:13 78:4 | **East** 10:13 12:4 | **exception** 41:19 | 70:1 71:3 |
| **deposed** 9:2 | 79:20,23 | 12:21 | **Excuse** 57:20 | 80:23 |
| 81:8 | **documents** | **education** 13:3 | 64:1 | **faxed** 51:18 |
| **deposition** 1:15 | 11:14 15:7 | **effect** 4:7 | **exhibit** 7:11,12 | 52:2,2 |
| 3:19 4:5,6,17 | 21:13,22 | **effective** 1:18 | 7:13,14,15 8:9 | **February** 63:8 |
| 4:21 8:23 | 24:20,21 | 67:4 | 11:13 29:5 | 63:22 65:15 |
| 11:15,16 | 26:17 40:4,7 | **eighteen** 10:17 | 34:16 35:20 | 65:21 |
| 45:14,15,18 | 45:1 64:3,11 | 11:1 14:9 | 35:21 36:2,4 | **felt** 63:17 |
| 54:1 81:11 | 77:10,17 | 17:10 38:6 | 37:2 42:2 44:6 | **fifty** 28:5 72:9 |
| 82:7 | 80:16 | **eighty-five** 72:9 | 44:8 45:1,13 | **figured** 74:1,4 |
| **depositions** 4:9 | **doing** 40:3 | **either** 27:12 | 45:20 46:15 | **file** 21:15 |
| 16:23 28:4 | **dollar** 29:14 | 55:7 80:21 | 51:19 57:4 | **filed** 2:2 |
| **description** | 54:6,10,15 | **employees** 37:9 | 68:8 72:11 | **files** 21:14 |
| 58:7 | 55:1,14,16 | **employment** | 75:15 77:14 | **filing** 4:20 |
| **Diane** 23:9 | 56:3,7,8 61:16 | 15:2 | 77:17,23 78:1 | 21:22 |
| **DICKSON** | 73:17 74:6 | **entire** 10:19 | **exhibits** 1:22 | **fill** 18:23 24:5 |
| 5:15 | **dollars** 32:20 | 11:1 40:2 59:7 | 45:17 | **filling** 19:2 |
| **difference** | 55:20 59:9 | **entirely** 49:13 | **experience** | **financed** 48:4 |
| 74:23 | 60:18 68:23 | **equipment** | 17:21 | 48:21 |
| **different** 23:23 | 69:4 72:3,9 | 14:15 19:23 | **expire** 27:14 | **financing** 62:11 |
| 28:1 56:10 | 73:4,12 74:10 | 20:5 24:14,18 | **Explain** 16:7 | 63:21 64:4 |
| **direct** 78:15 | 78:6 79:18 | **error** 55:13 | 32:17 | 66:1 67:1 |
| 80:12 | 81:14,15 | 56:2 | **export** 13:18,20 | **find** 45:11,12 |
| **disclaimer** | **Dothan** 58:2 | **established** | 14:13 | 72:5 |
| 74:19 | 76:3 | 32:3 61:15 | **extend** 60:13 | **fine** 8:7,8 39:13 |
| **discussed** 58:23 | **doubt** 54:19 | **et** 1:12 3:13 | **extent** 50:10 | 74:5 |
| **dispute** 72:14 | **drive** 14:9 | **eventually** | **E-911** 10:21 | **finish** 13:11 |
| 72:18 | **driver** 31:14 | 25:19 30:15 | | 72:17 |
| **disputing** 55:2 | 33:1 37:8,12 | 30:20 71:8 | **F** | **Fire** 28:21 61:3 |
| 55:6 | 37:15 38:8,9 | 73:16 | **F** 82:1 | 64:19 74:20 |
| **DISTRICT** 1:1 | 40:23 | **everybody** | **fact** 29:17 54:18 | **first** 8:2 11:17 |
| 1:2 3:1,2 | **drivers** 28:2,15 | 35:17 73:11 | 56:9,16 | 21:10 36:7 |
| **DIVISION** 1:3 | 30:5 31:9 | **evidence** 4:17 | **fair** 37:2 | 72:12 75:15 |
| 3:3 | 34:11 37:2,17 | **exact** 13:15 | **far** 23:1 56:22 | **fish** 14:3 |
| **document** | 37:19 39:1,19 | 47:11 | 72:20 74:11 | **five** 12:13 15:21 |
| 11:15 12:17 | 40:2,16 41:12 | **exactly** 11:7 | 74:12 | 23:16 |
| 29:16 41:7 | 41:17 49:3 | 20:6 38:11 | **Farm** 1:11 3:12 | **folks** 35:15 |
| 42:3 44:13 | 52:17 | 46:14 49:15 | 18:17,18 21:2 | **following** 20:20 |
| 47:4 58:3 59:5 | **driving** 81:20 | 60:10 | **father's** 23:1 | **follows** 8:3 |
| 60:4,16 62:3 | **due** 65:17 | | **fault** 31:14 | **food** 14:1,2 |

367 VALLEY AVENUE

# FREEDOM COURT REPORTING

force 4:6
foregoing 82:7
82:11
form 4:13 15:10
50:22 55:18
56:12 60:6
69:10 73:6
76:18
Fort 9:22 14:14
16:16 18:22
18:23 23:1
four 29:4 42:1
61:13 68:3,7,7
70:1
Freightliner
43:5,10
front 57:14
58:20
full 4:7 8:11
further 4:3,10
4:19 82:14

_____
**G**
Gaines 9:22
14:14 16:16
18:22,23 23:2
general 14:23
17:8,9 18:10
19:12
generally 15:20
generates 80:20
Georgia 9:23
10:1 13:7,8,11
14:6 16:17
getting 20:21
23:2 40:17
give 25:8 52:9
53:4,7,22
54:10 71:22
given 82:12
giving 16:22
go 13:6 19:14
24:5 31:1,16
36:14 38:9

57:4 65:1,6
71:6 80:6
goes 30:15
31:20
going 8:19,21
9:6,14,16
17:10 20:19
31:23 35:19
37:1 45:8
50:19 57:4
61:12 63:13
65:18 72:5
77:9,22 78:15
good 8:19 39:13
gotten 42:15
44:19,21
graduated 13:4
13:5
grounds 4:15
guarantees
33:9
guess 42:5,14
56:19
guy's 23:21,22

_____
**H**
H 7:9 8:13
handle 18:5
handles 18:3
handwriting
66:8,10
handwritten
66:5
happen 24:12
happened
52:22 56:5
71:7
hard 16:21
haul 34:11
36:21
hauled 30:9
hauling 34:20
36:7,10
Haynes 81:7

heard 28:3 54:4
55:23 56:1
hearing 82:13
high 13:4
Highway 10:13
12:4,21 58:14
holder 60:5
63:3
Holmes 35:2,9
HOLTSFORD
5:19
home 9:20
hope 74:9
hundred 28:5
55:14 56:6,23
71:10,20 72:9
78:6 79:18
81:19

_____
**I**
identification
8:10 35:22
44:10 78:2
important
21:12
inception 19:15
included 35:17
Incorporated
67:2
increase 73:23
indicate 66:15
indicates 60:3
individual 37:8
37:15
information
74:18 75:21
initially 30:16
33:13
injured 31:13
31:17,21
32:19
instructions
71:22
insurance 1:6

3:6 11:18 12:9
15:4 17:21
18:3,6,12 19:9
19:17 20:11
20:12 23:3,15
24:4 27:18
28:1,9 29:22
30:12 31:19
32:1,6,21
33:22 34:3
38:10 39:3,22
40:5,6,8,10,15
40:21,23 41:1
41:5 44:7 45:3
46:18,21,22
50:12 52:19
52:19 57:13
57:21 58:19
59:3 60:23
69:3,21,22
70:12 74:14
insured 32:13
57:18 61:10
insurer 39:18
39:21 42:10
61:1,4
intended 55:1
55:19 56:8
73:9 81:15
intent 54:10
62:23
intention 36:20
54:5,14
interest 30:2
interested
82:17
interim 33:11
International
43:7,8,9 45:23
46:3 47:2 58:8
interrogatories
34:15 35:1,8,9
interstate 81:20
invoice 12:13

41:21 61:23
63:22 64:3
65:7,21 66:1
involve 14:9
involved 56:20
issue 74:6
issued 26:22
46:17,20 56:7
57:16

_____
**J**
J 37:6
Jeremy 6:5
81:6
Jinks 3:23
job 16:23
Joe 1:10 3:11
8:15 38:12,13
38:17,20 39:2
39:19 56:17
65:23 67:12
67:23 68:12
68:18,20
71:16 72:4
73:17 75:5
76:8,16 77:3
80:1
Johnston 75:1
joint 30:22
Jr 1:15 3:20 8:1
8:13
July 62:11
74:15
June 11:17
57:12

_____
**K**
keep 21:12,21
26:17 27:13
63:21
kin 82:15
know 9:10
11:11 15:11
15:11,18 20:7
21:8 24:23

## FREEDOM COURT REPORTING

Page 87

25:16 28:4,11
28:14 29:6
31:15 32:2,3
33:6 36:22
38:20 39:11
39:18 41:23
42:2,16 45:6
46:14 47:5
51:17 54:17
54:23 56:22
57:7 62:21
66:7,14 67:8
67:11 69:12
71:15,17
74:11,12
75:20,23,23
76:3 80:19,20
**knowledge**
38:23 80:18
81:12
**Knowles** 6:5
7:6 81:5,6,23
**known** 81:18
_____
**L**
**L** 3:16
**Lane** 1:10 3:11
11:19 34:11
36:6,10,20
38:15,17,20
43:5,14,20
46:10 47:9
48:11,16,16
48:22 49:12
49:21 50:9,11
50:15 52:10
52:13,13 53:2
53:5 54:5,13
54:23 57:17
57:18 61:9
66:17 71:8,18
73:1,2,16,21
74:7,21 77:11
78:11 81:14

**Lane's** 45:14
67:13 77:10
77:17 80:13
80:17
**language** 59:18
60:3,20 64:15
74:19
**lapse** 27:18
**Larry** 5:4 80:10
**law** 81:7
**laws** 4:8
**lawyers** 11:14
**leading** 4:13
69:16
**leads** 17:3
**learned** 71:9,13
**leave** 24:20,21
**leaving** 15:22
**left** 11:22 14:12
16:1
**legend** 80:23
**letter** 63:9 64:2
65:23
**let's** 12:12
19:14
**liability** 11:18
12:8 18:10,10
19:13 29:15
31:8,12,16,20
32:9,13,15,16
32:21 57:13
58:19 61:20
69:4 70:20
74:14 75:16
**liability-wise**
24:17
**lien** 42:23 47:2
49:9
**lienholder**
42:20 46:3
78:21
**liens** 49:4
**limit** 29:15
70:20

**limits** 34:3 54:6
54:11,16
55:14,16 56:3
56:7,8,9 71:9
71:19 73:3,23
**line** 28:6 51:23
67:15
**list** 19:23 24:13
34:18 35:15
35:19 37:2,7
78:21
**listed** 61:6
**listening** 55:9
**lists** 78:23
**live** 10:1
**loan** 48:11,15
49:2,8,12
**loaned** 47:9
78:12
**loaning** 46:9,10
**local** 18:19
**located** 18:21
**long** 8:21 10:15
15:19 19:4
22:5,14 68:4
**longer** 43:17
**look** 12:12,13
27:16 35:23
42:5 44:5
**looked** 59:8,10
**looking** 11:12
12:7 34:17
42:18 46:15
51:18,21 52:1
59:16 65:10
65:11,13 67:6
67:19 68:6
**looks** 44:18
45:4 57:23
58:1 62:8
**loss** 29:1 41:22
61:13 65:1
70:19 75:9
78:17 79:9

80:17
**loud** 10:5
**Lynn** 3:23 22:9
**LYONS** 6:1 8:8
15:10 25:22
26:4 28:23
29:13 34:22
35:6,14 42:7
44:17 50:22
51:22 52:1,5
57:7,11,15
58:3,14 60:6
60:16 64:6
65:9,12,17
70:15 71:2
73:6 76:18
**L-Y-N-N** 22:12
_____
**M**
**M** 37:6
**mail** 20:18
**mailing** 10:23
11:4 12:1
**MAIN** 6:6
**maintain** 64:6
**making** 70:16
71:4
**management**
14:18
**March** 11:10
12:9,17,23
22:16 42:19
42:19 49:20
50:10 51:20
52:8,22 53:11
58:18 61:13
61:23 63:19
64:14 65:2,2,4
65:7,9,15,15
65:18 67:5
75:9 77:2
**Marine** 61:4
64:19
**mark** 1:19 5:10

8:14 34:16
35:12,12,19
44:6 71:2
77:22 80:5
**marked** 8:10
11:12 35:22
44:9,23 45:9
45:13 77:17
78:2
**market** 24:18
**matters** 15:4
17:22 18:3,6
**McKnight** 1:9
1:10 3:10,11
8:15,16 38:12
38:14,18 39:3
39:20 42:14
43:15 44:11
49:22,22 50:9
50:11,18
51:14 52:14
53:2 54:4,23
56:1,18 59:1,3
61:6 62:3,9,14
63:10 64:21
65:7,23 67:12
67:23 68:13
69:15 71:16
72:5,23 73:2
73:17 76:8,16
77:4 79:21
80:1,21
**McKnight's**
38:21 54:1
55:10 75:5
80:23
**mean** 15:16
32:17
**means** 33:18
34:4 60:11
82:9
**memory** 39:14
**met** 8:16
**MIDDLE** 1:2

| | | | | |
|---|---|---|---|---|
| 3:2 | 61:3 64:19 | **occupation** | order 57:5,6,8,9 | **party** 31:21 |
| **million** 32:20 | 70:2 74:20 | 10:7 | **original** 1:20 | 78:22 79:1 |
| 54:6,10,15 | **necessary** 4:11 | **occurred** 51:2 | **owner** 10:15 | **pay** 27:1 29:23 |
| 55:1,4,15,20 | **need** 10:4 50:19 | **October** 67:20 | 30:1,22 31:2 | 31:12 33:21 |
| 56:3,8,14,18 | **needed** 75:21 | 69:17 | **owns** 30:18 | 33:22 34:8 |
| 56:19 59:8,10 | **neither** 82:15 | **offensive** 15:17 | **Oxidental** | 43:22 72:20 |
| 60:18 68:22 | **never** 36:20 | **offered** 4:17 | 57:21 75:20 | 73:21 |
| 69:3 71:21 | 38:4,5,7 41:11 | **office** 14:5 | ———— | **payable** 41:22 |
| 72:2,3 73:4,9 | 76:7 79:6,17 | 21:17 24:5,11 | **P** | 61:14 65:1 |
| 73:12,17 74:6 | **new** 42:17 | 52:6 79:22 | **P** 3:16 5:1,1 | 66:20 70:19 |
| 74:10 81:14 | 43:19 78:11 | **officer** 16:10 | **package** 44:20 | 75:9 78:17 |
| 81:15 | **nineteen** 10:17 | **offices** 3:23 | **page** 7:3,10 | 79:9 |
| **minute** 22:22 | 11:2 17:10 | **official** 17:6 | 11:17 12:7,13 | **paycheck** 47:14 |
| **minutes** 80:4 | 38:6 | **oh** 57:20 65:12 | 26:9 29:4,7 | 66:18 |
| **mix** 37:22 | **normal** 21:14 | 80:2 | 41:11,15 42:1 | **payee** 29:1 |
| **money** 29:23 | **North** 3:23 5:16 | **okay** 9:11,12,18 | 44:12 51:19 | 80:17 |
| 30:12,19 | **NORTHERN** | 10:6 12:5,7 | 57:12 58:18 | **paying** 26:21 |
| 31:12 43:20 | 1:3 3:3 | 15:14 19:3 | 61:12,22 | 48:17 49:17 |
| 46:10 47:13 | **Notary** 3:22 | 21:6,9 25:17 | 62:10 63:8 | **payment** 47:18 |
| 48:16 49:2,6,8 | **notice** 4:20 | 26:16 27:16 | 67:19 69:23 | 48:7,11 50:21 |
| 50:20 66:17 | 11:16 62:23 | 33:3 36:19,23 | 70:1 74:13 | 51:7 66:16 |
| 78:12 | 63:5 80:18 | 37:17 43:8,14 | 75:8,15 77:21 | **pays** 29:18 |
| **MONTGOM...** | **notices** 79:9 | 44:23 45:12 | 78:16,17 | **PD** 66:5 |
| 5:21 6:3 82:4 | **November** 1:21 | 49:11 50:3 | **pages** 21:7 | **people** 34:3 |
| **Morris** 1:15 | 4:1 | 51:5 52:12 | 35:23 45:22 | 55:23 66:20 |
| 3:20 8:1,13,14 | **number** 1:8 3:8 | 53:1,20 57:11 | 67:3 68:3,7,7 | **percentage-w...** |
| 23:13,15,19 | 62:16 66:6 | 59:4,11,21 | **paid** 30:13 | 39:5 |
| 24:4 26:2,18 | **numbers** 29:6 | 60:12 61:22 | 31:19 43:22 | **period** 19:4 |
| 27:8,12,21 | ———— | 62:10 63:2,19 | 48:7,22 49:12 | 32:22 33:11 |
| 81:6 | **O** | 64:10 65:12 | 49:14 66:4,16 | 47:23 66:5 |
| **move** 67:18 | **O** 3:16 | 66:4,13,21 | 72:19 | **person** 18:2 |
| **moved** 14:14 | **Object** 15:10 | 67:18 68:6 | **paper** 69:2 | **personally** 27:2 |
| 73:3 | 50:22 55:17 | 69:1,11,23 | **paperwork** | **phone** 76:15 |
| ———— | 56:11 60:6 | 71:18 72:14 | 69:21 | 77:2 |
| **N** | 69:9 73:6 | 74:2 77:6,18 | **paraphrasing** | **physical** 10:21 |
| **N** 3:16 5:1 7:1 | 76:18 | 77:22 79:13 | 50:17 | 18:12 28:9,11 |
| **name** 8:11,14 | **objections** 4:12 | 80:22 | **Part** 45:20 | 28:17 29:2,10 |
| 22:2,22 23:7 | 4:15 | **old** 58:11,11 | **particular** | 29:11,18 |
| 23:11,11,21 | **obtain** 28:2 | **older** 43:16 | 47:23 | 32:14 61:17 |
| 23:22 37:7,11 | **Obviously** | **one-page** 26:11 | **parties** 3:18 | 70:9 72:12,19 |
| 38:21 80:10 | 56:15 | **operation** 17:22 | 4:14 31:17 | **physically** |
| **named** 32:12 | **occasion** 23:14 | **operations** | 82:16 | 76:15 |
| **NATHAN** 5:15 | **occasionally** | 17:17 | **partner** 17:8,9 | **pick** 77:1 |
| **National** 28:21 | 27:17 | **oral** 1:20 | 81:7 | **picked** 56:9,15 |

**FREEDOM COURT REPORTING**

Page 89

56:23
**picking** 76:15
**place** 5:11
21:11 26:18
**placing** 69:14
**Plaintiff** 1:7 3:7
5:3
**please** 1:23 8:12
13:3 16:7 44:3
63:15
**point** 9:22
31:15 39:14
39:17 51:5
73:14
**pointing** 29:14
**policies** 18:8,16
19:4,12,18,20
21:1,2,7 23:3
26:21 27:14
28:18 41:12
60:14
**policy** 20:18
25:11,15,18
25:20,23
26:13 28:9
31:12,20 32:6
33:15,21 34:4
34:8 38:14
40:15 45:3
46:19 47:17
47:23 48:2
49:21 50:12
50:19 51:11
54:6,15 55:1
55:12 56:6
57:16 61:20
63:6 67:5
68:19 73:17
74:7 75:22
76:9,17 77:7
79:8
**pork** 14:3
**portion** 48:4,6
48:20

**possession** 41:8
45:2
**possible** 51:2,4
**poultry** 14:3
**pound** 66:6
**Poya** 9:22
**practices** 17:17
**Prairie** 3:23
5:16
**premium** 20:19
62:11 67:1
**premiums**
26:21 27:1
33:18 48:4,18
48:20 50:18
51:7 73:21
**present** 17:4
**President** 16:13
16:14
**Pretty** 19:7
**previous** 75:12
**previously** 8:16
**Print** 52:4
**prior** 4:17
20:10 69:15
**probably** 22:18
23:9 50:5
**problems** 69:19
**Procedure** 1:17
**process** 15:8
24:10,20
55:20
**produced** 11:14
44:15 77:11
79:21
**producer** 59:3
61:7 64:22
75:2
**Progressive** 1:5
3:5 34:15 42:9
42:11,13
47:17 49:21
55:11 61:1
62:6 64:18

69:6,13 70:10
70:12 74:6,20
76:8 79:7
80:11,13,16
**Progressive's**
34:23
**proof** 32:12,20
41:4 68:22
**property** 18:13
19:13
**prorated** 73:22
**provides** 28:9
**Public** 3:22
**pulled** 35:15
**purchase** 43:21
49:3,6 54:15
78:12
**purchased**
25:11
**pursuant** 11:15
**put** 63:5
**p.m** 4:2

---
**Q**
**question** 9:16
52:7 72:17
73:15 77:1
80:7,15
**questions** 4:13
4:14 8:20 9:7
9:8 82:8
**quote** 50:12

---
**R**
**R** 5:1,4 77:11
82:1
**Randy** 6:1 81:7
**Raymond** 1:15
3:20 8:1,13
**read** 12:10
15:12,14 59:5
59:18,19,22
60:19
**reading** 4:4
15:6

**realize** 28:12
76:19
**really** 16:1 52:7
70:1
**reason** 43:18
53:21 54:19
55:13
**recall** 23:21
25:4 26:8,11
36:6 39:17
40:17,18 46:8
46:13 49:7
50:15 51:3
53:8,10,12,13
53:18 62:18
63:12 68:9
69:14 72:4,6
**receive** 19:17
19:21 20:17
21:22 25:15
25:19 40:4,8
62:12 63:14
**received** 34:14
41:11 51:13
52:8 59:4,23
62:22 63:4
65:4 67:8 79:6
80:1
**receives** 30:12
30:19
**receiving** 25:4
26:9,11 40:18
41:16 42:23
68:9
**recognize** 44:13
**recollect** 26:14
**recollection**
52:12
**record** 8:12
29:13 35:7
42:7
**recoup** 66:18
**refer** 37:1 38:17
57:19 60:22

**references**
64:21
**referencing**
66:1
**referred** 70:19
**referring** 28:20
29:3,7
**refers** 45:22
47:1 64:2,18
70:2 74:20,23
**relate** 45:2
**relating** 4:8
70:8
**remember**
13:15 16:22
19:2,16,19
20:21 25:3
39:15,19
41:16 49:15
50:1,23 51:1
53:9 55:19
64:8 77:19,20
80:14 81:8
**reminding**
20:12
**renewal** 19:14
20:11,13,18
**renewed** 19:5
19:21
**rephrase** 9:11
38:13
**reporter** 2:1
3:21 8:5 9:14
**represent** 8:15
42:1 79:22
80:11
**represents**
82:11
**request** 11:16
**require** 38:9
**required** 15:6
28:2 47:18
48:7 76:20
**respective** 3:19

FREEDOM COURT REPORTING

responses 34:14
  35:8
responsibilities
  14:19 16:5
responsible
  23:2 26:20
  48:17
rest 73:22
result 82:17
retained 2:1
return 63:16
reviewing 15:1
Ricky 1:10 3:11
  11:19 34:11
  36:6,10,20
  38:15,17,20
  43:4 46:10
  47:9 48:11,16
  48:16 49:11
  49:21 50:2,3,6
  54:13 56:18
  57:17,18 61:9
  63:15,17
  66:17,20
  67:13 71:8
  73:10,16 74:7
  74:21 77:16
  81:14
Ricky's 41:20
right 8:23 9:4
  9:17 11:21,22
  12:10,12,19
  12:23 14:8
  16:3,6,21 17:3
  17:14,18 18:6
  18:14 19:11
  19:20 20:2,9
  22:11 23:22
  25:7,10,11,13
  25:18 26:8
  29:3,5,8,12
  30:2 31:3,18
  31:22,23 32:6
  32:17 33:1,12

33:14 34:1
  35:11 36:5,13
  37:5 38:10
  39:6,10 40:1,7
  40:14 41:10
  41:13,18 43:1
  43:5,6,11,23
  44:1,2,3 45:4
  45:20 46:2,7,8
  46:19 47:19
  48:8,14,22
  49:11,17 50:8
  51:7 52:3
  53:10 54:2,7
  54:11,22 55:2
  55:8 57:1,19
  57:22 58:2
  59:15,17,22
  60:2,9,22 62:2
  62:18 63:4,12
  64:13,15,16
  65:6,11,20
  66:3,18,23
  67:11,18
  68:12,17,20
  69:5 71:1,5,5
  71:6 73:13
  74:8,17,19,21
  75:3,13,17
  76:2,4,6,17
  77:9 78:14,20
  79:1,6,20
  81:11,16
rights 60:5
rigs 14:10
Riverside 1:11
  3:12 10:9,10
  10:12,16
  12:20 17:7,16
  17:22 18:9
  21:12 24:1
  26:20 27:5,13
  27:20 34:12
  36:7,11,21

38:2 39:2 40:3
  41:6 42:3,22
  43:21,22,23
  45:2 46:2,9
  47:2 48:10,10
  48:15 49:2
  50:16 51:6
  62:16 66:16
  78:11,21,23
  79:7
Road 5:5,20
  9:22
role 15:8
Rule 1:16
rules 1:17 4:8
_____
    S
S 3:16 5:1 7:9
Sales 13:22
  14:18
salesman 14:4
saying 20:18
  50:16 72:4
  73:13
says 42:10,20
  42:22 43:7,20
  46:21 52:4
  57:18 59:2,13
  60:7,8,12,17
  61:3 62:13,14
  62:15 63:15
  65:17,21 66:4
  68:3,18 70:12
  72:2 78:22
  79:19
school 13:4
SCOTT 6:2
screen 55:12
second 12:7
  37:6 44:3
  78:16 80:15
secretary 21:20
  21:21 22:7,14
  22:16,20

35:17 66:11
secured 78:22
  79:1
see 8:19 32:1
  36:3 42:6
  45:23 51:23
  63:17 64:5
  67:3,17,21
  78:8,18
seeing 26:14
  77:19
seen 28:17
  45:15,17 47:5
  47:6 77:13
  78:3,5 79:17
selected 55:15
  56:3
Self-employed
  10:8
sell 13:23 54:5
send 41:1 49:23
  52:14,18 53:2
  68:15 69:13
sending 69:16
sense 9:9 53:3
sent 34:15,23
  35:2 42:3,15
  50:7 65:23
  68:16
separate 28:8
set 27:12
seven 28:5 72:8
sheet 62:14
  67:20
Shorterville
  10:14 12:22
Shorthand 3:21
show 25:8 45:8
  77:9 78:7
showed 69:6
sign 63:15 66:6
  66:6
signature 4:4
  67:14

sir 8:12 9:19,21
  21:3 70:7 81:4
sit 24:11
situations 34:9
  37:19
slash 57:21 66:7
  66:7
sold 38:14
somebody
  33:10 52:17
  69:8
sorry 10:3
  16:20 25:22
  26:4,6 28:21
  38:13 65:11
source 79:15
South 5:11 67:2
speaks 58:3
  60:16
Specialists 67:2
Specialty 1:5
  3:5 70:12
specifically
  25:3 69:12
Speedy 52:4
Springs 4:1
  5:17
stamped 44:11
  77:11
stamping 79:23
start 48:2
started 17:1
  36:7
starts 59:18
state 8:11 10:13
  12:4,21 28:6
  58:14 82:3
stated 11:20
  12:4 81:13
STATES 1:1
  3:1
stenotype 82:8
Stephanie
  22:21

367 VALLEY AVENUE
(877) 373-3660  BIRMINGHAM, ALABAMA  (205) 397-2397

# FREEDOM COURT REPORTING

**STIPULATED**
3:17 4:3,10,19
**stipulations** 8:6
**Street** 4:1 5:16
6:2,6
**subsequent**
35:9
**successful**
17:11,13
**sufficient** 76:13
**suggestions**
24:14
**SUITE** 5:6,12
5:20 6:2
**summary** 26:12
68:19
**supposed** 72:20
**sure** 9:5 11:6,7
20:4 21:4
22:15,19
23:17,21
26:10,15
27:17 30:15
33:5 36:1 37:9
37:13,16 39:8
40:10 41:14
42:6,14 44:19
45:4,5 47:4,11
48:12 50:14
51:8,12,15
52:11 55:21
58:5 60:10
66:21 67:13
70:1,11 73:10
74:1,3 77:8
79:16 80:20
**switched** 43:10
43:16
**sworn** 8:2
**system** 27:12

——————
**T**
**T** 3:16,16 7:9
82:1,1

**tail** 31:5
**take** 17:11 19:3
35:19 80:4
**taken** 1:21 3:20
47:13 82:7
**talk** 34:3
**talked** 50:17
**talking** 25:18
25:23 40:2
47:22 51:10
**tell** 13:2 24:10
50:8 71:12,18
**telling** 55:6
**temporary**
25:14 46:22
**term** 33:17
65:17
**terms** 32:1
**test** 39:14
**testified** 8:2
43:15 50:10
54:14 73:1
81:10
**testimony** 1:21
55:10 82:12
**Thank** 33:14
81:3,23
**thereto** 4:18
82:9
**thing** 41:15
59:7 72:23
**things** 10:4
**think** 8:21 11:9
12:1 13:12,14
22:18,21,23
23:10 26:7
30:21 32:2
35:1,16 39:6,9
42:12 43:12
47:7 48:9 49:5
50:1,3,9 61:15
61:21 62:8
70:4 76:6 78:4
80:3

**third** 78:17
**thought** 24:15
55:4 56:13,18
56:19 69:19
76:12 81:14
**thousand** 28:5
29:14 55:14
56:6,23 59:13
61:16 70:21
71:10,20 72:8
78:6 79:18
81:19
**three** 11:6
23:20 29:4
42:1 55:14
56:6,20,23
61:12 71:9,19
72:8 78:6
79:18 81:19
**time** 4:16,16
10:19 17:4
19:5 32:22
40:3 43:4,9
46:18 63:13
66:19 77:2
78:10
**Tindal** 1:20
5:10 7:4 8:4,7
8:15 26:2,6
35:4,11,18
44:16 48:1
52:3 57:9 58:5
65:10,20 71:5
77:16 80:3,8
**title** 16:12 17:6
**today** 8:20 16:2
44:15 55:2,7
81:13
**told** 69:18
71:19,21
**top** 42:9 46:22
51:23 59:16
64:15 67:15
74:19

**track** 21:21
**tractor** 14:10
23:13,15,19
24:4 26:2,18
27:9,13 37:20
43:2,3,6,17,21
44:1 45:23
46:4,6,11 49:3
49:9,12 58:7,8
78:11
**tractors** 37:23
37:23 38:3
43:16 49:5
**trailer** 14:10
**transcribed**
82:9
**transcript** 1:20
45:15 82:12
**transcription**
82:10
**traveling** 14:4
**trial** 4:16
**tries** 17:16
**truck** 28:2,15
29:11,19 30:1
30:2,5,10 31:8
31:14 32:13
33:1 34:10
37:1,8,12,17
38:8,9 39:1,19
40:1,16,23
41:12,17 43:1
43:5,12 49:2
52:17 70:9
**trucker** 30:22
32:22
**truckers** 28:15
**trucking** 37:4,5
37:6,11,14
**trucks** 25:6
37:10
**true** 17:23 27:8
82:11
**truthfully**

81:10
**trying** 39:15
47:7 73:14
**turf** 1:11 3:12
10:8,9,10,12
10:16 12:20
17:2,7,16,22
18:9 21:12
24:1 26:20
27:5,13,20
34:12 36:8,11
36:21 38:2
39:2 40:3 42:4
42:22 43:21
43:23 46:2,9
47:2 48:11,15
49:2 50:16
51:6 66:16
78:12,21,23
79:7
**Turf's** 41:6
45:2 62:16
**turn** 52:9 53:4
**turns** 31:13
**twelve** 29:14
61:16 70:21
**TWENTIETH**
5:11
**twenty** 17:14
59:13
**two** 11:6 19:11
19:12 23:20
24:10 39:6,7,9
51:19 64:2
67:3 75:12
80:4
**type** 29:21
**types** 14:2 18:8
19:12 28:1
**typically** 52:16
**typing** 9:15
10:3
**typo** 58:13,17

# FREEDOM COURT REPORTING

**U**

U 3:16
Uh-huh 16:18
ultimately 31:1
  31:18 48:17
  48:21
underlying
  35:3 70:17
understand 9:5
  9:10 31:20
  32:5,8 33:8,14
  33:17 34:2,4
  35:18 45:14
  47:6 53:23
  54:9 60:10
  62:2 76:14,21
  76:23 78:7
understanding
  8:22 15:7
  25:14 27:23
  28:7 29:1,9
  30:7,11,17
  31:11,16
  32:11 33:3,20
  34:7 43:4
  46:16 47:16
  48:3 50:13
  52:21 55:11
  55:22 56:17
  60:3 70:18
  71:8 73:5,8,15
  73:20 75:4
understood
  9:16 15:12
  73:11
Union 4:1 5:17
UNITED 1:1
  3:1
University 13:7
use 17:16 23:18
  23:23 36:20
  38:8 75:14
Usual 8:5
usually 20:14

24:18

**V**

verify 69:21
vs 1:8 3:8

**W**

waived 4:5,21
want 9:5 35:6
  35:12,12 55:5
  80:4
wanted 24:17
  43:17 69:5,7
  69:20 73:11
  77:7
wasn't 40:20
way 15:17
  36:19
weeks 54:1
Weldon 1:19
  3:21 82:21
went 55:21 73:2
we'll 8:21 41:4
  44:3,5 48:1
  65:1 67:18
  71:6 75:14
we're 9:15
  23:22 25:18
  52:1 55:2
we've 8:16
  23:20 28:19
  32:2 41:20
  44:23 45:10
  57:3 58:22
  61:15 79:9
wheelers 14:9
Whigham
  37:14
Williams 22:4
wise 82:16
witness 4:5
  58:16 64:8
  82:13
wordy 9:8
work 14:6

15:19
worked 13:18
  14:15
working 17:1
works 75:6
wouldn't 53:3
  81:19
wreck 73:16
write 15:14
  27:3
wrong 58:15,16
wrote 51:6

**X**

X 7:1,9

**Y**

year 13:15 19:6
  19:21 20:20
  22:6 48:1,2
  51:11 65:3
  73:22
years 10:17
  11:2,7 15:21
  17:10,14
  23:16 38:6
  75:12
Young 75:1
y'all 51:20 80:4

**0**

012 77:12
014 77:12
04 42:8 65:9
  66:7
05 42:8

**1**

1 7:11 8:10
  11:13 29:5
  42:2 45:1,13
  45:20 51:19
  57:4 68:8
  72:11 75:15
10 10:13 12:4,9

12:17,21,23
  42:19 58:18
  61:13,23 65:2
  65:2,9,16 67:5
  77:2
100 5:6
11969 10:13
  12:4,21
131 6:6
15 1:18 62:11
176453 66:7
18th 1:21 4:2
1988 1:18
1990 45:23 46:3
  58:8
1995 46:6,10
  47:1 49:12

**2**

2 7:12 34:16
  35:20,22 36:2
  37:3
2:00 4:2
2:05-CV-438-...
  1:9 3:9
20 42:19
2001 11:18
  57:12 75:16
  75:18
2003 11:10 12:9
  12:18,23
  22:17 42:19
  43:16 44:7
  47:1,8 48:2
  49:20,20
  50:10 51:10
  51:20 52:9,22
  53:14 58:19
  61:13,23
  62:12 65:4
  77:2 78:8
2004 42:19 48:2
  51:11 53:11
  63:9,20,23

64:14 65:2,7
  65:15,15,16
  65:18,22 67:5
  67:20 69:17
2005 1:22 4:2
  65:3 74:15
  75:9
2020 5:5
219 3:23 5:16
22nd 74:15
24 63:8,22
  65:15,22
2501 5:11
27 44:11 67:20
  69:17

**3**

3 7:13 44:6,9
  46:15 66:7
300 5:12,20
35 7:12
35011 6:7
35216 5:7
35223 5:13
36089 5:17
36101 6:3
36106 5:21
36373 12:22

**4**

4 7:14 44:9
4001 5:20
418 6:2
44 7:13,14

**5**

5 7:15 77:23
  78:2
5(d) 1:16
585-6288 62:15

**6**

6 78:8

**7**

## FREEDOM COURT REPORTING

**70's** 13:14
**77** 7:15

---
**8**
**8** 7:4,11 11:17
  44:6 46:23
  57:12 63:20
  64:14 65:7,15
  65:18
**80** 7:5 58:15
**81** 7:6

---
**9**
**90** 9:22
**95** 46:7