# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YY) |
|---|---|
| | 06/08/2001 |

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| DIVERSIFIED INS.FIN. SER.<br>P.O. BOX 5622<br>DOTHAN        AL    36302<br>334-793-0074 | |

**INSURERS AFFORDING COVERAGE**

| INSURED | |
|---|---|
| RICKEY LANE, DBA: C&D EXPRESS<br>P.O. BOX 85<br>SHORTERVILLE        AL    36373 | INSURER A: OCCIDENTAL/ASHLAND |
| | INSURER B: |
| | INSURER C: |
| | INSURER D: |
| | INSURER E: |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | EACH OCCURRENCE | $ |
| | ☐ COMMERCIAL GENERAL LIABILITY | | | | FIRE DAMAGE (Any one fire) | $ |
| | ☐ CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY ☐ PROJECT ☐ LOC | | | | PRODUCTS - COMP/OP AGG | $ |
| A | **AUTOMOBILE LIABILITY**<br>☐ ANY AUTO<br>☐ ALL OWNED AUTOS<br>☒ SCHEDULED AUTOS<br>☐ HIRED AUTOS<br>☐ NON-OWNED AUTOS | TO BE DETERMINED | 06/08/2001 | 06/08/2002 | COMBINED SINGLE LIMIT (Ea accident) | $   1,000,000 |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | **GARAGE LIABILITY**<br>☐ ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN    EA ACC<br>AUTO ONLY:        AGG | $<br>$ |
| | **EXCESS LIABILITY**<br>☐ OCCUR ☐ CLAIMS MADE | | | | EACH OCCURRENCE | $ |
| | | | | | AGGREGATE | $ |
| | ☐ DEDUCTIBLE | | | | | $ |
| | ☐ RETENTION $ | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | | | | ☐ WC STATU-TORY LIMITS ☐ OTHER | |
| | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | **OTHER**<br>CARGO | TO BE DETERMINED | 06/08/2001 | 06/08/2002 | CARGO<br>DEDUCTIBLE | 30,000<br>1,000 |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS

1990 INTERNATIONAL TRACTOR
ID#

**DEFENDANT'S EXHIBIT**

Morris 1

| CERTIFICATE HOLDER | ADDITIONAL INSURED; INSURER LETTER: | CANCELLATION |
|---|---|---|
| RIVERSIDE TURF FARM<br>11969 STATE HWY 80<br>SHORTERVILLE<br>ABBEVILLE        AL    36373 | | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __10__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br><br>AUTHORIZED REPRESENTATIVE    Bill Mitchell |

ACORD 25-S (7/97)                                                    © ACORD CORPORATION 1988

11/09/2005 17:23  3345856288  MCKNIGHT INSURANCE    RIVERSIDE    TO:5856288    PAGE 02

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY)
3/19/2003

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| McKnight Agency, Inc.<br>203 W. Washington Street<br>Abbeville, AL 36310<br>334-585-2210 | |

| | INSURERS AFFORDING COVERAGE |
|---|---|
| INSURED<br>Ricky Lane<br><br>PO Box 85<br>Shorterville, AL 36373<br>334-585-9H40 | INSURER A: Progressive |
| | INSURER B: National Fire & Marine |
| | INSURER C: |
| | INSURER D: |
| | INSURER E: |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | GENERAL LIABILITY | | | | EACH OCCURRENCE | $ |
| | ☐ COMMERCIAL GENERAL LIABILITY | | | | FIRE DAMAGE (Any one fire) | $ |
| | ☐ CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER<br>☐ POLICY ☐ PRO-JECT ☐ LOC | | | | PRODUCTS - COMP/OP AGG | $ |
| | AUTOMOBILE LIABILITY | | | | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | ☐ ANY AUTO | | | | | |
| | ☐ ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| A | ☒ SCHEDULED AUTOS<br>☐ HIRED AUTOS | CA01722685-0 | 03-10-03 | 03-10-04 | BODILY INJURY (Per accident) | $ |
| | ☐ NON-OWNED AUTOS | | | | PROPERTY DAMAGE (Per accident) | $ |
| | GARAGE LIABILITY | | | | AUTO ONLY - EA ACCIDENT | $ |
| | ☐ ANY AUTO | | | | OTHER THAN EA ACC<br>AUTO ONLY AGG | $<br>$ |
| | EXCESS LIABILITY | | | | EACH OCCURRENCE | $ |
| | ☐ OCCUR ☐ CLAIMS MADE | | | | AGGREGATE | $ |
| | | | | | | $ |
| | ☐ DEDUCTIBLE | | | | | $ |
| | ☐ RETENTION $ | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | | | | ☐ WC STATU-TORY LIMITS ☐ OTH-ER | |
| | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | OTHER | | | | | |
| B | Cargo | T-5-D | 03-10-03 | 03-10-04 | $20,000 | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS

| CERTIFICATE HOLDER | ADDITIONAL INSURED; INSURER LETTER: | CANCELLATION |
|---|---|---|
| Riverside Turf Farm<br>11989 State Hwy.10 E.<br>Shorterville, AL 36373<br>Fax #: (334) 585-6288 | | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 10 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE |

ACORD 25-S (7/97)                                                                 © ACORD CORPORATION 1988



**PROGRESSIVE®**
COMMERCIAL VEHICLE INSURANCE

INSURER:   PROGRESSIVE SPECIALTY INSURANCE CO.

COMMERCIAL AUTO POLICY DECLARATIONS          **POLICY NUMBER**   CA 01722685-0

ADDITIONAL INSURED SCHEDULE

RIVERSIDE TURF                          **NAMED INSURED:**  RICKY LANE
11969 STATE HWY 10 E                    **ADDRESS:**  PO BOX 85
SHORTERVILLE        AL                             SHORTERVILLE     AL   36373

**POLICY PERIOD: Policy covers FROM:** 03/10/03    **TO:**  03/10/04
          (12:01 A.M. Standard time at the Named Insured's Address stated above).

### LOSS PAYABLE CLAUSE

WE AGREE WITH YOU TO CHANGE YOUR POLICY AS FOLLOWS:

1.  WE WILL PAY THE LOSS PAYEE NAMED IN THE POLICY FOR LOSS TO YOUR INSURED AUTO AS THE INTEREST OF THE LOSS PAYEE MAY APPEAR.

2.  THE INSURANCE COVERS THE INTEREST OF THE LOSS PAYEE UNLESS THE LOSS RESULTS FROM FRAUDULENT ACTS OR OMISSIONS ON YOUR PART.

3.  CANCELLATION ENDS THIS AGREEMENT AS TO THE LOSS PAYEE'S INTEREST.  IF WE CANCEL THE POLICY WE WILL MAIL YOU AND THE LOSS PAYEE THE SAME ADVANCE NOTICE.

4.  IF WE MAKE ANY PAYMENT TO THE LOSS PAYEE, WE WILL OBTAIN HIS RIGHTS AGAINST ANY OTHER PARTY.

| No. | Year | Trade Name | Serial No. | Limits of Liability (Including Custom Parts & Equip.) Less Deductible Shown Below | | |
|-----|------|-----------|-----------|-----------|-----------|-----------|
| | | | | LIMIT OF LIABILITY | COMP/FTCAC DED | COLL DED |
| 01 | 1995 | INTERNA | 2HSFHAER8SC049891 | 12000 | 1000 | 1000 |

**PROGRESSIVE**®
COMMERCIAL VEHICLE INSURANCE

Issued By: PROGRESSIVE SPECIALTY INSURANCE CO.

## AUTO DAMAGE LIMIT OF LIABILITY POLICY CHANGE

We agree with **you** to change **Part III, Damage to Your Auto,** as follows:

**Limit of Liability**

If the Limit of Liability shown below is less than **90%** of the actual cash value at the time of **loss** to **your insured auto, you** will share with **us** in the cost of repair or replacement as follows:

1.  **We** will pay the same proportion of the **loss** which the Limit of Liability shown below bears to the actual cash value of **your insured auto** at the time of **loss.**

2.  **We** will reduce the amount of **loss** by the Auto Damage deductible shown in the Policy Declarations prior to calculating the proportionate amount **we** will pay.

If **we** pay the actual cash value of the **auto** less deductible, **we** are entitled to all salvage.

| | | | | Limits of Liability(Including Custom Parts & Equip.) Less Deductible Shown Below | | |
|---|---|---|---|---|---|---|
| No. | Year | Trade Name | Serial No. | Liability | Comp/FTCAC Ded. | Coll. Ded. |
| 01 | 1995 | INTERNA | 2HSFHAER6SC049691 | 12000 | 1000 | 1000 |

**All other parts of this Policy remain unchanged.**

**Issued to:** RICKY LANE          PO BOX 85          SHORTERVILLE    AL 36373

**This endorsement changes Policy No.** CA 01722685-0     **Endorsement Effective:** 03/10/03

ACO C2

8470 (12-86)                    LIENHOLDER COPY                    CVSE0809024607L847001L

# McKnight Agency, Inc.

203 West Washington Street
Abbeville, AL 36310-2015

**Telephone (334) 585-5210**
**Mobile # (334) 714-5210**
**Fax # (334) 585-1514**
**Toll Free 1-888-335-1551**

**INVOICE**

J03031002

BILL TO:   *Ricky Lane*
*% Riverside Turf*
*11969 State Highway 10 East*
*Shorterville, AL 36373*

| INV. DATE: 03-10-03 | | | TERMS: Due Upon Receipt | |
|---|---|---|---|---|
| EFF. DATE | EXP. DATE | COMPANY/POLICY NUMBER | DESCRIPTION | AMOUNT |
| 03-10-03 | 03-10-04 | Progressive | $1,000,000 Liability | 3,494.00 |
| 03-10-03 | 03-10-04 | National Fire & Marine | Cargo Coverage | 669.92 |
| | | | Sub Total | $4,163.92 |

| CREDITS | | | | |
|---|---|---|---|---|
| EFF. DATE | EXP. DATE | COMPANY/POLICY NUMBER | DESCRIPTION | AMOUNT |
| 03-10-03 | | Progressive/Nat'l Fire | Amount Financed by Premium Fin. Specialists | 3,047.94 |
| | | | *Paid in full from check 01610*/ *Deduct Ricky* | 1040.98 |

**WE APPRECIATE YOUR BUSINESS**

ALL ACCOUNTS ARE DUE ON DATE INDICATED AND ARE SUBJECT
TO A 1.5% PER MONTH INTEREST CHARGE AFTER 10 DAYS

Total credits: 3,047.94

**PLEASE PAY THIS AMOUNT>**   $1,115.98   75⁰⁰

*When sending payment, include the invoice number on the check. Thank you.*

JUL-28-2003 12:13P FROM:MCKNIGHT AGENCY 1334565517    TO:5805288    P.1/1

**PREMIUM FINANCING SPECIALISTS of the SOUTH**
A MISSOURI CORPORATION HOME OFFICE, KANSAS CITY, MISSOURI
P.O. BOX 35408
TULSA, OK 74153-0408.
PHONE: (918)665-6565 · FAX: (918)663-9393

| NOTICE OF INTENT TO CANCEL | | |
|---|---|---|
| DATE OF NOTICE | ACCOUNT NUMBER | PAYMENT NO. |
| 07/15/03 | OKT-134160 | 4 |

IF ANY QUESTIONS,
PLEASE CALL:    (800)727-1717

| AMOUNT OF CURRENT PAYMENT | LATE CHARGE | PREVIOUS FEES NOT PAID | OTHER AMOUNTS | PLEASE PAY THIS AMOUNT |
|---|---|---|---|---|
| $ 355.82 | $ 17.79 | $ 0.00 | $ 0.00 | $ 373.61 |

**AGENT**
MCKNIGHT AGENCY, INC.
203 W WASHINGTON
ABBEVILLE, AL 36310-2015

**INSURED**
RICKY LANE
PO BOX 85
SHORTERVILLE, AL 36373

Ilullullullullullulllloulullluulllululluulludlulul
004161

Your payment is now past due. If PFS does not receive the amount due on or before  07/25/03
your financed insurance policies will be cancelled. (KINDLY DISREGARD THIS NOTICE IF YOU HAVE ALREADY MAILED
YOUR PAYMENT) MAKE YOUR PAYMENT NOW TO KEEP YOUR INSURANCE IN FORCE. THIS IS THE ONLY NOTICE YOU
WILL RECEIVE BEFORE CANCELLATION IS MADE.

1. PLEASE DETACH AT PERFORATION BELOW.
    A) RETAIN THIS TOP PORTION FOR YOUR RECORD.
    B) RETURN THE BOTTOM PORTION WITH YOUR CHECK.
2. PLEASE BE CERTAIN THAT:
    A) YOUR CHECK IS SIGNED.
    B) YOU PLACE YOUR PFS ACCOUNT NUMBER ON YOUR CHECK.

# NY, SC, FL & MD INSUREDS: SEE PAGE 2

DETACH HERE

INSURED
RICKY LANE
PO BOX 85
SHORTERVILLE, AL 36373

TO ENSURE PROPER CREDIT TO YOUR
ACCOUNT, WRITE YOUR ACCOUNT NUMBER ON YOUR
CHECK AND RETURN THIS STUB WITH YOUR PAYMENT

MAKE CHECK PAYABLE AND REMIT TO:
**PFS OF THE SOUTH, INC.**
P.O. BOX 35408
TULSA, OK 74153-0408

| PAYMENT COUPON | | |
|---|---|---|
| PAYMENT NO. | ACCOUNT NUMBER | DUE DATE |
| 4 | OKT-134160 | 07/10/03 |

| | |
|---|---|
| PAYMENT DUE | $ 355.82 |
| LATE FEE | $ 17.79 |
| OTHER FEES DUE | $ 0.00 |
| OTHER AMOUNTS DUE | $ 0.00 |

| IF RECEIVED AFTER  07/15/03 PLEASE PAY THIS AMOUNT | $ 373.61 |
|---|---|


(98) Copyright 1988 Premium Financing Specialists, Inc.

## *McKnight Agency, Inc.*

*203 West Washington Street*

*Abbeville, Alabama 36310*

*Joe T. McKnight, LUTCF*

*Judy Watson, Agent*

February 24, 2004

Riverside Turf
11969 State Highway 10 East
PO Box 94739
Shorterville AL 36373

Dear Ray,

Attached are the Invoice and Premium Financing Specialists financing agreement for Ricky Lane's vehicle and cargo renewal. Please have Ricky sign the financing agreement and return it with the down payment.

If there are any changes that need to be made please let me know.

Thank You,

Joe

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY)
3/8/2004

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| McKnight Agency, Inc.<br>203 W. Washington Street<br>Abbeville, AL 36310<br>334-585-5210 | |

| | INSURERS AFFORDING COVERAGE |
|---|---|
| INSURED Ricky Lane<br><br>PO Box 85<br>Shorterville, AL 36373<br>334-585-9840 | INSURER A: Progressive |
| | INSURER B: National Fire & Marine |
| | INSURER C: |
| | INSURER D: |
| | INSURER E: |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | EACH OCCURRENCE | $ |
| | ☐ COMMERCIAL GENERAL LIABILITY | | | | FIRE DAMAGE (Any one fire) | $ |
| | ☐ CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY ☐ PRO-JECT ☐ LOC | | | | PRODUCTS - COMP/OP AGG | $ |
| A | **AUTOMOBILE LIABILITY**<br>☐ ANY AUTO<br>☐ ALL OWNED AUTOS<br>☒ SCHEDULED AUTOS<br>☒ HIRED AUTOS<br>☐ NON-OWNED AUTOS | CA01722585-0 | 03-10-04 | 03-10-05 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | **GARAGE LIABILITY**<br>☐ ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN EA ACC<br>AUTO ONLY: AGG | $ |
| | **EXCESS LIABILITY**<br>☐ OCCUR ☐ CLAIMS MADE | | | | EACH OCCURRENCE | $ |
| | | | | | AGGREGATE | $ |
| | ☐ DEDUCTIBLE<br>☐ RETENTION $ | | | | | $ |
| | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | | | | ☐ WC STATU-TORY LIMITS ☐ OTH-ER | |
| | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| B | **OTHER**<br>Cargo | 72MTC011334 | 03-10-04 | 03-10-05 | | $20,000 |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS

| CERTIFICATE HOLDER | ADDITIONAL INSURED; INSURER LETTER: | CANCELLATION |
|---|---|---|
| Riverside Turf Farm<br>11969 State Hwy.10 E.<br>Shorterville, AL 36373<br>Fax #: (334) 585-6288 | | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 10 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE |

ACORD 25-S (7/97)                                    © ACORD CORPORATION 1988

**PROGRESSIVE**®
COMMERCIAL VEHICLE INSURANCE

INSURER:    PROGRESSIVE SPECIALTY INSURANCE CO.

COMMERCIAL AUTO POLICY DECLARATIONS          POLICY NUMBER    | CA 01722685-1 |

ADDITIONAL INSURED SCHEDULE

RIVERSIDE TURF                    NAMED INSURED:  RICKY LANE
11969 STATE HWY 10 E                  ADDRESS:  PO BOX 85
SHORTERVILLE       AL                         SHORTERVILLE     AL   36373

POLICY PERIOD: Policy covers FROM: 03/10/04     TO:  03/10/05
                (12:01 A.M. Standard time at the Named Insured's Address stated above).

### LOSS PAYABLE CLAUSE

WE AGREE WITH YOU TO CHANGE YOUR POLICY AS FOLLOWS:

1.   WE WILL PAY THE LOSS PAYEE NAMED IN THE POLICY FOR LOSS TO YOUR INSURED
     AUTO AS THE INTEREST OF THE LOSS PAYEE MAY APPEAR.

2.   THE INSURANCE COVERS THE INTEREST OF THE LOSS PAYEE UNLESS THE LOSS
     RESULTS FROM FRAUDULENT ACTS OR OMISSIONS ON YOUR PART.

3.   CANCELLATION ENDS THIS AGREEMENT AS TO THE LOSS PAYEE'S INTEREST.  IF WE
     CANCEL THE POLICY WE WILL MAIL YOU AND THE LOSS PAYEE THE SAME ADVANCE
     NOTICE.

4.   IF WE MAKE ANY PAYMENT TO THE LOSS PAYEE, WE WILL OBTAIN HIS RIGHTS
     AGAINST ANY OTHER PARTY.

| No. | Year | Trade Name | Serial No. | Limits of Liability (Including Custom Parts & Equip.) Less Deductible Shown Below | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | LIMIT OF LIABILITY | COMP/FTCAC DED | COLL DED |
| 01 | 1995 | INTERNA | 2HSFHAER6SCO49691 | 12000 | 1000 | 1000 |



**COMMERCIAL VEHICLE INSURANCE**

**Issued By:** PROGRESSIVE SPECIALTY INSURANCE CO.

## AUTO DAMAGE LIMIT OF LIABILITY POLICY CHANGE

We agree with **you** to change **Part III, Damage to Your Auto,** as follows:

**Limit of Liability**

If the Limit of Liability shown below is less than **90%** of the actual cash value at the time of **loss** to **your insured auto, you** will share with **us** in the cost of repair or replacement as follows:

1.  **We** will pay the same proportion of the **loss** which the Limit of Liability shown below bears to the actual cash value of **your insured auto** at the time of **loss.**

2.  **We** will reduce the amount of **loss** by the Auto Damage deductible shown in the Policy Declarations prior to calculating the proportionate amount **we** will pay.

If **we** pay the actual cash value of the **auto** less deductible, **we** are entitled to all salvage.

| No. | Year | Trade Name | Serial No. | Liability | Limits of Liability(Including Custom Parts & Equip.) Less Deductible Shown Below Comp/FTCAC Ded. | Coll. Ded. |
|-----|------|------------|-----------|-----------|-------------------------------------------------------------------------------------------------|-----------|
| 01 | 1995 | INTERNA | 2HSFHAER8SC049891 | 12000 | 1000 | 1000 |

**All other parts of this Policy remain unchanged.**

**Issued to:** RICKY LANE          PO BOX 85          SHORTERVILLE     AL 36373

**This endorsement changes Policy No.** CA 01722885-1          **Endorsement Effective:** 03/10/04

ACO C2

# McKnight Agency, Inc.

203 West Washington Street
Abbeville, AL 36310-2015

Telephone (334) 585-5210
Mobile # (334) 714-5210
Fax # (334) 585-1514
Toll Free 1-888-335-1551

## INVOICE
J04022402

BILL TO:  **Ricky Lane**
**% Riverside Turf**
**11969 State Highway 10 East**
**Shorterville, AL 36373**

| INV. DATE: 02-24-04 | | | TERMS: Due By 03-08-04 | |
|---|---|---|---|---|
| EFF. DATE | EXP. DATE | COMPANY/POLICY NUMBER | DESCRIPTION | AMOUNT |
| 03-10-04 | 03-10-05 | Progressive | Liability & Physical Damage on 95 International | 4,219.00 |
| 03-10-04 | 03-10-05 | National Fire & Marine | Cargo Coverage | 669.92 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Sub Total | $4,888.92 |

| CREDITS | | | | |
|---|---|---|---|---|
| EFF. DATE | EXP. DATE | COMPANY/POLICY NUMBER | DESCRIPTION | AMOUNT |
| 03-10-04 | | Progressive/Nat'l Fire | Amount Financed by Premium Fin. Specialists | 3,591.69 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total credits: | 3,591.69 |

**WE APPRECIATE YOUR BUSINESS**

ALL ACCOUNTS ARE DUE ON DATE INDICATED AND ARE SUBJECT
TO A 1.5% PER MONTH INTEREST CHARGE AFTER 10 DAYS

**PLEASE PAY THIS AMOUNT>**  $1,297.23

*When sending payment, include the invoice number on the check. Thank you.*

Pd. CK# 1765 3/3/04

**PFS**
Tulsa, OK 74135-3235
(918) 663-6565

# PREMIUM FINANCING SPECIALISTS OF THE SOUTH, INC.

| | | | | |
|---|---|---|---|---|
| **A** | **CASH PRICE** (TOTAL PREMIUMS) | $4,888.92 | **AGENT** (Name & Place of business) MCKNIGHT AGENCY, INC. | **INSURED** (Name and residence or business Rickey Lane |
| **B** | **CASH DOWN PAYMENT** | $1,297.23 | 203 W WASHINGTON | PO Box 85 |
| **C** | **PRINCIPAL BALANCE** (A MINUS B) | $3,591.69 | ABBEVILLE      AL  36310 (334) 585-5210 | Shorterville      AL  36373 (334) 585-9840 |

## LOAN DISCLOSURE

Quote Number: 208595

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 12 % | $182.01 | $3,591.69 | $3,773.70 |

### YOUR PAYMENT SCHEDULE WILL BE

| Number of Payments | Amount of Payments | When Payments Are Due | MONTHLY |
|---|---|---|---|
| 9 | $419.30 | Beginning: | 4/10/2004 |

ITEMIZATION OF THE AMOUNT FINANCED
THE FULL AMOUNT FINANCED WAS PAID
TO THE INSURANCE COMPANY

Security: You are giving a security interest in the unearned premiums and, on commercial policies, loss payments which will reduce the unearned premium of the policies.
Late Charges:   Late payment will incur a late payment charge. See Page 2.
Prepayment: If you pay your account off early, you will not have to pay a penalty and may be entitled to a refund of part of the finance charge.
See your contract documents for any additional information about non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE OF POLICY | SCHEDULE OF POLICIES INSURANCE COMPANY AND GENERAL AGENT | COVERAGE | POL. TRMS | PREMIUM |
|---|---|---|---|---|---|
| PENDING | 3/10/2004 | NATIONAL FIRE AND MARINE INSURANCE | CARGO | 12 | $532.00 |
| DP:0.25%/CX:10/ME:0.25% | | | FEES TAXES | | $100.00 $37.92 |
| PENDING | 3/10/2004 | PROGRESSIVE SPECIALTY INSURANCE COM | AUTOMOBILE | 12 | $4,219.00 |
| DP:0.25%/CX:10/ME:0% | | | | | |

R:CHART 6    COUPON

(If none  so state

| (CHECK CORRECT BOX) | ☐ PERSONAL | ☑ COMMERCIAL | TOTAL $ | $4,888.92 |

The undersigned insured directs Premium Finance Specialists of the South, Inc., (herein, "PFS") to pay the premiums on the policies described above. In consideration of such premium payments the insured agrees to pay PFS at the branch office address shown above, or as otherwise directed by PFS the amount stated as Total of Payments in accordance with the Payment Schedule, both as shown in Loan Disclosure, subject to the provisions herein set forth.
The named insured:

1. Assigns to PFS as security for the total amount payable hereunder all unearned premiums and, on commercial policies, loss payments which will reduce the unearned premium which become payable under the policies listed above, as to all of which insured gives to PFS a security interest.

2. Irrevocably appoints PFS attorney-in-fact of the Insured with full power substitution and full authority upon default to cancel all policies above identified, receive all sums assigned to PFS or in which it has granted PFS a security interest and to execute and deliver on behalf of the insured documents, instruments, forms and notices relating to the listed insurance policies in furtherence of this agreement.

3. Understands that the finance charge begins to accrue as of the earliest policy effective date.

4. Agrees to all provisions set out on pages 1 and 2 of this agreement.

**NOTICE:**
**A. Do not sign this agreement before you read it or if it contains any blank space.**

**B. You are entitled to a completely filled in copy of this agreement.**

**C. Under the law, you have the right to pay in advance the full amount due and under certain conditions to obtain a partial refund of the finance charge.**

**D. Keep your copy of this agreement to protect your legal rights.**

Signature of Insured or Authorized Agent                    DATE
The undersigned hereby warrants and agrees to Agent's Representations set forth herein.

SIGNATURE OF AGENT                    DATE

FURTHER PROVISIONS OF PREMIUM FINANCE AGREEMENT

PFS agree that:

**EFFECTIVE DATE:** Agrees this agreement shall be effective when written acceptance is mailed to insured by PFS.

**PREPAYMENT:** The insured may prepay the full amount due in this contract and receive a rebate of a portion of the finance charge in accordance with the Rule of 78's in all states except in CA where the rebate is determined in the manner provided by S18629 of the CA Financial Code, and except that the rebate is computed by the actuarial method on a 360 day basis in AZ, CO, IA (personal lines only), MA, NJ, OR, PA, and VT.

7. **CANCELLATION CHARGES:** If a default by the insured results in cancellation of any insurance policy listed herein, the insured shall pay a cancellation charge of $15 in AL($5 on consumer loans), AR, AZ, CA, CO(excluding consumer loans), CT, GA($5 on consumer loans), HI, IA (excluding personal lines), ID, IN, ME, MO, MS, NE, NM, OK, RI, SC, SD, UT, WI, WV, and WY; $5 in TN and OR; $10 in MN, ND, and OH; $25 in LA. The charges in the following states must be reduced by the late charge on the installment in default: In MD, 5% of the installment,not to exceed $100 on commerical loans, $15 on coonsumer loans; $15 in NH $10 in DC; $5 in DE, KS, MI, MT, NJ, NY, and WA: in MA the greater of 2% or $5 on commercial loans and the lesser of 2% and $5 on consumer loans. If cancellation occurs, the insured agrees to pay a finance charge on the balance due at the contract rate of interest until the balance is paid in full or until such other date as required by law. Not applicable in KY and VT.

8. **DELINQUENCY CHARGES:** For installments in default five days or more, insureds in all states except those listed in this paragraph will pay a late charge of 5% of any installment in default not to exceed $100 in MD(excluding consumer loans); $5 in MT; on consumer loans only, not to exceed -- $8 in MD, NY, SC, and WA; $10 in AZ, FL, and OH; $15 in MO, and MS; $5 plus an amount not to exceed 2% of the delinquent installment in KS. For installments in default 10 days or more insureds will pay a late charge of 5% of the payment in default in CA, MN, TN, TX, UT, and VA, but not to exceed $500 in NM(excluding consumer loans); $5 in DE and ND; $15 in LA; on personal lines only, not to exceed -- $5 in MA, MI(including non-profit organizations with premiums under $10,000), NJ and NM; $10 in WV; $15 in CO; $15.50 in IN, $18 in OK, $20 in IA, in AK and OR the lesser of $5 or 5% of payments less than $250 and 2% of payments of $250 or more; greater of 1.5% and $25 on commercial loans in NJ, the greater of 5% and $12.50, in ID on personal lines. On consumer loans in ME, for installments in default 15 days or more, insureds will pay a late charge of 5% of any installment in default not to exceed $10. The acceptance by PFS of one or more late payments from the insured shall not estop PFS or be a waiver of the rights of PFS to exercise all of its rights hereunder in the event of any subsequent late payment.

9. **INSUFFICIENT FUNDS (NSF) CHARGES:** A charge of $20 shall be made for each NSF check, except: $5 in CA, $10 in AZ and MA; $15 in FL, MS, NV and SD(consumer loans only); actual expenses not to exceed $25 in MD and OK; 5% of the unpaid installment not to exceed $15 in LA. Not applicable in KY and TX.

10. **SERVICE CHARGES:** The finance charge includes a predetermined interest rate plus: a non-refundable service fee of $10 in all states except $15 in AL, KY, MA, NC(origination fee), OK(on commercial loans only), RI, SC, VA and VT; $20 in DC, FL, GA, IL, MD, ND and OH; $18 in MI, $25 in CA and NV; 10% of the amount financed not to exceed $50 in OR; 4% of amount financed in TN. Not applicable on LA and VT personal lines.

11. **REINSTATEMENT:** Any payments made by insured and received by PFS subsequent to the mailing of notice of cancellation of a policy shall be credited against the indebtedness owing by the insured without any obligation on the part of PFS to request reinstatement of the policy. If insured requests reinstatement, insured agrees that PFS has no liability to insured if the policy is not reinstated. Only the insurance company has the authority to reinstate the policy.

12. **ASSIGNMENT:** The insured agrees not to assign any policy listed hereon or any interest therein except for the interest of mortgagees or loss payees, without the written consent of PFS, that PFS may sell, transfer and assign its rights hereunder or under any policy without the consent of the insured, and that all agreements made by the insured hereunder and all rights and benefits conferred upon PFS hereunder shall inure to the benefit of PFS's successors and assigns (and any assignees thereof).

13. **INSURANCE AGENT OR BROKER:** Insured agrees that the insurance agent or broker soliciting the policies or through whom the policies were obtained is not the agent of PFS, except for any action taken on behalf of PFS with the authorization or consent of PFS, and PFS is not legally bound by anything the agent or broker represents to the insured, orally or in writing.

14. **FINANCING NOT A CONDITION:** The law does not require a person to enter into a premium finance agreement as a condition of the purchase of insurance.

15. **COLLECTION COSTS:** Insured agrees to pay attorney's fees of PFS, to the extent permitted by law, if this agreement is referred to an attorney for collection. Not applicable in KY.

16. **LIMITATION OF LIABILITY:** The insured agrees that PFS's liability to the insured, other person or entity for breach of any of the terms of this agreement or the wrongful exercise of the right or authority of cancellation shall be limited to the amount of the principal balance outstanding except in the event of willful misconduct or gross negligence. Not applicable in KY.

17. **CLASSIFICATION AND FORMATION OF AGREEMENT:** This agreement is and will be a general intangible and not an instrument (as those terms are used in the Uniform Commercial Code) for all purposes. An electronic signature and electronic record may be used in the formation of this agreement, and the signatures of the insured and of the agent and the record of this agreement may be in electronic form (as those terms are used in the Uniform Electronic Transactions Act). A photocopy, facsimile copy or other paper or electronic record of this agreement will have the same legal effect as a manually signed copy.

18. **REPRESENTATION OF SOLVENCY:** The insured represent that the insured is not insolvent or presently the subject of any insolvency. proceeding.

AGENT'S REPRESENTATION

The agent/broker executing this agreement represents, warrants and agrees that: (1) the insured has received a copy of this agreement and has authorized this transaction, the insured's signature is genuine, and the down payment has been received from the insured in cash, (2) the policies are in full force and effect and the information in the Schedule of Policies including the premium amounts is correct, (3) no direct company bill, audit, or reporting form policies or policies subject to retrospective rating or to minimum earned premium are included, except as indicated, and the deposit of provisional premiums is not less than anticipated premiums to be earned for the full term of the policies, (4) the policies can be cancelled by the insured or PFS (or its successors and assigns) on 10 days notice and the unearned premiums will be computed on the standard short rate or pro rata table except as indicated, (5) there are no bankruptcy, receivership, or insolvency proceedings affecting the insured, (6) to hold PFS, its successors and assigns harmless against any loss or expense (including attorney fees) resulting from violations of these agreements and representations or from errors, omissions, or inaccuracies of agent in preparing this agreement, and (7) to hold in trust for PFS any payments made or credited to the insured through or to the undersigned directly or indirectly, actually or constructively by the insurance companies or PFS and to pay the monies as well as the unearned commissions to PFS upon demand to satisfy the outstanding indebtness of the insured.

## FAX COVER SHEET

**McKnight Agency, Inc.**
203 West Washington Street
Abbeville, Alabama 36310

Joe T. McKnight, LUTCF
Judy Watson, Agent
(334) 585-5210    FAX (334) 585-1514

PAGES:        4

DATE:         October 27, 2004

TO:           Riverside Turf
ATTN:         Ray

FROM:         Joe McKnight

RE:           Ricky Lane

When you called Thursday I checked with Progressive to see if Ricky's bill for $848.00 had been mailed and they advised that two bills have in fact been mailed. If he still does not have one use the attached "policy summary I printed out this morning". To save time he can make his check payable to Progressive, drop it by here and Judy can upload it on line. I have jury duty this week and will not be here during the day.

Thank You,

Joe

CONFIDENTIALITY WARNING

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the address above by U.S. Postal Service.

## ForAgentsOnly.com

MCKNIGHT AGCY INC
Abbeville AL

Home | Update Your Info | Help | Contact Us | Site Ma.

**Manage My Pol**

| Policy | Payments | Documents | Address | Vehicle | Driver | Coverage |
|--------|----------|-----------|---------|---------|--------|----------|

| | |
|---|---|
| **Named Insured:** Ricky Lane<br>**Address:** PO Box 85, Shorterville, AL 36373<br>**Phone:** (334) 585-9840 | **Agent:** 64376<br>**Policy:** 01722685-1<br>**Term:** 03/10/2004 to 03/10/2005<br>**Status:** Active, bill sent for endorsement |

# Policy Summary

## Links to Sections on this page

| | | | |
|---|---|---|---|
| Billing | Discounts | Finance Company | Physical Damage |
| Business | Driver | General Policy | Policy Attachments |
| Coverage & Premium | Filings | Lienholder | Vehicle |

### General Policy

| Company | NAIC | Last Update | Product |
|---------|------|-------------|---------|
| Progressive Specialty Insurance Company | 32786 | 10/15/2004 | Commercial Auto |

Top

### Billing

| Policy Status | Bill Plan | EFT | Last Payment Received | Minimum Amount Due |
|---------------|-----------|-----|----------------------|--------------------|
| Active, bill sent for endorsement | Outside Premium Finance | No | $4,219.00 on 03/08/2004 | $848.00 on 10/30/2004 |

Top

### Outside Premium Finance Company

| Premium Financing S | 5700 N Portland | Ok City | OK | 73112 |
|---------------------|-----------------|---------|----|----|

Top

### Driver

| Listed Drivers | Date of Birth | License Number | License State | Marital Status | SR22 | Progressive Points |
|----------------|---------------|----------------|---------------|----------------|------|--------------------|
| 1 Ricky Lane | 04/09/1958 | 4539116 | AL | Married | No | 4 |

Top

### Vehicle

| Year, Make & Model | VIN | Garaging Zip | Radius |
|--------------------|-----|--------------|--------|
| 1 1995 International 940 | 2HSFHAER8SC049691 | 36373 | 300 |
| 2 2030 Non Owned Attached Trlr | NONE | 36373 | 300 |

Top

### Physical Damage

| | Stated Amount | | Fire & Theft | | |
|---|---|---|---|---|---|

27 04 07:45a    McKnight Agency          334 585 1514          p.3

Page 2 of 3

## Policy Summary

| | Vehicle | (Vehicle + Equipment) | Comprehensive Deductible | w/CAC Deductible | Collision Deductible | Lienholder |
|---|---|---|---|---|---|---|
| 1 | 1995 International 940 2HSFHAER0SC049691 | $12,000 | $1,000 | -N/A | $1,000 | Riverside Turf 11969 State Hwy 10 E Shorterville, AL 36373 |
| 2 | 2030 Non Owned Attached Trlr NONE | N/A | N/A | N/A | N/A | N/A |

Top

### Discounts

| Policy | Renewal |
|---|---|

Top

### Business & Filings

| Business Type | Trucking & Transportation of Goods |
|---|---|
| Sub Business Type | Trucking For-Hire |
| Organization Type | Individual/Sole Proprietor |
| Number of State & Federal Filings | |
| ICC | 0 |
| MC590 | 0 |
| State | 0 |
| Other | 0 |

Top

### Coverage & Premium

| | (1) 1995 INTERNATIONAL 2HSFHAER0SC049691 | (2) 2030 NON OWNED NONE |
|---|---|---|
| Bodily Injury & Property Damage $1,000,000 Combined Single Limit | $4,492.00 | $1,028.00 |
| Uninsured/Underinsured Motorist $20,000/$40,000 | $44.00 | NONE |
| Comprehensive | $134.00 | NONE |
| Collision | $641.00 | NONE |
| Premium By Vehicle | $5,311.00 | $1,028.00 |
| | | |
| Total Policy Premium | $6,339.00 | |

Top

### Policy Attachments

| Form Name | Form Number | Edition Date (MMYY) |
|---|---|---|
| Alabama Changes | 3394 | 0901 |
| Alabama Uninsured Motorist Coverage | 1349 | 1296 |
| Amendatory Cancellation Endorsement | 1197 | 0893 |
| Auto Damage Limit of Liability Policy Change | 8470 | 1286 |

'27 04 07:46a    McKnight Agency                334 585 1514              p.4

Policy Summary                                                            Page 3 of 3

| Loss Payable Clause | 1602 | 0883 |
|---|---|---|
| Notice of Terrorism Insurance Coverage | 4792A | 0103 |
| Split Uninsured Motorists Coverage Limits | 3098 | 1296 |
| Uninsured Motorists Insurance | 2000A | 1296 |

Back to Top

Copyright ⁄©1997-2004 Progressive Casualty Insurance Company. All rights reserved. Privacy Policy. Use of this Web site is subject to these
Terms and Conditions. If you are experiencing any difficulties, please e-mail us or call our agent-dedicated phone line at 1-877-776-2435.



VOID IF NOT PRESENTED WITHIN 6 MONTHS AFTER DATE OF ISSUE

| Policy # 01722685-001 | Insured LANE, RICKY | Date Issued 7/30/2004 | Area Code 588 | Draft Number 435374682 |
| Claim # 043307972 | Claimant LANE, RICKY | Date of Loss 7/ 5/2004 | State Code AL | Office Issued At AL-PZDRU-ADM- | PAC |

Dollars $*****7,385.55**

PAY SEVEN THOUSAND THREE HUNDRED EIGHTY FIVE AND 55/100

In Payment Of
COLL--95 INTERN--LESS $1000 DED

CMD CODE   23PCL

Payable through **National City Bank**
ASHLAND, OHIO  1-877-448-9944

PROGRESSIVE SPECIALTY INSURANCE COMPANY

Pay
To
RICKY LANE AND**********************************************
RIVERSIDE TURF ****************************************************
850 COUNTY ROAD 177
SHORTERVILLE AL 36373

BY _____
AUTHORIZED SIGNATURE

⑂435374682⑂ ⑈041203895⑈ ⑉7018670⑊

# *ACORD.* CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY)
7/22/2005

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| YOUNG JOHNSTON & ASSOCIATES, INC.<br>203 West Washington Street<br>Abbeville, AL 36310<br>(334) 585-5210 | |

| INSURED | INSURERS AFFORDING COVERAGE | |
|---|---|---|
| Ricky Lane<br><br>PO Box 85<br>Shorterville, AL 36373<br>(334) 585-9840 | INSURER A: Progressive | |
| | INSURER B: National Fire & Marine | |
| | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | EACH OCCURRENCE | $ |
| | COMMERCIAL GENERAL LIABILITY | | | | FIRE DAMAGE (Any one fire) | $ |
| | CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | PRODUCTS - COMP/OP AGG | $ |
| | POLICY ☐ PRO-JECT ☐ LOC ☐ | | | | | |
| | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | ANY AUTO | | | | | |
| | ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| X | SCHEDULED AUTOS | | | | | |
| A | HIRED AUTOS | 01722685-2 | 03/10/05 | 03/10/06 | BODILY INJURY (Per accident) | $ |
| | NON-OWNED AUTOS | | | | | |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | ANY AUTO | | | | OTHER THAN EA ACC | $ |
| | | | | | AUTO ONLY: AGG | $ |
| | **EXCESS LIABILITY** | | | | EACH OCCURRENCE | $ |
| | ☐ OCCUR ☐ CLAIMS MADE | | | | AGGREGATE | $ |
| | | | | | | $ |
| | ☐ DEDUCTIBLE | | | | | $ |
| | RETENTION $ | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | | | | WC STATU-TORY LIMITS ☐ OTH-ER ☐ | |
| | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | **OTHER** | | | | | |
| B | Cargo | 72MTC012094 | 03/10/05 | 03/10/06 | $20,000 | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS

| CERTIFICATE HOLDER | ADDITIONAL INSURED; INSURER LETTER | CANCELLATION |
|---|---|---|
| Riverside Turf Farm<br>11969 State Hwy.10 E.<br>Shorterville, AL 36373<br>Fax #: (334) 585-6288 | | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 10 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE |

ACORD 25-S (7/97) © ACORD CORPORATION 1988


**COMMERCIAL VEHICLE INSURANCE**

**INSURER:**  PROGRESSIVE SPECIALTY INSURANCE CO.

COMMERCIAL AUTO POLICY DECLARATIONS            **POLICY NUMBER**    CA 01722685-2

ADDITIONAL **INSURED** SCHEDULE

RIVERSIDE TURF                          **NAMED INSURED:**  RICKY LANE
11969 STATE HWY 10 E                         **ADDRESS:**  PO BOX 85
SHORTERVILLE       AL                                    SHORTERVILLE      AL   36373

**POLICY PERIOD:** Policy covers FROM: 03/10/05     TO:  03/10/06
                (12:01 A.M. Standard time at the Named Insured's Address stated above).

### LOSS PAYABLE CLAUSE

WE AGREE WITH YOU TO CHANGE YOUR POLICY AS FOLLOWS:

1.  WE WILL PAY THE LOSS PAYEE NAMED IN THE POLICY FOR LOSS TO YOUR INSURED
    AUTO AS THE INTEREST OF THE LOSS PAYEE MAY APPEAR.

2.  THE INSURANCE COVERS THE INTEREST OF THE LOSS PAYEE UNLESS THE LOSS
    RESULTS FROM FRAUDULENT ACTS OR OMISSIONS ON YOUR PART.

3.  CANCELLATION ENDS THIS AGREEMENT AS TO THE LOSS PAYEE'S INTEREST.  IF WE
    CANCEL THE POLICY WE WILL MAIL YOU AND THE LOSS PAYEE THE SAME ADVANCE
    NOTICE.

4.  IF WE MAKE ANY PAYMENT TO THE LOSS PAYEE, WE WILL OBTAIN HIS RIGHTS
    AGAINST ANY OTHER PARTY.

| No. | Year | Trade Name | Serial No. | Limits of Liability (Including Custom Parts & Equip.) Less Deductible Shown Below | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | LIMIT OF LIABILITY | COMP/FTCAC DED | COLL DED |
| 01 | 1995 | INTERNA | 2HSFHAER6SC049691 | 12000 | 1000 | 1000 |

Hanner Transport, Inc.
212 Hanner Lane
Ashburn, GA 31714
n/a


J & M Trucking
212 Cable Street
Headland, AL 36345


Double Bar Trucking
3870 Hodgesville Road
Dothan, AL 36301


GGIT
435 North Main Street
Blakey, GA 39823
05/21/2003
TRAILER & LOADER

N & J Transportation, Inc.
2223 Norwood Drive
Dothan, AL 36301
None


Thomas Pringle
7884 Woodley Road
Montgomery, AL 36116
06/20/2003


B & B Trucking Company
P. O. Box 1194
Thomasville, GA 31792
06/11/2003


Carl Whigham Trucking
2124 County Road 43
Clayton, AL 36816
07/25/2003



DEFENDANT'S
EXHIBIT

Morris 2

Cameron Trucking
1179 Hickery Court
Eufaula, AL  36027
06/30/2001
Trailer & loader


Felipe M. Arreola
661 Melrose Drive
Forest Park, GA  30050
n/a


Allen Trucking
206 Lehmen Street
Cuthbert, GA  39840
06/24/2004


D H & S Trucking
390 Omussee Road
Cowarts, AL  36321
07/24/2004


Horace Brown
1943 County Road 43
Clayton, AL  36016
08/06/2004


Mud Bugs Trucking
P. O. Box 598
Georgetown, GA  39854
11/02/2004
Trailer & loader
Lien on tractor


C & D Express
P. O. Box 85
Shorterville, AL  36373
07/21/2001
Trailer & loader
Lien on tractor

**WJG & Sons Trucking**
**P. O. Box 717**
**Arlington, GA  39813**
**04/17/2003**
**Trailer & loader**

D & W Trucking Service, Inc.
328 County Road 57
Abbeville, AL 36310
07/01/2001
Trailer and loader


Keith Money Trucking
Route 1 Box 230
Shorterville, AL 36373


Wilkes Trucking
99 Lamar Road
Vienna, GA 31092
n/a


Knight Express
Route 1 Box 264
Abbeville, AL 36310
n/a


SWT TRUCKING
Route 3 Box 1639
Abbeville, AL 36310
03/01/2001
Trailer & loader


Grimes Trucking
Route 8 Box 207
Ozark, AL 36360
n/a
Trailer & loader


Ernie & Marty Money Trucking, Inc.
Route 1 Box 290
Abbeville, AL 36310
07/26/2001

# ACORD. INSURANCE BINDER

DATE 3/10/2003

**THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN ON THE REVERSE SIDE OF THIS FORM.**

| PRODUCER | | COMPANY | BINDER # |
|---|---|---|---|
| PHONE (A/C, No, Ext): 334-585-5210 | | Progressive | JAW031807 |
| FAX (A/C, No): 334-585-1514 | | | |

McKnight Agency, Inc.
203 W. Washington Street
ville, AL 36310

| | EFFECTIVE | | | EXPIRATION | | |
|---|---|---|---|---|---|---|
| | DATE | TIME | | DATE | | TIME |
| | 3/10/2003 | 3:00 | X AM X PM | 3/10/2004 | X | 12:01 AM NOON |

THIS BINDER IS ISSUED TO EXTEND COVERAGE IN THE ABOVE NAMED COMPANY PER EXPIRING POLICY #:

| CODE: | SUB CODE: |
|---|---|

AGENCY CUSTOMER ID:

INSURED: Ricky Lane
PO Box 85
Shorterville, AL 36373
334-585-9840

DESCRIPTION OF OPERATIONS/VEHICLES/PROPERTY (Including Location)

1995 INTERNATIONAL 9400 SERIES
SER#2HSFHAER65C049691

## COVERAGES                    LIMITS

| TYPE OF INSURANCE | COVERAGE/FORMS | DEDUCTIBLE | COINS % | AMOUNT |
|---|---|---|---|---|
| **PROPERTY** CAUSES OF LOSS | | | | |
| BASIC ☐ BROAD ☐ SPEC ☐ | | | | |
| **GENERAL LIABILITY** | | EACH OCCURRENCE | | $ |
| COMMERCIAL GENERAL LIABILITY | | DAMAGE TO RENTED PREMISES | | $ |
| ☐ CLAIMS MADE ☐ OCCUR | | MED EXP (Any one person) | | $ |
| | | PERSONAL & ADV INJURY | | $ |
| | | GENERAL AGGREGATE | | $ |
| | RETRO DATE FOR CLAIMS MADE: | PRODUCTS - COMP/OP AGG | | $ |
| **AUTOMOBILE LIABILITY** | | COMBINED SINGLE LIMIT | | $1,000,000 |
| ANY AUTO | | BODILY INJURY (Per person) | | $ |
| ALL OWNED AUTOS | | BODILY INJURY (Per accident) | | $ |
| SCHEDULED AUTOS | | PROPERTY DAMAGE | | $ |
| HIRED AUTOS | | MEDICAL PAYMENTS | | $ |
| OWNED AUTOS | | PERSONAL INJURY PROT | | $ |
| | | UNINSURED MOTORIST | | $ |
| | | | | $ |
| **AUTO PHYSICAL DAMAGE** DEDUCTIBLE | ☐ ALL VEHICLES  X SCHEDULED VEHICLES | ACTUAL CASH VALUE | | |
| COLLISION: 1000 | | X STATED AMOUNT | | $12995.00 |
| OTHER THAN COL: 1000 | | OTHER | | |
| **GARAGE LIABILITY** | | AUTO ONLY - EA ACCIDENT | | $ |
| ANY AUTO | | OTHER THAN AUTO ONLY: | | |
| | | EACH ACCIDENT | | $ |
| | | AGGREGATE | | $ |
| **EXCESS LIABILITY** | | EACH OCCURRENCE | | $ |
| UMBRELLA FORM | | AGGREGATE | | $ |
| OTHER THAN UMBRELLA FORM | RETRO DATE FOR CLAIMS MADE: | SELF-INSURED RETENTION | | $ |
| | | WC STATUTORY LIMITS | | |
| WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY | | E.L. EACH ACCIDENT | | $ |
| | | E.L. DISEASE - EA EMPLOYEE | | $ |
| | | E.L. DISEASE - POLICY LIMIT | | $ |
| SPECIAL CONDITIONS/ OTHER COVERAGES | | FEES | | $ |
| | | TAXES | | $ |
| | | ESTIMATED TOTAL PREMIUM | | $ |

## NAME & ADDRESS

Riverside Turf
11969 State Hwy 10 E.
Shorterville, AL 36373
FAX (334) 585-6288

| | MORTGAGEE | ADDITIONAL INSURED |
|---|---|---|
| X | LOSS PAYEE | |
| LOAN # | | |
| AUTHORIZED REPRESENTATIVE | | |

ACORD 75 (2001/01)          NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE          © ACORD CORPORATION 1993

**DEFENDANT'S EXHIBIT**

Morris 3

McKnight
0027

YOUNG JOHNSTON ASSOC
PO BOX 997
EUFAULA, AL 36072

Named Insured:

RICKY LANE
PO BOX 85
SHORTERVILLE, AL 36373

**Policy number: 01722685-2**
Progressive Specialty Insurance Company
March 3, 2005
Policy Period: Mar 10, 2005 - Mar 10, 2006
Page 1 of 2

**personal.progressive.com**
Make payments, check billing activity or check
status of a claim.

**334-687-2496**
YOUNG JOHNSTON ASSOC
Contact your agent during business hours.

**800-444-4487**
For policy service and claims service,
24 hours a day, 7 days a week.

# Commercial Auto
# Insurance Coverage Summary
## This is your revised Renewal
## Declarations Page
## Your policy information has changed

This Renewal Declarations Page is effective only if the minimum amount due to renew your policy is received or postmarked by March 10, 2005.

Your coverage begins on March 10, 2005 at 12:01 a.m. This policy expires on March 10, 2006 at 12:01 a.m.

This coverage summary replaces your prior one. Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for an auto may not be combined with the limits for the same coverage on another auto, unless the policy contract allows the stacking of limits. The policy contract is form 6912 (02/04). The contract is modified by forms 2852AL (10/04), 4852AL (10/04), 4881AL (10/04), 1602 (08/83) and 4792A (01/03).

The named insured organization type is a sole proprietorship.

### Outline of coverage

| Description | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $5,070 |
| Bodily Injury and Property Damage Liability | $1,000,000 combined single limit | | |
| Uninsured/Underinsured Motorist | $20,000 each person/$40,000 each accident | | 45 |
| Comprehensive | | | 149 |
| See Schedule Of Covered Autos | Limit of liability less deductible | | |
| Collision | | | 719 |
| See Schedule Of Covered Autos | Limit of liability less deductible | | |
| **Total 12 month policy premium** | | | **$5,983** |

### Rated driver

1. RICKEY LANE





R. Lane
012


Continued

Form 6489 AL (05/02)

## Auto coverage schedule

1. **1995 International 940**
   VIN: 2HSFHAER6SC049691

   Stated Amount: $12,000
   Garaging Zip Code: 36373

   Radius: 300

| Liability Premium | Liability | UM/UIM BI | | | |
|---|---|---|---|---|---|
| | $4,127 | $45 | | | |

| Physical Damage Premium | Comp Deductible | Comp Premium | Collision Deductible | Collision Premium | Auto Total |
|---|---|---|---|---|---|
| | $1,000 | $149 | $1,000 | $719 | **$5,040** |

2. **NON Owned Attached Trlr ***
   VIN: NONE

   Garaging Zip Code: 36373

   Radius: 300

| Liability Premium | Liability | | Auto Total |
|---|---|---|---|
| | $943 | | **$943** |

* Non-Owned trailer but only while attached to a listed power unit specifically described on the declarations page

## Premium discount

| Policy | |
|---|---|
| 01722685-2 | Renewal |

## Lienholder information

We will send certain notices such as coverage summaries and cancellation notices to the following:

1. Lienholder    Auto 1    RIVERSIDE TURF
11969 STATE HWY 10 E SHORTERVILLE, AL 36373
1995 International 940 (2HSFHAER6SC049691)

## Failure to pay renewal premium

If you do not pay the minimum amount due on or before the due date, your coverage will end on March 10, 2005. However, if your payment is received or postmarked by May 9, 2005, we will renew your policy with a lapse in coverage. Your coverage will be renewed the day after your payment is received or postmarked.

R. Lane
013

Form 6489 AL (05/02)

Policy number: 01722685-2
RICKY LANE
Page 1  of 2

## Important information about your policy

We want to let you know about some important changes to your renewal policy.  The changes are included in the enclosed Commercial Auto Policy Agreement, which is sold through Progressive Specialty Insurance Company.  We urge you to read it carefully.

This summary will identify some of the changes in the new policy.  If you find any differences between this summary and the policy contract, please rely on the terms and conditions of the policy contract.

We have also made a number of changes to the layout of this policy and we have clarified existing provisions to make this policy easier to understand.

If you have any question about the substantive changes highlighted below, please contact Customer Services at 800-444-4487.

### Changes to General Definitions

**Auto:**  The definition of "auto" more clearly defines autos with permanently attached equipment as autos.

**Mobile equipment:**  The policy more clearly defines the types of equipment that are classified as mobile equipment.

**Insured auto:**  We will now extend physical damage coverage to a newly acquired auto for 30 days when you have physical damage coverage on the existing policy.  The level of coverage for the newly acquired auto will depend on the type of auto to be added to the policy and the level of physical damage coverage you have purchased on the existing autos.

### Changes to Part I - Liability to Others

Coverage has been broadened to include payment for clean up arising from a covered pollution damage loss and subsequent monitoring of the affected site.

We have broadened the exclusion for damage arising from the delivery of liquids into the wrong receptacle or wrong address to further exclude the wrongful delivery of solids and gases.

We have amended the exclusion for liability assumed under any contract or agreement to now provide you coverage when the contract in question is an "insured contract".  "Insured contract" has been added to the general definitions section.

### Changes to Part II - Expenses for Medical Services to Insureds

This coverage is no longer included in the policy contract.  This coverage is now contained in the Medical Payments Coverage endorsement in states where this coverage is available.

### Changes to Part III - Damage to Your Auto

In this section (renumbered Part II in the policy), the co-insurance clause has been removed.  This means that you no longer share in the costs of repair, except for the deductible you have chosen, if the stated amount of the insured auto has been understated.

### Changes to Part IV - General Provisions

What was previously called Part IV - General Provisions is referred to simply as General Provisions in the policy.

The policy includes a liberalization clause.  If we choose to broaden your coverage at no additional cost to you, you will receive the additional coverage on the date it becomes effective in your state.

Cancellation and Nonrenewal provisions have been removed from the policy.  These provisions are now included in the Cancellation and Nonrenewal endorsement.  Our cancel methodology has been changed.  We have eliminated the accelerated short rate calculation used in some states for insured requested cancels and/or cancellations due to nonpayment of premium, and have replaced it with a flat daily rate for all cancellation types.

**R. Lane**
**014**



Continued

larations page...and declaration page with the ... y packet identified by the form 1050

ition date 1194 completes the below numbered pac... **AMENDED EFFECTIVE DATE** 8/06/03

**PROGRESSIVE™**
COMMERCIAL VEHICLE INSURANCE

MCKNIGHT AGCY INC
203 W WASHINGTON ST
ABBEVILLE    AL 36310
334-585-5210

24-Hour Policy Service:   1-800-444-4487
24-Hour Claims Service:   1-800-274-4499
24-Hour Bill Questions:   1-800-999-8781
**COMMERCIAL AUTO POLICY DECLARATION**
**POLICY NUMBER: CA** 01722685- 0

**POLICY PERIOD:** 03/10/03 **TO** 03/10/04
**FOR NAMED INSURED**
RICKY LANE
PO BOX 85
SHORTERVILLE      AL 36373
This policy incepts the later of:
1. the time the application for insurance is executed on the first day of the policy period; or
2. 12:01 a.m. on the first day of the policy period.
This policy shall expire at 12:01 a.m. on the last day of the policy period.
The following coverages and limits apply to each described vehicle as shown below. Coverages are defined in the policy and are subject to the terms and conditions contained in the policy, including amendments and endorsements. No changes will be effective prior to the time changes are requested.

RICKY LANE

PO BOX 85
SHORTERVILLE      AL   36373

**REASON FOR ISSUANCE:** ENDORSEMENT
LOSS PAYEE01 ADDED        VEHICLE 02 CHANGED
DRIVER 01 CHANGED

**AUTO DAMAGE LIMIT OF LIABILITY**

| YR | MAKE | MODEL | SERIAL NUMBER | LIMIT OF LIABILITY | COMP DED | FT/CAC DED | COLL DED | RADIUS |
|---|---|---|---|---|---|---|---|---|
| 995 | INTERNATIONAL | 940 | 2HSFHAER6SC049691 | $12,000 | 1000 | | 1000 | 300 |
| 030 * | NON OWNED | ATTACHED TRLR | NONE | | | | | 300 |

**\* NON-OWNED TRAILER BUT ONLY WHILE ATTACHED TO A LISTED POWER UNIT**

| COVERAGES - LIMITS OF LIABILITY | | PREMIUMS | | | |
|---|---|---|---|---|---|
| COVERAGE IS APPLICABLE ONLY IF A PREMIUM IS INDICATED. | TOTAL | VEH 1 | VEH 2 | VEH 3 | VEH 4 |
| Y INJURY AND PROPERTY DAMAGE LIABILITY $300,000 COMBINED SINGLE LIMIT | $3,450 | $2,841 | $609 | | |
| URED/UNDERINSURED MOTORIST BODILY INJURY $20,000 EACH PERSON - $40,000 EACH ACCIDENT | $44 | $44 | | | |
| F...NSIVE - LIMIT OF LIABILITY LESS DEDUCTIBLE | $115 | $115 | | | |
| ' - LIMIT OF LIABILITY LESS DEDUCTIBLE | $591 | $591 | | | |

**DEFENDANT'S EXHIBIT**

Morris  5

| | PREMIUM BY VEHICLE | | $3,591 | $609 | | |
|---|---|---|---|---|---|---|
| | PREMIUM DUE TO CHANGE FILING/OTHER FEES | | | | | |
| | | $4,200 | TOTAL POLICY PREMIUM INCLUDES FEES | | | |

IDENTIFIED BY FORM NO. (EDITION DATE)
(0893)   1349 (1296)   1602 (0883)    2000A (1296)    3098 (1296)    3394 (0901)
(1286)   4792A (0103)

McKnight
0080

1113 (05/95)   SIGNED _____        AGENT'S COPY          Page 1 of 02           CVSE0305011205L111401

| V NO. | LISTED DRIVERS | DOB | LICENSE NO. | MARITAL STATUS | SR22 REQ | PTS. |
|---|---|---|---|---|---|---|
| 01 | RICKY LANE | 04/09/58 | 4539116 | M | N | 05 |
| 02 | | | | | | |
| 03 | | | | | | |
| 04 | | | | | | |

**HOLDER**

VEH 2

SIDE TURF
STATE HWY 10 E
ERVILLE      AL 36373

VEH 4

**TIONAL INSURED**

INS 1                          ADDL INS 2

L____J                         ADDL INS 4

**DE PREMIUM FINANCE**

JM FINANCING S
( 33049
        OK 74153

## FOR COMPANY USE ONLY

| VEH | DR | VEH CLS | PERS USE | TERR NO | G/R ZIP | PIF | REN | PRF | ABS | Anti-Theft | Air Bags | Sr. Citz | STD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | H01 | N | 01 | 36373 | | | | | | | | | | |
| 02 | 01 | H20 | N | 01 | 36373 | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| COST OF HIRE | | COMPANY | 03 | RATE MANUAL | |
|---|---|---|---|---|---|
| BUS. TYPE | | PROGRAM | | UNIT | C2 |
| NUMB. OF EMP. | N/A | PAY PLAN | C1 | BATCH | AC0 |
| PPA | ( ) | R/R | 0203 | USER ID | |
| | | F/R | 092001 | DATE | 03223 |
| | | FACTOR % | 100.00 | | |
| | | AGENT CODE | CA 64376 | | |

McKnight
0081


**PROGRESSIVE**®
COMMERCIAL VEHICLE INSURANCE

sued by:    **COMMERCIAL VEHICLE DIVISION**
**PO BOX 94739**
**CLEVELAND OH 44101-4739**

## LOSS PAYABLE CLAUSE

**We** agree with **you** to change **your** policy as follows:

1.    **We** will pay the loss payee named in the Policy for **loss** to **your insured auto,** as the interest of the loss payee may appear.

2.    The insurance covers the interest of the loss payee unless the **loss** results from fraudulent acts or omissions on **your** part.

3.    Cancellation ends this agreement as to the loss payee's interest. If **we** cancel the Policy **we** will mail **you** and the loss payee the same advance notice.

4.    If **we** make any payment to the loss payee, **we** will obtain his rights against any other party.

| Vehicle 1 | Vehicle 2 |
|---|---|
| **RIVERSIDE TURF** | |
| Secured Party | Secured Party |
| Address: | Address: |
| **11969 STATE HWY 10 E** | |
| **SHORTERVILLE    AL  36373** | |

| Vehicle 3 | Vehicle 4 |
|---|---|
| Secured Party | Secured Party |
| Address: | Address: |

All other parts of this Policy remain unchanged.

This endorsement changes Policy No. **CA 01722685-0**

Issued to: **RICKY LANE**    ·    **PO BOX 85**    **SHORTERVILLE    AL 36373**
    Name of Insured    Address    City/State

Endorsement
Effective:  **03/10/03**

**ACO C2**

Form No. L1602 (8-83)    **AGENT'S COPY**    CVSE0620961617L160201

McKnight
0082