# PREMIUM FINANCING SPECIALISTS OF THE SOUTH, INC.

P.O. BOX 33049 TULSA OK 74153-0408
(918) 663-6565

| | | | |
|---|---|---|---|
| CASH PRICE (TOTAL PREMIUMS) | $4,163.92 | AGENT (Name & Place of business) | INSURED (Name and residence or business) |
| CASH DOWN PAYMENT | $1,115.98 | MCKNIGHT AGENCY INC. | RICKY LANE |
| | | 203 W WASHINGTON | PO BOX 85 |
| PRINCIPAL BALANCE (A MINUS B) | $3,047.94 | ABBEVILLE   AL   36310 | SHORTERVILLE   AL   36373 |
| | | (334) 585-5210 | (334) 585-9840 |

## LOAN DISCLOSURE

Quote Number: 67103

| ANNUAL PERCENTAGE RATE — cost of your credit as a yearly rate | FINANCE CHARGE — The dollar amount the credit will cost you. | Amount Financed — The amount of credit provided to you or on your behalf | Total of Payments — The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 12 % | $154.44 | $3,047.94 | $3,202.38 |

### YOUR PAYMENT SCHEDULE WILL BE

| Number of Payments | Amount of Payments | When Payments Are Due Beginning: | MONTHLY 4/10/2003 |
|---|---|---|---|
| 9 | $355.82 | | |

ITEMIZATION OF THE AMOUNT FINANCED: THE FULL AMOUNT FINANCED WAS PAID TO THE INSURANCE COMPANY

**Security:** You are giving a security interest in the unearned premiums and, on commercial policies, loss payments which will reduce the unearned premium of the policies.
**Charges:** Late payment will incur a late payment charge. See Page 2.
**Prepayment:** If you pay your account off early, you will not have to pay a penalty and may be entitled to a refund of part of the finance charge.
See your contract documents for any additional information about non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE OF POLICY | SCHEDULE OF POLICIES INSURANCE COMPANY AND GENERAL AGENT | COVERAGE | POL. TRMS | PREMIUM |
|---|---|---|---|---|---|
| DING  TS%/CX:10/ME:0% | 3/10/2003 | PROGRESSIVE SPECIALTY | Automobile | 12 | $3,494.00 |
| DING  TS%/CX:10/ME:0.25% | 3/10/2003 | NATIONAL FIRE AND MARINE SOUTHERN CROSS UNDERWRITERS | Cargo | 12 | $532.00 |
| | | | FEES | | $100.00 |
| | | | TAXES | | $37.92 |

PART 6   COUPON

NY Section 2119 Insurance Law charge*   (If none, so state)

(CHECK CORRECT BOX)   ☐ PERSONAL   ☑ COMMERCIAL

TOTAL $   $4,163.92

*service for which the charge pursuant to insurance law, section 2119, is imposed are in connection with obtaining and servicing the policies listed herein.

The undersigned insured directs Premium Financing Specialists of the South, Inc. (herein, "PFS") to pay the premiums on the policies described above. In consideration of such premium payments the insured agrees to pay PFS at the branch office address shown above, or as otherwise directed by PFS the amount stated as Total of Payments in accordance with the Payment Schedule, both as shown in Loan Disclosure, subject to the provisions herein set forth.

The named insured:
assigns to PFS as security for the total amount payable hereunder unearned premiums and, on commercial policies, loss payments which will reduce the unearned premium which become payable under the policies listed above, as to all of which insured gives to PFS a security interest.
irrevocably appoints PFS attorney-in-fact of the insured with full power of substitution and full authority upon default to cancel all policies above identified, receive all sums assigned to PFS or in which is granted PFS a security interest and to execute and deliver on behalf of the insured documents, instruments, forms and notices

relating to the listed insurance policies in furtherance of this agreement
3. Understands that the finance charge begins to accrue as of the earliest policy effective date.
4. Agrees to all provisions set out on pages 1 and 2 of this agreement.

**NOTICE:**
A. Do not sign this agreement before you read it or if it contains any blank space.
B. You are entitled to a completely filled in copy of this agreement.
C. Under the law, you have the right to pay off in advance the full amount due and under certain conditions to obtain a partial refund of the finance charge.
D. Keep your copy of this agreement to protect your legal rights.

_Ricky Lane_   3-10-03
Signature of Insured or Authorized Agent   DATE
The undersigned hereby warrants and agrees to Producer's Representations set forth herein.

_[signature]_   3-10-03
SIGNATURE OF PRODUCER   DATE

Copyright 1988 Premium Financing Specialists, Inc.   Page 1 of 2   eQuote - GEN

McKnight 0002

red and PFS agree that:

**EFFECTIVE DATE:** This agreement shall be effective when written acceptance is mailed to insured by PFS.

**REPAYMENT:** The insured may prepay the full amount due in this contract and receive a rebate of a portion of the finance charge in ordance with the Rule of 78's in all states except in CA where the rebate is determined in the manner provided by S18629 of the CA Financial e, and except that the rebate is computed by the actuarial method on a 360 day basis in AZ, CO, IA (personal lines only), MA, NJ, OR, PA, and VT.

**CANCELLATION CHARGES:** If a default by the insured results in cancellation of any insurance policy listed herein, the insured shall pay a cellation charge of $15 in AL($5 on consumer loans), AR, AZ, CA, CO(excluding consumer loans), CT, GA($5 on consumer loans), HI, IA luding personal lines), ID, IN, ME, MO, MS, NE, NM, OK, RI, SC, SD, UT, WI, WV, and WY; $5 in TN and OR; $10 in MN, ND, and OH; $25 in LA. charges in the following states must be reduced by the late charge on the installment in default: In MD, 5% of the installment,not to exceed $100 ommerical loans, $15 on coonsumer loans; $15 in NH $10 in DC; $5 in DE, KS, MI, MT, NJ, NY, and WA: in MA the greater of 2% or $5 on mercial loans and the lesser of 2% and 5% on consumer loans. If cancellation occurs, the insured agrees to pay a finance charge on the balance at the contract rate of interest until the balance is paid in full or until such other date as required by law. Not applicable in KY and VT.

**DELINQUENCY CHARGES:** For installments in default five days or more, insureds in all states except those listed in this paragraph will pay a late ge of 5% of any installment in default not to exceed $100 in MD(excluding consumer loans); $5 in MT; on consumer loans only, not to exceed – MD, NY, SC, and WA; $10 in AZ, FL, and OH; $15 in MO, and MS; $5 plus an amount not to exceed 2% of the delinquent installment in KS. installments in default 10 days or more insureds will pay a late charge of 5% of the payment in default in CA, MN, TN, TX, UT, and VA, but o exceed $500 in NM(excluding consumer loans); $5 in DE and ND; $15 in LA; on personal lines only, not to exceed -- $5 in MA, MI(including profit organizations with premiums under $10,000), NJ and NM; $10 in WV; $15 in CO; $15.50 in IN, $18 in OK, $20 in IA, in AK and OR esser of $5 or 5% of payments less than $250 and 2% of payments of $250 or more; greater of 1.5% and $25 on commercial loans in NJ; the ter of 5% and $12.50, in ID on personal lines. On consumer loans in ME, for installments in default 15 days or more, insureds will pay a charge of 5% of any installment in default not to exceed $10. The acceptance by PFS of one or more late payments from the insured shall not p PFS or be a waiver of the rights of PFS to exercise all of its rights hereunder in the event of any subsequent late payment.

**INSUFFICIENT FUNDS (NSF) CHARGES:** A charge of $20 shall be made for each NSF check, except: $5 in CA, $10 in AZ, MA and OK(consumer s only); $15 in FL, MS, NV and SD(consumer loans only); actual expenses not to exceed $25 in MD; 5% of the unpaid installment not to exceed in LA. Not applicable in KY and TX.

**SERVICE CHARGES:** The finance charge includes a predetermined interest rate plus: a non-refundable service fee of $10 in all states except $15 ., KY, MA, NC(origination fee), OK(on commercial loans only), RI, SC, VA and VT; $20 in DC, FL, GA, IL, MD, ND and OH; $18 in MI, $25 in CA NV; 10% of the amount financed not to exceed $50 in OR; 4% of amount financed in TN. Not applicable on LA and VT personal lines.

**REINSTATEMENT:** Any payments made by insured and received by PFS subsequent to the mailing of notice of cancellation of a policy shall be ited against the indebtedness owing by the insured without any obligation on the part of PFS to request reinstatement of the policy. If insured ests reinstatement, insured agrees that PFS has no liability to insured if the policy is not reinstated. Only the insurance company has the authority instate the policy.

**ASSIGNMENT:** The insured agrees not to assign any policy listed hereon or any interest therein except for the interest of mortgagees or loss es, without the written consent of PFS, that PFS may sell, transfer and assign its rights hereunder or under any policy without the consent of the ed, and that all agreements made by the insured hereunder and all rights and benefits conferred upon PFS hereunder shall insure to the benefit of 's successors and assigns (and any assignees thereof).

**INSURANCE AGENT OR BROKER:** Insured agrees that the insurance agent or broker soliciting the policies or through whom the policies were d is not the agent of PFS, except for any action taken on behalf of PFS with the authorization or consent of PFS, and PFS is not legally bound by hing the agent or broker represents to the insured, orally or in writing.

**FINANCING NOT A CONDITION:** The law does not require a person to enter into a premium finance agreement as a condition of the purchase surance.

**COLLECTION COSTS:** Insured agrees to pay attorney's fees of PFS, to the extent permitted by law, if this agreement is referred to an attorney for ction. Not applicable in KY.

**LIMITATION OF LIABILITY:** The insured agrees that PFS's liability to the insured or any other person or entity for breach of any of the terms of this ement or the wrongful exercise of the right or authority of cancellation shall be limited to the amount of the principal balance outstanding except in vent of willful misconduct. Not applicable in KY.

**CLASSIFICATION AND FORMATION OF AGREEMENT:** This agreement is and will be a general intangible and not an instrument (as those s are used in the Uniform Commercial Code) for all purposes. An electronic signature and electronic record may be used in the formation of this ement, and the signatures of the insured and of the producer and the record of this agreement may be in electronic form (as those terms are used e Uniform Electronic Transactions Act). A photocopy, facsimile copy or other paper or electronic record of this agreement will have the same legal t as a manually signed copy.

Carolina Insurance Premium Finance License #B-345

### PRODUCER'S REPRESENTATION

producer represents, warrants and agrees that: (1) the insured has received a copy of this agreement and has authorized this transaction, the ed's signatures are genuine, and the down payment has been received from the insured in cash, (2) the policies are in full force except in the case sidual or assigned risk policies and the information in the Schedule of Policies including the premium amounts is correct, (3) no audit or reporting policies or policies subject to retrospective rating or to minimum earned premium are included, except as indicated, and the deposit of provisional iums is not less than anticipated premiums to be earned for the full term of the policies, (4) the policies can be cancelled by the insured or PFS (or ccessors and assigns) on 10 days notice and the unearned premiums will be computed on the standard short rate or pro rata table except as ated, (5) there are no bankruptcy proceedings affecting the insured, (6) to hold PFS, its successors and assigns harmless against any loss or nse resulting from violations of these agreements and representations or from errors, omissions, or inaccuracies of producer in preparing this ement.

McKnight
0003

# PREMIUM FINANCING SPECIALISTS of the SOUTH

**NOTICE OF ACCEPTANCE AND ASSIGNMENT**

PFS OF THE SOUTH, INC.
A MISSOURI CORPORATION HOME OFFICE, KANSAS CITY, MISSOURI
P.O. BOX 35408
TULSA, OK 74153-0408
Phone (918)663-6565 - Fax (918)663-9393

| REFER TO THIS ACCOUNT NO. IN ALL CORRESPONDENCE | ACCOUNT NUMBER |
|---|---|
|  | OKT-134160 |

DEAR CUSTOMER,
THANK YOU FOR THE OPPORTUNITY TO FINANCE YOUR INSURANCE. AS AGREED, WE HAVE PAID THE BALANCE DUE ON YOUR BEHALF. A PAYMENT SCHEDULE IS SHOWN BELOW. DETAILED PAYMENT INSTRUCTIONS ARE SHOWN BELOW.

**IMPORTANT: YOUR COPY OF INSURED NOTICE OF ACCEPTANCE**
Because of the terms of the premium finance agreement, the listed instructions must be followed.

**TO THE AGENT OR BROKER:**
1. All gross unearned premiums which may become payable under the financed policies which reduce the unearned premiums, subject to any mortgagee or loss payee interest, must be paid to PFS.
2. The policies may not be assigned, except for the interest of any mortgagee or loss payee, without written consent of PFS.
3. Advise PFS immediately of any change in address of the insured.

AGENT
MCKNIGHT AGENCY, INC.
203 W WASHINGTON
ABBEVILLE, AL 36310

INSURED
RICKY LANE
PO BOX 85
SHORTERVILLE, AL 36373

| DISCLOSURE | |
|---|---|
| TOTAL PREMIUMS | $4,163.92 |
| DOWN PAYMENT | $1,115.98 |
| AMOUNT FINANCED | $3,047.94 |
| FINANCE CHARGE | $154.44 |
| ASSESSMENTS | $0.00 |
| TOTAL PAYMENTS | $3,202.38 |
| NUMBER OF PAYMENTS | 9 |
| PAYMENT AMOUNT | $355.82 |
| ANNUAL % RATE | 12.000 |
| ACCEPTANCE DATE | 03/11/03 |

| SCHEDULE OF PAYMENTS | | |
|---|---|---|
| PYMT NO. | DUE DATE | AMOUNT |
| 1 | 04/10/03 | $355.82 |
| 2 | 05/10/03 | $355.82 |
| 3 | 06/10/03 | $355.82 |
| 4 | 07/10/03 | $355.82 |
| 5 | 08/10/03 | $355.82 |
| 6 | 09/10/03 | $355.82 |
| 7 | 10/10/03 | $355.82 |
| 8 | 11/10/03 | $355.82 |
| 9 | 12/10/03 | $355.82 |

WE HAVE PAID THE BALANCE OF YOUR PREMIUM BELIEVING THE PREMIUM FINANCE AGREEMENT TO BE GENUINE AND IN FULL EFFECT AND THE SIGNATURE THEREON AUTHORIZED BY THE INSURED. IF FOR ANY REASON THIS IS NOT TRUE, NOTIFY US IMMEDIATELY AT THE ADDRESS OR TELEPHONE NUMBER AS SHOWN ABOVE.

## SCHEDULE OF POLICIES

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE | FULL NAME OF INSURER AND GENERAL AGENT OTHER THAN SUBMITTING PRODUCER TO WHOM COPY OF THIS NOTICE WAS SENT | COVERAGE FIRE, AUTO MAR, I.M., CAS | POLICY TERM IN MONTHS COVERED | PREMIUM FINANCED |
|---|---|---|---|---|---|
| ENDING | 03/10/03 | PROGRESSIVE SPECIALTY INS CO | AUTO | 12 | $3,494.00 |
| ENDING | 03/10/03 | NATIONAL FIRE & MARINE INS CO SOUTHERN CROSS INSURANCE AGCY | CASLTY | 12 | $532.00 |
|  |  |  | FEES |  | $100.00 |
|  |  |  | TAXES |  | $37.92 |

McKnight
0005

**PREMIUM FINANCING SPECIALISTS of the SOUTH** — **PENDING POLICY NUMBER REQUEST**
A MISSOURI CORPORATION HOME OFFICE, KANSAS CITY, MISSOURI
PFS OF THE SOUTH, INC.
P.O. BOX 35408
TULSA, OK 74153-0408
Phone (918)663-6565 - Fax (918)663-9393

| REFER TO THIS ACCOUNT NO. IN ALL CORRESPONDENCE | ACCOUNT NUMBER |
|---|---|
|  | OKT-134160 |

Please be advised that a **Notice of Financed Premium** has been sent for this account.

However, the following policies from the schedule of policies are missing the policy number(s).

Should the account cancel neither the insurance company nor the general agent will process the cancellation.

Please fax this notice with the requested information or return by mail.

| MAILING DATE |
|---|
| 03/11/03 |

**AGENT**
MCKNIGHT AGENCY, INC.
203 W WASHINGTON
ABBEVILLE, AL 36310

**INSURED**
RICKY LANE
PO BOX 85
SHORTERVILLE, AL 36373

## SCHEDULE OF POLICIES

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE | FULL NAME OF INSURER AND GENERAL AGENT OTHER THAN SUBMITTING PRODUCER TO WHOM COPY OF THIS NOTICE WAS SENT | COVERAGE FIRE, AUTO MAR, LM, CAS | POLICY TERM IN MONTHS COVERED BY PREM. | PREMIUM FINANCED |
|---|---|---|---|---|---|
|  | 03/10/03 | PROGRESSIVE SPECIALTY INS CO | AUTO | 12 | $3,494.00 |
|  | 03/10/03 | NATIONAL FIRE & MARINE INS CO<br>SOUTHERN CROSS INSURANCE AGCY | CASLTY<br>FEES<br>TAXES | 12 | $532.00<br>$100.00<br>$37.92 |

McKnight
0006

| PFS Acct# | Client Name | Policy Number | Company or Agent | Premium Fees & Taxes | Down Payment | Retained Payments | Amount Paid |
|---|---|---|---|---|---|---|---|
| OKT-134160 | RICKY LANE | PENDING | PROGRESSIVE SPECIALTY INS C | | 3,494.00 | FUNDING | 2,620.50 |
| OKT-134160 | RICKY LANE | PENDING | NATIONAL FIRE & MARINE INS CO | | 669.92 | FUNDING | 427.44 |

CHECK NO:  02-155595    TOTAL PAID    $4,163.92    $3,047.94

McKnight
0007