PROGRESSIVE SPECIALTY INSURANCE CO.
PO BOX 94739                             CLEVELAND OH 44101-4739
This declarations page/amended declaration page with the policy jacket identified by the form **1050**
and edition date **1194** completes the below numbered policy.

**PROGRESSIVE®**
COMMERCIAL VEHICLE INSURANCE

MCKNIGHT AGCY INC
203 W WASHINGTON ST
ABBEVILLE            AL 36310
334-585-5210

24-Hour Policy Service: 1-800-444-4487
24-Hour Claims Service: 1-800-274-4499
24-Hour Bill Questions: 1-800-999-8781

**COMMERCIAL AUTO POLICY DECLARATION**
**POLICY NUMBER:** CA 01722685- 0

**POLICY PERIOD:** 03/10/03 **TO** 03/10/04
**FOR NAMED INSURED**
RICKY LANE
PO BOX 85
SHORTERVILLE       AL 36373

This policy incepts the later of:
1. the time the application for insurance is executed on the first day of the policy period; or
2. 12:01 a.m. on the first day of the policy period.

This policy shall expire at 12:01 a.m. on the last day of the policy period.

The following coverages and limits apply to each described vehicle as shown below. Coverages are defined in the policy and are subject to the terms and conditions contained in the policy, including amendments and endorsements. No changes will be effective prior to the time changes are requested.

**REASON FOR ISSUANCE:** NEW BUSINESS

RICKY LANE
PO BOX 85
SHORTERVILLE           AL   36373

### AUTO DAMAGE LIMIT OF LIABILITY

| VEH | YR | MAKE | MODEL | SERIAL NUMBER | LIMIT OF LIABILITY | COMP DED | FT/CAC DED | COLL DED | RADIUS |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 1993 | FREIG | FLA | 1FUYAPYB1PL470232 | | | | | 300 |
| 02 | 2030 | * NON OWNED | ATTACHED TRLR | NONE | | | | | 300 |

* NON-OWNED TRAILER BUT ONLY WHILE ATTACHED TO A LISTED POWER UNIT

| COVERAGES - LIMITS OF LIABILITY | | PREMIUMS | | | |
|---|---|---|---|---|---|
| THE COVERAGE IS APPLICABLE ONLY IF A PREMIUM IS INDICATED. | TOTAL | VEH 1 | VEH 2 | VEH 3 | VEH 4 |
| BODILY INJURY AND PROPERTY DAMAGE LIABILITY $300,000 COMBINED SINGLE LIMIT | $3,450 | $2,841 | $609 | | |
| UNINSURED/UNDERINSURED MOTORIST BODILY INJURY $20,000 EACH PERSON - $40,000 EACH ACCIDENT | $44 | $44 | | | |
| PREMIUM BY VEHICLE | | $2,885 | $609 | | |
| FILING/OTHER FEES | | | | | |
| | $3,494 | TOTAL POLICY PREMIUM INCLUDES FEES | | | |

*CERTIFIED COPY*
*THIS WILL CERTIFY THAT THE ATTACHED IS A TRUE AND COMPLETE COPY OF THE ORIGINAL*
[signature]
*CUSTODIAN OF RECORDS*

ATTACHMENTS IDENTIFIED BY FORM NO. (EDITION DATE)
1197 (0893)   1349 (1296)   2000A (1296)   3098 (1296)   3394 (0901)   4792A (0103)

Form No. 1113 (05/95) SIGNED _____                Page 1 of 02                CVSE0305011205L111401

**PROGRESSIVE SPECIALTY INSURANCE CO.**
PO BOX 94739    CLEVELAND OH 44101-4739

This declarations page/amended declaration page with the policy jacket identified by the form **1050** and edition date **1194** completes the below numbered policy. **AMENDED EFFECTIVE DATE** 8/06/03

**PROGRESSIVE®**
COMMERCIAL VEHICLE INSURANCE

MCKNIGHT AGCY INC
203 W WASHINGTON ST
ABBEVILLE      AL 36310
334-585-5210

24-Hour Policy Service:  1-800-444-4487
24-Hour Claims Service:  1-800-274-4499
24-Hour Bill Questions:  1-800-999-8781

**COMMERCIAL AUTO POLICY DECLARATION**
**POLICY NUMBER: CA** 01722685- 0

**POLICY PERIOD:** 03/10/03 TO 03/10/04
**FOR NAMED INSURED**
RICKY LANE
PO BOX 85
SHORTERVILLE    AL 36373

This policy incepts the later of:
1. the time the application for insurance is executed on the first day of the policy period; or
2. 12:01 a.m. on the first day of the policy period.
This policy shall expire at 12:01 a.m. on the last day of the policy period.
The following coverages and limits apply to each described vehicle as shown below. Coverages are defined in the policy and are subject to the terms and conditions contained in the policy, including amendments and endorsements. No changes will be effective prior to the time changes are requested.

RICKY LANE
PO BOX 85
SHORTERVILLE      AL   36373

**REASON FOR ISSUANCE:** ENDORSEMENT
COVERAGES 01 ADDED      VEHICLE 01 CHANGED
DRIVER 01 CHANGED

**AUTO DAMAGE LIMIT OF LIABILITY**

| VEH | YR | MAKE | MODEL | SERIAL NUMBER | LIMIT OF LIABILITY | COMP DED | FT/CAC DED | COLL DED | RADIUS |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 1995 | INTERNATIONAL | 940 | 2HSFHAER6SC049691 | $12,000 | 1000 | | 1000 | 300 |
| 02 | 2030 | * NON OWNED | ATTACHED TRLR | NONE | | | | | 300 |

* NON-OWNED TRAILER BUT ONLY WHILE ATTACHED TO A LISTED POWER UNIT

| COVERAGES - LIMITS OF LIABILITY | | PREMIUMS | | | |
|---|---|---|---|---|---|
| THE COVERAGE IS APPLICABLE ONLY IF A PREMIUM IS INDICATED. | TOTAL | VEH 1 | VEH 2 | VEH 3 | VEH 4 |
| BODILY INJURY AND PROPERTY DAMAGE LIABILITY<br>$300,000 COMBINED SINGLE LIMIT | $3,450 | $2,841 | $609 | | |
| UNINSURED/UNDERINSURED MOTORIST BODILY INJURY<br>$20,000 EACH PERSON - $40,000 EACH ACCIDENT | $44 | $44 | | | |
| COMPREHENSIVE - LIMIT OF LIABILITY LESS DEDUCTIBLE | $115 | $115 | | | |
| COLLISION - LIMIT OF LIABILITY LESS DEDUCTIBLE | $591 | $591 | | | |
| PREMIUM BY VEHICLE | | $3,591 | $609 | | |
| PREMIUM DUE TO CHANGE | $418 | | | | |
| FILING/OTHER FEES | | | | | |
| $4,200 TOTAL POLICY PREMIUM INCLUDES FEES | | | | | |

CERTIFIED COPY
THIS WILL CERTIFY THAT THE ATTACHED IS A TRUE AND COMPLETE COPY OF THE ORIGINAL
*[signature]*
CUSTODIAN OF RECORDS

ATTACHMENTS IDENTIFIED BY FORM NO. (EDITION DATE)
1197 (0893)   1349 (1296)   2000A (1296)   3098 (1296)   3394 (0901)   8470 (1286)

Form No. 1113 (05/95)  SIGNED _____    Page 1 of 02    CVSE0305011205L111401

PROGRESSIVE SPECIALTY INSURANCE CO.
PO BOX 94739                         CLEVELAND OH 44101-4739
This declarations page/amended declaration page with the policy jacket identified by the form **1050**
and edition date **1194** completes the below numbered policy. **AMENDED EFFECTIVE DATE** 8/06/03

**PROGRESSIVE®**
COMMERCIAL VEHICLE INSURANCE

MCKNIGHT AGCY INC
203 W WASHINGTON ST
ABBEVILLE       AL 36310
334-585-5210

24-Hour Policy Service:    1-800-444-4487
24-Hour Claims Service:    1-800-274-4499
24-Hour Bill Questions:    1-800-999-8781
**COMMERCIAL AUTO POLICY DECLARATION**
**POLICY NUMBER:** CA 01722685- 0

**POLICY PERIOD:** 03/10/03 **TO** 03/10/04
**FOR NAMED INSURED**
RICKY LANE
PO BOX 85
SHORTERVILLE      AL 36373

RICKY LANE
PO BOX 85
SHORTERVILLE       AL 36373

This policy incepts the later of:
1. the time the application for insurance is executed on the first day of the policy period; or
2. 12:01 a.m. on the first day of the policy period.
This policy shall expire at 12:01 a.m. on the last day of the policy period.
The following coverages and limits apply to each described vehicle as shown below. Coverages are defined in the policy and are subject to the terms and conditions contained in the policy, including amendments and endorsements. No changes will be effective prior to the time changes are requested.

**REASON FOR ISSUANCE:** ENDORSEMENT
LOSS PAYEE01 ADDED         VEHICLE 02 CHANGED
DRIVER 01 CHANGED

AUTO DAMAGE LIMIT OF LIABILITY

| VEH | YR | MAKE | MODEL | SERIAL NUMBER | LIMIT OF LIABILITY | COMP DED | FT/CAC DED | COLL DED | RADIUS |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 1995 | INTERNATIONAL | 940 | 2HSFHAER6SC049691 | $12,000 | 1000 | | 1000 | 300 |
| 02 | 2030 | * NON OWNED | ATTACHED TRLR | NONE | | | | | 300 |

* NON-OWNED TRAILER BUT ONLY WHILE ATTACHED TO A LISTED POWER UNIT

| COVERAGES - LIMITS OF LIABILITY | | PREMIUMS | | | |
|---|---|---|---|---|---|
| THE COVERAGE IS APPLICABLE ONLY IF A PREMIUM IS INDICATED. | TOTAL | VEH 1 | VEH 2 | VEH 3 | VEH 4 |
| BODILY INJURY AND PROPERTY DAMAGE LIABILITY $300,000 COMBINED SINGLE LIMIT | $3,450 | $2,841 | $609 | | |
| UNINSURED/UNDERINSURED MOTORIST BODILY INJURY $20,000 EACH PERSON - $40,000 EACH ACCIDENT | $44 | $44 | | | |
| COMPREHENSIVE - LIMIT OF LIABILITY LESS DEDUCTIBLE | $115 | $115 | | | |
| COLLISION - LIMIT OF LIABILITY LESS DEDUCTIBLE | $591 | $591 | | | |
| PREMIUM BY VEHICLE PREMIUM DUE TO CHANGE FILING/OTHER FEES | | $3,591 | $609 | | |
| | $4,200 | TOTAL POLICY PREMIUM INCLUDES FEES | | | |

CERTIFIED COPY
THIS WILL CERTIFY THAT THE
ATTACHED IS A TRUE AND COMPLETE COPY
OF THE ORIGINAL
*[signature]*
CUSTODIAN OF RECORDS

ATTACHMENTS IDENTIFIED BY FORM NO. (EDITION DATE)
1197  (0893)    1349  (1298)    1602  (0893)    2000A (1298)    3098  (1298)    3394  (0901)
8470  (1286)    4792A (0103)

Form No. 1113 (05/95) SIGNED _____                Page 1 of 02                CVSE0305011205L111401

| DRV NO. | LISTED DRIVERS | DOB | LICENSE NO. | MARITAL STATUS | SR22 REQ | PTS. |
|---|---|---|---|---|---|---|
| 01 | RICKY LANE | 04/09/58 | 4539116 | M | N | 05 |
| 02 | | | | | | |
| 03 | | | | | | |
| 04 | | | | | | |
| 05 | | | | | | |

## LIENHOLDER

VEH 1  
RIVERSIDE TURF  
11969 STATE HWY 10 E  
SHORTERVILLE      AL 36373

VEH 2

VEH 3

VEH 4

## ADDITIONAL INSURED

ADDL INS 1

ADDL INS 2

ADDL INS 3

ADDL INS 4

## OUTSIDE PREMIUM FINANCE

PREMIUM FINANCING S  
PO BOX 33049  
TULSA      OK 74153

---

### FOR COMPANY USE ONLY

| VEH | DR | VEH CLS | PERS USE | TERR NO | G/R ZIP | PIF | REN | PRF | ABS | Anti-Theft | Air Bags | Sr. Citz | STD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | H01 | N | 01 | 36373 | | | | | | | | | | |
| 02 | 01 | H20 | N | 01 | 36373 | | | | | | | | | | |

COST OF HIRE            COMPANY      03         RATE MANUAL  
BUS. TYPE               PROGRAM                 UNIT         C2  
NUMB. OF EMP.   N/A     PAY PLAN     C1         BATCH        AC0  
PPA             (    )  R/R          0203       USER ID  
                        F/R          092001     DATE         03223  
                        FACTOR %     100.00  
                        AGENT CODE   CA 64376

Page 2 of 02

PROGRESSIVE SPECIALTY INSURANCE CO.
PO BOX 94739                    CLEVELAND OH 44101-4739
This declarations page/amended declaration page with the policy jacket identified by the form **1050**
and edition date **1194** completes the below numbered policy.

**PROGRESSIVE®**
COMMERCIAL VEHICLE INSURANCE

MCKNIGHT AGCY INC
203 W WASHINGTON ST
ABBEVILLE         AL  36310
334-585-5210

24-Hour Policy Service:  1-800-444-4487
24-Hour Claims Service:  1-800-274-4499
24-Hour Bill Questions:  1-800-999-8781

**COMMERCIAL AUTO POLICY DECLARATION**
**POLICY NUMBER:** CA 01722685- 1

**POLICY PERIOD:** 03/10/04 TO 03/10/05
**FOR NAMED INSURED**
RICKY LANE
PO BOX 85
SHORTERVILLE       AL  36373

RICKY LANE
PO BOX 85
SHORTERVILLE     AL   36373

This policy incepts the later of:
1. the time the application for insurance is executed on the first day of the policy period; or
2. 12:01 a.m. on the first day of the policy period.
This policy shall expire at 12:01 a.m. on the last day of the policy period.
The following coverages and limits apply to each described vehicle as shown below. Coverages are defined in the policy and are subject to the terms and conditions contained in the policy, including amendments and endorsements. No changes will be effective prior to the time changes are requested.

**REASON FOR ISSUANCE:** RENEWAL POLICY

**AUTO DAMAGE LIMIT OF LIABILITY**

| VEH | YR | MAKE | MODEL | SERIAL NUMBER | LIMIT OF LIABILITY | COMP DED | FT/CAC DED | COLL DED | RADIUS |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 1995 | INTERNATIONAL | 940 | 2HSFHAER6SC049691 | $12,000 | 1000 | | 1000 | 300 |
| 02 | 2030 | * NON OWNED | ATTACHED TRLR | NONE | | | | | 300 |

* NON-OWNED TRAILER BUT ONLY WHILE ATTACHED TO A LISTED POWER UNIT

| COVERAGES - LIMITS OF LIABILITY | | PREMIUMS | | | |
|---|---|---|---|---|---|
| THE COVERAGE IS APPLICABLE ONLY IF A PREMIUM IS INDICATED. | TOTAL | VEH 1 | VEH 2 | VEH 3 | VEH 4 |
| BODILY INJURY AND PROPERTY DAMAGE LIABILITY $300,000 COMBINED SINGLE LIMIT | $3,400 | $2,770 | $630 | | |
| UNINSURED/UNDERINSURED MOTORIST BODILY INJURY $20,000 EACH PERSON - $40,000 EACH ACCIDENT | $44 | $44 | | | |
| COMPREHENSIVE - LIMIT OF LIABILITY LESS DEDUCTIBLE | $134 | $134 | | | |
| COLLISION - LIMIT OF LIABILITY LESS DEDUCTIBLE | $641 | $641 | | | |
| PREMIUM BY VEHICLE | | $3,589 | $630 | | |
| FILING/OTHER FEES | | | | | |
| | $4,219 | TOTAL POLICY PREMIUM INCLUDES FEES | | | |

CERTIFIED COPY
THIS WILL CERTIFY THAT THE ATTACHED IS A TRUE AND COMPLETE COPY OF THE ORIGINAL

*[signature]*
CUSTODIAN OF RECORDS

ATTACHMENTS IDENTIFIED BY FORM NO. (EDITION DATE)
1197  (0893)      1349  (1296)      1602  (0883)      2000A (1296)      3098  (1296)      3394  (0901)
8470  (1286)      4792A (0103)

Form No. 1113 (05/95) SIGNED _____                    Page 1 of 02                    CVSE0305011205L111401

| DRV NO. | LISTED DRIVERS | DOB | LICENSE NO. | MARITAL STATUS | SR22 REQ | PTS. |
|---|---|---|---|---|---|---|
| 01 | RICKY LANE | 04/09/58 | 4539116 | M | N | 04 |
| 02 | | | | | | |
| 03 | | | | | | |
| 04 | | | | | | |
| 05 | | | | | | |

**LIENHOLDER**

VEH 1
RIVERSIDE TURF
11969 STATE HWY 10 E
SHORTERVILLE    AL 36373

VEH 2

VEH 3

VEH 4

**ADDITIONAL INSURED**

ADDL INS 1

ADDL INS 2

ADDL INS 3

ADDL INS 4

**OUTSIDE PREMIUM FINANCE**

PREMIUM FINANCING S
5700 N PORTLAND
OK CITY    OK 73112

**FOR COMPANY USE ONLY**

| VEH | DR | VEH CLS | PERS USE | TERR NO | G/R ZIP | PIF | REN | PRF | ABS | Anti-Theft | Air Bags | Sr. Citz | STD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | H01 | N | 01 | 36373 | | X | | | | | | | | |
| 02 | 01 | H20 | N | 01 | 36373 | | X | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

COST OF HIRE  
BUS. TYPE  
NUMB. OF EMP.   N/A  
PPA   ( )  

COMPANY   03  
PROGRAM  
PAY PLAN   C1  
R/R   0204  
F/R   092001  
FACTOR %   100.00  
AGENT CODE   CA 64376  

RATE MANUAL  
UNIT   C2  
BATCH   AC0  
USER ID  
DATE   04069  

Page 2 of 02

**PROGRESSIVE**®

MCKNIGHT AGCY INC
203 W WASHINGTON ST
ABBEVILLE, AL 36310

Named Insured:

RICKY LANE
PO BOX 85
SHORTERVILLE, AL 36373

**Policy number: 01722685-1**
Progressive Specialty Insurance Company
October 16, 2004
Policy Period: Mar 10, 2004 - Mar 10, 2005
Page 1 of 2

**personal.progressive.com**
Make payments, check billing activity or check status of a claim.

**334-585-5210**
**MCKNIGHT AGCY INC**
Contact your agent during business hours.

**800-444-4487**
For policy service and claims service,
24 hours a day, 7 days a week.

# Commercial Auto Insurance Coverage Summary
## This is your Declarations Page
## Your coverage has changed

Your coverage began on March 10, 2004 at 12:01 a.m. This policy expires on March 10, 2005 at 12:01 a.m.

This coverage summary replaces your prior one. Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for an auto may not be combined with the limits for the same coverage on another auto, unless the policy contract allows the stacking of limits. The policy contract is form 1050 (11-94). The contract is modified by forms 1197 (08/93), 1349 (12/96), 1602 (08/83), 2000A (12/96), 3098 (12/96), 3394 (09/01), 8470 (12/86) and 4792A (01/03).

The named insured organization type is a sole proprietorship.

## Policy changes effective October 15, 2004

| | |
|---|---|
| Premium change: | $848.00 |
| Changes: | Coverage has been changed on your policy. |

The changes shown above will not be effective prior to the time the changes were requested.

## Outline of coverage

| Description | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $5,520 |
|   Bodily Injury and Property Damage Liability | $1,000,000 combined single limit | | |
| Uninsured/Underinsured Motorist | $20,000 each person/$40,000 each accident | | 44 |
| Comprehensive | | | 134 |
|   See Schedule Of Covered Autos | Limit of liability less deductible | | |
| Collision | | | 641 |
|   See Schedule Of Covered Autos | Limit of liability less deductible | | |
| **Total 12 month policy premium** | | | **$6,339** |

## Rated driver

1. RICKY LANE

CERTIFIED COPY
THIS WILL CERTIFY THAT THE
ATTACHED IS A TRUE AND COMPLETE COPY
OF THE ORIGINAL

*[signature]*

CUSTODIAN OF RECORDS

Form 6489 (05/02)


Continued

Policy number: 01722685-1
RICKY LANE
Page 2 of 2

## Auto coverage schedule

1. **1995 International 940**
   VIN: 2HSFHAER6SC049691
   Stated Amount: $12,000
   Garaging Zip Code: 36373
   Radius: 300

| | Liability | UM/UIM BI | | | |
|---|---|---|---|---|---|
| **Liability Premium** | $4,492 | $44 | | | |

| | Comp Deductible | Comp Premium | Collision Deductible | Collision Premium | Auto Total |
|---|---|---|---|---|---|
| **Physical Damage Premium** | $1,000 | $134 | $1,000 | $641 | **$5,311** |

2. **NON Owned Attached Trlr ***
   VIN: NONE
   Garaging Zip Code: 36373
   Radius: 300

| | Liability | Auto Total |
|---|---|---|
| **Liability Premium** | $1,028 | **$1,028** |

* Non-Owned trailer but only while attached to a listed power unit specifically described on the declarations page

## Premium discount

Policy
01722685-1                                    Renewal

## Lienholder information

We will send certain notices such as coverage summaries and cancellation notices to the following:

1. Lienholder    Auto 1    RIVERSIDE TURF
                           11969 STATE HWY 10 E SHORTERVILLE, AL 36373
                           1995 International 940 (2HSFHAER6SC049691)

## Outside premium finance company

PREMIUM FINANCING S
5700 N PORTLAND
OK CITY OK 73112

Form 6489 (05/02)

PROGRESSIVE SPECIALTY INSURANCE CO.
PO BOX 94739          CLEVELAND OH 44101-4739

This declarations page/amended declaration page with the policy jacket identified by the form **1050** and edition date **1194** completes the below numbered policy. AMENDED EFFECTIVE DATE  8/06/03


PROGRESSIVE®
COMMERCIAL VEHICLE INSURANCE

MCKNIGHT AGCY INC
203 W WASHINGTON ST
ABBEVILLE          AL  36310
334-585-5210

24-Hour Policy Service:   1-800-444-4487
24-Hour Claims Service:   1-800-274-4499
24-Hour Bill Questions:   1-800-999-8781

**COMMERCIAL AUTO POLICY DECLARATION**
**POLICY NUMBER:** CA 01722685- 0

**POLICY PERIOD:** 03/10/03 TO 03/10/04
**FOR NAMED INSURED**
RICKY LANE
PO BOX 85
SHORTERVILLE          AL  36373

This policy incepts the later of:
1. the time the application for insurance is executed on the first day of the policy period; or
2. 12:01 a.m. on the first day of the policy period.
This policy shall expire at 12:01 a.m. on the last day of the policy period.
The following coverages and limits apply to each described vehicle as shown below. Coverages are defined in the policy and are subject to the terms and conditions contained in the policy, including amendments and endorsements. No changes will be effective prior to the time changes are requested.

**REASON FOR ISSUANCE:** ENDORSEMENT
OPF CHANGED     VEHICLE 02 CHANGED
DRIVER 01 CHANGED

RICKY LANE
PO BOX 85
SHORTERVILLE          AL  36373

### AUTO DAMAGE LIMIT OF LIABILITY

| VEH | YR | MAKE | MODEL | SERIAL NUMBER | LIMIT OF LIABILITY | COMP DED | FT/CAC DED | COLL DED | RADIUS |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 1995 | INTERNATIONAL | 940 | 2HSFHAER8SC049691 | $12,000 | 1000 | | 1000 | 300 |
| 02 | 2030 | * NON OWNED | ATTACHED TRLR | NONE | | | | | 300 |

\* NON-OWNED TRAILER BUT ONLY WHILE ATTACHED TO A LISTED POWER UNIT

| COVERAGES - LIMITS OF LIABILITY | | PREMIUMS | | | |
|---|---|---|---|---|---|
| THE COVERAGE IS APPLICABLE ONLY IF A PREMIUM IS INDICATED. | TOTAL | VEH 1 | VEH 2 | VEH 3 | VEH 4 |
| BODILY INJURY AND PROPERTY DAMAGE LIABILITY $300,000 COMBINED SINGLE LIMIT | $3,450 | $2,841 | $609 | | |
| UNINSURED/UNDERINSURED MOTORIST BODILY INJURY $20,000 EACH PERSON - $40,000 EACH ACCIDENT | $44 | $44 | | | |
| COMPREHENSIVE - LIMIT OF LIABILITY LESS DEDUCTIBLE | $115 | $115 | | | |
| COLLISION - LIMIT OF LIABILITY LESS DEDUCTIBLE | $591 | $591 | | | |
| PREMIUM BY VEHICLE PREMIUM DUE TO CHANGE FILING/OTHER FEES | | $3,591 | $609 | | |
| $4,200 | TOTAL POLICY PREMIUM INCLUDES FEES | | | | |

CERTIFIED COPY
THIS WILL CERTIFY THAT THE ATTACHED IS A TRUE AND COMPLETE COPY OF THE ORIGINAL
*[signature]*
CUSTODIAN OF RECORDS

ATTACHMENTS IDENTIFIED BY FORM NO. (EDITION DATE)
1197  (0893)    1349  (1296)    1602  (0893)    2000A (1296)    3098  (1296)    3394  (0901)
8470  (1286)    4792A (0103)

Form No. 1113 (05/95)  SIGNED _____                          Page 1 of 02                CVSE0305011205L111401

| DRV NO. | LISTED DRIVERS | DOB | LICENSE NO. | MARITAL STATUS | SR22 REQ | PTS. |
|---|---|---|---|---|---|---|
| 01 | RICKY LANE | 04/09/58 | 4539116 | M | N | 05 |
| 02 | | | | | | |
| 03 | | | | | | |
| 04 | | | | | | |
| 05 | | | | | | |

**LIENHOLDER**

VEH 1

RIVERSIDE TURF
11969 STATE HWY 10 E
SHORTERVILLE     AL 36373

VEH 2

VEH 3

VEH 4

**ADDITIONAL INSURED**

ADDL INS 1

ADDL INS 2

ADDL INS 3

ADDL INS 4

**OUTSIDE PREMIUM FINANCE**

PREMIUM FINANCING S
5700 N PORTLAND
OK CITY     OK 73112

### FOR COMPANY USE ONLY

| VEH | DR | VEH CLS | PERS USE | TERR NO | G/R ZIP | PIF | REN | PRF | ABS | Anti-Theft | Air Bags | Sr. Citz | STD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | H01 | N | 01 | 36373 | | | | | | | | | | |
| 02 | 01 | H20 | N | 01 | 36373 | | | | | | | | | | |

```
COST OF HIRE                    COMPANY       03        RATE MANUAL
BUS. TYPE                       PROGRAM                 UNIT          C2
NUMB. OF EMP.     N/A           PAY PLAN      C1        BATCH         AC0
PPA               (     )       R/R           0203      USER ID
                                F/R           092001    DATE          03234
                                FACTOR %      100.00
                                AGENT CODE    CA 64376
```

Page 2 of 02

**PROGRESSIVE®**
COMMERCIAL VEHICLE INSURANCE

**COMMERCIAL VEHICLE**

```
PROGRESSIVE SPECIALTY INS CO.        R E N E W A L
PO BOX  94739                        N O T I C E           PAGE       1 OF  2
CLEVELAND OH 44101                                         POLICY #  0 17 22 685 1


INSURED:  RICKY       LANE          AGENT:  MCKNIGHT AGCY INC
                                            203 W WASHINGTON ST
          PO BOX 85                         ABBEVILLE      AL    36310
          SHORTERVILLE    AL 36373          CA-84376

                    YOUR POLICY WILL EXPIRE ON-----03/10/04

                      COVERAGES AND LIMITS OF LIABILITY

A SINGLE LIMIT BODILY INJURY AND
  PROPERTY DAMAGE LIABILITY      $300,000   EACH ACC                  $3400
D COMP OR FTCAC STATED AMT       SEE SCHEDULE OF COVERED VEH FOR DED  $134
E COLLISION OR UPSET-STATED AMT  SEE SCHEDULE OF COVERED VEH FOR DED  $641
I UM/UNDERINSURED MOT          $ 20,000 /PERS. $ 40,000 /ACC.         $44



                                            FILING FEE           $0.00
                              TOTAL POLICY PREMIUM:          $4,219.00

                       DRIVERS

DR                                                STA  SR22   VIOL/ACC
NO  DRIVER NAME        DOB       LICENSE #     ST TUS  REQ.  A B C D MSC

01  RICKY    LANE     04/09/58   4539116       AL  M    N    0 0 0 0 00




 SEE SCHEDULE ATTACHED FOR VEHICLES AND RATING INFORMATION.



   0000     0204     C1  C2  ACO  04037  LANE   10.0   CAICS02C    SE-CV




FORM NO. L8472 (12-86)       AGENT'S COPY              CVSE01269616l3L847201
```

DEFENDANT'S EXHIBIT
7 Fitzgerald

McKnight
0105

**PROGRESSIVE**
COMMERCIAL VEHICLE INSURANCE

**COMMERCIAL VEHICLE**

```
                    R E N E W A L
                      N O T I C E          PAGE       2 OF 2
                                           POLICY #   0 17 22 685 1

              VEHICLE AND RATING INFORMATION

          RICKY       LANE                  MCKNIGHT AGCY INC
                                            203 W WASHINGTON ST
INSURED:  PO BOX 85                 AGENT:  ABBEVILLE      AL  36310
          SHORTERVILLE    AL 36373          CA-64376
**********************************************************************

    DR  YR  TRADE NAME  BODY TYPE  B/C SERIAL NO.     CLS TER    RAD  ZIP
    1   95  INTERNATIONAL 940      C   2HSFHAER6SC049691 H01 01  300  36373
V
E        PURCH  SPECIAL EQUIPMENT INCLUDED   VALUE OF   STATED    MILES
H   DSC  GVW  N/U   IN THE STATED AMOUNT      EQUIP.    AMOUNT   DRIVEN
I   672   82   N                                         12000
C
L   LIABILITY   UM/UIM                    MED PAY
E   $2770.00    $44.00

O   COMP   COMP DED   COLL    COLL DED                 TOT VEH PREM
1   $134   $1000      $641    $1000                        $3589

        LP: RIVERSIDE TURF    11969 STATE HWY 10 E SHORTERVILLE   AL 36373
**********************************************************************

    DR  YR  TRADE NAME  BODY TYPE   B/C SERIAL NO.    CLS TER    RAD  ZIP
    1   30  NON OWNED   ATTACHED T 01  NONE           H20 01     300  36373
V
E        PURCH  SPECIAL EQUIPMENT INCLUDED   VALUE OF   STATED    MILES
H   DSC  GVW  N/U   IN THE STATED AMOUNT      EQUIP.    AMOUNT   DRIVEN
I   672   82   N
C
L   LIABILITY   UM/UIM                    MED PAY
E   $630.00

O   COMP   COMP DED   COLL    COLL DED                 TOT VEH PREM
2                                                          $630

**********************************************************************




    0000      0204     C1  C2  ACO  04037  LANE  10.0  CAICS02C   SE-CV
```

FORM NO. L8472 (12-86)                                 CVSE0129961613L847202

McKnight
0106