IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALITY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv438-T |
| McKNIGHT AGENCY, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that plaintiff's motion for leave to amend complaint (Doc. No. 71) is set for submission, without oral argument, on December 5, 2005, with all briefs due by said date.

DONE, this the 29th day of November, 2005.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE