IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALITY INSURANCE COMPANY,   Plaintiff,   v.   McKNIGHT AGENCY, INC., et al.,   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 2:05cv438-T |

ORDER

It is ORDERED that defendant Jane Holmes's motion for summary judgment (Doc. No. 72) is set for submission, without oral argument, on December 16, 2005, with plaintiff's brief and evidentiary materials due by said date.

DONE, this the 29th day of November, 2005.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE