IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PROGRESSIVE SPECIALITY      )
INSURANCE COMPANY,          )
                            )
    Plaintiff,              )
                            )       CIVIL ACTION NO.
    v.                      )          2:05cv438-T
                            )
McKNIGHT AGENCY, INC.,      )
et al.,                     )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that the motion for leave to amend answer (Doc. No. 55) is granted.

DONE, this the 29th day of November, 2005.


　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE