IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

PROGRESSIVE SPECIALITY    )
INSURANCE COMPANY,        )
                          )
    Plaintiff,            )
                          )    CIVIL ACTION NO.
    v.                    )       2:05cv438-T
                          )
McKNIGHT AGENCY, INC.,    )
et al.,                   )
                          )
    Defendants.           )

ORDER

It is ORDERED that plaintiff's motion for summary judgment (Doc. No. 73) is set for submission, without oral argument, on December 16, 2005, with defendants' briefs and evidentiary materials due by said date.

DONE, this the 29th day of November, 2005.

                /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE