IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALITY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:05cv438-T |
| McKNIGHT AGENCY, INC., et al., | ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that defendants McKnight Agency, Inc. and Joe McKnight's motion for summary judgment (Doc. No. 75) is set for submission, without oral argument, on December 16, 2005, with the non-movants' briefs and evidentiary materials due by said date.

DONE, this the 30th day of November, 2005.

                              /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE