IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALITY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:05cv438-T |
| McKNIGHT AGENCY, INC., et al., | ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that defendants' motion for leave to amend answer (Doc. No. 87) is set for submission, without oral argument, on December 16, 2005, with all briefs due by said date.

DONE, this the 7th day of December, 2005.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE