# EXHIBIT A
# RICKY ALLEN LANE DEPOSITION

FREEDOM COURT REPORTING

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PROGRESSIVE SPECIALTY       )
INSURANCE COMPANY,          )
        Plaintiff,          )
vs.                         )   CASE NUMBER:
MCKNIGHT AGENCY, INC.,      )   2:05-CV-438-W
JOE MCKNIGHT; RICKY LANE;   )
RIVERSIDE TURF FARM,        )
et al.,                     )
        Defendants.         )

DEPOSITION OF RICKY ALLEN LANE

In accordance with Rule 5(d) of The Alabama Rules of Civil Procedure, as Amended, effective May 15, 1988, I, Cindy Weldon, am hereby delivering to Mark E. Tindal, the original transcript of the oral testimony taken on the 15th day of November, 2005, along with exhibits.

Please be advised that this is the

COPY

367 VALLEY AVENUE
(877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397

**FREEDOM COURT REPORTING**

Page 10

1   Q.   You receive it at your mailbox out
2   in front of your house and at the post
3   office box?
4   A.   Yes.
5   Q.   All right.  If you could briefly
6   go through your education for us.
7   A.   The ninth grade.  I went through
8   the second semester of my ninth grade.  I
9   quit school.
10  Q.   Is that middle school or high
11  school?
12  A.   High school.
13  Q.   Which high school?
14  A.   It was Carter High in Knoxville,
15  Tennessee.
16  Q.   All right.  I don't mean to offend
17  you by asking this question.  I just have
18  to.  Are you able to read and write?
19  A.   No.
20  Q.   You're not?
21  A.   Very little.
22  Q.   Very little?
23  A.   Yes.

1  Q.  And then he would type them in?
2  A.  Yes, sir.
3  Q.  Now, looking back on the one that
4  has the number thirteen at the top right, I
5  just want to make sure that the information
6  that he entered was correct.
7      It has under general information
8  -- it has your name as Ricky Lane. That's
9  correct?
10 A.  Yes, sir.
11 Q.  And your home phone number, is
12 that correct?
13 A.  No, sir.
14 Q.  Was it correct at the time?
15 A.  Yes, sir.
16 Q.  Okay. And the company at the time
17 was C & D Express?
18 A.  Yes, sir.
19 Q.  And it has the address as Route 1,
20 Box 77, Shorterville, Alabama. Was that
21 correct at the time?
22 A.  Yes, sir.
23 Q.  And it says business type,

FREEDOM COURT REPORTING

Page 27

1  Q. Do you remember coming in to Mr.
2  McKnight's office around March or February
3  of 2003?
4  A. Yes, I do.
5  Q. What was the reason you came in?
6  A. To take out a policy where I could
7  start hauling sod.
8  Q. Okay. And so at that time, you
9  knew that you needed at least seven hundred
10 and fifty thousand dollars of coverage?
11 A. Yes.
12 Q. So you asked Mr. McKnight for
13 seven hundred and fifty thousand; correct?
14 A. No. I asked him for a million
15 dollars.
16 Q. Okay. So when you came in, you
17 said I want to get the million?
18 A. Yes.
19 Q. Okay. And that was to provide you
20 coverage on the -- on your tractor, your
21 truck?
22 A. Yes.
23 Q. For hauling for Riverside Turf; is

367 VALLEY AVENUE
(877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397

1   A.   Yes.
2   Q.   You would answer the questions and
3   he would type the answers into the computer?
4   A.   Yes.
5   Q.   And I'll tell you Mr. McKnight
6   testified that when he was filling out that
7   application in March of 2003 or February of
8   2003, whenever it was, that he intended to
9   get you a one million dollar policy.  Are
10  you aware that he testified to that?
11  A.   No.
12  Q.   Okay.
13  A.   I am not aware of that.
14  Q.   But you know now that Mr. McKnight
15  is taking the position that he intended to
16  get you a one million dollar policy from
17  Progressive?
18  A.   Yes.
19  Q.   I'm going to show you what I'm
20  going to mark as Exhibit 4, which I'll
21  represent to you is the application for the
22  2003 policy.
23       (Whereupon, Defendant's Exhibit

FREEDOM COURT REPORTING

Page 32

1    No. 4 was marked for identification.)
2       Q.   I'll ask if you recognize any of
3    those documents?
4       A.   Just this one.
5       Q.   Okay.  And you're pointing to the
6    page that's Bates stamped?
7       MR. JINKS:   99.
8       Q.   McKnight 0099?
9       A.   Uh-huh.  Yes, sir.
10      Q.   And that is the application for
11   this policy that you signed in March of
12   2003; correct?
13      A.   Yes, sir.
14      Q.   Okay.  And you signed that at Mr.
15   McKnight's office; is that right?
16      A.   Yes, I did.
17      Q.   What's the date on that?
18      A.   3-10-03.
19      Q.   So that was in March of '03;
20   correct?
21      A.   Yes, sir.
22      Q.   All right.  Now, I'd like you to
23   look through here with me the information

367 VALLEY AVENUE
(877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397

1   A.   No, I did not.
2   Q.   But you could have asked if you
3   wanted to; right?
4   A.   Yes, sir.
5   Q.   Okay. He didn't prevent you from
6   looking at them?
7   A.   No. No, sir.
8   Q.   Okay. Now, let's look at what's
9   marked as Defendant's Exhibit 3, which your
10  lawyer just told us that that should have
11  been included with the documents that were
12  in Exhibit 2; correct?
13  A.   Yes, sir.
14  Q.   What's the date on the first
15  document on the top right?
16  A.   8-8 of 2003.
17  Q.   That's August 8 of 2003?
18  A.   Yes.
19  Q.   And this is -- What is this
20  document?
21  A.   This is an insurance binder.
22  Q.   And then what's the second page?
23  A.   This is the certification of the

1  liability -- of the liability insurance.
2     Q.   Okay.  And what's the date up here
3  on the top right?
4     A.   3-8-04.
5     Q.   So that's March 8 of 2004.  That
6  would have been the time that it was
7  renewed; correct?
8     A.   Yes, sir.
9     Q.   Now, going back to the first page
10 here, do you recall going to Mr. McKnight's
11 office in August of 2003?
12    A.   No.  I called him.
13    Q.   You called him?
14    A.   Yes, sir.
15    Q.   Okay.
16    A.   On the phone.  I called him and I
17 told him I was looking at another truck.
18 The Freightliner I had, it was broke down
19 and I didn't want to put no more money into
20 that truck.
21         So I told Joe that I was -- that I
22 was looking at another truck and I was
23 thinking about buying it, but I wanted to

FREEDOM COURT REPORTING

Page 43

1  haul a load on it first. So he said that I
2  would need a binder. So he took out the
3  binder and faxed it to me at Riverside Turf.
4      Q.   Okay. So this one right here in
5  August of '03 was sent to Riverside Turf and
6  you got a copy of it there?
7      A.   Yes, sir.
8      Q.   And is that -- the same is true
9  for the second page?
10     A.   No.
11     Q.   How did you get the second page?
12 This is in March of 2004, the renewal.
13     A.   All right. This -- yes. Joe
14 McKnight called Riverside Turf. And then he
15 said that it was coming time for me to renew
16 my insurance.
17          And then the next day or so, I
18 went down there and I renewed my -- I
19 renewed the insurance.
20     Q.   Yes, sir.
21     A.   All right. Then he said that I
22 would receive everything from Progressive.
23     Q.   Go ahead.

367 VALLEY AVENUE
(877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397

1     A.    Yes, it is.
2     Q.    Is there any listing of the limits
3  for the insurance on this document?
4     A.    No, sir, there is not.
5     Q.    And the same for number seven; is
6  that correct?
7     A.    Yes, sir.
8     Q.    There's no limits on that page?
9     A.    None at all, no, sir.
10    Q.    The next page is a letter you
11 received when?
12    A.    July the 9th of 2004.
13    Q.    And you got this from Progressive;
14 right?
15    A.    Yes, I did.
16    Q.    And this was after the accident?
17    A.    Yes. This is --
18    Q.    Is this the -- go ahead.
19    A.    This is the letter that
20 Progressive sent me telling me that I only
21 had three hundred thousand dollars --
22    Q.    So up until that time --
23    A.    -- coverage.

FREEDOM COURT REPORTING

Page 50

1   Q.   Up until that time, you thought
2  you had a million?
3   A.   Yes.
4   Q.   And did you call Joe McKnight when
5  you got this letter?
6   A.   Yes, I did.
7   Q.   What did you tell him?
8   A.   I said Joe, that I have received a
9  letter from Progressive that -- showing that
10 I only had three hundred thousand dollars
11 worth of coverage.  Now --
12  Q.   And did he tell you I thought you
13 had a million dollars in coverage?
14  A.   No, he did not.  He said he would
15 look in on it.  He would see what was wrong.
16  Q.   When he found out that it was
17 three hundred thousand dollars, did he sound
18 surprised that it was not a million to you?
19  A.   Yes, he did.
20  Q.   Okay.
21  A.   That is the same letter.
22  Q.   That's Bates stamped number nine?
23  A.   Yes, sir.  I received both of

367 VALLEY AVENUE
(877) 373-3660    BIRMINGHAM, ALABAMA    (205) 397-2397

**FREEDOM COURT REPORTING**

Page 68

```
 1   limits?
 2        A.    Yes, sir.
 3        Q.    Is that correct?
 4        A.    Yes, sir, it is.
 5        Q.    Did anybody who worked for
 6   Progressive ever tell you that you had one
 7   million dollar policy limits?
 8        A.    No, sir.
 9        Q.    Did anybody at all tell you that
10   you had one million dollar policy limits?
11        A.    No, sir.
12        Q.    Why would you have thought you had
13   a million dollar policy limits prior to this
14   wreck?
15        A.    On my certification papers that I
16   took -- as I -- I'm going to state this --
17   for my policy, it had a million dollars on
18   it.  I did not understand it.  So I got my
19   oldest daughter to read it to me.
20        Q.    You're talking about the
21   certification papers and the binder that we
22   just talked about?
23        A.    Yes, sir.
```

367 VALLEY AVENUE
(877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397