IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: 2:05-CV-438-W ) |
| McKNIGHT AGENCY, INC.; JOE McKNIGHT; RICKY LANE; RIVERSIDE TURF FARM; JANE HOLMES, individually and as the personal representative of the Estate of DAISY BEASLEY, deceased; YOUNG, JOHNSTON & ASSOCIATES, INC. | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**PROGRESSIVE'S OBJECTION TO DEFENDANTS'
MOTION FOR LEAVE TO AMEND ANSWER.**

Comes now the plaintiff, Progressive Speciality Insurance Company ("Progressive"), and objects to McKnight Agency, Inc. ("McKnight Agency") and Joe McKnight's ("McKnight") motion for leave to amend answer as follows:

1. McKnight Agency and McKnight filed their motion for leave to amend answer and amended answer and counterclaim on December 5, 2005.

2. Progressive previously filed a motion for leave to amend its complaint on November 22, 2005. McKnight Agency and McKnight objected to Progressive's motion for leave to amend its complaint.

3.  The court's scheduling order required that any amendments to the pleadings be filed no later than November 10, 2005. The amended answer is untimely.

4.  In the event the court grants McKnight Agency and McKnight's motion for leave to amend complaint, the court should also grant Progressive's motion in the interest of equity and justice.

5.  Progressive requests that the court deny McKnight Agency and McKnight's motion for leave to amend answer.

    /s/ R. Larry Bradford
R. Larry Bradford, Attorney for Plaintiff,
Progressive Specialty Insurance Company
Attorney Bar Code: BRA039

    /s/ Shane T. Sears
Shane T. Sears, Attorney for Plaintiff,
Progressive Specialty Insurance Company
Attorney Bar Code: SEA026

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733

**CERTIFICATE OF SERVICE**

  I hereby certify that I have this the <u>16th</u> day of December, 2005, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Erin E. May, Esq.
Stephen E. Whitehead, Esq.
Mark E. Tindal, Esq.
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223


Randy Haynes, Esq.
Larry W. Morris, Esq.
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

Christina D. Crow, Esq.
Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089


            /s/ R. Larry Bradford
            OF COUNSEL