# Deposition Excerpts – Mary Alice Fitzgerald

**FREEDOM COURT REPORTING**

Page 65

| | | |
|---|---|---|
| 10:18:16 | 1 | Exhibit 3, to bind coverage, true? |
| 10:18:19 | 2 | A. Correct. |
| 10:18:23 | 3 | Q. Let's flip over to -- no, not |
| 10:18:32 | 4 | flip over. Let's go down to Paragraph B |
| 10:18:34 | 5 | where it says you have no authority to and |
| 10:18:37 | 6 | you will not bind us on insurance |
| 10:18:41 | 7 | coverage, oh, based on information you |
| 10:18:56 | 8 | knew or had reason to know is false or -- |
| 10:19:01 | 9 | MR. BRADFORD: Inaccurate. |
| 10:19:02 | 10 | Q. -- inaccurate? |
| 10:19:03 | 11 | A. Correct. |
| 10:19:04 | 12 | Q. Okay. There is no issue here, |
| 10:19:07 | 13 | is there, Ms. Fitzgerald, that Ricky |
| 10:19:12 | 14 | Lane's coverage was based on faulty or |
| 10:19:18 | 15 | false or inaccurate information, is there? |
| 10:19:24 | 16 | A. I believe they gave us -- we |
| 10:19:27 | 17 | rated it on the information that they gave |
| 10:19:29 | 18 | us. |
| 10:19:29 | 19 | Q. Okay. And that information |
| 10:19:31 | 20 | given you, Progressive is not questioning |
| 10:19:33 | 21 | that information, is it? |
| 10:19:35 | 22 | A. I don't believe so. |
| 10:19:36 | 23 | Q. Okay. And the reason I ask |