# Deposition Excerpts – Ricky Lane

FREEDOM COURT REPORTING

Page 10

```
 1       Q.   You receive it at your mailbox out
 2  in front of your house and at the post
 3  office box?
 4       A.   Yes.
 5       Q.   All right.  If you could briefly
 6  go through your education for us.
 7       A.   The ninth grade.  I went through —
 8  the second semester of my ninth grade.  I
 9  quit school.
10       Q.   Is that middle school or high
11  school?
12       A.   High school.
13       Q.   Which high school?
14       A.   It was Carter High in Knoxville,
15  Tennessee.
16       Q.   All right.  I don't mean to offend
17  you by asking this question.  I just have
18  to.  Are you able to read and write?
19       A.   No.
20       Q.   You're not?
21       A.   Very little.
22       Q.   Very little?
23       A.   Yes.
```

367 VALLEY AVENUE
(877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397

FREEDOM COURT REPORTING

Page 68

```
 1   limits?
 2        A.    Yes, sir.
 3        Q.    Is that correct?
 4        A.    Yes, sir, it is.
 5        Q.    Did anybody who worked for
 6   Progressive ever tell you that you had one
 7   million dollar policy limits?
 8        A.    No, sir.
 9        Q.    Did anybody at all tell you that
10   you had one million dollar policy limits?
11        A.    No, sir.
12        Q.    Why would you have thought you had
13   a million dollar policy limits prior to this
14   wreck?
15        A.    On my certification papers that I
16   took -- as I -- I'm going to state this --
17   for my policy, it had a million dollars on
18   it.  I did not understand it.  So I got my
19   oldest daughter to read it to me.
20        Q.    You're talking about the
21   certification papers and the binder that we
22   just talked about?
23        A.    Yes, sir.
```

FREEDOM COURT REPORTING

Page 55

1  Q.  At that time, you still intended on having a one million dollar policy; correct?

4  A.  Yes, sir.

5  Q.  And as far as you know, Joe McKnight intended for you to have a million dollar policy at that time?

8  A.  Yes, sir.

9  Q.  So at the time the new truck was added, neither one of you noticed the three hundred thousand dollar limits as opposed to the one million dollar limits; correct?

13  A.  No, sir.

14  Q.  Meaning neither one of you --

15  A.  No, sir.  I did not notice it. The only thing I saw was the one that had my signature on it, what you called the application part of it.

19  Q.  Yes.

20  A.  That's all I have seen.

21  Q.  Okay.  You do understand that you have to fill out an application to get an insurance policy; correct?

367 VALLEY AVENUE
(877) 373-3660   BIRMINGHAM, ALABAMA   (205) 397-2397

**FREEDOM COURT REPORTING**

Page 65

1    A.    Yes, sir.
2    Q.    -- are these documents that Joe
3  McKnight gave to you at the time you applied
4  for insurance?
5    A.    No, sir.
6    Q.    These are not?
7    A.    No, sir.  These is the ones that I
8  -- that I received in the mail.
9    Q.    All right.  Did you ever receive a
10 copy of a policy from Progressive?
11   A.    Well, I thought it was a policy.
12 As a matter of fact, in my first deposition,
13 I was asked that same question and I said
14 yes.  What I thought was my policy was these
15 right here or this right here.
16   Q.    Okay.  The certificate of
17 liability insurance and the binder?
18   A.    Yes, sir.  That's what I thought
19 was my policy.
20   Q.    So you never received a policy
21 from Progressive?
22   A.    No, sir.  Never.
23   Q.    Now, when you went back in August

**FREEDOM COURT REPORTING**

Page 27

```
1      Q.   Do you remember coming in to Mr.
2  McKnight's office around March or February
3  of 2003?
4      A.   Yes, I do.
5      Q.   What was the reason you came in?
6      A.   To take out a policy where I could
7  start hauling sod.
8      Q.   Okay.  And so at that time, you
9  knew that you needed at least seven hundred
10 and fifty thousand dollars of coverage?
11     A.   Yes.
12     Q.   So you asked Mr. McKnight for
13 seven hundred and fifty thousand; correct?
14     A.   No.  I asked him for a million
15 dollars.
16     Q.   Okay.  So when you came in, you
17 said I want to get the million?
18     A.   Yes.
19     Q.   Okay.  And that was to provide you
20 coverage on the -- on your tractor, your
21 truck?
22     A.   Yes.
23     Q.   For hauling for Riverside Turf; is
```