# Deposition Excerpts – Joe McKnight

## FREEDOM COURT REPORTING

Page 73

1  correct it.
2  Q. And prior to uploading it to Progressive,
3     did you review all the screens to make
4     sure the information you believed to be
5     correct?
6  A. I remember going through the screens
7     step-by-step and getting down to the
8     upload process.
9  Q. Okay. And you didn't notice anything as
10    you were going through the screens before
11    you uploaded that you thought was
12    incorrect?
13 A. No, sir.
14 Q. And after this information was uploaded,
15    do you agree with me that a dec page and a
16    policy was issued to Ricky Lane by
17    Progressive?
18 A. I assume so. I got my agent's copy.
19 Q. And that's my question. You received an
20    agent's copy of the policy that was issued
21    to Ricky Lane?
22 A. Yes, sir.
23 Q. And did you review the agent's copy of the

Page 74

1  policy and/or the dec page?
2  A. I remember reviewing it. Yes, sir.
3  Q. Now, what I want you to do, if you don't
4     mind, is look at I think it's your
5     Bates-stamp number -- it's been copied
6     several times, but it looks like it's 80
7     and 112. Do you have either of those?
8  A. Yes, sir.
9  Q. And at the top -- It says McKnight 80 on
10    the bottom but at the top it says policy
11    period March 10, 2003 to March 10, 2004;
12    is that correct?
13 A. That's correct.
14 Q. Is this your copy of the dec page that you
15    received from Progressive?
16 A. Yes, sir.
17 Q. And this would have been sent to you as,
18    quote, the agent's copy; is that correct?
19 A. That's correct.
20 Q. All right. And on this dec page did it
21    note anywhere the combined single limit
22    for the insurance issued to Mr. Lane?
23 A. Yes, sir.

Page 75

1  Q. Where did it note that?
2  A. In the Coverage, Limits of Liability, it
3     states 300,000.
4  Q. And at the time that you reviewed McKnight
5     number 80, which is the dec page, your
6     copy, did you contact Progressive and say,
7     "Something is wrong. We've got the wrong
8     amount on here"?
9  A. No, sir.
10    MR. WHITEHEAD: Object to the
11    form.
12 Q. Did you ever contact them at all --
13    Progressive's reps at all after you
14    received McKnight Bates-stamped 80?
15 A. No, sir.
16 Q. I want you to look at McKnight Bates-stamp
17    number 120, please.
18 A. Okay.
19 Q. Can you tell me what McKnight Bates-stamp
20    120 is?
21 A. That's the agent's copy of the renewal
22    policy.
23 Q. And is that policy period from March 10th,

Page 76

1  2004 to March 10th, 2005?
2  A. Yes, sir.
3  Q. And, again, did you receive a copy of this
4     dec page for Ricky Lane?
5  A. Yes, sir.
6  Q. And did you note at the time of the
7     renewal or at the time that you received
8     this copy the combined single limit of the
9     coverage?
10 A. I notice now it's 300,000. I apparently
11    didn't catch it at the time.
12 Q. Did you review this document when you
13    received it, Mr. McKnight?
14 A. Yes, sir.
15 Q. And that same question applies to the time
16    of the renewal. When you renewed Ricky
17    Lane's policy, I guess it was March 8th
18    was your testimony of 2004, did you upload
19    it the same way in the Pro-Rater system
20    for Progressive?
21 A. Yes, sir.
22 Q. And when you went on to the system, did
23    you request to review information

# FREEDOM COURT REPORTING

Page 29

1  A. Basically, I remember Ricky coming in and
2     he said that he needed some insurance to
3     start hauling for Ray Morris. And we put
4     everything in the computer. I went
5     through the rating process of, you know,
6     entering all of his data, the vehicle
7     data. And when we got down to the end,
8     after the MVR was run and the vehicle
9     check and the Retail Credit Report of
10    whatever they do was done, I told him what
11    the premium would be and what his payment
12    options were.
13 Q. Okay. When he said that he would be
14    starting hauling for Ray Morris, did you
15    understand by that that he needed
16    $750,000.00 or more?
17 A. Ray, most of his drivers -- and I don't
18    remember if this has been -- most of the
19    drivers we have hauling for Ray have a
20    million dollars. And I told Ricky it
21    wouldn't be a whole lot of difference
22    between a million and 750.
23 Q. But you understood, because he referenced

Page 30

1     Ray Morris and Riverside Turf, that it was
2     an interstate situation --
3  A. Right.
4  Q. -- whereby the federal laws will have to
5     be complied with in terms of the amount of
6     liability insurance; is that right?
7  A. That's true.
8  Q. And then you said to Ricky Lane that it
9     wasn't much difference in the cost between
10    one million dollars worth of liability
11    insurance versus 750,000; is that right?
12 A. That's correct.
13 Q. And, so, you billed Mr. Lane for a million
14    dollars worth of liability insurance; is
15    that right?
16 A. That's correct.
17       MR. WHITEHEAD: Object to the
18          form. The document speaks
19          for itself.
20 Q. Did the insurance that covered Ricky Lane
21    from March 10, 2003 for one year, did that
22    end up being one million dollars of
23    liability insurance?

Page 31

1  A. Could you repeat that?
2  Q. I'm not sure. Did Mr. -- Let me strike
3     that and start all over.
4        It was clear, wasn't it,
5     Mr. McKnight, that Ricky Lane wanted a
6     million dollars worth of insurance; is
7     that right?
8  A. Yes, sir.
9  Q. And you intended for Ricky Lane to have
10    one million dollars worth of liability
11    insurance through Progressive; is that
12    true also?
13 A. That's true.
14 Q. So both of you wanted one million dollars
15    worth of Progressive Insurance, correct?
16 A. That's right.
17 Q. And also Mr. Morris over at Riverside Turf
18    was requiring either 750 or a million
19    dollars worth of insurance, wasn't he?
20 A. That's correct.
21 Q. So, as far as you know, that's what
22    everybody intended when he first obtained
23    Progressive -- Ricky Lane first obtained

Page 32

1     Progressive Insurance through your agency?
2  A. Right.
3  Q. In fact, when that policy was issued or
4     that coverage was obtained by Progressive,
5     was it, in fact, one million dollars of
6     liability insurance? Were the limits one
7     million dollars?
8  A. No, sir.
9  Q. Were those limits $300,000.00?
10 A. Yes, sir.
11 Q. Was that a mistake?
12 A. Yes, sir.
13 Q. What was the mistake that caused the wrong
14    amount of liability limits to be issued?
15 A. I'm not sure how it happened. Progressive
16    has their computer software, and there's a
17    pull-down menu where you select the
18    amounts. And it would only be speculation
19    on my part as to how I selected -- or how
20    300,000 got selected instead of the one
21    million that I intended for it to be.
22 Q. Okay. And I haven't been through these
23    documents. But, Mr. McKnight, do any of

8 (Pages 29 to 32)

**367 VALLEY AVENUE**
(877) 373-3660   **BIRMINGHAM, ALABAMA**   (205) 397-2397