IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY, ) | |
| INSURANCE COMPANY, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
|    v. ) | CIVIL ACTION NO. |
| ) |  2:05cv438-T |
| McKNIGHT AGENCY, INC. ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

While it appears that plaintiff Progressive Specialty Insurance Company could have been more diligent in meeting the deadline for amending pleadings, it also appears that there was a flurry of amendments as the deadline approached and that, as a result, this case has gone through a significant metamorphosis and now includes many more claims and defenses.  Moreover, it appears that, if true justice is to be done, all reasonable claims and defenses should be included, and that the inclusion of these new claims and defenses at this time would not prejudice any party.

Accordingly, it is ORDERED that the motions for leave to file (Doc. Nos. 71 & 87) are granted and that the parties are allowed until January 13, 2006, to complete any additional discovery related to only the new claims and defenses.

DONE, this the 22nd day of December, 2005.

                                   /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**