IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY ) <br> INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> McKNIGHT AGENCY, INC.; ) <br> JOE McKNIGHT; RICKY LANE; ) <br> RIVERSIDE TURF FARM; JANE ) <br> HOLMES, individually and as the ) <br> personal representative of the Estate ) <br> of DAISY BEASLEY, deceased, ) <br> ) <br> Defendants, ) <br> ) <br> ) <br> RICKY LANE, ) <br> ) <br> Counter Claimant/Cross Claimant,) <br> ) <br> v. ) <br> ) <br> PROGRESSIVE SPECIALTY ) <br> INSURANCE COMPANY, ) <br> ) <br> Counter Claim Defendant, and ) <br> ) <br> McKNIGHT AGENCY, INC. and ) <br> JOE McKNIGHT, ) <br> ) <br> Cross Claim Defendants. ) | Case Number: 2:05CV438-00 |

## WITNESS LIST

COMES NOW the Defendant/Counter Claimant/Cross Claimant, Ray Morris and Riverside Turf Farm, and hereby submits the following Witness List:

1. Raymond H. Morris, Jr.
   11969 State Hwy. 10 East
   Shorterville, AL 36373
   Riverside Turf Telephone Number: (334) 585-6453

2. Ricky Allen Lane
   850 County Rd. 177
   P. O. Box 85
   Shorterville, AL 36373
   Home Telephone: (229) 942-1244
   Work Telephone: (334) 585-9840

3. Joe McKnight
   203 W. Washington St.
   Abbeville, AL 36310
   Telephone: (334) 585-5210

4. Dixie Marie Lane
   850 County Rd. 177
   Shorterville, AL 36373

5. Daffie Mae Lane
   850 County Rd. 177
   Shorterville, AL 36373

6. Larry Lacky
   Progressive Insurance Co.
   Birmingham, AL

7. Richard Mizell
   (Formerly w/Progressive)
   Birmingham, AL

8. Mary Alice Fitzgerald
   Progressive Ins. Co.
   Cleveland, OH

9. Corporate Representative of the McKnight Agency, Inc.

10. Corporate Representative of Progressive Specialty Insurance Co.

11. Jane Holmes
    Alexander City, AL

12. Any witnesses listed by other parties.

13.   Any witnesses necessary for rebuttal or impeachment purposes.

14.   Any witnesses whose name is revealed through subsequent discovery

15.   The Plaintiff reserves the right to amend this list prior to trial if it is discovered that another expert witness is needed.

Respectfully submitted this 23rd day of January, 2006.

/s/ Lynn W. Jinks, III
One of the Attorneys for
Ricky Lane and
Riverside Turf Farm

OF COUNSEL:

JINKS, DANIEL & CROW, P.C.
P. O. Box 350
Union Springs, AL 36089
(334) 738-4225
(334) 738-4229 *fax*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served upon the following via e-filing and by placing a copy of same in the United States Mail, postage prepaid, and properly addressed on this the 23rd day of January, 2006 as follows:

**Attorney for Plaintiff, Progressive Specialty Insurance Company**
R. Larry Bradford, Esq.
BRADFORD LAW FIRM, P.C.
2020 Canyon Road; Suite 100
Birmingham, AL 35216
(205) 871-7733
(205) 871-7387 *fax*

**Attorneys for Plaintiff, Jane Holmes, individually
and as Personal Representative of the Estate of Daisy Beasley, Plaintiff**
Randall Haynes, Esq.
Larry W. Morris, Esq.

MORRIS, HAYNES & HORNSBY
Post Office Box 1660
Alexander City, Alabama 35011-1660
(256) 329-2000
(256) 329-2015 *fax*

**Attorneys for Defendant, Riverside Turf**
Jay S. Tuley, Esq.
Alex L. Holtsford, Jr., Esq.
NIX, HOLTSFORD, GILLILAND, HIGGINS& HITSON, P.C.
Post Office Box 4128
Montgomery, AL 36103-4128
(334) 215-8585
(334) 215-7101 *fax*


**Attorney for Defendant, Riverside Turf**
Randall Lyons, Esq.
Webster, Henry & Lyons, P.C.
418 Scott Street
P. O. Box 239
Montgomery, AL 36101-0239
(334) 264-9472
(334) 264-9599 *fax*


**Attorneys for Defendant Joe McKnight**
Stephen Whitehead, Esq.
Mark E. Dindal, Esq.
Erin E. May, Esq.
LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, AL 35223
(205) 967-8822
(205) 967-2380 *fax*


**Attorney for Excel Carriers**
G. Thomas Yearout, Esq.
YEAROUT, SPINA & LAVELLE, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, AL 35242
(205) 298-1800
(205) 298-1802 *fax*

4

Jeffrey W. Smith, Esq.
SLATEN & O'CONNOR, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882
(334) 396-8880 *fax*

/s/Lynn W. Jinks, III
OF COUNSEL