**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 6, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Progressive Speciality Insurance Company v. McKnight Agency, Inc. et al
      Civil Action No. 2:05-cv-00438-MHT

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now **2:05-cv-00438-WKW**.

This new case number should be used on all future correspondence and pleadings in this action.