**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **PROGRESSIVE SPECIALTY** | * | |
| **INSURANCE COMPANY,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **CASE NO.:** |
| | * | **2:05-CV-438-T** |
| **McKNIGHT AGENCY, INC.;** | * | |
| **JOE McKNIGHT; RICKY LANE;** | * | |
| **RIVERSIDE TURF FARM; JANE** | * | |
| **HOLMES, individually and as the** | * | |
| **personal representative of the** | * | |
| **Estate of DAISY BEASLEY,** | * | |
| **deceased,** | * | |
| | * | |
| **Defendants.** | * | |

**<u>DEPOSITION DESIGNATION</u>**

COMES NOW the defendant, JANE HOLMES, individually and as the personal representative of the Estate of DAISY BEASLEY, deceased, and pursuant to this Honorable Court's scheduling order, designates the following deposition excerpts which she intends to use at the trial of this matter for all purposes for which deposition testimony may be admissible under the federal rules of evidence.

1.    The Deposition of Joe McKnight

Page 7, Lines 7 - 19
Page 8, Line 3 - Page 11, Line 16
Page 11, Line 21 - Page 12, Line 1
Page 12, Lines 18 - 22
Page 13, Line 1 - Page 16 Line 22
Page 19, Line 7 - Page 20, Line 2
Page 20, Line 17 - Page 21, Line 9

1

Page 21, Lines 10 - 23
Page 22, Lines 9 - 20
Page 25, Line 21 - Page 26, Line 3
Page 26, Line 11 - Page 27, Line 5
Page 28, Line 1 - Page 30, Line 16
Page 31, Line 5 - Page 32, Line 21
Page 33, Lines 12 - 20
Page 35, Line 18 - Page 36, Line 17
Page 38, Line 13 - Page 40, Line 21
Page 41, Line 10 - Page 42, Line 9
Page 43, Lines 9 - 15
Page 45, Line 21 - Page 46, Line 6
Page 46, Line 20 - Page 48, Line 1
Page 48, Line 19 - Page 49, Line 17
Page 50, Line 1 - Page 51, Line 15
Page 53, Lines 15 - 22
Page 58, Lines 15 - 23
Page 61, Lines 5 - 17
Page 63, Lines 5 - 16
Page 85, Line 19 - Page 46, Line 3
Page 89, Line 9 - Page 90, Line 5

2)      Deposition of Mary Alice Fitzgerald

Page 9, Lines 2 - 4
Page 10, Lines 4 - 4
Page 17, Lines 6 - 12
Page 18, Line 4 - Page 19, Line 1
Page 24, Line 1 - Page 25, Line 17
Page 25, Line 20 - Page 26, Line 13
Page 27, Line 18 - Page 28, Line 5
Page 29, Line 11 - Page 30, Line 2
Page 54, Line 17 - Page 55, Line 13
Page 56, Line 17 - Page 58, Line 9
Page 63, Line 22 - Page 65, Line 22
Page 67, Lines 4 - 23
Page 74, Line 7 - Page 75, Line 8

3)      Deposition of Larry Lackey

Page 6, Line 22 - Page 8, Line 3
Page 10, Lines 9 - 23

Page 12, Line 4 - Page 13, Line 23
Page 20, Line 20 - Page 21, Line 14

4)      Deposition of Ricky Allen Lane

Page 8, Lines 9 - 11
Page 9, Lines 8 - 12
Page 10, Lines 18 -23
Page 11, Line 1 - Page 12, Line 3
Page 15, Line 8 - Page 18, Line 1
Page 19, Lines 17 - 23
Page 21, Line 11 - Page 23, Line 2
Page 26, Line 12 - Page 28, Line 2
Page 30, Line 6 - Page 31, Line 18
Page 32, Lines 10 - 21
Page 37, Line 6 - Page 39, Line 22
Page 42, Line 10 - Page 44, Line 6
Page 55, Lines 1 - 13
Page 60, Lines 12 - 22
Page 62, Line 19 - Page 63, Line 18
Page 68, Line 9 - Page 69, Line 3
Page 71, Line 5 - Page 73, Line 13
Page 75, Line 14 - Page 76, Line 8

5)      Deposition of Raymond Morris, Jr.

Page 8, Lines 11 - 13
Page 9, Line 19 - Page 10, Line 17
Page 32, Line 8 - Page 33, Line 2
Page 38, Lines 8 - 16
Page 39, Line 22 - Page 40, Line 5
Page 49, Line 20 - Page 50, Line 7
Page 53, Line 23 - Page 55, Line 4
Page 56, Lines 1 - 4
Page 56, Lines 17 - 21
Page 58, Line 18 - Page 59, Line 15
Page 64, Line 13 - Page 65, Line 5
Page 71, Line 18 - Page 72, Line 7
Page 73, Line 11 - Page 74, Line 12
Page 79, Lines 6 - 12
Page 81, Lines 13 - 22

3

Respectfully submitted on this the 7th day of February, 2006.

**MORRIS, HAYNES & HORNSBY**

/s/Randall S. Haynes
RANDALL S. HAYNES (HAYN2865)
Attorney for Defendant Jane Holmes

OF COUNSEL:

131 Main Street
Post Office Box 1660
Alexander City, Alabama 35011-1660
Telephone: 256-329-2000
Facsimile: 256-329-2015

## CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record as follows by electronic filing on this the 7TH day of February, 2006.

_____ /s/Randall S. Haynes
OF COUNSEL

cc:    R. Larry Bradford, Esq.
       Bradford Law Firm, P.C.
       2020 Canyon Road
       Suite 100
       Birmingham, Alabama 35216

       Stephen E. Whitehead, Esq.
       Erin E. May, Esq.
       Mark E. Tindal, Esq.
       Lloyd, Gray & Whitehead, P.C.
       2501 Twentieth Place South, Suite 300
       Birmingham, Alabama 35223

       T. Randall Lyons, Esq.
       Webster, Henry
       Auburn Bank Center
       132 N. Gay Street, Suite 211
       Auburn, Alabama 36830

4

Mr. Lynn Jinks
Ms. Christina Crow
Jinks, Daniel & Crow, P.C.
Post Office Box 350
Union Springs, Alabama 36089