IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | * * * |
| Plaintiff, | * * |
| v. | * CASE NO.: |
| | * 2:05-CV-438-T |
| McKNIGHT AGENCY, INC.; JOE McKNIGHT; RICKY LANE; RIVERSIDE TURF FARM; JANE HOLMES, individually and as the personal representative of the Estate of DAISY BEASLEY, deceased, | * * * * * * * * |
| Defendants. | * |

## EXHIBIT LIST

COMES NOW the defendant, JANE HOLMES, individually and as the personal representative of the Estate of DAISY BEASLEY, deceased, and pursuant to this Honorable Court's scheduling order, designates the following exhibits which she intends to use at the trial of this matter. Copies of these exhibits have already been provided to the other parties in this matter in the course of discovery.

1) February 5, 1998 Producer's Agreement between The McKnight Agency, Inc. and Progressive. (Part of Exh. 3 to the Deposition of Mary Alice Fitzgerald).

2) October 10, 2000 Progressive Quote Sheet for insurance to Ricky Lane from Progressive. (Part of Exh. 1 to Ricky Lane's Deposition).

3) October 27, 2000 Invoice to C & D Express for Progressive Insurance. (Part of Exh. 1 to Ricky Lane's Deposition).

4) October 27, 2000 Application (Computer Copy) for Progressive Insurance for Ricky Lane. (Part of Exh. 1 to Ricky Lane's Deposition).

5) October 27, 2000 Receipt for Premiums Paid for Progressive Insurance for Ricky Lane. (Part of Exh. 1 to Ricky Lane's Deposition.)

6) Alabama Commercial Auto Policy Agreement. (Part of Exh. 12 to the Deposition of Mary Alice Fitzgerald).

7) March 10, 2003 Invoice from the McKnight Agency, Inc. for $1,000,000 Progressive Policy (Exh. 1 to Deposition of Joe McKnight)

8) March 10, 2003 application for insurance (computer copy)(Exhibit 8 to the Deposition of Joe McKnight).

9) March 10, 2003 Accord Certificate of Liability Insurance to Riverside Turf Farm reflecting liability limits of $1,000,000 for Ricky Lane through Progressive. (Exh. 4 to Deposition of Joe McKnight.)

10) August 6, 2003 Declarations Page from Progressive. (McKnight 0080 - 0082).

11) February 24, 2004 Invoice for Policy Renewal to Ricky Lane from the McKnight Agency. (Exh. 6 to Deposition of Joe McKnight).

12) March 8, 2004 Receipt for Premiums Paid to Progressive by Ricky Lane. (Exh. 5 to Deposition of Joe McKnight.)

13) March 8, 2004 Acord Certificate of Liability Insurance to Riverside Turf Farm reflecting liability limits of $1,000,000 for Ricky Lane through Progressive (Exh. 7 to deposition of Joe McKnight).

14) March 10, 2004 Declarations Page from Progressive. (McKnight 0120 - 0122).

15) October 15, 2004 Declarations Page (Exh. 9 to the deposition of Joe McKnight).

16) Insurance Identification Cards from Progressive (R. Lane 002 - 005).

17) March 3, 2005 Revised renewal policy information (R. Lane 011 - 014).

18) Any item attached as an exhibit to any deposition taken in this cause.

19) Any item listed as an exhibit by any party to this matter.

20) Any item identified in discovery occurring after this date.

21) Any documents produced by any party in this matter.

22) All exhibits needed for rebuttal or impeachment, including rebuttal or impeachment exhibits which cannot reasonably be anticipated at this time.

23) All depositions in this case.

24) In addition, Jane Holmes may use at the trial enlargements or "blow-ups" of some of these listed exhibits. These enlargements will be exact duplications of all or portions of the exhibits listed above.

Jane Holmes reserves the right to modify this list within the time frame allowed by the Court.

Respectfully submitted on this the 7th day of February, 2006.

**MORRIS, HAYNES & HORNSBY**

/s/Randall S. Haynes
RANDALL S. HAYNES (HAYN2865)
Attorney for Defendant Jane Holmes

OF COUNSEL:

131 Main Street
Post Office Box 1660
Alexander City, Alabama 35011-1660
Telephone: 256-329-2000
Facsimile: 256-329-2015

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record as follows by electronic filing on this the 7TH day of February, 2006.

                /s/Randall S. Haynes
                OF COUNSEL

cc: R. Larry Bradford, Esq.
   Bradford Law Firm, P.C.
   2020 Canyon Road
   Suite 100
   Birmingham, Alabama 35216

   Stephen E. Whitehead, Esq.
   Erin E. May, Esq.
   Mark E. Tindal, Esq.
   Lloyd, Gray & Whitehead, P.C.
   2501 Twentieth Place South, Suite 300
   Birmingham, Alabama 35223

   T. Randall Lyons, Esq.
   Webster, Henry
   Auburn Bank Center
   132 N. Gay Street, Suite 211
   Auburn, Alabama 36830

   Mr. Lynn Jinks
   Ms. Christina Crow
   Jinks, Daniel & Crow, P.C.
   Post Office Box 350
   Union Springs, Alabama 36089