IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CASE NO.: 2:05-CV-438-T |
| McKNIGHT AGENCY, INC.; JOE McKNIGHT; RICKY LANE; RIVERSIDE TURF FARM; JANE HOLMES, individually and as the personal representative of the Estate of DAISY BEASLEY, deceased, | * * * * * * * * | |
| Defendants. | * | |

## WITNESS LIST

COMES NOW the defendant, JANE HOLMES, individually and as the personal representative of the Estate of DAISY BEASLEY, deceased, and pursuant to this Honorable Court's scheduling order, submits the following witness list in the above styled cause.

1. Joe McKnight
   203 W. Washington Street
   Abbeville, Alabama 36310
   (334) 585-5210

2. Mary Alice Fitzgerald
   Progressive Insurance Company
   Cleveland, Ohio

3. Larry Lackey
   Progressive Insurance Company
   Birmingham, Alabama

4. Richard Mizell
Formerly of Progressive Insurance Company
Current Address Unknown
Birmingham, Alabama

5. Ricky Allen Lane
850 County Road 177
Post Office Box 85
Shorterville, Alabama 36373
(229) 942-1244
(334) 585-9840

6. Raymond H. Morris, Jr.
11969 State Highway 10 East
Shorterville, Alabama 36373
(334) 585-6453

7. The Corporate Representative of The McKnight Agency, Inc.

8. The Corporate Representative of Progressive Specialty Insurance Co.

9. Jane Holmes
Alexander City, Alabama

10. Any witnesses listed by other parties.

11. If necessary, persons needed to authenticate documents from any state or federal governmental or financial institution that will be introduced as evidence in this case.

12. Plaintiffs reserve the right to call any witness listed or made available at trial by any party or anyone who has been deposed in this action.

13. Rebuttal witnesses whose testimony cannot be reasonably anticipated at this time as well as witnesses called simply for the purpose of impeachment.

14. Any witness who is identified as a result of discovery occurring after today's date.

Respectfully submitted on this the 7th day of February, 2006.

                                              **MORRIS, HAYNES & HORNSBY**

                                              /s/Randall S. Haynes
                                              RANDALL S. HAYNES (HAYN2865)
                                              Attorney for Defendant Jane Holmes

OF COUNSEL:

131 Main Street
Post Office Box 1660
Alexander City, Alabama 35011-1660
Telephone: 256-329-2000
Facsimile: 256-329-2015

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record as follows by electronic filing on this the 7TH day of February, 2006.

                                              /s/Randall S. Haynes
                                              OF COUNSEL

cc:    R. Larry Bradford, Esq.
        Bradford Law Firm, P.C.
        2020 Canyon Road
        Suite 100
        Birmingham, Alabama 35216

        Stephen E. Whitehead, Esq.
        Erin E. May, Esq.
        Mark E. Tindal, Esq.
        Lloyd, Gray & Whitehead, P.C.
        2501 Twentieth Place South, Suite 300
        Birmingham, Alabama 35223

        T. Randall Lyons, Esq.
        Webster, Henry
        Auburn Bank Center
        132 N. Gay Street, Suite 211
        Auburn, Alabama 36830

Mr. Lynn Jinks
Ms. Christina Crow
Jinks, Daniel & Crow, P.C.
Post Office Box 350
Union Springs, Alabama 36089