IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALTY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 2:05-CV-438-W |
| | ) | |
| McKNIGHT AGENCY, INC.; | ) | |
| JOE McKNIGHT; RICKY LANE; | ) | |
| RIVERSIDE TURF FARM; JANE | ) | |
| HOLMES, individually and as the | ) | |
| personal representative of the Estate | ) | |
| of DAISY BEASLEY, deceased; | ) | |
| YOUNG, JOHNSTON & | ) | |
| ASSOCIATES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## EXHIBIT LIST

Comes now the plaintiff, Progressive Speciality Insurance Company ("Progressive"), pursuant to this Court's scheduling order, and designates the following exhibits which it intends to utilize at the trial of this case.  Copies of these exhibits have been previously provided to the parties in the course of discovery.

1.     Policy of insurance and declarations page issued by Progressive to Ricky Lane.

2.     Application for insurance submitted to Progressive for Ricky Lane by the McKnight Agency.

3.      Certificates of insurance issued to Riverside Turf by the McKnight Agency.

4.      The producers' agreement between the McKnight Agency, Inc. and Progressive.

5.      Renewal notices concerning the policy of insurance issued to Ricky Lane by Progressive.

6.      A copy of the pertinent screen shots of Progressive's ProRater program.

7.      Exhibits attached to the depositions of Mary Alice Fitzgerald, Joe McKnight, and Ricky Lane.

8.      Any exhibit listed by the defendants in this case.

9.      Any document produced by the defendants through discovery in this case.

10.     Any exhibits necessary for rebuttal or impeachment.

11.     Any depositions in this case.

12.     The plaintiff reserves the right to amend this exhibit list within the time allowed by the court.


      /s/ R. Larry Bradford
R. Larry Bradford, Attorney for Plaintiff,
Progressive Specialty Insurance Company
Attorney Bar Code: BRA039


      /s/ Shane T. Sears
Shane T. Sears, Attorney for Plaintiff,
Progressive Specialty Insurance Company
Attorney Bar Code: SEA026

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733


## CERTIFICATE OF SERVICE

I hereby certify that I have this the 7th day of February, 2006, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Stephen E. Whitehead, Esq.
Erin E. May, Esq.
Mark E. Tindal, Esq.
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223

Randy Haynes, Esq.
Larry W. Morris, Esq.
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

T. Randall Lyons, Esq.
Webster, Henry, Lyons & White, P.C.
Auburn Bank Center
132 North Gay Street, Suite 211
Auburn, Alabama 36830

Lynn Jinks, III, Esq.
Christina D. Crow, Esq.
Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089


    /s/ R. Larry Bradford
OF COUNSEL