IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case Number: 2:05-CV-438-W ) |
| McKNIGHT AGENCY, INC.; JOE McKNIGHT; RICKY LANE; RIVERSIDE TURF FARM; JANE HOLMES, individually and as the personal representative of the Estate of DAISY BEASLEY, deceased; YOUNG, JOHNSTON & ASSOCIATES, INC. | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## WITNESS LIST

Comes now the plaintiff, Progressive Speciality Insurance Company ("Progressive"), pursuant to this Court's scheduling order, and submits the following witness list for the trial of this case as follows:

1. Joe McKnight
   203 W. Washington Street
   Abbeville, AL 36310
   (334) 585-5210

2. Mary Alice Fitzgerald
   Progressive Specialty Insurance Company
   Cleveland, OH
   (440) 603-4423

3. Larry Lackey
   Progressive Specialty Insurance Company
   2100 Riverchase Center
   Building 100, Suite 110
   Birmingham, AL 35244
   (205) 739-7637

4. Chris Garson
   Progressive Specialty Insurance Company
   Campus II, Woods Building
   300 North Commons Blvd.
   Mayfield Village, OH 44143
   (440) 395-7800

5. Ricky Allen Lane
   850 County Road 177
   Post Office Box 85
   Shorterville, AL 36373

6. Raymond H. Morris, Jr.
   11969 State Highway 10 East
   Shorterville, AL 36373

7. Richard Mizell
   1608 King Charles Court
   Alabaster, AL 35007
   (205) 663-4851

8. Jane Holmes
   Alexander City, AL

9. A corporate representative of The McKnight Agency, Inc.

10. Any witnesses listed by the defendants in this case.

11. Any witness that has been deposed in this case.

12. Any witness necessary for rebuttal.

     /s/ R. Larry Bradford
R. Larry Bradford, Attorney for Plaintiff,
Progressive Specialty Insurance Company
Attorney Bar Code: BRA039

     /s/ Shane T. Sears
Shane T. Sears, Attorney for Plaintiff,
Progressive Specialty Insurance Company
Attorney Bar Code: SEA026

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733

## CERTIFICATE OF SERVICE

     I hereby certify that I have this the 7th day of February, 2006, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Stephen E. Whitehead, Esq.
Erin E. May, Esq.
Mark E. Tindal, Esq.
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223

Randy Haynes, Esq.
Larry W. Morris, Esq.
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

T. Randall Lyons, Esq.
Webster, Henry, Lyons & White, P.C.
Auburn Bank Center
132 North Gay Street, Suite 211
Auburn, Alabama 36830

Lynn Jinks, III, Esq.
Christina D. Crow, Esq.
Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089


                                                /s/ R. Larry Bradford
                                                OF COUNSEL