IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case Number: 2:05-CV-438-W ) |
| McKNIGHT AGENCY, INC.; JOE McKNIGHT; RICKY LANE; RIVERSIDE TURF FARM; JANE HOLMES, individually and as the personal representative of the Estate of DAISY BEASLEY, deceased; YOUNG, JOHNSTON & ASSOCIATES, INC. | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## DEPOSITION DESIGNATION

Comes now the plaintiff, Progressive Speciality Insurance Company ("Progressive"), pursuant to the Court's scheduling order, and designates the following deposition excerpts which it intends to utilize at the trial of this case as follows:

   1.   Deposition of Ricky Lane.

   (a)   Page 10, lines 16-23.

   (b)   Page 23, lines 19-22.

   (c)   Page 27, lines 12-22.

   (d)   Page 27 and 28, lines 23-2.

   (e)   Page 32, lines 10-21.

(f) Page 31, lines 2-4.

(g) Page 40, lines 8-23.

(h) Page 41, lines 1-7.

(i) Page 42, lines 9-23.

(j) Page 43, lines 1-23.

(k) Page 49, lines 19-23.

(l) Page 50, lines 4-19.

(m) Page 68, lines 5-8.

2. <u>Deposition of Joe McKnight</u>.

(a) Page 8, lines 4-23.

(b) Page 9, lines 14-18.

(c) Page 10, lines 10-18.

(d) Page 11, lines 2-17.

(e) Page 22, lines 9-17.

(f) Page 28, lines 1-21.

(g) Page 30, lines 13-16.

(h) Page 31, lines 9-20.

(i) Page 14, lines 13-23.

(j) Page 15, lines 1-23.

(k) Page 33, lines 11-20.

(l)  Page 38, lines 10-14.

(m)  Page 39, lines 1-7.

(n)  Page 46, lines 17-23.

(o)  Page 47, lines 1-14.

(p)  Page 49, lines 8-11.

(q)  Page 51, lines 4-10.

(r)  Page 54, lines 3-10.

(s)  Page 55, lines 1-6.

(t)  Page 63, lines 10-16.

(u)  Page 69, lines 16-23.

(v)  Page 70, lines 1-5.

(w)  Page 71, lines 3-12.

(x)  Page 74, lines 3-23.

(y)  Page 75, lines 1-23.

(z)  Page 76, lines 1-21.

(aa)  Page 78, lines 4-23.

(bb)  Page 79, lines 21-23.

(cc)  Page 80, lines 1-16.

3.  <u>Deposition of Raymond Morris, Jr.</u>

(a)  Page 17, lines 6-8.

(b)    Page 18, lines 2-14.

(c)    Page 38, lines 2-11.

(d)    Page 40, lines 20-23.

(e)    Page 41, lines 1-9.

(f)    Page 46, lines 8-12.

(g)    Page 49, lines 20-23.

(h)    Page 50, lines 1-7.

(i)    Page 59, lines 4-15.

(j)    Page 63, lines 4-18.

4.    <u>Deposition of Mary Alice Fitzgerald</u>.

(a)    Page 56, lines 17-19.

(b)    Page 17, lines 6-12.

(c)    Page 64, lines 3-23.

(d)    Page 65, lines 1-18.

(e)    Page 71, lines 20-23.

(f)    Page 72, lines 1-23.

(g)    Page 73, lines 1-2.

(h)    Page 36, lines 11-21.

(i)    Page 39, lines 20-23.

(j)    Page 40, lines 1-7.

  (k) Page 41, lines 1-4.

  (l) Page 42, lines 1-17.

  (m) Page 44, lines 14-23.

  (n) Page 45, lines 1-5.


           /s/ R. Larry Bradford
          R. Larry Bradford, Attorney for Plaintiff,
          Progressive Specialty Insurance Company
          Attorney Bar Code: BRA039


           /s/ Shane T. Sears
          Shane T. Sears, Attorney for Plaintiff,
          Progressive Specialty Insurance Company
          Attorney Bar Code: SEA026


OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this the 7th day of February, 2006, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Stephen E. Whitehead, Esq.
Erin E. May, Esq.
Mark E. Tindal, Esq.
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223

Randy Haynes, Esq.
Larry W. Morris, Esq.
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

T. Randall Lyons, Esq.
Webster, Henry, Lyons & White, P.C.
Auburn Bank Center
132 North Gay Street, Suite 211
Auburn, Alabama 36830

Lynn Jinks, III, Esq.
Christina D. Crow, Esq.
Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089

                                                     /s/ R. Larry Bradford
                                                     OF COUNSEL