IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>McKNIGHT AGENCY, INC.; JOE McKNIGHT; RICKY LANE; RIVERSIDE TURF FARM; JANE HOLMES, individually and as the personal representative of the Estate of DAISY BEASLEY, deceased,<br><br>    Defendants,<br><br><br>RICKY LANE,<br><br>    Counter Claimant/Cross Claimant,<br><br>v.<br><br>PROGRESSIVE SPECIALTY INSURANCE COMPANY,<br><br>    Counter Claim Defendant, and<br><br>McKNIGHT AGENCY, INC. and JOE McKNIGHT,<br><br>    Cross Claim Defendants. | Case Number: 2:05CV438-WKW |

## EXHIBIT LIST

COMES NOW the Defendant/Counter Claimant/Cross Claimant, Ray Morris and Riverside Turf Farm, and hereby submits the following Exhibit List:

1. February 5, 1998 Producer's Agreement between The McKnight Agency, Inc. and Progressive. (Part of Exh. 3 to the Deposition of Mary Alice Fitzgerald).

2. October 10, 2000 Progressive Quote Sheet for insurance to Ricky Lane from Progressive. (Part of Exh. 1 to Ricky Lane's Deposition).

3. October 27, 2000 invoice to C & D Express for Progressive Insurance. (Part of Exh. 1 to Ricky Lane's Deposition).

4. October 27, 2000 Application (computer copy) for Progressive Insurance for Ricky Lane. (Part of Exh. 1 to Ricky Lane's Deposition).

5. October 27, 2000 receipt for premiums paid for Progressive Insurance for Ricky Lane. (Part of Exh. 1 to Ricky Lane's Deposition).

6. Alabama Commercial Auto Policy Agreement. (Part of Exh. 12 to the Deposition of Mary Alice Fitzgerald).

7. March 10, 2003 invoice from the McKnight Agency, Inc. for $1,000,000 Progressive Policy (Exh. 1 to Deposition of Joe McKnight).

8. Mach 10, 2003 application for insurance (computer copy) (Exhibit 8 to the Deposition of Joe McKnight).

9. March 10, 2003 Accord Certificate of Liability Insurance to Riverside Turf Farm reflecting liability limits of $1,000,000 for Ricky Lane through Progressive. (Exh. 4 to Deposition of Joe McKnight).

10. August 6, 2003 Declarations Page from Progressive. (McKnight 0080 - 0082).

11. February 24, 2004 invoice for policy renewal to Ricky Lane from the McKnight Agency. (Exh. 6 to Deposition of Joe McKnight).

12. March 8, 2004 receipt for premiums paid to Progressive by Ricky Lane. (Exh. 5 to Deposition of Joe McKnight).

13. March 8, 2004 Accord Certificate of Liability Insurance to Riverside Turf Farm reflecting liability limits of $1,000,000 for Ricky Lane through Progressive (Exh. 7 to Deposition of Joe McKnight).

14. March 10, 2004 Declarations Page from Progressive. (McKnight 0120 - 0122).

15. October 15, 2004 Declarations Page (Exh. 9 to the Deposition of Joe McKnight)

16. Insurance Identification Cards from Progressive (R. Lane 002 - 005).

17. March 3, 2005 revised renewal policy information (R. Lane 011 - 014).

18. Any item attached as an exhibit to any deposition taken in this cause.

19. Any item listed as an exhibit by any party to this matter.

20. Any item identified in discovery occurring after this date.

21. Any documents produced by any party in this matter.

22. All exhibits needed for rebuttal or impeachment, including rebuttal or impeachment exhibits which cannot reasonably be anticipated at this time.

23. All depositions in this case.

24. In addition, Ray Morris and Riverside Turf Farm may use at trial enlargements or "blow-ups" of some of these listed exhibits. These

enlargements will be exact duplications of all or portions of the exhibits listed above.

Ray Morris and Riverside Turf Farm reserve the right to modify this list within the time frame allowed by the Court.

Respectfully submitted this 8th day of February, 2006.

/s/ Lynn W. Jinks, III
One of the Attorneys for
Ricky Lane and
Riverside Turf Farm

OF COUNSEL:

JINKS, DANIEL & CROW, P.C.
P. O. Box 350
Union Springs, AL 36089
(334) 738-4225
(334) 738-4229 *fax*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served upon the following via e-filing and by placing a copy of same in the United States Mail, postage prepaid, and properly addressed on this the 8th day of February, 2006 as follows:

**Attorney for Plaintiff, Progressive Specialty Insurance Company**
R. Larry Bradford, Esq.
BRADFORD LAW FIRM, P.C.
2020 Canyon Road; Suite 100
Birmingham, AL 35216
(205) 871-7733
(205) 871-7387 *fax*

**Attorneys for Plaintiff, Jane Holmes, individually
and as Personal Representative of the Estate of Daisy Beasley, Plaintiff**
Randall Haynes, Esq.
Larry W. Morris, Esq.

MORRIS, HAYNES & HORNSBY
Post Office Box 1660
Alexander City, Alabama 35011-1660
(256) 329-2000
(256) 329-2015 *fax*

**Attorneys for Defendant, Riverside Turf**
Jay S. Tuley, Esq.
Alex L. Holtsford, Jr., Esq.
NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON, P.C.
Post Office Box 4128
Montgomery, AL 36103-4128
(334) 215-8585
(334) 215-7101 *fax*


**Attorney for Defendant, Riverside Turf**
Randall Lyons, Esq.
Webster, Henry & Lyons, P.C.
418 Scott Street
P. O. Box 239
Montgomery, AL 36101-0239
(334) 264-9472
(334) 264-9599 *fax*


**Attorneys for Defendant Joe McKnight**
Stephen Whitehead, Esq.
Mark E. Dindal, Esq.
Erin E. May, Esq.
LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, AL 35223
(205) 967-8822
(205) 967-2380 *fax*


**Attorney for Excel Carriers**
G. Thomas Yearout, Esq.
YEAROUT, SPINA & LAVELLE, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, AL 35242
(205) 298-1800
(205) 298-1802 *fax*

5

Jeffrey W. Smith, Esq.
SLATEN & O'CONNOR, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, AL  36104
(334) 396-8882
(334) 396-8880 *fax*

/s/*Lynn W. Jinks, III*
OF COUNSEL