IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 2:05-CV-438-00 ) |
| THE MCKNIGHT AGENCY, INC., et al. | ) ) |
| Defendants. | ) |
| RICKY LANE, RIVERSIDE TURF FARM, | ) ) ) ) |
| Counter Claimants/Cross Claimants, | ) ) |
| v. | ) ) |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, et al., | ) ) ) |
| Counterclaim Defendants | ) |
| THE MCKNIGHT AGENCY, INC. and JOE MCKNIGHT, | ) ) ) ) |
| Counter Claimants, | ) ) |
| v. | ) ) |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Counterclaim Defendant. | ) |

**JOE MCKNIGHT'S AND MCKNIGHT AGENCY'S WITNESS AND EXHIBIT LISTS**

1

Defendants/Counterclaim Plaintiffs McKnight Agency, Inc. and Joe McKnight (collectively referred to as "Defendants/Counterclaim Plaintiffs" or "McKnight"), pursuant to the Court's Scheduling Order of September 1, 2005, offers the following witness and exhibit lists.

## WITNESSES

Defendants/Counterclaim Plaintiffs expect the following individuals will or may be called at the trial of this matter:

1. Ray Morris
   One of the corporate representatives for Riverside Turf Farm
   11969 State Highway 10 East
   Shorterville, Alabama
   Work Telephone: (334) 585-6453

2. Ricky Lane.
   850 County Road 177
   Shorterville, Alabama
   Work Telephone: (229) 942-1244
   Home Telephone: (334) 585-9840

5. Jane Holmes
   Alexander City, Alabama

6. Larry Lackey
   One of the corporate representatives for Plaintiff, Progressive Specialty Insurance Company ("Progressive")
   Birmingham, Alabama

7. Mary Alice Fitzgerald
   One of the corporate representatives for Progressive
   Cleveland, Ohio

8. Richard Mizell
   Former employee - Progressive Specialty Insurance Company
   Claims Department

9. Britt McClellan
   Progressive
   Head of Claims for Alabama
   Huntsville, Alabama

10. Jerry Iqler, Esq.

2

        Progressive
        Claims attorney for commercial auto division
        Cleveland, Ohio

11. Mike Hart, Esq.
    Attorney with whom Progressive consulted regarding coverage
    Alabama

12. Larry Morris, Esq.
    Morris, Haynes & Hornsby
    Alexander City, Alabama
    Attorney with whom Progressive may have consulted regarding coverage

13. Joe McKnight
    May be contacted through the undersigned counsel

14. Any witnesses identified by any other party.

15. Any witnesses necessary for rebuttal.

16. Any witness, including expert witness, listed by any other party to this action and/or any witnesses who have been deposed;

17. Any witnesses necessary for rebuttal;

18. Any custodians of record to prove the verification or authenticity of any exhibit;

19. Defendants/Counterclaim Plaintiffs reserve their right to amend their listing of trial witnesses they may call at trial.

## **EXHIBITS**

Defendants/Counterclaim Plaintiffs expect the following exhibits or tangible evidence will or may be used at the trial of this matter:

1. Documents Bates stamped "McKnight 1-122."

    a. McKnight 1 – Invoice from McKnight to Lane dated 3/10/03
    b. McKnight 2-3 – Signed Premium Finance Agreement dated 3/10/03
    c. McKnight 4 – Fax cover sheet dated 3/10/03 enclosing copy of premium finance agreement
    d. McKnight 5 – Notice of acceptance of premium financing agreement
    e. McKnight 6-7 – Schedule of Policies for premium finance company
    f. McKnight 8 – Progressive receipt to lane dated 3/17/03

3

g. McKnight 9 – Premium Finance Co. notice of intent to cancel dated 7/15/03
h. McKnight 10 – Fax cover sheet enclosing copy of notice of intent to cancel dated 7/15/03
i. McKnight 11-12 – Premium Finance Agreement 3/8/04
j. McKnight 13 – Fax cover sheet enclosing Premium Finance Agreement 3/8/04
k. McKnight 14-15 – Invoice from McKnight to Lane 2/24/04
l. McKnight 16 – Lane's MVR Report
m. McKnight 17- 26 – 7/6/04 Accident Report
n. McKnight 27 – ACORD Insurance Binder 3/10/03
o. McKnight 28 – Fax cover sheet of ACORD Insurance Binder 3/10/03
p. McKnight 29 – Insurance quote from Southern Cross Underwriters 3/10/03
q. McKnight 30 – Sample policyholder disclosure form
r. McKnight 31 – Claim form
s. McKnight 32 – Binder confirmation 3/8/04
t. McKnight 33 – Fax cover sheet from McKnight to Progressive 7/15/04
u. McKnight 34 – Fax cover sheet 7/19/04
v. McKnight 35-36 – Fax cover sheets 7/15/04
w. McKnight 37 – Fax cover sheet 3/8/04
x. McKnight 38  - ACORD Certificate of Liability Coverage 3/8/04
y. McKnight 39 – Fax cover sheet 3/10/03 from McKnight to Southern Cross Underwriters
z. McKnight 40 – Message confirmation of 3/10/03 fax from McKnight to Southern Cross Underwriters
aa. McKnight 41-43 – Cargo coverage application 3/10/03
bb. McKnight 44 – Fax cover sheet from McKnight to Progressive
cc. McKnight 45-46 – Loan disclosure 3/10/03
dd. McKnight 47 – Fax confirmation 3/17/03
ee. McKnight 48-49 – Insurance quote from Southern Cross Underwriters 7/30/03 and fax confirmation
ff. McKnight 50 -51 – Correspondence from Southern Cross Underwriters to McKnight 3/12/03 and fax confirmation
gg. McKnight 52-57 – Traffic Accident Report 8/28/01
hh. McKnight 58-62 – Schedule of policies 3/10/04
ii. McKnight 63 – Fax cover sheet from McKnight To Riverside Turf 10/27/04
jj. McKnight 64-66- Policy Summary printed 10/27/04
kk. McKnight 67 – Notice of intent to cancel for late payment 5/17/04
ll. McKnight 68 – Fax confirmation 5/24/04
mm. McKnight 69 – Schedule of Coverage 3/11/03
nn. McKnight 70-76 – National Fire & Marine Policyholder Disclosure
oo. McKnight 77-79 – Statement of coverage
pp. McKnight 80-82 – Amended statement of coverage  8/6/03
qq. McKnight 83-85 – Amended statement of coverage 8/6/03

      rr.      McKnight 86 – Schedule of coverage 3/10/04
      ss.      McKnight 87-93- Portions of cargo coverage policy
      tt.      McKnight 94-100 – Policy application 3/10/03
      uu.      McKnight 101-102 – Certificate of Liability Insurance 3/10/03 and fax confirmation
      vv.      McKnight 103-104 – Insurance Coverage Summary 10/15/04
      ww.      McKnight 105-106 – Policy Renewal Notice
      xx.      McKnight 107 - Cargo coverage application
      yy.      McKnight 108 – Fax cover sheet 3/25/04
      zz.      McKnight 109-111 – Cargo coverage application 3/8/04
      aaa.      McKnight 112-114 – Statement of coverage
      bbb.      McKnight 115 – Cargo coverage change endorsement
      ccc.      McKnight 116-119 – Portions of cargo coverage policy
      ddd.      McKnight 120-122 – Statement of coverage (04-05) and Loss Payable Clause

2. Policies issued to Ricky Lane by Progressive.

3. Insurance identification cards from Progressive (R. Lane 002-005)

4. March 3, 2005 Revised renewal policy information (R. Lane 011-014)

5. Correspondence from Progressive to Lane (R. Lane 008-010, 015)

6. Premium Financing documents sent to lane (R. Lane 006-007)

7. Documents produced by other parties in this matter.

8. Documents, and other evidence produced by any party to the related lawsuit styled <u>Jane Holmes, individually and as personal representative of the estate of Daisy Beasley v. Riverside Turf, a corporation; Excel Carriers, a corporation; Ricky Lane, an individual; and Alfa Mutual Insurance Company</u>.

9. Deposition transcripts from the Underlying Lawsuit.

10. Pleadings from the Underlying Lawsuit.

11. Any and all other pleadings, filings, documents, transcripts, judgments, verdicts, etc. relating to the Underlying Lawsuit.

12. 2000 Progressive Quote Sheet, Application, & Invoice

13. 2000 Progressive Declarations Page

14. 2000 Policy Cancellation Request

5

15. 2003 Insurance Application

16. March 10, 2003 Progressive Declarations Page

17. Complaint from Holmes v. Riverside Turf, et al. CV-04-B-247

18. 2004 Progressive Declarations Page

19. 2005 Renewal Declarations Page

20. 2003 ACORD Binder

21. 2003 & 2004 ACORD Certificates of Insurance

22. The Premium Financing Loan Disclosure and Statement

23. The coverage opinion written by one of Progressive's attorneys

24. Larry Lackey's notes referenced in his deposition.

25. The Producer Agreement between McKnight and Progressive

26. Documents produced by any party in this lawsuit

27. Any exhibits identified by any other party

28. Any exhibits necessary for rebuttal

29. Any and all documents relied upon by any expert testimony

30. Any and all documents listed by any party that are not otherwise inadmissible

31. Defendants/Counterclaim Plaintiffs reserve the right to use or introduce into evidence any exhibits identified by other parties to these litigations and also reserve the right to use or introduce into evidence any exhibits necessary for rebuttal

32. Defendants/Counterclaim Plaintiffs reserve the right to amend their list of exhibits

33. Defendants/Counterclaim Plaintiffs also specifically reserve the right to object to the any other party's listing of witnesses and exhibits, as they have not yet been received

34. Any documents identified or produced in discovery occurring after this date.

35. Any exhibits to any depositions taken in this case.

36. Any exhibits to any depositions taken in the underlying case, <u>Holmes et al. v. Lane et al.</u>, CV-04-247.

                 */s/* **Erin E May**
Stephen E. Whitehead
Mark E. Tindal
Erin E. May
Attorneys for Joe McKnight and The McKnight Agency

**OF COUNSEL:**
LLOYD, GRAY, & WHITEHEAD, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
Telephone - (205) 967-8822
Facsimile - (205) 967-2380

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been served upon the following via electronic filing on this the  8  day of February, 2006.

Randy Haynes
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

T. Randall Lyons
Webster, Henry & Lyons, P.C
Post Office Box 239
Montgomery, Alabama 36101

Christina D. Crow
Lynn W. Jinks, III
Nathan A. Dickson, II
Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089

Larry Bradford
Bradford Law Firm, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216

**Courtesy Copy sent to the following:**
G. Thomas Yearout
Yearout, Spina & Lavelle, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242

Jay Tuley
Alex Holtsford
Nix, Holtsford, Gilliland, Higgins & Higgins, P.C.
P.O. box 4128
Montgomery, Alabama 36103-4128

Jeffery W. Smith
Slaten & O'Connor
P.O. Box 1110
Montgomery, Alabama 36101

/s/Erin E May
OF COUNSEL