IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 2:05-CV-438-00 ) |
| THE MCKNIGHT AGENCY, INC., et al. | ) ) |
| Defendants. | ) |

| | |
|---|---|
| RICKY LANE, RIVERSIDE TURF FARM, | ) ) ) ) |
| Counter Claimants/Cross Claimants, | ) ) |
| v. | ) ) |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, et al., | ) ) ) |
| Counterclaim Defendants | ) |

| | |
|---|---|
| THE MCKNIGHT AGENCY, INC. and JOE MCKNIGHT, | ) ) ) ) |
| Counter Claimants, | ) ) |
| v. | ) ) |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Counterclaim Defendant. | ) |

**SUPPLEMENT TO JOE MCKNIGHT'S AND MCKNIGHT AGENCY'S EXHIBIT LIST**

1

Defendants/Counterclaim Plaintiffs McKnight Agency, Inc. and Joe McKnight (collectively referred to as "Defendants/Counterclaim Plaintiffs" or "McKnight"), pursuant to the Court's Scheduling Order of September 1, 2005, offers the following supplement to its exhibit list.

**EXHIBITS**

Defendants/Counterclaim Plaintiffs expect the following exhibits or tangible evidence will or may be used at the trial of this matter:

37. All pleadings from this lawsuit.

38. All discovery requests and responses, including documents, from any and all parties to this lawsuit.

*/s/* **Erin E May**
Stephen E. Whitehead
Mark E. Tindal
Erin E. May
Attorneys for Joe McKnight and The McKnight Agency

OF COUNSEL:
LLOYD, GRAY, & WHITEHEAD, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
Telephone - (205) 967-8822
Facsimile - (205) 967-2380

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been served upon the following via electronic filing on this the  8  day of February, 2006.

Randy Haynes
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

T. Randall Lyons
Webster, Henry & Lyons, P.C
Post Office Box 239
Montgomery, Alabama 36101

Christina D. Crow
Lynn W. Jinks, III
Nathan A. Dickson, II
Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089

Larry Bradford
Bradford Law Firm, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216

**Courtesy Copy sent to the following:**
G. Thomas Yearout
Yearout, Spina & Lavelle, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242

Jay Tuley
Alex Holtsford
Nix, Holtsford, Gilliland, Higgins & Higgins, P.C.
P.O. box 4128
Montgomery, Alabama 36103-4128

Jeffery W. Smith
Slaten & O'Connor
P.O. Box 1110
Montgomery, Alabama 36101

*/s/*Erin E May
OF COUNSEL

3

4