IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 2:05-CV-438-00 ) |
| THE MCKNIGHT AGENCY, INC., et al. | ) ) |
| Defendants. | ) |

| | |
|---|---|
| RICKY LANE, RIVERSIDE TURF FARM, | ) ) ) ) |
| Counter Claimants/Cross Claimants, | ) ) |
| v. | ) ) |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, et al., | ) ) ) |
| Counterclaim Defendants | ) |

| | |
|---|---|
| THE MCKNIGHT AGENCY, INC. and JOE MCKNIGHT, | ) ) ) ) |
| Counter Claimants, | ) ) |
| v. | ) ) |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Counterclaim Defendant. | ) |

**<u>JOE MCKNIGHT'S AND MCKNIGHT AGENCY'S DEPOSITION LIST</u>**

1

Defendants/Counterclaim Plaintiffs McKnight Agency, Inc. and Joe McKnight (collectively referred to as "Defendants/Counterclaim Plaintiffs" or "McKnight"), pursuant to the Court's Scheduling Order of September 1, 2005, offers the following deposition list.

## **DEPOSITIONS**

Defendants/Counterclaim Plaintiffs expect to use portions of or the entire transcripts of the following depositions at the trial of this matter:

    i.    All deposition transcripts and attached exhibits from all depositions taken in this matter, including:

        a.    The Deposition of Joe McKnight; pg. 7, lines 7-10; pg. 8, lines 4-23; pg. 9, lines 1-23; pg. 10, lines 1-23; pg. 11, lines 1-23; pg. 12, lines 1, 18-23; pg. 13, lines 1-23; pg. 14, lines 1-23; pg. 15, lines 1-23; pg. 16, lines 1-23; pg. 17, lines 1-18; pg. 18, lines 5-18; pg. 19, lines 7-23; pg. 20, lines 1-23; pg. 21, lines 1-23; pg. 22, lines 1-20; pg. 24, lines 16-23; pg. 25, lines 1-23; pg. 26, lines 1-23; pg. 27, lines 1-8; pg. 28, lines 1-23; pg. 29, lines 1-23; pg. 30, lines 1-12; pg. 31, lines 4-23; pg. 32, lines 1-23; pg. 33, lines 1-10, 21-23; pg. 34, lines 1-23; pg. 35, lines 1, 18-23; pg. 36, lines 1-23; pg. 37, lines 1-23; pg. 38, lines 1-20; pg. 40, lines 6-23; pg. 41, lines 1-5; pg. 43, lines 2-23; pg. 44, lines 1-22; pg. 45, lines 4-20; pg. 46, lines 3-23; pg. 47, lines 1-14; pg. 48, lines 19-23; pg. 49, lines 1-22; pg. 50, lines 1-23; pg. 53, lines 11-13; pg. 54, lines 1-23; pg. 55, lines 1-6, 14-23; pg. 56, 1-23; pg. 57, lines 1-4; pg. 58, lines 15-23; pg. 59, lines 1-23; pg. 60, lines 1-10; pg. 61, lines 5-23; pg. 62, lines 5-23, 17-23; pg. 63, lines 1-9; pg. 65, lines 1-15; pg. 66, lines 7-23; pg. 67, lines 1-6; pg. 81, lines 2-7; pg. 83, lines 1-23; pg. 84, lines 1-23; pg. 85, lines 1-23; pg. 86, lines. 2-3.

        b.    The Deposition of Progressive corporate representative, Mary Alice Fitzgerald; pg. 10, lines 4-6; pg. 15, lines 10-23; pg. 16, lines 1-23; pg. 17, lines 1-5; pg. 18, lines 4-23; pg. 19, lines 1-7; pg. 20, lines 1-23; pg. 21, lines 1-23; pg. 22, lines 1-23; pg. 23, lines 1-23; pg. 24, lines 1-23; pg. 25, lines 1-23; pg. 26, lines 1-23; pg. 27, lines 1, 18-23; pg. 28, lines 1-5, 12-23; pg. 29, lines 1-23; pg. 30, lines 1-2; pg. 31, lines 1-21; pg. 32, lines 7-23; pg. 33, lines 1-14; pg. 34, lines 5-20; pg. 35, lines 6-23; pg. 36, lines 1-23; pg. 37, lines 1-23; pg. 39, lines 3-14, 20-23; pg. 40, lines 1-7, 17-23; pg. 41, lines 1-23; pg. 42, lines 1-19; pg. 44, lines 6-23; pg. 45, lines 1-23; pg. 46, lines 1-23; pg. 47, lines 1-5, 19-23; pg. 48, lines 1-23; pg. 49, lines 1-13; pg. 50, lines 1-23; pg. 51, lines 1-10, 21-23; pg. 52, lines 1-23; pg. 53, lines 1-3, 8-23; pg. 54, lines 1-23; pg. 55, lines 1-13; pg. 56, lines 17-19; pg. 58, lines 4-23; pg. 59, lines 1-23; pg. 60, lines 1-15; pg. 61, lines 2-16; pg. 62, lines 1-23; pg. 63, lines 5-23; pg. 64, lines 1-23; pg. 65, lines 1-23; pg. 66, lines 1-11; pg. 68, lines 1-10, 16-21; pg. 74, lines 7-23; pg. 75, lines 1-4, 11-23; pg. 76, lines 1-9.

        c.    The Deposition of Riverside Turf's corporate representative, Ray Morris; pg. 8, lines 11-13; pg. 10, lines 7-22; pg. 11, lines 12-23; pg. 12, lines 12-23; pg. 13, lines 1-23;

pg. 14, lines 1-23; pg. 14, lines 1-23; pg. 15, lines 1-23; pg. 16, lines 1-16; pg. 17, lines 6-23; pg. 18, lines 1-14; pg. 21, lines 11-23; pg. 22, line 1; pg. 23, lines 1-17; pg. 26, lines 20-23; pg. 27, lines 1-22; pg. 29, lines 1-23; pg. 30, lines 1-23; pg. 31, lines 1-3, 7-22; pg. 32, lines 2-23; pg. 33, lines 1-23; pg. 34, lines 1-13; pg. 35, lines 21-23; pg. 36, lines 1-5; pg. 40, lines 1-23; pg. 41, lines 1-9, 23; pg. 42, lines 1-23; pg. 43, lines 1-23; pg. 44, lines 1-23; pg. 45, lines 1-23; pg. 46, lines 1-22; pg. 47, lines 7-20; pg. 48, lines 1-23; pg. 49, lines 1-23; pg. 50, lines 1-2, 15-23; pg. 51, lines 1-16; pg. 52, lines 7-23; pg. 53, lines 1-12; pg. 54, lines 4-23; pg. 55, lines 1-4, 9-23; pg. 56, lines 1-10, 22-23; pg. 57, line 1, pg. 58, lines 18-23; pg. 59, lines 1-23; pg. 60, lines 1-5, 7-8, 12-15, 18-23; pg. 61, lines 1-21; pg. 63, lines 8-18; pg. 64, lines 13-23; pg. 65, lines 1-23; pg. 66, lines 1-23; pg. 67, lines 1-23; pg. 68, lines 1-23; pg. 69, lines 1-4, 23; pg. 70, lines 1-23; pg. 71, lines 6-23; pg. 72, lines 1- 22; pg. 73, lines 1-23; pg. 74, lines 1-23, pg. 76, lines 1-23; pg. 77, lines 1-23; pg. 78, lines 1-23; pg. 79, lines 1-12; pg. 81, lines 13-17.

       d.       The Deposition of Progressive's corporate representative, Larry Lackey; pg. 6, lines 22-23; pg. 7, lines 1-23; pg. 8, lines 1-23; pg. 9, lines 21-23; pg. 10, lines 1-23; pg. 11, lines 1-23; pg. 12, lines 1-23; pg. 13, lines 1-23; pg. 14, lines 1-23; pg. 15, lines 1-3, 7-11; pg. 16, lines 3-14; pg. 18, lines 1-7, 18-23; pg. 19, lines 1-23; pg. 20, lines 1-23; pg. 21, lines 1-23; pg. 22, lines 1-5.

       e.       Deposition of Ricky Lane; lines 1-23 of pgs. 8-76.

   ii.       Any depositions taken in this matter necessary for rebuttal.

   iii.       Any depositions identified by any other party.

   iv.       Defendants/Counterclaim Plaintiffs reserve their right to amend this list.

/s/ *Erin E. May*
Stephen E. Whitehead
Mark E. Tindal
Erin E. May
Attorneys for Joe McKnight and The McKnight Agency

**OF COUNSEL:**
LLOYD, GRAY, & WHITEHEAD, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
Telephone - (205) 967-8822
Facsimile - (205) 967-2380

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing has been served upon the following via electronic filing on this the __8__ day of February, 2006.

Randy Haynes
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

T. Randall Lyons
Webster, Henry & Lyons, P.C
Post Office Box 239
Montgomery, Alabama 36101

Christina D. Crow
Lynn W. Jinks, III
Nathan A. Dickson, II
Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089

Larry Bradford
Bradford Law Firm, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216

**Courtesy Copy sent to the following:**
G. Thomas Yearout
Yearout, Spina & Lavelle, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242

Jay Tuley
Alex Holtsford
Nix, Holtsford, Gilliland, Higgins & Higgins, P.C.
P.O. box 4128
Montgomery, Alabama 36103-4128

Jeffery W. Smith
Slaten & O'Connor
P.O. Box 1110
Montgomery, Alabama 36101

                                         /s/    Erin E. May
                                             OF COUNSEL