IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-438-WKW |
| ) | |
| McKNIGHT AGENCY, INC, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case was transferred to the undersigned on February 6, 2006. Given that there are three motions for summary judgment currently pending in this case which require the court's attention, and in light of the fact that there is currently a backlog of pending dispositive motions in other cases which also require the court's attention, the pretrial and trial dates in this case are hereby continued.

Therefore, it is ORDERED that the jury trial in this case is continued from March 20, 2006 to September 18, 2006. The pretrial conference is continued from February 22, 2006 to June 23, 2006. Any deadlines contained in the original scheduling order which make reference to the pretrial or trial dates shall now be determined by the new pretrial and trial dates.

DONE this the 10th day of February, 2006.

      /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE