IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) McKNIGHT AGENCY, INC.; ) JOE McKNIGHT; RICKY LANE; ) RIVERSIDE TURF FARM; JANE ) HOLMES, individually and as the ) personal representative of the Estate ) of DAISY BEASLEY, deceased, ) ) Defendants, ) ) ) RICKY LANE, ) ) Counter Claimant/Cross Claimant,) ) v. ) ) PROGRESSIVE SPECIALTY ) INSURANCE COMPANY, ) ) Counter Claim Defendant, and ) ) McKNIGHT AGENCY, INC. and ) JOE McKNIGHT, ) ) Cross Claim Defendants. ) | Case Number: 2:05CV438-00 |

## AMENDMENT TO WITNESS LIST

COME NOW the Counter-Claimants/Cross-Claimants, Ricky Lane and Riverside Turf Farm, and amend their Witness List by adding the following:

17. Randall Stark Haynes, Esq.
    Morris, Haynes & Hornsby
    P. O. Box 1660
    Alexander City, AL 35011

18. Tim Weidenkopf, Adjuster
    Progressive Specialty Insurance Co.

RESPECTFULLY SUBMITTED this the 16th day of May, 2006.

/s/ Lynn W. Jinks, III
One of the Attorneys for
Ricky Lane and
Riverside Turf Farm

OF COUNSEL:

JINKS, DANIEL & CROW, P.C.
P. O. Box 350
Union Springs, AL 36089
(334) 738-4225
(334) 738-4229 *fax*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served upon the following via e-filing and by placing a copy of same in the United States Mail, postage prepaid, and properly addressed on this the 16th day of May, 2006 as follows:

**Attorney for Plaintiff, Progressive Specialty Insurance Company**
R. Larry Bradford, Esq.
BRADFORD LAW FIRM, P.C.
2020 Canyon Road; Suite 100
Birmingham, AL 35216
(205) 871-7733
(205) 871-7387 *fax*

**Attorneys for Plaintiff, Jane Holmes, individually
and as Personal Representative of the Estate of Daisy Beasley, Plaintiff**
Randall Haynes, Esq.
Larry W. Morris, Esq.
MORRIS, HAYNES & HORNSBY
Post Office Box 1660
Alexander City, Alabama 35011-1660
(256) 329-2000
(256) 329-2015 *fax*

**Attorneys for Defendant, Riverside Turf**
Jay S. Tuley, Esq.
Alex L. Holtsford, Jr., Esq.
NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON, P.C.
Post Office Box 4128
Montgomery, AL 36103-4128
(334) 215-8585
(334) 215-7101 *fax*

**Attorney for Defendant, Riverside Turf**
Randall Lyons, Esq.
Webster, Henry & Lyons, P.C.
418 Scott Street
P. O. Box 239
Montgomery, AL 36101-0239
(334) 264-9472
(334) 264-9599 *fax*

**Attorneys for Defendant Joe McKnight**
Stephen Whitehead, Esq.
Mark E. Dindal, Esq.
Erin E. May, Esq.
LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, AL 35223
(205) 967-8822
(205) 967-2380 *fax*

**Attorney for Excel Carriers**
G. Thomas Yearout, Esq.
YEAROUT, SPINA & LAVELLE, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, AL 35242
(205) 298-1800
(205) 298-1802 *fax*

Jeffrey W. Smith, Esq.
SLATEN & O'CONNOR, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882
(334) 396-8880 *fax*

/s/*Lynn W. Jinks, III*
OF COUNSEL