IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 2:05-CV-438-W |
| | ) | |
| McKNIGHT AGENCY, INC.; | ) | |
| JOE McKNIGHT; RICKY LANE; | ) | |
| RIVERSIDE TURF FARM; JANE | ) | |
| HOLMES, individually and as the | ) | |
| personal representative of the Estate | ) | |
| of DAISY BEASLEY, deceased; | ) | |
| YOUNG, JOHNSTON & | ) | |
| ASSOCIATES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Come now the plaintiff, Progressive Speciality Insurance Company ("Progressive"),

the defendant, Jane Holmes, individually and as the personal representative of the Estate of

Daisy Beasley, deceased, and the defendants and counterclaimants, Ricky Lane and Riverside

Turf Farm, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and stipulate that the

following claims can be dismissed based upon the settlements reached at mediation of this

case on May 5, 2006:

1.     Progressive dismisses its complaint against Jane Holmes, Ricky Lane, and

Riverside Turf Farm with prejudice.  It preserves its claims against McKnight Agency, Inc.

and Joe McKnight.

2.    Ricky Lane and Riverside Turf Farm dismiss their counterclaims against Progressive.  They preserve their cross-claims against McKnight Agency, Inc. and Joe McKnight.

Randy Haynes, Attorney for Jane Holmes, individually and as the personal representative of the Estate of Daisy Beasley, deceased.

OF COUNSEL:

Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

T. Randall Lyons, Attorney for Riverside Turf Farm

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
Auburn Bank Center
132 North Gay Street, Suite 211
Auburn, Alabama 36830

Lynn Jinks, III, Attorney for Ricky Lane

OF COUNSEL:

Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089

2

_R. Larry Bradford_

R. Larry Bradford, Attorney for Plaintiff,
Progressive Specialty Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733

3