IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CASE NO. 2:05-CV-438-WKW |
| McKNIGHT AGENCY, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

The Court has received notice from the plaintiff that a settlement agreement has been reached between Progressive Specialty Insurance Company and Jane Holmes. It is therefore ORDERED that the parties shall file a joint stipulation of dismissal signed by counsel for all parties who have appeared in this case, in accordance with the requirements of Fed. R. Civ. P. 41, on or before June 13, 2006.

DONE this the 30th day of May, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE