IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case Number: 2:05-CV-438-W ) |
| McKNIGHT AGENCY, INC.; JOE McKNIGHT; RICKY LANE; RIVERSIDE TURF FARM; JANE HOLMES, individually and as the personal representative of the Estate of DAISY BEASLEY, deceased; YOUNG, JOHNSTON & ASSOCIATES, INC. | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## SUPPLEMENTAL WITNESS LIST

Comes now the plaintiff, Progressive Speciality Insurance Company, pursuant to the court's scheduling order, and supplements its witness list to add the following potential witnesses concerning the reasonableness of the amount paid in settlement of the underlying wrongful death action:

1. Randy Haynes, Esq.
   Morris, Haynes & Hornsby
   Alexander City, Alabama

2. Alex L. Holtsford, Jr., Esq.
   Nix, Holtsford, Gilliland, Higgins & Hitson, PC
   P.O. Box 4128
   Montgomery, Alabama

    3.    Tim Weidenkopf
          Progressive Specialty Insurance Company
          Cleveland, Ohio

                        /s/R. Larry Bradford
                        R. Larry Bradford, Attorney for Plaintiff,
                        Progressive Specialty Insurance Company
                        Attorney Bar Code: BRA039

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733

## CERTIFICATE OF SERVICE

     I hereby certify that on this the  2nd  day June, 2006, I electronically filed the foregoing document with the clerk of court utilizing the CM/ECF system, which will send notification of such filing to counsel of records as listed below:

Stephen E. Whitehead, Esq.
Erin E. May, Esq.
Mark E. Tindal, Esq.
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223

Randy Haynes, Esq.
Larry W. Morris, Esq.
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

T. Randall Lyons, Esq.
Webster, Henry, Lyons & White, P.C.
Auburn Bank Center
132 North Gay Street, Suite 211
Auburn, Alabama 36830

Lynn Jinks, III, Esq.
Christina D. Crow, Esq.
Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089

/s/R. Larry Bradford
OF COUNSEL