IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  CASE NO. 2:05-CV-438-WKW<br>) |
| McKNIGHT AGENCY, INC., *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## **ORDER**

Upon consideration of defendants McKnight Agency Inc. and Joe McKnight's Motion for Limited Extension of Discovery Deadline (Doc. # 123), filed on July 5, 2006, it is hereby ORDERED that the plaintiffs shall show cause on or before July 25, 2006 why this motion should not be granted. The plaintiffs shall further suggest a reasonable period of extension for discovery, should the motion be granted.

DONE this the 11th day of July, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE