**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 11, 2006

# NOTICE OF ERROR

To:     All Counsel of Record

**Case Style:** Progressive Speciality Insurance Company v. McKnight Agency, Inc. et al
**Case Number:**   2:05-cv-00438-WKW

**Docket Entry Number:**    69 & 70

**The referenced pleadings were filed on \*\*\*November 22, 2005\*\*\* in this case and are hereby STRICKEN as erroneous docket entries.**

**Parties are instructed to disregard #69 & 70 Counterclaim docket entries and refer to Reply brief entries filed as of 11/22/05 as corrections by the Clerk's Office.**