IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PROGRESSIVE SPECIALTY                )
INSURANCE COMPANY,                   )
                                     )
     Plaintiff,                      )
                                     )
v.                                   ) Case Number: 2:05-CV-438-W
                                     )
McKNIGHT AGENCY, INC.;               )
JOE McKNIGHT; RICKY LANE;            )
RIVERSIDE TURF FARM; JANE            )
HOLMES, individually and as the      )
personal representative of the Estate )
of DAISY BEASLEY, deceased;          )
YOUNG, JOHNSTON &                    )
ASSOCIATES, INC.                     )
                                     )
     Defendants.                     )

## SECOND AMENDED COMPLAINT

    Comes now the plaintiff, Progressive Specialty Insurance Company ("Progressive"),

pursuant to Rule 15 of the Federal Rules of Civil Procedure, and amends the complaint

previously filed by it to add the following count against McKnight Agency, Inc. and Joe

McKnight:

### Count Four.

    1.    Progressive realleges and incorporates by reference the allegations of

paragraphs one through thirteen of the original complaint.

2.      Progressive entered into a producer's agreement with McKnight Agency, Inc. on February 5, 1998.  The agreement gave McKnight Agency authority to receive applications and bind coverage subject to Progressive's underwriting requirements.

3.      The agreement further provided that McKnight Agency did not have authority to bind coverage if it was based upon information that was inaccurate.  The agent's duty under that agreement required it to ensure that all applications contained accurate information.

4.      Ricky Lane ("Lane") alleges that he requested Joe McKnight and the McKnight Agency to procure $1 million of liability insurance coverage for him.  However, Joe McKnight and McKnight Agency only requested $300,000 of liability coverage on the application submitted to Progressive.

5.      Progressive provided McKnight Agency with copies of the declarations pages for the policy issued to Lane which was in effect from March 10, 2003 to March 10, 2004 and renewed for the period from March 10, 2004 to March 10, 2005.  It also provided endorsements to McKnight Agency dated on or around August 6, 2003 to change the description of the insured vehicle, add a lienholder, and change the address of the premium finance company.  These disclosed that Progressive was providing $300,000 of liability coverage to Lane.

6.      Lane and Riverside Turf have filed counterclaims against Progressive, alleging in part that it is responsible for the negligence or fraudulent conduct of McKnight Agency and Joe McKnight in procuring $300,000 of liability coverage instead of the requested $1 million of liability coverage. They have requested reformation of the policy to increase the liability limits to $1 million.

7.      Progressive is providing a defense to Lane for the underlying state court case. It has offered its $300,000 liability limits in settlement.

8.      Article VIII of the producer's agreement executed by Joe T. McKnight on behalf of McKnight Agency provides that McKnight Agency will indemnify and hold Progressive harmless from any losses sustained as a result of the agent's negligence, acts, errors, or omissions on its part.

WHEREFORE, Progressive demands judgment against McKnight Agency, Inc. and Joe McKnight for any increased liability limits ordered by the court as well as any damages awarded in favor of Lane or Riverside Turf on their counterclaims, plus Progressive's attorney fees and litigation expenses.

_R. Larry Bradford_, Attorney for Plaintiff,
Progressive Specialty Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 22 day of November, 2005, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Erin E. May, Esq.
Stephen E. Whitehead, Esq.
Mark E. Tindal, Esq.
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223

Randy Haynes, Esq.
Larry W. Morris, Esq.
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

Christina D. Crow, Esq.
Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089

OF COUNSEL