IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALITY, INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:05-cv-438-WKW ) |
| MCKNIGHT AGENCY, INC., *et al.,* | ) ) |
| Defendants. | ) |

## **O R D E R**

On December 28, 2005, defendants and counterclaimants McKnight Agency, Inc. and Joe McKnight filed a counterclaim against plaintiff (Doc. #100), to which there has been no reply or other response. The plaintiff is hereby ORDERED to reply or otherwise respond to the counterclaim by July 31, 2006.

On May 30, 2006, an Order (Doc. # 120) was entered directing the filing of a joint stipulation of dismissal *signed by counsel for all parties who have appeared in the case*. This Order was in response to information received from the parties indicating that some claims had been settled. The parties filed a Stipulation of Dismissal (Doc. # 119) signed by counsel for all parties *except* counsel for McKnight Agency, Inc. and Joe McKnight. This stipulation therefore did not comply with Fed. R. Civ. P. 41(a)(1)(ii), and is ineffective. Having been directed to file a proper stipulation on or before June 13, 2006, and having failed to do so, the parties are now ORDERED to either file the properly executed stipulation, or notify the Court why that cannot be accomplished, by July 31, 2006.

Done this the 13th day of July, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE