IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | Case Number: 2:05-CV-438-W |
| ) | |
| McKNIGHT AGENCY, INC.; ) JOE McKNIGHT; RICKY LANE; ) RIVERSIDE TURF FARM; JANE ) HOLMES, individually and as the ) personal representative of the Estate ) of DAISY BEASLEY, deceased; ) YOUNG, JOHNSTON & ) ASSOCIATES, INC. ) ) | |
| Defendants. ) | |

## RESPONSE TO SHOW CAUSE ORDER

Comes now the plaintiff, Progressive Speciality Insurance Company ("Progressive"), pursuant to the court's July 11, 2006 order, and responds to the motion to extend the discovery deadline as follows:

1.  Progressive does not oppose the agent's motion to extend the discovery deadline in order to depose the newly identified witnesses.

2.  Progressive's newly identified witnesses are Randy Haynes (who is an attorney in Alexander City), Alex Holtsford (who is an attorney in Montgomery), and Tim Weidenkopf (who is a Progressive claims representative that now lives in the Nevada area).

3. Mr. Haynes and Mr. Holtsford can be deposed, if necessary, in Alabama. Progressive requests, however, that the deposition of Mr. Weidenkopf be taken in Nevada where he now works and lives (and recognizing that the court may need to also need to attend this deposition to referee any possible discovery disputes).

4. Progressive suggests an additional period of 30 days in which to conduct this discovery. If the extension is granted, then it also requests the court to reschedule the court to reschedule the pretrial conference now set for August 3, 2006.

/s/R. Larry Bradford
R. Larry Bradford, Attorney for Plaintiff,
Progressive Specialty Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733

## CERTIFICATE OF SERVICE

      I hereby certify that on this the  17th day July, 2006,  I electronically filed the foregoing document with the clerk of court utilizing the CM/ECF system, which will send notification of such filing to counsel of records as listed below:

Stephen E. Whitehead, Esq.
Erin E. May, Esq.
Mark E. Tindal, Esq.
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223

Randy Haynes, Esq.
Larry W. Morris, Esq.
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

T. Randall Lyons, Esq.
Webster, Henry, Lyons & White, P.C.
Auburn Bank Center
132 North Gay Street, Suite 211
Auburn, Alabama 36830

Lynn Jinks, III, Esq.
Christina D. Crow, Esq.
Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089

                                                        /s/R. Larry Bradford
                                                        OF COUNSEL