IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 2:05-CV-438-WKW ) |
| McKNIGHT AGENCY, INC., *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of defendants McKnight Agency Inc. and Joe McKnight's Motion for Limited Extension of Discovery Deadline (Doc. # 123), filed on July 5, 2006, it is hereby ORDERED that the motion is GRANTED. Any additional discovery necessary in this case shall be conducted by August 21, 2006.

It is further ORDERED that the pretrial conference set for August 3, 2006 is hereby re-set for August 25, 2006.

DONE this the 19th day of July, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE