FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALITY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:05-cv-438-WKW ) |
| MCKNIGHT AGENCY, INC., *et al.,* | ) ) |
| Defendants. | ) |

# **O R D E R**

The July 21, 2006 Order (Doc. #130) setting the final pretrial conference for August 3, 2006 is hereby VACATED.

Done this the 21st day of July, 2006.

                            /s/  W. Keith Watkins
                            UNITED STATES DISTRICT JUDGE