IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case Number: 2:05-CV-438-W ) |
| McKNIGHT AGENCY, INC.; JOE McKNIGHT; RICKY LANE; RIVERSIDE TURF FARM; JANE HOLMES, individually and as the personal representative of the Estate of DAISY BEASLEY, deceased; YOUNG, JOHNSTON & ASSOCIATES, INC. | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**REPLY TO MCKNIGHT AGENCY, INC. AND JOE MCKNIGHT'S COUNTERCLAIM BY COUNTERDEFENDANT, PROGRESSIVE SPECIALTY INSURANCE COMPANY ("PROGRESSIVE")**

First Defense.

Progressive denies that it breached its duty to adjust Ricky Lane's ("Lane") claim properly, or failed to properly investigate the sale of its policy to Lane, or breached its producer's agreement as alleged in count one of the counterclaim. It demands strict proof thereof.

### Second Defense.

Progressive denies that it breached any duty to McKnight to properly adjust Lane's claim for benefits as alleged in count two of the counterclaim. It demands strict proof thereof.

### Third Defense.

Progressive denies that it breached the producer's agreement as alleged in count three of the counterclaim. Progressive demands strict proof thereof.

### Fourth Defense.

Progressive denies that it owed any duties to Joe McKnight or McKnight Agency or that it was guilty of any negligence as alleged in count one, count two, and count three of the counterclaim. It demands strict proof thereof.

### Fifth Defense.

Progressive denies each and every remaining allegation of the counterclaim. It demands strict proof thereof.

### Sixth Defense.

Progressive denies that McKnight Agency and McKnight are entitled to recover the items and amounts of damages alleged in the counterclaim. It demands strict proof thereof.

### Seventh Defense.

Progressive reserves the right to amend its answer to raise additional or different defenses upon completion of further investigation and discovery.

/s/ R. Larry Bradford
R. Larry Bradford, Attorney for Counterdefendant, Progressive Specialty Insurance Company
Attorney Bar Code: BRA039

/s/ Shane T. Sears
Shane T. Sears, Attorney for Counterdefendant, Progressive Specialty Insurance Company
Attorney Bar Code: SEA026

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the __28th__ day of July, 2006, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Erin E. May, Esq.
Stephen E. Whitehead, Esq.
Mark E. Tindal, Esq.
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223

Randy Haynes, Esq.
Larry W. Morris, Esq.
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

Christina D. Crow, Esq.
Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089

    /s/ R. Larry Bradford
    OF COUNSEL