IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY,  Plaintiff,  v.  MCKNIGHT AGENCY, INC., JOE MCKNIGHT; RICKY LANE; RIVERSIDE TURF FARM, et al.,  Defendants. | ) ) ) ) ) ) ) Case No.: 2:05-CV-438-W ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL

Come now the Parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and stipulate that the following claims can be dismissed based upon the settlements reached at mediation of this case on May 5, 2006:

1. Progressive dismisses its complaint against Jane Holmes, Ricky Lane, and Riverside Turf Farm with prejudice. It preserves its claims against McKnight Agency, Inc. and Joe McKnight.

2. Ricky Lane and Riverside Turf Farm dismiss their counterclaims against Progressive. They preserve their cross-claims against McKnight Agency, Inc. and Joe McKnight.

*/s/ Randy Haynes*
Randy Haynes, Attorney for Jane Holmes,
Individually and as the personal representative
Or the Estate of Daisy Beasley, deceased.

1

OF COUNSEL:

Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

*[signature]*
T. Randall Lyons, Attorney for Riverside Turf Farm

OF COUNSEL:

Webster, Henry Lyons & White, P.C.
Auburn Bank Center
132 North Gay Street, Suite 211
Auburn, Alabama 26830

*[signature]*
Lynn Jinks, III, Attorney for Ricky Lane

OF COUNSEL:

Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089

*[signature]*
R. Larry Bradford, Attorney for Plaintiff,
Progressive Specialty Insurance Company

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216

2

/s/ Steve Whitehead
Steve Whitehead
Mark Tindal
Graham Pulvere
Attorneys for McKnight Agency
and Joe McKnight

OF COUNSEL:

Lloyd, Gray & Whitehead
2501 20th Place South, Suite 300
Birmingham, Alabama 35223