## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                        TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style:  .Progressive Speciality Insurance Company v. McKnight Agency, Inc. et al

Case Number:   2:05-cv-00438-WKW

Referenced Docket Entry - STIP OF DISM - Doc. No. 133.

The referenced docket entry was filed electronically in ERROR on ***July 31, 2006*** and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because this should have been filed as a STIPULATION OF DISMISSAL not MOTION TO DISMISS .  Please DISREGARD this docket entry. See correction to docket entry.