**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **PROGRESSIVE SPECIALTY** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No.: 2:05-CV-438-W** |
| | ) |
| **MCKNIGHT AGENCY, INC.,** | ) |
| **JOE MCKNIGHT; RICKY LANE;** | ) |
| **RIVERSIDE TURF FARM, et al.** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF APPEARANCE**

COMES NOW Graham R. Pulvere and enters his appearance in this case as additional

counsel for Defendants, Joe McKnight and the McKnight Agency, Inc.

Dated this the __28th__ day of July, 2006.


s/Graham R. Pulvere
Stephen E. Whitehead
Mark E. Tindal
Graham R. Pulvere
Attorneys for Defendants Joe McKnight and
McKnight Agency


**OF COUNSEL:**

Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
Telephone - (205) 967-8822
Facsimile - (205) 967-2380

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served upon the following by placing a copy of same in the United States Mail, postage prepaid, on this the  11th  day of August, 2006.

Randy Haynes, Esq.
Morris, Haynes & Hornsby
P.O. Box 1660
Alexander City, Alabama 35011

T. Randall Lyons, Esq.
Webster, Henry & Lyons, P.C
Post Office Box 239
Montgomery, Alabama 36101

Christina D. Crow, Esq.
Lynn W. Jinks, III, Esq.
Nathan A. Dickson, II, Esq.
Jinks, Daniel & Crow
P.O. Box 350
Union Springs, Alabama 36089

Larry Bradford, Esq.
Bradford Law Firm, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216

G. Thomas Yearout, Esq.
Yearout, Spina & Lavelle, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242

Jay Tuley, Esq.
Alex Holtsford, Esq.
Nix, Holtsford, Gilliland, Higgins & Higgins, P.C.
P.O. box 4128
Montgomery, Alabama 36103-4128

Jeffery W. Smith, Esq.
Slaten & O'Connor
P.O. Box 1110
Montgomery, Alabama 36101


s/Graham R. Pulvere
OF COUNSEL