IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALTY INS. CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-438-WKW |
| | ) | |
| MCKNIGHT AGENCY INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

Upon consideration of the Stipulation of Dismissal filed by the parties on July 31, 2006, it is hereby ORDERED as follows:

1. The claims of Progressive Specialty Insurance Company against Jane Holmes, Ricky Lane and Riverside Turf Farm are DISMISSED with prejudice. Accordingly, defendant Jane Holmes is hereby DISMISSED as a party to this action.

2. The motion for summary judgment (Doc. # 72) filed by defendant Jane Holmes is DENIED as moot.

3. The counterclaims of Ricky Lane and Riverside Turf Farm against Progressive Specialty Insurance Company are DISMISSED.

DONE this day 25th of August, 2006.

          /s/   W.  Keith Watkins
         UNITED STATES DISTRICT JUDGE