IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALTY INS. CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-438-WKW |
| | ) | |
| MCKNIGHT AGENCY INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Attorney Lynn W. Jinks' representations to the Court that Riverside Turf Farm's cross claim against McKnight Agency, Inc. and Joe McKnight has settled, it is hereby

ORDERED that on or before September 13, 2006, the parties shall file a joint stipulation of dismissal.

DONE this 25th day of August, 2006.

                                                    /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE