IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INS. CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-438-WKW |
| ) | |
| MCKNIGHT AGENCY INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the parties'[1] representations to the court in the pretrial conference held on this date, it is hereby ORDERED as follows:

1. Because the parties stipulated that no disputed facts exist in relation to the claims presently before the Court, all claims in this action, including the counterclaim of Defendants Joe McKnight and McKnight Agency, Inc., are deemed submitted solely as questions of law and shall be resolved as a matter of law in the opinion ruling on summary judgment.

2. On or before September 1, 2006, the parties shall file their final amended pleadings.

The Clerk of the Court is DIRECTED to remove the above-styled case from the **September 18, 2006** trial docket.

---

[1] Due to the settlement of the cross-claims alleged by Riverside Turf Farm against McKnight Agency and Joe McKnight, counsel for Ricky Lane and Riverside Turf Farm was excused from participation in the pretrial conference. Thus, the only parties who participated in the pretrial conference were Progressive Specialty Insurance Company, Joe McKnight and McKnight Agency, Inc.

DONE this 25th day of August, 2006.

                                        /s/   W.  Keith Watkins
                               UNITED STATES DISTRICT JUDGE