IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY<br>INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>McKNIGHT AGENCY, INC.; and<br>JOE McKNIGHT,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case Number: 2:05-CV-438-W<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING

Come now the plaintiff, Progressive Specialty Insurance Company, pursuant to the court's instructions at the pretrial conference, and files a copy of the producer agreement between Progressive and McKnight Agency.

 

*R. Larry Bradford* (signature)

R. Larry Bradford, Attorney for Plaintiff,
Progressive Specialty Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been served upon the following via electronic filing on this 31 day of August, 2006.

Erin E. May, Esq.
Stephen E. Whitehead, Esq.
Mark E. Tindal, Esq.
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223

_____
OF COUNSEL