# EXHIBIT A

```
Jul 15 04 12:43p    McKnight Agency              334 585 1514              p.2

*****************************************************************************
03/10/03    RR:02/03    ALABAMA                ADVANTAGE              PAGE 1
            RICKY LANE               POLICY #: 01722685-0
*****************************************************************************

UPLOAD MESSAGE: Upload Successful on 03/10/2003 01:26PM  ref. $318

COMPANY INFORMATION:
PROGRESSIVE INSURANCE COMPANIES     P.O. Box 94739      Cleveland    OH 44101
AGENT INFORMATION:          TOTAL PREMIUM: 3494.00    POLICY #: 01722685-0
MCKNIGHT AGENCY INC.        DOWN PAYMENT:   873.50    LEVEL: ADVANTAGE
203 WEST WASHINGTON ST.     BALANCE DUE:   2620.50

ABBEVILLE, AL 36310         DOWNPAY REQ:    873.50    POLICY TERM: ANNUAL
(334)585-5210   B4-64376    PAY PLAN: 10-PAY
MCKNIGHT, JOE               DOWNPAY METH: EXPRESS MONEY
                            (Do Not Retain Commission)

        ($9.00 fee included for each installment payment)

------------------------------ NAMED INSURED / BUSINESS -----------------------
                                                          EFF DATE: 03/10/03
                                                          EFF TIME: 12:01AM
BUSINESS TYPE: TRUCKING & TRANSPORTATION OF GOODS
SUB BSNS TYPE: TRUCKING FOR-HIRE

Are any vehicles hauling steel?(steel beams, coiled or rolled steel etc.)
Are any vehicles hauling hazardous materials?   NO

APPLICANT: Individual/Sole Prop.(I), Partnership (P), or Corp (C)? I

NAME: RICKY LANE
DBA:
ADDR: PO BOX 85
      SHORTERVILLE , AL 36373-
INSURED PHONE: (334)585-9840

ORDER FINANCIAL RESP: YES


------------------------ OWNER (FINANCIAL RESPONSIBILITY) ---------------------
NAME                    SUFFIX  BIRTH DATE      AGE    SOCIAL SECURITY #
RICKY LANE              NONE    04/09/58        44     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
HOME STREET ADDRESS     CITY              STATE          ZIP
PO BOX 85               SHORTERVILLE      ALABAMA        36373-
```

```
Jul 15 04 12:43p      McKnight Agency           334 585 1514            p.3
```

```
*********************************************************************************
03/10/03    RR:02/03   ALABAMA                   ADVANTAGE                  PAGE 2
            RICKY LANE                POLICY #: 01722685-0
*********************************************************************************
----------------------------VEHICLE INFORMATION----------------------------------
VEH                          VEHICLE ID                        BODY     USE
 #   YR    MAKE    MODEL     NUMBER                            TYPE     CLASS
 1  1993   FREIG   FLA       1FUYAPYB1PL470232                  01       H
 2  2030   NON O   ATTACHED TRLR   NONE                         20       H

VEH    TRAILER          PERSONAL        GARAGING       STATED                   DR
 #     HITCH            USE         ZIP       TERR     AMT       RADIUS         NO
 1                      N           36373     01                 300            1
 2                      N           36373     01                 300            1

-------------------------------- VEHICLE QUESTIONS ------------------------------
VEH 1
 1. Is this vehicle primarily used to haul goods for others?    YES

VEH 2
 1. Is this vehicle primarily used to haul goods for others?    YES


---------------------------- DRIVER INFORMATION - LIST ALL DRIVERS --------------
   (Failure to accurately and completely report all driver information may
    result in premium differences and service delays.)

                             BIRTH             MARITAL               SR22
DR#  DRIVER'S NAME           DATE      AGE     STATUS         Y/N            CASE #
 1   RICKY LANE              04/09/58  45      MARRIED         N

                                       SOCIAL             EXCLUDED
DR#  LICENSE NUMBER     ST   SECURITY #                   DRVR Y/N    PTS
 1   4539116            AL   411026223                       N         5


--------------------- POINT DEVELOPMENT - Last 35 Months ------------------------
All accidents will be surcharged unless a police report accompanies the
application or an explanation of why the accident is non-chargeable is given
(attach separate sheet).  Please provide details of all accidents during
previous 35 months.  Failure to provide accurate information can result in an
uprate and/or cancellation.

------------------------------ VIOLATIONS - Last 35 Months ----------------------
DR# VIOL   DATE      VIOL  DATE       VIOL  DATE      VIOL  DATE     VIOL   DATE
 1  SAF    01/25/01  AAF   08/27/01   SAF   09/18/02  NAF   10/12/02
```

```
Jul 15 04 12:43p      McKnight Agency              334 585 1514              p.4
```

```
*****************************************************************************
03/10/03    RR:02/03    ALABAMA              ADVANTAGE                  PAGE 3
            RICKY LANE               POLICY #: 01722685-Q
*****************************************************************************
------------------------------UNDERWRITING QUESTIONS-------------------------
Is Applicant currently insured?                          NO
Which Company is your current policy with?
What is your current policy number?
Effective Date of Current Insurance Coverage:
Expiration Date of Current Insurance Coverage:
What is the liability limit closest to the insured's current policy:
Has Applicant had continuous coverage for at least one year?


-----------------------------------------------------------------------------
Does Applicant require Any Waivers of Subrogation?  No      How Many? 0
                                            (Attach list of names & addresses)
Number of Additional Insureds Required       0

FILINGS:
Do We Insure All Commercially Owned and Operated Vehicles?  NO
```

```
Jul 15 04 12:43p    McKnight Agency           334 585 1514              p.5
```

```
***********************************************************************
03/10/03    RR:02/03    ALABAMA              ADVANTAGE              PAGE 4
            RICKY LANE                  POLICY #: 01722685-0
***********************************************************************
------------------------------COVERAGES--------------------------------
MODEL YR   1993        2030                              VEH    VEH
USE/BODY   H/01        H/20                               1      2

BI-PD      300 CSL     300 CSL                          2841    609
UM-UIM     20/40       NONE                               44      0
MED-PAY    NONE        NONE                                0      0
PR-THFT    N/A         N/A                                 0      0
COMP       N/A         N/A                                 0      0
COLL       N/A         N/A                                 0      0
ON-HOOK    NONE        NONE                                0      0
NON-TRK    NONE        NONE                                0      0
                                                      ---------------
                                                        2885    609
                              Dr #/Marital/Age:  1M45    1M45

SubTotal                                     3494.00

Add'l Coverages
NON-OWNED      NONE                                0
HIRED-AUTO     NONE                                0
GKLL1          NONE                                0
GKLL2          NONE                                0
GKLL3          NONE                                0
TRLR-INT       NONE                                0
                                           ----------
   Total                                       0.00

                                           ----------
Total Fees:                                    0.00

                                           ----------
Total Premium                               3494.00

COVERAGE    DESCRIPTION
TRLR-INT    NONE
--------------------------------DISCOUNTS------------------------------
```

```
07/15/2004 13:46 FAX 2059786565         PROGRESSIVE INS                         ⌀007/009
Jul 15 04 12:44p      McKnight Agency              334 585 1514                    p.6
```

```
**************************************************************************************
03/10/03   RR:02/03   ALABAMA                   ADVANTAGE                      PAGE 5
           RICKY LANE                POLICY #: 01722685-0
**************************************************************************************
```

REPORT ALL ACCIDENTS IMMEDIATELY
24 HOURS A DAY, 7 DAYS A WEEK

1-800-274-4499

Call us immediately so we can go to work for you.

INSTRUCTIONS TO INSURED IN CASE OF ACCIDENT OR LOSS:

1. Obtain full names, addresses, phone numbers, and license numbers of all persons involved and all witnesses.

2. Do not admit liability or discuss the accident with anyone except police or company representative.

3. Call Progressive immediately.

NOTE: FOR QUESTIONS REGARDING YOUR POLICY OR BILL, PLEASE CALL: 1-877-776-2436

**************************************************************************************

---------------------------------NOTES SECTION---------------------------------
TRUCKING FOR-HIRE TRUCKING & TRANSPORTATION OF GOODS

------------------------------------------------------------------------------

```
07/19/2004 13:46 FAX 2059786565        PROGRESSIVE INS                            @008/009
Jul 15 04 12:44p    McKnight Agency              334 585 1514                      p.7
```

```
*************************************************************************************
03/10/03    RR:02/03    ALABAMA                    ADVANTAGE                   PAGE 6
            RICKY LANE                  POLICY #: 01722685-0
*************************************************************************************
```

-------------------------------INSURED'S SIGNATURE------------------------------------

The insured hereby applies to Company for a policy of insurance as set forth in this application on the basis of statements contained herein. The insured agrees that such policy shall be null and void if such information is false, or misleading, or would materially affect acceptance of the risk by the Company. The insured understands that this application becomes part of the insurance policy. The insured agrees to submit to loss control inspections as often as the Company may reasonably require. The insured agrees that refusal to submit to an inspection is grounds for cancellation of this policy. The insured agrees that no coverage will be bound and this policy shall be void from inception if the payment is not honored by the bank. The insured understands that a service charge of $20.00 will be assessed if any check offered in payment is returned from the bank unpaid.

The insured agrees to pay the installment fees shown on the billing statement that become due during the policy term and each renewal policy term in accordance with the payment plan the insured selects. The insured understands that the amount of these fees may change upon policy renewal or if the insured changes the payment plan. The insured also understands that the amount of these fees may change if the premium is increased due to inaccurate or incomplete information in this application.

The insured agrees to pay a late fee of $5.00 during the policy term and each renewal policy term when either the minimum amount due is not paid or payment is postmarked more than 02 days after the premium due date. The amount of this fee may change upon policy renewal.

The insured acknowledges that, in connection with this application and premium quotation, the Company may collect information from consumer reporting agencies, such as driving record and credit history reports. This information will be used to underwrite the insurance and provide an accurate quote in one of Progressive's underwriting companies. Future reports may be used to update or renew the insurance. The insured has or will obtain from existing and new drivers employed or contracted by the insured, an acknowledgment that their driving record information may be disclosed to the insured or their employer, contractor or agent in connection with the insurance being applied for hereunder.

x _Ricky Lane_____                Date: _3-10-03_
   Signature of Insured