# EXHIBIT B

PROGRESSIVE SPECIALTY INSURANCE
PO BOX 94739                        CLEVELAND OH 44101-4739
This declarations page/amended declaration page with the policy jacket identified by the form 1050
and edition date 1194 completes the below numbered policy.

**PROGRESSIVE®**
COMMERCIAL VEHICLE INSURANCE

MCKNIGHT AGCY INC
203 W WASHINGTON ST
ABBEVILLE            AL 36310
334-585-5210

24-Hour Policy Service: 1-800-444-4487
24-Hour Claims Service: 1-800-274-4499
24-Hour Bill Questions: 1-800-999-8781

**COMMERCIAL AUTO POLICY DECLARATION**
POLICY NUMBER: CA 01722685- 0

POLICY PERIOD: 03/10/03 TO 03/10/04
FOR NAMED INSURED
RICKY LANE
PO BOX 85
SHORTERVILLE       AL 36373

RICKY LANE
PO BOX 85
SHORTERVILLE       AL 36373

This policy incepts the later of:
1. the time the application for insurance is executed on the first day of the policy period; or
2. 12:01 a.m. on the first day of the policy period.
This policy shall expire at 12:01 a.m. on the last day of the policy period.
The following coverages and limits apply to each described vehicle as shown below. Coverages are defined in the policy and are subject to the terms and conditions contained in the policy, including amendments and endorsements. No changes will be effective prior to the time changes are requested.

**REASON FOR ISSUANCE:** NEW BUSINESS

**AUTO DAMAGE LIMIT OF LIABILITY**

| VEH | YR | MAKE | MODEL | SERIAL NUMBER | LIMIT OF LIABILITY | COMP DED | FT/CAC DED | COLL DED | RADIUS |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 1993 | FREIG | FLA | 1FUYAPYB1PL470232 | | | | | 300 |
| 02 | 2030 | * NON OWNED | ATTACHED TRLR | NONE | | | | | 300 |

* NON-OWNED TRAILER BUT ONLY WHILE ATTACHED TO A LISTED POWER UNIT

| COVERAGES - LIMITS OF LIABILITY | PREMIUMS | | | | |
|---|---|---|---|---|---|
| THE COVERAGE IS APPLICABLE ONLY IF A PREMIUM IS INDICATED. | TOTAL | VEH 1 | VEH 2 | VEH 3 | VEH 4 |
| BODILY INJURY AND PROPERTY DAMAGE LIABILITY $300,000 COMBINED SINGLE LIMIT | $3,450 | $2,841 | $609 | | |
| UNINSURED/UNDERINSURED MOTORIST BODILY INJURY $20,000 EACH PERSON - $40,000 EACH ACCIDENT | $44 | $44 | | | |
| PREMIUM BY VEHICLE | | $2,885 | $609 | | |
| FILING/OTHER FEES | | | | | |
| | $3,494 | TOTAL POLICY PREMIUM INCLUDES FEES | | | |

ATTACHMENTS IDENTIFIED BY FORM NO. (EDITION DATE)
1197  (0893)    1349  (1296)    2000A (1296)    3098  (1296)    3394  (0901)    4792A (0103)

Form No. 1113 (05/95)  SIGNED _____          Page 1 of 02           CVSE0305011205L111401

| DRV NO. | LISTED DRIVERS | DOB | LICENSE NO. | MARITAL STATUS | SR22 REQ | PTS. |
|---|---|---|---|---|---|---|
| 01 | RICKY LANE | 04/09/58 | 4539116 | M | N | 05 |
| 02 | | | | | | |
| 03 | | | | | | |
| 04 | | | | | | |
| 05 | | | | | | |

**LIENHOLDER**

VEH 1                                   VEH 2

VEH 3                                   VEH 4

**ADDITIONAL INSURED**

ADDL INS 1                              ADDL INS 2

ADDL INS 3                              ADDL INS 4

**OUTSIDE PREMIUM FINANCE**

PREMIUM FINANCING S
PO BOX 33049
TULSA      OK 74153

---

**FOR COMPANY USE ONLY**

| VEH | DR | VEH CLS | PERS USE | TERR NO | G/R ZIP | PIF | REN | PRF | ABS | Anti-Theft | Air Bags | Sr. Citz | STD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | H01 | N | 01 | 36373 | | | | | | | | | | |
| 02 | 01 | H20 | N | 01 | 36373 | | | | | | | | | | |

COST OF HIRE                COMPANY       03           RATE MANUAL
BUS. TYPE                   PROGRAM                    UNIT          C2
NUMB. OF EMP.   N/A         PAY PLAN      C1           BATCH         AC0
PPA             (   )       R/R           0203         USER ID
                            F/R           092001       DATE          03090
                            FACTOR %      100.00
                            AGENT CODE    CA 64376

Page 2 of 02