IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INS., CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-438-WKW |
| ) | |
| MCKNIGHT AGENCY INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On August 25, 2006, the Court entered an order directing the parties to file their final amended pleadings on or before September 1, 2006. (Doc. # 139.) On August 31, 2006, the plaintiff filed and docketed a document as "Amendment to Complaint." (*See* Doc. # 140.) This document, however, is not a final amended complaint; it is a copy of the parties' producer agreement. In addition, the parties' producer agreement was filed by the plaintiff on September 1, 2006. (Doc. # 141.) Accordingly, it is hereby

ORDERED that the "Amendment to Complaint" (Doc. # 140) is STRICKEN.

It is further ORDERED that on or before September 11, 2006, the plaintiff shall file a final amended complaint.

DONE this 5th day of September, 2006.

                                            /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE