IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY; | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No.: 2:05-CV-438-00 |
| THE MCKNIGHT AGENCY, INC., et al.; | ) ) ) |
| Defendants. | ) |

| | |
|---|---|
| RICKY LANE, RIVERSIDE TURF FARM; | ) ) ) |
| Cross Claimants, | ) ) |
| v. | ) ) |
| THE MCKNIGHT AGENCY, INC., JOE MCKNIGHT, et al.; | ) ) ) |
| Counterclaim Defendants | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Progressive Specialty Insurance Company, Cross-Claim Plaintiffs Ricky Lane and Riverside Turf Farm (collectively "Cross-Claimants), and Cross-Claim Defendants McKnight Agency, Inc. and Joe McKnight (collectively "McKnight"), by and through their attorneys of record, and stipulate that all claims of Cross-Claimants against McKnight in this proceeding are to be dismissed with prejudice, each party to bear its own costs.

This the 8th day of September, 2006.

| | |
|---|---|
| */s/ Lynn W. Jinks* | */s/ Mark E. Tindal* |
| Lynn W. Jinks, III | Stephen E. Whitehead |
| Nathan Andrew Dickson, II | Mark E. Tindal |
| Christina D. Crow | Graham R. Pulvere |
| Attorneys for Riverside Turf Farm and Ricky Lane | Attorneys for Joe McKnight and The McKnight Agency |
| Jinks Daniel & Crow LLC | Lloyd, Gray & Whitehead PC |
| P.O. Box 350 | 2501 Twentieth Place South, Suite 300 |
| Union Springs, AL  36089-0350 | Birmingham, Alabama  35223 |

*/s/ R. Larry Bradford*
R. Larry Bradford
Shane T. Sears
Attorneys for Progressive Specialty Insurance Company
Bradford Law Firm, PC
2020 Canyon Road, Suite 100
Birmingham, AL  35216