IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INS. CO., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:05-cv-438-WKW |
| MCKNIGHT AGENCY, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

# **ORDER**

Upon consideration of the Joint Stipulation of Dismissal With Prejudice filed by the parties on September 8, 2006 (Doc. # 146), it is hereby

ORDERED that the cross claims of Ricky Lane and Riverside Turf Farm against McKnight Agency, Inc. and Joe McKnight are DISMISSED WITH PREJUDICE, costs taxed as paid.

DONE this 11th day of September, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE