IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALITY, INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:05-cv-438-WKW |
| MCKNIGHT AGENCY, INC., *et al.,* ) ) ) | |
| Defendants. ) | |

## **O R D E R**

For good cause, it is hereby

ORDERED that on or before **October 12, 2006**, the plaintiff shall show cause why it has failed to comply with this court's order of September 5, 2006. (Doc. # 145). In the order, the court directed the plaintiff to file the final amended complaint no later than September 11, 2006. *Id*. As of this date, the record reflects that no final amended complaint has been filed, and that the plaintiff has not requested an extension.

DONE this 4th day of October, 2006.

                                            /s/  W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE