IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case Number: 2:05-CV-438-W |
| McKNIGHT AGENCY, INC.; JOE McKNIGHT, | ) ) ) | |
| Defendants. | ) ) | |

## PROGRESSIVE SPECIALTY INSURANCE COMPANY'S MEMORANDUM BRIEF CONCERNING DAMAGES AWARD

Comes now the defendant, Progressive Specialty Insurance Company ("Progressive")

pursuant to the order entered by Judge William Keith Watkins on February 7, 2007 and files

its memorandum brief concerning the requested amount of attorney's fees, court costs,

litigation expenses, and additional premiums due in this case as follows:

1.     Progressive's attorney's fees concerning the prosecution of this case against

Joe McKnight ("McKnight") and McKnight Agency, Inc. ("McKnight Agency") are in the

amount of $18,949.80. Progressive incurred expenses in the amount of $1,041.20. The total

amount of attorney's fees and expenses incurred in prosecution of its case against McKnight

and McKnight Agency is in the amount of $19,991. See exhibit "A".

2.     The amount of additional premiums which Ricky Lane would have had to pay

to secure $1 million of liability coverage with Progressive at the time that McKnight Agency

obtained the policy for him would have been in the amount of $2,821.76.   Progressive is

_/s/ Shane T. Sears_
OF COUNSEL

attaching the affidavit of Kimberly Haycox concerning the amount of additional premiums earned by Progressive for $1 million dollars of CSL coverage.  See exhibit "B".

3.    Progressive requests that the court award it damages in amount of $22,812.76.


> /s/ R. Larry Bradford
> R.  Larry  Bradford,  Attorney  for Counterdefendant, Progressive Specialty Insurance Company
> Attorney Bar Code: BRA039


> /s/ Shane T. Sears
> Shane  T.  Sears,  Attorney  for Counterdefendant, Progressive Specialty Insurance Company
> Attorney Bar Code: SEA0269

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the ___ day of February, 2007, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Stephen E. Whitehead, Esq.
Mark E. Tindal, Esq.
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223


> /s/ Shane T. Sears
> OF COUNSEL

# Bradford Law Firm, P.C.

2020 Canyon Road
Suite 100
Birmingham, Alabama 35216
Telephone: (205) 871-7733    Fax: (205) 871-7387

Federal Tax ID #: 04-3606116

Progressive Specialty Insurance Company
2100 Riverchase Center
Bldg. 100, Suite 110
Birmingham, AL 35244

Date:    May 02/05
File #:    6000-01131
Inv #:    6318

**RE:** Jane Holmes, personal rep. of the estate of Daisy Beasley v. Riverside Turf, Exvell Carriers, W.S. Badcock, and Ricky Lane, In the Circuit Court of Pike County, CV-04-B-247, Insured: Ricky Lane, Claim Number: 043307972, DOL: 07/06/2004.

**Insured:** Ricky Lane
**Claim #:** 043307972
**Policy #:**
**DOL:** 07/06/2004

## Professional Services

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| Jan-14-05 | RLB | Receipt and review of new file assignment and Progressive's claims file; | 0.80 | 92.00 |
| Feb-23-05 | RLB | Correspondence to Mr. Lackey concerning review of claims file and possible strategy; | 0.60 | 69.00 |
|  | RLB | Prepare and attend meeting with Mr. Lackey to update defense strategy; | 0.30 | 34.50 |
| Mar-10-05 | RLB | Receipt and review of correspondence from Mr. Lackey concerning producer's agreement (including agreement); | 0.20 | 24.00 |

**For professional services rendered**                                                    **$219.50**

**Total amount of this bill**                                                                  **$219.50**

**Amount Due**

| Name | Initials | Timekeeper Summary Hours | Rate | Amount |
|------|----------|--------------------------|------|--------|
| R. Larry Bradford | RLB | 1.90 | $115.53 | $219.50 |



# Bradford Law Firm, P.C.

2020 Canyon Road
Suite 100
Birmingham, Alabama 35216
Telephone:  (205) 871-7733    Fax:  (205) 871-7387

Federal Tax ID #:  04-3606116

Progressive Specialty Insurance Company
2100 Riverchase Center
Bldg. 100, Suite 110
Birmingham, AL 35244

| | |
|---|---|
| Date: | Jul 12/05 |
| File #: | 6000-01131 |
| Inv #: | 6553 |

RE:    Jane Holmes, personal rep. of the estate of Daisy Beasley v. Riverside Turf, Exvell
       Carriers, W.S. Badcock, and Ricky Lane, In the Circuit Court of Pike County,
       CV-04-B-247, Insured: Ricky Lane, Claim Number: 043307972, DOL: 07/06/2004.

Insured:     Ricky Lane
Claim #:     043307972
Policy #:
DOL:         07/06/2004

## Professional Services

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| Apr-28-05 | RLB | Receipt and review of correspondence from Mr. Lackey concerning complaint; | 0.10 | 12.00 |
| May-04-05 | RLB | Correspondence to Mr. Lackey concerning the filing of Progressive's complaint; | 0.30 | 36.00 |
| | RLB | Correspondence to plaintiff attorney concerning filing of complaint; | 0.30 | 36.00 |
| May-06-05 | RLB | Preparation of DJA complaint; | 2.20 | 264.00 |
| May-17-05 | RLB | Telephone conference with federal clerk concerning return of service on agent; | 0.10 | 12.00 |
| | RLB | Receipt and review of correspondence from plaintiff attorney concerning status of case and answer; | 0.10 | 12.00 |
| May-18-05 | RLB | Receipt and review of summons to Riverside Turf Farm, Joe McKnight, and Ricky Lane; | 0.10 | 12.00 |
| | RLB | Receipt and review of request for reassignment of case to a United States District Judge; | 0.10 | 12.00 |
| May-20-05 | RLB | Receipt and review of notice of service of summons and complaint; | 0.10 | 12.00 |

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company
October 18, 2005
Page    4

| | | | | |
|---|---|---|---|---|
| | RLB | Preparation of defendant's local Rule 26.1 disclosures; | 1.50 | 180.00 |
| Aug-29-05 | RLB | Telephone conference with plaintiff attorney concerning prior deposition of Lane and deposition of Progressive representative; | 0.10 | 12.00 |
| | RLB | Telephone conference with Mr. Lackey concerning deposition of Fitzgerald; | 0.10 | 12.00 |
| Aug-31-05 | RLB | Receipt and review of deposition transcript of Ricky Lane in underlying case; | 0.70 | 84.00 |
| | RLB | Receipt and review of correspondence from plaintiff attorney concerning deposition of Progressive corporate representative; | 0.10 | 12.00 |
| Sep-01-05 | RLB | Conference with Mr. Lackey concerning deposition of Ms. Fitzgerald; | 0.10 | 12.00 |
| | RLB | Receipt and review of prediscovery disclosures by Jane Holmes; | 0.20 | 24.00 |
| | RLB | Receipt and review of order granting plaintiff's motion to dismiss successor agent; | 0.10 | 12.00 |
| | RLB | Receipt and review of scheduling order entered in case; | 0.20 | 24.00 |
| | RLB | Receipt and review of e-mail message from Mr. Lackey concerning corporate representative deposition; | 0.10 | 12.00 |
| Sep-02-05 | RLB | Prepare for deposition of agent, including selection of deposition exhibits; | 0.50 | 60.00 |
| | RLB | Receipt and review of defendants' answer to plaintiff's second amended complaint; | 0.10 | 12.00 |
| | RLB | Receipt and review of Joe McKnight and McKnight Agency's motion for leave to file answer out of time; | 0.10 | 12.00 |
| | RLB | Receipt and review of defendant Jane Holmes' answer to second amended complaint; | 0.10 | 12.00 |
| Sep-06-05 | RLB | Telephone conference with Mr. Lackey concerning reset deposition of agent; | 0.10 | 12.00 |
| | RLB | Telephone conference with agent attorney concerning expected testimony by Progressive representative; | 0.20 | 24.00 |
| | RLB | Receipt and review of correspondence from defendant attorney concerning deposition of Progressive corporate representative; | 0.10 | 12.00 |

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company

July 12, 2005

Page    3

**For professional services rendered**                                                                   **$648.00**

**Additional Charges:**

May-06-05        Court Fees [Filing complaint] 2500.00 @ 0.10                    250.00

**Total Costs**                                                                                         $250.00

**Total amount of this bill**                                                                           **$898.00**

**Amount Due**

| Name | Timekeeper Summary | | Rate | Amount |
|------|--------|--------|------|--------|
| | Initials | Hours | | |
| **R. Larry Bradford** | **RLB** | **5.40** | **$120.00** | **$648.00** |

# Bradford Law Firm, P.C.

2020 Canyon Road
Suite 100
Birmingham, Alabama 35216
Telephone: (205) 871-7733    Fax: (205) 871-7387

Federal Tax ID #: 04-3606116

| | |
|---|---|
| Progressive Specialty Insurance Company | Date: Oct 18/05 |
| 2100 Riverchase Center | File #: 6000-01131 |
| Bldg. 100, Suite 110 | Inv #: 6876 |
| Birmingham, AL 35244 | |

RE:    Jane Holmes, personal rep. of the estate of Daisy Beasley v. Riverside Turf, Exvell
Carriers, W.S. Badcock, and Ricky Lane, In the Circuit Court of Pike County,
CV-04-B-247, Insured: Ricky Lane, Claim Number: 043307972, DOL: 07/06/2004.

Insured:       Ricky Lane
Claim #:       043307972
Policy #:
DOL:           07/06/2004

## Professional Services

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| Jun-16-05 | RLB | Receipt and review of correspondence from plaintiff attorney concerning settlement demand; | 0.10 | 12.00 |
| | RLB | Receipt and review of correspondence from Mr. Lackey concerning producer's agreement; | 0.20 | 24.00 |
| Jun-20-05 | RLB | Receipt and review of defendant McKnight Agency's answer to complaint; | 0.20 | 24.00 |
| Jul-01-05 | RLB | Receipt and review of correspondence from McKnight attorney concerning constitutionality of punitive damages; | 0.10 | 12.00 |
| Jul-05-05 | RLB | Receipt and review of correspondence from Mr. Lackey concerning correct claim number and status of case; | 0.10 | 12.00 |
| | RLB | Receipt and review of order granting Progressive's motion for leave to amend complaint; | 0.10 | 12.00 |
| | RLB | Receipt and review of answer of Riverside Turf Farm; | 0.10 | 12.00 |
| Jul-06-05 | RLB | Telephone conference with Mr. Lackey concerning possible corporate representative for Progressive deposition; | 0.10 | 12.00 |
| | RLB | Receipt and review of correspondence from Mr. Lackey concerning additional information on case; | 0.10 | 12.00 |

## Bradford Law Firm, P.C.

Progressive Specialty Insurance Company
October 18, 2005
Page    2

| | | | | |
|---|---|---|---|---|
| Jul-12-05 | RLB | Receipt and review of notice of reassignment of case to Judge Myron H. Thompson; | 0.10 | 12.00 |
| | RLB | Receipt and review of defendant Jane Holmes' answer to first amended complaint; | 0.10 | 12.00 |
| Jul-13-05 | RLB | Receipt and review of defendant Jane Holmes as personal representative of the Estate of Daisy Beasley's answer to first amended complaint; | 0.10 | 12.00 |
| | RLB | Receipt and review of acceptance and wiaver; | 0.10 | 12.00 |
| | RLB | Receipt and review of defendnat Jane Holmes' answer to first amended complaint; | 0.10 | 12.00 |
| | RLB | Receipt and review of notice of correction from clerk of court; | 0.10 | 12.00 |
| Jul-18-05 | RLB | Receipt and review of Troy King, Attorney General of the State of Alabama's acceptance and waiver; | 0.10 | 12.00 |
| Jul-19-05 | RLB | Receipt and review of defendants' answer to plaintiff's first amended complaint; | 0.20 | 24.00 |
| Jul-20-05 | RLB | Receipt and review of order concerning allegations of plaintiff's complaint; | 0.10 | 12.00 |
| | RLB | Receipt and review of Rule 26(f) order; | 0.10 | 12.00 |
| | RLB | Attend meeting with Young, Johnson attorney concerning background of policy application, asset purchase agreement, and renewal of policy; | 0.60 | 72.00 |
| Jul-21-05 | RLB | Receipt and review of correspondence from Mcknight attorney concerning requested purchase agreement (including agreement); | 0.30 | 36.00 |
| Jul-25-05 | STS | Preparation of amended complaint concerning residency of decedent's personal representative; | 0.80 | 88.00 |
| Aug-02-05 | RLB | Telephone conference with attorney for subsequent agent concerning possible dismissal without prejudice; | 0.10 | 12.00 |
| Aug-09-05 | RLB | Receipt and review of notice of deposition of Joe McKnight; | 0.10 | 12.00 |
| Aug-11-05 | RLB | Receipt and review of correspondence from plaintiff attorney concerning discovery; | 0.10 | 12.00 |
| | RLB | Prepare and attend meeting with Mr. Lackey to update defense plan; | 0.30 | 36.00 |

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company

October 18, 2005

Page    3

| Aug-12-05 | RLB | Receipt and review of correspondence from plaintiff attorney concenring trial; | 0.10 | 12.00 |
|---|---|---|---|---|
| | RLB | Receipt and review of correspondence from Young Johnston & Associates concerning permission to dismiss without prejudice; | 0.10 | 12.00 |
| Aug-15-05 | RLB | Receipt and review of joint report of parties' planning meeting; | 0.20 | 24.00 |
| | RLB | Receipt and review of correspondence from plaintiff attorney concerning joint report of parties' planning meeting; | 0.10 | 12.00 |
| | RLB | Receipt and review of correspondence from plaintiff attorney concerning mediation and AIG involvment; | 0.14 | 16.80 |
| | RLB | Attend planning meeting required by local federal rules; | 1.90 | 228.00 |
| Aug-16-05 | RLB | Correspondence to Mr. Lackey concerning current defense plan regarding planning meeting, mediation, and recommendations; | 0.60 | 72.00 |
| | RLB | Receipt and review of correspondence from plaintiff attorney concerning joint report of parties' planning meeting; | 0.10 | 12.00 |
| | RLB | Receipt and review of joint report of parties' planning meeting; | 0.20 | 24.00 |
| Aug-17-05 | RLB | Receipt and review of correspondence from Riverside Turf attorney concerning Progressive's policy; | 0.10 | 12.00 |
| Aug-22-05 | RLB | Receipt and review of correspondence from plaintiff attorney concerning amended complaint; | 0.10 | 12.00 |
| Aug-23-05 | RLB | Telephone conference with Mr. Lackey concerning demand letter by Riverside Turf; | 0.10 | 12.00 |
| Aug-24-05 | RLB | Receipt and review of joint report of parties' planning meeting; | 0.20 | 24.00 |
| Aug-26-05 | RLB | Correspondence to Mr. Lackey concerning the parties planning meeting; | 0.30 | 36.00 |
| | RLB | Correspondence to co-defendant attorney concerning liability limits; | 0.30 | 36.00 |
| | RLB | Correspondence to the underlying plaintiff attorney concerning deposition of Ms. Fitzgerald; | 0.30 | 36.00 |
| | RLB | Receipt and review of correspondence from Mr. Lackey concerning deposition; | 0.10 | 12.00 |

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company

July 12, 2005

Page    2

| Date | | Description | | |
|------|------|-------------|------|------|
| May-23-05 | RLB | Receipt and review of correspondence from Mr. Lackey concerning liability limits and producer's agreement; | 0.10 | 12.00 |
| May-24-05 | RLB | Receipt and review of correspondence from USDC concenring process of case; | 0.10 | 12.00 |
| Jun-01-05 | RLB | Receipt and review of correspondence from Mr. Lackey concerning status of case; | 0.10 | 12.00 |
| Jun-03-05 | RLB | Receipt and review of answer of defendant Jane Holmes; | 0.10 | 12.00 |
| Jun-06-05 | RLB | Telephone conference with agency attorney concerning filing of answer to complaint; | 0.10 | 12.00 |
| | RLB | Receipt and review of defendants McKnight and the McKnight Agency, Inc.'s unopposed motion to respond to complaint; | 0.10 | 12.00 |
| Jun-08-05 | RLB | Receipt and review of correspondence from Riverside Turf attorney concerning declaratory judgment action and insurance coverage; | 0.10 | 12.00 |
| Jun-09-05 | RLB | Receipt and review of defendants Joe McKnight and the McKnight Agency, Inc.'s umopposed motion to respond to complaint; | 0.10 | 12.00 |
| Jun-10-05 | RLB | Receipt and review of correspondence from Mr. Lackey concerning status of case; | 0.10 | 12.00 |
| Jun-13-05 | RLB | Telephone conference with agent attorney concerning time limit demand; | 0.10 | 12.00 |
| | RLB | Telephone conference with Mr. Lackey concerning time limit demand and contact with agent attorney; | 0.10 | 12.00 |
| | RLB | Correspondence to defendant attorney concerning Georgia Farm Bureau and the issuance of certificate; | 0.30 | 36.00 |
| | RLB | Receipt and review of correspondence from Mr. Lackey concerning underlying tort case (including demand letter from McKnight agency attorney); | 0.20 | 24.00 |
| Jun-14-05 | RLB | Telephone conference with agent attorney concerning response to time limit demand; | 0.10 | 12.00 |
| | RLB | Telephone conference with Mr. Lackey concerning agent's planned response to time limit demand to request time extension; | 0.10 | 12.00 |
| Jun-15-05 | RLB | Telephone conference with Mr. Lackey concerning lack of settlement contribution by agent; | 0.10 | 12.00 |
| | RLB | Receipt and review of correspondence from plaintiff attorney concerning settlement demand; | 0.10 | 12.00 |

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company

October 18, 2005

Page    5

| | | | |
|---|---|---|---|
| RLB | Receipt and review of answer to second amended complaint; | 0.10 | 12.00 |
| RLB | Receipt and review of order granting defendants' motion for leave to file answer out of time; | 0.10 | 12.00 |
| RLB | Receipt and review of correspondence from defendant attorney deposition of Joe McKnight; | 0.10 | 12.00 |
| RLB | Receipt and review of correspondence from Ricky Lane's attorney concerning settlement negotiations; | 0.10 | 12.00 |
| RLB | Receipt and review of re-notice of taking deposition of Joe McKnight; | 0.10 | 12.00 |

**For professional services rendered**                                                   **$1,712.80**

**Total amount of this bill**                                                                     **$1,712.80**

**Amount Due**

| Name | Timekeeper Summary Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| **R. Larry Bradford** | **RLB** | **13.54** | **$120.00** | **$1,624.80** |
| **Shane T. Sears** | **STS** | **0.80** | **$110.00** | **$88.00** |

# Bradford Law Firm, P.C.

2020 Canyon Road
Suite 100
Birmingham, Alabama 35216
Telephone: (205) 871-7733    Fax: (205) 871-7387

Federal Tax ID #: 04-3606116

Progressive Specialty Insurance Company
2100 Riverchase Center
Bldg. 100, Suite 110
Birmingham, AL 35244

|           |            |
|-----------|------------|
| Date:     | Dec 28/05  |
| File #:   | 6000-01131 |
| Inv #:    | 7157       |

| | |
|---|---|
| RE: | Jane Holmes, personal rep. of the estate of Daisy Beasley v. Riverside Turf, Exvell Carriers, W.S. Badcock, and Ricky Lane, In the Circuit Court of Pike County, CV-04-B-247, Insured: Ricky Lane, Claim Number: 043307972, DOL: 07/06/2004. |
| Insured: | Ricky Lane |
| Claim #: | 043307972 |
| Policy #: | |
| DOL: | 07/06/2004 |

## Professional Services

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| Oct-10-05 | RLB | Lengthy telephone conference with Lane attorney concerning background of claim and possible bad faith claim; | 0.20 | 24.00 |
| | RLB | Telephone conference with Mr. Lackey concerning possible bad faith counterclaim by Lane; | 0.10 | 12.00 |
| Oct-13-05 | RLB | Receipt and review of correspondence from Mr. Lackey concerning status of case; | 0.10 | 12.00 |
| Oct-14-05 | RLB | Receipt and review of second re-notice of taking deposition of Joe McKnight by co-defendant, Jane Holmes; | 0.10 | 12.00 |
| Oct-17-05 | RLB | Receipt and review of Jane Holmes' second re-notice of taking deposition of Joe McKnight; | 0.10 | 12.00 |
| Oct-25-05 | RLB | Telephone conference with Mr. Lackey concerning deposition of agent; | 0.10 | 12.00 |
| | RLB | Receipt and review of correspondence from Joe McKnight's attorney concerning his deposition; | 0.10 | 12.00 |
| Oct-26-05 | RLB | Correspondence to Ms. Lackey concerning the review of plaintiff's deposition and some recent developments; | 0.90 | 108.00 |
| | RLB | Receipt and review of Ricky Lane's answer to DJA complaint; | 0.10 | 12.00 |

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company

December 28, 2005

Page    2

| | | | | | |
|---|---|---|---|---|---|
| | RLB | Receipt and review of cross-claim filed by Ricky Lane; | 0.10 | | 12.00 |
| | RLB | Receipt and review of counterclaim against Progressive filed by Ricky Lane; | 0.20 | | 24.00 |
| Oct-27-05 | RLB | Receipt and review of correspondence from co-defendant attorney concerning Rule 26 disclosures; | 0.10 | | 12.00 |
| | STS | Review file in preparation for deposition of Joe Knight, including review of correspondence, pleadings, company file, investigation file, and deposition of Ricky Lane; | 0.70 | | 77.00 |
| Oct-28-05 | RLB | Receipt and review of McKnight's proposed notice of taking deposition of Ricky Lane; | 0.10 | | 12.00 |
| | RLB | Receipt and review of McKnight's proposed notice of taking deposition of Riverside Turf; | 0.10 | | 12.00 |
| | STS | Attend and take deposition of Joe McKnight; | 3.20 | | 352.00 |
| | STS | Correspondence to Mr. Lackey concerning deposition of Joe McKnight and recent developments; | 1.20 | | 132.00 |
| Nov-01-05 | RLB | Receipt and review of Ricky Lane's motion for leave of court to amend; | 0.10 | | 12.00 |
| | RLB | Receipt and review of Ricky Lane's first amendment to counterclaim; | 0.10 | | 12.00 |
| | RLB | Receipt and review of Ricky Lane's first amendment to cross-claim; | 0.10 | | 12.00 |
| Nov-02-05 | RLB | Receipt and review of order granting Lane's motions to amend; | 0.10 | | 12.00 |
| Nov-08-05 | RLB | Receipt and review of McKnight Agency's motion to extend deadlines; | 0.10 | | 12.00 |
| | RLB | Receipt and review of Holmes' motion to amend answer to second amended complaint; | 0.10 | | 12.00 |
| | RLB | Receipt and review of McKnight's motion to extend certain deadlines; | 0.10 | | 12.00 |
| Nov-09-05 | RLB | Telephone conference with plaintiff attorney concerning possible increased tender by Progressive; | 0.10 | | 12.00 |
| | RLB | Telephone conference with Mr. Lackey concerning deposition of billing representative; | 0.10 | | 12.00 |

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company

December 28, 2005

Page    3

| | | | | |
|---|---|---|---|---|
| | RLB | Receipt and review of correspondence from Joe McKnight's attorney concerning depositions of parties; | 0.10 | 12.00 |
| | RLB | Receipt and review of correspondence from Riverside Turf's attorney concerning deposition of Progressive's corporate representative; | 0.10 | 12.00 |
| | RLB | Receipt and review of correspondence from McKnight's attorney concerning corrected deposition notice for Progressive's rep; | 0.10 | 12.00 |
| | RLB | Receipt and review of McKnight Agency's interrogatories to Progressive; | 0.20 | 24.00 |
| | RLB | Receipt and review of McKnight Agency's request for production to Progressive; | 0.10 | 12.00 |
| | RLB | Receipt and review of Joe McKnight's deposition transcript; | 0.30 | 36.00 |
| | RLB | Receipt and review of Joe McKnight's notice of taking deposition of Progressive's corporate representative with document production; | 0.20 | 24.00 |
| Nov-10-05 | RLB | Telephone conference  with agent attorney concerning deposition of Progressive (2 calls); | 0.20 | 24.00 |
| | RLB | Telephone conference with Mr. Lackey concerning depoosition of billing representative; | 0.10 | 12.00 |
| | RLB | Receipt and review of Ricky Lane's amendment to counterclaim; | 0.20 | 24.00 |
| | RLB | Receipt and review of Ricky Lanes' motion for leave to amend answer; | 0.10 | 12.00 |
| | RLB | Receipt and review of correspondence from Joe McKnight's attorney concerning depositions of Ricky Lane and Riverside Turf's corporate representative; | 0.10 | 12.00 |
| | RLB | Receipt and review of Riverside's counterclaim; | 0.20 | 24.00 |
| | RLB | E-mail message to Riverside's attorney concerning deposition of Progressive's corporate representative in Cleveland; | 0.10 | 12.00 |
| | RLB | Receipt and review of McKnight's motion for leave of court to amend defendants' answers to plaintiff's second amended complaint; | 0.10 | 12.00 |
| | RLB | Receipt and review of correspondence from Riverside's attorney concerning possible telephone deposition of Progressive's corporate representative; | 0.10 | 12.00 |
| | RLB | Receipt and review of Ricky Lane's first amendment to answer; | 0.10 | 12.00 |

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company
December 28, 2005
Page    4

| | | | | |
|---|---|---|---|---|
| | RLB | Receipt and review of McKnight's amended answer to plaintiff's second amended complaint; | 0.20 | 24.00 |
| | RLB | Receipt and review of Riverside's answer to second amended complaint; | 0.10 | 12.00 |
| | RLB | Receipt and review of Ricky Lane's motion for leave for second amendment to counterclaim; | 0.10 | 12.00 |
| | RLB | Receipt and review of order granting Lane's motion for leave to amend; | 0.10 | 12.00 |
| | RLB | Receipt and review of correspondence from Riverside Turf's attorney concerning deposition of its claims representative; | 0.10 | 12.00 |
| | RLB | Receipt and review of McKnight's motion for summary judgment; | 0.10 | 12.00 |
| | RLB | Receipt and review of Riverside's cross-claim against agent; | 0.20 | 24.00 |
| Nov-11-05 | RLB | Telephone conference with Mary Alice Fitzgerald concerning scope of her deposition; | 0.20 | 24.00 |
| | RLB | Telephone conference with Riverside attorney concerning deposition of Mr. Lackey (2 calls); | 0.20 | 24.00 |
| | RLB | Telephone conference with plaintiff attorney concerning deposition of Progressive representative; | 0.10 | 12.00 |
| | RLB | Receipt and review of Ricky Lane's second amendment to his answer; | 0.10 | 12.00 |
| | RLB | Receipt and review of Jane Holmes' amended answer to second amended complaint; | 0.10 | 12.00 |
| | RLB | Receipt and review of Ricky Lane's second amendment to counterclaim; | 0.10 | 12.00 |
| | RLB | E-mail message to McKnight attorney concerning deposition of Progressive representative; | 0.10 | 12.00 |
| Nov-14-05 | RLB | Telephone conference with Ms. Mary Alice Fitzgerald concerning her deposition (3 calls); | 0.20 | 24.00 |
| | RLB | Receipt and review of notice of taking deposition of Ricky Lane; | 0.10 | 12.00 |
| | EB | Review file in preparation for deposition of Ricky Lane, including review of correspondence, pleadings, and Lane's previous deposition; | 0.50 | 55.00 |

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company
December 28, 2005
Page    5

| | | | | |
|---|---|---|---|---|
| Nov-15-05 | RLB | Receipt and review of correpondence from McKnight attorney concerning deposition of Progressive's corporate rep.; | 0.10 | 12.00 |
| | RLB | Receipt and review of notice of taking deposition of Progressive's corporate representative; | 0.20 | 24.00 |
| | RLB | Receipt and review of notice of taking deposition of Riverside Turf's corporate representative; | 0.20 | 24.00 |
| | RLB | Receipt and review of correspondence from McKnight attorney concerning corporate representatives' depositions; | 0.10 | 12.00 |
| | RLB | Receipt and review of McKnight's response to Lane's cross-claim; | 0.20 | 24.00 |
| | RLB | Receipt and review of McKnight's response to Lane's cross-claim; | 0.20 | 24.00 |
| | EB | Correspondence to Mr. Lackey concerning deposition of Ricky Lane; | 0.90 | 99.00 |
| | EB | Travel to Union Springs; | 2.40 | 264.00 |
| | EB | Attend and take deposition of Ricky Lane; | 2.00 | 220.00 |
| | EB | Return to office; | 2.40 | 264.00 |
| Nov-16-05 | RLB | Telephone conference with Mr. Lackey concerning his deposition; | 0.10 | 12.00 |
| | RLB | Correspondence to Mr. Lackey concerning deposition notice; | 0.30 | 36.00 |
| | RLB | Correspondence to Ms. Fitzgerald concerning her deposition; | 0.30 | 36.00 |
| | RLB | Telephone conference with plaintiff attorney concerning deposition of Mr. Lackey; | 0.10 | 12.00 |
| | RLB | Receipt and review of Ricky Lane's deposition transcript; | 0.30 | 36.00 |
| | RLB | Receipt and review of notice of taking deposition of Progressive's corporate representative; | 0.10 | 12.00 |
| Nov-17-05 | RLB | Prepare for deposition of Riverside representative, including review of insurance documents; | 0.40 | 48.00 |

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company

December 28, 2005

Page    6

| | | | | |
|---|---|---|---|---|
| | RLB | Receipt and review of notice of taking deposition of Riverside Turf's corporate representative; | 0.10 | 12.00 |
| Nov-18-05 | RLB | Travel to Union Springs; | 2.40 | 288.00 |
| | RLB | Attend and take deposition of Riverside Turf's corporate representative; | 2.00 | 240.00 |
| | RLB | Return to office; | 2.40 | 288.00 |
| Nov-20-05 | RLB | Travel to Cleveland; | 3.50 | 420.00 |
| | RLB | Prepare for depositions of Progressive representatives, including review of underwriting and claim documents; | 1.00 | 120.00 |
| Nov-21-05 | RLB | Attend predepositon conference with Ms. Fitzgerald and Mr. Lackey; | 1.00 | 120.00 |
| | RLB | Attend deposition of Mary Alice Fitzgerald on underwriting issues; | 2.00 | 240.00 |
| | RLB | Attend deposition of Mr. Lackey on claim issues; | 1.00 | 120.00 |
| | RLB | Return to office from Cleveland (including waiting time); | 7.00 | 840.00 |
| Nov-22-05 | RLB | Correspondence to Mr. Lackey concerning the review of depositions for Riverside Turf, Mary Alice Fitzgerald, and Larry Lackey; | 1.20 | 144.00 |
| | RLB | Correspondence to agent attorney concerning review of liability limits and producer's agreement; | 0.70 | 84.00 |
| | RLB | Correspondence to Mr. Lackey concerning indemnity demand; | 0.30 | 36.00 |
| | RLB | Receipt and review of Mary Alice Fitzgerald's deposition transcript; | 0.30 | 36.00 |
| | RLB | Receipt and review of Raymond Morris' deposition transcript; | 0.30 | 36.00 |
| | RLB | Receipt and review of Jane Holmes' motion for summary judgment with attached supporting exhibits; | 0.30 | 36.00 |
| | RLB | Receipt and review of correspondence from McKnight attorney concerning possible settlement of case; | 0.10 | 12.00 |

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company

December 28, 2005

Page    7

| | | | | |
|---|---|---|---|---|
| | RLB | Receipt and review of Larry Lackey's deposition transcript; | 0.20 | 24.00 |
| | RLB | Receipt and review of McKnight Agency's brief in support of MFSJ; | 0.40 | 48.00 |
| | RLB | Preparation of Progressive's second amended complaint; | 1.50 | 180.00 |
| | RLB | Preparation of motion to leave to amend complaint; | 0.70 | 84.00 |
| | RLB | Preparation of reply to Riverside Turf's counterclaim; | 0.90 | 108.00 |
| | RLB | Preparation of reply to Ricky Lane's counterclaim; | 1.20 | 144.00 |
| Nov-23-05 | RLB | Legal research in support of MFSJ, including nonbilled Westlaw research and review of legal treatises (actual time reduced); | 4.00 | 480.00 |
| | RLB | Telephone conference with Judge Thompson concerning submission order for MFSJs; | 0.10 | 12.00 |
| | RLB | Correspondence to Mr. Lackey concerning filing of motion for summary judgment and brief; | 0.30 | 36.00 |
| | RLB | Preparation of motion for summary judgment; | 1.10 | 132.00 |
| Nov-24-05 | RLB | Preparation of memorandum brief in support of Progressive's motion for summary judgment; | 4.80 | 576.00 |
| Nov-25-05 | RLB | Receipt and review of defendants' notice of filing evidentiary materials in support of MFSJ; | 0.10 | 12.00 |
| Nov-28-05 | RLB | Telephone conference with Riverside Turf attorney concerning demand for settlement; | 0.10 | 12.00 |
| | RLB | Receipt and review of correspondence from McKnight's attorney concerning possible settlement negotiations; | 0.10 | 12.00 |
| | RLB | Receipt and review of McKnight's response to Riverside's cross-claim; | 0.20 | 24.00 |
| Nov-29-05 | RLB | Receipt and review of order concerning submission of Jane Holmes' motion for summary judgment; | 0.10 | 12.00 |
| | RLB | Receipt and review of order granting motion for leave to amend answer to cross-claim; | 0.10 | 12.00 |

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company

December 28, 2005

Page    8

| | | | | |
|---|---|---|---|---|
| | RLB | Receipt and review of order concerning submission of Progressive's summary judgment motion; | 0.10 | 12.00 |
| Nov-30-05 | RLB | Receipt and review of order concerning submission of plaintiff's motion for leave to amend; | 0.10 | 12.00 |
| | RLB | Receipt and review of McKnight's amended answer to plaintiff's second amended complaint; | 0.20 | 24.00 |
| | RLB | Receipt and review of order concerning submission of McKnight Agency's motion for summary judgment; | 0.10 | 12.00 |
| Dec-05-05 | RLB | Receipt and review of McKnight's opposition to motion for leave to amend complaint; | 0.10 | 12.00 |
| | RLB | Receipt and review of McKnight's amended answer and counterclaim; | 0.10 | 12.00 |
| Dec-06-05 | RLB | Receipt and review of McKnight's motion for leave to amend answer; | 0.10 | 12.00 |
| Dec-07-05 | RLB | Receipt and review of order granting defendants' motion for leave to amend answer; | 0.10 | 12.00 |
| Dec-08-05 | RLB | Receipt and review of correspondence from McKnight attorney concerning its refusal to indemnify and hold harmless Progressive; | 0.10 | 12.00 |
| Dec-09-05 | STS | Telephone conference with Judge Thompson concerning brief deadline; | 0.10 | 11.00 |
| Dec-12-05 | RLB | Telephone conference with Riverside Turf attorney concerning response to settlement demand; | 0.10 | 12.00 |
| | RLB | Telephone conference with agent attorney concerning settlement demand (2 calls); | 0.20 | 24.00 |
| | RLB | Telephone conference with Mr. Lackey concerning time limit demand; | 0.10 | 12.00 |
| | RLB | Receipt and review of correspondence from Riverside Turf's attorney concerning deadline for responding to its settlement demand; | 0.10 | 12.00 |
| | RLB | Receipt and review of correspondence from McKnight attorney concerning settlement of underlying case; | 0.10 | 12.00 |
| Dec-16-05 | STS | Preparation of objection to defendant, Jane Holmes', motion to amend answer; | 0.90 | 99.00 |
| | STS | Legal research concerning third party beneficiary to contract and standing, including non-billed Westlaw research; | 1.50 | 165.00 |

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company

December 28, 2005

Page    9

| | | | | |
|---|---|---|---|---|
| STS | Preparation of opposition to Jane Holmes' motion for summary judgment (actual time reduced from 5.7); | | 4.70 | 517.00 |

**For professional services rendered**                                                    **$8,675.00**

**Additional Charges:**

| | | | |
|---|---|---|---|
| Nov-11-05 | Long Distance Telephone | | 2.40 |
| | Long Distance Telephone | | 2.40 |
| | Long Distance Telephone | | 2.40 |
| Nov-14-05 | Long Distance Telephone | | 2.40 |
| Nov-15-05 | Out-of-town Travel (260 miles); | | 127.40 |
| Nov-16-05 | Long Distance Telephone | | 2.40 |
| Nov-18-05 | Out-of-town Travel (260 miles) | | 127.40 |
| Nov-21-05 | Out-of-town Travel  (airfare) | | 388.80 |
| | Out-of-town Travel  (airport parking) | | 9.00 |
| Nov-23-05 | Long Distance Telephone | | 2.40 |
| Dec-09-05 | Long Distance Telephone | | 2.40 |

**Total Costs**                                                                    $669.40

**Total amount of this bill**                                                   **$9,344.40**

**Amount Due**

| Name | Timekeeper Summary Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| **R. Larry Bradford** | **RLB** | **53.50** | **$120.00** | **$6,420.00** |
| **Shane T. Sears** | **STS** | **12.30** | **$110.00** | **$1,353.00** |
| **Evan Baggett** | **EB** | **8.20** | **$110.00** | **$902.00** |

# Bradford Law Firm, P.C.

2020 Canyon Road
Suite 100
Birmingham, Alabama 35216
Telephone: (205) 871-7733    Fax: (205) 871-7387

Federal Tax ID #: 04-3606116

| | | |
|---|---|---|
| Progressive Specialty Insurance Company | Date: | Feb 23/06 |
| 2100 Riverchase Center | | |
| Bldg. 100, Suite 110 | File #: | 6000-01131 |
| Birmingham, AL 35244 | Inv #: | 7474 |

**RE:**  Jane Holmes, personal rep. of the estate of Daisy Beasley v. Riverside Turf, Exvell
Carriers, W.S. Badcock, and Ricky Lane, In the Circuit Court of Pike County,
CV-04-B-247, Insured: Ricky Lane, Claim Number: 043307972, DOL: 07/06/2004.
Insured:     Ricky Lane
Claim #:    043307972
Policy #:
DOL:         07/06/2004

**Professional Services**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| Dec-12-05 | STS | Legal research concerning reformation of insurance contract, negligent procurment, and defense and indemnity by agent; | 1.80 | 198.00 |
| Dec-13-05 | STS | Preparation of opposition to defendant, McKnight Agency, Inc.'s, motion for summary judgment, including legal research on reformation issue; | 6.70 | 737.00 |
| Dec-14-05 | RLB | Telephone conference with Mr. Lackey concerning time limit demand and lack of contribution by agent; | 0.20 | 24.00 |
| Dec-16-05 | RLB | Receipt and review of Janes Holmes' response to motion for summary judgment with attached supporting exhibits; | 0.30 | 36.00 |
| Dec-19-05 | RLB | Brief conference with Mr. Lackey concerning response to policy limit demand and defense to voluntary payment claim; | 0.20 | 24.00 |
| | RLB | Telephone conference with Lane attorney concerning status of settlement offer; | 0.10 | 12.00 |
| | RLB | Telephone conference with agent attorney concerning rejection of offer by AIG; | 0.10 | 12.00 |
| | RLB | Receipt and review of Holmes' supplemental response to Progressive's MFSJ; | 0.30 | 36.00 |
| | RLB | Receipt and review of Lane's and Riverside Turf's response to McKnight's MFSJ; | 0.10 | 12.00 |

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company
February 23, 2006
Page    2

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| Dec-20-05 | RLB | Telephone conference with Mr. Lackey concerning premium issue if policy is reformed; | 0.10 | 12.00 |
| | STS | Legal research concerning indemnity by agent for improper procurement of insurance policy; | 1.20 | 132.00 |
| Dec-21-05 | STS | Telephone conference with Mr. Lackey concerning indemnity by agent; | 0.10 | 11.00 |
| Dec-22-05 | RLB | Telephone conference with Lane attorney concerning rejection of increased offer above limits; | 0.10 | 12.00 |
| | RLB | Telephone conference with underlying plaintiff attorney concerning rejection of policy limit offer above limits; | 0.10 | 12.00 |
| | RLB | Receipt and review of order granting motions for leave to amend complaint; | 0.10 | 12.00 |
| Dec-23-05 | RLB | Telephone conference with plaintiff attorney concerning extension of time limit demand; | 0.10 | 12.00 |
| Dec-28-05 | RLB | Receipt and review of McKnight's amended answer and counterclaim; | 0.20 | 24.00 |
| Jan-06-06 | RLB | Telephone conference with Mr. Lackey concerning possible affidavit from product manager concerning software issue; | 0.10 | 12.00 |
| Jan-09-06 | RLB | Correspondence to Mr. Lackey concerning contacting a product manager or some other representative to obtain an affidavit; | 0.30 | 36.00 |
| Jan-11-06 | RLB | Lengthy telephone conference with Mr. Mike Kreiner concerning corporate depositions; | 0.20 | 24.00 |
| | RLB | Telephone conference with Mr. Lackey concerning issues involving voluntary payment; | 0.10 | 12.00 |
| Jan-12-06 | RLB | Follow-up telephone conference with Mr. Mike Kreiner to discuss voluntary payment issue; | 0.20 | 24.00 |
| | STS | Telephone conference with Mr. Lackey concerning Progressive affidavit; | 0.10 | 12.00 |
| Jan-13-06 | RLB | Receipt and review of correspondence from McKnight Agency's attorney concerning settlement negotiations; | 0.10 | 12.00 |
| Jan-18-06 | RLB | Receipt and review of order setting case for pretrial; | 0.10 | 12.00 |
| Jan-20-06 | RLB | Correspondence to Mr. Lackey concerning letter from the agent's attorney agreeing to waive payment issue; | 0.30 | 36.00 |

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company
February 23, 2006
Page    3

| | | | | | |
|---|---|---|---|---|---|
| | RLB | Telephone conference with Mr. Kreiner concerning trial setting and policy limit demand by Riverside Turf; | 0.20 | | 24.00 |
| | RLB | Correspondence to agent attorney concerning voluntary payment defense; | 0.30 | | 36.00 |
| | RLB | Correspondence to Mr. Lackey concerning ordered entered by the court; | 0.30 | | 36.00 |
| Jan-23-06 | RLB | Receipt and review of Ricky Lane's witness list; | 0.20 | | 24.00 |
| | RLB | Receipt and review of Riverside Turf's witness list; | 0.20 | | 24.00 |
| Jan-24-06 | RLB | Telephone conference with Mr. Lackey concerning participation in mediation; | 0.10 | | 12.00 |
| | RLB | Receipt and review of deposition transcript of Christopher Garson; | 0.40 | | 48.00 |
| Jan-25-06 | RLB | Receipt and review of quote sheets and policy information from Progressive; | 0.20 | | 24.00 |
| Jan-30-06 | RLB | Receipt and review of Ricky Lane's and Riverside Turf's identification of deposition excerpts for use at trial; | 0.10 | | 12.00 |
| Feb-02-06 | RLB | Receipt and review of correspondence from McKnight's attorney concerning discovery responses; | 0.10 | | 12.00 |
| Feb-06-06 | RLB | Receipt and review of notice of reassignment to new trial judge; | 0.20 | | 24.00 |
| Feb-07-06 | RLB | Receipt and review of Holmes' exhibit list; | 0.10 | | 12.00 |
| | RLB | Receipt and review of Holmes' witness list; | 0.10 | | 12.00 |
| | RLB | Receipt and review of Holmes' deposition designation; | 0.10 | | 12.00 |
| | STS | Preparation of Progressive's witness list; | 1.10 | | 132.00 |
| | STS | Preparation of Progressive's exhibit list; | 1.20 | | 144.00 |
| | STS | Preparation of Progressive's designation of deposition testimony for trial; | 1.90 | | 228.00 |

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company

February 23, 2006

Page    4

| | | | | |
|---|---|---|---|---|
| Feb-08-06 | RLB | Receipt and review of Ricky Lane's exhibit list; | 0.20 | 24.00 |
| | RLB | Receipt and review of Joe McKnight's and McKnight Agency's witness and exhibit lists; | 0.20 | 24.00 |
| | RLB | Receipt and review of Riverside Turf's exhibit list; | 0.10 | 12.00 |
| | RLB | Receipt and review of supplement to Joe McKnight and McKnight's exhibit list; | 0.10 | 12.00 |
| | RLB | Receipt and review of Joe McKnight's and McKnight Agency's deposition list; | 0.10 | 12.00 |
| Feb-09-06 | RLB | Prepare and attend meeting with Mr. Lackey concerning updated defense plan; | 0.50 | 60.00 |
| | RLB | Correspondence to Mr. Lackey concerning date for jury trial; | 0.30 | 36.00 |
| Feb-10-06 | RLB | Telephone conference with plaintiff attorney concerning possible mediation; | 0.10 | 12.00 |
| | RLB | Telephone conference with Houston County attorneys to obtain background information on new trial judge; | 0.10 | 12.00 |
| | RLB | Receipt and review of court's order continuing trial of case and resetting trial; | 0.10 | 12.00 |

**For professional services rendered**      **$2,530.00**

**Additional Charges:**

| | | |
|---|---|---|
| Dec-22-05 | Long Distance Telephone | 2.40 |
| | Long Distance Telephone | 2.40 |
| Feb-10-06 | Long Distance Telephone | 2.40 |

**Total Costs**      $7.20

**Total amount of this bill**      **$2,537.20**

**Amount Due**

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company

February 23, 2006

Page    5

| Name | Timekeeper Summary Initials | Hours | Rate | Amount |
|------|------|------|------|------|
| R. Larry Bradford | RLB | 7.80 | $120.00 | $936.00 |
| Shane T. Sears | STS | 14.10 | $113.05 | $1,594.00 |

# Bradford Law Firm, P.C.

2020 Canyon Road
Suite 100
Birmingham, Alabama 35216
Telephone: (205) 871-7733    Fax: (205) 871-7387

Federal Tax ID #: 04-3606116

Progressive Specialty Insurance Company
2100 Riverchase Center
Bldg. 100, Suite 110
Birmingham, AL 35244

| | |
|---|---|
| Date: | Apr 27/06 |
| File #: | 6000-01131 |
| Inv #: | 7780 |

**RE:**      Jane Holmes, personal rep. of the estate of Daisy Beasley v. Riverside Turf, Exvell Carriers, W.S. Badcock, and Ricky Lane, In the Circuit Court of Pike County, CV-04-B-247, Insured: Ricky Lane, Claim Number: 043307972, DOL: 07/06/2004.

Insured:      Ricky Lane
Claim #:      043307972
Policy #:
DOL:      07/06/2004

## Professional Services

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| Feb-14-06 | RLB | Telephone conference with Lane attorney in underlying case concerning mediation and unfavorable state trooper testimony; | 0.10 | 12.50 |
| Feb-16-06 | RLB | Correspondence to Mr. Lackey concerning trial; | 0.30 | 37.50 |
| Feb-20-06 | RLB | Telephone conference with Mr. Lackey concerning settlement strategy with agent; | 0.10 | 12.50 |
| Feb-28-06 | RLB | Telephone conference with Mr. Kreiner concerning strategy for mediation; | 0.20 | 25.00 |
| Mar-03-06 | RLB | Telephone conference with Mr. Lackey concerning mediation before wrongful death trial; | 0.10 | 12.50 |
| | RLB | Telephone conference with Mr. Kreiner concerning selection of mediation and trial date of tort case; | 0.20 | 25.00 |
| Mar-06-06 | RLB | Telephone conference with mediator concerning mediation; | 0.10 | 12.50 |
| | RLB | Receipt and review of correspondence from co-defendant attorney concerning mediation of both underlying case and DJA case; | 0.10 | 12.50 |
| Mar-07-06 | RLB | Telephone conference with mediator concerning mediation; | 0.10 | 12.50 |

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company
April 27, 2006
Page    2

| | | | | |
|---|---|---|---|---|
| | TM | Telephone conference with plaintiff attorney concerning mediation; | 0.10 | 5.50 |
| | TM | Telephone conference with plaintiff attorney concerning mediation; | 0.10 | 5.50 |
| | TM | Telephone conference with co-defendant attorney concerning mediation; | 0.10 | 5.50 |
| | TM | Telephone call from co-defendant attorney concerning mediation; | 0.10 | 5.50 |
| | TM | Telephone conference with co-defendant attorney concerning mediation; | 0.10 | 5.50 |
| Mar-08-06 | TM | Telephone conference with plaintiff attorney concerning mediation; | 0.10 | 5.50 |
| | TM | Telephone conference with co-defendant attorney concerning mediation; | 0.10 | 5.50 |
| | TM | Telephone conference with mediator concerning mediation; | 0.10 | 5.50 |
| Mar-09-06 | RLB | Telephone conference with Mr. Kreiner concerning continuance of tort case; | 0.20 | 25.00 |
| | RLB | Telephone conference with Mr. Lackey concerning mediation; | 0.10 | 12.50 |
| | RLB | Correspondence to Mr. Lackey concerning mediation; | 0.20 | 25.00 |
| | RLB | Correspondence to co-counsel attorney concerning mediation; | 0.30 | 37.50 |
| | TM | Telephone conference with mediator concerning mediation; | 0.10 | 5.50 |
| | TM | Telephone conference with mediator concerning mediation; | 0.10 | 5.50 |
| | TM | Telephone conference with Mr. Lackey concerning mediation; | 0.10 | 5.50 |
| | TM | Telephone conference with plaintiff attorney concerning mediation; | 0.10 | 5.50 |
| | TM | Telephone conference with plaintiff attorney concerning mediation; | 0.10 | 5.50 |

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company

April 27, 2006

Page    4

| Name | Timekeeper Summary Initials | Hours | Rate | Amount |
|------|------|------|------|------|
| R. Larry Bradford | RLB | 3.40 | $125.00 | $425.00 |
| Tonya Mott | TM | 1.50 | $55.00 | $82.50 |

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company

April 27, 2006

Page    3

| | | | | |
|---|---|---|---|---|
| Mar-13-06 | RLB | Receipt and review of correspondence from mediator concerning mediation setting; | 0.10 | 12.50 |
| Mar-22-06 | TM | Telephone conference with mediator concerning mediation; | 0.10 | 5.50 |
| | TM | Telephone conference with Mr. Lackey concerning mediation; | 0.10 | 5.50 |
| Mar-24-06 | RLB | Receipt and review of correspondence from Beasley's attorney concerning salvage of vehicle; | 0.10 | 12.50 |
| Mar-29-06 | RLB | Telephone conference with mediatior to confirm rescheduled mediation date; | 0.10 | 12.50 |
| | RLB | Correspondence to Mr. Lackey concerning rescheduled mediation; | 0.30 | 37.50 |
| Mar-30-06 | RLB | Receipt and review of correspondence from mediator concerning mediation setting; | 0.10 | 12.50 |
| Apr-03-06 | RLB | Telephone conference with Riverside Turf attorney concerning damage claim at mediation; | 0.10 | 12.50 |
| Apr-12-06 | RLB | Telephone conference with Mr. Weidenkopf concerning strategy for mediation; | 0.10 | 12.50 |
| Apr-14-06 | RLB | Correspondence to Mr. Weidenkopf concerning mediation date; | 0.30 | 37.50 |
| Apr-17-06 | RLB | Telephone conference with Mr. Weidenkopf concerning mediation; | 0.10 | 12.50 |

**For professional services rendered**                                      **$507.50**

**Additional Charges:**

| | | |
|---|---|---|
| Mar-03-06 | Long Distance Telephone | 2.40 |
| Mar-28-06 | Long Distance Telephone | 2.40 |

**Total Costs**                                                             $4.80

**Total amount of this bill**                                              **$512.30**

**Amount Due**

# Bradford Law Firm, P.C.

2020 Canyon Road
Suite 100
Birmingham, Alabama 35216
Telephone: (205) 871-7733    Fax: (205) 871-7387

Federal Tax ID #: 04-3606116

| | |
|---|---|
| Progressive Specialty Insurance Company | Date: Jun 08/06 |
| 2100 Riverchase Center | |
| Bldg. 100, Suite 110 | File #: 6000-01131 |
| Birmingham, AL 35244 | Inv #: 8011 |

RE:   Jane Holmes, personal rep. of the estate of Daisy Beasley v. Riverside Turf, Exvell
      Carriers, W.S. Badcock, and Ricky Lane, In the Circuit Court of Pike County,
      CV-04-B-247, Insured: Ricky Lane, Claim Number: 043307972, DOL: 07/06/2004.
Insured:   Ricky Lane
Claim #:   043307972
Policy #:
DOL:   07/06/2004

## Professional Services

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| Mar-29-06 | RLB | Telephone conference with Mr. Kreiner concerning strategy for mediation; | 0.10 | 12.50 |
| | RLB | Telephone conference with Mr. Weidenkopf concerning authority for mediation; | 0.20 | 25.00 |
| | RLB | Telephone conference with Mr. Lackey concerning mediation authority; | 0.10 | 12.50 |
| Apr-25-06 | STS | Preparation of mediation position statement; | 1.80 | 225.00 |
| Apr-26-06 | RLB | Telephone conference with Mr. Kreiner concerning mediation strategy; | 0.20 | 25.00 |
| | RLB | Telephone conference with mediator concerning participation by AIG; | 0.10 | 12.50 |
| | RLB | Telephone conference with Mr. Lackey concerning mediation; | 0.10 | 12.50 |
| May-04-06 | RLB | Prepare for mediation, including review of policy documents and depositions; | 0.90 | 112.50 |
| May-05-06 | RLB | Attend mediation before Marty VanTassel resulting in settlement of underlying death case; | 5.00 | 625.00 |

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company

September 6, 2006

Page    2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| Aug-21-06 | JBL | Telephone conference with McKnight's attorney concerning proposed pretrial order; | 0.10 | 11.00 |
| | JBL | Email correspondence to McKnight's attorney concerning proposed pretrial order; | 0.10 | 11.00 |
| Aug-22-06 | JBL | Telephone conference with defendant's attorney concerning proposed pretrial order; | 0.10 | 11.00 |
| | JBL | Email correspondence to court concerning proposed pretrial order; | 0.10 | 11.00 |
| Aug-24-06 | RLB | Lengthy preparation for final pretrial conference, including review of depositions, pleadings, and MFSJ briefs; | 1.60 | 200.00 |
| Aug-25-06 | RLB | Attend very lengthy pretrial docket before Judge Watkins, including hearing on cross-motions for summary judgment; | 2.60 | 325.00 |
| | RLB | Return to office; | 1.70 | 212.50 |
| | RLB | Telephone conference with Mr. Lackey concerning results of pretrial conference; | 0.10 | 12.50 |
| | RLB | Travel to Montgomery; | 2.00 | 250.00 |
| Aug-28-06 | RLB | Correspondence to Mr. Lackey concerning results of final pretrial conference; | 0.30 | 37.50 |
| Aug-29-06 | RLB | Receipt and review of order requiring parties to amend pleadings and continuing trial of case; | 0.10 | 12.50 |
| Aug-31-06 | RLB | Preparation and filing of notice of filing of producer's agreement; | 0.20 | 25.00 |
| | RLB | Preparation and filing of Progressive's final amended complaint (required by federal court); | 1.60 | 200.00 |
| | RLB | Telephone conference with Mr. Lackey concerning measure of damages issue; | 0.10 | 12.50 |
| | STS | Legal research concerning indemnity by agent and increased premiums; | 1.60 | 200.00 |
| | STS | Attend meeting with Mr. Lackey concerning producer agreement between Progressive and McKnight Agency; | 0.30 | 37.50 |
| | STS | Telephone conference with McKnight Agency concerning Progressive's producer's agreement; | 0.10 | 12.50 |

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company
September 6, 2006
Page    3

| | |
|---|---:|
| **For professional services rendered** | **$2,158.50** |

**Additional Charges:**

| | | |
|---|---|---:|
| Aug-01-06 | Long Distance Telephone (2 calls) | 4.60 |
| Aug-25-06 | Out-of-town Travel  (200 miles) | 98.00 |

| | |
|---|---:|
| **Total Costs** | $102.60 |

| | |
|---|---:|
| **Total amount of this bill** | **$2,261.10** |

**Amount Due**

| Name | Timekeeper Summary Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| **R. Larry Bradford** | **RLB** | **12.10** | **$125.00** | **$1,512.50** |
| **Shane T. Sears** | **STS** | **2.00** | **$125.00** | **$250.00** |
| **Justin Lamb** | **JBL** | **3.60** | **$110.00** | **$396.00** |

# Bradford Law Firm, P.C.

2020 Canyon Road
Suite 100
Birmingham, Alabama 35216
Telephone: (205) 871-7733    Fax: (205) 871-7387

Federal Tax ID #: 04-3606116

Progressive Specialty Insurance Company
2100 Riverchase Center
Bldg. 100, Suite 110
Birmingham, AL 35244

| | |
|---|---|
| Date: | Jan 15/07 |
| File #: | 6000-01131 |
| Inv #: | 9027 |

RE:    Jane Holmes, personal rep. of the estate of Daisy Beasley v. Riverside Turf, Exvell
Carriers, W.S. Badcock, and Ricky Lane, In the Circuit Court of Pike County,
CV-04-B-247, Insured: Ricky Lane, Claim Number: 043307972, DOL: 07/06/2004.

Insured:    Ricky Lane
Claim #:    043307972
Policy #:
DOL:    07/06/2004

## Professional Services

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| Sep-01-06 | RLB | Preparation and filing amended reply to counterclaim in this case; | 0.60 | 75.00 |
| | RLB | Receipt and review of McKnight's final amended answer and final amended counterclaim; | 0.20 | 25.00 |
| | STS | Telephone conference with McKnight Agency's attorney concerning amended answer and counterclaim; | 0.10 | 12.50 |
| Sep-07-06 | RLB | Correspondence to Mr. Lackey enclosing Progressive's final amended complaint and reply to counterclaim; | 0.30 | 37.50 |
| | RLB | Receipt and review of joint stipulation of dismissal with prejudice of co-defendants; | 0.10 | 12.50 |
| Sep-21-06 | RLB | Receipt and review of order dismissing case with prejudice against co-defendant; | 0.10 | 12.50 |
| Oct-11-06 | STS | Correspondence to Mr. Lackey concerning order dismissing Riverside Turfs' cross-claims against the McKnight Agency; | 0.30 | 37.50 |
| Oct-20-06 | RLB | Telephone conferences with court concerning allegations of final amended complaint (2 calls); | 0.20 | 25.00 |
| Dec-22-06 | STS | Correspondence to Mr. Lackey concerning court's order on Progressive and McKnight Agency's cross motions for summary judgment; | 0.30 | 37.50 |

## Bradford Law Firm, P.C.

Progressive Specialty Insurance Company

January 15, 2007

Page    2

| | |
|---|---:|
| **For professional services rendered** | **$275.00** |

**Additional Charges:**

| | | |
|---|---|---:|
| Oct-20-06 | Long Distance Telephone | 2.40 |

| | |
|---|---:|
| **Total Costs** | **$2.40** |

| | |
|---|---:|
| **Total amount of this bill** | **$277.40** |

**Amount Due**

| Name | Timekeeper Summary Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| **R. Larry Bradford** | **RLB** | **1.50** | **$125.00** | **$187.50** |
| **Shane T. Sears** | **STS** | **0.70** | **$125.00** | **$87.50** |

## Bradford Law Firm, P.C.

Progressive Specialty Insurance Company

June 8, 2006

Page    2

| | | | | |
|---|---|---|---|---|
| May-08-06 | RLB | Receipt and review of mediator's report; | 0.10 | 12.50 |
| May-09-06 | RLB | Telephone conference with Riverside Turf attorney concerning terms of dismissal (2 calls); | 0.20 | 25.00 |
| | RLB | Telephone conference with Lane attorney concerning requested testimony from Progressive; | 0.10 | 12.50 |
| | RLB | Telephone conference with Mr. Weidenkopf concerning his deposition; | 0.10 | 12.50 |
| | RLB | Correspondence to Mr. Lackey concerning settling the underlying wrongful death case; | 0.30 | 37.50 |
| | RLB | Correspondence to plaintiff attorney concerning stipulation of dismissal; | 0.30 | 37.50 |
| | RLB | Preparation of stipulation of dismissal (nonparalegal work); | 0.60 | 75.00 |
| May-10-06 | RLB | Telephone conference with Mr. Lackey concerning possible testimony from claims representative; | 0.10 | 12.50 |
| May-11-06 | RLB | Correspondence to Lane attorney concerning Progressive's adjuster as trial witness; | 0.30 | 37.50 |
| May-18-06 | RLB | Receipt and review of Ricky Lane's and Riverside Turf's amendment to witness list; | 0.10 | 12.50 |
| May-25-06 | RLB | Telephone conference with Mr. Lackey concerning voluntary payment issue; | 0.10 | 12.50 |
| May-30-06 | RLB | Brief legal research, including nonbilled research, concerning proof of reasonableness of settlement amount; | 1.20 | 150.00 |
| May-31-06 | RLB | Correspondence to Mr. Lackey concerning filing request for admissions; | 0.30 | 37.50 |
| | RLB | Preparation of Progressive's supplemental witness list; | 0.80 | 100.00 |

**For professional services rendered**                                                **$1,637.50**

**Additional Charges:**

| | | | |
|---|---|---|---|
| May-09-06 | Long Distance Telephone | 2.40 | |

**Total Costs**                                       **$2.40**

## Bradford Law Firm, P.C.

Progressive Specialty Insurance Company

June 8, 2006

Page    3

**Total amount of this bill**                                                    **$1,639.90**

**Amount Due**

| Name | Initials | Timekeeper Summary Hours | Rate | Amount |
|------|----------|--------------------------|------|--------|
| **R. Larry Bradford** | **RLB** | **11.30** | **$125.00** | **$1,412.50** |
| **Shane T. Sears** | **STS** | **1.80** | **$125.00** | **$225.00** |

# Bradford Law Firm, P.C.

2020 Canyon Road
Suite 100
Birmingham, Alabama 35216
Telephone:  (205) 871-7733    Fax:  (205) 871-7387

Federal Tax ID #:  04-3606116

Progressive Specialty Insurance Company
2100 Riverchase Center
Bldg. 100, Suite 110
Birmingham, AL 35244

| | |
|---|---|
| Date: | Aug 04/06 |
| File #: | 6000-01131 |
| Inv #: | 8280 |

RE:  Jane Holmes, personal rep. of the estate of Daisy Beasley v. Riverside Turf, Exvell
Carriers, W.S. Badcock, and Ricky Lane, In the Circuit Court of Pike County,
CV-04-B-247, Insured: Ricky Lane, Claim Number: 043307972, DOL: 07/06/2004.

Insured:  Ricky Lane
Claim #:  043307972
Policy #:
DOL:  07/06/2004

**Professional Services**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| Jun-09-06 | RLB | Receipt and review of notice rescheduling pretrial conference; | 0.10 | 12.50 |
| Jun-12-06 | RLB | Correspondence to Mr. Lackey concerning pretrial conference; | 0.30 | 37.50 |
| Jul-05-06 | STS | Telephone conference with McKnight Agency's attorney concerning responses to request for admissions; | 0.10 | 12.50 |
| Jul-06-06 | RLB | Receipt and review of McKnights' responses to plaintiff's request for admissions; | 0.10 | 12.50 |
|  | RLB | Receipt and review of McKnight's motion for limited extension for discovery deadline; | 0.10 | 12.50 |
| Jul-11-06 | RLB | Telephone conference with Mr. Lackey concerning deposition of Progressive claims representative; | 0.10 | 12.50 |
|  | RLB | Receipt and review of order granting McKnight's motion for extension of discovery deadline; | 0.10 | 12.50 |
| Jul-13-06 | RLB | Correspondence to Mr. Lackey concerning extension of discovery deadline to allow depositions of attorneys; | 0.30 | 37.50 |
|  | RLB | Preparation and filing of Progressive's response to show cause order relating to discovery deadlines; | 1.20 | 150.00 |

# Bradford Law Firm, P.C.

Progressive Specialty Insurance Company

August 4, 2006

Page    2

| | | | | |
|---|---|---|---|---|
| | RLB | Receipt and review of order concerning filing of stipulation of dismissal; | 0.10 | 12.50 |
| | TCP | Telephone conference with court clerk concerning notice of filing; | 0.10 | 11.00 |
| Jul-14-06 | RLB | Receipt and review of stipulation of dismissal; | 0.10 | 12.50 |
| Jul-17-06 | RLB | Receipt and review of proposed stipulation of dismissal to be circulated and executed by all counsel; | 0.10 | 12.50 |
| Jul-19-06 | RLB | Receipt and review of order granting McKnight's motion to limited extension of discovery deadline; | 0.10 | 12.50 |
| Jul-21-06 | RLB | Receipt and review of order cancelling pretrial conference previously scheduled; | 0.10 | 12.50 |
| Jul-24-06 | RLB | Receipt and review of correspondence from Lane's attorney concerning deposition of Tim Weidenkopf; | 0.10 | 12.50 |
| | RLB | Receipt and review of McKnight's interrogatories to Riverside Turf; | 0.10 | 12.50 |
| | RLB | Receipt and review of McKnight's interrogatories to Ricky Lane; | 0.10 | 12.50 |
| Jul-26-06 | STS | Preparation of reply to McKnight Agency and Joe McKnight's counterclaim by Progressive; | 1.20 | 150.00 |
| Jul-31-06 | RLB | Telephone conference with Riverside Turf concerning pretrial conference (2 Calls); | 0.20 | 25.00 |

**For professional services rendered**                                                                          **$586.00**

**Additional Charges:**

| | | | |
|---|---|---|---|
| Jul-31-06 | Long Distance Telephone | 2.40 | |

**Total Costs**                                                                                                        $2.40

**Total amount of this bill**                                                                                     **$588.40**

**Amount Due**

| | Timekeeper Summary | | | |
|---|---|---|---|---|
| **Name** | **Initials** | **Hours** | **Rate** | **Amount** |

## Bradford Law Firm, P.C.

Progressive Specialty Insurance Company

August 4, 2006

Page    3

| R. Larry Bradford | RLB | 3.30 | $125.00 | $412.50 |
| Shane T. Sears | STS | 1.30 | $125.00 | $162.50 |
| Thomas C. Phelps | TCP | 0.10 | $110.00 | $11.00 |

# Bradford Law Firm, P.C.

2020 Canyon Road
Suite 100
Birmingham, Alabama 35216
Telephone:  (205) 871-7733    Fax:  (205) 871-7387

Federal Tax ID #:  04-3606116

Progressive Specialty Insurance Company
2100 Riverchase Center
Bldg. 100, Suite 110
Birmingham, AL 35244

| | |
|---|---|
| Date: | Sep 06/06 |
| File #: | 6000-01131 |
| Inv  #: | 8437 |

RE:    Jane Holmes, personal rep. of the estate of Daisy Beasley v. Riverside Turf, Exvell Carriers, W.S. Badcock, and Ricky Lane, In the Circuit Court of Pike County, CV-04-B-247, Insured: Ricky Lane, Claim Number: 043307972, DOL: 07/06/2004.

Insured:    Ricky Lane
Claim #:    043307972
Policy #:
DOL:    07/06/2004

## Professional Services

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| Aug-01-06 | RLB | Telephone conference with Judge Watkins concerning pretrial conference; | 0.10 | 12.50 |
| | RLB | Follow-up telephone conferences with Riverside Turf attorney concerning deposition of Progressive adjuster (2 calls); | 0.20 | 25.00 |
| | RLB | Follow-up telephone conference with agency attorney concerning possible trial stipulations concerning testimony of Progressive adjuster (2 calls); | 0.20 | 25.00 |
| | RLB | Telephone conference with Mr. Lackey concerning deposition of Progressive adjuster; | 0.10 | 12.50 |
| | RLB | Participate in conference with other attorneys to formulate pretrial report (required by local federal rules); | 0.90 | 112.50 |
| Aug-09-06 | RLB | Telephone conference with McKnight attorney concerning status of settlement with Riverside Turf; | 0.10 | 12.50 |
| | RLB | Telephone conference with Mr. Lackey concerning deposition of Progressive adjuster; | 0.10 | 12.50 |
| Aug-11-06 | RLB | Receipt and review of notice of appearance as counsel for Joe McKnight and McKnight Agency; | 0.10 | 12.50 |
| Aug-18-06 | JBL | Preparation of proposed pretrial order as required by court; | 3.20 | 352.00 |

STATE OF OHIO
CUYAHOGA COUNTY

## AFFIDAVIT OF KIMBERLY HAYCOX

Kimberly Haycox, being duly sworn, deposes and says under oath as follows:

1.      My name is Kimberly Haycox.  I am over the age of nineteen (19) years and am competent to make this affidavit.  It is based upon my personal knowledge and upon my review of Progressive Speciality Insurance Company's ("Progressive") records maintained during the ordinary and regular course of its business.

2.      I am employed by Progressive as a PCA Policy Verification Coach.

3.      I have researched the commercial automobile policy issued to Ricky Lane ("Lane") to determine the amount of premium earned by Progressive for $1 million of liability coverage.

4.      Progressive issued a commercial automobile insurance policy to Lane.  The effective dates of the policy were from March 10, 2003 until March 10, 2004 and from March 10, 2004 until July 6, 2004 (which was the date of loss).

5.      The policy issued to Lane contained CSL coverage in the amount of $300,000.  The policy premiums were in the amount of $3,494 for the first term and $4,219 for the second term.

6.      If McKnight Agency, Inc.'s representative, Joe McKnight, had selected $1 million of liability coverage instead of $300,000 of liability coverage, the premiums due would have been in the amount of $5,631 for the first term and $6,339 for the second term.



7.      Therefore, the additional premium earned by Progressive for $1 million of CSL coverage would have been in the amount of $2,821.76

Kimberly Haycox

        Sworn to and subscribed before me this the 21st day of February, 2007.

Notary Public

My Commission Expires:

MICHAEL NISTA
NOTARY PUBLIC STATE OF OHIO
MY COMMISSION EXPIRES SEPT. 17, 2007