IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PROGRESSIVE SPECIALTY** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 2:05-CV-438-WKW |
| ) | |
| **THE MCKNIGHT AGENCY, INC., et al.** ) | |
| ) | |
| **Defendants.** ) | |

<u>**DEFENDANTS' OPPOSITION TO PROGRESSIVE'S MEMORANDUM
BRIEF CONCERNING DAMAGES AWARD**</u>

Defendants McKnight Agency, Inc. and Joe McKnight (collectively "Defendants") submit their Opposition to Progressive Specialty Insurance Company's ("Progressive") Memorandum Brief Concerning Damages Award.

**I.    THE AMOUNT OF ATTORNEY'S FEES REQUESTED IS NOT REASONABLE**

**A.    An Award of Attorney's Fees Should be Based on the Percentage of Success Progressive Had in Obtaining the Damages it Requested.**

Progressive's request for attorney's fees is unreasonable given its limited success in this case. The United States Supreme Court has held that "the most critical factor in determining the reasonableness of a fee award is the degree of success obtained." <u>Farrar v. Hobby</u>, 506 U.S. 103, 114 (S. Ct. 1992) citing <u>Hensley v. Eckerhart</u>, 461 U.S. 424, 440 (S. Ct. 1983):

> We hold that the extent of a plaintiff's success is a crucial factor in determining the proper amount of an award of attorney's fees . . . Where the plaintiff has failed to prevail on a claim that is distinct in all respects from his successful claims, the hours spent on the unsuccessful claim should be excluded in considering the amount of a reasonable fee. . . [W]here the plaintiff achieved only limited success, the district court should award only that amount of fees that is reasonable in relation to the results obtained.

<u>Id.</u>

Moreover, the Ninth Circuit Court of Appeals held that "[w]here the plaintiff has failed to prevail on a claim that is distinct in all respects from his successful claim should be excluded in considering the amount of a reasonable fee." Park, ex rel., Park v. Anaheim Union High School Dist., 464 F.3d 1025, 1038 (9th Cir. 2006) citing Hensley v. Eckerhart, 461 U.S. 424, 440 (S. Ct. 1983). Likewise, the United States Supreme Court noted that "[w]e have already observed that if 'a plaintiff has achieved only partial or limited success, the product of hours reasonably expended on the litigation as a whole times a reasonable hourly rate may be an excessive amount.'" Farrar v. Hobby, 506 U.S. 103, 114 (S. Ct. 1992) citing Hensley v. Eckerhart, 461 U.S. 424, 440 (S. Ct. 1983).

In this case, Progressive requested damages in the amount of $700,000, plus interest, costs, reasonable attorney's fees and litigation expenses. For damages, this Court awarded only the difference in premiums that Lane would have paid for $1,000,000 of liability coverage. According to the Affidavit of Kimberly Haycox, the difference in premiums totals $4,257. See Affidavit of Kimbery Haycox. Thus, Progressive's ultimate award for damages was less than one percent (1 %) of the amount it requested. Progressive did not receive damages for two (2) of its three (3) claims (i.e., its claims for negligent procurement of insurance coverage and innocent/reckless misrepresentation on the insurance application were dismissed on summary judgment). The amount Progressive is requesting in attorney's fees is not reasonable in relation to the results obtained.

  **B.**  **Progressive's Invoices Include Time Spent on Prosecuting Claims Against Ricky Lane, Riverside Turf Farm and Jane Holmes.**

As provided in this Court's February 7, 2007 Memorandum Opinion and Order, attorney's fees and litigation expenses are those arising out of this action to enforce the terms of

2

the Producer's Agreement between Progressive and Defendants. Thus, Progressive is not entitled to payment of attorney's fees incurred in prosecuting its claims against Lane, Riverside Turf Farm and Jane Holmes. Progressive's invoices, however, include time spent on prosecuting its claims (or defending counterclaims) involving these other defendants and/or time entries which are not specific enough to make such a determination. The time entries which should be excluded on these grounds total 75.44 hours and are as follows:

| Date | Description | Hours | Amount |
| --- | --- | --- | --- |
| 5/17/05 | Telephone conference with federal clerk concerning return of service on agent | .1 | 12.00 |
| 6/3/05 | Receipt and review of answer of defendant Jane Holmes | .1 | 12.00 |
| 6/8/05 | Receipt and review of correspondence from Riverside Turf attorney concerning declaratory judgment action and insurance coverage | .1 | 12.00 |
| 6/13/05 | Correspondence to defendant attorney concerning Georgia Farm Bureau and the issuance of certificate | .3 | 36.00 |
| 6/15/05 | Receipt and review of correspondence from plaintiff attorney concerning settlement demand | .1 | 12.00 |
| 7/12/05 | Receipt and review of defendant Jane Holmes' answer to first amended complaint | .1 | 12.00 |
| 7/13/05 | Receipt and review of defendant Jane Holmes as personal representative of the State of Daisy Beasley's answer to first amended complaint | .1 | 12.00 |
| 7/13/05 | Receipt and review of acceptance and waiver | .1 | 12.00 |
| 7/13/05 | Receipt and review of defendant Jane Holmes' answer to first amended complaint | .1 | 12.00 |
| 7/18/05 | Receipt and review of Troy King, Attorney General of the State of Alabama's acceptance and waiver | .1 | 12.00 |
| 7/20/05 | Attend meeting with Young, Johnson attorney concerning background of policy application, asset purchase agreement, and renewal of policy | .6 | 72.00 |
| 7/25/05 | Preparation of amended complaint concerning residency of decedent's personal representative | .8 | $88.00 |
| 8/11/05 | Receipt and review of correspondence from plaintiff attorney concerning discovery | .1 | 12.00 |
| 8/15/05 | Receipt and review of correspondence from plaintiff attorney concerning mediation and AIG involvement | .14 | 16.80 |
| 8/16/05 | Receipt and review correspondence from plaintiff attorney concerning joint report of parties' planning meeting (duplicative) | .1 | 12.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 8/16/05 | Receipt and review of joint report of parties' planning meeting | .2 | 24.00 |
| 8/17/05 | Receipt and review of correspondence from Riverside Turf attorney concerning Progressive's policy | .1 | 12.00 |
| 8/22/05 | Receipt and review of correspondence from plaintiff attorney concerning amended complaint | .1 | 12.00 |
| 8/23/05 | Telephone conference with Mr. Lackey concerning demand letter by Riverside Turf | .1 | 12.00 |
| 8/24/05 | Receipt and review of joint report of parties' planning meeting (triplicate) | .2 | 24.00 |
| 8/26/05 | Correspondence to the underlying plaintiff attorney concerning deposition of Ms. Fitzgerald | .3 | 36.00 |
| 8/29/05 | Telephone conference with plaintiff attorney concerning prior depositions of Lane and deposition of Progressive representative | .1 | 12.00 |
| 8/2905 | Telephone conference with Mr. Lackey concerning deposition of Fitzgerald | .1 | 12.00 |
| 9/1/05 | Conference w/ Mr. Lackey concerning deposition of Ms. Fitzgerald | .1 | 12.00 |
| 9/1/05 | Receipt and review of pre-discovery disclosures by Jane Holmes | .2 | 24.00 |
| 9/1/05 | Receipt and review of order granting plaintiff's motion to dismiss successor agent | .1 | 12.00 |
| 9/1/05 | Receipt and review of email message from Mr. Lackey concerning corporate representative deposition | .1 | 12.00 |
| 9/2/05 | Receipt and review of defendants' answer to plaintiff's second amended complaint | .1 | 12.00 |
| 9/2/05 | Receipt and review of defendant Jane Holmes' answer to second amended complaint | .1 | 12.00 |
| 10/10/05 | Lengthy telephone conference with Lane attorney concerning background of claim and possible bad faith claim | .20 | 24.00 |
| 10/10/05 | Telephone conference with Mr. Lackey concerning possible bad faith counter-claim by Lane | .1 | 12.00 |
| 10/26/05 | Correspondence to Ms. Lackey concerning the review of Plaintiff's deposition and some recent developments | .9 | 108.00 |
| 10/26/05 | Receipt and review of Ricky Lane's answer to DJA answer | .1 | 12.00 |
| 10/26/05 | Receipt and review of cross-claim filed by Ricky Lane | .1 | 12.00 |
| 10/26/05 | Receipt and review of counter-claim against Progressive filed by Ricky Lane | .20 | 24.00 |
| 11/1/05 | Receipt and review of Ricky Lane's motion for leave of court to amend | .1 | 12.00 |
| 11/1/05 | Receipt and review Ricky Lane's first amendment to counterclaims | .1 | 12.00 |
| 11/1/05 | Receipt and review of Ricky Lane's first amendment to | .1 | 12.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
|  | cross-claim |  |  |
| 11/2/05 | Receipt and review of order granting Lane's motion to amend | .1 | 12.00 |
| 11/8/05 | Receipt and review of Holmes' motion to amend answer to second amended complaint | .1 | 12.00 |
| 11/9/05 | Telephone conference with Plaintiff attorney concerning possible increased tender by Progressive | .1 | 12.00 |
| 11/9/05 | Telephone conference with Mr. Lackey concerning deposition of billing representative | .1 | 12.00 |
| 11/9/05 | Receipt and review of correspondence from Riverside Turf's attorney concerning deposition of Progressive's corporate representative | .1 | 12.00 |
| 11/10/05 | Telephone conference with Mr. Lackey concerning deposition of billing representative | .1 | 12.00 |
| 11/10/05 | Receipt and review of Ricky Lane's amendment to counter-claim | .2 | 24.00 |
| 11/10/05 | Receipt and review of Ricky Lane's motion for leave to amend answer | .1 | 12.00 |
| 11/10/05 | Receipt and review of Riverside's counterclaim | .2 | 24.00 |
| 11/10/05 | Email message to Riverside's attorney concerning deposition of Progressive's corporate representative in Cleveland | .1 | 12.00 |
| 11/10/05 | Receipt and review of correspondence from Riverside's attorney concerning possible telephone deposition of Progressive's corporate representative | .1 | 12.00 |
| 11/10/05 | Receipt and review of Ricky Lane's first amendment to answer | .1 | 12.00 |
| 11/10/05 | Receipt and review of Riverside's answer to second amended complaint | .1 | 12.00 |
| 11/10/05 | Receipt and review of Ricky Lane's motion for leave for second amendment to counterclaim | .1 | 12.00 |
| 11/10/05 | Receipt and review of order granting Lane's motion for leave to amend | .1 | 12.00 |
| 11/10/05 | Receipt and review of correspondence from Riverside Turf's attorney concerning deposition of its claims representative | .1 | 12.00 |
| 11/11/05 | Telephone conference with Mary Alice Fitzgerald concerning her scope of deposition | .2 | 24.00 |
| 11/11/05 | Telephone conference with Riverside attorney concerning the deposition of Mr. Lackey (2 Calls) | .2 | 24.00 |
| 11/11/05 | Telephone conference with Plaintiff attorney concerning the deposition of Progressive representative | .1 | 12.00 |
| 11/11/05 | Receipt and review of Ricky Lane's second amended amendment to his answer | .1 | 12.00 |
| 11/11/05 | Receipt and review of Jane Holmes' amended answer to second amended complaint | .1 | 12.00 |
| 11/14/05 | Telephone conference with Mary Alice Fitzgerald | .2 | 24.00 |

5

| Date | Description | Hours | Amount |
|---|---|---|---|
| | concerning her deposition (3 calls) | | |
| 11/14/05 | Receipt and review of notice of taking deposition of Ricky Lane | .1 | 12.00 |
| 11/14/05 | Review file in preparation for deposition of Ricky Lane, including review of correspondence, pleadings, and Lane's previous deposition | .5 | 55.00 |
| 11/15/05 | Receipt and review of notice of taking deposition of Progressive's corporate representative | .2 | 24.00 |
| 11/15/05 | Receipt and review of notice of taking deposition of Riverside Turf's corporate representative | .2 | 24.00 |
| 11/15/05 | Receipt and review of McKnight's response to Lane's cross-claim (duplicate) | .2 | 24.00 |
| 11/15/05 | Correspondence to Mr. Lackey concerning deposition of Ricky Lane | .9 | 99.00 |
| 11/15/05 | Travel to Union Springs | 2.4 | 264.00 |
| 11/15/05 | Attend and take deposition of Ricky Lane | 2.0 | 220.00 |
| 11/15/05 | Return to office | 2.4 | 264.00 |
| 11/16/05 | Telephone conference with Mr. Lackey concerning his deposition | .1 | 12.00 |
| 11/16/05 | Correspondence to Mr. Lackey concerning deposition notice | .3 | 36.00 |
| 11/16/05 | Correspondence to Ms. Fitzgerald concerning her deposition | .3 | 36.00 |
| 11/16/05 | Telephone conference with plaintiff attorney concerning the deposition of Mr. Lackey | .1 | 12.00 |
| 11/16/05 | Receipt and review of Ricky Lane's deposition transcript | .3 | 36.00 |
| 11/16/05 | Receipt and review of notice of taking deposition of Progressive's corporate representative | .1 | 12.00 |
| 11/17/05 | Prepare for deposition of Riverside representative, including review of insurance documents | .40 | 48.00 |
| 11/17/05 | Receipt and review of notice of taking deposition of Riverside Turf's corporative representative | .1 | 12.00 |
| 11/18/05 | Travel to Union Springs | 2.4 | 288.00 |
| 11/18/05 | Attend and take deposition of Riverside Turf's corporate representative | 2.0 | 240.00 |
| 11/18/05 | Return to office | 2.4 | 288.00 |
| 11/20/05 | Travel to Cleveland | 3.5 | 420.00 |
| 11/20/05 | Prepare for depositions of Progressive representative's, including review of underwriting and claim documents | 1.0 | 120.00 |
| 11/21/05 | Attend pre-deposition conference with Ms. Fitzgerald and Mr. Lackey | 1.0 | 120.00 |
| 11/21/05 | Attend deposition of Mary Alice Fitzgerald on underwriting issues | 2.0 | 240.00 |
| 11/21/05 | Attend deposition of Mr. Lackey on claim issues | 1.0 | 120.00 |
| 11/21/05 | Return to office from Cleveland (including waiting time) | 7.0 | 840.00 |
| 11/22/05 | Correspondence to Mr. Lackey concerning the review of depositions for Riverside Turf, Mary Alice Fitzgerald and | 1.2 | 144.00 |

6

| Date | Description | Hours | Amount |
|---|---|---|---|
| | Larry Lackey | | |
| 11/22/05 | Correspondence to Mr. Lackey concerning indemnity demand | .30 | 36.00 |
| 11/22/05 | Receipt and review of Mary Alice Fitzgerald's deposition transcript | .30 | 36.00 |
| 11/22/05 | Receipt and review of Raymond Morris' deposition transcript | .30 | 36.00 |
| 11/22/05 | Receipt and review of Jane Holmes' motion for summary judgment with attached supporting exhibits | .30 | 36.00 |
| 11/22/05 | Receipt and review of Larry Lackey's deposition transcript | .20 | 24.00 |
| 11/22/05 | Preparation of motion to leave to amend complaint | .7 | 84.00 |
| 11/22/05 | Preparation of reply to Riverside Turf's counter-claim | .9 | 108.00 |
| 11/22/05 | Preparation of reply to Ricky Lane's counter-claim | 1.2 | 144.00 |
| 11/23/05 | Legal research in support of MFSJ, including non-billed Westlaw research and review of legal treatises (actual time reduced) | 4.0 | 480.00 |
| 11/23/05 | Telephone conference with Judge Thompson concerning submission order for MFSJ's. | .1 | 12.00 |
| 11/23/05 | Correspondence to Mr. Lackey concerning filing of motion for summary judgment and brief | .3 | 36.00 |
| 11/23/05 | Preparation of motion for summary judgment | 1.1 | 132.00 |
| 11/24/05 | Preparation of memorandum brief in support of Progressive's motion for summary judgment | 4.8 | 576.00 |
| 11/25/05 | Receipt and review of defendants' notice of filing evidentiary materials in support of MFSJ | .1 | 12.00 |
| 11/28/05 | Telephone conference with Riverside Turf attorney concerning demand for settlement | .1 | 12.00 |
| 11/29/05 | Receipt and review of order concerning submission of Jane Holmes' motion for summary judgment | .1 | 12.00 |
| 11/29/05 | Receipt and review of order granting motion for leave to amend answer to cross-claim | .1 | 12.00 |
| 11/29/05 | Receipt and review of order concerning submission of Progressive's summary judgment motions | .1 | 12.00 |
| 11/30/05 | Receipt and review of order concerning submission of plaintiff's motion for leave to amend | .1 | 12.00 |
| 12/7/05 | Receipt and review of order granting defendants' motion for leave to amend answer | .1 | 12.00 |
| 12/9/05 | Telephone conference with Judge Thompson concerning brief deadline | .1 | 12.00 |
| 12/12/05 | Telephone conference with Riverside Turf attorney concerning response to settlement demand | .1 | 12.00 |
| 12/12/05 | Receipt and review of correspondence from Riverside Turf attorney concerning deadlines for responding to settlement demands | .1 | 12.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 12/16/05 | Preparation of objection to defendant, Jane Holmes' motion to amend answer | .9 | 99.00 |
| 12/16/05 | Legal research concerning third party beneficiary to contract and standing, including non-billed Westlaw research | 1.5 | 165.00 |
| 12/16/05 | Receipt and review of Jane Holmes' response to motion for summary judgment with attached supporting exhibits | .3 | 36.00 |
| 12/19/05 | Telephone conference with Lane attorney concerning the status of settlement offer | .1 | 12.00 |
| 12/19/05 | Receipt and review of Holmes' supplemental response to Progressive's MFSJ | .3 | 36.00 |
| 12/22/05 | Telephone conference with Lane attorney concerning rejection of increased offer above limits | .1 | 12.00 |
| 12/22/05 | Receipt and review of order granting motion for leave to amend complaint | .1 | 12.00 |
| 1/11/06 | Lengthy telephone conference with Mr. Mike Kreiner concerning corporate depositions | .2 | 24.00 |
| 1/11/06 | Telephone conference with Mr. Lackey concerning issues involving voluntary payment | .1 | 12.00 |
| 1/12/06 | Follow-up telephone conference with Mr. Mike Kreiner to discuss voluntary payment issues | .2 | 24.00 |
| 1/12/06 | Telephone conference with Mr. Lackey concerning Progressive affidavit | .1 | 12.00 |
| 1/20/06 | Telephone conference with Mr. Kreiner concerning trial setting and policy limit demand by Riverside Turf | .1 | 24.00 |
| 1/23/06 | Receipt and review of Ricky Lane's witness list | .2 | 24.00 |
|  | Receipt and review of Riverside Turf's witness list | .2 | 24.00 |
| 1/24/06 | Receipt and review of deposition transcript of Christopher Garson | .4 | 48.00 |
| 1/30/06 | Receipt and review of Ricky Lane's and Riverside Turf's identification of deposition excerpts for use at trial | .1 | 12.00 |
| 2/7/06 | Receipt and review of Holmes' exhibit list | .1 | 12.00 |
| 2/7/06 | Receipt and review Holmes' witness list | .1 | 12.00 |
| 2/7/06 | Receipt and review of Holmes' deposition designation | .1 | 12.00 |
| 2/8/06 | Receipt and review of Ricky Lane's exhibit list | .2 | 24.00 |
| 2/8/06 | Receipt and review of Riverside Turf's exhibit list | .1 | 12.00 |
| 2/14/06 | Telephone conference with Lane attorney in underlying case concerning mediation and unfavorable state trooper testimony | .1 | 12.50 |
| 3/3/06 | Telephone conference with Mr. Lackey concerning mediation before wrongful death trial | .1 | 12.50 |
| 3/3/06 | Telephone conference with Mr. Kreiner concerning selection of mediation and trial date of tort case | .2 | 25.00 |
| 3/7/06 | Telephone conference with Plaintiff attorney concerning mediation (duplicate) | .1 | 5.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 3/7/06 | Telephone call from co-defendant attorney concerning mediation | .1 | 5.50 |
| 3/9/06 | Telephone conference with Mr. Kreiner concerning continuance of tort case | .2 | 25.00 |
| 3/9/06 | Telephone conference with mediator concerning mediation (duplicate) | .1 | 5.50 |
| 3/9/06 | Telephone conference with plaintiff attorney concerning mediation | .1 | 5.50 |
| 3/24/06 | Receipt and review of correspondence from Beasley's attorney concerning salvage of vehicle | .1 | 12.50 |
| 4/3/06 | Telephone conference with Riverside Turf attorney concerning damage claim at mediation | .1 | 12.50 |
| 4/26/06 | Telephone conference with mediator concerning participation by AIG | .1 | 12.50 |
| 5/5/06 | Attend mediation before Marty VanTassel resulting in settlement of underlying death case | 5.0 | 625.00 |
| 5/9/06 | Telephone conference with Riverside Turf attorney concerning terms of dismissal (2 calls) | .2 | 25.00 |
| 5/9/06 | Telephone conference with Lane attorney concerning requested testimony from Progressive | .1 | 12.50 |
| 5/9/06 | Correspondence to plaintiff attorney concerning stipulation of dismissal | .3 | 37.50 |
| 5/9/06 | Preparation of stipulation of dismissal (nonparalegal work) | .6 | 75.00 |
| 5/11/06 | Correspondence to Lane attorney concerning Progressive's adjuster as trial witness | .3 | 37.50 |
| 5/18/06 | Receipt and review of Ricky Lane's and Riverside Turf's amendment to witness list | .1 | 12.50 |
| 7/13/06 | Preparation and filing of Progressive's response to show cause order relating to discovery deadlines | 1.2 | 150.00 |
| 7/13/06 | Receipt and review of order concerning filing of stipulation of dismissal | .1 | 12.50 |
| 7/13/06 | Telephone conference with court clerk concerning notice of filing | .1 | 11.00 |
| 7/24/06 | Receipt and review of correspondence from Lane's attorney concerning deposition of Tim Weidenkopf | .1 | 12.50 |
| 7/31/06 | Telephone conference with Riverside Turf concerning pre-trial conference (2 calls) | .2 | 25.00 |
| 8/1/06 | Follow-up telephone conference with Riverside Turf attorney concerning deposition of Progressive's adjuster (2 calls) | .2 | 25.00 |
| 8/1/06 | Follow-up telephone conference with agency attorney concerning possible trial stipulation concerning testimony of Progressive adjuster (2 calls) | .2 | 25.00 |
| 8/1/06 | Telephone conference with Mr. Lackey concerning deposition of Progressive adjuster | .1 | 12.50 |

9

| Date | Description | Hours | Amount |
|---|---|---|---|
| 9/1/06 | Preparation and filing amended reply to counter-claim in this case | .6 | 75.00 |
| 10/20/06 | Telephone conference with court concerning allegations of final amended complaint (2 calls) | .2 | 25.00 |
| | | 75.44 | $8,975.80 |

## CONCLUSION

The amount of attorney's fees set forth in Progressive's Memorandum Brief Concerning Damages Award is not reasonable. Thus, Defendants respectfully request the Court deny Progressive's request for attorney's fees.

                                        s/Mark E. Tindal_____
                                        Stephen E. Whitehead
                                        Mark E. Tindal
                                        Graham R. Pulvere
                                        Attorneys for Joe McKnight and The
                                        McKnight Agency

**OF COUNSEL:**
LLOYD, GRAY, & WHITEHEAD, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
Telephone - (205) 967-8822
Facsimile - (205) 967-2380

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served upon the following via electronic filing on this the 28th day of February, 2007.

Larry Bradford
Shane T. Sears
Bradford Law Firm, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216

                                        s/Mark E. Tindal_____
                                          OF COUNSEL