IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

----------

No. 07-11032-A

----------

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 25 2007
THOMAS K. KAHN
CLERK

PROGRESSIVE SPECIALTY INSURANCE
COMPANY,

                                            Plaintiff-Counter-Defendant-
                                            -Appellant,

versus

MCKNIGHT AGENCY, INC.,
JOE MCKNIGHT,

                                            Defendants-Counter-Claimants-
                                            Cross-Defendants-Appellees,

RICKY LANE,
RIVERSIDE TURF FARM,

                                            Defendants-Counter-Claimants-
                                            Cross-Claimants-Appellees,

JANE HOLMES, individually and as the
personal representative of the Estate of
Daisy Beasley, deceased, et al.,

                                            Defendants.

----------

Appeal from the United States District Court for the
Middle District of Alabama

----------

Before ANDERSON, DUBINA, and BARKETT, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. The February 7, 2007, summary judgment order was not final. See Liberty Mut. Ins. Co. v. Wetzel, 424 U.S. 737, 744, 96 S. Ct. 1202, 1206, 47 L.Ed.2d 435 (1976); Fort v. Roadway Exp., Inc., 746 F.2d 744, 747 (11th Cir. 1984); Mekdeci v. Merrell Nat'l Labs., 711 F.2d 1510, 1523 (11th Cir. 1983).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia