IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PROGRESSIVE SPECIALITY INSURANCE COMPANY,** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | CASE NO. 2:05-cv-438-WKW |
| **THE MCKNIGHT AGENCY, INC.,** *et al.***,** ) ) | |
| **Defendants.** ) | |

## ORDER

With respect to the award of attorney's fees, court costs, and litigation expenses, the court deems it appropriate for leave to be granted Progressive to reply to the response of defendants (Doc. # 151). Accordingly, leave is granted to Progressive to file a reply on or before **June 26, 2007.**

DONE this 6th day of June, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE