IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INS., CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-438-WKW |
| ) | |
| MCKNIGHT AGENCY, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

In accordance with the accompanying amended memorandum opinion and order and Rule 58 of the Federal Rules of Civil Procedure**,** it is CONSIDERED, ORDERED and ADJUDGED that summary judgment is hereby ENTERED in favor of Plaintiff Progressive Speciality Insurance Co. ("Progressive") on its breach-of-contract claim against Defendants McKnight Agency, Inc., and Joe McKnight (collectively "McKnight"), and in favor of Progressive on McKnight's counterclaims, and that Progressive HAVE and RECOVER from McKnight $2,821.76 for recovery of premiums and $19,991.00 for attorney's fees and litigation expenses.

It is further CONSIDERED, ORDERED and ADJUDGED that McKnight's counterclaims are hereby DISMISSED with prejudice and that Progressive's tort claims are hereby DISMISSED.

DONE this 18th day of September, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE