IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case Number: 2:05-CV-438-W ) |
| McKNIGHT AGENCY, INC.; JOE McKNIGHT, | ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Progressive Specialty Insurance Company above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the order entered in this action on the 18th day of September, 2007.

   /s/ R. Larry Bradford
R. Larry Bradford, Attorney for the Plaintiff and Counterdefendant,
Progressive Specialty Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733

## CERTIFICATE OF SERVICE

      I hereby certify that I have this the __24th__ day of September, 2007, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Stephen E. Whitehead, Esq.
Mark E. Tindal, Esq.
Lloyd, Gray, & Whitehead, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223


                                                   /s/ R. Larry Bradford
                                                   OF COUNSEL