# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### OFFICE OF THE CLERK
### POST OFFICE BOX 711
### MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE

(334) 954-3610

September 25, 2007

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA   30303

USDC No.<u>CV-05-W-438-N</u>

USCA No._____

## IN RE: PROGRESSIVE SPECIALTY INS. CO. VS. MCKNIGHT AGENCY, INC.

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.
  _X_ Certified copy of Notice of Appeal, docket entries.  Judgment and Opinion/Order appealed from enclosed.  If Opinion/Order was oral, please check box. [   ]
  _X_ First Notice of Appeal: _X_ Yes,_ No  Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
_Yes, The Court Reporter(s) is/are:
_X_ No                    Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):____
___ IFP__; and/or APPEALABILITY/CPC is pending in this Court.
__Court Appointed Counsel/CJA; ___Yes; ___No;  Copy of Order Enclosed:
  _X_ The Appellate docket fee has been paid _Yes,_X_ No:_____Date , Receipt#_____
___Appellant has been  __GRANTED;_DENIED IFP, Copy of Oder enclosed.
__Appellant has been  ___GRANTED;_DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___Appeal Bond, ____ Supersedeas Bond
  _X_ The District Judge or Magistrate Judge appealed from is Hon: <u>WILLIAM KEITH WATKINS</u>
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
                    __Volume(s) of Pleadings, __ Volume(s) of Transcripts,
                    ____ SEALED ITEMS, ie. ___PSI(s)____; OTHER____; TAPE(s)__
                    ___ Exhibits:____Envelope
                    __Volume (s) of Original Papers

cc:                                    Sincerely,

                                    DEBRA P. HACKETT, CLERK

                                    By: Yolanda Williams
                                         Deputy Clerk

APPEAL, CLOSED

# U.S. District Court
## Alabama Middle District (Montgomery)
### CIVIL DOCKET FOR CASE #: 2:05-cv-00438-WKW-SRW
### Internal Use Only

Progressive Speciality Insurance Company v. McKnight
Agency, Inc. et al
Assigned to: Honorable William Keith Watkins
Referred to: Honorable Susan Russ Walker
Case in other court: USCA, 07-11032-A
Cause: 28:1330 Breach of Contract

Date Filed: 05/10/2005
Date Terminated: 09/18/2007
Jury Demand: None
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Progressive Speciality Insurance
Company**

represented by **Robert Larry Bradford**
Bradford & Sears PC
2020 Canyon Road, Suite 100
Birmingham, AL 35218
(205) 871-7733
Fax: 205-871-7387
Email: lbradford@bradfordsears.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shane Thomas Sears**
Bradford & Sears PC
2020 Canyon Road, Suite 100
Birmingham, AL 35218
(205) 871-7733
Fax: 205-871-7387
Email: ssears@bradfordsears.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**McKnight Agency, Inc.**

represented by **Erin Elizabeth May**
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place South
Suite 300
Birmingham, AL 35223
205-967-8822
Fax: 205-967-2380

Email: emay@lgwpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen E. Whitehead**
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place South
Suite 300
Birmingham, AL 35223
205-967-8822
Fax: 967-2380
Email: swhitehead@lgwpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Graham R Pulvere**
Graham R Pulvere
2501 20th Place South
Suite 300
Birmingham, AL 35223
205-967-8822
Fax: 205-967-2380
Email: gpulvere@lgwpc.com
*ATTORNEY TO BE NOTICED*

**Mark E. Tindal**
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place South
Suite 300
Birmingham, AL 35223
205-967-8822
Fax: 967-2380
Email: mtindal@lgwpc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joe McKnight**      represented by **Erin Elizabeth May**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen E. Whitehead**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Graham R Pulvere**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Mark E. Tindal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Ricky Lane**                    represented by  **Lynn W. Jinks, III**
Jinks Daniel & Crow LLC
PO Box 350
Union Springs, AL 36089-0350
334-738-4225
Fax: 334-738-4229
Email: ljinks@jinkslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan Andrew Dickson, II**
Jinks Daniel & Crow LLC
PO Box 350
Union Springs, AL 36089-0350
334-738-4225
Fax: 334-738-4229
Email: ndickson@jinkslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina Diane Crow**
Jinks Daniel & Crow LLC
PO Box 350
Union Springs, AL 36089-0350
334-738-4225
Fax: 334-738-4229
Email: ccrow@jinkslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Riverside Turf Farm**           represented by  **Lynn W. Jinks, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Randall Lyons**
Webster Henry Lyons & White PC
PO Box 239
Montgomery, AL 36101-0239
334-887-0111

Fax: 334-887-0983
Email: randy@whlwpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina Diane Crow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jane Holmes**
*individually and as the personal*
*representative of the Estate of Daisy*
*Beasley, deceased*
*TERMINATED: 08/25/2006*

represented by **Randall Stark Haynes**
Morris, Haynes & Hornsby
PO Box 1660
Alexander City, AL 35011-1660
256-329-2000
Fax: 256-329-2015
Email:
rhaynes@morrishaynesandhornsby.com
*TERMINATED: 08/25/2006*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Young, Johnston & Associates, Inc.**
*TERMINATED: 09/01/2005*

**Counter Claimant**

**Ricky Lane**

represented by **Lynn W. Jinks, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan Andrew Dickson, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Progressive Speciality Insurance**
**Company**

represented by **Shane Thomas Sears**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Larry Bradford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Ricky Lane**                                    represented by **Lynn W. Jinks, III**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Nathan Andrew Dickson, II**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**McKnight Agency, Inc.**                         represented by **Graham R Pulvere**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Ricky Lane**                                    represented by **Lynn W. Jinks, III**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Nathan Andrew Dickson, II**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Joe McKnight**                                  represented by **Graham R Pulvere**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Riverside Turf Farm**

V.

**Cross Defendant**

**McKnight Agency, Inc.**

**Cross Defendant**

**Joe McKnight**

**Counter Claimant**

**Riverside Turf Farm**


V.

**Counter Defendant**

**Progressive Speciality Insurance Company**

represented by **Shane Thomas Sears**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Counter Claimant**

**McKnight Agency, Inc.**
*TERMINATED: 02/07/2007*

represented by **Graham R Pulvere**
(See above for address)
*TERMINATED: 02/07/2007*
*ATTORNEY TO BE NOTICED*


**Counter Claimant**

**Joe McKnight**
*TERMINATED: 02/07/2007*

represented by **Graham R Pulvere**
(See above for address)
*TERMINATED: 02/07/2007*
*ATTORNEY TO BE NOTICED*


V.

**Counter Defendant**

**Progressive Speciality Insurance Company**

represented by **Robert Larry Bradford**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Counter Claimant**

**McKnight Agency, Inc.**
*TERMINATED: 02/07/2007*


**Counter Claimant**

**Joe McKnight**
*TERMINATED: 02/07/2007*

represented by **Graham R Pulvere**
(See above for address)
*TERMINATED: 02/07/2007*
*ATTORNEY TO BE NOTICED*


V.

**Counter Defendant**

**Progressive Speciality Insurance
Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/10/2005 | ●1 | COMPLAINT against all defendants (Filing fee $ 250.00 receipt number 106285.), filed by Progressive Speciality Insurance Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(vmc, ) (Entered: 05/16/2005) |
| 05/16/2005 | ● | NOTICE of Assignment to Magistrate Judge mailed to counsel for Progressive Speciality Insurance Company (vmc, ) (Entered: 05/16/2005) |
| 05/16/2005 | ●2 | Summons Issued as to Joe McKnight, Ricky Lane, Riverside Turf Farm; summons and complaint mailed by cmrrr to named defendants. (vmc, ) (Entered: 05/17/2005) |
| 05/19/2005 | ●3 | Return Receipt Card showing service of summons and complaint signed by Raymond Morris for Riverside Turf Farm served on 5/18/2005, answer due 6/7/2005. (vmc, ) (Entered: 05/20/2005) |
| 05/20/2005 | ●4 | Return Receipt Card showing service of summons and complaint signed by Judy Watson for Joe McKnight served on 5/18/2005, answer due 6/7/2005. (vmc, ) (Entered: 05/23/2005) |
| 05/23/2005 | ●5 | Return Receipt Card showing service of summons and complaint signed by Dixie Lane for Ricky Lane served on 5/20/2005, answer due 6/9/2005. (vmc, ) (Entered: 05/24/2005) |
| 05/24/2005 | ●6 | Summons Issued as to McKnight Agency, Inc.; summons and complaint mailed by cmrrr to named defendant. (vmc, ) (Entered: 05/24/2005) |
| 05/26/2005 | ●7 | Return Receipt Card showing service of summons and complaint signed by Judy Watson for McKnight Agency, Inc. served on 5/25/2005, answer due 6/14/2005. (vmc, ) (Entered: 05/31/2005) |
| 06/03/2005 | ●8 | ANSWER to Complaint by Jane Holmes.(Haynes, Randall) (Entered: 06/03/2005) |
| 06/06/2005 | ●9 | MOTION for Extension of Time to File *Response to Complaint* by McKnight Agency, Inc., Joe McKnight. (Tindal, Mark) (Entered: 06/06/2005) |
| 06/06/2005 | ● | ***Attorney Erin Elizabeth May for McKnight Agency, Inc. and Joe McKnight, Stephen E. Whitehead for McKnight Agency, Inc. and Joe McKnight added per doc. 9. (No PDF attached to this docket entry)(vmc, ) (Entered: 06/07/2005) |
| 06/08/2005 | ●10 | ORDER granting 9 Motion for Extension of Time to File response to complaint . Signed by Judge Susan Russ Walker on 6/8/05. (vmc, ) (Entered: 06/08/2005) |

| | | |
|---|---|---|
| 06/20/2005 | ◉11 | *Defendants'* ANSWER to Complaint by McKnight Agency, Inc., Joe McKnight.(Tindal, Mark) (Entered: 06/20/2005) |
| 07/01/2005 | ◉12 | MOTION to Amend/Correct *Complaint* by Progressive Speciality Insurance Company. (Bradford, Robert) (Entered: 07/01/2005) |
| 07/01/2005 | ◉13 | [STRICKEN AS DOCKETING ERROR-PLEASE REFER TO DOC.17 FOR NOTICE] -AMENDED COMPLAINT against all defendants, filed by Progressive Speciality Insurance Company.(Bradford, Robert) Modified on 7/5/2005 (vmc, ). Modified on 7/5/2005 (vmc, ). (Entered: 07/01/2005) |
| 07/01/2005 | ◉14 | [STRICKEN AS DOCKETING ERROR-PLEASE REFER TO DOC.17 FOR NOTICE] AMENDED COMPLAINT *Part 2* against all defendants, filed by Progressive Speciality Insurance Company.(Bradford, Robert) Modified on 7/5/2005 (vmc, ). Modified on 7/5/2005 (vmc, ). (Entered: 07/01/2005) |
| 07/01/2005 | ◉15 | [STRICKEN AS DOCKETING ERROR-PLEASE REFER TO DOC.17 FOR NOTICE] AMENDED COMPLAINT *Part 3* against all defendants, filed by Progressive Speciality Insurance Company.(Bradford, Robert) Modified on 7/5/2005 (vmc, ). Modified on 7/5/2005 (vmc, ). (Entered: 07/01/2005) |
| 07/05/2005 | ◉16 | ORDER granting 12 Motion for leave to Amend Complaint . Signed by Judge Susan Russ Walker on 7/1/05. (vmc, ) (Entered: 07/05/2005) |
| 07/05/2005 | ◉17 | NOTICE OF ERROR re 13 Amended Complaint, 14 Amended Complaint, 15 Amended Complaint (vmc, ) Additional attachment(s) added on 7/5/2005 (vmc, ). (Entered: 07/05/2005) |
| 07/05/2005 | ◉18 | ANSWER to Complaint by Riverside Turf Farm.(vmc, ) (Entered: 07/06/2005) |
| 07/06/2005 | ◉ | NOTICE of Assignment to Magistrate Judge mailed to counsel for McKnight Agency, Inc., Joe McKnight, Riverside Turf Farm, Jane Holmes (vmc, ) (Entered: 07/06/2005) |
| 07/07/2005 | ◉19 | AMENDED COMPLAINT against all defendants, filed by Progressive Speciality Insurance Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Bradford, Robert) (Entered: 07/07/2005) |
| 07/07/2005 | | (Court only) ***Party (dft) - Young, Johnston & Associates, Inc. added per doc. 19 amended complaint. (No PDF attached to this docket entry)(vmc, ) (Entered: 07/08/2005) |
| 07/11/2005 | ◉20 | ANSWER to Amended Complaint by Jane Holmes.(Haynes, Randall) Additional attachment(s) added on 7/14/2005 (vmc, ). (Entered: 07/11/2005) |
| 07/12/2005 | ◉21 | Case Reassigned to Judge Myron H. Thompson and Susan Russ Walker. Judge Susan Russ Walker no longer assigned to the case as presiding judge. (vmc, ) (Entered: 07/12/2005) |

| 07/14/2005 | ●22 | NOTICE of Correction re 20 Answer to Amended Complaint (Attachments: # 1 corrected PDF)(vmc, ) (Entered: 07/14/2005) |
|---|---|---|
| 07/14/2005 | ●23 | NOTICE by State of Alabama *of Acceptance and Waiver* (Garrett, Billington) (Entered: 07/14/2005) |
| 07/19/2005 | ●24 | *Defendants'* ANSWER to Amended Complaint by McKnight Agency, Inc., Joe McKnight.(Tindal, Mark) (Entered: 07/19/2005) |
| 07/20/2005 | ●25 | ORDER it is the Order, Judgment, and Decree of the court that the plaintiff has until 8/26/05, to amend the complaint to allege jurisdiction sufficiently; otherwise this lawsuit shall be dimissed without prejudice Amended Pleadings due by 8/26/2005. Signed by Judge Myron H. Thompson on 7/20/05. (vmc, ) (Entered: 07/20/2005) |
| 07/20/2005 | ●26 | ORDER that the Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than 8/26/05. Rule 26 Meeting Report due by 8/26/2005. Signed by Judge Myron H. Thompson on 7/20/05. (vmc, ) (Entered: 07/20/2005) |
| 08/16/2005 | ●27 | AMENDED COMPLAINT against all defendants, filed by Progressive Speciality Insurance Company.(Bradford, Robert) (Entered: 08/16/2005) |
| 08/23/2005 | ●28 | MOTION to Dismiss *Young, Johnston & Associates, Inc.* by Progressive Speciality Insurance Company. (Bradford, Robert) (Entered: 08/23/2005) |
| 08/24/2005 | ●29 | REPORT of Rule 26(f) Planning Meeting. (Haynes, Randall) (Entered: 08/24/2005) |
| 08/31/2005 | ●30 | STRICKEN AS DISCOVERY PURSUANT TO LOCAL RULE 5.1. These Initial Disclosures were filed as a Witness List by Progressive Speciality Insurance Company but are actually discovery. (Bradford, Robert) Modified on 9/1/05 (cc, ). (Entered: 08/31/2005) |
| 09/01/2005 | ●31 | NOTICE of Non-Compliance: Re striking of 30 Initial Disclosures (cc, ) (Entered: 09/01/2005) |
| 09/01/2005 | ●32 | ORDER granting 28 Motion to Dismiss and that Young, Johnston & Associates, Inc. is dismissed without prejudice as further set out. Signed by Judge Myron H. Thompson on 9/1/05. (Attachments: # 1 appeals checklist) (vmc, ) (Entered: 09/01/2005) |
| 09/01/2005 | | (Court only) *** Party Young, Johnston & Associates, Inc. terminated per order of 9/1/05 - doc. 32. (No PDF attached to this docket entry)(vmc, ) (Entered: 09/01/2005) |
| 09/01/2005 | ●33 | SCHEDULING ORDER: Final Pretrial Conference set for 2/22/2006 before Honorable Myron H. Thompson. Non-Jury Trial set for 3/20/2006 before Honorable Myron H. Thompson. Amended Pleadings due by 11/10/2005. Discovery due by 12/2/2005. Motions due by 11/24/2005. Mediation Notice due by 12/20/2005. Signed by Judge Myron H. Thompson on 9/1/05. (furn: yg hc sc)(vmc, ) (Entered: 09/01/2005) |

| 09/01/2005 | ⊛34 | MOTION for Leave to File *Answer Out of Time* by McKnight Agency, Inc., Joe McKnight. (Attachments: # 1 proposed answer)(Tindal, Mark) Modified on 9/2/2005 to add identification text for attachment (qc/djy, ). (Entered: 09/01/2005) |
|---|---|---|
| 09/02/2005 | ⊛ | NOTICE of Docket Text Correction re 34 MOTION for Leave to File Answer Out of Time to add text to attachment to reflect as proposed answer (NO PDF Document attached to this notice) (djy, ) (Entered: 09/02/2005) |
| 09/02/2005 | ⊛35 | ANSWER to Amended Complaint *(second amended)* 27 by Jane Holmes.(Haynes, Randall). (Entered: 09/02/2005) |
| 09/02/2005 | ⊛36 | ORDER granting 34 Motion for Leave to File answer out of time as further set out in order . Signed by Judge Myron H. Thompson on 9/2/05. (vmc, ) (Entered: 09/02/2005) |
| 10/26/2005 | ⊛37 | ANSWER to Complaint with Jury Demand by Ricky Lane.(Crow, Christina) (Entered: 10/26/2005) |
| 10/26/2005 | ⊛38 | First COUNTERCLAIM (w/Jury Demand)against Progressive Speciality Insurance Company, filed by Ricky Lane.(Crow, Christina) Modified on 10/27/2005 to add Jury Demand(vma, ). (Entered: 10/26/2005) |
| 10/26/2005 | ⊛39 | First CROSSCLAIM (w/Jury Demand) against McKnight Agency, Inc., filed by Ricky Lane.(Crow, Christina) Modified on 10/27/2005 to Jury Demand(vma, ). (Entered: 10/26/2005) |
| 10/26/2005 | ⊛40 | First CROSSCLAIM (w/Jury Demand) against Joe McKnight, filed by Ricky Lane.(Crow, Christina) Modified on 10/27/2005 - add Jury Demand(vma, ). (Entered: 10/26/2005) |
| 10/26/2005 | ⊛ | ***Attorney Lynn W. Jinks, III for Ricky Lane added - per doc. 37. (No PDF attached to this docket entry)(vma, ) (Entered: 10/27/2005) |
| 10/27/2005 | ⊛ | NOTICE of Docket Text Correction re 38 Counterclaim, 39 Crossclaim, 40 Crossclaim - Modified on 10/27/05 to add "Jury Demand". (No PDF attached to this notice)(vma, ) (Entered: 10/27/2005) |
| 10/27/2005 | ⊛ | ***Attorney Nathan Andrew Dickson, II for Ricky Lane added - per doc. 37. (No PDF attached to this docket entry)(vma, ) (Entered: 10/27/2005) |
| 10/27/2005 | ⊛41 | [STRICKEN PER NOTICE OF NON-COMPLIANCE]***This pleading is discovery and is not allowed pursuant to Local Rule 5.1 NON-FILING OF CIVIL DISCOVER***NOTICE by McKnight Agency, Inc., Joe McKnight *Notice of Filing Discovery* (Tindal, Mark) Modified on 10/28/2005 (vma, ). (Entered: 10/27/2005) |
| 10/28/2005 | ⊛42 | NOTICE of Non-Compliance re 41 Notice of filing Discovery (vma, ) (Entered: 10/28/2005) |
| 11/01/2005 | ⊛43 | First MOTION for Leave of Court to Amend Ricky Lane's counterclaim and cross claim by Ricky Lane (w/proposed amendments attached). |

|  |  |  |
|---|---|---|
|  |  | (Crow, Christina) Modified on 11/2/2005 to add additional text and to show (proposed amendments to counterclaim and cross claim attached) (vma, ). (Entered: 11/01/2005) |
| 11/02/2005 | ● | NOTICE of Docket Text Correction re 43 First MOTION for Leave to Amend, etc. - Modified on 11/2/2005 to add additional text and to show (proposed amendments to counterclaim and cross claim attached) (vma, ). (No PDF attached to this notice)(vma, ) (Entered: 11/02/2005) |
| 11/02/2005 | ●44 | ORDER granting 43 Motion to amend as further set out. Signed by Judge Myron H. Thompson on 11/2/05. (vma, ) (Entered: 11/02/2005) |
| 11/03/2005 | ●45 | AMENDED DOCUMENT - FIRST AMENDMENT TO HIS COUNTERCLAIM by Ricky Lane. (Crow, Christina) Modified on 11/4/2005 - to add heading "FIRST AMENDMENT TO HIS COUNTERCLAIM" (vma, ). (Entered: 11/03/2005) |
| 11/03/2005 | ●46 | AMENDED DOCUMENT - FIRST AMENDMENT TO HIS CROSS CLAIM by Ricky Lane. (Crow, Christina) Modified on 11/4/2005 - to add heading to text - FIRST AMENDMENT TO HIS CROSS CLAIM (vma, ). (Entered: 11/03/2005) |
| 11/04/2005 | ● | NOTICE of Docket Text Correction re 45 Amended Document - Modified on 11/4/2005 - to add heading "FIRST AMENDMENT TO COUNTERCLAIM". (No PDF attached to this notice)(vma, ) (Entered: 11/04/2005) |
| 11/04/2005 | ● | NOTICE of Docket Text Correction re 46 Amended Document - Modified on 11/4/05 to add heading to text - FIRST AMENDMENT TO CROSS CLAIM (No PDF attached to this notice)(vma, ) (Entered: 11/04/2005) |
| 11/08/2005 | ●47 | MOTION to Amend/Correct 35 Answer to Amended Complaint *(Second)* by Jane Holmes. (Attachments: # 1 Exhibit Amended Answer We Wish to File)(Haynes, Randall) (Entered: 11/08/2005) |
| 11/08/2005 | ●48 | MOTION for Extension of Deadline by McKnight Agency, Inc., Joe McKnight. (Tindal, Mark) (Entered: 11/08/2005) |
| 11/08/2005 | ●49 | Supplemental MOTION for Extension of Deadline by McKnight Agency, Inc., Joe McKnight. (Tindal, Mark) (Entered: 11/08/2005) |
| 11/09/2005 | ●50 | ORDER granting 47 Motion to Amend answer as further set out;, denying 48 Motion for Extension of Deadline, denying 49 Motion for Extension of Deadline . Signed by Judge Myron H. Thompson on 11/9/05. (vma, ) (Entered: 11/09/2005) |
| 11/10/2005 | ●51 | MOTION for leave to Amend Answer to Complaint by Ricky Lane. (Crow, Christina) Modified on 11/10/2005 - to make text read Motion for leave to Amend Answer (vma, ). (Entered: 11/10/2005) |
| 11/10/2005 | ●52 | First MOTION for Leave to File *Ricky Lane's First Amendment To His Answer To The Complaint* by Ricky Lane. (Crow, Christina) (Entered: 11/10/2005) |

| 11/10/2005 | ●53 | MOTION to Substitute *Motion To Amend Ricky Lane's Answer To The Complaint* by Ricky Lane. (Crow, Christina) (Entered: 11/10/2005) |
|---|---|---|
| 11/10/2005 | ●54 | MOTION for Leave to File *Ricky Lane's Second Amendment To His Counterclaim* by Ricky Lane. (Crow, Christina) (Entered: 11/10/2005) |
| 11/10/2005 | ●55 | MOTION for Leave to File *Amended Answer* by McKnight Agency, Inc.. (Attachments: # (1) Exhibit Defendnats' Amended Answer to Plaintiff's Second Amended Complaint)(Tindal, Mark) Additional attachment(s) added on 11/10/2005 (vma, ). Additional attachment(s) added on 11/10/2005 (vma, ). (Entered: 11/10/2005) |
| 11/10/2005 | ●56 | ORDER granting 51 Motion for leave to Amend Answer, granting 52 Motion for Leave to File First Amendment Answer, granting 53 Motion to Substitute Motion To Amend Answer as further set out in order. Signed by Judge Myron H. Thompson on 11/10/05. (vma, ) (Entered: 11/10/2005) |
| 11/10/2005 | ●57 | ORDER granting 54 Motion for Leave to File Second Amendment To His Counterclaim as further set out in order . Signed by Judge Myron H. Thompson on 11/10/05. (vma, ) (Entered: 11/10/2005) |
| 11/10/2005 | ●58 | ANSWER to Amended Complaint by Riverside Turf Farm.(Crow, Christina) (Entered: 11/10/2005) |
| 11/10/2005 | ●59 | CROSSCLAIM against McKnight Agency, Inc., Joe McKnight, filed by Riverside Turf Farm.(Crow, Christina) (Entered: 11/10/2005) |
| 11/10/2005 | ●60 | NOTICE of Correction attaching corrected PDF w/proposed answer re 55 MOTION for Leave to File *Amended Answer* (Attachments: # 1 corrected PDF# 2 proposed answer)(vma, ) (Entered: 11/10/2005) |
| 11/10/2005 | ●61 | COUNTERCLAIM against Progressive Speciality Insurance Company, filed by Riverside Turf Farm.(Crow, Christina) (Entered: 11/10/2005) |
| 11/11/2005 | ●62 | AMENDED ANSWER to *Complaint* by Ricky Lane. (Crow, Christina) (Entered: 11/11/2005) |
| 11/11/2005 | ●63 | AMENDED ANSWER to *Second* 27 Amended Complaint by Jane Holmes. (Haynes, Randall) (Entered: 11/11/2005) |
| 11/11/2005 | ●64 | AMENDED DOCUMENT by Ricky Lane. *Ricky Lane's Second Amendment To His Counterclaim*. (Crow, Christina) (Entered: 11/11/2005) |
| 11/15/2005 | ●65 | *McKnight Agency's* ANSWER to Crossclaim , *as Amended* by McKnight Agency, Inc..(Tindal, Mark) (Entered: 11/15/2005) |
| 11/15/2005 | ●66 | *Joe McKnight's* ANSWER to Crossclaim , *as Amended* by Joe McKnight.(Tindal, Mark) (Entered: 11/15/2005) |
| 11/16/2005 | ●67 | [STRICKEN PER NOTICE OF NON-COMPLIANCE]-This pleading is discovery and is not allowed pursuant to Local Rule 5.1 NON-FILING OF CIVIL DISCOVERY***NOTICE by Progressive Speciality Insurance Company *objection to deposition notice* (Bradford, Robert) Modified on |

| | | |
|---|---|---|
| | | 11/17/2005 (vma, ). (Entered: 11/16/2005) |
| 11/17/2005 | 68 | NOTICE of Non-Compliance re 67 Notice - objection to deposition notice, (vma, ) (Entered: 11/17/2005) |
| 11/22/2005 | 69 | [STRICKEN AS ERRONEOUS DOCKET ENTRY BY E-FILER - SEE OTHER ENTRY THIS DATE FOR CORRECTION ENTERED BY THE CLERK'S OFFICE] COUNTERCLAIM *by Counterdefendant* against all parties, filed by Progressive Speciality Insurance Company.(Bradford, Robert) Modified on 7/12/2006 (djy, ). (Entered: 11/22/2005) |
| 11/22/2005 | 70 | [STRICKEN AS ERRONEOUS DOCKET ENTRY BY E-FILER - SEE OTHER ENTRY THIS DATE FOR CORRECTION ENTERED BY THE CLERK'S OFFICE] COUNTERCLAIM *by Counterdefendant* against all parties, filed by Progressive Speciality Insurance Company.(Bradford, Robert) Modified on 7/12/2006 (djy, ). (Entered: 11/22/2005) |
| 11/22/2005 | 71 | MOTION for Leave to File *second amended complaint* by Progressive Speciality Insurance Company. (Attachments: # 1)(Bradford, Robert) (Entered: 11/22/2005) |
| 11/22/2005 | 72 | MOTION for Summary Judgment by Jane Holmes against Progressive Speciality Insurance Company. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9)(Haynes, Randall) Modified on 11/28/2005 - to show Jane Holmes as filer (vma, ). (Entered: 11/22/2005) |
| 11/22/2005 | | REPLY to Ricky Lane's 45 Counterclaim as amended filed by Progressive Speciality Insurance Company. (NO PDF document attached to this notice-See Docket Entry 69). (djy, ) (Entered: 07/11/2006) |
| 11/22/2005 | | REPLY to Riverside Turf's 61 Counterclaim filed by Progressive Speciality Insurance Company. (NO PDF document attached to this notice-See Docket Entry 70) (djy, ) (Entered: 07/11/2006) |
| 11/23/2005 | | NOTICE of Docket Text Correction re 72 MOTION for Summary Judgment - Modified on 11/23/05 to name "Exhibits A-H" (No PDF attached to this notice)(vma, ) (Entered: 11/23/2005) |
| 11/23/2005 | 73 | MOTION for Summary Judgment by Progressive Speciality Insurance Company. (Bradford, Robert) (Entered: 11/23/2005) |
| 11/23/2005 | 74 | BRIEF/MEMORANDUM in Support *of Summary Judgment Motion* filed by Progressive Speciality Insurance Company. (Attachments: # 1 # 2 # 3 # 4 # 5)(Bradford, Robert) Modified on 11/28/2005 - to create relationship to doc. 73 Motion summ jgm & also to name exhibits A-E(vma, ). (Entered: 11/23/2005) |
| 11/25/2005 | 75 | MOTION for Summary Judgment by McKnight Agency, Inc., Joe McKnight. (Tindal, Mark) (Entered: 11/25/2005) |
| 11/25/2005 | 76 | BRIEF/MEMORANDUM in Support *of Motion for Summary Judgment* filed by McKnight Agency, Inc., Joe McKnight. (Tindal, Mark) Modified on 11/28/2005 - to create relationship to doc. 75 motion summ jgm(vma, ). |

Case 2:05-cv-00438-WKW-SRW    Document 160    Filed 09/25/2007    Page 15 of 27

| | | (Entered: 11/25/2005) |
|---|---|---|
| 11/25/2005 | 77 | NOTICE by McKnight Agency, Inc., Joe McKnight *Notice of Filing Evidentiary Materials in Support of Motion for Summary Judgment* (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16 # 17 # 18 # 19 # 20 # 21 # 22)(Tindal, Mark) (Entered: 11/25/2005) |
| 11/25/2005 | | Notice of Filing Evidentiary Materials in support of 75 MOTION for Summary Judgment filed by McKnight Agency, Inc., Joe McKnight.(No PDF attached; see doc. 77 for PDF) (vma, ) (Entered: 11/28/2005) |
| 11/28/2005 | | NOTICE of Docket Text Correction re 72 MOTION for Summary Judgment - Modified on 11/28/2005 - to show Jane Holmes as filer (vma, ). (No PDF attached to this notice)(vma, ) (Entered: 11/28/2005) |
| 11/28/2005 | | NOTICE of Docket Text Correction re 74 BRIEF/MEMORANDUM in Support - Modified on 11/28/2005 - to create relationship to doc. 73 Motion summ jgm & also to name exhibits A-E. (No PDF attached to this notice)(vma, ) (Entered: 11/28/2005) |
| 11/28/2005 | | NOTICE of Docket Text Correction re 76 BRIEF/MEMORANDUM in Support - Modified on 11/28/2005 - to create relationship to doc. 75 motion sum jgm (No PDF attached to this notice)(vma, ) (Entered: 11/28/2005) |
| 11/28/2005 | | NOTICE of Docket Text Correction re 77 Notice of Evidentiary Materials - Modified on 11/28/05 to name exhibits (No PDF attached to this notice)(vma, ) (Entered: 11/28/2005) |
| 11/28/2005 | 78 | *McKnight Agency's* ANSWER to Crossclaim *by Riverside Turf* by McKnight Agency, Inc..(Tindal, Mark) (Entered: 11/28/2005) |
| 11/28/2005 | 79 | *Joe McKnight's* ANSWER to Crossclaim *by Riverside Turf* by Joe McKnight.(Tindal, Mark) (Entered: 11/28/2005) |
| 11/29/2005 | 80 | ORDER re 71 MOTION for Leave to File *second amended complaint* filed by Progressive Speciality Insurance Company, Motion Submission Deadline set for 12/5/2005, with all briefs due by said date. Signed by Judge Myron H. Thompson on 11/29/05. (vma, ) (Entered: 11/29/2005) |
| 11/29/2005 | 81 | ORDER re 72 MOTION for Summary Judgment filed by Jane Holmes, Motion Submission Deadline set for 12/16/2005, with plaintiff's brief and evidentiary materials due by said date. Signed by Judge Myron H. Thompson on 11/29/05. (vma, ) (Entered: 11/29/2005) |
| 11/29/2005 | 82 | ORDER granting 55 Motion for Leave to amend answer. Signed by Judge Myron H. Thompson on 11/29/05. (vma, ) (Entered: 11/29/2005) |
| 11/29/2005 | 83 | ORDER re 73 MOTION for Summary Judgment filed by Progressive Speciality Insurance Company, Motion Submission Deadline set for 12/16/2005, with defendants' briefs and evidentiary materials due by said date. Signed by Judge Myron H. Thompson on 11/29/05. (vma, ) (Entered: |

| | | 11/29/2005) |
|---|---|---|
| 11/30/2005 | 84 | ORDER re 75 MOTION for Summary Judgment filed by Joe McKnight,, McKnight Agency, Inc., Motion Submission Deadline set for 12/16/2005, with the non-movants' briefs and evidentiary materials due by said date. Signed by Judge Myron H. Thompson on 11/30/05. (vma, ) (Entered: 11/30/2005) |
| 11/30/2005 | 85 | *Amended* ANSWER to Complaint *Plaintiff's Second Amended Complaint* by McKnight Agency, Inc., Joe McKnight.(Tindal, Mark) (Entered: 11/30/2005) |
| 12/05/2005 | 86 | RESPONSE in Opposition re 71 MOTION for Leave to File *second amended complaint* filed by McKnight Agency, Inc., Joe McKnight. (Attachments: # 1 # 2)(Tindal, Mark) (Entered: 12/05/2005) |
| 12/05/2005 | 87 | MOTION for Leave to File *Amended Answer* by McKnight Agency, Inc., Joe McKnight. (Attachments: # 1)(Tindal, Mark) Additional attachment(s) added on 12/6/2005 (vma, ). (Entered: 12/05/2005) |
| 12/06/2005 | | NOTICE of Docket Text Correction re 86 Response in Opposition to Motion - Modified to name Exhibits A & E (No PDF attached to this notice)(vma, ) (Entered: 12/06/2005) |
| 12/06/2005 | 88 | NOTICE of Correction attaching corrected PDF (w/corrected signatures) re 87 MOTION for Leave to File *Amended Answer* (vma, ) (Entered: 12/06/2005) |
| 12/07/2005 | 89 | ORDER re 87 MOTION for Leave to File *Amended Answer* filed by Joe McKnight,, McKnight Agency, Inc., Motion Submission Deadline set for 12/16/2005, with all briefs due by said date. Signed by Judge Myron H. Thompson on 12/7/05. (vma, ) (Entered: 12/07/2005) |
| 12/16/2005 | 90 | RESPONSE in Opposition *to Progressive's Motion for Summary Judgment* by McKnight Agency, Inc., Joe McKnight. (Tindal, Mark) Modified on 12/19/2005 - to create relationship to doc. 73 motion for sum jgm(vma, ). (Entered: 12/16/2005) |
| 12/16/2005 | 91 | RESPONSE in Opposition re 75 MOTION for Summary Judgment filed by Progressive Speciality Insurance Company, Attachments: # 1 # 2 # 3 # 4 # 5)(Bradford, Robert) Modified on 12/19/2005 - to show party Progressive Speciality Ins. Co. in text only once - and to name attachments as Exhibits A-E (vma, ). Additional attachment(s) added on 12/19/2005 (vma, ). (Entered: 12/16/2005) |
| 12/16/2005 | 92 | RESPONSE in Opposition re 72 MOTION for Summary Judgment filed by Progressive Speciality Insurance Company. (Attachments: # 1 Exhibit # 2 # 3 # 4 # 5)(Bradford, Robert) Additional attachment(s) added on 12/19/2005 (vma, ). (Entered: 12/16/2005) |
| 12/16/2005 | 93 | Objection to *Defendant's Motion for Leave to Amend Answer* filed by Progressive Speciality Insurance Company. (Bradford, Robert) Modified |

| | | |
|---|---|---|
| | | on 12/19/2005 - to create relationship to doc. 87 m/leave to amend answer (vma, ). Additional attachment(s) added on 12/19/2005 (vma, ). (Entered: 12/16/2005) |
| 12/16/2005 | �’ | ***Attorney Shane Thomas Sears for Progressive Speciality Insurance Company added - per doc. 91. (No PDF attached to this docket entry) (vma, ) (Entered: 12/19/2005) |
| 12/16/2005 | �’94 | RESPONSE to Motion re 73 MOTION for Summary Judgment filed by Jane Holmes. (Attachments: # 1 Exhibit A)(vma, ) (Entered: 12/19/2005) |
| 12/16/2005 | �’95 | RESPONSE to Motion re 75 MOTION for Summary Judgment filed by Ricky Lane, Riverside Turf Farm. (Attachments: # 1 depo excerpts - Mary Alice Fitzgerald# 2 Depo Excerpts - Ricky Lane# 3 Deposition Excerpts - Joe McKnight)(vma, ) (Entered: 12/19/2005) |
| 12/16/2005 | �’ | ***Attorney Lynn W. Jinks, III for Riverside Turf Farm added - per doc. 95. (No PDF attached to this docket entry)(vma, ) (Entered: 12/19/2005) |
| 12/19/2005 | | (Court only) ***Set Clerk B Flag (vma, ) (Entered: 12/19/2005) |
| 12/19/2005 | �’ | NOTICE of Docket Text Correction re 91 Response in Opposition to Motion, - Modified on 12/19/2005 - to show party Progressive Speciality Ins. Co. in text only once - and to name attachments as Exhibits A-E (vma, ). (No PDF attached to this notice)(vma, ) (Entered: 12/19/2005) |
| 12/19/2005 | �’ | NOTICE of Docket Text Correction re 92 Response in Opposition to Motion - Modified on 12/19/2005 - to name attachments as Exhibits A-E (vma, ). (No PDF attached to this notice)(vma, ) (Entered: 12/19/2005) |
| 12/19/2005 | �’ | NOTICE of Docket Text Correction re 91 Response in Opposition to Motion,, 92 Response in Opposition to Motion - Attorney's electronic filer has been notified that in the future, these PDFs should be titled the same as the docket text - "Response in Opposition; not Motion in Opposition" (No PDF attached to this docket entry)(vma, ) (Entered: 12/19/2005) |
| 12/19/2005 | �’ | NOTICE of Docket Text Correction re 93 Objection to Motion for leave to amend answer - Modified on 12/19/2005 - to create relationship to doc. 87 m/leave to amend answer (vma, ). (No PDF attached to this notice)(vma, ) (Entered: 12/19/2005) |
| 12/19/2005 | �’96 | NOTICE of Correction attaching corrected PDF (w/date included) re 91 Response in Opposition to Motion, (Attachments: # 1 corrected PDF)(vma, ) (Entered: 12/19/2005) |
| 12/19/2005 | �’97 | NOTICE of Correction attaching corrected PDF (w/date included) re 92 Response in Opposition to Motion (Attachments: # 1 corrected PDF)(vma, ) (Entered: 12/19/2005) |
| 12/19/2005 | �’98 | NOTICE of Correction attaching corrected PDF (w/date included) re 93 Objection to, (Attachments: # 1 corrected PDF)(vma, ) (Entered: 12/19/2005) |

Case 2:05-cv-00438-WKW-SRW    Document 160    Filed 09/25/2007    Page 18 of 27

| 12/22/2005 | 99 | ORDER granting 71 Motion for Leave to File second amended complaint, granting 87 Motion for Leave to File Amended Answer and that the parties are allowed until 1/13/06, to complete any additional discovery related to only the new claims and defenses. Signed by Judge Myron H. Thompson on 12/22/05. (vma, ) (Entered: 12/22/2005) |
|---|---|---|
| 12/22/2005 | 126 | SECOND AMENDED COMPLAINT against all defendants filed by Progressive Speciality Insurance Company.(djy, ) (Entered: 07/12/2006) |
| 12/28/2005 | 100 | AMENDED ANSWER to *Complaint and Cross-Claim* by McKnight Agency, Inc., Joe McKnight. (Tindal, Mark) Modified on 7/12/2006 to reflect that this pleading contains a COUNTERCLAIM not CROSS-CLAIM (qc/djy, ). (Entered: 12/28/2005) |
| 12/28/2005 | | COUNTERCLAIM against Progressive Speciality Insurance Company filed by McKnight Agency, Inc., Joe McKnight. (NO PDF Document attached to this notice-See Docket Entry 100).(djy, ) (Entered: 07/12/2006) |
| 01/18/2006 | 101 | ORDER Final Pretrial Conference set for 2/22/2006 10:30 AM in chambers before Honorable Myron H. Thompson. Proposed Pretrial Order due by 2/17/2006. Jury Trial set for 3/20/2006 before Honorable Myron H. Thompson. Signed by Judge Myron H. Thompson on 1/18/06. (furn: yg hc sc)(vma, ) (Entered: 01/18/2006) |
| 01/18/2006 | | (Court only) ***Non-Jury Deadlines terminated; Answer was filed by defendant w/Jury Demand on 10/26/05- doc. 37. (No PDF attached to this docket entry) (vma, ) (Entered: 01/18/2006) |
| 01/23/2006 | 102 | Witness List by Ricky Lane. (Jinks, Lynn) . Modified on 1/24/2006 - showing party in docket text only once(vma, ). (Entered: 01/23/2006) |
| 01/23/2006 | 103 | Witness List by Riverside Turf Farm. (Jinks, Lynn) Modified on 1/24/2006 - showing party in docket text only once (vma, ). (Entered: 01/23/2006) |
| 01/24/2006 | | NOTICE of Docket Text Correction re 102 Witness List, 103 Witness List - Modified on 1/24/2006 - showing party in docket text only once. (No PDF attached to this notice)(vma, ) (Entered: 01/24/2006) |
| 01/30/2006 | 104 | Deposition Designations *Identification Of Certain Parts Of Depositions To Be Used At Trial* by Ricky Lane, Riverside Turf Farm.. (Jinks, Lynn) (Entered: 01/30/2006) |
| 02/06/2006 | 105 | Case reassigned to Judge William Keith Watkins. Judge Myron Thompson no longer assigned as presiding judge. (djy, ) (Entered: 02/06/2006) |
| 02/06/2006 | | Due to case reassignment reset as follows: Jury Trial set for 3/20/2006 before Honorable William Keith Watkins; Final Pretrial Conference set for 2/22/2006 10:30 AM before Honorable William Keith Watkins. (NO PDF document attached to this notice-See Docket Entry 101) (djy, ) (Entered: 02/06/2006) |
| 02/06/2006 | | (Court only) ***Clear Flags (djy, ) (Entered: 02/07/2006) |

| | | |
|---|---|---|
| 02/07/2006 | ●106 | Deposition Designations by Jane Holmes(individually and as the personal representative of the Estate of Daisy Beasley, deceased), (Haynes, Randall) Modified on 2/8/2006 - to show filer's name only once in docket text (vma, ). (Entered: 02/07/2006) |
| 02/07/2006 | ●107 | Exhibit List by Jane Holmes(individually and as the personal representative of the Estate of Daisy Beasley, deceased), (Haynes, Randall) Modified on 2/8/2006 - to show filer's name only once in docket text(vma, ). (Entered: 02/07/2006) |
| 02/07/2006 | ●108 | Witness List by Jane Holmes(individually and as the personal representative of the Estate of Daisy Beasley, deceased), . (Haynes, Randall) - Modified on 2/8/2006 - to show filer's name only once in docket text(vma, ). (Entered: 02/07/2006) |
| 02/07/2006 | ●109 | Exhibit List by Progressive Speciality Insurance Company.. (Bradford, Robert) (Entered: 02/07/2006) |
| 02/07/2006 | ●110 | Witness List by Progressive Speciality Insurance Company. (Bradford, Robert) (Entered: 02/07/2006) |
| 02/08/2006 | ●111 | Deposition Designations by Progressive Speciality Insurance Company.. (Bradford, Robert) (Entered: 02/08/2006) |
| 02/08/2006 | ●112 | Exhibit List by Ricky Lane, (Jinks, Lynn) Modified on 2/8/2006 - Modified on 2/8/2006 - to show filer's name only once in docket text(vma, ). (Entered: 02/08/2006) |
| 02/08/2006 | ●113 | Exhibit List by Riverside Turf Farm, Farm.. (Jinks, Lynn) Modified on 2/8/2006 - Modified on 2/8/2006 - to show filer's name only once in docket text (vma, ). (Entered: 02/08/2006) |
| 02/08/2006 | ● | NOTICE of Docket Text Correction re 108 Witness List, 106 Deposition Designations, 107 Exhibit List - Modified on 2/8/2006 - to show filer's name only once in docket text (No PDF attached to this notice)(vma, ) (Entered: 02/08/2006) |
| 02/08/2006 | ● | NOTICE of Docket Text Correction re 112 Exhibit List, 113 Exhibit List - Modified on 2/8/2006 - to show filer's name only once in docket text (No PDF attached to this notice)(vma, ) (Entered: 02/08/2006) |
| 02/08/2006 | ●114 | Witness List by McKnight Agency, Inc., Joe McKnight. (Whitehead, Stephen) (Entered: 02/08/2006) |
| 02/08/2006 | ●115 | Supplement to Witness List by McKnight Agency, Inc., Joe McKnight. (Whitehead, Stephen) Modified on 2/9/2006 - to show (Supplement)(vma, ). (Entered: 02/08/2006) |
| 02/08/2006 | ●116 | Deposition Designations by McKnight Agency, Inc., Joe McKnight.. (Whitehead, Stephen) (Entered: 02/08/2006) |
| 02/08/2006 | ● | Exhibit List by McKnight Agency, Inc., Joe McKnight. (No PDF attached; contained within doc. 114)(vma, ) (Entered: 02/09/2006) |

| 02/08/2006 | 🔵 | Supplement to Exhibit List by McKnight Agency, Inc., Joe McKnight. (No PDF attached; contained within doc. 115)(vma, ) (Entered: 02/09/2006) |
| 02/09/2006 | 🔵 | NOTICE of Docket Text Correction re 115 Witness List - Modified on 2/9/06 to show - Supplement to Witness List and Exhibit List (No PDF attached to this notice)(vma, ) . (Entered: 02/09/2006) |
| 02/10/2006 | 🔵117 | ORDER Resetting Jury Trial from 3/20/06 to 9/18/2006 before Honorable William Keith Watkins; Resetting Final Pretrial Conference from 2/22/06 to 6/23/2006 before Honorable William Keith Watkins as further set out in order. Signed by Judge William Keith Watkins on 2/10/06. (furn: yg hc ar)(vma, ) (Entered: 02/10/2006) |
| 02/10/2006 | 🔵 | Set/Reset Deadlines: Motions due by 3/25/2006. Mediation Notice due by 4/20/2006. (No PDF attached; re: doc. 117) (vma, ) (Entered: 02/10/2006) |
| 05/18/2006 | 🔵118 | Amendment to Witness List by Ricky Lane, Ricky Lane, Riverside Turf Farm, Riverside Turf Farm. (Jinks, Lynn) Modified on 5/19/2006 to reflect as amendment to 102 & 103 witness lists (qc/djy, ). (Entered: 05/18/2006) |
| 05/19/2006 | 🔵 | NOTICE of Docket Text Correction re 118 Witness List to reflect as amendment to 102 & 103 witness list. (NO PDF document attached to this notice) (djy, ) (Entered: 05/19/2006) |
| 05/22/2006 | 🔵119 | STIPULATION of Dismissal *This is a partial dismissal* by Ricky Lane, Riverside Turf Farm, Jane Holmes(individually and as the personal representative of the Estate of Daisy Beasley, deceased), Progressive Speciality Insurance Company, Ricky Lane, Riverside Turf Farm, Jane Holmes. (Jinks, Lynn) (Entered: 05/22/2006) |
| 05/30/2006 | 🔵120 | ORDER that the parties shall file a joint stipulation of dismissal signed by counsel for all parties who have appeared in this case, in accordance with the requirements of FRCP 41, on or before 6/13/06. Signed by Judge William Keith Watkins on 5/30/06. (vma, ) (Entered: 05/30/2006) |
| 06/02/2006 | 🔵121 | Supplemental Witness List by Progressive Speciality Insurance Company. (Bradford, Robert) Modified on 6/5/2006 - to show Supplemental Witness List (vma, ). (Entered: 06/02/2006) |
| 06/05/2006 | 🔵 | NOTICE of Docket Text Correction re 121 Witness List - Modified on 6/5/2006 - to show Supplemental Witness List. (No PDF attached to this notice)(vma, ) (Entered: 06/05/2006) |
| 06/09/2006 | 🔵122 | ORDER Rescheduling Final Pretrial Conference from 6/23/06 to 8/3/2006 in Chambers before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 6/9/06. (furn: yg hc ar)(vma, ) (Entered: 06/09/2006) |
| 07/05/2006 | 🔵123 | MOTION for Extension of Time to Complete Discovery *(Limited Extension)* by McKnight Agency, Inc., Joe McKnight. (Tindal, Mark) (Entered: 07/05/2006) |

| 07/11/2006 | 124 | ORDER TO SHOW CAUSE as to why 123 Motion for Limited Extension of Time to Complete Discovery filed by Joe McKnight,, McKnight Agency, Inc., should not be granted as further set out. Show Cause Response due by 7/25/2006. Signed by Judge William Keith Watkins on 7/11/06. (vma, ) (Entered: 07/11/2006) |
|---|---|---|
| 07/12/2006 | 125 | NOTICE of ERROR re 69 Counterclaim and 70 Counterclaim which have been STRICKEN as erroneous docket entries by E-Filer. Instructing parties to refer to REPLY BRIEF entries dated 11/22/05 for corrections entered by the Clerk's office regarding these two filings.(djy, ) (Entered: 07/12/2006) |
| 07/12/2006 | | NOTICE of Docket Text Correction re 100 Amended Answer to Complaint to reflect that this pleading contains a COUNTERCLAIM not CROSS-CLAIM (NO PDF Document attached to this entry). (djy, ) (Entered: 07/12/2006) |
| 07/13/2006 | 127 | ORDER The plaintiff is hereby ordered to reply or otherwise respond to the counterclaim by 7/31/06; as further set out; the parties are now Ordered to either file the properly executed stipulation, or notify the Court why that cannot be accomplished, by 7/31/06. Signed by Judge William Keith Watkins on 7/13/06. (vma, ) (Entered: 07/13/2006) |
| 07/17/2006 | 128 | Response to 124 order to show cause filed by Progressive Speciality Insurance Company. (Bradford, Robert) Modified on 7/18/2006 - to show Response to show cause order instead of reply to response and to create relationship to doc. 124 show cause order (vma, ). (Entered: 07/17/2006) |
| 07/18/2006 | | NOTICE of Docket Text Correction re 128 Reply to response to order to show cause - Modified on 7/18/2006 - to show Response to show cause order instead of reply to response and to create relationship to doc. 124 show cause order (No PDF attached to this notice)(vma, ) (Entered: 07/18/2006) |
| 07/19/2006 | 129 | ORDER granting 123 MOTION for Extension of Time to Complete Discovery *(Limited Extension)* filed by Joe McKnight,, McKnight Agency, Inc.,. Discovery due by 8/21/2006. Resetting Final Pretrial Conference from 8/3/06 to for 8/25/2006 before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 7/19/06. (furn: yg hc ar)(vma, ) (Entered: 07/19/2006) |
| 07/21/2006 | 130 | VACATED PER ORDER OF 7/21/06 - doc. ORDER 131***Final Pretrial Conference set for 8/3/2006 01:00 PM in chambers before Honorable William Keith Watkins. Proposed Pretrial Order due by 7/31/2006. Jury Trial set for 9/18/2006 before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 7/21/06. (furn: yg hc ar)(vma, ) Modified on 7/21/2006 (vma, ). (Entered: 07/21/2006) |
| 07/21/2006 | 131 | ORDER The 7/21/06 order doc. 130 setting the final pretrial conference for 8/3/06 is hereby VACATED. Signed by Judge William Keith Watkins on 7/21/06. (Term Ptl Conference 08/03/2006)(vma, )(furn: yg hc ar) |

Case 2:05-cv-00438-WKW-SRW    Document 160    Filed 09/25/2007    Page 22 of 27

| | | (Entered: 07/21/2006) |
|---|---|---|
| 07/21/2006 | | (Court only) *** Deadlines terminated - per vacated order of 7/21/06 - doc. 131 - Pretrial Conference set for 8/3/2006 & Jury Trial for 9/18/06 is being terminated - per judge's chambers. (No PDF attached) (vma, ) (Entered: 07/25/2006) |
| 07/27/2006 | 🔵132 | ANSWER to Counterclaim by Progressive Speciality Insurance Company.(Bradford, Robert) (Entered: 07/27/2006) |
| 07/31/2006 | 🔵133 | STRICKEN FROM THE DOCKET - DOCKETING ERROR - SEE CORRECTED DOCKET ENTRY*** MOTION to Dismiss by Progressive Speciality Insurance Company. (Bradford, Robert) Modified on 8/1/2006 (vma, ). (Entered: 07/31/2006) |
| 07/31/2006 | 🔵 | STIPULATION of Dismissal by Progressive Speciality Insurance Company, McKnight Agency, Inc., Joe McKnight, Ricky Lane, Riverside Turf Farm, Jane Holmes. (No PDF attached; see doc. 133 for PDF)(vma, ) (Entered: 08/01/2006) |
| 08/01/2006 | | (Court only) ***Motions terminated: 133 MOTION to Dismiss filed by Progressive Speciality Insurance Company ***THIS DOCUMENT SHOULD HAVE BEEN FILED AS A STIPULATION OF DISMISSAL - SEE CORRECTED DOCKET ENTRY. (No PDF attached) (vma, ) (Entered: 08/01/2006) |
| 08/01/2006 | 🔵134 | NOTICE of ERROR - 133 re Motion to Dismiss (vma, ) (Entered: 08/01/2006) |
| 08/03/2006 | 🔵135 | ORDER Final Pretrial Conference set for 8/25/2006 11:00 AM in chambers before Honorable William Keith Watkins. Proposed Pretrial Order due by 8/22/2006. Jury Trial set for 9/18/2006 before Honorable William Keith Watkins . Signed by Judge William Keith Watkins on 8/3/06. (furn: yg hc ar)(vma, ) (Entered: 08/03/2006) |
| 08/11/2006 | 🔵136 | NOTICE of Appearance by Graham R Pulvere on behalf of McKnight Agency, Inc., Joe McKnight (Pulvere, Graham) (Entered: 08/11/2006) |
| 08/25/2006 | 🔵137 | ORDER as follows: 1) The claims of Progress Speciality Ins. Co against Jane Holmes, Ricky Lane and Riverside Turf Farm are dismissed with prejudice; Accordingly, dft Jane Holmes is hereby dismissed as a party to this action; 2) Deny as moot 72 Motion for Summary Judgment; 3) The counterclaims of Ricky Lane and Riverside Turf Farm against Progressive Speciality Ins Co are dismissed . Signed by Judge William Keith Watkins on 8/25/06. (Attachments: # 1 appeals checklist) (vma, ) (Entered: 08/25/2006) |
| 08/25/2006 | | (Court only) *** Party Jane Holmes terminated., *** Attorney Randall Stark Haynes terminated - per order of 8/25/06 - doc. 137. (No PDF attached)(vma, ) (Entered: 08/25/2006) |

| | | |
|---|---|---|
| 08/25/2006 | 138 | ORDER that on or before 9/13/06, the parties shall file a joint stipulation of dismissal. Signed by Judge William Keith Watkins on 8/25/06. (vma, ) (Entered: 08/25/2006) |
| 08/25/2006 | 139 | ORDER as follows: 1) Because the parties stipulated that no disputed facts exist in relation to the claims presently before the Court, all claims in this action, including the counterclaim of Defendants Joe McKnight and McKnight Agency, Inc., are deemed submitted solely as questions of law and shall be resolved as a matter of law in the opinion ruling on summary judgment; 2) On or before 9/1/06, the parties shall file their final amended pleadings; The Clerk of the Court is directed to remove the above-styled case from the 9/18/06 trial docket. Signed by Judge William Keith Watkins on 8/25/06. (furn: yg hc ar)(vma, ) (Entered: 08/25/2006) |
| 08/25/2006 | | Minute Entry for Pretrial Conference held before Judge William Keith Watkins (ajr) (Entered: 08/25/2006) |
| 08/31/2006 | 140 | STRICKEN PER ORDER OF 9/5/06 - doc. 145***AMENDMENT TO COMPLAINT against McKnight Agency, Inc., filed by Progressive Speciality Insurance Company. (Attachments: # 1 # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5)(Bradford, Robert) Modified on 9/5/2006 (vma, ). (Entered: 08/31/2006) |
| 09/01/2006 | 141 | NOTICE by Progressive Speciality Insurance Company (Bradford, Robert) (Entered: 09/01/2006) |
| 09/01/2006 | 142 | FINAL AMENDED COMPLAINT filed by Progressive Speciality Insurance Company.(Bradford, Robert) Modified on 10/20/2006 - to correct docket text to show FINAL AMENDED COMPLAINT; not answer(vma, ). (Entered: 09/01/2006) |
| 09/01/2006 | 143 | *Final* ANSWER to Amendment to Complaint *And Final Amended Counterclaim* by Joe McKnight, McKnight Agency, Inc., Joe McKnight, McKnight Agency, Inc., Joe McKnight. (Attachments: # 1 Exhibit A)(Pulvere, Graham) Additional attachment(s) added on 9/5/2006 (vma, ). (Entered: 09/01/2006) |
| 09/01/2006 | | Final COUNTERCLAIM against Progressive Speciality Insurance Company, filed by McKnight Agency, Inc., Joe McKnight.(No PDF attached; contained within doc. 143) (vma, ) (Entered: 09/05/2006) |
| 09/05/2006 | 144 | NOTICE of Correction attaching corrected PDF (w/corrected signatures) re 143 Answer to Amendment to Complaint, (Attachments: # 1 corrected PDF)(vma, ) (Entered: 09/05/2006) |
| 09/05/2006 | 145 | ORDER that the "Amendment to Complaint 140 is STRICKEN; It is further Ordered that on or before 9/11, the plaintiff shall file a final amended complaint . Signed by Judge William Keith Watkins on 9/5/06. (vma, ) (Entered: 09/05/2006) |
| 09/08/2006 | 146 | *Joint Stipulation of Dismissal With Prejudice* by Progressive Speciality Insurance Company, McKnight Agency, Inc., Ricky Lane, Riverside Turf |

| | | |
|---|---|---|
| | | Farm, Joe McKnight. (Pulvere, Graham) Modified on 9/11/2006 - to make text read " Joint Stipulation of Dismissal With Prejudice (vma, ). (Entered: 09/08/2006) |
| 09/11/2006 | 🌐 | NOTICE of Docket Text Correction re 146 Joint MOTION to Dismiss *Stipulation of Dismissal With Prejudice* - Modified on 9/11/2006 - to make text read " Joint Stipulation of Dismissal With Prejudice (vma, ). (No PDF attached)(vma, ) (Entered: 09/11/2006) |
| 09/11/2006 | | (Court only) ***Motions terminated: 146 Joint MOTION to Dismiss *Stipulation of Dismissal With Prejudice* filed by Progressive Speciality Insurance Company,, Joe McKnight,, McKnight Agency, Inc.,, Ricky Lane,, Riverside Turf Farm***This motion is being terminated because this document is not a pending motion - It is a Joint Stipulation of Dismissal with prejudice. (No PDF attached) (vma, ) (Entered: 09/11/2006) |
| 09/11/2006 | 🌐147 | ORDER that the cross claims of Ricky Lane and Riverside Turf Farm against McKnight Agency, Inc. and Joe McKnight are dismissed with prejudice, costs taxed as paid. Signed by Judge William Keith Watkins on 9/11/06. (Attachments: # 1 appeals checklist)(vma, ) (Entered: 09/11/2006) |
| 09/11/2006 | | (Court only) ***Documents terminated: 46 Amended Document filed by Ricky Lane,, 39 Crossclaim filed by Ricky Lane,, 59 Crossclaim filed by Riverside Turf Farm,, 40 Crossclaim filed by Ricky Lane - re: order of 9/11/06 - doc. 147. (No PDF attached) (vma, ) (Entered: 09/11/2006) |
| 10/04/2006 | 🌐148 | ORDER TO SHOW CAUSE that on or before 10/12/06, the plaintiff shall show cause why it has filed to comply with this court's order of 9/5/06 as further set out in order; Show Cause Response due by 10/12/2006.. Signed by Judge William Keith Watkins on 10/4/06. (vma, ) (Entered: 10/04/2006) |
| 10/20/2006 | 🌐 | NOTICE of Docket Text Correction re document 142 - This docket entry has been corrected to show Final Amended complaint; not Answer to Complaint (No PDF attached to this notice)(vma, ) (Entered: 10/20/2006) |
| 02/07/2007 | 🌐149 | MEMORANDUM OPINION AND ORDER,1 )granted in part and denied in part 75 MOTION for Summary Judgment filed by Joe McKnight,, McKnight Agency, Inc.; The motion is granted to the extent that the Policy is reformed to provide $1,000,000 of CSL coverage to Lane, and denied in all other respects; 2) Granted in part and denied in part 73 MOTION for Summary Judgment filed by Progressive Speciality Insurance Company; The motion is granted to the extent that: 1) Progressive is entitled to summary judgment against McKnight on its breach of contract claim, (2) under the Producer's Agreement, Progress is entitled to indemnification from McKnight for its damages, and 3) Progressive is entitled to summary judgment on McKnight's counterclaim; The motion is denied in all other respects; 3) McKnight's counterclaim is hereby dismissed with prejudice; 4) Progressive's tort claims are hereby dismissed; 5) On or before 2/21/07, |

| | | |
|---|---|---|
| | | Progress shall file a memorandum brief providing (1) the specific requested amount of attorney's fees, court costs and litigation expenses; and 2) the specific amount of additional premiums which Lane would have had to pay to secure $1,000,000 of CSL coverage under the Policy; Progress is directed to include or attach specific evidentiary support to its submission; McKnight shall file a response on or before 2/28/07; Memorandum Brief due by 2/21/2007; Reponse due by 2/28/2007. Signed by Judge William Keith Watkins on 2/7/07. (Attachments: # 1 appeals checklist)(vma, ) (Entered: 02/07/2007) |
| 02/07/2007 | | (Court only) ***Documents terminated - per order of 2/7/07 - doc. 149: Counterclaim filed by Joe McKnight,, McKnight Agency, Inc.,, Counterclaim filed by Joe McKnight,, McKnight Agency, Inc.,. (No PDF attached)(vma, ) . (Entered: 02/07/2007) |
| 02/07/2007 | | (Court only) *** Attorney Graham R Pulvere terminated., *** Party McKnight Agency, Inc.; McKnight Agency, Inc.; Joe McKnight and Joe McKnight terminated - per order of 2/7/07 - doc. 149. (No PDF attached)(vma, ) (Entered: 02/07/2007) |
| 02/21/2007 | 150 | BRIEF/MEMORANDUM in Support *Progressive's Memorandum Brief Concerning Damages Award* filed by Progressive Speciality Insurance Company (w/Exhibit A&B attached). (Sears, Shane) Modified on 2/22/2007 (vma, ). (Entered: 02/21/2007) |
| 02/28/2007 | 151 | RESPONSE in Opposition re 150 BRIEF/MEMORANDUM in Support *Defendants' Opposition to Progressive's Memorandum Brief Concerning Damages Award* by McKnight Agency, Inc., Joe McKnight. (Tindal, Mark) (Entered: 02/28/2007) |
| 03/06/2007 | 152 | NOTICE OF APPEAL by Progressive Speciality Insurance Company, Progressive Speciality Insurance Company (Sears, Shane) Modified on 3/6/2007 to reflect that Attorney Shane T. Sears is appealing 149 Memorandum Opinion and Order entered 2/7/07 (ydw, ). (Entered: 03/06/2007) |
| 03/06/2007 | | NOTICE of Docket Text Correction issued this date to advise that 152 Notice of Appeal, was edited to reflect that Attorney Sears is appealing the 149 Memorandum Opinion and Order, entered 2/7/07. (ydw, ) (Entered: 03/06/2007) |
| 03/06/2007 | | Transmission of Notice of Appeal and Certified copy of Docket Sheet and Order to US Court of Appeals re 152 Notice of Appeal (ydw, ) (Entered: 03/06/2007) |
| 03/08/2007 | | USCA Appeal Fees received $ 455 receipt number 113354 re 152 Notice of Appeal filed by Progressive Speciality Insurance Company (ydw, ) (Entered: 03/08/2007) |
| 03/13/2007 | | USCA Case Number 07-11032-A for 152 Notice of Appeal filed by Progressive Speciality Insurance Company. (ydw, ) (Entered: 03/15/2007) |

| | | |
|---|---|---|
| 03/19/2007 | ⬤153 | RECEIVED TRANSCRIPT REQUEST FORM from Shane T. Sears, counsel for Progressive Speciality Insurance Company, re 152 Notice of Appeal, with the following notation, "No transcript is required for appeal purposes." (dmn) (Entered: 03/20/2007) |
| 04/27/2007 | ⬤154 | ORDER of USCA ISSUED AS MANDATE 4/25/07 as to 07-11032-A, 152 Notice of Appeal filed by Progressive Speciality Insurance Company, that this appeal is DISMISSED, sua sponte, for lack of jurisdiction. The February 7, 2007, summary judgment order was not final. See Liberty Mut. Ins. Co. v. Wetzel, 424 U.S. 737, 744, 96 S. Ct. 1202, 1206, 47 L.Ed.2d 435 (1976);Fort v. Roadway Exp., Inc., 746 F.2d 744, 747 (11th Cir. 1984); Mekdeci v. Merrell Nat'l Labs., 711 F.2d 1510, 1523 (11th Cir. 1983). No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules. Before ANDERSON, DUBINA, and BARKETT, Circuit Judges.BY THE COURT: (ydw, ) (Entered: 04/30/2007) |
| 04/27/2007 | | (Court only) ***Appeal Terminated: 07-11032-A, 152 Notice of Appeal filed by Progressive Speciality Insurance Company (ydw, ) (Entered: 04/30/2007) |
| 06/06/2007 | ⬤155 | ORDER re 151 Response in Opposition filed by Joe McKnight,, McKnight Agency, Inc., Reply Brief due by 6/26/2007. Signed by Judge William Keith Watkins on 6/6/07. (vma, ) (Entered: 06/06/2007) |
| 06/18/2007 | ⬤156 | REPLY BRIEF re 151 Response in Opposition filed by Progressive Speciality Insurance Company. (Sears, Shane) (Entered: 06/18/2007) |
| 09/18/2007 | ⬤157 | AMENDED MEMORANDUM OPINION AND ORDER that: 1) McKnight's motion for summary judgment 75 is hereby denied; 2) Progressive's motion for summary judgment 73 is hereby granted in part and denied in part; The motion is granted to the extent that: 1) Progressive is entitled to summary judgment against McKnight on its breach of contract claim; 2) under the Producer's Agreement, Progressive is entitled to indemnication from McKnight for its damages of $2,821.76 for recovery of premiums; and $19,991.00 for attorney's fees and litigation expenses; and 3) Progressive is entitled to summary judgment on McKnight's counterclaims; the motion is denied in all other respects; 3) McKnight's counterclaims are hereby dismissed with prejudice; 4) Progressive's tort claims are hereby dismissed as further set out in order. Signed by Judge William Keith Watkins on 9/18/07. (Attachments: # 1 appeals checklist)(vma, ) (Entered: 09/18/2007) |
| 09/18/2007 | ⬤158 | FINAL JUDGMENT it is Considered, Ordered and Adjudged that summary judgment is hereby entered in favor of plaintiff Progressive Speciality Insurance Co. ("Progressive") on its breach-of-contract claim against Defendants McKnight Agency, Inc., and Joe McKnight (collectively "McKnight"), and in favor of Progressive on McKnights counterclaims, and that Progressive HAVE and RECOVER from McKnight $2,821.76 for recovery of premiums and $19,991.00 for |

| | | attorney's fees and litigation expenses; It is further Considered, Ordered and Adjudged that McKnight's counterclaims are hereby dismissed with prejudice and that Progressive's tort claims are hereby dismissed. Signed by Judge William Keith Watkins on 9/18/07. (Attachments: # 1 appeals checklist)(vma, ) (Entered: 09/18/2007) |
|---|---|---|
| 09/24/2007 | 159 | NOTICE OF APPEAL by Progressive Speciality Insurance Company (Sears, Shane) Modified on 9/25/2007, to reflect that Attorney R. Larry Bradford is appealing the 157 AMENDED MEMORANDUM OPINION AND ORDER, 158 Final Judgment entered on 18th day of September, 2007 (ydw, ). (Entered: 09/24/2007) |
| 09/25/2007 | | NOTICE of Docket Text Correction is issued this date to advise that 159 Notice of Appeal, was edited to reflect that Attorney Bradford 157 Memorandum Opinion and Order, 158 Judgment, entered on 9/18/07. (ydw, ) (Entered: 09/25/2007) |
| 09/25/2007 | | Transmission of Notice of Appeal and Certified copy of Docket Sheet and Orders to US Court of Appeals re 159 Notice of Appeal (ydw, ) (Entered: 09/25/2007) |