```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000534
Cashier ID: brobinso
Transaction Date: 09/26/2007
Payer Name: BRADFORD AND SEARS PC
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
  For: BRADFORD AND SEARS PC
  Case/Party: D-ALM-2-05-CV-000438-001
  Amount:         $455.00
-----------------------------------
CHECK
  Check/Money Order Num: 5226
  Amt Tendered:  $455.00
-----------------------------------
Total Due:        $455.00
Total Tendered:   $455.00
Change Amt:       $0.00

APPEAL FILED ON 9/24/07
```