## UNITED STATES DISTRICT COURT

DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT  
CLERK

December 10, 2007

TELEPHONE  
(334) 954-3610

Mr. Thomas K. Kahn, Clerk  
USCA, Eleventh Circuit  
56 Forsyth Street, NW  
Atlanta, GA  30303

USDC No **CV-05-W-438-N**

USCA No.  **07-14521-JJ**

In Re: **PROGRESSIVE SPECIALITY INS. CO. VS. MCKNIGHT AGENCY, INC. ET AL4**

CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c) the Clerk of the District Court for the Middle District of Alabama hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript(s) or parts thereof designated for inclusion and all necessary exhibits) consists of:

  **4**  Volume(s) of Pleadings

  __ Volume(s) of Transcripts

  __ Exhibits: __ Box: X  Binders: ___Envelopes;

   __ Other: __ **SEAL Envelope (s) :** __ **PSI(s)**

   ____Other:

Please acknowledge receipt on the enclosed copy of this letter.  
Sincerely,

DEBRA P. HACKETT, Clerk

By: **Yolanda Williams**

cc**: ROBERT LARRY BRADFORD**          **NATHAN ANDREW DICKSON, II**
   **SHANE T. SEARS**               **CHRISTINA D. CROW**
   **ERIN E. MAY**                  **TIMOTHY RANDALL LYONS**
   **STEPHEN E. WHITEHEAD**         **RANDALL S. HAYNES**
   **GRAHAM R. PULVERE**
   **MARK E. TINDAL**
   **LYNN WILSON JINKS, III**