

**Gordon Fields/CA11/11/USCOURTS**
12/04/2007 03:14 PM

To: Yolanda Williams/ALMD/11/USCOURTS@USCOURTS
cc: Donna Norfleet/ALMD/11/USCOURTS@USCOURTS
bcc:
Subject: 1st Request for ROA: 07-14521-JJ (DC: 2:05-00438 CV W N)

CA11# 07-14521-JJ
Progressive Specialty Insurance v. McKnight Agency
MAL: 2:05-00438 CV W N
----------------------------------------GORDON FIELDS
Briefing/Closing Docket Clerk
11th Circuit Courts of Appeal
(404) 335-6226