RECEIVED

2008 FEB 22  A 11: 48

DEBRA P. HACKETT  CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
   Clerk, U.S. District Court
   15 LEE ST STE 206
   MONTGOMERY  AL  36104-4055

---

February 21, 2008

**Appeal Number: 07-14521-JJ**
Case Style: Progressive Specialty Insurance v. McKnight Agency
District Court Number:  05-00438 CV-W-N

TO:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals

Eleventh Circuit

56 Forsyth Street, N.W.

Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

RECEIVED

2008 FEB 22  A 11: 48

For rules and forms visit
www.ca11.uscourts.gov

February 21, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-14521-JJ**
Case Style: Progressive Specialty Insurance v. McKnight Agency
District Court Number: 05-00438 CV-W-N

---

The following record materials in the referenced case are returned herewith:

Record on Appeal VOL(S)  four volumes

Exhibits - one folder

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

REC-3 (06-2006)