IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY; | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 2:05-CV-438-00 |
| THE MCKNIGHT AGENCY, INC., et al.; | ) ) | |
| Defendants. | ) ) | |

## SATISFACTION OF JUDGMENT

Plaintiff Progressive Specialty Insurance Company states it has received, through its counsel, check number 1619 from the Lloyd, Gray & Whitehead, P.C. IOLTA Trust Account in the amount of Twenty-two Thousand Eight Hundred Twelve dollars and 76/100 ($22,812.76) on behalf of The McKnight Agency, Inc. Therefore, the Judgment in this case has been fully satisfied.

Dated this _10_ day of March, 2008.


_____
Larry Bradford, Esq.
Shane T. Sears, Esq.
Attorneys for Progressive Specialty
Insurance Company


**OF COUNSEL:**
Bradford Law Firm, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served upon the following via electronic filing on this the _10_ day of March, 2008.

Stephen E. Whitehead, Esq.
LLOYD, GRAY, & WHITEHEAD, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223

_____
OF COUNSEL

2